SCOTT YOUNG (10695)
MELINDA BOWEN
HAILEY WINN
SPENCER FANE LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **NOTICE OF REMOVAL** <br><br> Case No. 2:26-cv-00593 <br><br> Judge |

Pursuant to 28 U.S.C. §§ 1441(a) and 1446, Defendants Benjamin Paul Schneider,

Reckless Ben, LLC, and Victor Nguyen (collectively "Reckless Ben"), hereby give notice of

removal of the civil action pending in the Fourth Judicial District for Utah County, State of Utah,

*BAM Franchising, Inc., Ammon McNeff, Matthew McNeff, Josh Johnson, Brandon Best, and Baker*

*Bricks, LLC dba Salem-Baker Bricks, Inc. v. Bejamin Paul Schneider, Reckless Ben LLC, Bryan Mansell, and Victor Nguyen*, #260402353, to this Court.  The grounds for removal are as follows:

1.    On May 27, 2026, Plaintiffs BAM Franchising, Inc., Ammon McNeff, Matthew McNeff, Josh Johnson, Brandon Best, and Baker Bricks, LLC dba Salem-Baker Bricks, Inc. (collectively "Plaintiffs") filed a complaint against Bejamin Paul Schneider, Reckless Ben LLC, Bryan Mansell, and Victor Nguyen (collectively "Defendants") in Case #260402353, titled *BAM Franchising, Inc., Ammon McNeff, Matthew McNeff, Josh Johnson, Brandon Best, and Baker Bricks, LLC dba Salem-Baker Bricks, Inc. v. Bejamin Paul Schneider, Reckless Ben LLC, Bryan Mansell, and Victor Nguyen.*

2.    On June 8, 2026, Judge Graf granted an Ex Parte Order allowing for Alternative Service.

3.    On June 15, 2026, Gregory C. Belmont filed a Return of Service indicating service on each defendant, either via email or by regular mail, on June 15, 2026.

4.    There exists diversity of citizenship between the Plaintiffs and Defendants pursuant to 28 U.S.C. § 1332(a)(1) based on the following:

   a.  Plaintiff BAM Franchising, Inc. alleges in the Verified Complaint that it is a Delaware corporation (¶ 1);

   b.  Plaintiff Ammon McNeff alleges in the Verified Complaint that he is a Utah resident (¶ 2);

   c.  Plaintiff Matthew McNeff alleges in the Verified Complaint that he is a Utah resident (¶ 3);

d.  Plaintiff Josh Johnson alleges in the Verified Complaint that he is a Utah resident (¶ 4);

e.  Plaintiff Brandon Best alleges in the Verified Complaint that he is a Utah resident (¶ 5);

f.  Plaintiff Baker Bricks, LLC alleges in the Verified Complaint that it is a Utah limited liability company (¶ 6).  Pursuant to 28 U.S.C. § 1332(c)(1), "a corporation shall be deemed a citizen of every State and foreign state by which it has been incorporated and the State or foreign state where it has its principal place of business."  Baker Bricks, LLC's principal place of business is in Utah, as shown by its Certificate of Organization filed with the Utah Division of Corporations on May 2, 2024.  *See Id.*, Exh. A.  Plaintiffs allege in the Verified Complaint that "Baker is a Utah limited liability company (organized on 5/2/24) dba Salem Baker in Oregon (registered on 11/15/24)." Taking these allegations as true, the actual plaintiff entity in this lawsuit is Baker—the Utah LLC—not the now dissolved Oregon entity whose trade name Baker is using.    Salem-Baker Bricks, Inc. itself was administratively dissolved on January 15, 2026, before this lawsuit was filed.  *See* Oregon Corporate Business Registry, Exh. B.  In addition, the members of Baker Bricks, LLC appear to be Brandon Best and Josh Johnson, who are citizens of Utah as shown in the Application for Reinstatement they filed with the Utah Division of Corporations on May 27, 2026.  *See* Reinstatement Application, Exh. C.

g.  Defendant Benjamin Paul Schneider is a resident of California (¶ 7).

h.  Defendant Reckless Ben LLC is a California limited liability company (¶ 8).

i.    Defendant Victor Nguyen is a resident of California (¶ 12)

j.    Defendant Bryan Mansell is a resident of Oregon (¶ 11).

k.    Thus, there is complete diversity of citizenship between Plaintiffs and Defendants, as required by 28 U.S.C. § 1332(a).

5.    Plaintiffs allege that "their claims for relief involve a request for damages in excess of $300,000." Verified Complaint, p. 92, "Election of Discovery Tier."

6.    This notice of removal is timely under 28 U.S.C. § 1446(b) because it is filed within thirty (30) days of Defendants' receipt of service on June 15, 2026.

7.    Notice of this removal is being served this date on counsel for Plaintiffs and Co-Defendant Bryan Mansell.

8.    A true and correct copy of this notice is being filed this date with the Clerk of the Fourth Judicial District Court, in and for Utah County, State of Utah.

9.    A copy of all pleadings filed in this matter is attached hereto as Exh. D.

10.    The Civil Cover Sheet is attached as Exh. E.

Based on the foregoing, Defendants Benjamin Paul Schneider, Reckless Ben, LLC, and Victor Nguyen hereby remove the action against them from the Fourth Judicial District Court in and for Utah County, State of Utah, to the United States District Court for the District of Utah, Central Division.

DATED this 26th day of June, 2026.

SPENCER FANE LLP

 /s/ Scott Young
Scott Young
*Attorneys Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

4

SLC 8054131.1