

OREGON SECRETARY OF STATE
► **Corporation Division**

HOME

| Business Xpress | business name search | oregon business guide |
| license directory | business registry/renewal | forms/fees | notary public |
| uniform commercial code | uniform commercial code search | documents & data services |

## Business Name Search

New Search    Printer Friendly    **Business Entity Data**      06-26-2026 05:56

| Registry Nbr | Entity Type | Entity Status | Jurisdiction | Registry Date | Next Renewal Date | Renewal Due? |
|---|---|---|---|---|---|---|
| 2332041-97 | DBC | INA | OREGON | 11-15-2024 | | |

| Entity Name | SALEM-BAKER BRICKS INC. |
|---|---|
| Foreign Name | |

New Search    Printer Friendly    **Associated Names**

| Type | PPB | PRINCIPAL PLACE OF BUSINESS | | |
|---|---|---|---|---|
| Addr 1 | 3670 RIVER RD N | | | |
| Addr 2 | | | | |
| CSZ | KEIZER | OR | 97303 | Country | UNITED STATES OF AMERICA |

*Please click here for general information about registered agents and service of process.*

| Type | AGT | REGISTERED AGENT | | Start Date | 11-15-2024 | Resign Date | |
|---|---|---|---|---|---|---|---|
| Of Record | 660227-90 | UNITED STATES CORPORATION AGENTS, INC. | | | | | |
| Addr 1 | 5020 NE M L KING JR BLVD | | | | | | |
| Addr 2 | | | | | | | |
| CSZ | PORTLAND | OR | 97211 | Country | UNITED STATES OF AMERICA | | |

| Type | MAL | MAILING ADDRESS | | |
|---|---|---|---|---|
| Addr 1 | 3670 RIVER RD N | | | |
| Addr 2 | | | | |
| CSZ | KEIZER | OR | 97303 | Country | UNITED STATES OF AMERICA |

| Type | PRE | PRESIDENT | | Resign Date | |
|---|---|---|---|---|---|
| Name | BRANDON | THOMAS | BEST | | |
| Addr 1 | 3670 RIVER RD N | | | | |
| Addr 2 | | | | | |
| CSZ | KEIZER | OR | 97303 | Country | UNITED STATES OF AMERICA |

| Type | SEC | SECRETARY | | Resign Date | |
|---|---|---|---|---|---|
| Name | BRANDON | THOMAS | BEST | | |
| Addr 1 | 3670 RIVER RD N | | | | |

| Addr 2 | |
|---|---|
| CSZ | KEIZER        OR    97303 |

| Country | UNITED STATES OF AMERICA |
|---|---|

**New Search      Printer Friendly**      Name History

| Business Entity Name | Name Type | Name Status | Start Date | End Date |
|---|---|---|---|---|
| SALEM-BAKER BRICKS INC. | EN | CUR | 11-15-2024 | |

Please read before ordering Copies.

**New Search      Printer Friendly**      Summary History

| Image Available | Action | Transaction Date | Effective Date | Status | Name/Agent Change | Dissolved By |
|---|---|---|---|---|---|---|
| | ADMINISTRATIVE DISSOLUTION | 01-15-2026 | | SYS | | |
| 📄 | ARTICLES OF INCORPORATION | 11-15-2024 | | FI | Agent | |

About Us | Announcements | Laws & Rules | Feedback
Policy | SOS Home | Oregon Blue Book | Oregon.gov

For comments or suggestions regarding the operation of this site,
please contact : corporation.division@sos.oregon.gov

© 2026  Oregon Secretary of State.  All Rights Reserved.