

| | |
|---|---|
| Filed in the Office of<br><br>*Scott Whittaker*<br><br>Director, Division of Corporations and Commercial Code<br><br>Filed in the State of Utah | **Filing Number**<br>**2605271017150B**<br>**Effective On**<br>**May 27, 2026**<br>**Entity Number**<br>**13967677-0160**<br>Number of Pages<br>2 |

## *State of Utah*
### *Department of Commerce*
### *Division of Corporations and Commercial Code*

**Domestic Limited Liability Company -  Application for Reinstatement**

### ENTITY INFORMATION

Entity Name: BAKER BRICKS, LLC
Entity Number: 13967677-0160
Effective Date: May 27, 2026
Effective Time: 01:08 PM

### BUSINESS DETAILS

**Duration Date:** Perpetual

### ENTITY DETAILS

**Dissolution Date:** 10/21/2025

**PRINCIPAL OFFICE INFORMATION:**
**Principal Office Address:** 2100 E Creek Road, Cottonwood heights, UT 84093
**Mailing Address:** PO Box 900355, Sandy, UT 84090

**REGISTERED AGENT**
**Agent Type:** Individual
**Name:** Brandon Best
**Address:** 2100 E CREEK ROAD, Cottonwood heights, UT 84093

**ACTIVE PRINCIPAL INFORMATION**
**Title:** Member
**Name:** Brandon Best
**Address:** 2100 E Creek Road, Cottonwood heights, UT 84093

**Title:** Member
**Name:** Josh Johnson
**Address:** 374 Storrs Ave, American Fork, UT 84003

**REQUIRED SIGNATURES**

- I declare that the information contained in this electronic submission is true and accurate.
- I affirm that I am legally authorized to sign this document.
- I acknowledge receipt of the below information:
    - The information provided in this form will be used by the Division to evaluate and complete your request. Failure to provide complete information as requested will result in the denial of your request as incomplete.
    - Information provided in this form is retained in accordance with state record retention laws. For specific information about the records retention for this form, please visit https://corporations.utah.gov/records/.
    - In order to comply with legal and regulatory requirements, we may share information provided in this form with authorized parties such as other government agencies, national licensing databases, contracted vendors, etc. Additionally, many items collected by the Division are classified as "public" under the Government Records Access and Management Act, Utah Code § 63G-2-101 et seq.
    - For more information on how the information you provide is shared, please refer to https://corporations.utah.gov/records/.
- The grounds for dissolution have been eliminated.
- All fees, taxes, interest, and penalties have been satisfied.


- **Electronic Signature:** Brandon Best
  **Title/Capacity:** Authorized Person