Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>　　　Plaintiffs,<br><br>　vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>　　　Defendants. | **VERIFIED COMPLAINT**<br><br>**(Tier 3)**<br><br>Case No.:<br><br>Judge: |

Plaintiffs BAM Franchising, Inc. ("**BAM**"), Ammon McNeff ("**Ammon**"), Matthew

McNeff ("**Matthew**"), Josh Johnson ("**Josh**"), Brandon Best ("**Brandon**"), Baker Bricks, LLC

UC_8981990.4

("**Baker**") dba Salem-Baker Bricks, Inc. ("**Salem Baker**") (collectively, "**Plaintiffs**"), through counsel, file this Complaint against Defendants Benjamin Schneider, dba and aka "Reckless Ben" ("**Schneider**"), Reckless Ben LLC ("**Reckless Ben**"), Bryan Mansell ("**Bryan**"), Victor Nguyen ("**Victor**") and DOES 1-15 (collectively, "**co-Defendants**") and for causes of action assert and allege as follows:

## Parties, Jurisdiction, and Venue

1.      BAM is a corporation organized and existing under the laws of the State of Delaware, doing business throughout the United States, including its principal place of business in Utah County, State of Utah.

2.      Ammon is a Utah resident, currently residing in Utah County, Utah and an owner and executive officer of BAM.

3.      Matthew is a Utah resident, currently residing in Utah County, Utah and an owner and executive officer of BAM.  Ammon and Matthew are referred to collectively, as "**McNeffs**".

4.      Josh is a Utah resident, currently residing in Utah County, Utah and an owner and executive officer of Baker.

5.      Brandon is a Utah resident, currently residing in Salt Lake County, Utah and an owner and executive officer of Baker.

6.      Baker is a Utah limited liability company (organized on 5/2/24) dba Salem Baker in Oregon (registered on 11/15/24), and an authorized franchisee of BAM engaged in business in the State of Oregon, and also doing business in Utah County, Utah.

7.      Upon information and belief, Schneider is an individual, who resides in or around Los Angeles, California (at 5013 ½ Marathon Street, Los Angeles, CA 90027) and who operates under the dba, aka and online persona of "Reckless Ben" as an online paid streaming content

2

UC_8981990.4

creator and publisher (i.e., through YouTuber, Patreon, etc.), who does business throughout the United States and in Utah County, Utah.

8. Upon information and belief, Reckless Ben LLC is a limited liability company organized and existing under the laws of the State of California, with a principal place of business at 1407 N Edgemont St., Los Angeles, California 90027, and doing business in Utah County, Utah, which is owned, controlled and/or operated by Schneider and Schneider Group (i.e., defined below).

9. Schneider and Reckless Ben LLC and their affiliated entities, employees, contractors, associates, representatives, assistants and legally cognizable agents, including Victor Nguyen (and as yet unknown DOE 1-15 defendants), along with the Schneider Group's affiliated entities and participants in the Enterprise (the "**Schneider Group**"), conspired together and with co-Defendants and Chrystal Law ("**Chrystal**") and Benjamin Gorman ("**Benjamin**") (also potential DOE 1-15 defendants) and aided and abetted to create, participate in and effectuated a scheme and enterprise of unlawful activities over a substantial time period through multiple distinct episodes in order to defraud, manipulate, threaten, trespass, extort, injure and damage Plaintiffs, including based on a sustained pattern of unlawful activities, including the racketeering and profiteering and other misconduct described herein, thereby injuring and damaging Plaintiffs in Utah County, Utah and other locations throughout the United States ("**Enterprise**").

10. Co-Defendants conspired with Chrystal and Benjamin to participate in support and aid/abet the Enterprise and misconduct described herein in or affecting Plaintiffs in Utah County, Utah and other locations throughout the United States.

3

UC_8981990.4

11.     Upon information and belief, Bryan resides in Salem, Oregon and conspired with co-Defendants to participate in the misconduct described herein, thereby injuring and damaging Plaintiffs in Utah County, Utah (including through text, email and telephonic communications and in the Publications) and other locations throughout the United States.

12.     Upon information and belief, Victor is one of several individuals (i.e., among DOES 1-15), who resides in or around Los Angeles, California (at 1618 W 35th Place Los Angeles, CA 90018) and is part of the Schneider Group, who conspired with co-Defendants to participate in the misconduct described herein, thereby injuring and damaging Plaintiffs in Utah County, Utah and other locations throughout the United States.

13.     DOES 1-15 are as yet unidentified co-defendants who conspired with, aided/abetted and/or participated in the misconduct alleged herein, who will be named upon discovery.

14.     The Court has jurisdiction over the subject matter of this action pursuant to Utah Code § 78A-5-102.

15.     Venue is proper in this Court pursuant to Utah Code § 78B-3a-201.

### General Allegations

16.     BAM is the corporate franchisor of a national "Bricks & Minifigs" franchise system, which grants private franchises to independent and authorized operators of retail stores throughout the United States specializing in the purchase, sale and trade of LEGO® products, including new, used and collectible sets and minifigures.

17.     Ammon and Matthew are owners, executive officers and principals of BAM, with Ammon serving as Chief Executive Officer.  The McNeffs, with other owners, have invested

substantial time, resources and capital in developing and protecting the Bricks & Minifigs brand, goodwill and franchise system throughout the United States.

18.     Upon information and belief, Schneider and Reckless Ben LLC operate under the online dba, name and/or persona of "Reckless Ben" and including as a YouTuber and content creator with a substantial following on YouTube and related social media platforms, including paid streaming services through or on Patreon, Discord, TikTok, Reddit and Instagram.

19.     Upon information and belief, Schneider and the Schneider Group affiliated and conspired with Bryan, Benjamin and Chrystal, who directly and indirectly participated in, supported, aided and abetted and/or promoted Schneider's content creation, Publications and the alleged misconduct relating to Plaintiffs.

**Private Dispute Between Chrystal and Benjamin.**

20.     Chrystal was initially employed as a BAM owned entity and corporate employee / store manager for BAM's then subsidiary corporate-operated Bricks & Minifigs location in Salem, Oregon.  During her tenure, she expressed interest in becoming a private franchisee, as the owner (with her husband Benjamin) of BAMF Salem 1, LLC ("**Salem LLC**") and individually, and in purchasing the Salem Oregon store she managed.  BAM agreed to her proposed private franchisee affiliation and purchase transaction within BAM's established franchise agreement structure pursuant to the terms of a written 2/6/23 *Franchise Agreement* ("**FA**") between BAM and Salem LLC, Chrystal and Benjamin and a 2/2/23 *Business and Asset Purchase Agreement* ("**APA**") between BAM and Chrystal and Benjamin.

21.     The APA confirmed a Closing Date of 2/2/23 in Section 4.1, directed that Utah law governed in Section 10.3 and required Chrystal and Benjamin to timely pay purchase price installments, royalties and other consideration, to obtain landlord consent to a lease assignment

5

for Salem LLC, to coordinate account transfers, among other obligations for the purchase in

Sections 2 and 3.

22.    Significantly, BAM was granted a "security interest" referenced in APA Section 3

and confirmed in a signed 2/2/23 *Security Agreement*, in and to

> [A]ll accounts, chattel paper, general intangibles, <u>inventory, and equipment of Debtor</u>
> [Salem LLC, Chrystal and Benjamin] (whether now owned or hereafter acquired)
> located, used, or arising in connection with the operation [of Salem LLC]"

This established BAM's senior claim to and/or lien respecting any "inventory" and "accounts"

and other collateral.  Section 2.3 similarly directs that:

> Buyer [Chrystal and Benjamin] shall be responsible for and shall pay all liabilities of the
> Business incurred from and after the Closing Date.

Section 8.2 mandates that

> Buyer [Chrystal and Benjamin] shall indemnify and hold harmless Seller [BAM] from
> and against, and pay or reimburse Seller for, any and all costs, expenses, losses, damages
> and liabilities (including attorneys' fees and expenses) suffered by Seller to the extent
> resulting from, arising out of, or incurred with respect to liabilities of Buyer arising out
> of, relating to or in connection with any claim brought against Buyer relating to the
> Assets or business operations from and after the Closing Date.

UC_8981990.4

23.     Section 8 C of the FA confirmed that to preserve the BAM brand that Chrystal,

Benjamin and Salem LLC agreed to only purchase products from BAM, in pertinent part:

> C.     Services, Products and Vendors.
>
> You acknowledge and agree that the reputation and goodwill of Bricks & Minifigs® stores are based on, and can be maintained only by providing a high quality, courteous, safe and fun experience. Therefore, you agree that your Store will use and/or offer only services, products and merchandise, as set forth in the Operations Manual or as otherwise approved by us and as may be periodically modified by us in our sole discretion
>
> Franchise further acknowledges that we have spent considerable time and effort in developing the Products, Services, processes, methods and technology used in the operation of a Bricks & Minifigs® Business. Accordingly, Franchisee acknowledges that Franchisee is required to sell and use only approved Products, supplies, vendors and suppliers that include, but is not limited to: new and used LEGO® building bricks, LEGO® mini figures and accessories, new LEGO® play sets, pre-approved non-LEGO® branded and LEGO® compatible products apparel, LEGO® event and/or season specific merchandise, promotional and advertising materials in addition to supplies (such as packaging materials) for the operation of the Store. Franchisee is prohibited from selling any non-LEGO® branded products or LEGO® compatible branded products not approved by us. Franchisor will provide Franchisee with a list of all pre-approved non-LEGO® branded and LEGO® compatible products that Franchisee is authorized to offer and sell in its Store. Franchisee agrees that we may periodically and upon written notice, add to, modify or change such approved products, supplies, vendors and suppliers. Franchisee agrees to promptly accept and implement, in the operation of the Store, all such additions, modifications and changes at Franchisees expense. In addition, Franchisee acknowledges that:
>
> 1.     To insure the consistent high quality and uniformity of Products and Services provided by Bricks & Minifigs® franchised businesses, Franchisee must purchase Products, supplies, POS systems, computers, software, cash registers, camera and security systems, marketing and advertising materials for use in the operation of a Bricks & Minifigs®, from Franchisor, its affiliates or approved vendors who demonstrate to Franchisor's continuing satisfaction an ability to meet Franchisor's standards and specifications. The exception to the above is that because of the nature of the re-sale industry, most all Products that need to be purchased for the Store will be from various sources and Franchisee is responsible for identifying such sources, however Franchisor may make arrangements with vendors for certain Products at negotiated costs that would ultimately benefit the entire System. Franchisor is not liable to Franchisee for any loss or damage, or deemed to be in breach of this Agreement, if Franchisor, or its affiliates or approved vendors

24.     To be clear, APA Section 1 (emphasis added) provided that while select

"consignment services" may be permitted, such were limited expressly to those "approved by

[BAM]".  APA Section 18 A mandates "all modifications to this Agreement must be in writing

signed by both Parties" and Section 18 K directs (emphasis added):

> Whenever this Agreement requires the approval or consent of either party, the other party shall make written request therefor, and this approval or consent shall be obtained in writing.

7

25.     Despite the foregoing plain requirements, Chrystal and Benjamin materially breached their obligations, as required APA payments were not completed, FA royalty payments became delinquent, the lease and various accounts were never properly transferred and lease amounts were unpaid.  Chrystal's outstanding contractual obligations mounted, eventually exceeding an estimated $175,000.

26.     In early fall of 2024, Benjamin accepted work overseas and Chrystal advised BAM that she intended to close the store and abandon the franchise operation altogether, including stating an effective date for such closure of December 2024.  As she did not have the right to do so under the FA, BAM notified her that such was not appropriate.

27.     Based on the foregoing uncured breaches and anticipatory repudiation, BAM, *inter alia*, issued a written 11/14/24 *Notice of Immediate Termination* to Salem LLC pursuant to the FA, exercised its priority rights to the collateral in the Security Agreement, pre-scheduled a repossession with Chrystal and repossessed the Salem LLC store on or after 11/14/24 and assumed the lease, as expressly permitted under the FA and APA, including any and all fixtures, inventory and other assets, and credited an estimated $38,000 paltry value thereof as an offset to the unpaid $175,000 debt.

28.     Excepting only respecting the foregoing unpaid lease, BAM did so as a *bona fide* purchaser, without notice of any third party claims or liens of any kind, including Chrystal and Benjamin's undisclosed and alleged 11/22/23 *Consignment Agreement* with Brian, referenced *infra*.

29.     Prior to and at the time of repossession, BAM's representative, Brandon, conducted an informal and video inventory of the Salem LLC fixtures and inventory.  While he did not locate or identify any product that was identified as consigned or not owned by Salem

8

LLC, he concluded that the maximum value of any residual inventory was less than $38,000. Less than $5,000 worth of Star Wars LEGO product could be located and identified in the entire residual Salem LLC onsite inventory.

30.    Incident thereto, BAM requested access to and that copies of all relevant business records be provided by Salem LLC, which Chrystal and/or Benjamin refused to provide, including inventory reports, agreements, financial statements, etc.

**Undisclosed and Unauthorized 11/22/23 Consignment Agreement.**

31.    Upon information and belief, during her tenure as a franchisee and on or about 11/22/23, Chrystal entered into an undisclosed and unauthorized private "consignment" arrangement with Bryan (or his aging father, Eric), allegedly relating to an inventory of alleged LEGO collectible sets.  A purported, but unsigned, written 11/22/23 *Consignment Agreement*, is attached as **Exhibit A**, which is between "Bryan Mansell" and "Bricks & Minifigs – Salem/Keizer, of 3670 River Rd N, Keizer, Oregon  97303" ("**Bricks**").  Plaintiffs do not have a copy of a signed version, though Bryan has alleged it was signed by Chrystal and Bryan.

32.    At that time and until the present, Bricks was not and has never been a known or legally registered entity and, in any event, Bricks is not Salem LLC, leaving Chrystal personally liable for the terms of the 11/22/23 *Consignment Agreement*.

33.    Importantly, in the purported *Consignment Agreement*, Section V., Chrystal agreed and warranted that she "has purchased insurance sufficient to cover the loss or damage of the Star Wars Legos" and agreed to "store the Star Wars Legos in a manner customary in the industry to prevent damage", acknowledging she "shall be responsible for all shortages, loss, or damage to Star Wars Legos" while in her control.

9

UC_8981990.4

34.     Regarding the arrangement and storage, Bryan has described the arrangement as follows:

> When [Eric Mansell] decided it was time to divest, he turned to his son, Bryan Mansell.  Bryan knows more about his father's comic book and baseball card collection but didn't feel confident in his knowledge of the LEGO® secondary market.  He saw the sign for the Bricks and Minifigs store while passing by on North River Road, came in, and asked the store owner, Chrystal Law, if she could help.  "[Chrystal] told him, even if we couldn't sell the collection, I would help him figure out how much it was worth because I didn't want him to get ripped off.  And I think that's why he trusted me," Law said.  The entire collection will be sold through Law's store, but first they wanted to put it all on display so the public can see it in its entirety.
>
> The collection will be on display in the store's party room from 10 am till 6 pm on Saturday, November 11th, and 11 am till 6 pm on Sunday. The collection will be available for sale immediately, so the best time for pictures will be Saturday morning. The collection will not be stored on-site after hours for security reasons, and after Sunday the sets will be available for purchase but stored elsewhere.  Bricks and Minifigs is located at 3670 River Road in Kaiser.

See Informal Transcript of 4/16/25 "Collecting Weekly" YouTube Video entitled "Help a Fellow Collector!!  Bricks & Minifigs Keizer / On Your Bumper" at minute 44-45, which is referenced but not shown by Schneider in his 5/21/26 YouTube Video (defined below as included in Publications) and posted on Facebook by Chrystal at Salem LLC.  Notably, Chrystal confirmed that the collection was not to be stored at the Salem LLC store.

35.     Upon information and belief, Bryan and/or Chrystal initially valued the alleged consignment collection in the range of $80,000, which was later reduced by its cost value of $30,000 or less, to $60,000.

36.     As noted above, the proposed "consignment" arrangement, which was not expressly approved by BAM, is not permitted under BAM franchise standards, and this private arrangement was entered into solely by Bryan and Chrystal in an unauthorized capacity, and not on behalf of BAM or Baker Salem, which had no knowledge of or involvement regarding such.

10

37.    Upon information and belief, Chrystal or Salem LLC sold part of the consigned inventory and paid Bryan for such.  Salem LLC or Chrystal had ample time to sell the consigned inventory during the approximately one year period prior to Chrystal's abandonment of the store, and did so.  Such sales activities have never been reported to or accounted for with BAM.

38.    Chrystal failed and refused to pay Bryan monies that may have been due to him under the *Consignment Agreement*.

39.    As noted, on or about 11/8/24, Chrystal informed BAM corporate leadership that her partner had accepted employment overseas and that she intended to close the store and she thereafter abandoned the store in connection therewith.  BAM advised her that a closure was not permitted under the FA, including due to her unpaid royalties, defaulted asset purchase payments and outstanding contractual obligations.

40.    BAM thereafter notified Chrystal that it would repossess the store pursuant to BAM's preserved rights regarding such under the FA.  When BAM representatives arrived for the scheduled turnover on or after 11/14/24, Chrystal became uncooperative and interfered with the agreed smooth transition and refused to provide records (and removed certain receipts, a high value Boba Fett minifig and possibly money in the safe, over Brandon's objection), and ultimately was escorted out of the store.  The store was empty, looked unpresentable and had been ransacked.  As noted, BAM issued its 11/14/24 *Notice of Immediate Termination* and assumed possession of the premises and all assets located within the store as part of lawful recovery actions.

41.    Brandon was engaged as a contracted inventory inspector for BAM and was requested to inspect and inventory the Salem LLC store at the time of repossession.  After

11

Brandon secured the location incident to the termination and completed the inventory, Josh expressed to BAM his interest in acquiring a franchise for the store location.

42.     Josh later inquired if Brandon would be interested in participating in such an acquisition and they agreed to jointly do so and formed Baker Salem, believing they could purchase the assets free and clear, assume the lease from BAM and infuse new inventory into the run down location and make it successful after Chrystal had run it into the ground.

**BAM's *Bona Fide* Repossession and Acquisition of Secured Assets and Lease.**

43.     Following its lawful termination for cause and repossession, BAM acquired the store's assets as a *bona fide* purchaser for value, without actual or constructive notice of any actual third-party right, claim or lien, and given Salem LLC and Chrystal's breaches, including the undisclosed private consignment arrangement without notice to or the consent of BAM.

44.     As Chrystal, Benjamin and/or Salem LLC's purported and undisclosed consignment arrangement with Bryan was entered into (in an unauthorized capacity) and was never disclosed to or approved by BAM, BAM took possession free of any claims or liens.

45.     In or about the first quarter of 2025, Josh and Brandon agreed to clean up, manage and operate the BAM repossessed store in Salem, which was subsequently sold and transferred, along with the store's assets, to Baker Salem (i.e., owned by Josh and Brandon).  These parties did so, without actual knowledge of Bryan's purported consignment claim, and any such claim, to the extent it existed, which was subordinate to BAM's security interest and the sole responsibility of Chrystal, Benjamin and/or Salem LLC.

**Baker Salem's *Bona Fide* Acquisition of Assets from BAM.**

12

46.    In the first quarter of 2025, BAM completed the sale to Baker Salem, Josh and Brandon, who became new franchisees, and in connection therewith, they (through and in the dba of "Baker Bricks, LLC") entered into a 1/9/25 *Franchise Agreement* with BAM.  On 3/27/25, BAM finalized a *Business and Asset Purchase Agreement* with Baker.  Baker did not at any time acquire, take over or assume any obligations of Chrystal or Salem LLC.

47.    These *bona fide* third-party purchasers were not involved in the prior private dispute between Chrystal and Bryan and, except as noted regarding the inspection by Brandon. They acquired the business from BAM pursuant to an arm's-length and legitimate corporate sale and transfer and began operating as an independent authorized franchisee of BAM.

**Bryan Demands Return of Allegedly Consigned LEGO Product Without Evidence.**

48.    Within 24-48 hours following Chrystal's termination in late November 2024, Bryan called the store and asked for Chrystal.  Brandon answered and explained Chrystal and Salem LLC had abandoned the store and were no longer involved.  Bryan claimed he had a consignment arrangement of some sort with Chyrstal and Salem LLC and stated she had not paid him monies that were due from sales.  Josh and Brandon were skeptical, and Brandon explained the need for evidence of any ownership claim he may have.

49.    Bryan showed up later that day and began yelling at personnel and holding up purported consignment paperwork demanding the immediate return thereof or payment of $80,000.  Josh interceded and asked to review it and briefly did so and pointed out that neither BAM (nor Josh and Brandon) were a party to this purported arrangement.  As he claimed he had a purported inventory list, Brandon and Josh invited him to review the limited number of LEGO sets on display, which were in BAM's corporate owned store at that time.  When Bryan could

13

not identify any LEGO sets on his purported list, he accused Josh of lying and was told to leave. He left in anger.

50.    Bryan's purported inventory list, which he later provided Josh and Brandon in or after May 2025, was problematic in that it was not complete and did not have value data for every listed item.

51.    Brandon briefly investigated whether any consignment product might exist in boxes in the back or elsewhere in the store and concluded none existed, as confirmed by two staff personnel, who had previously worked for Chrystal.

52.    Bryan returned later that evening (after closing) with the police and accused Josh and Brandon of theft, which they denied.  Josh and Brandon informed the police that BAM had recently repossessed the store and that they were unaware of and not parties to any consignment agreement, and did not knowingly possess any of his alleged property.

53.    When Bryan became belligerent, he was escorted off the premises by the police officer, who concluded this was a private civil matter and Bryan had insufficient evidence of ownership.

54.    Thereafter and for a period of months, Bryan, directly and indirectly, harassed Josh and Brandon and the personnel at Baker Salem, made threats of physical injury to their employees (including an in person death threat to the store manager), lodged police complaints, posted negative reviews and incited others to negatively post online comments, contacted a podcast (which later led to Schneider's involvement), etc.  Josh and Brandon reported these incidents to the police, who cautioned care, but did not charge Bryan for unknown reasons.

14

55. Upon information and belief, Bryan attempted to obtain payment from Salem LLC, Chrystal and Benjamin, but such were unsuccessful, as Chrystal claimed she had no money to pay him for sales of any allegedly consigned product.

56. Many months later in the fall of 2025, and only after Baker Salem had entered its 3/27/25 *Business and Asset Purchase Agreement*, Brandon gained access to Salem LLC's archived and incomplete POS accounting system, which he discovered identified Star Wars "lot sets" from Star Wars regular "lots" inventory sales. This inventory sale distinction was unclear to Brandon and Josh, and Chrystal had never explained the significance, if any, to anyone, but Brandon much later in 2026 discovered that approximately 367 purchases of lot sets (for an estimated retail value of $46,000) and 336 purchase of lots (for an estimated retail value of $12,600) had occurred after 2023. He still could not, however, confirm the specific products sold (and whether they had been consigned or not). A copy of this informal audit and recent discovery, including the purported inventory list provided by Bryan in or after May of 2025, is attached as **Exhibit B**.

57. Upon information and belief, as illustrated in **Exhibit B**, Josh and/or Brandon's informal audit and recent discovery show that Star Wars products similar to those same sets allegedly consigned by Bryan were virtually all sold prior to December 2024, by Chrystal or Salem LLC, suggesting very few of the alleged consigned product existed thereafter, as Chrystal had sold virtually all of it. To the extent she effectuated such sales, it appears she may not have compensated Bryan for such or provided him with any accounting giving rise to their private legal dispute.

**Conspiracy and Formation of "Enterprise" to Engage in Unlawful Activities.**

15

58.    Upon information and belief, though they had no legitimate legal recourse or evidence upon which to file a claim, Chrystal, Benjamin and Bryan conspired to, *inter alia*, threaten, intimidate, extort and defraud Plaintiffs anyway possible, as detailed herein, including the formation of an Enterprise to engage in wrongful activities.

59.    As an initial step, Salem LLC caused a 12/24/24 legal demand letter to be sent to BAM, variously alleging it had been damaged based on the termination of its FA, which was a <u>private</u> business matter between Chrystal and Salem LLC.  On 1/10/25, BAM responded, denying the allegations and providing support for its termination.  Neither Salem LLC, nor Chrystal or Benjamin, thereafter pursued any claim in the letter further with BAM until 1/2/26, when a separate legal demand letter was sent, as discussed *infra*.

60.    Instead, upon information and belief and in furtherance of such threats, Chrystal, Benjamin and/or Bryan learned of Schneider and communicated with him, whereby they provided information regarding their unsupported claims against Baker Salem and/or BAM, ignoring and excluding Salem LLC and/or Chrystal's sole obligation regarding any private consignment agreement with Bryan.  In connection therewith, they, together with others (i.e., DOES 1-15) conspired to intentionally, maliciously, fraudulently and illegally threaten, extort, harass, profiteer, interfere with and damage Plaintiffs in furtherance of the Enterprise, including based on the unlawful activities described herein.

61.    Upon information and belief, Schneider and the Schneider Group acquired a direct or indirect financial interest in Bryan, Chrystal, Benjamin and/or Salem LLC's unsupported claims against Plaintiffs, whereby co-Defendants (with Bryan, Chrystal, Benjamin and/or Salem LLC's assistance and support) organized and established the Enterprise that would launch a campaign of deception, disinformation and destruction intended to cause Plaintiffs

16

injury and damage, to extort a demand of over $200,000, to deceive and manipulate Plaintiffs, to interfere with Plaintiffs economic and family relations, to harass Plaintiffs, to cause private and public nuisances, to trespass and to otherwise engage in a pattern of unlawful activities, as described herein.

62.     Upon information and belief, through the foregoing Enterprise, Schneider and the Schneider Group acquired not only a direct interest in the unsupported private claims, but also an indirect interest in compensation from paid online streaming platforms through which they could publish content they created and disseminated such profit.  For example, Schneider earns compensation from online streaming platforms, such as YouTube, Patreon, etc., through paid subscriptions and/or by other revenue sharing agreements or compensation models.

63.     Upon information and belief, Schneider and the Scheider Group have to date received substantial compensation as a result of the unlawful operations of the foregoing Enterprise.

**Co-Defendants Engage in Multiple Episodes of Unlawful Activities Per the Enterprise.**

64.     Commencing after Baker Salem began operations as a new franchisee and continuing to date, Schneider and the Schneider Group (with the support of Bryan and Chrystal) waged a malicious and intentional campaign of extortion and destruction through independent episodes of unlawful activities against Plaintiffs.  Such included periodic harassment through phone calls, numerous disruptive store or office visits, repeated instances of trespass, deceptively staged events (i.e., disingenuous coronation, rally, raffle, store front table promotion, a fictitious Lego Club rally, manufactured and frivolous complaints to police, private and public nuisances, threatening phone calls, numerous deceptive live and telephonic impersonations, in person and

17

remote threats (and via proxies), frivolous sham lawsuits (splitting claims in multiple ineffective small claims actions), etc.), issuing the Publications of defamatory and disparaging images and content, all in furtherance of the Enterprise.

65.     In a YouTube video, with the false and defamatory byline "**I tracked down the thief who stole $200,000 of Lego**" posted on 5/21/26, with over 1,314,000 views to date, the following representative images and content evidence aspects of the co-Defendants' foregoing conspiracy, and intention, with Bryan (glasses) and Schneider (black T shirt) admitting, "**we have to do something illegal**":

**5/21/26 YouTube Video**, Minute 3:00



**5/21/26 YouTube Video**, Minute 16:12



18

**5/21/26 YouTube Video**, Minute 26:08



I tracked down the thief who stole $200,000 of LEGO

66.    Upon information and belief and despite no legal right to do so, co-Defendants, led by Schneider and Bryan, conspired to engage in a pattern of staged and independent actions or events, *inter alia*, to harass, intimidate, interfere with, disparage, defame, extort, misrepresent, falsely portray and damage Josh and Brandon, as well as their business Baker Salem, BAM and other franchisees of BAM in a variety of ways.  Evidence of co-Defendants' ongoing conspiracy and illegal actions and/or misconduct are depicted in the following video "**Publications**":

    a.    5/21/26 YouTube Video ("**5/21/26 YouTube Video**" or "**Part 1 Video**"), titled "**I tracked down the thief who stole $200,000 of LEGO**", found at the following link: https://www.youtube.com/watch?v=wscQpkcwgNU.  A downloaded and viewable copy of the video is provided to Court, along with an informal transcript of the statements contained therein, as **Exhibit C**;[1]

    b.    5/21/26 Patreon Video ("**5/21/26 Patreon Video**" or "**Part 2 Video**"), titled "Lego Video Part 2", found at the following link:

---

[1]  In addition to these Publications, thereafter, Schneider published and continued to publish several additional YouTube and Patreon videos.

https://www.patreon.com/posts/lego-video-part-158834706?utm_medium=clipboard_copy&utm_source=copyLink&utm_campaign=postshare_fan&utm_content=web_share, accessible exclusively through Reckless Ben's subscription-only Patreon channel.  A downloaded and viewable copy of the video was obtained and attached for the Court's record and convenience, along with an informal transcript of the statements contained therein, as **Exhibit D**;

c.  5/21/26 YouTube Podcast Video ("**5/21/26 YouTube Podcast**"), titled "**I Got Arrested Investigating a LEGO Store**", found at the following link: https://www.youtube.com/watch?v=NbrAtL7v_Vs.  A downloaded and viewable copy of the video is provided to Court, along with an informal transcript of the statements contained therein, as **Exhibit E**;

d.  5/23/26 YouTube Response video ("**5/23/26 YouTube Response**"), titled "**Bricks and Minifigs responded to my video**", found at the following link: https://www.youtube.com/watch?v=bWg2bnAqW6k&t=80s.  A downloaded and viewable copy of the video is provided to Court, along with an informal transcript of the statements therein, as **Exhibit F**; and

e.  Any and all other videos, posts, podcasts, social media content, or other publications by Bryan, Schneider, the Schneider Group, or any of their agents, whether already posted as of the date hereof or posted in the future, that relate to, reference, or concern McNeffs, Josh, Brandon, Baker Salem, BAM or any BAM franchisees, whether or not specifically identified herein (collectively, these with items (a) through (d) above, are referred to as the "**Publications**").

20

67.     As evidenced in the 5/21/26 YouTube Video and Publications, beginning in early 2025 and continuing to the date hereof (i.e., over a substantial period of time) and with the direct and indirect support and encouragement of Bryan, Chrystal and Benjamin, Schneider and the Schneider Group began targeting the Baker Salem store, and BAM, to unlawfully shake them down and extort monies demanded. These targeted activities were directed at Plaintiffs and included, *inter alia*, the following reported <u>distinct</u> actions, as evidenced in the Publications: appearing in person and confronting/harassing staff; encouraging third parties to harass employees; facilitating threats toward staff; obtaining signatures under false pretenses; deceptively distributing counterfeit "raffle" gift certificates and attempting to collect; repeatedly trespassing; staging protests; defacing property; defaming and disparaging Plaintiffs; threatening destruction, injury and damage to Plaintiffs; and issuing and circulating dozens to hundreds of fraudulent certificates; placing Plaintiffs in a false light; publishing defamatory statements, among other episodes of unlawful activity, as detailed, in part, below.

68.     Following the 5/21/26 initial video in the Publications and on 5/21/26, BAM responded by posting "A NOTE TO OUR COMMUNITY ABOUT THE BRICKS & MINIFIGS® SALEM, OR STORE", attached as **Exhibit G**, clarifying that the underlying dispute related to a "private consignment arrangement allegedly made at the former [Salem LLC] store", debunking the entire premise of the unlawful and extortionistic Enterprise.

69.     Two days later and on 5/23/26, Schneider released a 5/23/26 YouTube Response, in which he recklessly dismissed BAM's clarification regarding the private consignment arrangement and doubled down on his false narrative, stating: "There's no reason for these Legos to be in their store, they didn't pay for them." *See* 5/23/26 YouTube Response, Minute 3:58. This statement demonstrates Schneider's willful disregard for the legal realities explained in

21

UC_8981990.4

BAM's response, namely, that BAM acquired the store's assets as a *bona fide* purchaser without notice of the unauthorized private arrangement, and his intent to further mislead his audience and to incite continued harassment against Plaintiffs in furtherance of the Enterprise.

**Extortion, Harassment, and Threats of Violence, Part 1.**

70.     Representative images and content evidencing Schneider and Schneider Group confronting and harassing Baker's staff and employees are set forth below:

**5/21/26 YouTube Video, Minute 12:46 through 14:46** (Schneider attempted extortion and directly threatened Ammon by stating that, "**if you just want to give it back now, it's going to be a lot easier for you guys. You know, I think you guys would prefer the easy way**" or "**the hard way. I don't think you guys are really going to like it**".  An implied depiction of the threatened violence associated with the "**hard way**" is an explosion at BAM's corporate headquarters).



I tracked down the thief who stole $200,000 of LEGO

**5/21/26 YouTube Video, Minute 18:22** (Victor and a member of Schneider Group, each acting individually and as agents of Schneider, pretending to be a celebrity and a member of a fake "LEGO Club" in order to trick an employee into unlawfully disclosing Josh's contact and

22

other information to further harass and interfere with Baker Salem, Brandon and Josh's business).



I tracked down the thief who stole $200,000 of LEGO

**5/21/26 YouTube Video, Minute 1:17:52** (impersonating Guinness World Records' personnel and delivering a disparaging, misleading and fake award "**for most Legos stolen**").



I tracked down the thief who stole $200,000 of LEGO

**Fraud, Deceit, Impersonation and Forgery Through False Document Scheme.**

71.     Upon information and belief, Schneider admitted disguising a document as a delivery signature, then claiming it is a "get out of jail free card" and that an employee owes

23

$5,000 each time she calls police.  Upon information and belief, the document was obtained by deception and was not knowingly signed as a contract and is unenforceable.  The signature requests made under false pretense echo the fraudulently obtained signatures on fictitious "contract" documents previously used in Salem, suggesting an intent to fabricate legal claims or evidence for extortion and harassment purposes.  Representative images and contents evidencing the foregoing are set forth below.

**5/21/26 YouTube Video, Minute 1:02:25 through 1:05:18** (Schneider and a DOE member of the Schneider Group drafted a *License, Merchandise & Promotion Agreement* with an "Absolute Non-Trespass Covenant" (Clause 6), then fraudulently obtained a Baker Salem store manager's signature by posing as federal government employee / USPS or UPS delivery personnel.  Schneider later unlawfully threatened and demanded payment of $40,000 for alleged violations of the forged agreement, accompanied by threats.)





thief who stole $200,000 of LEGO

25

## 6. Absolute Non-Trespass ~~~enant

Licensor irrevocably agrees that, for a period of ten (10) years from the Effective Date, Licensee, Ben Schneider, shall not be trespassed, banned, excluded, removed, denied entry, or otherwise restricted from accessing or remaining at the Bricks & Minifigs Keizer store location under **any circumstances whatsoever and for literally any reason**, whether known or unknown, anticipated or unanticipated, justified or unjustified, including but not limited to discretionary decisions, business interests, personal preferences, alleged conduct, or any claim of policy violation.

Licensor expressly and permanently waives any and all rights, whether arising under statute, common law, property rights, or otherwise, to issue, request, enforce, or assist in any trespass warning, exclusion order, or removal action against Licensee during this period.

This covenant shall apply regardless of any alleged breach of this Agreement, and shall survive termination, expiration, or invalidation of any other provision herein. No employee, agent, contractor, franchise representative, or affiliated party of Licensor shall have authority to override or circumvent this provision for any reason.

Any attempt, direct or indirect, to remove, trespass, or interfere with Licensee's presence—including but not limited to contacting or involving law enforcement—shall constitute a willful and material breach of this Agreement and shall trigger immediate liability for damages.

## 7. Dispute Resolution

the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

26



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

27

UC_8981990.4



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

UC_8981990.4



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

UC_8981990.4



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

UC_8981990.4



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

UC_8981990.4



**Fake (Unauthorized) Raffle.**

72.    In or about April 2025, members of Schneider's team set up a fictitious giveaway from the Salem store and falsely impersonated and claimed to be Baker Salem store staff members or affiliates to the public.  This was reported and the Keizer Police Department investigated (Case No. KZP25-5441).  A detailed incident log documenting the continuous disparagement and harassment campaign, including corresponding law enforcement case numbers, from April 2025 through May 2026 is attached as **Exhibit I**.

32

73.    Representative image and content evidencing Schneider and Schneider Group distributing an unauthorized "raffle" tickets and associated a fake gift certificate is set forth below:

**5/21/26 YouTube Video, Minute 39:39** (Schneider, Victor, and Schneider Group conducting an unauthorized "raffle" of purported Baker Salem merchandise).



I tracked down the thief who stole $200.000 of LEGO

**Defamation, Vandalism and Trespass, Part 1.**

74.    Separate actions by Schneider and the Schneider Group directly targeting the Baker Salem store, and indirectly BAM, included trespassing to deface and post defamatory signage (stating BAM stole a family's life savings, was sued, lost and closed to avoid paying); affixing materials to windows; acts of vandalism and continued trespass (which Schneider allegedly later admitted); and distributing shirts, flyers and banners with false and misleading statements and disparaging BAM's brand.

75.    Representative images and content separately evidencing Schneider and Schneider Group's furtherance of acts of defamation by allegedly creating an Oregon entity with

33

UC_8981990.4

a name "**We Steal From Old People!**", a website and an illegal logo for the admitted purpose of

disparaging BAM are set forth below.

**5/21/26 YouTube Video, Minute 27:16** (Schneider and Schneider Group created a logo

for their alleged new entity with their "slogan" being "Bricks & Minifigs").



I tracked down the thief who stole $200,000 of LEGO

*See* **Exhibit H**.

34

UC_8981990.4



**'e Steal From Old People T-Shirt [Pre-Ord**

76. Schneider also set up a booth outside a BAM franchisee store location in Salem, Oregon, and, by his own admission, impeded, stopped and redirected customers from entering the store, directly interfering with Plaintiffs' business operations and intimidating and scaring customers and compromising customer relationships.

77. Representative images and content separately evidencing Schneider and Schneider Group's acts of vandalism to, creation of a website entitled, westealfromoldpeople.com (selling disparaging merchandise), trespass upon and defacing of Baker Salem's property, using false, disparaging and defamatory statements are set forth below:

35

**5/21/26 YouTube Video, Minute 30:04 through 31:29** (Member of Schneider Group trespassing and climbing ladder to the top of Baker store (wearing a LEGO yellow head covering) to illegally deface and hang a defamatory banner/sign, stating "**we steal from old people**"; separately Schneider is trespassing and tabling outside the Baker store to stop customers from entering the store by sharing false and misleading statements, depicting theft).



I tracked down the thief who stole $200,000 of LEGO

36

UC_8981990.4

UC_8981990.4



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

UC_8981990.4



I tracked down the thief who stole $200,000 of LEGO

**5/21/26 YouTube Video, Minute 48:00 through 49:00** (Schneider and Schneider Group defacing Baker Salem store, further interfering with its customers, after redesigning signs affixed to the store to "make them way better", i.e., changing "Buy" to "**Steal**").

39

UC_8981990.4

UC_8981990.4



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

78.   On or about 3/6/26, Schneider, Bryan and the Schneider Group trespassed again and placed a defacing and fake sign on the Baker Salem store, which read, "**PERMANENTLY CLOSED.  WE STOLE A FAMILY'S LIFE SAVINGS.  THEY SUED.  WE LOST**."  This vandalism was documented in a Facebook post on the Salem/Keizer Community Page, which includes photos of the sign and people (including Schneider) trespassing outside the store. Keizer Police Department investigated (Case No. KZP2402132) this incident.

79.   Representative images and content evidence of Schneider and a DOE co-Defendant's vandalism and trespass are set forth below:

**5/21/26 YouTube Video, Minute 1:22:40 through 1:22:47**.



I tracked down the thief who stole $200,000 of LEGO

UC_8981990.4



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

**Obstruction of Justice.**

80.  While engaging in their ongoing trespass (multiple incidents recorded), Schneider and Schneider Group employed deceptive tactics to evade police investigation and to obstruct justice.  Representative images and content evidencing Schneider and Schneider Group members' acts of deceptive tactics are set forth below:

42

**5/21/26 YouTube Video, Minute 32:45** (upon police arrival at the scene, Schneider obstructed the investigation by directing a colleague, also named Ben, to wear identical clothing, to take Schneider's place, thereby evading identification by law enforcement and avoiding being arrested for trespass).



I tracked down the thief who stole $200.000 of LEGO

**Profiting off Counterfeit Merchandise.**

81.    During this time period and in an attempt to justify his deceptions, Schneider promoted his website and merchandise using the phrase: "**We Steal From Old People**", thereby facilitating his false branding, interference, harassment and defamation of BAM and its franchise system (and franchisees) as elder-theft criminals.  He promoted this website (https://westealfromoldpeople.com/) and merchandise to the Schneider Group and his YouTube followers, urging and inciting them to join and support a campaign harassment and disparagement against BAM and its franchisees.  This conduct diluted Plaintiffs' brand and

43

commercially disparaged it and its franchisees. Representative screenshots and evidence of this campaign are attached as **Exhibit H**.

**Rejected Settlement Proposal.**

82.     In late 2025 and based on co-Defendants' ongoing harassment, Brandon and Josh further investigated the Baker Salem store inventory, and though they still could not reliably identify any product that appeared to belong to Bryan, they located a few (approximately 20) Star Wars LEGO sets in a back office lockable cupboard, on which they noticed stickers not previously recognized. As a precaution only, but still without knowledge that Bryan in fact had any right thereto, they directed that such not be sold from Baker Salem's inventory and remain locked up pending completion of their ongoing investigation and receipt of reliable evidence of ownership and other conditions.

83.     On or about 12/3/25, in a text exchange between Josh and Bryan (deceptively orchestrated by Schneider) and after sustaining incredible business disruption and harm, Josh discussed a possible settlement scenario under economic duress. Purely as an accommodation (and without any legal obligation to do so), Josh discussed a possible settlement scenario to allow Bryan to retrieve the few sets that had been provisionally identified as merely Star Wars related product in the back office (i.e., described above, though not necessarily belonging to Bryan), which as a precautionary matter, Josh had set aside pending receipt of ownership documentation from Bryan. Josh indicated a written apology and other concessions would need to be made and the harassment must stop. Bryan rejected this proposal outright and responded, "Unless you are going to make us whole on the whole Lego collection, I don't see where we have anything to discuss." This confirmed the Enterprise's interest. Referring to the sets he had identified, Josh replied, "We can give you what was left when [presumably Chrystal] left. We

44

can't and aren't responsible for what she sold the two years yall were working together. If you want what she left let me know." Bryan refused this offer. This exchange further evidenced Bryan's objectives were not about recovering a LEGO collection, but rather about extorting payment for the Enterprise beyond any legitimate claim.

**Extortion, Harassment, and Threats of Violence, Part 2.**

84. On or about 12/11/25, a member of Schneider Group admitted and/or revealed conspired unlawful actions to a BAM employee (i.e., Adam Brimhall) that they had already taken and regarding planned future harassment, extortion, interference and vandalization of BAM. This conversation was reported to the Provo Police Department (Case No. 25PR26279) by BAM. *See* **Exhibit I**.

85. In December 2025, Schneider and an associate entered and unlawfully remained at BAM's corporate offices in Utah and filmed without permission using concealed devices. They refused to leave when directed, effectively trespassing. BAM contacted the Provo Police Department, initiated a report and requested charges.

86. During this December 2025 encounter at BAM's corporate offices, Schneider demanded $200,000 and stated that failure to pay would result in reputational harm and that matters would become "**very bad**." BAM reported this attempted criminal and civil coercion and extortion to police authorities. This incident was incorporated as part of Provo Police Department Case No. 25PR26279, regarding which BAM understands an investigation remains ongoing.

87. Shortly after Schneider's December 2025 BAM corporate office incident, Chrystal initiated a second 1/2/26 legal demand letter through a new Utah counsel after waiting approximately 13 months, whereby she reasserted her previous unsupported 12/24/24 demand

45

letter claims.  BAM responded and again denied all allegations and provided evidence to rebut such.  Under the FA, BAM proposed a face-to-face meeting, which was held but unsuccessful in resolving the private dispute, in connection with which BAM proposed a full document exchange.  Chrystal and her counsel refused to produce any further records, including a signed copy of the 11/22/23 *Consignment Agreement* and any inventory and payment records.

88.     Upon information and belief, Chrystal informed Schneider of BAM's rejection of the face-to-face meeting and her renewed legal demand regarding the private civil matter.  In the course of BAM and Chrystal's face-to-face meeting and as a veiled threat to BAM, Chrystal asserted that she and Benjamin could (and would) not stop Schneider's continued harassment and involvement as an alleged "documentarian."  BAM specifically raised concerns Chrystal had improperly shared confidential information with Schneider and Bryan in the meeting.

89.     Upon information and belief, though Chrystal relocated out of the country for approximately a year through early 2025, she still engaged indirectly in the Enterprise and in support of the unlawful activities described herein.  The Keizer Police have informed BAM that she has returned to the United States and has been interviewed.

90.     In a 2/5/26 call with BAM as part of an attempted dispute resolution, Chrystal and Benjamin threatened that if BAM did not pay their demand for $300,000, "**they would not be able to control the 'documentarian' Schneider from releasing damaging (and doctored) videos harming the company**."  This extortionistic threat directly evidenced their knowledge, conspiracy, aiding and abetting and coordination with Bryan and Schneider.

91.     Thereafter, Schneider and the Schneider Group (and affiliates) also initiated a series of fake lawsuits not properly served against fictitious entities to create fake bases for them to deceptively claim they won a lawsuit in Schneider published YouTube content, which was

46

false and misleading, and in furtherance of the Enterprise.  None involved BAM or Baker Salem legitimately.

92.     On 3/8/26 (Sunday), Schneider and the Schneider Group deceptively dressed up and impersonated federal employees in fake USPS or UPS outfits and approached Josh's residence in American Fork, Utah.  They delivered a package containing undisclosed, but humiliating, items and requested his signature on a device or form.  Multiple vehicles were parked in front of the house with individuals filming the interaction.  Josh considered this to be another trespass.  Josh reported this incident to the police and American Fork Police Department responded (Case No. 26AF01974) by escorting the offending individuals from the property for trespassing.  *See* **Exhibit I**.

93.     Notwithstanding the police intervention at Josh's residence, Schneider thereafter began continuously calling Josh's phone number, further escalating the harassment and extortion attempts.

94.     On 3/8/26 (Sunday) and one hour after harassing Josh, above, Schneider and the Schneider Group deceptively dressed up and impersonated federal employees in fake USPS or UPS outfits and delivered a package to Brandon's residence in Sandy, Utah, containing undisclosed, but humiliating, items and similarly requesting a signature.  Upon information and belief, as stated in Schneider's own video publications, the intent was to acquire Brandon's signature for use in additional fraudulent schemes.  Multiple vehicles were parked in front of the house with individuals filming the interaction.  Josh reported this incident to the police.  Sandy Police Department responded (Case No. Sy26-10093), and trespass notices or warnings were issued.  *See* **Exhibit I**.

UC_8981990.4

95.     On 3/8/26 (Sunday), Schneider and/or the Schneider Group also appeared at the home of Jessica Johnson (Josh's sister), an innocent bystander not affiliated with BAM residing in Pleasant Grove, Utah.  Upon information and belief, they impersonated state police or officers of the court and falsely told Jessica they were "**investigators investigating a crime**".  This incident was reported and Pleasant Grove Police Department responded (Case No. 26PG01521).  *See* **Exhibit I**.

96.     On 3/9/26 (Monday), a member of Schneider Group again appeared at Josh's home pretending to be a member of his church congregation to lure him out of the house and to harass/record him.  The member informed police that he had been paid by Schneider to do so.  He reported this harassment and American Fork Police Department responded (Case No. 26AF2007), and a trespass warning was issued and Josh told him never to return.  *See* **Exhibit I**.

97.     On 3/10/26 (Tuesday), Schneider and a team member visited Josh's house to further harass and engage in content creation, which was again reported.  American Fork Police Department responded (Case No. 26AF02033), and a trespass citation was issued.  Schneider was arrested on residential picketing charges, booked into Utah County Jail, and later released on bail.  *See* **Exhibit I**.

98.     On 3/11/26 (Wednesday), Schneider and the Schneider Group trespassed again to deface and hang a defamatory banner in Josh's subdivision in American Fork, Utah.  After it was reported, American Fork Police Department responded (Case No. 26AF02066), and a stalking citation was issued.  Schneider (and four others) were arrested on stalking charges, booked into Utah County Jail, and released on bail.  *See* **Exhibit I**.

99.     On 3/11/26 (Thursday), Schneider and his team made an appearance at the Orem Bricks & Minifigs location (658 S State St, Orem, UT 84058), where he disparaged and defamed

48

BAM to customers before an employee removed them from the premises.  The Orem Police

Department responded (Case No. 26OR04733) responded, and a trespass warning was issued.

*See* **Exhibit I**.

100.    On 3/13/26, (Saturday) Schneider and his crew appeared at the Bricks & Minifigs

South Jordan store (1086 S Jordan Pkwy W, STE 105, South Jordan, UT 84095) and began

filming people and demanding statements and explanations from the owner and employees.  This

was reported to the South Jordan Police Department, which responded (Case No. SJ26-7091),

and a trespass warning was issued. *See* **Exhibit I**.

101.    Notably, on or about 3/13/25, BAM had issued Schneider and the Schneider

Group a formal written **Notice of Trespass, Harassment and Prohibition** respecting any and all

BAM franchisee locations, attached as **Exhibit J**.  Despite this Notice, co-Defendants continued

their campaign of harassment and destruction at multiple Bricks & Minifigs locations in Utah

before moving on to California, where they similarly harassed other franchisee stores and

employees.

102.    During these ongoing spring 2026 incidents, state law enforcement officers

attempted to coordinate across state jurisdictions.

103.    On or about 3/27/26, Schneider was scheduled to appear before the Fourth

Judicial District Court of Utah regarding the stalking matters and failed to appear.  Upon

information and belief, a warrant was issued for his arrest.

**Further Unlawful Activities in Furtherance of the Enterprise.**

104.    Each of Schneider and the Schneider Group's foregoing and ongoing actions is an

independent episode of unlawful activity in furtherance of the Enterprise and conspiracy among

49

co-Defendants with Bryan (the original consignment claimant regarding his unrelated dispute with Chrystal), Chrystal, and potentially their attorneys.

105.   As evidenced in this record, co-Defendants very carefully planned their pattern of unlawful activity, which was known and  coordinated by and among Chrystal, Bryan and Schneider, including alternating public and legal actions.

106.   Upon information and belief and thereafter, additional May 2026 communications between Bryan and Schneider (and presumably Chrystal), including public and private exchanges in which they have discussed an ongoing strategy to harass, intimidate and pressure BAM and its franchisees' personnel, including as evidenced in Reddit threads, comments on Publications, and other social media or electronic means.

107.   Representative images and content evidence of Chrystal's engagement, both directly or indirectly, with co-Defendants' and Schneider's campaign are set forth below:

**5/21/26 YouTube Video, Minute 1:48 through 2:51** (Chrystal recklessly and without proof discussing and misrepresenting a private business dispute with BAM while speaking with Schneider, and further providing Schneider with security camera footage to aid Schneider and Schneider group in producing the 5/21/26 YouTube Video)

50



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO



I tracked down the thief who stole $200,000 of LEGO

51

**Go Fund Me Solicitation.**  As recently as this past week, Chrystal set up a go fund me account (as confirmed in her Instagram post), using the now viral hashtag #recklessben among others, and stating that "so my face has gone a little bit viral (e.g., https://www.instagram.com/chrys__gorman/reel/DYxxpebB5VL/) and a GoFundMe, titled "**They Took Our LEGO Store & Life Savings. Help Us Fight Back**" (https://gofund.me/6c4522bc6).



UC_8981990.4

108.    Upon information and belief, Chrystal deceptively has not disclosed the true nature of her private dispute with to unwitting Go Fund Me participants, as detailed herein.

**The Publications' False Accusations, Ongoing Damages, and Irreparable Harm.**

109.    The Publications, especially the 5/21/26 YouTube Video, repeatedly and falsely defames and accuses BAM, its corporate leadership (including Ammon and Matt), franchisee operators, store employees and local police of theft, criminal conduct, corruption and a cover-up. Specifically, the video opens by stating that a LEGO collection worth approximately $200,000 was "**stolen**" and that "**the thief**" is BAM.  The video further falsely states that police are "**actively working with the thieves**" to "**cover up**" the matter.

110.    These accusations are defamatory, false, misleading and unsupported, as the matter mischaracterized in the Publications concerns a private disputed store-level consignment/inventory issue involving specific local parties (Chrystal and Bryan) at an independently owned and operated franchise location (Salem LLC), not an adjudicated corporate theft by BAM.  No court or law enforcement finding has established that BAM stole or wrongfully converted any property or participated in any police cover-up.

111.    As recorded in the 5/21/26 YouTube Video, Schneider directly confronted Ammon, the CEO of BAM, falsely representing and stating, "**you took the Legos**," asserting he is lying, and stating that Ammon was "**in on this cover-up**".  Video evidence of this confrontation is included in **Exhibit C**.

112.    The video does not confine itself to commentary.  It depicts and promotes repeated in-person confrontations at BAM stores and corporate offices, including visits after personnel asked Schneider to leave, police involvement, trespass warnings and/or citations, covert recording, attempts to obtain employee and owner information, signage and branding

UC_8981990.4

stunts, obstruction of customers, and pressure tactics intended to force Bricks & Minifigs to act outside normal legal processes.  Evidence of this is included in **Exhibit C**.

113.    In the video and podcast, Schneider repeatedly threatens BAM, stating as an example that he will do "**whatever it takes**" and that he will "**stop at nothing**" in the campaign to extort monies from and to harass, bully, threaten and assault BAM and its personnel. *See* 5/21/26 YouTube Video, Minute 6:40.  He frames BAM's response options as either responding with the extorted payment (i.e., the "**easy way**") or continued assaults, destruction and damages of any and all kinds (i.e., the "**hard way**").  *See id.*, at Minute 14:24.  He further threatens that BAM deserves to have its "**life ruined**" and describe plans to engage in intentionally provocative and even illegal acts to force litigation or further public pressure.  *See id.*, at Minute 26:00.

114.    In the Publications, Schneider even goes so far as to incite and solicit BAM employees to act as "**undercover agents**", stating he needs a Utah criminal-defense lawyer and intends to take "**the entire corporation down**."  *See id.*, at Minute 1:24:48 through 1:25:08. These incitements and solicitations have created and continue to create a substantial risk of unlawful harm, injury, damage, disparagement, defamation, public and private nuisance (i.e., disturbance of the peace), harassment, intimidation unauthorized access, employee manipulation and abuse, and business interference and disruption.

115.    Though unsupported by Court records, Schneider publishes the false and defamatory claims that BAM "**lost in court**" and that a "**default judgment proves liability**", stating "**we win by default**".  That he may somehow seek a default is not a final default judgment, enforceable judgment or an adjudication of theft.  Further, after Schneider made these public claims, BAM discovered multiple fraudulently filed Marion County, Oregon Small Claims court filings against Josh, citing erroneous entities and filed by false or unrelated parties.

54

All of these filings, made in January 2026, were dismissed by Marion County, and a County Sheriff's report was filed regarding the fraudulent filings.  An additional Marion County filing was made by Schneider in March 2026 and is currently pending dismissal.

**Incitement and Solicitation of Additional and/or Third Party Death Threats.**

116.    On or about 5/21/26 and in furtherance of the conspiracy and following publication and online amplification of Schneider's false accusations through the Publications, the co-Defendants directly or indirectly solicited, incited and/or caused BAM and its associated franchisees and/or personnel to receive death and bomb threats.  These threats have been reported to relevant local law-enforcement agencies and the FBI.  True and correct copies of various threats towards Plaintiffs is attached as **Exhibit K**.

117.    These threats have been extremely concerning and personally and collectively damaging to BAM, its franchisees and all personnel involved, prompting heightened security measures, lack of productivity, increased business and legal expenses and a significant distraction of management and operations.

118.    For example, immediately following the Publications, on 5/21/26, BAM received the following threatening email from [f____] yourselvs@youclowns.com, stating:

> **I got a corporation with Frenchie's and our specialty is messing your shit right up. Would be a shame if you [f_____s] got a visit from one of my Frenchies owners because I just can control what they do on the Frenchies level.  I heard they leave the place quite messy.  Hope your dickhead CEO [Ammon] is a strong boy**.

A true and correct copy of this email is included in **Exhibit K**.

119.    On 5/21/26, immediately following the Publications, BAM received another threatening email from clown@[f____]yourself.com, stating:

UC_8981990.4

> **I will be mailing you guys some explosive Lego sets.  Super hot items,…about to go boom.   Your CEO [Ammon] has 2 days to step down before random stores gonna get fun packages.  You been warned [f___s]**.

A true and correct copy of this email is included in **Exhibit K**.

120.    These threats and ongoing harassment have caused immediate and irreparable harm to Plaintiffs, including plausible risks to employee safety, franchisee safety; employee and customer safety; business interruption; reputational injury; increased security costs; store disruption; management distraction and fear among personnel and their families.

121.    BAM continues to experience ongoing serious adverse impacts including: damage from continued defamatory statements online; threatening communications; media inquiries; reputational damage; and substantial legal and public relations expenses.

122.    As evidenced in the 5/21/26 Patreon Video and Publications, Schneider made additional statements, in pertinent part, using hate speech and religious bigotry, and inciting followers to also engage in hate speech, which many did, as evidenced by **Exhibit K**.

123.    Monetary damages alone cannot remedy bomb, death and other threats or the risk of copycat harassment against employees, franchisees, customers, or their family members.

124.    Schneider's false statements constitute defamation *per se* because they accuse Plaintiffs of committing crimes (theft, criminal conspiracy, fraud, etc.), which are statements actionable *per se* under Utah law without proof of special damages.

125.    Schneider's false and defamatory statements that Plaintiffs are thieves who "**steal from old people**" were published with knowledge of their falsity or with reckless disregard for their truth or falsity, because Schneider knew or should have known that the underlying private dispute was a civil consignment matter at a single franchise location, not an adjudicated corporate theft.

UC_8981990.4

126.    Schneider's conduct in repeatedly and brazenly trespassing and stalking Plaintiffs at Plaintiffs' store locations and private residences after being repeatedly warned to leave, and continuing to return despite trespass warnings from multiple police departments, constitutes trespass under Utah law.

127.    Schneider's use of the "**We Steal From Old People**" slogan, website and merchandise in connection with the BAM brand undermines, tarnishes and damages BAM's brand, as unlawfully associates the famous BAM brand with unsavory and negative qualities.

128.    The co-Defendants' misconduct has presented Plaintiffs in a false light before the public by portraying them as criminals, thieves and exploiters of the elderly, which portrayal is highly offensive to a reasonable person and was made with knowledge of or reckless disregard for the falsity of the publicized matter.

129.    The co-Defendants' misconduct evidences a pattern of harassment under Utah Code § 76-5-106, including following, monitoring, surveilling, threatening or communicating to or about Plaintiffs and their employees in a manner intended to frighten, intimidate or harass.

130.    The co-Defendants' misconduct evidences a private and public nuisance.

131.    Schneider's deceptively constructed and contrived "raffle" theory, asserting that Baker Salem's failure to hand over a LEGO set converted the matter into a criminal offense requiring police investigation, is a fabricated and sham claim.  This manufactured confrontation was deceptively designed to create false content and images for online viewers to generate profits, to falsely justify misleading criminal accusations, and to wrongfully invite police responses for additional content creation purposes.

132.    Plaintiffs have demanded co-Defendants preserve all evidence, including specifically in Schneider's possession, custody or control relating to these matters, including all

videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating to BAM, the LEGO collection dispute, threats and the creation/promotion of the videos.

**FIRST CAUSE OF ACTION**
(UTAH RICO - Utah Code § 76-17-401 *et. seq*. - Claim Against Co-Defendants)

133.　　Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

134.　　Co-Defendants organized and created an "enterprise", within the meaning of Utah Code § 76-17-401(1), as a group of individuals associated in fact for the common purpose of conducting the pattern of unlawful activity described herein.  Co-Defendants acted intentionally, maliciously and/or with complete and reckless disregard for the law, the legal rights of Plaintiffs and the consequences of their unlawful conduct throughout the course of the Enterprise's activities.

135.　　Co-Defendants actively participated in, directed, managed and engaged in the affairs of the Enterprise, including through a "pattern of unlawful activity" within the meaning of Utah Code § 76-17-401(2), consisting of multiple and continuous episodes (more than three) of unlawful activity (including racketeering, profiteering, disparagement, defamation, interference, harassment, nuisance, etc.) that are not isolated, but have the same or similar purposes, results, participants, victims, and methods of commission, and are interrelated by distinguishing characteristics, commencing in or about December of 2024 and continuing to date.  Taken together, these episodes demonstrate continuing unlawful conduct related to each other and to the purposes of the Enterprise, and include at least the following predicate acts:

   a.　Co-Defendants engaged in unlawful activities, such as **defamation, disparagement,** and **false light** as evidenced in detail in the Publications and

58

alleged.

b. Co-Defendants engaged in **theft by deception** by creating, distributing and honoring counterfeit "raffle" tickets and issuing gift certificates impersonating Baker and using BAM branding; by impersonating UPS personnel, religious congregation members and investigators to deceptively obtain signatures and property under false pretenses; and by filing and soliciting misleading court documents, including in Marion County, Oregon, referencing erroneous and/or illegitimate entities and/or contrived or unrelated parties.

c. Co-Defendants engaged in **theft by extortion** by threatening to release "damaging (and doctored) videos harming" BAM unless BAM paid $300,000; by demanding $200,000 from BAM and threatening that matters would become "very bad" if BAM did not pay; and by framing BAM's response options as either paying extorted sums (the "easy way") or continued assaults, damages and utter destruction (the "hard way"), illustrated by an explosion of BAM or its franchisees.  These threats were accompanied by statements that Schneider would do "whatever it takes" and "stop at nothing" and that BAM deserved to have its "life ruined."

d. "An actor commits communications fraud if the actor has devised any scheme or artifice to defraud another or to obtain from another money, property, or anything of value by means of false or fraudulent pretenses, representations, promises, or material omissions, and who communicates directly or indirectly with any person by any means for the purpose of executing or concealing the scheme or artifice." Utah Code Ann. § 76-6-525(2).  As part of their Enterprise, Co-Defendants

59

devised a scheme to defraud BAM by orchestrating a coordinated multi-platform campaign, *inter alia*, of false accusations, fabricated claims, deceptive practices and manufactured confrontations to extort money, racketeer, profiteer and damage Plaintiffs and their business interests.

e. Co-Defendants engaged in **communications fraud** by publishing false statements, as referenced in the Publications, including across YouTube videos, podcasts, websites, and social media, including, *inter alia*, false statements that BAM "**steals from old people**"; that BAM is a "**criminal enterprise**"; that BAM's CEO, Ammon, "**took the LEGOs**" and was "**lying**" and "**in on this cover up**"; that BAM "**lost in court**"; and that an alleged but improperly obtained "**default judgment proves liability**," when no court or law enforcement agency had adjudicated any such findings.

f. "An actor commits criminal simulation if, with intent to defraud another, the actor: (a) makes or alters an object in whole or in part so that it appears to have value because of age, antiquity, rarity, source, or authorship that it does not have; (b) sells, passes, or otherwise utters an object so made or altered; (c) possesses an object so made or altered with intent to sell, pass, or otherwise utter it; or (d) authenticates or certifies an object so made or altered as genuine or as different from what it is." Utah Code Ann. § 76-6-518. As part of their Enterprise, Co-Defendants engaged in criminal simulation by creating, altering, and uttering fabricated objects designed to appear to have legal, official, or commercial value that they did not possess, with the intent to defraud BAM, its franchisees, their personnel, law enforcement and the public.

60

UC_8981990.4

g. Co-Defendants engaged in **criminal simulation** by, among other things: (a) creating, distributing and honoring fake and unauthorized "raffle" tickets and issuing gift certificates, which Co-Defendants designed to appear to be legitimate Baker or BAM promotional materials, but which were fabricated by Co-Defendants to manufacture claims of criminal conduct against BAM; (b) fabricating a "contract" document by disguising it as a delivery signature form, presenting it to a Baker employee under the false pretense that it was merely a delivery receipt, and then claiming the fabricated document created $5,000 in "liquidated damages" each time the employee called police, a claim Schneider himself described as his "get out of jail free card"; (c) creating fraudulent "court papers" and legal documents designed to appear to be official court filings for use in staged confrontations and service-of-process stunts; (d) manufacturing a fake "Guinness World Record" award certificate for "most Legos stolen by any company in the world" and having an actor impersonate a Guinness World Records representative to deliver the fraudulent award to a BAM store; (e) creating altered and defamatory signage designed to appear to be official BAM store signage, including signs stating "**Permanently closed.  We stole a family's life savings. They sued. We lost. By closing the store, we got out of having to pay the family what we owe them**"; and (f) filing fraudulent court documents with Marion County, Oregon, citing erroneous entities and filed by false or unrelated parties.  Each of these fabricated objects was created with the intent to extort and defraud Plaintiffs, to manufacture false claims of criminal conduct, to deter BAM and franchisee personnel from exercising their legal rights, and to

UC_8981990.4

generate content for Co-Defendants' defamatory campaign in furtherance of the Enterprise.

h. "An actor commits **deceptive business practices** if the actor, in the course of business: (a) uses or possesses for use a . . . device for falsely determining or recording any quality or quantity; . . . or (c) sells, offers, or exposes for sale adulterated or mislabeled commodities."  Utah Code Ann. § 76-6-507.

i. Co-Defendants engaged in **deceptive business practices** by, among other things: (a) creating and distributing counterfeit gift certificates and "raffle" materials bearing BAM and Baker branding, which constituted mislabeled commodities in that they falsely represented BAM and Baker as the source and sponsor of goods and services that BAM and Baker did not authorize, offer, or stand behind; (b) promoting merchandise through a registered business entity called "**We Steal From Old People**," which falsely implied a connection to and endorsement by BAM and its franchise system; (c) operating a trespassing booth outside BAM store locations displaying mislabeled signage and selling merchandise designed to appear connected to BAM and Baker's brand while falsely representing that they had engaged in criminal conduct; (d) impersonating UPS personnel, religious congregation members, Guinness World Records personnel and investigators to obtain signatures under false pretenses, which signatures were then used in fabricated documents designed to appear to have commercial or legal value; and (e) creating and distributing materials falsely representing that BAM stores had "**permanently closed**" and had "**lost**" in court proceedings that were mischaracterized and/or did not exist, which mislabeled statements were designed

62

UC_8981990.4

to deceive the public regarding the nature and status of BAM's business operations in furtherance of the Enterprise.

j. "An actor commits **forgery** if, with purpose to defraud anyone, or with knowledge that the actor is facilitating a fraud to be perpetrated by anyone, the actor: (a) alters any writing of another person without the person's authority or utters the altered writing; or (b) makes, completes, executes, authenticates, issues, transfers, publishes, or utters any writing so that the writing or the making, completion, execution, authentication, issuance, transference, publication, or utterance: (i) purports to be the act of another person, whether the person is existent or nonexistent; (ii) purports to be an act on behalf of another party with the authority of that other party; or (iii) purports to have been executed at a time or place or in a numbered sequence other than was in fact the case, or to be a copy of an original when an original did not exist." Utah Code Ann. § 76-6-501. Co-Defendants engaged in and solicited forgery by creating fabricated a "contract" with store personnel purporting to deceptively obtain a waiver of trespass restrictions; by filing fraudulent court documents with Marion County, Oregon, citing erroneous entities and filed by false or unrelated parties; and by manufacturing fraudulent "court papers" and legal documents designed to appear to be official court filings for use in staged confrontations and service-of-process stunts. Each of these fabricated writings was created with the purpose to defraud BAM, to manufacture false legal claims, to deter BAM personnel from exercising their legal rights to call police, and to generate content for Co-Defendants' defamatory campaign in furtherance of the Enterprise.

63

k.  "[A]n actor commits **obstruction of justice** in a criminal investigation or proceeding if the actor, with intent to hinder, delay, or prevent the investigation, apprehension, prosecution, conviction, or punishment of any person regarding conduct that constitutes a criminal offense . . . (b) prevents by force, intimidation, or deception, a person from performing an act that might aid in the discovery, apprehension, prosecution, conviction, or punishment of any person; (c) alters, destroys, conceals, or removes an item or other thing; . . . (f) provides a person with transportation, disguise, or other means of avoiding discovery or apprehension; . . . (j) provides false information regarding a suspect, a witness, the conduct constituting an offense, or any other material aspect of the investigation." Utah Code Ann. § 76-8-306(2).

l.  Co-Defendants engaged in obstruction of justice by, among other things: directing a member of Schneider Group wearing identical clothing to take Schneider's place when police arrived, which Schneider described on video as a "**switcheroo**" designed so that "**once the police find out that they caught the wrong Ben, I'm going to be super far away**," conduct that constitutes providing a person with a disguise or other means of avoiding discovery or apprehension; using fabricated documents, including forged "contracts" and manufactured "court papers," to mislead police officers about the nature and legitimacy of their activities, which conduct prevented by deception law enforcement from performing acts that might aid in the discovery, apprehension, prosecution, conviction or punishment of Co-Defendants; deliberately "**brainwashing**" Baker's employee by luring them into secluded locations under false pretenses (staged "challenges" and "awards" in

64

UC_8981990.4

"the middle of the woods") and subjecting them to psychological manipulation techniques to induce them to provide false information to law enforcement about the status of the LEGO collection and Bryan's reimbursement; and creating deepfake video content of Bryan's likeness to manufacture false statements and evidence. Each of these acts was committed with the intent to hinder, delay or prevent the investigation, apprehension, prosecution, conviction or punishment of Co-Defendants regarding conduct that constitutes criminal offenses in furtherance of the Enterprise.

m. Co-Defendants engaged in repeated acts of trespass, harassment, private and public nuisances and interference to undermine damage and disrupt Plaintiffs' business interests and personal lives in furtherance of the Enterprise.

n. Co-Defendants engaged in threats and inciting threats by third parties against Plaintiffs, including bomb and death threats, property damage and personal injury in furtherance of the Enterprise.

136. The foregoing predicate acts, among others, occurred within five years of each other, are not isolated, and have the same or similar purposes (to extort money from and destroy Plaintiffs), results (harassment, defamation, interference with business operations, nuisance), participants (Schneider, Bryan, Schneider Group, and Schneider Enterprises), victims (Plaintiffs, their employees, franchisees and families), threats (physical harm and injury and property damage) and methods of commission (impersonation, deception, coordinated harassment campaigns, publication of false statements and threats).

137. Co-Defendants conducted or participated, directly or indirectly, in the conduct of the Enterprise's affairs through this pattern of unlawful activity, in violation of Utah Code § 76-

65

17-407(2)(c).

138.    As conspiring racketeers and profiteers, Co-Defendants have received or will receive proceeds derived, directly or indirectly, from the pattern of unlawful activity described herein, including paid streaming revenue, advertising revenue, merchandise sales, subscriber fees, Patreon contributions and other monetization of the defamatory Publications, and related videos, content and harassment campaign, and have used or invested such proceeds respecting the acquisition of an interest in, or the establishment or operation of, the Enterprise, in violation of Utah Code § 76-17-407(2)(a).

139.    Co-Defendants conspired to violate Utah Code § 76-17-407(2)(a), (b) and (c), in violation of Utah Code § 76-17-407(2)(d).

140.    As a direct and proximate result of co-Defendants' Enterprise and associated pattern of unlawful activity, Plaintiffs have been injured and damaged in their persons, business and property, including damage to reputation; loss of customer relationships; loss of franchise goodwill; business interruption; lost profits; increased security costs; emotional distress suffered by employees, franchisees and their families; and costs of defending against false accusations and responding to threats which are ongoing in nature.

141.    By reason of the foregoing misconduct, Plaintiffs are entitled to an award of actual, general, consequential, incidental and punitive damages, together with a statutory damage equal to twice the actual damages sustained pursuant to Utah Code § 76-17-403(1), together with the costs of suit, including reasonable attorneys' fees under Utah Code § 76-17-403(2), pre- and post-judgment interest thereon, and any other relief deemed appropriate by the Court, including injunctive relief (requested *infra*), orders requiring co-Defendants to divest their interest in or control of the Enterprise, an accounting and disgorgement of all proceeds obtained and

66

reasonable restrictions on co-Defendants' future activities.

## SECOND CAUSE OF ACTION
(Defamation *Per Se* Against Co-Defendants)

142.  Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

143.  Co-Defendants conspired together to intentionally and maliciously promote, support and publish false and defamatory statements of fact to third parties, including through Publications to YouTube's millions of subscribers and viewers, podcast listeners, social media followers, customers and the general public, accusing Plaintiffs of committing serious crimes, including but not limited to theft, criminal conspiracy, fraud, elder abuse and exploitation, corruption and obstruction of justice as herein alleged.  With Co-Defendants' knowledge and support, Schneider and Schneider Group published these accusations intentionally and/or with reckless disregard for their truth or falsity, knowing that no court or law enforcement agency had made any such findings and that the underlying dispute was a private civil dispute between Chrystal (and/or Salem LLC) and Bryan.  They did so maliciously and intending to harm Plaintiffs and/or with reckless disregard for the devastating harm these false accusations would cause to Plaintiffs' reputation, business operations and goodwill.  Co-Defendants knew or should have known that these false and defamatory statements would be disseminated (and re-disseminated) to a mass audience and would cause severe and lasting harm to Plaintiffs' reputation, business operations and goodwill.

144.  In furtherance of the conspiracy and with the knowledge and support of co-Defendants, Schneider falsely depicted and stated, *inter alia*, that Plaintiffs "**stole**" a LEGO collection worth approximately $200,000, that Plaintiffs "**steal from old people**," that police are "**actively working with the thieves**" to "**cover up**" the matter, that Plaintiffs' CEO was "**in on**

67

**this cover-up**," and that Plaintiffs operate a "**criminal enterprise**." These statements were published repeatedly and maliciously as evidenced in the Publications, including in videos viewed by hundreds of thousands, podcasts, social media posts, merchandise bearing slogans such as "**We Steal From Old People**", defacing and defamatory signage posted at store locations and private residences, through a dedicated website promoting the defamatory campaign, and through in-person confrontations that were filmed and republished to maximize harm.

145.    The foregoing statements are false. The matter deceptively referenced in Schneider's Publications relate to an unrelated, private and disputed store-level consignment/inventory legal dispute involving specific local parties at an independently owned and operated franchise location, not an adjudicated corporate theft by BAM as misrepresented by Co-Defendants. No court or law enforcement finding evidences that Plaintiffs stole or converted any property or participated in any police cover-up.

146.    Co-Defendants false statements constitute defamation *per se* under Utah law because they unambiguously accuse Plaintiffs of committing serious crimes, including theft, criminal conspiracy, fraud, corruption and elder exploitation, which are statements actionable *per se* without proof of special damages. *See Jacob v. Bezzant*, 2009 UT 37, ¶ 26, 212 P.3d 535, 545 (stating that statements that are defamation *per se* have been required to be false and "allege criminal conduct on the part of the plaintiff"). The accusations of theft and elder exploitation are particularly egregious because they impute moral turpitude and criminal intent to Plaintiffs, impugn Plaintiffs' fitness for their profession and trade, and are the type of statements that would naturally and proximately cause pecuniary harm to Plaintiffs and their business.

68

147.   Co-Defendants made these false statements knowing they were false or with reckless disregard for their truth or falsity.  Schneider and Schneider Group knew or should have known that the underlying dispute was a <u>private</u> civil dispute regarding an alleged consignment matter at a single franchise location, not an adjudicated corporate theft, and that no court or law enforcement agency had found Plaintiffs liable for theft, fraud or any criminal conduct.  Despite this knowledge, co-Defendants deliberately and repeatedly characterized Plaintiffs as "**thieves**" and "**criminals**" to inflame public opinion, generate views and revenue, and more concerning, to shake down and extort improper payments from Plaintiffs.  Co-Defendants' malice (and/or reckless disregard of the truth) is further evidenced by Schneider's admissions to engaging in "**illegal**" activities, whereby he would do "**whatever it takes**" and "**stop at nothing**," that matters would go "**the hard way**" if Plaintiffs did not capitulate to the extortionistic demands, and that Plaintiffs deserved to have their "**life ruined**".

148.   By reason of the foregoing misconduct, Plaintiffs have been severely damaged by co-Defendants, including respecting Plaintiffs' reputations, business operations and goodwill. Plaintiffs are therefore entitled to an award of actual, general, consequential, incidental and punitive damages, including but not limited to: (i) lost profits and revenue; (ii) loss of customer relationships; (iii) loss of franchise relationships and goodwill; (iv) business interruption and operational disruption; (v) increased security costs necessitated by threats resulting from co-Defendants' conduct; (vi) costs of responding to death threats and bomb threats; (vii) reputational harm requiring significant public relations expenditures; (viii) management distraction; (ix) emotional distress suffered by employees, franchisees and their families; and (x) legal costs and attorneys' fees and other damages.  These damages are in an amount not less than $250,000, together with pre- and post-judgment interest thereon, plus all statutory and punitive

damages in an amount sufficient to punish co-Defendants and deter similar conduct, attorneys' fees and costs.

## THIRD CAUSE OF ACTION
(Defamation Against Co-Defendants)

149.    Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

150.    In addition to the defamation *per se* claims above, Plaintiffs assert a comprehensive claim for defamation based on the totality of co-Defendants' false and defamatory statements, which have been published widely, repeatedly and with escalating malice over an extended period of time.

151.    Co-Defendants conspired together to intentionally and maliciously publish false statements of fact to third parties concerning Plaintiffs relating to a wholly private legal dispute between Chrystal, Bryan and Salem LLC in which Plaintiffs were not legally involved.  These false statements included the depictions and statements referenced in the Second Cause of Action, *supra*.

152.    The statements were published to third parties, including YouTube's millions of viewers, social media users, customers, employees, franchisees and the general public as referenced in the Second Cause of Action, *supra*.

153.    The foregoing statements are false as referenced in the Second Cause of Action, *supra*.

154.    Co-Defendants published these false statements with actual malice, that is, with knowledge of their falsity or with reckless disregard for their truth or falsity as referenced in the Second Cause of Action, *supra*.

UC_8981990.4

155. Alternatively, Schneider published these false statements negligently, without exercising reasonable care to determine whether the statements were true or false before publishing them to millions of viewers.

156. By reason of the foregoing misconduct, Plaintiffs have been severely damaged by co-Defendants, including respecting Plaintiffs' reputations, business operations and goodwill. Plaintiffs are therefore entitled to an award of actual, general, consequential, incidental and punitive damages, including but not limited to: (i) lost profits and revenue; (ii) loss of customer, vendor, employee and public relationships; (iii) damage or loss regarding franchise relationships and goodwill; (iv) business interruption and operational disruption; (v) increased security costs necessitated by threats resulting from co-Defendants' conduct; (vi) costs of responding to death threats and bomb threats; (vii) reputational harm requiring significant public relations expenditures; (viii) management distraction; (ix) emotional distress suffered by employees, franchisees and their families and (x) legal costs and attorneys' fees and other damages. These damages are in an amount not less than $250,000, together with pre- and post-judgment interest thereon, plus all statutory and punitive damages in an amount sufficient to punish co-Defendants and deter similar conduct, attorneys' fees and costs.

## FOURTH CAUSE OF ACTION
(Injurious Falsehood, Trade Disparagement and False Light Against Co-Defendants)

157. Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

158. By reason of the foregoing misconduct, co-Defendants have also committed injurious falsehoods, trade disparagement and placed Plaintiffs in a false light contrary to Utah law.

UC_8981990.4

159.     Co-Defendants conspired together to intentionally and maliciously publish injurious falsehoods, trade disparagements and to present BAM and its franchisees' businesses, their franchise operations and the integrity of their business practices in a false light.  Co-Defendants' misconduct was intended to destroy Plaintiffs' businesses, undermine their reputations and drive away customers, franchisees, vendors and business partners.

160.     Co-Defendants conspired together to intentionally and maliciously present Plaintiffs in a false light before the public by portraying them as criminals, thieves and exploiters of the elderly.  This false portrayal was highly offensive to a reasonable person and was made with actual knowledge of or reckless disregard for the falsity of the publicized matter.  Schneider and Schneider Group acted with reckless disregard for the truth, knowing that no court or law enforcement agency had made any findings of criminal conduct, yet deliberately portraying Plaintiffs as criminals to millions of viewers.  The false light in which Plaintiffs were placed has caused severe harm to their reputation and standing in the community.

161.     Schneider's "**We Steal From Old People**" campaign, videos reaching millions of viewers, podcasts, website, merchandise, defamatory signage, social media posts and in-person statements (and republicized) have publicized matter that place Plaintiffs in a false light by (i) implying criminal conduct that Plaintiffs did not commit; (ii) creating a false impression that Plaintiffs operate a criminal enterprise; (iii) falsely suggesting that Plaintiffs engage in elder exploitation; (iv) falsely implying that law enforcement has found Plaintiffs guilty of crimes; (v) falsely suggesting that courts have ruled against Plaintiffs; and (vi) creating the false impression that Plaintiffs have fled or closed stores to avoid accountability.  The false light is particularly offensive because it imputes the morally reprehensible conduct of stealing from and exploiting elderly persons.

72

162.    The injurious falsehoods, trade disparagements and false light assertions are as more particularly referenced in the Second Cause of Action, *supra*.  Schneider falsely stated that Plaintiffs' business is a criminal enterprise that "**steals from old people**", that BAM stores engaged in theft and fraud, that Plaintiffs' corporate leadership participated in a criminal cover-up with law enforcement, and that BAM stores have "**permanently closed**" due to losing in court.  Schneider published these false and commercially disparaging statements through videos reaching millions of viewers, podcasts, websites, merchandise bearing defamatory slogans, signage posted at store locations and in residential neighborhoods, flyers, banners, and social media posts designed to maximize viral spread and commercial harm to Plaintiffs.

163.    Specifically, Schneider created and disseminated the "**We Steal From Old People**" campaign, website and merchandise, falsely branding Plaintiffs and the BAM franchise system as elder-theft criminals.

164.    Schneider further published false statements that certain of Plaintiffs "lost in court," that a "default judgment proves liability" and that BAM's Baker store has "permanently closed" to "avoid paying" and "escape liability."  These statements were published with knowledge of their falsity or reckless disregard for the truth, as no court had entered any such judgment and the stores remained open.  Schneider and the Schneider Group also filed fraudulent court documents in Marion County, Oregon, citing erroneous entities and filed by false or unrelated parties, all of which were dismissed, further evidencing co-Defendants' pattern of manufacturing false legal claims to support their defamatory narrative.

165.    These false statements were calculated and intended to cause injury and harm to Plaintiffs and their businesses and did and continues to cause substantial and ongoing injury and harm, including (i) loss of existing customers who were directly confronted by the Schneider

73

Group or exposed to its defamatory campaign; (ii) loss of prospective customers who have been deterred from patronizing BAM stores; (iii) interference with franchise relationships; (iv) damage to Plaintiffs' ability to recruit new franchisees; (v) increased costs of security at store locations; (vi) business interruption caused by repeated trespass, harassment and confrontations at store locations; (vii) costs of removing defamatory signage and materials; (viii) management distraction; and (ix) legal costs and attorneys fees and other damages.

166.    The statements are false and were made with actual knowledge of falsity or reckless disregard for the truth as referenced in the Second Cause of Action, *supra*.  Schneider knew that no court or law enforcement agency had adjudicated that Plaintiffs committed theft, fraud, or any criminal conduct, yet he repeatedly characterized Plaintiffs as criminals and thieves.

167.    By reason of the foregoing misconduct, Plaintiffs have been severely damaged by co-Defendants, including respecting Plaintiffs' reputations, business operations and goodwill. Plaintiffs are therefore entitled to an award of actual, general, consequential, incidental and punitive damages, including but not limited to: (i) lost profits and revenue; (ii) loss of customer relationships; (iii) loss of franchise relationships and goodwill; (iv) business interruption and operational disruption; (v) increased security costs necessitated by threats resulting from co-Defendants' conduct; (vi) costs of responding to death threats and bomb threats; (vii) reputational harm requiring significant public relations expenditures; (viii) management distraction; (ix) emotional distress suffered by employees, franchisees and their families; and (x) legal costs and attorneys' fees and other damages.  These damages are in an amount not less than $250,000, together with pre- and post-judgment interest thereon, plus all statutory and punitive

UC_8981990.4

damages in an amount sufficient to punish co-Defendants and deter similar conduct, attorneys'

fees and costs.

## FIFTH CAUSE OF ACTION
(Civil Conspiracy Against Co-Defendants)

168.   Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

169.   Co-Defendants, including Bryan (the original consignment claimant from the

Salem LLC dispute), Chrystal (and her partner Benjamin) and potentially their attorneys and

other co-conspirators, conspired to create the Enterprise and to commit the unlawful acts

described in this Verified Complaint.  Schneider and the Schneider Group acted as agents of

Bryan and Chrystal and the Schneider Group acted as agents of Schneider, for which they are

each personally responsible and for which Bryan and Schneider are responsible as principals.

Each co-conspirator is jointly and severally liable for the tortious acts committed in furtherance

of the conspiracy.

170.   The co-conspirators combined and entered into a meeting of the minds to

accomplish the intended objectives of the Enterprise, as described in this Verified Complaint,

including to extort improper payments from Plaintiffs, to destroy Plaintiffs' reputation and

businesses, and to harass, intimidate and threaten Plaintiffs, their employees, franchisees and

families.  The unlawful activities referenced in this Verified Complaint and in the Publications

evidence a pattern of careful coordination and timing among Chrystal, Bryan, Schneider, the

Schneider Group and their affiliates.

171.   Upon information and belief, co-Defendants have had and continue to have

communications with Chrystal and DOES 1-15 in the form of public and private exchanges,

meetings and online emails, texts and posts, wherein they discuss strategies to pressure and

75

threaten Plaintiffs, including death and physical harm threats.  This pattern of coordination fits Utah statutes on conspiracy (Utah Code § 76-4-201), stalking (§ 76-5-106.5), and theft by extortion (§ 76-6-406), providing further evidence of the unlawful objectives of the conspiracy.

172.     In an early 2025 communication with BAM as part of dispute resolution, Bryan and Chrystal expressly threatened that if BAM did not give them their demand for $300,000, "they would not be able to control the 'documentarian' Schneider from releasing damaging (and doctored) videos harming the company."  This extortionate threat constitutes evidences (i) the co-Defendants' knowledge and support of and involvement in their campaign; (ii) a coordination and conspiracy among co-Defendants with respect thereto; (iii) the use of Schneider's Publications as a weapon to extort payments; and (iv) the malicious intent underlying the entire campaign.  This threat also constitutes theft by extortion under Utah Code § 76-6-406.

173.     The co-conspirators performed numerous wrongful, overt acts in furtherance of those wrongful objectives, including (i) coordinated harassment at multiple store locations across multiple states; (ii) harassment at the private residences of Plaintiffs' employees and family members; (iii) Publications, including defamatory videos, podcasts and social media content; (iv) creation and distribution of merchandise bearing defamatory slogans; (v) creation of a website to promote the defamatory campaign; (vi) vandalism, including posting defamatory signage at store locations and residences; (vii) impersonation schemes using fake UPS uniforms, fake religious congregation members, fake Guinness World Records personnel, and fake investigators; (viii) obtaining signatures under false pretenses for use in fabricating legal claims; (ix) filing fraudulent court documents; (x) unsupported civil demands; (xi) distribution of counterfeit gift certificates; (xii) presentation of legal demands relating to the private legal dispute without supporting evidence; and (xiii) intimidation tactics including death and bomb threats.

76

174. By reason of the foregoing misconduct, Plaintiffs have been severely damaged by co-Defendants, including respecting Plaintiffs' reputations, business operations and goodwill. Plaintiffs are therefore entitled to an award of actual, general, consequential, incidental and punitive damages, including but not limited to: (i) lost profits and revenue; (ii) loss of customer relationships; (iii) loss of franchise relationships and goodwill; (iv) business interruption and operational disruption; (v) increased security costs necessitated by threats resulting from co-Defendants' conduct; (vi) costs of responding to death threats and bomb threats; (vii) reputational harm requiring significant public relations expenditures; (viii) management distraction; (ix) emotional distress suffered by employees, franchisees and their families; and (x) legal costs and attorneys' fees and other damages. These damages are in an amount not less than $250,000, together with pre- and post-judgment interest thereon, plus all statutory and punitive damages in an amount sufficient to punish co-Defendants and deter similar conduct, attorneys' fees and costs.

## SIXTH CAUSE OF ACTION
(Tortious Interference with Existing and Prospective Economic
Relations Against Co-Defendants)

175. Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

176. Plaintiffs maintain valuable existing and prospective business relationships with: (i) hundreds of franchisees across the United States; (ii) thousands of customers who patronize BAM stores; (iii) employees at corporate headquarters and franchise locations; (iv) vendors and suppliers; (v) landlords and property owners; (vi) banks and financial institutions; and (vii) the general public from whom Plaintiffs derive existing and potential economic advantage. These

77

relationships are essential to Plaintiffs' business operations and represent substantial economic value.

177.    Co-Defendants conspired together to intentionally and maliciously engage in the foregoing misconduct with the express intent and purpose of interfering, directly or indirectly, with Plaintiffs' existing and prospective economic relations, and with reckless disregard for the devastating economic consequences of their interference.  They acted with reckless disregard for Plaintiffs' property rights, business interests, and economic relationships, including by (i) setting up a booth outside a BAM store location and, by Schneider's admission, stopping customers from entering the store; (ii) directly confronting customers and employees with defamatory accusations; (iii) publishing the Publications, including false accusations designed to present Plaintiffs in a false light, drive customers away and deter prospective customers; (iv) encouraging third parties to harass and boycott Plaintiffs' stores; (v) distributing fraudulent raffle tickets and issuing gift certificates that disrupted management and customer relations and required Plaintiffs to address angry customers; (vi) defacing property and posting defamatory signage that deterred customers from entering stores; (vii) soliciting BAM employees to act as "undercover agents" to sabotage the business from within; (viii) harassing and intimidating employees to the point where they fear for their safety and ix) trespassing in furtherance of the intended interference.

178.    Co-Defendants, directly or indirectly, interfered with Plaintiffs' economic relations by improper means, including the foregoing actions, as well as (i) defamation and defamation *per se*; (ii) trespass upon store locations, corporate offices and private residences; (iii) stalking of Plaintiffs' employees, franchisees and family members; (iv) harassment, nuisance and intimidation; (v) impersonation of delivery personnel, religious congregation members,

UC_8981990.4

investigators and Guinness World Records personnel; (vi) vandalism and defacement of property; (vii) distribution of counterfeit gift certificates; (viii) physical obstruction of customers attempting to enter stores; (ix) threats designed to intimidate BAM, franchisees, employees and customers; (x) solicitation of employees to act as "undercover agents"; and (xi) filing fraudulent court documents.

179.    The Schneider Group directly interfered with Plaintiffs' employee relations by, inter alia, (i) publicly soliciting BAM employees to act as "undercover agents" to leak confidential information, record inside stores without authorization, obtain private information, and participate in staged confrontations; (ii) harassing and intimidating employees at store locations and their private residences to the point where employees fear for their safety and the safety of their families; (iii) filming and publishing confrontations with employees to humiliate them and generate content; and (iv) making statements designed to undermine employee morale and loyalty.  This conduct has caused a distrustful and hostile work environment where employees fear for their safety.

180.    By reason of the foregoing misconduct, Plaintiffs have been damaged in an amount to be proven at trial.  Plaintiffs are entitled to an award of actual, consequential, incidental and punitive damages, including (i) lost profits and revenue; (ii) loss of customers and prospective customers; (iii) loss of franchise relationships and prospective franchisees; (iv) business disruption and operational interference; (v) damage to goodwill and reputation; (vi) employee turnover and hiring costs; (vii) increased security costs; and (viii) management distraction; (ix) legal costs and attorneys fees and other damages, in an amount not less than $250,000, together with pre- and post-judgment interest thereon.

UC_8981990.4

**SEVENTH CAUSE OF ACTION**
(Civil Stalking Against Schneider and Schneider Group)

181.    Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

182.    Upon information and belief and as evidenced by the American Fork Police Report, Schneider and Schneider Group paid many of the "fans" to engage in unlawful misconduct against Plaintiffs.

183.    As evidenced in the Publications, Schneider and the Schneider Group incited such third parties to harass, stalk and interfere with Plaintiffs and their business and family lives.

184.    With the knowledge, support and/or ratification of co-Defendants, Schneider and the Schneider Group's conduct constitutes stalking under Utah Code § 76-5-106.5 because they intentionally and knowingly engaged in a sustained course of conduct directed at specific persons (including Plaintiffs, their employees, franchisees and their family members) that would cause a reasonable person to suffer severe emotional distress and to fear for their safety and the safety of their family.  The conduct was not isolated but constituted a pattern of repeated harassment occurring over multiple weeks and across multiple locations in multiple states, and which continues.  Copies of email threats that have been received and which continue are attached as **Exhibit I.**

185.    Schneider's and the Schneider Group's course of conduct included (i) repeatedly approaching the private residences of Plaintiffs' employees and affiliates in American Fork, Sandy and Pleasant Grove, Utah; (ii) returning to locations after receiving explicit trespass warnings from the American Fork, Sandy, Pleasant Grove, Orem, South Jordan, Provo and Keizer Police Departments; (iii) parking outside homes and surveilling residents for extended periods; (iv) following individuals and their family members; (v) filming into residences using

80

concealed cameras; (vi) making repeated contact attempts with family members, including children; (vii) impersonating delivery personnel to gain access to residences and obtain signatures under false pretenses; (viii) impersonating religious congregation members to lure residents out of their homes; (ix) impersonating investigators and officers of the court; (x) placing defamatory signs and banners in residential neighborhoods; (xi) repeatedly calling Plaintiffs' employees on their personal phones after being told to stop; and (xii) making public statements threatening to "**ruin**" Plaintiffs' lives and to "**stop at nothing**".

186.    Schneider (and on information and belief members of the Schneider Group) has been arrested multiple times on stalking-related charges arising from this misconduct, was booked into the Utah County Jail on at least two separate occasions, was released on bail, but has continued his stalking conduct immediately upon release, has failed to appear before the Fourth Judicial District Court of Utah regarding the stalking matters on March 27, 2026, and upon information and belief, a warrant has been issued for his arrest.  The fact that Schneider was arrested twice and continued his stalking conduct immediately upon each release demonstrates his willful disregard for the law and the rights of his victims.

187.    Schneider's stalking conduct caused Plaintiffs, their employees, franchisees and family members to suffer severe and ongoing emotional distress, damages and losses, including (i) fear for their physical safety and the safety of their families; (ii) anxiety and psychological harm; (iii) distraction from work and inability to perform job duties; (iv) changes in daily routines to avoid Schneider and Schneider Group; (v) implementation of heightened security measures at homes and workplaces; (vi) avoidance of certain locations; (vii) obtaining police assistance on numerous occasions and (vii) legal fees and expense.  Innocent family members, including children, have been traumatized by co-Defendants' conduct.

188. By reason of the foregoing and malicious misconduct, Plaintiffs are entitled to an award against co-Defendants respecting all applicable civil remedies under Utah Code § 76-5-106.5 and common law, including an award of actual, consequential and incidental damages, including damages for emotional distress, fear, anxiety, security costs, lost productivity, and interference with daily life, in an amount to be proven at trial, together with pre- and post-judgment interest thereon, plus punitive damages in an amount sufficient to punish Schneider and deter similar conduct, attorneys' fees, costs, and permanent injunctive relief prohibiting further stalking conduct.

## EIGHTH CAUSE OF ACTION
(Nuisance Against Co-Defendants)

189. Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

190. Co-Defendants conspired together to intentionally and maliciously engage in misconduct that resulted in a private nuisance to Plaintiffs and the general public.

191. Co-Defendants substantially and unreasonably interfered with Plaintiffs private use and enjoyment of their land when Co-Defendant's engaged in their unlawful activities, including (i) monitoring, surveilling and following Plaintiffs and their employees; (ii) threatening or communicating to or about Plaintiffs and their employees in a manner intended to frighten, intimidate or harass; (iii) making statements that Plaintiffs deserved to have their "**life ruined**" and that Schneider would do "**whatever it takes**" and "**stop at nothing**"; (iv) causing and inciting third parties to issue death, bomb and other threats of physical violence regarding Plaintiffs; and (v) disturbing the peace.

192. Such misconduct constituted a private nuisance because it substantially and unreasonably interfered with Plaintiffs' use and enjoyment of their properties, including their

UC_8981990.4

store locations, corporate offices and the private residences of their employees.

193.    The conduct was also a public nuisance because it unreasonably interfered with the rights of the general public, including the rights of customers to access stores without harassment, the rights of residents to enjoy their neighborhoods without defamatory signage and constant police presence, and the general peace and safety of the community.

194.    By reason of the foregoing misconduct, Plaintiffs are entitled to an award against co-Defendants respecting all available civil remedies, including an award of actual, consequential, and incidental damages, including damages for business interruption, property damage, security costs, emotional distress, loss of use and enjoyment of property, in an amount not less than $50,000, together with pre- and post-judgment interest thereon, plus punitive damages, attorneys' fees, costs, and permanent injunctive relief to abate the nuisance and prevent future harassment.

**NINTH CAUSE OF ACTION**
(Trespass Against Schneider and Schneider Group)

195.    Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

196.    Co-Defendants conspired together for Schneider and the Schneider Group to intentionally and unlawfully enter, trespass and remain upon Plaintiffs' store locations, corporate offices and the private residences of Plaintiffs' employees, franchisees, affiliates and innocent family members after being explicitly warned to leave as trespassers.  Such trespass was willful, malicious and repeated, evidencing a deliberate disregard for Plaintiffs' property rights and the lawful orders of law enforcement.

197.    With the knowledge and support of Bryan and Chrystal, Schneider and the Schneider Group continued to return to these locations after receiving explicit formal and/or

83

informal and written trespass warnings from multiple law enforcement agencies, including the American Fork, Sandy, Pleasant Grove, Orem, South Jordan, Provo and Keizer Police Departments and BAM.  Despite being warned that he would be arrested if he returned, Schneider returned to the same locations on the same day and on subsequent days.  Trespass warnings and/or orders were expanded to cover entire properties and parking facilities, yet the Schneider Group continued to violate these orders.  Schneider was arrested multiple times as a result of his repeated trespass.

198.    In December 2025, Schneider and a Schneider Group associate unlawfully entered BAM's corporate offices in Utah and remained on the premises after being asked to leave.  They filmed without permission using concealed recording devices.  During this encounter, Schneider allegedly demanded $200,000 from Plaintiffs and stated that failure to pay would result in reputational harm and that matters would become "very bad."  When directed to leave by BAM personnel, they refused.  BAM contacted the Provo Police Department, initiated a report (Case No. 25PR26279) and requested criminal charges.  This incident was part of a the Enterprise's pattern of trespass and extortion.

199.    By reason of the foregoing misconduct, Plaintiffs are entitled to an award against co-Defendants of actual, consequential and incidental damages, including damages for interference with use of property, security costs, business interruption, damage to property, costs of removing defacing and defamatory materials and emotional distress, in an amount to be proven at trial, together with pre- and post-judgment interest thereon, plus punitive damages, attorneys' fees, costs, and permanent injunctive relief prohibiting further trespass upon any of Plaintiffs' properties or the residences of their employees, franchisees or family members.

84

**TENTH CAUSE OF ACTION**
(Intentional Infliction of Emotional Distress Against Co-Defendants)

200.    Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

201.    Co-Defendants conspired together to intentionally and maliciously engage in the foregoing misconduct with the express purpose of inflicting severe emotional distress to Plaintiffs, their employees, franchisees and family members in furtherance of the Enterprise. The misconduct was extreme and outrageous, exceeding all bounds tolerated in a civilized society and going beyond all possible bounds of decency.  The conduct included, but was not limited to: (i) death, bomb and other threats directed at Plaintiffs and their employees; (ii) repeated confrontations at private residences, including approaching family members and children; (iii) impersonation schemes using fake UPS uniforms, fake religious congregation members, fake Guinness World Records personnel and fake investigators to gain access to residences and workplaces; (iv) surveillance and filming into homes using concealed cameras; (v) threats to "**ruin**" Plaintiffs' lives; (vi) statements that Schneider would "**stop at nothing**" and do "**whatever it takes**"; (vii) statements framing Plaintiffs' options as the "**easy way**" (paying extortion) or the "**hard way**" (continued harassment and physical destruction); (viii) multiple arrests for stalking followed by immediate resumption of harassment upon release; and (ix) inciting viewers to harass, threaten and take action against Plaintiffs.

202.    Following Publications and viral amplification of Schneider's false accusations to millions of viewers, Plaintiffs and associated personnel received multiple death, bomb and other threats, including (1) a 5/21/26 threatening email stating (emphasis added): "**I got a corporation with Frenchie's and our specialty is messing your shit right up.  Would be a shame if you [f___s] got a visit from one of my Frenchies owners because I just can control what they do**

85

**on the Frenchies level.  I heard they leave the place quite messy.  Hope your dickhead CEO is a strong boy**"; and (2) a 5/21/26 threatening email stating (emphasis added): "**I will be mailing you guys some explosive Lego sets.  Super hot items, so hot the about to go boom. Your CEO has 2 days to step down before random stores gonna get fun packages.  You been warned [f___s].**"  Plaintiffs reported these threats to local law enforcement agencies and the FBI.  Upon information and belief, these threats were made by the Schneider Group or are a direct and foreseeable result of their incitement of their viewers against Plaintiffs.

203.    The co-Defendants' conduct was intentional and reckless, and they knew or should have known that their conduct would result in severe emotional distress to Plaintiffs, their employees, franchisees and their families.  Schneider specifically stated his intent to "**ruin**" Plaintiffs' lives and to make matters "**very bad**" for Plaintiffs.  The conduct was designed to terrorize and intimidate Plaintiffs into paying extortion demands and to punish Plaintiffs for refusing to capitulate.

204.    As a direct and proximate result of co-Defendants' extreme and outrageous conduct, Plaintiffs, their employees, franchisees and family members have suffered severe emotional distress, including fear for their physical safety, anxiety and psychological harm.

205.    By reason of the foregoing misconduct, Plaintiffs are entitled to an award against co-Defendants of actual, consequential and incidental damages, including damages for severe emotional distress, anxiety, fear, psychological harm, medical and counseling expenses, lost productivity, and interference with quality of life for their outrageous conduct and to deter similar conduct in the future, in an amount to be proven at trial, together with pre- and post-judgment interest thereon, plus punitive damages, attorneys' fees, costs and permanent injunctive relief prohibiting further trespass upon any of Plaintiffs' properties or the residences of their

UC_8981990.4

employees, franchisees or family members.

## ELEVENTH CAUSE OF ACTION
(Unjust Enrichment, Accounting and Disgorgement of Profits by All Co-Defendants)

206.    Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

207.    Upon information and belief, Co-Defendants have been unjustly enriched by their wrongful racketeering and profiteering misconduct at Plaintiffs' expense, including profiting substantially from their campaign of destruction as described in this Verified Complaint, including through the Publications and related YouTube and other streamed videos, paid advertising and viewership revenue, Patreon subscriber fees, merchandise sales (including "**We Steal From Old People**" apparel and merchandise), website revenue, podcast revenue and other monetization of the defamatory content.

208.    It would be inequitable for co-Defendants to retain the benefits of their wrongful conduct and any unjust enrichment, which was improperly obtained based on the misconduct alleged herein, including the tortious exploitation of Plaintiffs' name, brand and reputation.  The profits derived from the defamatory campaign rightfully belong to Plaintiffs as compensation for the harm caused.

209.    Plaintiffs are entitled to reimbursement of amounts by which co-Defendants were unjustly enriched, based on a requested complete accounting from co-Defendants of all profits, revenues, income and other benefits derived from their defamatory campaign during the time frame of 11/24 to date, including (i) YouTube and other video platform advertising revenue; (ii) Patreon and other subscription platform fees; (iii) merchandise sales revenue; (iv) GoFundMe and other crowdfunding proceeds; (v) sponsorship and endorsement revenue; (vi) website revenue; (vii) podcast revenue; and (viii) any other monetization of content relating to Plaintiffs.

UC_8981990.4

210.     By reason of the foregoing misconduct, Plaintiffs are entitled to: (i) an accounting from co-Defendants of all profits and revenues derived from the wrongful conduct; (ii) disgorgement of all such profits and revenues; (iii) a constructive trust imposed on such profits and revenues for the benefit of Plaintiffs; and (iv) such other equitable relief as the Court deems just and appropriate, together with pre- and post-judgment interest thereon, plus attorneys' fees and costs.

## TWELFTH CAUSE OF ACTION
(Declaratory Relief)

211.     Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

212.     Plaintiffs request and are entitled to declaratory relief respecting aspects of the private legal dispute between Chrystal and Bryan, including, *inter alia*, determinations that: (a) BAM and Salem Baker acquired rights in and to the assets of Salem LLC lawfully and in accordance with governing contracts and applicable laws; (b) Plaintiffs are neither parties to, nor have any contractual duty or obligation regarding, the alleged 11/22/23 *Consignment Agreement*; and (c) regarding such other legal determinations as may be requested concerning the rights of Plaintiffs under the circumstances.

## THIRTEENTH CAUSE OF ACTION
(Injunctive Relief)

213.     Plaintiffs incorporate the foregoing allegations as though fully set forth herein.

214.     Co-Defendants conspired together to intentionally and maliciously engage in the foregoing misconduct and acted with reckless disregard of the law, the truth and the rights of Plaintiffs and innocent third parties, and the severe and foreseeable consequences of their unlawful conduct.

215.     Co-Defendants' ongoing and threatened conduct constitutes a continuing course

88

of misconduct, harassment, defamation, trespass, nuisance, stalking and interference with Plaintiffs' business operations that has caused and will continue to cause immediate and irreparable harm to Plaintiffs. They have demonstrated, through their pattern of reckless disregard for the law, court orders, police warnings and the rights of their victims, that they will continue their unlawful conduct absent court intervention.

216. Monetary damages alone cannot remedy bomb, death and other threats, and all nature of harassment and misconduct referenced herein, including the risk of copycat harassment and misconduct against employees, franchisees, customers or their family members. The threats and ongoing misconduct have caused immediate and irreparable harm, including risk to employee safety; risk to franchisee safety; risk to customer safety; business interruption; reputational injury; increased security costs; store disruption; fear among personnel and their families and legal costs and attorneys' fees.

217. Plaintiffs are entitled to the immediate entry of a temporary restraining order, and preliminary and permanent injunctive relief against co-Defendants, their affiliates, employees, contractors, agents and representatives, prohibiting them and anyone acting in concert with him, directly or indirectly, in person, remotely or online, from:

    a. Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

    b. Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

89

UC_8981990.4

c. Entering, remaining at, filming, blocking access to or approaching within a defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after notice, except through counsel, lawful service of process or court-approved activity;

d. Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption;

e. Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f. Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g. Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h. Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or

90

documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct; and

i.  Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating to Bricks & Minifigs, the LEGO collection dispute, threats and the creation/promotion of the videos.

j.  Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs.

k.  Maintaining the current Publications and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chyrstal and the allegations of wrongdoing as described in this Verified Complaint.

## PRESERVATION DEMAND

Plaintiffs demand that co-Defendants and all parties and persons acting in concert with them immediately preserve and retain all evidence relating to the matters described herein,

91

including but not limited to: all videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating to BAM, the LEGO collection dispute, threats and the creation/promotion of the videos.  Any destruction, alteration, or deletion of such evidence may result in sanctions, including adverse inference instructions and separate claims for spoliation.

## ELECTION OF DISCOVERY TIER

Pursuant to Utah R. Civ. P. 8(a), Plaintiffs state that their claims for relief involve a request for damages in excess of $300,000 and, therefore, qualify for Tier 3 discovery as defined in Utah R. Civ. P. 26(c)(3).

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request:

1.      That a judgment be entered in their favor and against co-Defendants, jointly and severally, on each cause of action;

2.      That injunctive relief be entered, including a temporary restraining order, preliminary injunction and permanent injunction prohibiting co-Defendants and anyone acting in concert with him from: (a) making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members; (b) publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees; (c) entering, remaining at, filming, blocking access to or approaching within a defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after

92

notice, except through counsel, lawful service of process or court-approved activity; (d) impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption; (e) touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment; (f) blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations; (g) soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests; and (h) using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct;

3.     That declaratory relief and a judgment relating thereto be entered as requested and, *inter alia*, declaring that: (a) Plaintiffs have acquired rights in and to the assets of Salem LLC lawfully and in accordance with governing contracts and applicable laws; (b) Plaintiffs are neither parties to, not have any contractual duty or obligation regarding the alleged 11/22/23 Consignment Agreement; and (c) regarding such other legal determinations as may be requested concerning the rights of Plaintiffs under the circumstances;

UC_8981990.4

4.      That actual, general, consequential, compensatory, special, statutory, exemplary and/or punitive damages be awarded to Plaintiffs and against co-Defendants, in an amount to be determined at trial;

5.      That pre- and post-judgment interest on all damages be awarded to Plaintiffs and against co-Defendants as allowed by law;

6.      That costs of litigation, including attorneys' fees, expert fees and taxable costs be awarded to Plaintiffs and against co-Defendants, as permitted by law and/or contract;

7.      For such other and further relief as this Court deems reasonable, equitable, and just.

## VERIFICATION

I, Ammon McNeff, individually and in my capacity as Chief Executive Officer and owner of BAM Franchising, Inc., hereby state that I have read the foregoing Verified Complaint and verify that the foregoing allegations are true and correct to the best of my knowledge, information and belief.

/s/ Ammon McNeff
Ammon McNeff

(Permission to affix electronic signature received via email on 5/27/2026)

I, Josh Johnson, individually and in my capacity as a Manager of Baker Bricks, LLC dba Salem-Baker Bricks Inc., hereby state that I have read the foregoing Verified Complaint and verify that the foregoing allegations are true and correct to the best of my knowledge, information and belief.

94

UC_8981990.4

/s/ Josh Johnson
Josh Johnson


(Permission to affix electronic signature received via email on 5/27/2026)

DATED May 27, 2026.

**DENTONS DURHAM JONES PINEGAR, P.C.**

*/s/ Wm. Kelly Nash*
Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
*Attorneys for Plaintiffs*

95

UC_8981990.4

# EXHIBIT A

# EXHIBIT A

# *CONSIGNMENT AGREEMENT*

This Consignment Agreement (this "Agreement") is made effective as of November 22, 2023, between Bryan Mansell, of 2854 Glen Creek Rd NW, Salem, Oregon 97304 ("Mansell"), and Bricks & Minifigs - Salem/Keizer, of 3670 River Rd N, Keizer, Oregon 97303 ("Bricks").

The parties agree as follows:

**I. RIGHT TO SELL.** Mansell owns a large collection of retired Star Wars Lego sets and minifigures (New Unopened/Used) ("Star Wars Legos") as catalogued and set forth on the attached Schedule I of this Agreement. In accordance with this Agreement, Mansell grants Bricks an exclusive right to sell the Star Wars Legos under the terms of this Agreement. Mansell agrees to deliver to Bricks, on consignment, the Star Wars Legos. Bricks agrees to devote its best efforts to the sale of the Star Wars Legos. All sales prices and terms of sale shall be determined by mutual consent of the parties.

**II. PROCEEDS OF SALES.** Bricks will pay to Mansell a portion of the sales proceeds which shall be calculated as follows: 65 percent of the proceeds from the gross sale price of the Star Wars Legos, unless otherwise agreed on Schedule II of this Agreement. The amount determined in the previous sentence shall be paid to Mansell in monthly installment(s) on or before the fifteenth day following the installment period in which the proceeds were obtained. With each net proceeds payment, Bricks will submit to Mansell a written report, the form of which is set forth on Schedule III of this Agreement that sets forth the calculation of the amount of the net proceeds payment, inventory sold to date and remaining inventory. Notwithstanding this Section II, it is agreed between Bricks and Mansell that with respect to proceeds obtained from forfeited layaway deposits or proceeds generated from gift cards, store credit or trade ins (collectively, "Alternative Compensation") will be due and paid six months following the date of Brick's receipt of the Alternative Compensation.

**III. RECORDS.** Bricks shall keep accurate records regarding the quantities of the Star Wars Legos that are sold. Bryan Mansell shall have the right to inspect such records and the remaining inventory from time to time.

**IV. TITLE TO MERCHANDISE.** Consigned merchandise shall remain the property of Mansell until sold.

**V. LOSS AND INSURANCE.** Bricks agrees to store the Star Wars Legos in a manner customary in the industry to prevent damage to the Star Wars Legos and its packaging.  Bricks shall be responsible for all shortages, loss, or damage to Star Wars Legos, while the Star Wars Legos are under the control of Bricks and

represents and warrants that it has purchased insurance sufficient to cover the loss or damage of the Star Wars Legos due to, without limitation, fire, flood, theft or vandalism. Brick covenants it shall maintain such insurance in adequate amounts to pay for replacement of the merchandise in the event of such shortages, loss, or damage for the duration of its possession of the Star Wars Legos.

**VI. PAYROLL TAXES.** Bricks shall be exclusively liable for, and shall indemnify Mansell against such liability for, all employee payroll taxes and insurance arising out of wages payable to persons employed by Bricks in connection with the performance of this Agreement.

**VII. DEFAULTS.** If Bricks fails to abide by the obligations of this Agreement, including the obligation to remit the consignment payment to Mansell when due, Mansell shall have the option to cancel this Agreement by providing 14 days' written notice to Bricks. Bricks shall have the option of preventing the termination of this Agreement by taking corrective action that cures the default, if such corrective action is taken prior to the end of the time period stated in the previous sentence, and if there are no other defaults during such time period.

**VIII. DISPUTE RESOLUTION.** The parties will attempt to resolve any dispute arising out of or relating to this Agreement through friendly negotiations amongst the parties. If the matter is not resolved by negotiation, the parties will resolve the dispute using the below Alternative Dispute Resolution (ADR) procedure.

Any controversies or disputes arising out of or relating to this Agreement will be submitted to mediation in accordance with any statutory rules of mediation. If mediation is not successful in resolving the entire dispute or is unavailable, any outstanding issues will be submitted to binding arbitration under the rules of the American Arbitration Association. The arbitrator's award will be final, and judgment may be entered upon it by any court having proper jurisdiction.

**X. TRANSFER OF RIGHTS.** This Agreement shall be binding on any successors of the parties. Neither party shall have the right to assign its interests in this Agreement unless the prior written consent of the other party is obtained.

**XI. TERMINATION.** This Agreement may be terminated by either party by providing 30 days' written notice to the other party. This Agreement shall terminate automatically on January 31, 2025; provided that any amounts due to Mansell under this Agreement, including any unpaid proceeds from sales and any unpaid losses pursuant to Section V above shall continue to be due and shall be paid within 30 days of the termination date. To the extent there are proceeds derived from Alternative Compensation within six months of termination, such compensation will be paid by Bricks to Mansell within six months following Brick's receipt of the Alternative Compensation All unsold Star Wars Legos shall

be returned to Mansell within 10 days of termination of this Agreement in its original condition.

**XII. ENTIRE AGREEMENT.** This Agreement contains the entire agreement of the parties with respect to the subject matter of this Agreement and there are no other promises or conditions in any other agreement, whether oral or written. This Agreement supersedes any prior written or oral agreements between the parties with respect to the subject matter of this agreement.

**XIII. AMENDMENT.** This Agreement may be modified or amended, if the amendment is made in writing and is signed by both parties.

**XIV. SEVERABILITY.** If any provision of this Agreement shall be held to be invalid or unenforceable for any reason, the remaining provisions shall continue to be valid and enforceable. If a court finds that any provision of this Agreement is invalid or unenforceable, but that by limiting such provision it would become valid or enforceable, then such provision shall be deemed to be written, construed, and enforced as so limited.

**XV. WAIVER OF CONTRACTUAL RIGHT.** The failure of either party to enforce any provision of this Agreement shall not be construed as a waiver or limitation of that party's right to subsequently enforce and compel strict compliance with every provision of this Agreement.

**XVI. APPLICABLE LAW.** This Agreement shall be governed by the laws of the State of Oregon.

**XVII. SIGNATORIES.** This Agreement shall be signed by Bryan Mansell and on behalf of Bricks & Minifigs - Salem/Keizer by Chrystal Law, Owner. This Agreement is effective as of the date first written above.

***

Consignor:

By:                                             Date:

Bryan Mansell


Consignee:
Bricks & Minifigs - Salem/Keizer




By:                                             Date:
Chrystal Law
Owner

Schedule I
Star Wars Legos
Inventory
The PDF file contains all Lego Star Wars Sets, but does not include individual minifigures which are forthcoming

Schedule II
Special Pricing

- Single Sets/figures sold for more than $999.99 US, would raise the store percentage from 35% to 40%.

Schedule III
Form of Accounting of Sales Report

# EXHIBIT B

EXHIBIT B

| | Mansell's Self Reported Information | | | | | | | Salem Store POS Data | | | | Not Sold Data | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Name | Sold | Upcoming | Cost | Low Value | High Value | Notes | Sold Date | Sold Time | Ticket # | Sold $ | Min Not Sold | Max Not Sold |
| 4501 | Mos Eisley Cantina Blue Box | | | $104.99 | $250.00 | $400.00 | | | | | | $250.00 | $400.00 |
| 4501 | Mos Eisley Cantina Trilogy Box | | | $135.46 | $250.00 | $350.00 | | | | | | $250.00 | $350.00 |
| 6212 | X-Wing Fighter | $115.00 | | $64.00 | | | | 1/14/2024 | 6:16:46 PM | 119702 | $115.00 | | |
| 6212 | X-Wing Fighter | | | $103.38 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 6964 | Bob Fett's Slave 1 (Micro) | | | ? | | | | | | | | | |
| 7140 | X-Wing Fighter | | Layaway | $75.00 | $165.00 | $350.00 | | 12/17/2023 | 12:30:23 AM | 119086 | $344.99 | | |
| 7660 | Naboo N-1 Starfighter w/ Vulture Droid | | | $40.00 | $150.00 | $200.00 | | 10/30/2024 | 9:19:32 PM | 124003 | $149.99 | | |
| 7676 | Republic Attack Gunship | | | | | | | | | | | | |
| 7914 | Mandalorian Battle Pack | | Layaway | $15.50 | $50.00 | $80.00 | | 3/15/2024 | 10:30:24 PM | 120602 | $79.99 | | |
| 7962 | Anakin Skywalker and Sebulba's Podracers | | Layaway | $87.99 | $175.00 | $300.00 | | 11/11/2023 | 6:33:55 PM | 118360 | $25.00 | | |
| 7965 | Millennium Falcon | $25.00 | Layaway | $249.99 | $200.00 | $300.00 | | 11/11/2023 | 7:34:36 PM | 118375 | $25.00 | | |
| 7965 | Millennium Falcon | | | $229.99 | $200.00 | $300.00 | | 11/12/2023 | 9:34:32 PM | 118418 | $25.00 | | |
| 7965 | Millennium Falcon | | | $219.99 | $200.00 | $300.00 | | 1/12/2024 | 9:39:52 PM | 119682 | $25.00 | | |
| 8092 | Luke's Landspeeder | | $69.99 | $39.94 | | | | 9/7/2024 | 10:32:19 PM | 123412 | $69.99 | | |
| 8098 | Clone Turbo Tank | | | $80.00 | $300.00 | $500.00 | | 10/31/2023 | 7:08:43 PM | 118158 | $549.99 | | |
| 8098 | Clone Turbo Tank | | | $167.50 | $300.00 | $500.00 | | 9/21/2024 | 11:55:50 PM | 123570 | $499.99 | | |
| 8098 | Clone Turbo Tank | | | $199.00 | $300.00 | $500.00 | | | | | | $300.00 | $500.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $14.99 | $100.00 | $150.00 | | 11/12/2023 | 8:18:08 PM | 118410 | $139.99 | | |
| 9488 | Elite Clone Trooper & Commando Battle F | $149.99 | | $14.99 | | | | 12/31/2023 | 7:13:43 PM | 119502 | $149.99 | | |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $19.25 | $100.00 | $150.00 | | 2/16/2024 | 8:31:17 PM | 120214 | $149.99 | | |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | Layaway | $14.99 | $100.00 | $150.00 | | 3/20/2024 | 7:20:34 PM | 120697 | $149.99 | | |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | Layaway | $13.50 | $100.00 | $150.00 | | 5/7/2024 | 12:13:16 AM | 121490 | $149.99 | | |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | Layaway | $18.00 | $100.00 | $150.00 | | 8/13/2024 | 10:08:58 PM | 123015 | $149.99 | | |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $13.50 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $13.50 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $15.50 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $15.50 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $14.00 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $14.00 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $12.99 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $25.00 | | $5.00 | | | | | | | $5.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $15.99 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $15.99 | | $5.00 | | | | | | | $5.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | | $5.00 | | | | | | | $5.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 9492 | TIE Fighter | | $89.99 | $80.00 | | | | 5/4/2024 | 11:23:00 PM | 121448 | $89.99 | | |
| 9492 | TIE Fighter | | | $80.00 | $80.00 | $100.00 | | | | | | $80.00 | $100.00 |
| 9492 | TIE Fighter | | | ? | | | | | | | | | |
| 9493 | X-Wing Starfighter | | | $146.99 | $150.00 | $200.00 | | | | | | $150.00 | $200.00 |
| 9493 | X-Wing Starfighter | | | $86.45 | $150.00 | $200.00 | | | | | | $150.00 | $200.00 |
| 9493 | X-Wing Starfighter | | | $75.00 | $150.00 | $200.00 | | | | | | $150.00 | $200.00 |
| 9493 | X-Wing Starfighter | | | $85.00 | $150.00 | $200.00 | | | | | | $150.00 | $200.00 |
| 9496 | Desert Skiff | | | $31.95 | $75.00 | $100.00 | | 9/28/2023 | 9:38:18 PM | 117530 | $99.99 | | |
| 9496 | Desert Skiff | $99.99 | | $36.70 | | | | 10/3/2024 | 7:33:23 PM | 123675 | $75.00 | | |
| 9496 | Desert Skiff | | | $31.95 | $75.00 | $100.00 | | | | | | $75.00 | $100.00 |
| 9499 | Gungun Sub | $100.00 | | $50.00 | | | | 1/6/2024 | 12:06:39 AM | 119575 | $100.00 | | |
| 9516 | Jabba's Palace | | | $129.00 | | | | 10/3/2023 | 10:09:36 PM | 117640 | $549.99 | | |
| 9525 | Pre Vizsla's Mandalorian Fighter | | | $36.00 | $200.00 | $400.00 | | | | | | $200.00 | $400.00 |
| 10123 | Cloud City | | Layaway | ######## | $4,000.00 | ######## | | | | | | $4,000.00 | $10,000.00 |
| 10123 | Cloud City | | | $968.00 | $4,000.00 | ######## | | | | | | $4,000.00 | $10,000.00 |
| 10178 | Motorized Walking AT-AT | | Layaway | ? | | | | | | | | | |
| 10188 | Death Star UCS | $999.99 | | $399.95 | | | | 9/23/2023 | 2:22:43 AM | 117283 | $1,000.00 | | |
| 10188 | Death Star UCS | | Layaway | $399.99 | $800.00 | $1,000.00 | | 10/18/2023 | 7:14:08 PM | 117918 | $999.99 | | |
| 10188 | Death Star UCS | | Layaway | $439.00 | $800.00 | $1,000.00 | | 11/14/2023 | 7:09:52 PM | 118460 | $55.00 | | |
| 10188 | Death Star UCS | | Layaway | $499.00 | $800.00 | $1,000.00 | | 12/17/2023 | 10:50:31 PM | 119111 | $293.00 | | |
| 10188 | Death Star UCS | $999.99 | | $450.00 | | | | 12/28/2023 | 11:56:23 PM | 119440 | $999.99 | | |
| 10188 | Death Star UCS | $1,000.00 | | $455.00 | | | | 2/26/2024 | 12:39:10 AM | 120392 | $899.99 | | |
| 10198 | Tantive IV | | Layaway | $230.00 | $350.00 | $450.00 | | 11/13/2023 | 8:30:53 PM | 118448 | $140.00 | | |
| 10198 | Tantive IV | $140.00 | | ? | | | | 4/13/2024 | 9:54:20 PM | 121101 | $449.99 | | |
| 10215 | Obi Wan's Jedi Starfighter UCS | | | $120.00 | $300.00 | $500.00 | | | | | | $300.00 | $500.00 |
| 10215 | Obi Wan's Jedi Starfighter UCS | | | $120.00 | $300.00 | $500.00 | | | | | | $300.00 | $500.00 |
| 10236 | Ewok Village UCS | $750.00 | | $224.99 | | | | 9/24/2023 | 6:03:49 PM | 117414 | $750.00 | | |
| 10236 | Ewok Village UCS | | Layaway | $239.01 | $680.00 | $750.00 | | 9/24/2023 | 9:36:29 PM | 117454 | $65.00 | | |
| 10236 | Ewok Village UCS | | Layaway | $175.99 | | | | 10/8/2023 | 10:22:10 PM | 117735 | $749.99 | | |
| 10236 | Ewok Village UCS | | | $198.00 | $680.00 | $750.00 | | 11/18/2023 | 11:17:24 PM | 118520 | $80.00 | | |
| 10240 | Red Five X-Wing Starfighter UCS | | | $199.99 | $260.00 | $500.00 | | 6/24/2024 | 8:01:18 PM | 122222 | $489.99 | | |
| 10240 | Red Five X-Wing Starfighter UCS | | | $199.99 | $260.00 | $500.00 | | 7/10/2024 | 6:27:42 PM | 122485 | $489.99 | | |
| 10240 | Red Five X-Wing Starfighter UCS | | | $199.99 | $260.00 | $500.00 | | 7/10/2024 | 6:28:21 PM | 122486 | $269.99 | | |
| 10240 | Red Five X-Wing Starfighter UCS | | | $199.99 | $260.00 | $500.00 | | 10/12/2024 | 7:53:05 PM | 123797 | $449.99 | | |
| 20019 | Slave 1 (BrickMaster) | | | ? | | | | | | | | | |
| 30278 | Poe's X-Wing Fighter Pack | $8.00 | | $7.19 | | | | 12/6/2023 | 10:21:56 PM | 118878 | $8.00 | | |
| 30278 | Poe's X-Wing Fighter Pack | | | $7.19 | $40.00 | $10.00 | | | | | | $40.00 | $10.00 |
| 75001 | Republic Troopers VS Sith Troopers | | $54.99 | $11.99 | | | | 5/20/2024 | 10:33:39 PM | 121658 | $54.99 | | |
| 75001 | Republic Troopers VS Sith Troopers | | | $11.99 | $40.00 | $60.00 | | | | | | $40.00 | $60.00 |
| 75001 | Republic Troopers VS Sith Troopers | | | $11.99 | $40.00 | $60.00 | | | | | | $40.00 | $60.00 |
| 75001 | Republic Troopers VS Sith Troopers | | | $6.99 | $40.00 | $60.00 | | | | | | $40.00 | $60.00 |
| 75004 | Z-95 Headhunter | | Layaway | $48.79 | $175.00 | $250.00 | | 3/16/2024 | 10:54:58 PM | 120638 | $249.99 | | |
| 75005 | Rancor Pit | | Layaway | $42.99 | $300.00 | $350.00 | | 12/3/2023 | 1:23:41 AM | 118826 | $349.99 | | |
| 75012 | BARC Speeder with Sidecar | $100.00 | | $27.99 | | | | 9/28/2023 | 12:00:18 AM | 117519 | $85.00 | | |
| 75012 | BARC Speeder with Sidecar | | | $27.99 | $400.00 | $450.00 | | 9/29/2023 | 10:06:19 PM | 117541 | $15.00 | | |
| 75013 | Umbaran Mobile Heavy Cannon | $199.99 | | $60.00 | | | | 9/30/2023 | 7:19:35 PM | 117569 | $199.99 | | |
| 75016 | Homing Spider Droid | | | $18.00 | | | | | | | | | |
| 75018 | Jek-14's Stealth Starfighter | | $107.00 | $72.50 | | | | 5/5/2024 | 7:39:23 PM | 121461 | $119.00 | | |
| 75018 | Jek-14's Stealth Starfighter | | | $60.00 | $200.00 | $250.00 | | 9/11/2024 | 7:52:44 PM | 123449 | $150.00 | | |
| 75018 | Jek-14's Stealth Starfighter | | | $60.00 | $200.00 | $250.00 | | | | | | $200.00 | $250.00 |
| 75019 | AT-TE | | | $140.95 | $350.00 | $400.00 | | | | | | $350.00 | $400.00 |
| 75019 | AT-TE | | | $125.00 | $360.00 | $400.00 | | | | | | $360.00 | $400.00 |
| 75020 | Jabba's Sail Barge | | layaway | $99.98 | $500.00 | $600.00 | | 11/12/2023 | 8:47:33 PM | 118411 | $60.00 | | |
| 75021 | Republic Gunship | $13.00 | layaway | $114.95 | $800.00 | $900.00 | | 11/19/2023 | 1:56:41 AM | 118534 | $13.00 | | |
| 75021 | Republic Gunship (Built) | $120.00 | | ? | | | | 12/5/2023 | 1:47:25 AM | 118854 | $20.00 | | |
| 75022 | Mandalorian Speeder | | | $38.00 | $160.00 | $180.00 | | | | | | $160.00 | $180.00 |
| 75022 | Mandalorian Speeder | | | $42.48 | $160.00 | $180.00 | | | | | | $160.00 | $180.00 |
| 75022 | Mandalorian Speeder | | | $29.00 | $160.00 | $180.00 | | | | | | $160.00 | $180.00 |
| 75024 | HH-87 Starhopper | | layaway | $35.00 | $100.00 | $200.00 | | 12/22/2023 | 12:31:02 AM | 119225 | $199.99 | | |

| SKU | Name | | | | | | Date | Time | Ref | Price | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75025 | Jedi Defender Class Cruiser | | | $52.98 | $300.00 | $500.00 | | | | | $300.00 | $500.00 |
| 75028 | Clone Turbo Tank Micro | | | $7.47 | $20.00 | $100.00 | 11/13/2023 | 12:42:06 AM | 118438 | $59.99 | | |
| 75028 | Clone Turbo Tank Micro | | layaway | $7.47 | $20.00 | $100.00 | 8/10/2024 | 11:09:49 PM | 122969 | $74.99 | | |
| 75028 | Clone Turbo Tank Micro | | | $9.99 | $20.00 | $100.00 | | | | | $20.00 | $100.00 |
| 75028 | Clone Turbo Tank Micro | | | $8.00 | $20.00 | $100.00 | | | | | $20.00 | $100.00 |
| 75028 | Clone Turbo Tank Micro | $53.99 | | $10.99 | | | | | | | | |
| 75028 | Clone Turbo Tank Micro | | | $7.99 | $20.00 | $100.00 | | | | | $20.00 | $100.00 |
| 75028 | Clone Turbo Tank Micro | | | $3.50 | $20.00 | $100.00 | | | | | $20.00 | $100.00 |
| 75029 | AAT Micro | | $34.99 | $9.99 | | | 7/28/2024 | 1:11:36 AM | 122763 | $34.99 | | |
| 75029 | AAT Micro | | $34.99 | $8.00 | | | 8/6/2024 | 11:31:10 PM | 122908 | $34.99 | | |
| 75029 | AAT Micro | | | $8.00 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75029 | AAT Micro | | | $10.99 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75029 | AAT Micro | | | ? | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75030 | Millennium Falcon Micro | | $29.99 | $9.89 | | | 12/4/2023 | 11:45:33 PM | 118850 | $24.99 | | |
| 75030 | Millennium Falcon Micro | $24.99 | | $9.99 | | | 12/10/2023 | 8:22:18 PM | 118948 | $24.99 | | |
| 75030 | Millennium Falcon Micro | $24.99 | | $9.99 | | | 7/2/2024 | 10:33:16 PM | 122355 | $29.99 | | |
| 75030 | Millennium Falcon Micro | | | $9.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75030 | Millennium Falcon Micro | | | $8.00 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75030 | Millennium Falcon Micro | | | $10.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75031 | TIE Interceptor Micro | $24.99 | | $9.97 | | | 11/26/2023 | 1:57:45 AM | 118704 | $24.99 | | |
| 75031 | TIE Interceptor Micro | $29.99 | | $9.97 | | | 12/4/2023 | 11:45:33 PM | 118850 | $24.99 | | |
| 75031 | TIE Interceptor Micro | $24.99 | | $8.00 | | | 1/14/2024 | 9:45:41 PM | 119707 | $29.99 | | |
| 75031 | TIE Interceptor Micro | | | $10.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75032 | X-Wing Fighter & Pilot Micro | $34.99 | | $9.99 | | | 2/16/2024 | 9:03:00 PM | 120216 | $34.99 | | |
| 75032 | X-Wing Fighter Micro | | $34.99 | $12.99 | | | 7/17/2024 | 9:24:51 PM | 122579 | $34.99 | | |
| 75032 | X-Wing Fighter Micro | | | $12.99 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75032 | X-Wing Fighter Micro | | | $9.97 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75032 | X-Wing Fighter Micro | | | $8.00 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75032 | X-Wing Fighter Micro | | | $7.00 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75032 | X-Wing Fighter Micro | | | $10.99 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75032 | X-Wing Fighter Micro | | | $2.98 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75033 | Star Destroyer Micro | $34.99 | | $7.99 | | | 8/10/2024 | 4:54:54 PM | 122953 | $34.99 | | |
| 75033 | Star Destroyer Micro | | | $7.99 | $15.00 | $40.00 | 9/20/2024 | 7:22:31 PM | 123537 | $39.99 | | |
| 75033 | Star Destroyer Micro | | | $7.99 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75033 | Star Destroyer Micro | | | $8.00 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75033 | Star Destroyer Micro | | | $10.99 | $15.00 | $40.00 | | | | | $15.00 | $40.00 |
| 75034 | Death Star Troopers | $39.99 | | $12.97 | | | 10/21/2023 | 8:32:47 PM | 117973 | $34.99 | | |
| 75034 | Death Star Troopers | $30.99 | | $12.97 | | | 1/24/2024 | 8:38:45 PM | 119836 | $39.99 | | |
| 75034 | Death Star Troopers | | $36.07 | $12.59 | | | 5/11/2024 | 8:56:30 PM | 121534 | $39.99 | | |
| 75034 | Death Star Troopers | | | $12.34 | $20.00 | $40.00 | 10/27/2024 | 7:15:42 PM | 123983 | $39.99 | | |
| 75034 | Death Star troopers | | | $0.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75034 | Death Star Troopers | | | $14.98 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75034 | Death Star Troopers | | | $14.98 | | $5.00 | | | | | | $5.00 |
| 75034 | Death Star Troopers | | | $14.98 | | | | | | | | |
| 75035 | Kashyyyk Troopers | | | $12.97 | $60.00 | $100.00 | 11/2/2023 | 1:04:06 AM | 118172 | $80.00 | | |
| 75035 | Kashyyyk Troopers | $89.99 | | $12.97 | | | 2/10/2024 | 11:52:46 PM | 120117 | $89.99 | | |
| 75035 | Kashyyyk Troopers | | | $12.97 | $60.00 | $100.00 | 2/16/2024 | 10:59:51 PM | 120223 | $89.99 | | |
| 75035 | Kashyyyk Troopers | | | $12.99 | $60.00 | $100.00 | 2/16/2024 | 11:38:39 PM | 120225 | $89.99 | | |
| 75035 | Kashyyyk Troopers | | | $12.99 | $60.00 | $100.00 | 2/24/2024 | 12:21:21 AM | 120321 | $60.00 | | |
| 75035 | Kashyyyk Troopers | | | $12.97 | $60.00 | $100.00 | | | | | $60.00 | $100.00 |
| 75035 | Kashyyyk Troopers | | | $12.97 | $60.00 | $100.00 | | | | | $60.00 | $100.00 |
| 75035 | Kashyyyk Troopers | | | $11.19 | $60.00 | $100.00 | | | | | $60.00 | $100.00 |
| 75035 | Kashyyyk Troopers | $60.00 | | $11.19 | | | | | | | | |
| 75035 | Kashyyyk Troopers | | | $11.19 | $60.00 | $100.00 | | | | | $60.00 | $100.00 |
| 75036 | Utapua Troopers | | layaway | $12.97 | $80.00 | $150.00 | 11/2/2023 | 1:04:06 AM | 118172 | $100.00 | | |
| 75036 | Utapua Troopers | | layaway | $12.97 | $80.00 | $150.00 | 3/20/2024 | 7:20:34 PM | 120697 | $149.99 | | |
| 75036 | Utapua Troopers | | | $9.51 | $80.00 | $150.00 | 4/20/2024 | 7:16:31 PM | 121206 | $139.99 | | |
| 75036 | Utapua Troopers | | | $9.51 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75036 | Utapua Troopers | | | $12.97 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75036 | Utapua Troopers | | | $11.19 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75036 | Utapua Troopers | | | $11.19 | | $5.00 | | | | | | $5.00 |
| 75036 | Utapua Troopers | | | $11.19 | | | | | | | | |
| 75037 | Battle of Saleucami | | $81.59 | $14.24 | | | 5/5/2024 | 7:39:23 PM | 121461 | $81.59 | | |
| 75037 | Battle of Saleucami | | | $6.99 | $50.00 | $100.00 | | | | | $50.00 | $100.00 |
| 75037 | Battle of Saleucami | | | $14.24 | $50.00 | $100.00 | | | | | $50.00 | $100.00 |
| 75037 | Battle on Saleucami | | | $14.99 | $50.00 | $100.00 | | | | | $50.00 | $100.00 |
| 75038 | Jedi Intercepter | $91.99 | | $24.97 | | | 10/21/2023 | 8:32:47 PM | 117973 | $95.99 | | |
| 75038 | Jedi Intercepter | | $99.99 | $23.39 | | | 1/14/2024 | 9:22:37 PM | 119706 | $99.00 | | |
| 75038 | Jedi Intercepter | | | $24.97 | $50.00 | $100.00 | 9/8/2024 | 1:55:46 AM | 123423 | $99.99 | | |
| 75038 | Jedi Intercepter | $99.00 | | $0.00 | | | | | | | | |
| 75039 | V-Wing Starfighter | | | $22.00 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75039 | V-Wing Starfighter | | | $20.00 | | | | | | | | |
| 75040 | General Grevious Wheel Bike | $149.99 | | $24.97 | | | 9/24/2023 | 6:37:08 PM | 117421 | $150.00 | | |
| 75040 | General Grevious Wheel Bike | | layaway | $23.74 | $130.00 | $150.00 | 11/26/2023 | 1:57:45 AM | 118704 | $149.99 | | |
| 75040 | General Grevious Wheel Bike | $150.00 | | $23.74 | $130.00 | $150.00 | 4/27/2024 | 12:44:52 AM | 121300 | $149.99 | | |
| 75041 | Vulture Droid | | | $19.99 | $100.00 | $200.00 | | | | | $100.00 | $200.00 |
| 75041 | Vulture Droid | | | $19.99 | $100.00 | $200.00 | | | | | $100.00 | $200.00 |
| 75042 | Droid Gunship | | layaway | $46.79 | $100.00 | $150.00 | 4/7/2024 | 11:59:43 PM | 121023 | $139.99 | | |
| 75042 | Droid Gunship | | | $38.00 | $100.00 | $150.00 | | | | | $100.00 | $150.00 |
| 75043 | AT-AP | | layaway | $49.99 | $180.00 | $200.00 | 3/20/2024 | 6:16:10 PM | 120693 | $179.99 | | |
| 75043 | AT-AP | | | $55.79 | $180.00 | $200.00 | | | | | $180.00 | $200.00 |
| 75044 | Droid Tri-Fighter | | layaway | $28.49 | $120.00 | $150.00 | 11/11/2023 | 6:33:55 PM | 118360 | $149.99 | | |
| 75045 | Republic AV-7 Anti-Vehicle Cannon | | | $39.99 | $200.00 | $400.00 | 10/22/2023 | 10:58:16 PM | 117995 | $369.99 | | |
| 75045 | Republic AV-7 Anti-Vehicle Cannon | | | $39.99 | $200.00 | $400.00 | 1/21/2024 | 9:33:42 PM | 119795 | $349.99 | | |
| 75045 | Republic AV-7 Anti-Vehicle Cannon | | | $39.00 | $200.00 | $400.00 | | | | | $200.00 | $400.00 |
| 75045 | Republic AV-7 Anti-Vehicle Cannon | | layaway | ? | | | | | | | | |
| 75046 | Coruscant Police Gunship | | layaway | $37.39 | $400.00 | $500.00 | 8/10/2024 | 11:09:49 PM | 122969 | $349.99 | | |
| 75046 | Coruscant Police Gunship | | | $71.00 | $400.00 | $500.00 | | | | | $400.00 | $500.00 |
| 75048 | The Phantom | | | $24.99 | $200.00 | $250.00 | | | | | $200.00 | $250.00 |
| 75049 | Snowspeeder | $149.99 | | $29.97 | | | 11/6/2023 | 1:03:00 AM | 118275 | $139.99 | | |
| 75049 | Snowspeeder | $139.99 | | $29.99 | | | 4/27/2024 | 12:46:51 AM | 121301 | $149.99 | | |
| 75050 | B-Wing | $199.99 | | $49.49 | | | 11/11/2023 | 1:22:09 AM | 118353 | $159.99 | | |
| 75050 | B-Wing | | | $39.99 | $100.00 | $200.00 | 3/17/2024 | 10:26:24 PM | 120662 | $199.99 | | |
| 75051 | Jedi Scout Fighter | | $199.99 | $47.99 | $100.00 | $200.00 | 8/5/2024 | 10:36:55 PM | 122900 | $199.99 | | |
| 75051 | Jedi Scout Fighter | | | $58.49 | $100.00 | $200.00 | | | | | $100.00 | $200.00 |
| 75052 | Mos Eisley Cantina | | layaway | $75.00 | | | 11/11/2023 | 6:41:39 PM | 118362 | $199.99 | | |
| 75052 | Mos Eisley Cantina | | stolen | $50.99 | | | | | | | | |
| 75053 | The Ghost | | | $67.99 | $800.00 | $900.00 | | | | | $800.00 | $900.00 |
| 75053 | The Ghost | | | $85.49 | $800.00 | $900.00 | | | | | $800.00 | $900.00 |

| Item | Description | | | | | | Date | Time | Ref# | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75053 | The Ghost | | | $69.99 | $800.00 | $900.00 | | | | | $800.00 | $900.00 |
| 75054 | AT-AT | | layaway | $109.97 | $100.00 | $250.00 | 12/24/2023 | 10:07:49 PM | 119348 | $229.99 | | |
| 75054 | AT-AT | | | $81.59 | $100.00 | $250.00 | | | | | $100.00 | $250.00 |
| 75054 | AT-AT | | | $80.44 | $100.00 | $250.00 | | | | | $100.00 | $250.00 |
| 75054 | AT-AT | | | $81.59 | $100.00 | $250.00 | | | | | $100.00 | $250.00 |
| 75055 | Imperial Star Destroyer | $379.99 | | $95.19 | | | 9/23/2023 | 12:08:44 AM | 117262 | $380.00 | | |
| 75055 | Imperial Star Destroyer | $380.00 | | $95.19 | | | 11/11/2023 | 10:40:12 PM | 118384 | $379.99 | | |
| 75055 | Imperial Star Destroyer | | layaway | $95.19 | $350.00 | $380.00 | 12/19/2023 | 11:51:19 PM | 119168 | $379.95 | | |
| 75058 | MTT | | layaway | $89.99 | | | 9/24/2023 | 10:47:29 PM | 117469 | $400.00 | | |
| 75058 | MTT | | | $89.99 | $400.00 | $450.00 | | | | | $400.00 | $450.00 |
| 75059 | Sandcrawler UCS | | layaway | $299.99 | | | 11/11/2023 | 6:28:35 PM | 118357 | $599.99 | | |
| 75059 | Sandcrawler UCS | | layaway | $269.99 | | | 11/11/2023 | 6:33:55 PM | 118360 | $60.00 | | |
| 75059 | Sandcrawler UCS | | layaway | $239.99 | | | 12/3/2023 | 12:13:53 AM | 118819 | $350.00 | | |
| 75060 | Slave 1 UCS | $100.00 | layaway | $199.00 | | | 9/27/2023 | 1:05:45 AM | 117512 | $100.00 | | |
| 75060 | Slave 1 UCS | | layaway | $199.00 | | | 10/10/2023 | 11:35:43 PM | 117772 | $635.00 | | |
| 75060 | Slave 1 UCS | | layaway | $188.00 | $600.00 | $700.00 | 10/26/2023 | 12:47:09 AM | 118035 | $100.00 | | |
| 75072 | ARC-170 Starfighter Micro | $34.99 | | $9.97 | | | 10/26/2023 | 12:57:31 AM | 118038 | $39.99 | | |
| 75072 | ARC-170 Starfighter Micro | $39.99 | | $9.97 | | | 3/22/2024 | 11:16:53 PM | 120722 | $34.99 | | |
| 75072 | ARC-170 Starfighter Micro | | layaway | $9.99 | $20.00 | $40.00 | 4/6/2024 | 5:52:53 PM | 120959 | $39.99 | | |
| 75072 | ARC-170 Starfighter Micro | | layaway | $9.99 | $20.00 | $40.00 | 4/13/2024 | 9:47:42 PM | 121100 | $34.99 | | |
| 75072 | ARC-170 Starfighter Micro | | | $9.97 | $20.00 | $40.00 | 11/7/2024 | 12:04:09 AM | 124065 | $34.99 | | |
| 75072 | ARC-170 Starfighter Micro | | | $9.49 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $0.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $8.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $8.99 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $10.99 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $9.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $9.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $9.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $9.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75072 | ARC-170 Starfighter Micro | | | $8.99 | | | | | | | | |
| 75073 | Vulture Droid Micro | | $22.46 | $9.49 | | | 8/10/2024 | 11:09:49 PM | 122969 | $34.49 | | |
| 75073 | Vulture Droid Micro | | | $9.49 | $20.00 | $40.00 | 10/8/2024 | 5:29:30 PM | 123745 | $34.99 | | |
| 75073 | Vulture Droid Micro | | | $9.99 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75073 | Vulture Droid Micro | | | $9.99 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75073 | Vulture Droid Micro | | | $8.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75073 | Vulture Droid Micro | | | $8.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75073 | Vulture Droid Micro | | | $10.99 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75074 | Snowspeeder Micro | $24.99 | | $7.47 | | | 10/16/2023 | 11:53:12 PM | 117902 | $29.99 | | |
| 75074 | Snowspeeder Micro | $24.99 | | $9.99 | | | 2/11/2024 | 10:21:37 PM | 120143 | $24.99 | | |
| 75074 | Snowspeeder Micro | $29.99 | | $9.99 | | | 3/25/2024 | 11:30:58 PM | 120801 | $24.99 | | |
| 75074 | Snowspeeder Micro | | $22.49 | $9.97 | | | 5/4/2024 | 6:41:25 PM | 121419 | $22.49 | | |
| 75074 | Snowspeeder Micro | | | $8.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $8.09 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $8.09 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $8.09 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $8.00 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $8.00 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $7.60 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $7.60 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $7.56 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $7.56 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $7.56 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $10.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | | $8.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75074 | Snowspeeder Micro | | ? | | | | | | | | | |
| 75075 | AT-AT Micro | $24.99 | | $9.97 | | | 11/13/2023 | 6:43:14 PM | 118447 | $24.99 | | |
| 75075 | AT-AT Micro | | $19.99 | $9.99 | $15.00 | $30.00 | 12/13/2023 | 8:16:09 PM | 119002 | $24.99 | | |
| 75075 | AT-AT Micro | | $24.99 | $9.99 | $15.00 | $30.00 | 2/24/2024 | 7:50:50 PM | 120331 | $24.99 | | |
| 75075 | AT-AT Micro | | $25.99 | $9.99 | $15.00 | $30.00 | 4/13/2024 | 9:47:42 PM | 121100 | $24.99 | | |
| 75075 | AT-AT Micro | | $24.99 | $9.97 | $15.00 | $30.00 | 5/5/2024 | 7:37:11 PM | 121460 | $21.24 | | |
| 75075 | AT-AT Micro | | $9.24 | $9.97 | $15.00 | $30.00 | 7/7/2024 | 9:02:10 PM | 122441 | $24.99 | | |
| 75075 | AT-AT Micro | $24.99 | | $9.97 | | | 8/4/2024 | 10:23:34 PM | 122878 | $25.99 | | |
| 75075 | AT-AT Micro | $24.99 | | $9.00 | | | 8/17/2024 | 9:10:14 PM | 123062 | $24.99 | | |
| 75075 | AT-AT Micro | | | $9.00 | $15.00 | $30.00 | 9/3/2024 | 9:15:52 PM | 123339 | $19.99 | | |
| 75075 | AT-AT Micro | | | $8.99 | $15.00 | $30.00 | 10/15/2024 | 11:11:12 PM | 123850 | $24.99 | | |
| 75075 | AT-AT Micro | | | $8.89 | $15.00 | $30.00 | 11/8/2024 | 9:28:29 PM | 124074 | $25.99 | | |
| 75075 | AT-AT Micro | | | $8.77 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75075 | AT-AT Micro | | | $8.00 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75075 | AT-AT Micro | | | $8.00 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75075 | AT-AT Micro | | | $8.00 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75075 | AT-AT Micro | | | $7.56 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75075 | At-AT Micro | | | $7.56 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75075 | AT-AT Micro | | | $10.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75075 | AT-AT Micro | | | $8.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75076 | Republic Gunship Micro | $44.99 | | $9.97 | | | 12/28/2023 | 10:38:15 PM | 119437 | $44.99 | | |
| 75076 | Republic Gunship Micro | | $44.99 | $7.47 | | | 1/20/2024 | 10:30:15 PM | 119762 | $44.99 | | |
| 75076 | Republic Gunship Micro | $44.99 | | $7.47 | | | 3/20/2024 | 7:20:34 PM | 120697 | $45.99 | | |
| 75076 | Republic Gunship Micro | $44.99 | | $9.99 | | | 3/25/2024 | 10:06:43 PM | 120796 | $44.99 | | |
| 75076 | Republic Gunship Micro | | layaway | $9.99 | $20.00 | $50.00 | 8/10/2024 | 11:09:49 PM | 122969 | $44.99 | | |
| 75076 | Republic Gunship Micro | | | $9.99 | $20.00 | $50.00 | | | | | $20.00 | $50.00 |
| 75076 | Republic Gunship Micro | | | $9.97 | $20.00 | $50.00 | | | | | $20.00 | $50.00 |
| 75076 | Republic Gunship Micro | | | $9.97 | $20.00 | $50.00 | | | | | $20.00 | $50.00 |
| 75076 | Republic Gunship Micro | | | $5.99 | $20.00 | $50.00 | | | | | $20.00 | $50.00 |
| 75076 | Republic Gunship Micro | | | $8.00 | $20.00 | $50.00 | | | | | $20.00 | $50.00 |
| 75076 | Republic Gunship Micro | | | $10.99 | $20.00 | $50.00 | | | | | $20.00 | $50.00 |
| 75077 | Homing Spider Droid Micro | | $25.99 | $9.99 | | | 11/11/2023 | 7:16:08 PM | 118371 | $24.99 | | |
| 75077 | Homing Spider Droid Micro | | $25.99 | $9.49 | | | 6/19/2024 | 10:42:57 PM | 122129 | $22.09 | | |
| 75077 | Homing Spider Droid Micro | | $22.09 | $9.49 | | | 8/4/2024 | 11:26:45 PM | 122879 | $25.99 | | |
| 75077 | Homing Spider Droid Micro | | layaway | $9.49 | | | 8/10/2024 | 4:54:54 PM | 122953 | $25.99 | | |
| 75077 | Homing Spider Droid Micro | | | $8.00 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75077 | Homing Spider Droid Micro | | | $10.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75078 | Imperial Troop Transport | | $35.99 | $7.99 | | | 10/15/2023 | 8:24:10 PM | 117871 | $39.99 | | |
| 75078 | Imperial Troop Transport | | $39.99 | $12.97 | | | 10/20/2023 | 11:38:40 PM | 117952 | $39.99 | | |
| 75078 | Imperial Troop Transport | $39.99 | | $12.97 | | | 10/20/2023 | 11:44:33 PM | 117953 | $39.99 | | |
| 75078 | Imperial Troop Transport | $39.99 | | $12.34 | | | 10/21/2023 | 8:32:47 PM | 117973 | $39.99 | | |
| 75078 | Imperial Troop Transport | | layaway | $12.34 | | | 11/19/2023 | 12:19:56 AM | 118527 | $39.99 | | |
| 75078 | Imperial Troop Transport | | | $12.34 | $20.00 | $40.00 | 12/24/2023 | 9:02:17 PM | 119345 | $39.99 | | |
| 75078 | Imperial Troop Transport | | | $12.34 | $20.00 | $40.00 | 5/4/2024 | 5:46:48 PM | 121408 | $35.99 | | |

| SKU | Item | | | | | | Date | Time | Order# | Price | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75078 | Imperial Troop Transport | | | $11.19 | $20.00 | $40.00 | 6/10/2024 | 5:44:00 PM | 121983 | $39.99 | | |
| 75078 | Imperial Troop Transport | | | $11.19 | $20.00 | $40.00 | 6/16/2024 | 7:24:11 PM | 122070 | $39.99 | | |
| 75078 | Imperial Troop Transport | $39.99 | | $12.99 | | | 7/24/2024 | 9:24:23 PM | 122704 | $39.99 | | |
| 75078 | Imperial Troop Transport | $39.99 | | $12.99 | | | 10/27/2024 | 9:23:51 PM | 123988 | $39.99 | | |
| 75078 | Imperial Troop Transport | $35.99 | | $12.99 | | | | | | | | |
| 75078 | Imperial Troop Transport | $39.99 | | $12.99 | | | | | | | | |
| 75078 | Imperial Troop Transport | $39.99 | | $12.99 | | | | | | | | |
| 75078 | Imperial Troop Transport | $39.99 | | $7.99 | | | | | | | | |
| 75079 | Shadow Troopers | $49.99 | | $10.39 | | | 12/31/2023 | 7:13:43 PM | 119502 | $49.99 | | |
| 75079 | Shadow Troopers | $49.99 | | $12.97 | | | 1/24/2024 | 8:38:45 PM | 119836 | $49.99 | | |
| 75079 | Shadow Troopers | | layaway | $9.51 | $30.00 | $50.00 | 3/20/2024 | 7:20:34 PM | 120697 | $49.99 | | |
| 75079 | Shadow Troopers | | | $12.97 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $12.97 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $12.97 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $11.19 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $9.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $9.89 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75079 | Shadow Troopers | | | $9.89 | | $5.00 | | | | | | $5.00 |
| 75079 | Shadow Troopers | | | $10.49 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75080 | AAT | | | $24.29 | | | 11/4/2023 | 10:41:09 PM | 118243 | $89.99 | | |
| 75080 | AAT | | | $23.74 | $45.00 | $100.00 | | | | | $45.00 | $100.00 |
| 75080 | AAT | | | $22.99 | | | | | | | | |
| 75081 | T-16 Skyhopper | | $49.99 | $24.97 | | | 7/30/2024 | 7:35:30 PM | 122806 | $49.99 | | |
| 75081 | T-16 Skyhopper | | | $23.74 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75082 | TIE Advanced Prototype | | $90.00 | $39.97 | | | 5/4/2024 | 5:48:40 PM | 121409 | $90.00 | | |
| 75082 | TIE Advanced Prototype | | | $39.97 | $150.00 | $250.00 | | | | | $150.00 | $250.00 |
| 75082 | TIE Advanced Prototype | | | $39.97 | $150.00 | $250.00 | | | | | $150.00 | $250.00 |
| 75082 | TIE Advanced Prototype | | | $39.97 | $150.00 | $250.00 | | | | | $150.00 | $250.00 |
| 75082 | TIE Advanced Prototype | | | $0.00 | $150.00 | $250.00 | | | | | $150.00 | $250.00 |
| 75083 | AT-DP | | | $49.97 | $150.00 | $200.00 | | | | | $150.00 | $200.00 |
| 75083 | AT-DP | | | $37.39 | $150.00 | $200.00 | | | | | $150.00 | $200.00 |
| 75083 | AT-DP | | | $49.99 | $150.00 | $200.00 | | | | | $150.00 | $200.00 |
| 75084 | Wookie Gunship | $150.00 | | $50.99 | | | 9/24/2023 | 9:36:29 PM | 117454 | $150.00 | | |
| 75084 | Wookie Gunship | | $127.50 | $69.99 | | | 5/5/2024 | 7:39:23 PM | 121461 | $127.50 | | |
| 75085 | Hailfire Droid | | | $19.99 | $70.00 | $150.00 | 8/10/2024 | 11:09:49 PM | 122969 | $139.99 | | |
| 75085 | Hailfire Droid | | | $18.99 | $70.00 | $150.00 | | | | | $70.00 | $150.00 |
| 75085 | Hailfire Droid | | | $19.99 | $70.00 | $150.00 | | | | | $70.00 | $150.00 |
| 75085 | Hailfire Droid | | | $18.99 | $70.00 | $150.00 | | | | | $70.00 | $150.00 |
| 75085 | Hailfire Droid | | | $18.00 | $70.00 | $150.00 | | | | | $70.00 | $150.00 |
| 75086 | Battle Droid Troop Carrier | | | $29.23 | | | 11/4/2023 | 10:41:09 PM | 118243 | $159.99 | | |
| 75086 | Battle Droid Troop Carrier | | | $38.69 | $100.00 | $200.00 | 6/3/2024 | 11:21:25 PM | 121888 | $150.00 | | |
| 75086 | Battle Droid Troop Carrier | | | $38.69 | | | | | | | | |
| 75087 | Anakin's Custom Jedi Starfighter | | layaway | $29.23 | $200.00 | $300.00 | 2/12/2024 | 9:29:21 PM | 120160 | $200.00 | | |
| 75087 | Anakin's Custom Jedi Starfighter | | $249.99 | $39.97 | $200.00 | $300.00 | 8/10/2024 | 11:09:49 PM | 122969 | $249.99 | | |
| 75087 | Anakin's Custom Jedi Starfighter | | | $39.97 | $200.00 | $300.00 | | | | | $200.00 | $300.00 |
| 75088 | Senate Command Troopers | $54.99 | | $10.39 | | | 10/28/2023 | 7:04:35 PM | 118081 | $54.99 | | |
| 75088 | Senate Command Troopers | $54.99 | | $12.97 | | | 2/3/2024 | 7:24:19 PM | 120027 | $59.99 | | |
| 75088 | Senate Command Troopers | | layaway | $12.97 | | | 3/15/2024 | 10:30:24 PM | 120602 | $59.99 | | |
| 75088 | Senate Command Troopers | | | $12.99 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75088 | Senate Command Troopers | | | $12.99 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75088 | Senate Command Troopers | | | $12.99 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75088 | Senate Command Troopers | | | $12.99 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75088 | Senate Command Troopers | | | $12.99 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75088 | Senate Command Troopers | | | $7.99 | | $5.00 | | | | | | $5.00 |
| 75088 | Senate Command Troopers | | | $9.19 | | | | | | | | |
| 75089 | Genosis Troopers | | $69.99 | $7.99 | | | 11/26/2023 | 8:43:14 PM | 118712 | $69.99 | | |
| 75089 | Geonosis Troopers | | $69.99 | $9.51 | | | 12/2/2023 | 9:50:00 PM | 118804 | $69.99 | | |
| 75089 | Geonosis Troopers | $59.99 | | $12.97 | | | 1/2/2024 | 10:57:58 PM | 119539 | $69.99 | | |
| 75089 | Geonosis Troopers | $69.99 | | $12.97 | | | 2/10/2024 | 11:52:46 PM | 120117 | $69.99 | | |
| 75089 | Geonosis Troopers | $69.99 | | $12.59 | | | 2/17/2024 | 10:19:19 PM | 120242 | $59.99 | | |
| 75089 | Geonosis Troopers | $69.99 | | $12.97 | | | 8/2/2024 | 12:55:47 AM | 122836 | $69.99 | | |
| 75089 | Geonosis Troopers | $69.99 | | $11.19 | | | 8/10/2024 | 4:54:54 PM | 122953 | $69.99 | | |
| 75089 | Geonosis Troopers | | | $11.19 | $50.00 | $75.00 | | | | | $50.00 | $75.00 |
| 75089 | Geonosis Troopers | | | $11.19 | | $5.00 | | | | | | $5.00 |
| 75089 | Geonosis Troopers | | | $12.99 | $50.00 | $75.00 | | | | | $50.00 | $75.00 |
| 75089 | Geonosis Troopers | | | $12.99 | $50.00 | $75.00 | | | | | $50.00 | $75.00 |
| 75089 | Geonosis Troopers | | | $12.99 | $50.00 | $75.00 | | | | | $50.00 | $75.00 |
| 75089 | Geonosis Troopers | | | $12.99 | $50.00 | $75.00 | | | | | $50.00 | $75.00 |
| 75089 | Geonosis Troopers | | | $12.99 | $50.00 | $75.00 | | | | | $50.00 | $75.00 |
| 75089 | Geonosis Troopers | | | $9.89 | $50.00 | $75.00 | | | | | $50.00 | $75.00 |
| 75089 | Geonosis Troopers | | | $10.39 | $50.00 | $75.00 | | | | | $50.00 | $75.00 |
| 75090 | Ezra's Speeder Bike | $100.00 | | $19.97 | | | 9/24/2023 | 11:41:40 PM | 117481 | $100.00 | | |
| 75090 | Ezra's Speeder Bike | | $109.99 | $19.97 | | | 7/17/2024 | 9:24:51 PM | 122579 | $109.99 | | |
| 75090 | Ezra's Speeder Bike | | | $19.99 | | | | | | | | |
| 75090 | Ezra's Speeder Bike | | | $19.97 | $90.00 | $120.00 | | | | | $90.00 | $120.00 |
| 75091 | Flash Speeder | | | $29.24 | $40.00 | $60.00 | 10/27/2024 | 7:15:42 PM | 123983 | $59.99 | | |
| 75092 | Naboo Starfighter | | layaway | $49.99 | $150.00 | $250.00 | 4/12/2024 | 11:51:30 PM | 121079 | $239.99 | | |
| 75092 | Naboo Starfighter | | | $39.99 | $150.00 | $250.00 | | | | | $150.00 | $250.00 |
| 75093 | Death Star Final Dual | | layaway | $76.49 | $100.00 | $150.00 | 1/9/2024 | 10:50:56 PM | 119660 | $60.00 | | |
| 75093 | Death Star Final Dual | | | $71.09 | $100.00 | $150.00 | | | | | $100.00 | $150.00 |
| 75093 | Death Star Final Dual | | | $56.00 | $100.00 | $150.00 | | | | | $100.00 | $150.00 |
| 75094 | Imperial Shuttle Tydirium | | $189.99 | $94.49 | | | 6/28/2024 | 10:01:54 PM | 122277 | $189.99 | | |
| 75094 | Imperial Shuttle Tydirium | | | $75.00 | $150.00 | $250.00 | 9/10/2024 | 5:43:58 PM | 123443 | $229.99 | | |
| 75094 | Imperial Shuttle Tydirium | | | $74.99 | $150.00 | $250.00 | | | | | $150.00 | $250.00 |
| 75095 | TIE Fighter UCS | $299.99 | | $189.99 | | | 11/11/2023 | 6:26:11 PM | 118356 | $299.99 | | |
| 75095 | TIE Fighter UCS | $300.00 | | $189.99 | | | 11/11/2023 | 6:52:21 PM | 118364 | $300.00 | | |
| 75096 | Sith Infiltrator | $299.99 | | $85.49 | | | 10/23/2023 | 6:45:38 PM | 118005 | $299.99 | | |
| 75096 | Sith Infiltrator | | layaway | $79.00 | $250.00 | $300.00 | 11/11/2023 | 6:43:41 PM | 118363 | $299.99 | | |
| 75096 | Sith Infiltrator | | | $35.39 | | | 9/19/2024 | 11:26:44 PM | 123529 | $60.00 | | |
| 75098 | Assault on Hoth UCS | $700.00 | | $232.50 | | | 9/22/2023 | 10:31:55 PM | 117243 | $700.00 | | |
| 75098 | Assault on Hoth UCS | | | $229.99 | $650.00 | $700.00 | 9/22/2024 | 6:52:35 PM | 123573 | $400.00 | | |
| 75098 | Assault on Hoth UCS | | | $224.99 | $650.00 | $700.00 | | | | | $650.00 | $700.00 |
| 75099 | Rey's Speeder | $39.99 | | $17.99 | | | 12/21/2023 | 9:41:14 PM | 119209 | $39.99 | | |
| 75099 | Rey's Speeder | | | $14.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |

| Item | Name | | | | | | Date | Time | Ref | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75099 | Rey's Speeder | | | $13.00 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75099 | Rey's Speeder | | | $12.27 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75099 | Rey's Speeder | | ? | | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75100 | First Order Snowspeeder | | | $31.00 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75100 | First Order Snowspeeder | | | $29.99 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75101 | First Order Special Forces TIE Fighter | | | $50.00 | $80.00 | $120.00 | | | | | $80.00 | $120.00 |
| 75101 | First Order Special Forces TIE Fighter | | | $39.99 | $80.00 | $120.00 | | | | | $80.00 | $120.00 |
| 75101 | First Order Special Forces TIE Fighter | | | $55.00 | $80.00 | $120.00 | | | | | $80.00 | $120.00 |
| 75102 | Poe's X-Wing Fighter | | $129.99 | $79.99 | | | 8/17/2024 | 6:43:40 PM | 123053 | $129.99 | | |
| 75102 | Poe's X-Wing Fighter | | | $79.99 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75102 | Poe's X-Wing Fighter | | | $74.39 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75103 | First Order Transport | $199.99 | | $69.00 | | | 1/30/2024 | 11:34:31 PM | 119974 | $199.99 | | |
| 75103 | First Order Transport | | | $70.00 | $150.00 | $300.00 | | | | | $150.00 | $300.00 |
| 75103 | First Order Transport | | | $60.51 | $150.00 | $300.00 | | | | | $150.00 | $300.00 |
| 75103 | First Order Transport | | | $56.00 | $150.00 | $300.00 | | | | | $150.00 | $300.00 |
| 75103 | First Order Transport | | ? | | $150.00 | $300.00 | | | | | $150.00 | $300.00 |
| 75103 | First Order Transport | | ? | | $150.00 | $300.00 | | | | | $150.00 | $300.00 |
| 75104 | Kylo Ren's Command Shuttle | $149.99 | | $84.00 | | | 12/21/2023 | 10:45:21 PM | 119215 | $149.99 | | |
| 75104 | Kylo Ren's Command Shuttle | | $89.99 | $85.89 | | | 5/4/2024 | 5:44:36 PM | 121407 | $89.99 | | |
| 75104 | Kylo Ren's Command Shuttle | | | $69.00 | $90.00 | $150.00 | | | | | $90.00 | $150.00 |
| 75105 | Millennium Falcon | | | $119.00 | $120.00 | $200.00 | 11/11/2023 | 7:04:43 PM | 118368 | $20.00 | | |
| 75105 | Millennium Falcon | | | $134.99 | $120.00 | $200.00 | 11/12/2023 | 9:32:35 PM | 118417 | $64.00 | | |
| 75105 | Millennium Falcon | $84.00 layaway | | $111.00 | | | 11/12/2023 | 9:34:32 PM | 118418 | $20.00 | | |
| 75105 | Millennium Falcon | $199.99 | | $129.00 | | | 1/12/2024 | 9:39:52 PM | 119682 | $20.00 | | |
| 75105 | Millennium Falcon | | | $99.99 | $120.00 | $200.00 | 2/16/2024 | 10:15:48 PM | 120221 | $20.00 | | |
| 75106 | Imperial Assault Carrier | | layaway | $85.00 | $360.00 | $400.00 | 9/23/2024 | 10:46:57 PM | 117381 | $300.00 | | |
| 75106 | Imperial Assault Carrier | $300.00 | | $79.99 | | | 2/24/2024 | 6:18:57 PM | 120325 | $399.99 | | |
| 75110 | Luke Skywalker (Technic) | | ? | | | | | | | | | |
| 75111 | Darth Vader (Technic) | $64.99 | ? | | | | 11/11/2023 | 7:13:07 PM | 118370 | $64.99 | | |
| 75111 | Darth Vader (Technic) | $64.99 | ? | | | | 4/1/2024 | 11:36:35 PM | 120913 | $64.99 | | |
| 75112 | General Grevious (Technic) | | layaway ? | | | | 3/20/2024 | 6:16:10 PM | 120693 | $84.99 | | |
| 75117 | Kylo Ren (Technic) | | layaway ? | | $30.00 | $50.00 | 4/1/2024 | 11:36:35 PM | 120913 | $49.99 | | |
| 75117 | Kylo Ren (Technic) | $49.99 | ? | | | | 4/2/2024 | 11:47:57 PM | 120926 | $49.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | $19.99 | | $9.00 | | | 10/16/2023 | 11:53:12 PM | 117902 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | $19.99 | | $8.99 | | | 11/12/2023 | 7:59:47 PM | 118409 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | $19.99 | | $8.99 | | | 12/13/2023 | 8:16:09 PM | 119002 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | | $17.99 | $8.99 | | | 1/20/2024 | 11:12:05 PM | 119770 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | | $19.99 | $8.99 | | | 5/4/2024 | 6:41:25 PM | 121419 | $17.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | | $19.99 | $8.99 | | | 8/8/2024 | 6:59:09 PM | 122930 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.99 | $15.00 | $20.00 | 8/20/2024 | 12:05:19 AM | 123106 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.88 | $15.00 | $20.00 | 10/9/2024 | 12:06:11 AM | 123750 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | | | $9.00 | $15.00 | $20.00 | 10/12/2024 | 5:59:23 PM | 123791 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | | | $9.00 | $15.00 | $20.00 | 11/12/2024 | 11:58:53 PM | 124153 | $19.99 | | |
| 75125 | Resistance X-Wing Fighter Micro | | | $9.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $7.56 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.99 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.99 | | | | | | | | |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.84 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $8.84 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $6.12 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | | | | | | | | |
| 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $6.12 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75125 | Resistance X-Wing Fighter Micro | | | $4.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | $19.99 | | $9.00 | | | 12/26/2023 | 10:33:42 PM | 119373 | $19.99 | | |
| 75126 | First Order Snowspeeder Micro | $19.99 | | $9.00 | | | 2/3/2024 | 11:51:23 PM | 120040 | $19.99 | | |
| 75126 | First Order Snowspeeder Micro | | $19.99 | $8.99 | | | 8/10/2024 | 8:25:04 PM | 122961 | $19.99 | | |
| 75126 | First Order Snowspeeder Micro | | $19.99 | $8.99 | | | 8/17/2024 | 8:51:00 PM | 123057 | $19.99 | | |
| 75126 | First Order Snowspeeder Micro | | $19.99 | $8.99 | | | 9/3/2024 | 9:15:52 PM | 123339 | $19.99 | | |
| 75126 | First Order Snowspeeder Micro | | | $8.99 | $15.00 | $20.00 | 9/29/2024 | 7:47:08 PM | 123644 | $19.99 | | |
| 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 | 10/10/2024 | 12:44:18 AM | 123756 | $19.99 | | |
| 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 | 10/11/2024 | 6:15:34 PM | 123762 | $19.99 | | |
| 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $8.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $7.56 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $8.99 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $4.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $7.99 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $7.99 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $7.99 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75126 | First Order Snowspeeder Micro | | | $7.99 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75127 | The Ghost Micro | $49.99 | | $9.00 | | | 12/16/2023 | 7:58:57 PM | 119061 | $49.99 | | |
| 75127 | The Ghost Micro | $49.99 | | $9.00 | | | 12/18/2023 | 1:33:24 AM | 119122 | $49.99 | | |
| 75127 | The Ghost Micro | $49.99 | | $8.99 | | | 1/6/2024 | 9:51:49 PM | 119595 | $49.99 | | |
| 75127 | The Ghost Micro | $45.99 | | $8.99 | | | 1/13/2024 | 8:19:38 PM | 119696 | $45.99 | | |
| 75127 | The Ghost Micro | $49.99 | | $8.99 | | | 4/20/2024 | 9:32:47 PM | 121217 | $49.99 | | |
| 75127 | The Ghost Micro | | $30.00 | $8.99 | | | 5/8/2024 | 12:59:24 AM | 121497 | $30.00 | | |
| 75127 | The Ghost Micro | | $39.09 | $8.99 | | | 6/19/2024 | 10:42:57 PM | 122129 | $39.09 | | |
| 75127 | The Ghost Micro | | $49.99 | $8.10 | | | 8/10/2024 | 4:54:54 PM | 122953 | $49.99 | | |
| 75127 | The Ghost Micro | | | $8.10 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $8.10 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $7.56 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $7.56 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $7.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $7.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $7.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $6.12 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $5.12 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |

| Item | Description | | | | | | Date | Time | Order | Price | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75127 | The Ghost Micro | | | $5.12 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $5.12 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75127 | The Ghost Micro | | | $5.12 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75128 | TIE Advanced Prototype Micro | $19.99 | | $8.99 | | | 10/16/2023 | 11:53:12 PM | 117902 | $19.99 | | |
| 75128 | TIE Advanced Prototype Micro | $19.99 | | $8.99 | | | 10/29/2023 | 10:15:41 PM | 118127 | $19.99 | | |
| 75128 | TIE Advanced Prototype Micro | $24.99 | | $8.99 | | | 12/2/2023 | 9:47:58 PM | 118803 | $24.99 | | |
| 75128 | TIE Advanced Prototype Micro | $24.99 | | $8.99 | | | 12/21/2023 | 10:29:27 PM | 119213 | $24.99 | | |
| 75128 | TIE Advanced Prototype Micro | $19.99 | | $8.99 | | | 4/13/2024 | 7:53:19 PM | 121088 | $19.99 | | |
| 75128 | TIE Advanced Prototype Micro | | $19.99 | $8.99 | | | 7/7/2024 | 9:02:10 PM | 122441 | $19.99 | | |
| 75128 | TIE Advanced Prototype Micro | | $19.99 | $7.19 | | | 7/13/2024 | 12:12:31 AM | 122522 | $19.99 | | |
| 75128 | TIE Advanced Prototype Micro | | $24.99 | $7.19 | | | 7/24/2024 | 9:24:23 PM | 122704 | $24.99 | | |
| 75128 | TIE Advanced Prototype Micro | | | $7.19 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75128 | TIE Advanced Prototype Micro | | | $7.19 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75128 | TIE Advanced Prototype Micro | | | $7.56 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75128 | TIE Advanced Prototype Micro | | | $7.56 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75128 | TIE Advanced Prototype Micro | | | $7.56 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75128 | TIE Advanced Prototype Micro | | | $8.69 | | | | | | | | |
| 75128 | TIE Advanced Prototype Micro | | | $8.69 | | | | | | | | |
| 75128 | TIE Advanced Prototype Micro | | | $7.99 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75128 | TIE Advanced Prototype Micro | | | $7.99 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75129 | Wookie Gunship Micro | $24.99 | | $9.00 | | | 10/14/2023 | 11:30:02 PM | 117860 | $24.99 | | |
| 75129 | Wookie Gunship Micro | $24.99 | | $9.00 | | | 11/20/2023 | 1:26:43 AM | 118555 | $24.99 | | |
| 75129 | Wookie Gunship Micro | $24.99 | | $8.99 | | | 11/21/2023 | 1:06:06 AM | 118571 | $24.99 | | |
| 75129 | Wookie Gunship Micro | $24.99 | | $8.99 | | | 12/20/2023 | 8:58:41 PM | 119180 | $24.99 | | |
| 75129 | Wookie Gunship Micro | $14.99 | | $9.89 | | | 12/20/2023 | 9:30:16 PM | 119183 | $14.99 | | |
| 75129 | Wookie Gunship Micro | $24.99 | | $7.19 | | | 1/13/2024 | 12:21:01 AM | 119691 | $24.99 | | |
| 75129 | Wookie Gunship Micro | | $24.99 | $7.19 | | | 6/10/2024 | 11:18:46 PM | 121991 | $24.99 | | |
| 75129 | Wookie Gunship Micro | | $24.99 | $7.19 | | | 7/11/2024 | 7:34:19 PM | 122498 | $24.99 | | |
| 75129 | Wookie Gunship Micro | | | $7.00 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75129 | Wookie Gunship Micro | | | $7.56 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75129 | Wookie Gunship Micro | | | $7.56 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75129 | Wookie Gunship Micro | | | $7.56 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75129 | Wookie Gunship Micro | | | $7.99 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75129 | Wookie Gunship Micro | | | $7.99 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75129 | Wookie Gunship Micro | | | $7.99 | | | | | | | | |
| 75129 | Wookie Gunship Micro | | | $7.99 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75130 | AT-DP Micro | $24.99 | | $8.99 | | | 12/10/2023 | 9:18:33 PM | 118952 | $24.99 | | |
| 75130 | AT-DP Micro | | $22.49 | $8.99 | | | 5/4/2024 | 5:46:48 PM | 121408 | $22.49 | | |
| 75130 | AT-DP Micro | | | $9.00 | $15.00 | $30.00 | 10/14/2024 | 8:29:58 PM | 123841 | $24.99 | | |
| 75130 | AT-DP Micro | | | $8.99 | $15.00 | $30.00 | 11/12/2024 | 11:58:53 PM | 124153 | $24.99 | | |
| 75130 | AT-DP Micro | | | $6.74 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $6.74 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $6.74 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $6.74 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $8.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $7.19 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $7.19 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $8.00 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $7.56 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $7.56 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $8.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75130 | AT-DP Micro | | | $7.99 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75131 | Resistance Trooper Battle Pack | $25.99 | | $11.70 | | | 10/23/2023 | 7:42:30 PM | 118007 | $25.99 | | |
| 75131 | Resistance Trooper Battle Pack | $29.99 | | $11.70 | | | 2/16/2024 | 11:41:26 PM | 120226 | $29.99 | | |
| 75131 | Resistance Trooper Battle Pack | $25.99 | | $11.69 | | | 3/23/2024 | 11:40:04 PM | 120766 | $25.99 | | |
| 75131 | Resistance Trooper Battle Pack | | $29.99 | $11.69 | | | 7/27/2024 | 7:32:57 PM | 122747 | $29.99 | | |
| 75131 | Resistance Trooper Battle Pack | | $29.99 | $8.99 | | | 8/26/2024 | 8:35:54 PM | 123209 | $29.99 | | |
| 75131 | Resistance Trooper Battle Pack | | | $11.69 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75131 | Resistance Trooper Battle Pack | | | $10.25 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75131 | Resistance Trooper Battle Pack | | | $10.25 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75131 | Resistance Trooper Battle Pack | | | $10.39 | $15.00 | $30.00 | | | | | $15.00 | $30.00 |
| 75131 | Resistance Trooper Battle Pack | | | $10.39 | | | | | | | | |
| 75132 | First Order Battle Pack | $24.99 | | $11.70 | | | 12/14/2023 | 7:26:10 PM | 119011 | $24.99 | | |
| 75132 | First Order Battle Pack | $24.99 | | $11.70 | | | 1/20/2024 | 6:58:15 PM | 119732 | $24.99 | | |
| 75132 | First Order Battle Pack | | | $11.69 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75132 | First Order Battle Pack | | | $9.89 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75132 | First Order Battle Pack | | | $11.69 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75132 | First Order Battle Pack | | | $10.35 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75132 | First Order Battle Pack | | | $10.35 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75132 | First Order Battle Pack | | | $10.39 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75132 | First Order Battle Pack | | | $7.44 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75133 | Rebel Alliance Battle Pack | $39.99 | | $11.69 | | | 1/18/2024 | 8:42:51 PM | 119714 | $39.99 | | |
| 75133 | Rebel Alliance Battle Pack | $39.99 | | $11.69 | | | 3/23/2024 | 11:35:32 PM | 120765 | $39.99 | | |
| 75133 | Rebel Alliance Battle Pack | | layaway | $11.69 | $20.00 | $40.00 | 4/6/2024 | 6:00:14 PM | 120962 | $39.99 | | |
| 75133 | Rebel Alliance Battle Pack | | $39.99 | $11.69 | | | 8/10/2024 | 8:25:04 PM | 122961 | $39.99 | | |
| 75133 | Rebel Alliance Battle Pack | | $39.99 | $11.69 | | | 8/31/2024 | 9:11:55 PM | 123282 | $39.99 | | |
| 75133 | Rebel Alliance Battle Pack | | | $10.12 | $20.00 | $40.00 | 10/27/2024 | 7:15:42 PM | 123983 | $39.99 | | |
| 75133 | Rebel Alliance Battle Pack | | | $10.12 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75133 | Rebel Alliance Battle Pack | | | $10.12 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75133 | Rebel Alliance Battle Pack | | | $10.39 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75133 | Rebel Alliance Battle Pack | | | $5.18 | $20.00 | $40.00 | | | | | $20.00 | $40.00 |
| 75134 | Galactic Empire Battle Pack | $45.99 | | $11.70 | | | 10/30/2023 | 11:37:51 PM | 118156 | $45.99 | | |
| 75134 | Galactic Empire Battle Pack | $49.99 | | $11.70 | | | 12/19/2023 | 8:03:21 PM | 119150 | $49.99 | | |
| 75134 | Galactic Empire Battle Pack | | layaway | $11.69 | $30.00 | $50.00 | 3/20/2024 | 7:20:34 PM | 120697 | $49.99 | | |
| 75134 | Galactic Empire Battle Pack | | $40.00 | $11.69 | | | 8/8/2024 | 6:28:23 PM | 122927 | $40.00 | | |
| 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $9.89 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $9.89 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75134 | Galactic Empire Battle Pack | | | $9.89 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |

| Item | Description | | | | | | Date | Time | ID | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75134 | Galactic Empire Battle Pack | | | $10.12 | | | | | | | | |
| 75134 | Galactic Empire Battle Pack | | | $5.18 | $30.00 | $50.00 | | | | | | |
| 75135 | Obi Wan's Jedi Interceptor | $139.99 | | $22.49 | | | 10/16/2023 | 12:19:47 AM | 117890 | $139.99 | | |
| 75135 | Obi Wan's Jedi Interceptor | | layaway | $22.49 | $80.00 | $150.00 | 4/6/2024 | 5:52:53 PM | 120959 | $149.99 | | |
| 75135 | Obi Wan's Jedi Interceptor | | | $24.49 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75135 | Obi Wan's Jedi Interceptor | | | $15.99 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75135 | Obi Wan's Jedi Interceptor | | | $16.00 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75135 | Obi Wan's Jedi Interceptor | | | $16.00 | $80.00 | $150.00 | | | | | $80.00 | $150.00 |
| 75135 | Obi Wan's Jedi Interceptor | | ? | | | | | | | | | |
| 75136 | Droid Escape Pod | $44.99 | | $19.99 | | | 10/20/2023 | 10:50:20 PM | 117949 | $44.99 | | |
| 75136 | Droid Escape Pod | $39.99 | | $22.49 | | | 4/18/2024 | 12:50:13 AM | 121177 | $39.99 | | |
| 75136 | Droid Escape Pod | | | $24.49 | $25.00 | $45.00 | | | | | $25.00 | $45.00 |
| 75136 | Droid Escape Pod | | | $13.00 | $25.00 | $45.00 | | | | | $25.00 | $45.00 |
| 75136 | Droid Escape Pod | | | $18.89 | $25.00 | $45.00 | | | | | $25.00 | $45.00 |
| 75136 | Droid Escape Pod | | | $18.89 | | | | | | | | |
| 75137 | Carbon Freezing Chamber | $59.99 | | $19.99 | | | 11/17/2023 | 6:16:42 PM | 118488 | $59.99 | | |
| 75137 | Carbon Freezing Chamber | $59.99 | | $22.49 | | | 4/8/2024 | 5:35:52 PM | 121028 | $59.99 | | |
| 75137 | Carbon Freezing Chamber | | $59.99 | $22.49 | | | 8/27/2024 | 10:24:48 PM | 123214 | $59.99 | | |
| 75137 | Carbon Freezing Chamber | | | $22.49 | $40.00 | $60.00 | 9/11/2024 | 10:58:07 PM | 123451 | $49.99 | | |
| 75137 | Carbon Freezing Chamber | | | $22.49 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75137 | Carbon Freezing Chamber | | | $16.00 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75137 | Carbon Freezing Chamber | | | $16.00 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75138 | Hoth Attack | $95.99 | | $22.49 | | | 9/7/2024 | 10:32:19 PM | 123412 | $85.99 | | |
| 75138 | Hoth Attack | | | $24.29 | $50.00 | $90.00 | | | | | $50.00 | $90.00 |
| 75138 | Hoth Attack | | | $16.00 | $50.00 | $90.00 | | | | | $50.00 | $90.00 |
| 75138 | Hoth Attack | | | $15.99 | $50.00 | $90.00 | | | | | $50.00 | $90.00 |
| 75139 | Battle on Takodana | $55.99 | | $53.99 | | | 10/15/2023 | 11:33:29 PM | 117889 | $55.99 | | |
| 75139 | Battle on Takodana | | | $29.99 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75139 | Battle on Takodana | | | $7.19 | | | | | | | | |
| 75140 | Resistance Troop Transport | | | $56.54 | $60.00 | $90.00 | | | | | $60.00 | $90.00 |
| 75141 | Kanan's Speeder Bike | $79.99 | | $21.60 | | | 12/23/2023 | 10:27:12 PM | 119311 | $79.99 | | |
| 75141 | Kanan's Speeder Bike | $79.99 | | $21.60 | | | 3/16/2024 | 12:24:02 AM | 120609 | $79.99 | | |
| 75141 | Kanan's Speeder Bike | | | $19.99 | $50.00 | $80.00 | | | | | $50.00 | $80.00 |
| 75142 | Homing Spider Droid | | | $26.99 | $70.00 | $150.00 | 8/10/2024 | 11:09:49 PM | 122969 | $129.99 | | |
| 75142 | Homing Spider Droid | | | $25.68 | $70.00 | $150.00 | | | | | $70.00 | $150.00 |
| 75144 | Snowspeeder UCS | $399.99 | | $99.99 | | | 11/11/2023 | 6:08:39 PM | 118355 | $399.99 | | |
| 75145 | Eclipse Fighter | $49.99 | | $26.99 | | | 11/4/2023 | 10:12:55 PM | 118237 | $49.99 | | |
| 75145 | Eclipse Fighter | | | $23.00 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75145 | Eclipse Fighter | | | $20.00 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75145 | Eclipse Fighter | | | $20.00 | | | | | | | | |
| 75145 | Eclipse Fighter | | | $18.99 | $30.00 | $50.00 | | | | | $30.00 | $50.00 |
| 75147 | StarScavenger | $79.99 | | $31.77 | | | 11/18/2023 | 10:28:11 PM | 118516 | $79.99 | | |
| 75147 | StarScavenger | | layaway | $36.00 | $50.00 | $80.00 | 3/15/2024 | 10:30:24 PM | 120602 | $79.99 | | |
| 75147 | StarScavenger | | | $37.00 | $50.00 | $80.00 | | | | | $50.00 | $80.00 |
| 75148 | Encounter on Jakku | | layaway | $53.99 | $40.00 | $60.00 | 3/15/2024 | 10:30:24 PM | 120602 | $59.99 | | |
| 75148 | Encounter on Jakku | | | $42.80 | $40.00 | $60.00 | | | | | $40.00 | $60.00 |
| 75149 | Resistance X-Wing Fighter | | $119.99 | $68.99 | | | 7/16/2024 | 9:09:46 PM | 122563 | $119.99 | | |
| 75149 | Resistance X-Wing Fighter | | | $49.00 | $80.00 | $120.00 | | | | | $80.00 | $120.00 |
| 75149 | Resistance X-Wing Fighter | | | $71.99 | $80.00 | $120.00 | | | | | $80.00 | $120.00 |
| 75150 | Vader's TIE Advanced VS A-Wing Starfigh | $144.00 | | $80.99 | | | 11/2/2023 | 12:53:35 AM | 118171 | $150.00 | | |
| 75150 | Vader's TIE Advanced VS A-Wing Starfigh | $199.99 | | $61.00 | | | 2/16/2024 | 10:15:48 PM | 120221 | $8.00 | | |
| 75151 | Clone Turbo Tank | | layaway | $98.99 | $350.00 | $400.00 | 2/16/2024 | 8:31:17 PM | 120214 | $359.99 | | |
| 75151 | Clone Turbo Tank | | | $85.63 | $350.00 | $400.00 | | | | | $350.00 | $400.00 |
| 75152 | Imperial Assault Hovertank | | | $26.99 | $75.00 | $120.00 | | | | | $75.00 | $120.00 |
| 75153 | AT-ST Walker | | $49.99 | $35.99 | | | 6/3/2024 | 11:21:25 PM | 121888 | $49.99 | | |
| 75153 | AT-ST Walker | | | $19.99 | $60.00 | $100.00 | | | | | $60.00 | $100.00 |
| 75154 | TIE Striker | $119.99 | | $62.99 | | | 4/20/2024 | 9:32:47 PM | 121217 | $119.99 | | |
| 75154 | TIE Striker | | $109.99 | $32.99 | | | 7/23/2024 | 9:52:59 PM | 122695 | $109.99 | | |
| 75154 | TIE Striker | | $149.99 | $34.00 | | | 8/31/2024 | 8:36:11 PM | 123277 | $149.99 | | |
| 75155 | Rebel U-Wing Fighter | | layaway | $71.99 | | | 10/15/2023 | 11:22:53 PM | 117886 | $199.99 | | |
| 75155 | Rebel U-Wing Fighter | $199.99 | | $56.00 | | | 11/12/2023 | 8:18:08 PM | 118410 | $199.99 | | |
| 75155 | Rebel U-Wing Fighter | | | $56.00 | | | | | | | | |
| 75156 | Krennic's Imperial Shuttle | | $188.00 | $80.99 | | | 9/2/2024 | 6:57:16 PM | 123318 | $200.00 | | |
| 75156 | Krennic's Imperial Shuttle | | | $30.39 | $200.00 | $290.00 | 10/24/2024 | 8:45:54 PM | 123925 | $240.00 | | |
| 75157 | Captain Rex's AT-TE | | layaway | $107.99 | | | 11/19/2023 | 10:31:11 PM | 118545 | $399.99 | | |
| 75157 | Captain Rex's AT-TE | | layaway | $107.99 | $350.00 | $400.00 | 4/5/2024 | 9:29:19 PM | 120946 | $20.00 | | |
| 75157 | Captain Rex's AT-TE | $400.00 | | $89.00 | | | | | | | | |
| 75158 | Rebel Combat Frigate | | layaway | $98.99 | $600.00 | $700.00 | 5/4/2024 | 5:46:48 PM | 121408 | $540.00 | | |
| 75160 | U-Wing Microfighter | $19.99 | | $6.63 | | | 11/20/2023 | 11:08:04 PM | 118568 | $19.99 | | |
| 75160 | U-Wing Microfighter | | | $6.63 | $15.00 | $20.00 | 11/2/2024 | 9:02:08 PM | 124019 | $19.99 | | |
| 75160 | U-Wing Microfighter | | | $8.99 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75160 | U-Wing Microfighter | | | $1.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75161 | TIE Striker Microfighter | $19.99 | | $6.63 | | | 11/25/2023 | 10:45:20 PM | 118687 | $19.99 | | |
| 75161 | TIE Striker Microfighter | | | $7.36 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75161 | TIE Striker Microfighter | | | $1.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75161 | TIE Striker Microfighter | | | $5.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75162 | Y-Wing Microfighter | | $22.49 | $6.63 | | | 5/4/2024 | 6:41:25 PM | 121419 | $22.49 | | |
| 75162 | Y-Wing Microfighter | | $24.99 | $6.63 | | | 8/10/2024 | 8:25:04 PM | 122961 | $24.99 | | |
| 75162 | Y-Wing Microfighter | | | $6.63 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75162 | Y-Wing Microfighter | | | $8.99 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75162 | Y-Wing Microfighter | | | $6.70 | $15.00 | $25.00 | | | | | $15.00 | $25.00 |
| 75163 | Krennic's Imperial Shuttle Microfighter | | layaway | $6.63 | $15.00 | $20.00 | 4/13/2024 | 9:47:42 PM | 121100 | $19.99 | | |
| 75163 | Krennic's Imperial Shuttle Microfighter | | $19.99 | $7.36 | | | 5/11/2024 | 7:14:00 PM | 121526 | $19.99 | | |
| 75163 | Krennic's Imperial Shuttle Microfighter | | | $1.00 | $15.00 | $20.00 | | | | | $15.00 | $20.00 |
| 75164 | Rebel Trooper Battle Pack | $39.99 | | $9.95 | $20.00 | $45.00 | 12/18/2023 | 1:33:24 AM | 119122 | $39.99 | | |
| 75164 | Rebel Trooper Battle Pack | | $39.99 | $9.95 | | | 2/16/2024 | 10:59:51 PM | 120223 | $39.99 | | |
| 75164 | Rebel Trooper Battle Pack | | | $1.46 | $20.00 | $45.00 | 2/16/2024 | 11:38:39 PM | 120225 | $39.99 | | |
| 75165 | Imperial Trooper Battle Pack | $54.99 | | $9.95 | | | 12/24/2023 | 9:02:17 PM | 119345 | $54.99 | | |
| 75165 | Imperial Trooper Battle Pack | | layaway | $9.95 | $40.00 | $55.00 | 4/7/2024 | 8:00:03 PM | 121009 | $54.99 | | |
| 75165 | Imperial Trooper Battle Pack | | $54.99 | $12.49 | | | 5/11/2024 | 6:16:14 PM | 121523 | $54.99 | | |
| 75166 | First Order Transport Speeder Battle Pack | $29.99 | | $9.00 | | | 11/25/2023 | 11:47:42 PM | 118694 | $29.99 | | |
| 75166 | Fisrt Order Transport Speeder Battle Pack | $29.99 | | $9.00 | | | 12/14/2023 | 7:26:10 PM | 119011 | $29.99 | | |
| 75167 | Bounty Hunter Speeder Bike Battle Pack | $40.00 | | $9.00 | | | 11/11/2023 | 7:02:34 PM | 118367 | $40.00 | | |
| 75167 | Bounty Hunter Speeder Bike Battle Pack | | $49.99 | $9.00 | | | 5/11/2024 | 6:16:14 PM | 121523 | $49.99 | | |
| 75167 | Bounty Hunter Speeder Bike Battle Pack | | | $10.78 | $35.00 | $50.00 | | | | | $35.00 | $50.00 |
| 75168 | Yoda's Jedi Starfighter | $59.99 | | $16.57 | | | 1/14/2024 | 9:45:41 PM | 119707 | $59.99 | | |
| 75169 | Duel on Naboo | | $79.99 | $16.57 | | | 5/31/2024 | 7:45:10 PM | 121804 | $79.99 | | |
| 75169 | Duel on Naboo | | ? | | $50.00 | $80.00 | | | | | $50.00 | $80.00 |
| 75170 | The Phantom | | | $19.89 | $250.00 | $350.00 | 5/4/2024 | 5:48:40 PM | 121409 | $270.00 | | |

| Item | Name | | | | | | Notes | Date | Time | ID | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 75170 | The Phantom | | | $19.89 | $250.00 | $350.00 | | | | | | $250.00 | $350.00 |
| 75170 | The Phantom | | | $22.08 | $250.00 | $350.00 | | | | | | $250.00 | $350.00 |
| 75170 | The Phantom | | | $17.99 | $250.00 | $350.00 | | | | | | $250.00 | $350.00 |
| 75170 | The Phantom | | | $17.22 | $250.00 | $350.00 | | | | | | $250.00 | $350.00 |
| 75171 | Battle on Scarif | $139.99 | | $33.15 | | | | 2/6/2024 | 1:53:08 AM | 120069 | $139.99 | | |
| 75171 | Battle on Scarif | | | $28.99 | $100.00 | $150.00 | | | | | | $100.00 | $150.00 |
| 75172 | Y-Wing Starfighter | $149.99 | | $44.16 | | | | 11/11/2023 | 1:20:14 AM | 118352 | $149.99 | | |
| 75172 | Y-Wing Starfighter | | layaway | $33.83 | | | | 11/11/2023 | 6:31:37 PM | 118358 | $159.99 | | |
| 75172 | Y-Wing Starfighter | | | $38.99 | $120.00 | $160.00 | | | | | | $120.00 | $160.00 |
| 75172 | Y-Wing Starfighter | | | $29.99 | $120.00 | $160.00 | | | | | | $120.00 | $160.00 |
| 75173 | Luke's Landspeeder | | $39.99 | $14.79 | | | | 8/17/2024 | 7:14:13 PM | 123054 | $39.99 | | |
| 75174 | Desert Skiff Escape | | | $21.49 | $65.00 | $95.00 | | | | | | $65.00 | $95.00 |
| 75175 | A-Wing Starfighter | | | $28.51 | $100.00 | $120.00 | | | | | | $100.00 | $120.00 |
| 75175 | A-Wing Starfighter | | | $24.25 | $100.00 | $120.00 | | | | | | $100.00 | $120.00 |
| 75175 | A-Wing Starfighter | | | $25.99 | $100.00 | $120.00 | | | | | | $100.00 | $120.00 |
| 75176 | Resistance Transport Pod | | $39.99 | $19.25 | | | | 9/2/2024 | 11:38:45 PM | 123331 | $39.99 | | |
| 75177 | First Order Heavy Scout Walker | | | $51.15 | $40.00 | $60.00 | | | | | | $40.00 | $60.00 |
| 75178 | Jakku Quadjumper | | | $24.99 | $65.00 | $80.00 | | | | | | $65.00 | $80.00 |
| 75179 | Kylo Ren's TIE Fighter | | | $51.30 | $120.00 | $200.00 | | | | | | $120.00 | $200.00 |
| 75180 | Rathtar Escape | | | $47.98 | | | | 11/11/2023 | 7:04:43 PM | 118368 | $8.00 | | |
| 75182 | Republic Fighter Tank | | $99.99 | $18.24 | | | | 9/8/2024 | 7:06:59 PM | 123426 | $99.99 | | |
| 75182 | Republic Fighter Tank | | | $17.49 | $80.00 | $130.00 | | 10/27/2024 | 7:15:42 PM | 123983 | $124.99 | | |
| 75183 | Darth Vadar Transformation | | | $14.98 | $60.00 | $85.00 | | | | | | $60.00 | $85.00 |
| 75183 | Darth Vadar Transformation | | | $7.49 | $60.00 | $85.00 | | | | | | $60.00 | $85.00 |
| 75185 | Tracker 1 | | layaway | $49.99 | | | | 11/11/2023 | 6:43:41 PM | 118363 | $119.99 | | |
| 75186 | The Arrowhead | | layaway | $61.00 | $140.00 | $180.00 | | 1/21/2024 | 9:33:42 PM | 119795 | $149.99 | | |
| 75187 | BB-8 | $174.99 | | $64.10 | | | | 12/23/2023 | 8:40:09 PM | 119293 | $174.99 | | |
| 75188-3 | Resistance Bomber | | | $70.50 | $160.00 | $200.00 | | | | | | $160.00 | $200.00 |
| 75189 | First Order Heavy Assault Walker | $199.99 | | $96.15 | | | | 3/16/2024 | 6:07:48 PM | 120615 | $199.99 | | |
| 75190 | First Order Star Destroyer | | layaway | $102.55 | $200.00 | $280.00 | | 2/16/2024 | 9:00:05 PM | 120215 | $279.99 | | |
| 75191 | Jedi Starfighter With Hyperdrive | $450.00 | | $78.00 | | | | 9/23/2023 | 8:21:29 PM | 117340 | $450.00 | | |
| 75192 | Millennium Falcon UCS | | layaway | $789.99 | | | | 11/13/2023 | 10:51:08 PM | 118451 | $799.99 | | |
| 75206 | Jedi and Clone Troopers Battle Pack | | | ? | | | | | | | | | | |
| 75218 | X-Wing Starfighter | $129.99 | | $32.50 | | | | 2/4/2024 | 8:51:23 PM | 120050 | $129.99 | | |
| 75240 | Major Vonreg's TIE Fighter | | | $54.95 | $80.00 | $120.00 | | | | | | $80.00 | $120.00 |
| 75249 | Resistance Y-Wing Starfighter | | | $47.36 | $50.00 | $90.00 | | | | | | $50.00 | $90.00 |
| 75258 | Anakin's Pod Racer | | $59.99 | $24.99 | | | | 9/7/2024 | 10:29:29 PM | 123410 | $59.99 | | |
| 75263 | Resistance Y-Wing Microfighter | $19.99 | | $4.99 | | | | 11/21/2023 | 6:20:44 PM | 118574 | $19.99 | | |
| 75263 | Resistance Y-Wing Microfighter | $19.99 | | $4.99 | | | | 12/6/2023 | 10:21:56 PM | 118878 | $19.99 | | |
| 75263 | Resistance Y-Wing Microfighter | $19.99 | | $6.29 | | | | 12/19/2023 | 9:58:55 PM | 119160 | $19.99 | | |
| 75263 | Resistance Y-Wing Microfighter | | | $6.29 | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| 75263 | Resistance Y-Wing Microfighter | | | $7.49 | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| 75264 | Kylo Ren's Shuttle Microfighter | | | $6.99 | $20.00 | $35.00 | | | | | | $20.00 | $35.00 |
| 75266 | Sith Trooper Battle Pack | | | $12.99 | $15.00 | $25.00 | | | | | | $15.00 | $25.00 |
| 75266 | Sith Trooper Battle Pack | | | $12.99 | $15.00 | $25.00 | | | | | | $15.00 | $25.00 |
| 75266 | Sith Trooper Battle Pack | | | $12.99 | $15.00 | $25.00 | | | | | | $15.00 | $25.00 |
| 75267 | Mandalorian Battle Pack | | | $12.95 | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| 75267 | Mandalorian Battle Pack | | | $12.99 | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| 75267 | Mandalorian Battle Pack | | | $12.99 | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| 75267 | Mandalorian Battle Pack | | | $12.99 | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| 75273 | Poe Dameron's X-Wing Fighter | | | $72.99 | $80.00 | $100.00 | | | | | | $80.00 | $100.00 |
| 75273 | Poe Dameron's X-Wing Fighter | | | $72.99 | $80.00 | $100.00 | | | | | | $80.00 | $100.00 |
| 75532 | Scout Trooper & Speeder Bike | $89.99 | | $27.99 | | | | 2/12/2024 | 6:15:57 PM | 120153 | $89.99 | | |
| 75146-17 | Protocol Droid | | | | $6.00 | $15.00 | | | | | | $6.00 | $15.00 |
| Dewback | Dewback (16875pb01c01) | $40.00 | | $6.00 | | | | 12/30/2023 | 11:56:33 PM | 119494 | $40.00 | | |
| Rancor | Rancor (11323pb01c01) | | layaway | $14.00 | $100.00 | $200.00 | | 3/8/2024 | 9:53:58 PM | 120501 | $180.00 | | |
| SW0001b | Battle Droid | $6.00 | | $0.00 | | | | 2/5/2024 | 9:08:27 PM | 120066 | $6.00 | | |
| SW0001b | Battle Droid | $6.00 | | $0.00 | | | | 3/4/2024 | 8:30:57 PM | 120471 | $6.00 | | |
| SW0001b | Battle Droid | | | $0.00 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001b | Battle Droid | | | $0.00 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001b | Battle Droid | | | $0.00 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001b | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001b | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001b | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001b | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001c | Battle Droid | $6.00 | | $1.00 | | | | 1/4/2024 | 7:13:06 PM | 119555 | $6.00 | | |
| SW0001c | Battle Droid | $6.00 | | $1.00 | | | | 2/5/2024 | 9:08:27 PM | 120066 | $6.00 | | |
| SW0001c | Battle Droid | | $6.00 | $0.50 | | | | 6/6/2024 | 11:06:16 PM | 121914 | $6.00 | | |
| SW0001c | Battle Droid | | $6.00 | $0.50 | | | | | | | | | | |
| SW0001c | Battle Droid | | $6.00 | $0.50 | | | | | | | | | | |
| SW0001c | Battle Droid | | layaway | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001c | Battle Droid | | layaway | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001d | Battle Droid | | | $1.00 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001d | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0001d | Battle Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0002a | Boba Fett | | layaway | | $40.00 | $80.00 | Classic, single helmet/jetpack. | 3/23/2024 | 5:50:00 PM | 120733 | $60.00 | | |
| SW0002b | Boba Fett | | layaway | $4.00 | $45.00 | $70.00 | Single helmet/Jetpack. Non-pr | 12/22/2023 | 12:31:02 AM | 119225 | $80.00 | | |
| SW0002b | Boba Fett | | layaway | $5.00 | $45.00 | $70.00 | Single helmet/Jetpack. Non-pr | 1/4/2024 | 12:35:53 AM | 119549 | $80.00 | | |
| SW0002b | Boba Fett | | | $2.00 | $40.00 | $80.00 | Classic, single helmet/jetpack. | | | | | $40.00 | $80.00 |
| SW0003 | Darth Maul | $25.00 | | | | | | 12/21/2023 | 10:45:21 PM | 119215 | $25.00 | | |
| SW0003 | Darth Maul | | | | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0003 | Darth Maul | | | | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0004 | Darth Vader | | ? | | $20.00 | $40.00 | Mislabeled as 0214 | 11/9/2024 | 6:48:02 PM | 124091 | $15.00 | | |
| SW0004a | Darth Vader | | | | $30.00 | $50.00 | Light bluish grey head | | | | | $30.00 | $50.00 |
| SW0005 | Imperial Scout Trooper | | ? | | | | | | | | | | | |
| SW0005a | Imperial Scout Trooper | $10.00 | | $1.00 | | | | 1/21/2024 | 9:59:28 PM | 119802 | $10.00 | | |
| SW0005b | Imperial Scout Trooper | $10.00 | | $1.00 | | | | 3/10/2024 | 1:32:30 AM | 120556 | $10.00 | | |
| SW0011 | Chewbacca | | | $1.00 | $6.00 | $7.00 | Reddish brown | | | | | $6.00 | $7.00 |
| SW0011a | Chewbacca | | $7.00 | $1.00 | | | | 8/28/2024 | 7:04:24 PM | 123225 | $7.00 | | |
| SW0011a | Chewbacca | | $7.00 | $1.00 | | | Reddish brown | 8/31/2024 | 8:46:05 PM | 123278 | $7.00 | | |
| SW0011a | Chewbacca | | | $1.00 | | | | | | | | | | |
| SW0011a | Chewbacca | | ? | | | | | | | | | | | |
| SW0012a | Dak Ralter | | | | $8.00 | $12.00 | | | | | | $8.00 | $12.00 |

| Code | Name | P1 | P2 | P3 | Low | High | Notes | Date | Time | Ref# | Amount | Sold Low | Sold High |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0014 | Han Solo | | | | $60.00 | $80.00 | | | | | | $60.00 | $80.00 |
| SW0017 | Jar Jar Binks | | | | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0017 | Jar Jar Binks | | | | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0018 | Luke Skywalker (Endor) | $12.00 | | | | | | 3/25/2024 | 11:30:58 PM | 120801 | $12.00 | | |
| SW0019 | Luke Skywalker X-Wing Pilot | | | | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0019A | Luke Skywalker X-Wing Pilot | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0021 | Luke Skywalker (Tatooine) | $10.00 | | | | | | 4/19/2024 | 10:11:47 PM | 121185 | $10.00 | | |
| SW0023A | Obi-Wan Kenobi (Old) | | | | $7.00 | $20.00 | | | | | | $7.00 | $20.00 |
| SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0028 | R2-D2 | | | | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0028 | R2-D2 | | | | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0031 | Rebel A-Wing Pilot | | ? | | $7.00 | $20.00 | | | | | | $7.00 | $20.00 |
| SW0032 | Rebel B-Wing Pilot | | ? | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0033 | Rebel Y-Wing Pilot | | | | $7.00 | $15.00 | John 'Dutch' Vander, Gold LEa | | | | | $7.00 | $15.00 |
| SW0035a | Imperial TIE Fighter- Interceptor Pilot | | | $1.50 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0035E | Imperial TIE Fighter- Interceptor Pilot | | | $1.00 | $7.00 | $10.00 | | 10/13/2024 | 9:54:29 PM | 123833 | $10.00 | | |
| SW0035b | Imperial TIE Fighter- Interceptor Pilot | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0035b | Imperial TIE Fighter- Interceptor Pilot | | | $0.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0035b | Imperial TIE Fighter- Interceptor Pilot | | ? | | | | | | | | | | |
| SW0036 | Imperial Stormtrooper | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0036 | Imperial Stormtrooper | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0036E | Imperial Stormtrooper | | | $0.50 | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0036E | Imperial Stormtrooper | | | $1.00 | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0038 | Watto | $20.00 | | $39.00 | | | | | | | | | |
| SW0040 | Royal Guard | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0040 | Royal Guard | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0040 | Royal Guard | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0046 | Imperial Officer | | | $1.00 | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0047 | Battle Droid Security (Red) | | | $1.00 | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0048 | Battle Droid Commander | | $20.00 | $1.00 | | | | 8/7/2024 | 11:25:57 PM | 122925 | $20.00 | | |
| SW0051 | Yoda | $20.00 | | $3.00 | | | | 2/27/2024 | 9:59:36 PM | 120401 | $20.00 | | |
| SW0051 | Yoda | | | $3.00 | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0052 | Tusken Raider | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0052 | Tusken Raider | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0052 | Tusken Raider | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0053 | Jango Fett | | | $35.00 | $350.00 | $500.00 | | 11/11/2023 | 6:28:35 PM | 118357 | $500.00 | | |
| SW0053 | Jango Fett | | layaway | $18.00 | | | | | | | | | |
| SW0053 | Jango Fett | | | $21.00 | $0.00 | $0.00 | Slave 1 (wrong arms) | | | | | $0.00 | $0.00 |
| SW0054 | Boba Fett (Young) | | | $8.00 | $20.00 | $50.00 | | | | | | $20.00 | $50.00 |
| SW0054 | Boba Fett (Young) | | | $5.00 | $20.00 | $50.00 | | | | | | $20.00 | $50.00 |
| SW0059 | Zam Wesell | | | $5.00 | $90.00 | $120.00 | | | | | | $90.00 | $120.00 |
| SW0067 | Ewok (Paploo) | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0067 | Ewok (Paploo) | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0068 | Luke Skywalker (Black hand) | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0071 | Jabba The Hutt | | | $8.00 | $25.00 | $80.00 | | | | | | $25.00 | $80.00 |
| SW0079 | Luke Skywalker | | | $3.00 | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0085a | Princess Leia | | | $2.00 | $15.00 | $20.00 | Damage to face | | | | | $15.00 | $20.00 |
| SW0090 | Luke Skywalker X-Wing Pilot | | | | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0091 | Shock Trooper- Phase 2 | | | $3.00 | $15.00 | $25.00 | | 10/1/2024 | 11:44:12 PM | 123662 | $20.00 | | |
| SW0091 | Shock Trooper- Phase 2 | | | $3.00 | $15.00 | $25.00 | | | | | | $15.00 | $25.00 |
| SW0091 | Shock Trooper- Phase 2 | | | $3.00 | $15.00 | $25.00 | | | | | | $15.00 | $25.00 |
| SW0092 | Super Battle Droid | $9.00 | | $1.00 | | | | 12/5/2023 | 11:45:22 PM | 118868 | $9.00 | | |
| SW0092 | Super Battle Droid | $9.00 | | $1.00 | | | | 12/20/2023 | 8:58:41 PM | 119180 | $7.00 | | |
| SW0092 | Super Battle Droid | $7.00 | | $0.50 | | | | 1/7/2024 | 11:35:36 PM | 119636 | $9.00 | | |
| SW0092 | Super Battle Droid | $9.00 | | $0.50 | | | | 12/11/2023 | 12:37:16 AM | 118967 | $9.00 | | |
| SW0092 | Super Battle Droid | | | $1.00 | $7.00 | $9.00 | | | | | | $7.00 | $9.00 |
| SW0095 | Battle Droid Pilot (Blue) | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0095a | Battle Droid Pilot (Blue) | | | | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0096 | Battle Droid Security | | | $0.00 | | | | | | | | | |
| SW0097 | Imperial Stormtrooper- Chrome Silver | | | $25.00 | $100.00 | $200.00 | Damaged legs | | | | | $100.00 | $200.00 |
| SW0099 | Anakin Skywalker (Padawan w/cape) | | | $3.00 | $25.00 | $60.00 | damaged cape | | | | | $25.00 | $60.00 |
| SW0100 | Anakin Skywalker (Padawan) | $13.00 | | | | | | 12/31/2023 | 1:32:02 AM | 119500 | $25.00 | | |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0111 | Han Solo | | | | $25.00 | $50.00 | | | | | | $25.00 | $50.00 |
| SW0111 | Han Solo | | | | $25.00 | $50.00 | | | | | | $25.00 | $50.00 |
| SW0113 | Leia | | | | $9.00 | $20.00 | Check for misprint | | | | | $9.00 | $20.00 |
| SW0113 | Leia | | | | $9.00 | $20.00 | | | | | | $9.00 | $20.00 |
| SW0114 | Imperial Officer | | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0115 | Snowtrooper | | | $2.00 | $7.00 | $10.00 | mislabeled as 0568 | | | | | $7.00 | $10.00 |
| SW0115 | Snowtrooper | | ? | | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | $15.00 | $1.00 | | | | 6/29/2024 | 10:27:34 PM | 122306 | $15.00 | | |
| SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | $15.00 | $0.50 | | | | 8/25/2024 | 8:47:07 PM | 123193 | $15.00 | | |
| SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | | $0.50 | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | | $0.50 | | | | | | | | | |
| SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | | $0.50 | | | | | | | | | |
| SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | ? | | | | | | | | | | |
| SW0119 | R7-D4 | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0119 | R7-D4 | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0123 | Darth Vader | $30.00 | | | | | No Eyebrows | 1/21/2024 | 9:05:35 PM | 119791 | $30.00 | | |
| SW0123 | Darth Vader | $30.00 | | | | | No Eyebrows | 4/19/2024 | 10:11:47 PM | 121185 | $30.00 | | |
| SW0123 | Darth Vader | | | | $20.00 | $30.00 | No Eyebrows | | | | | $20.00 | $30.00 |
| SW0126 | Clone Trooper | $20.00 | | $0.50 | | | | 11/11/2023 | 7:45:10 PM | 118376 | $20.00 | | |
| SW0126 | Clone Trooper | | | $1.00 | | | wrong helmet. damaged torso | | | | | | |
| SW0126 | Clone Trooper | | | $0.50 | | | cracked arm, damaged head | | | | | | |
| SW0128A | 327th Star Corps Clone Trooper- Phase 2 | $20.00 | | $3.00 | | | | 11/11/2023 | 10:46:10 PM | 118386 | $20.00 | | |
| SW0128A | 327th Star Corps Clone Trooper- Phase 2 | $20.00 | | $0.50 | | | | 3/3/2024 | 11:41:33 PM | 120468 | $20.00 | | |

| Code | Item | | | | | Note | Date | Time | ID | Amount | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0128A | 327th Star Corps Clone Trooper- Phase 2 | $20.00 | $3.00 | | | | 6/12/2024 | 11:58:24 PM | 122010 | $20.00 | | |
| SW0128A | 327th Star Corps Clone Trooper- Phase 2 | $20.00 | $3.00 | | | | 8/31/2024 | 9:08:24 PM | 123281 | $20.00 | | |
| SW0128A | 327th Star Corps Clone Trooper- Phase 2 | $20.00 | $3.00 | | | | | | | | | |
| SW0134 | General Grievous (Brown Cape, Old Version) | layaway | | $100.00 | $200.00 | | | | | | $100.00 | $200.00 |
| SW0134A | General Grievous (No cape) | | $15.00 | $40.00 | | | 11/21/2023 | 1:06:06 AM | 118571 | $40.00 | | |
| SW0134A | General Grievous (No cape) | | $15.00 | $40.00 | | | 2/20/2024 | 7:40:43 PM | 120303 | $40.00 | | |
| SW0141 | Jawa (With cape) | | $2.00 | $20.00 | $30.00 | | 12/5/2023 | 9:55:16 PM | 118862 | $6.00 | | |
| SW0141 | Jawa (With cape) | | $2.00 | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0141 | Jawa (With cape) | | $2.00 | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0141 | Jawa (With cape) | | $2.00 | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0141 | Jawa (With cape) | | | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0141 | Jawa (With cape) | | | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0141 | Jawa (With cape) | | | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0141 | Jawa (With cape) | | | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0141 | Jawa (With cape) | | | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0141 | Jawa (With cape) | | | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0151 | IG-88 | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0151 | IG-88 | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0155 | IG-88 | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0161a | C-3PO | $7.00 | | | | | 1/12/2024 | 11:08:05 PM | 119688 | $7.00 | | |
| SW0161A | C-3PO | | | $7.00 | $9.00 | | | | | | $7.00 | $9.00 |
| SW0165 | K-3PO | | | $20.00 | $40.00 | | | | | | $20.00 | $40.00 |
| SW0166a | Imperial Shadow Trooper | $10.00 | $3.50 | | | | 11/25/2023 | 11:58:28 PM | 118696 | $10.00 | | |
| SW0166a | Imperial Shadow Trooper | $15.00 | $1.00 | | | | 12/10/2023 | 1:27:56 AM | 118943 | $15.00 | | |
| SW0166a | Imperial Shadow Trooper | $15.00 | $1.00 | | | | 1/8/2024 | 7:08:54 PM | 119649 | $15.00 | | |
| SW0166b | Imperial Shadow Trooper | $15.00 | $1.00 | | | | 12/21/2023 | 11:16:13 PM | 119218 | $15.00 | | |
| SW0175 | Princess Leia | | ? | | | | | | | | | |
| SW0177 | AT-AT Driver | | | $15.00 | $25.00 | | | | | | $15.00 | $25.00 |
| SW0179 | Han Solo | | | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0187 | Rebel Scout Trooper | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0187 | Rebel Scout Trooper | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0188 | Imperial Stormtrooper | $10.00 | $1.00 | | | | 11/25/2023 | 11:58:28 PM | 118696 | $15.00 | | |
| SW0188 | Imperial Stormtrooper | $15.00 | $1.00 | | | mislabeled as (0036b) | 1/9/2024 | 10:50:56 PM | 119660 | $10.00 | | |
| SW0188 | Imperial Stormtrooper | $10.00 | $1.00 | | | mislabeled as (0036b) | 4/9/2024 | 11:27:46 PM | 121046 | $10.00 | | |
| SW0188 | Imperial Stormtrooper | $10.00 | $1.00 | | | mislabeled as (0036b) | 6/1/2024 | 9:09:44 PM | 121842 | $10.00 | | |
| SW0188 | Imperial Stormtrooper | $10.00 | $2.00 | | | mislabeled as (0036b) | 1/8/2024 | 1:25:58 AM | 119643 | $10.00 | | |
| SW0188 | Imperial Stormtrooper | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) | | | | | $7.00 | $10.00 |
| SW0188 | Imperial Stormtrooper | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) | | | | | $7.00 | $10.00 |
| SW0188 | Imperial Stormtrooper | | $2.00 | $7.00 | $10.00 | mislabeled as (0036b) | | | | | $7.00 | $10.00 |
| SW0188 | Imperial Stormtrooper | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) | | | | | $7.00 | $10.00 |
| SW0188 | Imperial Stormtrooper | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) | | | | | $7.00 | $10.00 |
| SW0188 | Imperial Stormtrooper | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) | | | | | $7.00 | $10.00 |
| SW0190 | IG-100 MagnaGuard Droid | $40.00 | | | | | 1/12/2024 | 11:08:05 PM | 119688 | $40.00 | | |
| SW0190 | IG-100 MagnaGuard Droid | | | $20.00 | $60.00 | | 2/20/2024 | 7:40:43 PM | 120303 | $60.00 | | |
| SW0190 | IG-100 MagnaGuard Droid | | | $20.00 | $60.00 | | | | | | $20.00 | $60.00 |
| SW0190 | IG-100 MagnaGuard Droid | | | $20.00 | $60.00 | | | | | | $20.00 | $60.00 |
| SW0190 | IG-100 MagnaGuard Droid | | | $20.00 | $60.00 | | | | | | $20.00 | $60.00 |
| SW0190 | IG-100 MagnaGuard Droid | | | $20.00 | $60.00 | | | | | | $20.00 | $60.00 |
| SW0190 | IG-100 MagnaGuard Droid | | | $20.00 | $60.00 | | | | | | $20.00 | $60.00 |
| SW0192 | Ahsoka Tano (Padawan) | $20.00 | $3.00 | | | | 12/21/2023 | 11:16:13 PM | 119218 | $20.00 | | |
| SW0192 | Ahsoka Tano (Padawan) | | $4.00 | $15.00 | $20.00 | | | | | | $15.00 | $20.00 |
| SW0193 | Rotta | | | $20.00 | $40.00 | | | | | | $20.00 | $40.00 |
| SW0194 | Captain Rex (Phase 1) | | $12.00 | $100.00 | $200.00 | | 6/22/2024 | 9:50:15 PM | 122185 | $100.00 | | |
| SW0194 | Captain Rex (Phase 1) | | $10.00 | $100.00 | $200.00 | | 7/7/2024 | 11:04:56 PM | 122451 | $100.00 | | |
| SW0194 | Captain Rex (Phase 1) | | $10.00 | $100.00 | $200.00 | | | | | | $100.00 | $200.00 |
| SW0194 | Captain Rex (Phase 1) | | $20.00 | $100.00 | $200.00 | | | | | | $100.00 | $200.00 |
| SW0194 | Captain Rex (Phase 1) | | $12.50 | $100.00 | $200.00 | | | | | | $100.00 | $200.00 |
| SW0194 | Captain Rex (Phase 1) | | $20.00 | $100.00 | $200.00 | | | | | | $100.00 | $200.00 |
| SW0195 | Asajj Ventress | $40.00 | | | | | 7/1/2024 | 7:28:36 PM | 122328 | $40.00 | | |
| SW0196 | Commander Cody (Phase 1) | $50.00 | $16.00 | | | | 12/2/2023 | 9:50:00 PM | 118804 | $60.00 | | |
| SW0196 | Commander Cody (Phase 1) | $60.00 | $9.00 | | | | 5/25/2024 | 9:36:54 PM | 121729 | $60.00 | | |
| SW0196 | Commander Cody (Phase 1) | | ? | $30.00 | $60.00 | | 8/2/2024 | 7:59:48 PM | 122841 | $60.00 | | |
| SW0196 | Commander Cody (Phase 1) | | $15.00 | $30.00 | $60.00 | | 9/1/2024 | 11:26:14 PM | 123309 | $60.00 | | |
| SW0196 | Commander Cody (Phase 1) | | $12.00 | $30.00 | $60.00 | | 10/25/2023 | 10:29:44 PM | 118030 | $50.00 | | |
| SW0196 | Commander Cody (Phase 1) | $60.00 | $8.00 | | | | | | | | | |
| SW0197 | Obi-Wan Kenobi (Large eyes) | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0197 | Obi-Wan Kenobi (Large eyes) | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0200 | Clone Trooper (Phase 1) | $20.00 | $1.00 | | | | 2/4/2024 | 11:15:27 PM | 120054 | $20.00 | | |
| SW0200 | Clone Trooper (Phase 1) | $20.00 | $1.00 | | | | 7/30/2024 | 8:21:45 PM | 122809 | $20.00 | | |
| SW0200 | Clone Trooper (Phase 1) | $12.00 | $1.00 | | | | 9/15/2024 | 8:38:38 PM | 123503 | $20.00 | | |
| SW0200 | Clone Trooper (Phase 1) | | $1.00 | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0200 | Clone Trooper (Phase 1) | | | | | | | | | | | |
| SW0200 | Clone Trooper (Phase 1) | | | | | | | | | | | |
| SW0200 | Clone Trooper (Phase 1) | | $1.00 | $10.00 | $20.00 | Wrong head | | | | | $10.00 | $20.00 |
| SW0201 | Clone Trooper (Phase 1) | $20.00 | $1.00 | | | | 12/15/2023 | 1:46:20 AM | 119030 | $20.00 | | |
| SW0201 | Clone Trooper (Phase 1) | $20.00 | $1.00 | | | | 1/22/2024 | 6:13:02 PM | 119814 | $20.00 | | |
| SW0201 | Clone Trooper (Phase 1) | $15.00 | $1.00 | | | | 4/20/2024 | 8:10:43 PM | 121211 | $15.00 | | |
| SW0201 | Clone Trooper (Phase 1) | | $1.00 | $10.00 | $20.00 | | 5/25/2024 | 9:36:54 PM | 121729 | $20.00 | | |
| SW0201 | Clone Trooper (Phase 1) | | $2.00 | $10.00 | $20.00 | | 1/4/2024 | 7:13:06 PM | 119555 | $20.00 | | |
| SW0202a | Commander Fox (Phase 1) | | $8.00 | $160.00 | $250.00 | | | | | | $160.00 | $250.00 |
| SW0202a | Commander Fox (Phase 1) | | $10.50 | $160.00 | $250.00 | | | | | | $160.00 | $250.00 |
| SW0202a | Commander Fox (Phase 1) | | $10.50 | $160.00 | $250.00 | | | | | | $160.00 | $250.00 |
| SW0202a | Commander Fox (Phase 1) | | $10.00 | $160.00 | $250.00 | | | | | | $160.00 | $250.00 |
| SW0202a | Commander Fox (Phase 1) | | $10.00 | $160.00 | $250.00 | | | | | | $160.00 | $250.00 |
| SW0202a | Commander Fox (Phase 1) | | $17.00 | $160.00 | $250.00 | | | | | | $160.00 | $250.00 |
| SW0202a | Commander Fox (Phase 1) | | $10.00 | | | | | | | | | |
| SW0205A | Han Solo Stormtrooper | | | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0209 | Darth Vader (Death Star) | $20.00 | $4.00 | | | | 2/24/2024 | 9:03:15 PM | 120340 | $20.00 | | |
| SW0209 | Darth Vader (Death Star) | | | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0209 | Darth Vader (Death Star) | | | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0209 | Darth Vader (Death Star) | | | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0209 | Darth Vader (Death Star) | | | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0209 | Darth Vader (Death Star) | | | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0209 | Darth Vader (Death Star) | | | $15.00 | $30.00 | | | | | | $15.00 | $30.00 |
| SW0210 | Emperor Palpatine | | | $15.00 | $20.00 | | | | | | $15.00 | $20.00 |
| SW0210 | Emperor Palpatine | | | $15.00 | $20.00 | | | | | | $15.00 | $20.00 |
| SW0212 | Protocol Droid | | | $15.00 | $25.00 | | | | | | $15.00 | $25.00 |
| SW0214 | Darth Vader | | ? | | | Mislabeled as 0004 | | | | | | |

| ID | Name | | | | | | Note | Date | Time | No. | Price | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0217 | R2-D2 | | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0217 | R2-D2 | | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0217 | R2-D2 | | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0218 | Darth Vader (Chrome Black) | | | $56.00 | $500.00 | $800.00 | | 10/12/2024 | 7:53:05 PM | 123797 | $700.00 | | |
| SW0219 | Yoda | | $12.00 | $3.00 | | | | 6/14/2024 | 12:36:34 AM | 122017 | $12.00 | | |
| SW0220 | Mace Windu | | | | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0221 | Clone Trooper Gunner (Phase 1) | $15.00 | | $1.00 | | | | 11/13/2023 | 8:53:58 PM | 118449 | $15.00 | | |
| SW0221 | Clone Trooper Gunner (Phase 1) | | | $1.00 | $10.00 | $15.00 | Damaged legs | | | | | $10.00 | $15.00 |
| SW0223 | Clone Commander (Phase 1) | $30.00 | | $3.00 | | | | 11/19/2023 | 12:43:58 AM | 118530 | $30.00 | | |
| SW0223 | Clone Commander (Phase 1) | $30.00 | | $4.00 | | | | 12/27/2023 | 1:40:01 AM | 119386 | $30.00 | | |
| SW0223 | Clone Commander (Phase 1) | | | $20.00 | $15.00 | $30.00 | | 1/21/2024 | 9:00:27 PM | 119788 | $30.00 | | |
| SW0223 | Clone Commander (Phase 1) | | | $2.00 | $15.00 | $30.00 | | 8/19/2024 | 9:59:57 PM | 123099 | $20.00 | | |
| SW0224 | Count Dooku | $30.00 | | $5.00 | | | | 1/12/2024 | 11:08:05 PM | 119688 | $35.00 | | |
| SW0224 | Count Dooku | | $30.00 | $1.00 | | | | 3/23/2024 | 7:57:18 PM | 120742 | $30.00 | | |
| SW0224 | Count Dooku | | | $4.50 | | | | 8/24/2024 | 11:26:43 PM | 123177 | $30.00 | | |
| SW0224 | Count Dooku | | | $1.00 | | | No cape | 11/3/2024 | 12:23:18 AM | 124033 | $20.00 | | |
| SW0224 | Count Dooku | | | $5.00 | | | Wrong cape | | | | | | |
| SW0225 | Pilot Droid | | | | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0227 | Rocket Droid Commander | $10.00 | | | | | | 3/11/2024 | 12:52:37 AM | 120573 | $10.00 | | |
| SW0227 | Rocket Droid Commander | $10.00 | | | | | | 3/26/2024 | 7:29:11 PM | 120806 | $10.00 | | |
| SW0228 | Rocket Battle Droid | | | $1.00 | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0228 | Rocket Battle Droid | | | | $6.00 | $7.00 | | | | | | $6.00 | $7.00 |
| SW0229 | Assassin Droid | | | $0.50 | $5.00 | $6.00 | | | | | | $5.00 | $6.00 |
| SW0230 | Super Battle Droid w/ Rocket arm | | | $1.00 | $8.00 | $12.00 | mislabeled as 0092 | | | | | $8.00 | $12.00 |
| SW0230 | Super Battle Droid w/ Rocket arm | | | $1.00 | $8.00 | $12.00 | | | | | | $8.00 | $12.00 |
| SW0233 | Clone Trooper Jet | | | | | | | | | | | | |
| SW0233 | Clone Trooper Jet | | | | | | | | | | | | |
| SW0233 | Clone Trooper Jet | | | | | | | | | | | | |
| SW0233 | Clone Trooper Jet | | | | | | | | | | | | |
| SW0236 | Chief Chirpa | | | $2.00 | | | | 10/2/2024 | 12:16:42 AM | 123663 | $15.00 | | |
| SW0239 | Endor Rebel Commando | $9.00 | ? | | | | Wrong head | 3/24/2024 | 12:56:19 AM | 120769 | $9.00 | | |
| SW0241 | Onaconda Farr | | | | | | | | | | | | |
| SW0242 | Nute Gunray | | | | | | | | | | | | |
| SW0245 | Turk Falso | | | $1.00 | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0245 | Turk Falso | | | $1.00 | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0245 | Turk Falso | | | $1.00 | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0246 | Hondo Ohnaka | | | | | | | | | | | | |
| SW0247 | Admiral Ackbar | | | $1.00 | $8.00 | $15.00 | | 4/6/2024 | 9:39:21 PM | 120981 | $12.00 | | |
| SW0247 | Admiral Ackbar | $12.00 | | $1.00 | | | | | | | | | |
| SW0247 | Admiral Ackbar | | | $2.00 | $8.00 | $15.00 | | | | | | $8.00 | $15.00 |
| SW0247 | Admiral Ackbar | | | $3.50 | $8.00 | $15.00 | | | | | | $8.00 | $15.00 |
| SW0247 | Admiral Ackbar | | | $3.50 | $8.00 | $15.00 | | | | | | $8.00 | $15.00 |
| SW0247 | Admiral Ackbar | | | $3.50 | $8.00 | $15.00 | | | | | | $8.00 | $15.00 |
| SW0248 | Mon Calamari Officer | | | | | | | | | | | | |
| SW0252 | Hoth Rebel | | | | | | | | | | | | |
| SW0256 | Captain Antilles | | | $28.00 | $80.00 | $120.00 | | | | | | $80.00 | $120.00 |
| SW0259 | Hoth Rebel Trooper | $9.00 | | | | | | 1/4/2024 | 7:36:23 PM | 119557 | $7.00 | | |
| SW0260 | Zev Senesca | | | $1.00 | $5.00 | $8.00 | | | | | | $5.00 | $8.00 |
| SW0260 | Zev Senesca | | | $1.00 | $5.00 | $8.00 | | | | | | $5.00 | $8.00 |
| SW0260 | Zev Senesca | | | $4.00 | $5.00 | $8.00 | | | | | | $5.00 | $8.00 |
| SW0262 | AT-AT Driver | | | $1.00 | $6.00 | $8.00 | | | | | | $6.00 | $8.00 |
| SW0262 | AT-AT Driver | | | $1.00 | $6.00 | $8.00 | | | | | | $6.00 | $8.00 |
| SW0262 | AT-AT Driver | | | $1.00 | $6.00 | $8.00 | Mislabeled 0177 | | | | | $6.00 | $8.00 |
| SW0262 | AT-AT Driver | | | $1.00 | $6.00 | $8.00 | Mislabeled 0177 | | | | | $6.00 | $8.00 |
| SW0263 | Anakin Skywalker (Parka) | | | $1.50 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0264 | Thi-Sen | | | $1.00 | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0264 | Thi-Sen | | | $1.00 | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0265 | Clone Trooper Pilot Captain Jag | | | $1.00 | | | Mislabeled as 0118 | | | | | | |
| SW0267 | R4-P44 | | | | | | | | | | | | |
| SW0268 | Imperial TIE Fighter | $9.00 | | $1.00 | | | | 4/9/2024 | 11:27:46 PM | 121046 | $9.00 | | |
| SW0268 | Imperial TIE Fighter | | $9.00 | $1.00 | | | | 6/1/2024 | 9:04:27 PM | 121841 | $9.00 | | |
| SW0268 | Imperial TIE Fighter | | | $1.00 | $7.00 | $9.00 | | | | | | $7.00 | $9.00 |
| SW0268 | Imperial TIE Fighter | | | $2.50 | $7.00 | $9.00 | | | | | | $7.00 | $9.00 |
| SW0268a | Imperial TIE Fighter | | | $1.00 | $8.00 | $10.00 | | 10/15/2024 | 11:11:12 PM | 123850 | $9.00 | | |
| SW0268A | Imperial TIE Fighter Pilot | | | $1.00 | $8.00 | $10.00 | | | | | | $8.00 | $10.00 |
| SW0268A | Imperial TIE Fighter Pilot | | | $1.00 | $8.00 | $10.00 | | | | | | $8.00 | $10.00 |
| SW0271 | Sandtrooper | $15.00 | | $3.50 | | | | 12/5/2023 | 11:18:13 PM | 118867 | $15.00 | | |
| SW0274 | Obi-Wan Kenobi (Old) | | | | | | | | | | | | |
| SW0275 | Boba Fett (White) | | layaway | $50.00 | $350.00 | $450.00 | Sealed polybag (4597068-1) | | | | | $350.00 | $450.00 |
| SW0277 | Darth Vader | | $30.00 | | | | | 3/12/2024 | 8:22:12 PM | 120582 | $30.00 | | |
| SW0277 | Darth Vader | $30.00 | | | | | | 5/20/2024 | 9:14:55 PM | 121656 | $30.00 | | |
| SW0279 | Boba Fett | | | $8.00 | | | | | | | | | |
| SW0279 | Boba Fett | | | $6.00 | | | | | | | | | |
| SW0279 | Boba Fett | | | $4.99 | | | | | | | | | |
| SW0279 | Boba Fett | | | $3.50 | | | | | | | | | |
| SW0280 | Bossk | | | $1.00 | | | | 9/18/2024 | 8:09:20 PM | 123517 | $20.00 | | |
| SW0280 | Bossk | | | $10.00 | | | | | | | | | |
| SW0281 | Clone Trooper V-Wing Pilot (Phase 2) | | $10.00 | $3.00 | | | | 8/25/2024 | 11:09:19 PM | 123203 | $10.00 | | |
| SW0284 | Aayla Secura | $50.00 | | $6.00 | | | | 12/27/2024 | 1:40:01 AM | 119386 | $50.00 | | |
| SW0284 | Aayla Secura | | | $10.00 | | | | 3/23/2024 | 6:18:06 PM | 120734 | $35.00 | | |
| SW0284 | Aayla Secura | | | $10.00 | | | | | | | | | |
| SW0284 | Aayla Secura | | ? | | | | | | | | | | |
| SW0285 | Cad Bane | | Layaway | | | | | 1/12/2024 | 10:10:26 PM | 119684 | $55.00 | | |
| SW0289 | General Maximillian Veers | | | | | | | | | | | | |
| SW0291 | Hoth Rebel Trooper | | | $2.00 | $0.00 | $0.00 | Wong Head | | | | | $0.00 | $0.00 |
| SW0291 | Hoth Rebel Trooper | | | | | | | | | | | | |
| SW0292 | Luke Skywalker (Jedi Knight) | | | | | | | | | | | | |
| SW0292 | Luke Skywalker (Jedi Knight) | | | | | | | | | | | | |
| SW0293 | Imperial Officer | | | | | | | | | | | | |
| SW0293 | Imperial Officer | | | | | | | | | | | | |
| SW0295 | Luke Skywalker X-Wing Pilot | | | | | | | | | | | | |
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |

| SKU | Name | | | | | | Notes | Date | Time | Num | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0296 | Mandalorian Death Watch Warrior | | | | | | | | | | | | |
| SW0297 | Clone Trooper | | | $1.00 | | | mislabeled as 0036b. wring he | | | | | | |
| SW0298 | Clone Trooper, Horn Company (Phase 1) | $20.00 | | $2.00 | | | | 1/4/2024 | 7:36:23 PM | 119557 | $20.00 | | |
| SW0298 | Clone Trooper, Horn Company (Phase 1) | $20.00 | | $1.00 | | | | 5/4/2024 | 5:20:22 PM | 121403 | $20.00 | | |
| SW0298 | Clone Trooper, Horn Company (Phase 1) | | $20.00 | $1.00 | | | | 5/4/2024 | 5:20:22 PM | 121403 | $20.00 | | |
| SW0298 | Clone Trooper, Horn Company (Phase 1) | | $20.00 | $1.00 | | | | 5/4/2024 | 5:20:22 PM | 121403 | $20.00 | | |
| SW0298 | Clone Trooper, Horn Company (Phase 1) | | $20.00 | $1.00 | | | | | | | | | |
| SW0299 | Clone Bomb Squad Trooper (Phase 1) | | $9.00 | $1.00 | | | | 8/19/2024 | 9:59:57 PM | 123099 | $9.00 | | |
| SW0299 | Clone Bomb Squad Trooper (Phase 1) | | $9.00 | $1.00 | | | | 8/19/2024 | 10:50:09 PM | 123101 | $9.00 | | |
| SW0299 | Clone Bomb Squad Trooper (Phase 1) | | | $1.00 | | | | | | | | | |
| SW0299 | Clone Bomb Squad Trooper (Phase 1) | | | $0.50 | | | Wrong head | | | | | | |
| SW0299 | Clone Bomb Squad Trooper (Phase 1) | | | $1.00 | | | Wrong head | | | | | | |
| SW0299 | Clone Bomb Squad Trooper (Phase 1) | | | $1.00 | | | Wrong head | | | | | | |
| SW0300 | Battle Droid Pilot (Blue) | | | $1.00 | | | | | | | | | |
| SW0301 | Jar Jar Binks | | | $1.00 | $8.00 | $10.00 | | 4/13/2024 | 9:54:20 PM | 121101 | $10.00 | | |
| SW0301 | Jar Jar Binks | | | | | | | | | | | | |
| SW0302 | Gungun Soldier | | | | | | | | | | | | |
| SW0303 | R2-Q2 | | | | | | | | | | | | |
| SW0304 | Imperial V-Wing Pilot | | | $1.00 | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0304 | Imperial V-Wing Pilot | | | | | | | | | | | | |
| SW0304 | Imperial V-Wing Pilot | | | | | | | | | | | | |
| SW0306 | Aurra Sing | | | $3.00 | | | | | | | | | |
| SW0307 | Embo | | ? | | | | | 1/12/2024 | 11:08:05 PM | 119688 | $30.00 | | |
| SW0308 | Saesee Tiin | | | $2.00 | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0309 | Shaak Ti | | | | | | | | | | | | |
| SW0309 | Shaak Ti | | | | | | | | | | | | |
| SW0310 | Luminara Unduli | | | | | | | | | | | | |
| SW0314 | Captain Rex (Phase 1) | | | $2.00 | $120.00 | $200.00 | | 8/8/2024 | 12:05:47 AM | 122926 | $100.00 | | |
| SW0314 | Captain Rex (Phase 1) | | | | | | | | | | | | |
| SW0314 | Captain Rex (Phase 1) | | | | | | | | | | | | |
| SW0315 | Clone Shadow ARF Trooper (Phase 1) | | layaway | $39.00 | $370.00 | $500.00 | sealed polybag (2856197-1) | 12/23/2023 | 11:01:31 PM | 119312 | $450.00 | | |
| SW0315 | Clone Shadow ARF Trooper (Phase 1) | | layaway | $0.00 | $370.00 | $500.00 | sealed polybag (2856197-1) | | | | | $370.00 | $500.00 |
| SW0316 | Savage Opress | $40.00 | | $2.00 | | | missing armor | 12/27/2023 | 12:12:43 AM | 119383 | $40.00 | | |
| SW0316 | Savage Opress | | $18.00 | $2.00 | | | | 8/18/2024 | 11:55:22 PM | 123089 | $18.00 | | |
| SW0317 | Anakin Skywalker | | ? | | $8.00 | $12.00 | | | | | | $8.00 | $12.00 |
| SW0318 | Asajj Ventress | | | | | | | | | | | | |
| SW0319 | Ki-Adi-Mundi | | | | | | | | | | | | |
| SW0321 | Captain Panaka | | | | | | | | | | | | |
| SW0321 | Captain Panaka | | | | | | | | | | | | |
| SW0323 | Darth Maul | $30.00 | | | | | | 12/16/2023 | 11:21:03 PM | 119077 | $30.00 | | |
| SW0323 | Darth Maul | $25.00 | | | | | | 2/26/2024 | 1:09:00 AM | 120394 | $25.00 | | |
| SW0325 | Watto | | | $3.00 | $25.00 | $40.00 | | | | | | $25.00 | $40.00 |
| SW0326 | Sebulba (Moveable arms) | | $15.00 | $1.00 | | | | 1/7/2024 | 12:46:17 AM | 119611 | $15.00 | | |
| SW0326 | Sebulba (Moveable arms) | $15.00 | | $1.00 | | | | 5/4/2024 | 5:52:31 PM | 121411 | $15.00 | | |
| SW0326 | Sebulba (Moveable arms) | | | $2.00 | $9.00 | $15.00 | | | | | | $9.00 | $15.00 |
| SW0328 | Wald | | | $1.00 | $8.00 | $12.00 | | | | | | $8.00 | $12.00 |
| SW0330 | Commander Wolffe (Phase 1) | $180.00 | | $18.00 | | | | 9/27/2023 | 12:57:46 AM | 117510 | $180.00 | | |
| SW0330 | Commander Wolffe (Phase 1) | | | $21.00 | $130.00 | $200.00 | | | | | | $130.00 | $200.00 |
| SW0330 | Commander Wolffe (Phase 1) | | | | | | | | | | | | |
| SW0330 | Commander Wolffe (Phase 1) | | | | | | | | | | | | |
| SW0330 | Commander Wolffe (Phase 1) | | | | | | | | | | | | |
| SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | $7.00 | $60.00 | $120.00 | No jetpack | 12/11/2023 | 12:06:35 AM | 118962 | $120.00 | | |
| SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | $8.00 | $60.00 | $120.00 | | | | | | $60.00 | $120.00 |
| SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | $3.00 | $60.00 | $120.00 | Wrong Helmet | | | | | $60.00 | $120.00 |
| SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | | | | | | | | | | |
| SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | | | | | | | | | | |
| SW0332 | Eeth Koth | | | | | | | | | | | | |
| SW0336 | Obi-Wan Kenobi (Old) | | | | | | | | | | | | |
| SW0337 | Princess Leia | | | | | | | | | | | | |
| SW0338 | Ewok (Logray) | $10.00 | | | | | | 3/18/2024 | 7:07:57 PM | 120673 | $10.00 | | |
| SW0338 | Ewok (Logray) | | | | | | | | | | | | |
| SW0339 | Ewok (Tokkat) | | | $2.00 | $10.00 | $20.00 | | 3/18/2024 | 7:07:57 PM | 120673 | $10.00 | | |
| SW0339 | Ewok (Tokkat) | $20.00 | | $2.00 | | | | 10/2/2024 | 7:22:09 PM | 123667 | $12.00 | | |
| SW0341 | Commander Cody (Phase 1) | | | $5.00 | | | | | | | | | |
| SW0341 | Commander Cody (Phase 1) | | | $8.00 | | | | | | | | | |
| SW0346 | Princess Leia (Hoth) | | | $10.00 | $15.00 | $20.00 | | | | | | $15.00 | $20.00 |
| SW0350 | Dengar | | | | | | | | | | | | |
| SW0352 | Admiral Piett | | | $10.00 | $40.00 | $60.00 | | | | | | $40.00 | $60.00 |
| SW0354 | Zev Senesca | | | $1.00 | $5.00 | $8.00 | | | | | | $5.00 | $8.00 |
| SW0356 | Han Solo (Celebration) | | | | | | | | | | | | |
| SW0356 | Han Solo (Celebration) | | | | | | | | | | | | |
| SW0357 | Han Solo (Young) | | | | | | | | | | | | |
| SW0359 | Commando Droid | $7.00 | | $0.50 | | | | 12/5/2023 | 11:18:13 PM | 118867 | $7.00 | | |
| SW0359 | Commando Droid | $7.00 | | $1.00 | | | | 12/20/2023 | 8:27:09 PM | 119178 | $7.00 | | |
| SW0359 | Commando Droid | $7.00 | | $1.00 | | | | 12/29/2023 | 6:53:54 PM | 119449 | $7.00 | | |
| SW0359 | Commando Droid | $7.00 | | $1.00 | | | | 2/10/2024 | 10:06:46 PM | 120107 | $7.00 | | |
| SW0359 | Commando Droid | $7.00 | | $1.00 | | | | 2/18/2024 | 1:33:35 AM | 120253 | $7.00 | | |
| SW0359 | Commando Droid | $7.00 | | $1.00 | | | Wrong legs | 2/18/2024 | 7:05:21 PM | 120254 | $7.00 | | |
| SW0359 | Commando Droid | $7.00 | | | | | | 2/26/2024 | 12:10:40 AM | 120389 | $7.00 | | |
| SW0359 | Commando Droid | $5.87 | | | | | | 3/6/2024 | 12:08:51 AM | 120485 | $7.00 | | |
| SW0359 | Commando Droid | $7.00 | | | | | | 3/6/2024 | 1:57:57 AM | 120487 | $7.00 | | |
| SW0359 | Commando Droid | $7.00 | | | | | | | | | | | |
| SW0359 | Commando Droid | $7.00 | | | | | | | | | | | |
| SW0359 | Commando Droid | $7.00 | | | | | | | | | | | |
| SW0360 | Battle Droid Pilot (Blue) | $6.00 | | $0.00 | | | | 2/5/2024 | 9:08:27 PM | 120066 | $6.00 | | |
| SW0360 | Battle Droid Pilot (Blue) | $6.00 | | $0.00 | | | | 2/5/2024 | 9:08:27 PM | 120066 | $6.00 | | |
| SW0360 | Battle Droid Pilot (Blue) | $6.00 | | $1.00 | | | | 2/24/2024 | 6:34:24 PM | 120326 | $6.00 | | |
| SW0360 | Battle Droid Pilot Blue Torso | | | $1.00 | | | | | | | | | |
| SW0364 | Sandtrooper | | | $6.00 | $10.00 | $25.00 | | 10/1/2024 | 11:44:12 PM | 123662 | $20.00 | | |
| SW0364 | Sandtrooper | | | | | | | | | | | | |
| SW0365 | C-3PO | | | $3.00 | | | | | | | | | |
| SW0365 | C-3PO | | | $3.00 | | | | | | | | | |
| SW0366 | Imperial Stormtrooper | | | $2.00 | $7.00 | $12.00 | | | | | | $7.00 | $12.00 |
| SW0367 | Endor Rebel Commando (Dark tan vest) | | | $2.00 | $7.00 | $8.00 | | | | | | $7.00 | $8.00 |
| SW0367 | Endor Rebel Commando (Dark tan vest) | | | $1.00 | $7.00 | $8.00 | | | | | | $7.00 | $8.00 |
| SW0368 | Endor Rebel Commando (stubble) | | | | | | | | | | | | |
| SW0368 | Endor Rebel Commando (stubble) | | | | | | | | | | | | |
| SW0371 | Princess Leia (Celebration) | | | | | | | | | | | | |
| SW0371 | Princess Leia (Celebration) | | | | | | | | | | | | |

| SKU | Name | | | | | | Notes | Date | Time | Ref | Amt | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0372 | Jeb Porkins | | ? | $8.00 | $12.00 | | | | | | | $8.00 | $12.00 |
| SW0373 | R5-D8 | | ? | $15.00 | $20.00 | | | | | | | $15.00 | $20.00 |
| SW0374 | Death Star Trooper | | ? | | | | | | | | | | |
| SW0376 | Imperial Officer | | ? | $8.00 | $10.00 | | Mislabeled as 0352 | | | | | $8.00 | $10.00 |
| SW0377 | ARC Trooper Hammer | | | $2.50 | | | | 2/11/2024 | 1:47:15 AM | 120127 | $60.00 | | |
| SW0377 | ARC Trooper Hammer | | ? | | | | | 2/20/2024 | 7:40:43 PM | 120303 | $60.00 | | |
| SW0377 | ARC Trooper Hammer | | | $2.50 | $30.00 | $60.00 | | 4/7/2024 | 9:43:32 PM | 121016 | $60.00 | | |
| SW0377 | ARC Trooper Hammer | | | $3.00 | $30.00 | $60.00 | | 5/23/2024 | 12:11:10 AM | 121682 | $60.00 | | |
| SW0377 | ARC Trooper Hammer | | | $5.00 | $30.00 | $60.00 | | 6/11/2024 | 11:57:30 PM | 122002 | $40.00 | | |
| SW0377 | ARC Trooper Hammer | | | $3.00 | $30.00 | $60.00 | | 8/20/2024 | 11:17:35 PM | 123114 | $20.00 | | |
| SW0377 | ARC Trooper Hammer | | | $1.00 | $30.00 | $60.00 | | | | | | $30.00 | $60.00 |
| SW0377 | ARC Trooper Hammer | | | $3.00 | $30.00 | $60.00 | | | | | | $30.00 | $60.00 |
| SW0377 | ARC Trooper Hammer | | | $5.00 | $30.00 | $60.00 | | | | | | $30.00 | $60.00 |
| SW0377 | ARC Trooper Hammer | | | $2.00 | $30.00 | $60.00 | | | | | | $30.00 | $60.00 |
| SW0377 | ARC Trooper Hammer | | | | | | | | | | | | |
| SW0377 | ARC Trooper Hammer | | | | | | | | | | | | |
| SW0378 | ARF Trooper | | $12.00 | $2.00 | | | | 8/20/2024 | 11:17:35 PM | 123114 | $12.00 | | |
| SW0378 | ARF Trooper | | | | | | | 9/7/2024 | 6:36:20 PM | 123391 | $12.00 | | |
| SW0378 | ARF Trooper | | | | | | | | | | | | |
| SW0378 | ARF Trooper | | | | | | | | | | | | |
| SW0378 | ARF Trooper | | | | | | | | | | | | |
| SW0379 | Barriss Offee | | | $1.00 | | | | | | | | | |
| SW0379 | Barriss Offee | | | $2.00 | | | | | | | | | |
| SW0379 | Barriss Offee | | | $2.00 | | | | | | | | | |
| SW0380 | Commander Gree (Phase 1) | $20.00 | | $3.00 | | | | 1/6/2024 | 1:56:03 AM | 119579 | $20.00 | | |
| SW0380 | Commander Gree (Phase 1) | $15.00 | | $4.00 | | | | 11/30/2023 | 1:14:45 AM | 118764 | $20.00 | | |
| SW0380 | Commander Gree (Phase 1) | $20.00 | | $3.00 | | | | 12/19/2023 | 8:19:07 PM | 119151 | $15.00 | | |
| SW0380 | Commander Gree (Phase 1) | | | $2.00 | $10.00 | $20.00 | Mislabeled as 0298 | | | | | $10.00 | $20.00 |
| SW0381 | Geonisian Warrioy w/ Wings | | | | | | | 4/13/2024 | 9:47:42 PM | 121100 | $15.00 | | |
| SW0382 | Geonosian Zombie w/ Wings | | | | | | | | | | | | |
| SW0383 | Sandtrooper | $20.00 | | $4.00 | | | missing pauldron | 12/9/2023 | 12:08:56 AM | 118907 | $20.00 | | |
| SW0383 | Sandtrooper | | | $4.00 | $10.00 | $20.00 | missing pauldron | | | | | $10.00 | $20.00 |
| SW0384 | Darth Maul | $75.00 | | | | | | 2/3/2024 | 11:48:30 PM | 120039 | $75.00 | | |
| SW0385 | TC-14 Protocol Droid | | | $18.00 | $120.00 | $200.00 | | 9/28/2024 | 11:49:41 PM | 123632 | $175.00 | | |
| Sw0385 | TC-14 Protocol Droid | | | $12.00 | $120.00 | $200.00 | | | | | | $120.00 | $200.00 |
| SW0386 | Darth Vader | $27.19 | | | | | | 3/5/2024 | 1:54:25 AM | 120479 | $30.00 | | |
| SW0387 | Queen Amidala (Red Dress) | $50.00 | | $21.00 | | | | 10/15/2023 | 11:17:47 PM | 117885 | $100.00 | | |
| SW0387 | Queen Amidala (Red Dress) | | layaway | $20.00 | $150.00 | $250.00 | | 2/4/2024 | 12:32:54 AM | 120044 | $50.00 | | |
| SW0387 | Queen Amidala (Red Dress) | | | $19.00 | $150.00 | $250.00 | | 7/31/2024 | 7:52:38 PM | 122814 | $126.00 | | |
| SW0387 | Queen Amidala (Red Dress) | | | $25.00 | $150.00 | $250.00 | | 9/8/2024 | 12:29:58 AM | 123419 | $100.00 | | |
| SW0387 | Queen Amidala (Red Dress) | | layaway | $19.00 | $150.00 | $250.00 | | | | | | $150.00 | $250.00 |
| SW0387 | Queen Amidala (Red Dress) | | layaway | $48.00 | $150.00 | $250.00 | | | | | | $150.00 | $250.00 |
| SW0387 | Queen Amidala (Red Dress) | | | $22.00 | $150.00 | $250.00 | | | | | | $150.00 | $250.00 |
| SW0387 | Queen Amidala (Red Dress) | | | $38.00 | $150.00 | $250.00 | | | | | | $150.00 | $250.00 |
| SW0387 | Queen Amidala (Red Dress) | | | $25.00 | $150.00 | $250.00 | | | | | | $150.00 | $250.00 |
| SW0389 | Satele Shan | | | | | | | | | | | | |
| SW0393 | R3-D5 | | | | | | | | | | | | |
| SW0393 | R3-D5 | | | | | | | | | | | | |
| SW0396 | Boba Fett (Beard stubble) | | | $8.00 | | | | | | | | | |
| SW0396 | Boba Fett (Beard stubble) | | | $8.00 | | | | | | | | | |
| SW0396 | Boba Fett (Beard stubble) | | | $6.00 | | | | | | | | | |
| SW0397 | Kithaba | | | | | | | | | | | | |
| SW0397 | Kithaba | | | | | | | | | | | | |
| SW0398 | Lando Calrissian (Skiff Guard) | | | | | | | 9/18/2024 | 8:09:20 PM | 123517 | $20.00 | | |
| SW0398 | Lando Calrissian (Skiff Guard) | | | | | | | | | | | | |
| SW0401 | AT-ST Pilot | | ? | | | | mislabeled as 0093 | | | | | | |
| SW0402 | Jabba the Hutt (Tan face) | | layaway | $22.00 | $40.00 | $80.00 | | 3/8/2024 | 9:53:58 PM | 120501 | $54.00 | | |
| SW0402 | Jabba the Hutt (Tan face) | | | $14.00 | $40.00 | $80.00 | | 9/12/2024 | 10:11:05 PM | 123460 | $60.00 | | |
| SW0402 | Jabba the Hutt (Tan face) | | | $20.00 | $40.00 | $80.00 | | | | | | $40.00 | $80.00 |
| SW0402 | Jabba the Hutt (Tan face) | | | $14.00 | $40.00 | $80.00 | | | | | | $40.00 | $80.00 |
| SW0404 | Bib Fortuna | $20.00 | | $10.00 | | | | 3/15/2024 | 8:36:42 PM | 120594 | $20.00 | | |
| SW0404 | Bib Fortuna | | | $6.00 | | | | | | | | | |
| SW0405 | Gamorrean Guard | | | | | | | 1/12/2024 | 11:08:05 PM | 119688 | $25.00 | | |
| SW0406 | Oola | | $60.00 | | | | | 11/16/2023 | 1:01:24 AM | 118477 | $70.00 | | |
| SW0407 | Boushh | | | $18.00 | $95.00 | $120.00 | | 12/23/2023 | 11:54:03 PM | 119322 | $120.00 | | |
| SW0408 | Salacious B. Crumb | | | $4.00 | $40.00 | $70.00 | | | | | | $40.00 | $70.00 |
| SW0413 | Darth Malgus | $50.00 | | $12.50 | $150.00 | $250.00 | | 11/22/2023 | 12:08:13 AM | 118583 | $20.00 | | |
| SW0413 | Darth Malgus | | | | | | | 11/13/2023 | 11:45:30 PM | 118453 | $35.00 | | |
| SW0414 | Sith Trooper | | | | | | | | | | | | |
| SW0414 | Sith Trooper | | | | | | | | | | | | |
| SW0415 | Battle Droid Commander w/ Straight Arm | $12.00 | | $1.00 | | | | 2/26/2024 | 12:10:40 AM | 120389 | $12.00 | | |
| SW0416 | Pre Vizsla | | | $23.00 | $150.00 | $300.00 | | 8/1/2024 | 5:30:33 PM | 122824 | $135.00 | | |
| SW0416 | Pre Vizsla | | | $20.00 | $150.00 | $300.00 | | | | | | $150.00 | $300.00 |
| SW0416 | Pre Vizsla | | | | $150.00 | $300.00 | | | | | | $150.00 | $300.00 |
| SW0419 | Anakin Skywalker (Sith) | | | | $40.00 | $60.00 | Sith With Cape | | | | | $40.00 | $60.00 |
| SW0421 | Agen Kolar | | | $11.00 | $110.00 | $180.00 | | | | | | $110.00 | $180.00 |
| SW0422 | Kit Fisto | $50.00 | | | | | | 1/20/2024 | 7:08:55 PM | 119735 | $30.00 | | |
| SW0427 | Rebel Fleet Trooper | | | | | | | | | | | | |
| SW0427 | Rebel Fleet Trooper | | | | | | | | | | | | |
| SW0431 | Boba Fett (Balaclava Head) | | | $5.00 | | | | 1/12/2024 | 11:08:05 PM | 119688 | $25.00 | | |
| SW0431 | Boba Fett (Balaclava Head) | | | $8.00 | | | | 9/22/2024 | 7:58:37 PM | 123576 | $20.00 | | |
| SW0434 | Malakili | | | | | | | | | | | | |
| SW0434 | Malakili | | | | | | | | | | | | |
| SW0436 | Sith Trooper | | $15.00 | $2.00 | | | | 5/17/2024 | 11:00:34 PM | 121598 | $15.00 | | |
| SW0436 | Sith Trooper | | | | | | | | | | | | |
| SW0436 | Sith Trooper | | | | | | | | | | | | |
| SW0437 | Rebel A-Wing Pilot | | | $3.00 | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0437 | Rebel A-Wing Pilot | | | | | | | | | | | | |
| SW0438 | Clone Trooper Sergeant (Phase 1) | $20.00 | | $2.00 | | | | 11/22/2023 | 9:20:09 PM | 118594 | $20.00 | | |
| SW0439 | 501st Clone Trooper Pilot (Phase 2) | $39.00 | | $5.00 | | | | 10/26/2023 | 12:17:05 AM | 118034 | $45.00 | | |
| SW0440 | Rebel Trooper | | | | | | | | | | | | |
| SW0442 | Clone Trooper (Phase 1) | $15.00 | | $0.00 | | | | 11/11/2023 | 7:45:10 PM | 118376 | $15.00 | | |
| SW0442 | Clone Trooper (Phase 1) | $13.08 | | $1.00 | | | | 12/17/2023 | 1:25:21 AM | 119094 | $15.00 | | |
| SW0442 | Clone Trooper (Phase 1) | $15.00 | | $1.00 | | | | 1/6/2024 | 1:56:03 AM | 119579 | $15.00 | | |
| SW0442 | Clone Trooper (Phase 1) | $20.00 | | $1.50 | | | | 4/20/2024 | 8:10:43 PM | 121211 | $20.00 | | |
| SW0443 | Sith Trooper | | $10.00 | $2.00 | | | | 8/27/2024 | 11:36:35 PM | 123217 | $10.00 | | |
| SW0443 | Sith Trooper | | | $2.00 | $8.00 | $15.00 | | 10/6/2024 | 9:28:33 PM | 123733 | $10.00 | | |
| SW0443 | Sith Trooper | | | | | | | | | | | | |
| SW0444 | Rebel Trooper | | | | | | | | | | | | |

| SKU | Name | | | | | | Notes | Date | Time | ID | Price | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0444 | Rebel Trooper | | | | | | | | | | | | |
| SW0445 | 501st Clone Trooper (Phase 2) | $25.00 | | $2.00 | | | | 10/25/2023 | 10:29:44 PM | 118030 | $25.00 | | |
| SW0445 | 501st Clone Trooper (Phase 2) | $25.00 | | $5.00 | | | | 11/11/2023 | 6:53:50 PM | 118365 | $30.00 | | |
| SW0445 | 501st Clone Trooper (Phase 2) | $10.00 | | $3.50 | | | | | | | | | |
| SW0446 | Yoda | $12.00 | | $1.00 | | | | 2/2/2024 | 8:32:45 PM | 120010 | $12.00 | | |
| SW0446 | Yoda | $10.00 | | $1.00 | | | | 3/29/2024 | 8:48:26 PM | 120854 | $10.00 | | |
| SW0446 | Yoda | | $10.00 | $3.00 | | | | 5/25/2024 | 8:28:59 PM | 121721 | $10.00 | | |
| SW0446 | Yoda | | | $4.00 | $12.00 | $20.00 | | | | | | $12.00 | $20.00 |
| SW0448 | Commando Droid Captain | $10.00 | | $1.00 | | | | 1/28/2024 | 8:47:33 PM | 119934 | $10.00 | | |
| SW0448 | Commando Droid Captain | | | $1.00 | | | | | | | | | |
| SW0448 | Commando Droid Captain | | | $0.50 | | | | | | | | | |
| SW0448 | Commando Droid Captain | | | | | | | | | | | | |
| SW0449 | Obi-Wan Kenobi | | | | | | | | | | | | |
| SW0450 | Captain Rex (Phase 2) | | | $10.00 | $150.00 | $300.00 | | | | | | $150.00 | $300.00 |
| SW0450 | Captain Rex (Phase 2) | | | $16.00 | $150.00 | $300.00 | | | | | | $150.00 | $300.00 |
| SW0450 | Captain Rex (Phase 2) | | | $25.00 | $150.00 | $300.00 | | | | | | $150.00 | $300.00 |
| SW0451 | Han Solo | | $8.00 | $1.00 | | | | 8/25/2024 | 12:38:00 AM | 123187 | $8.00 | | |
| SW0451 | Han Solo | | $12.00 | $3.00 | | | | 9/7/2024 | 10:48:19 PM | 123413 | $12.00 | | |
| SW0451 | Han Solo | | | | | | | | | | | | |
| SW0452 | Ahsoka Tano (Padawan) | $28.00 | | $8.00 | | | | 3/2/2024 | 10:14:48 PM | 120436 | $40.00 | | |
| SW0452 | Ahsoka Tano (Padawan) | $45.00 | | $8.00 | | | | 8/28/2024 | 11:01:00 PM | 123227 | $45.00 | | |
| SW0452 | Ahsoka Tano (Padawan) | | ? | | | | | 11/11/2023 | 6:39:35 PM | 118361 | $65.00 | | |
| SW0453 | 212th Clone Trooper (Phase 2) | $25.00 | | $5.00 | | | | 10/26/2023 | 12:17:05 AM | 118034 | $25.00 | | |
| SW0453 | 212th Clone Trooper (Phase 2) | $25.00 | | $3.00 | | | | | | | | | |
| SW0454 | Umbaran Soldier | | | $1.00 | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0456 | R4-P17 | | | | | | | | | | | | |
| SW0456 | R4-P17 | | | | | | | | | | | | |
| SW0457 | Imperial TIE Fighter Bomber Pilot | | | $2.00 | | | Wrong Head and helmet | | | | | | |
| SW0462 | Hoth Rebel Trooper Tan Uniform | | | | | | | | | | | | |
| SW0463 | Snowtrooper | | | $2.00 | | | | | | | | | |
| SW0463 | Snowtrooper | | | | | | | | | | | | |
| SW0464 | Darth Vader (Celebration) | | | | | | | | | | | | |
| SW0467 | Battle Droid Dark Orange | | $7.00 | $1.00 | | | | 9/5/2024 | 7:51:23 PM | 123350 | $7.00 | | |
| SW0467 | Battle Droid Dark Orange | | | $1.00 | | | | | | | | | |
| SW0467b | Battle Droid Dark Orange | | | $1.00 | | | | 8/19/2024 | 9:59:57 PM | 123099 | $20.00 | | |
| SW0468 | Jango Fett (Smile) | $100.00 | | $10.00 | | | | 11/11/2023 | 6:41:39 PM | 118362 | $100.00 | | |
| SW0468 | Jango Fett (Smile) | | ? | | $50.00 | $100.00 (Mislabeled as 0845) | | 10/23/2024 | 5:15:21 PM | 123915 | $60.00 | | |
| SW0468 | Jango Fett (Smile) | | ? | | $50.00 | $100.00 Mislabeled as 0845 | | 10/5/2023 | 1:01:35 AM | 117655 | $100.00 | | |
| SW0468 | Jango Fett (Smile) | | | | $50.00 | $100.00 | | | | | | | |
| SW0469 | Stass Allie | $35.00 | | $5.00 | | | | 4/26/2024 | 9:05:49 PM | 121284 | $35.00 | | |
| SW0469 | Stass Allie | | | $7.00 | $40.00 | $60.00 | | | | | | $40.00 | $60.00 |
| SW0471 | Yoda | $12.00 | | $3.00 | | | | 3/10/2024 | 11:11:40 PM | 120566 | $12.00 | | |
| SW0472 | Count Dooku | | $75.00 | $7.00 | | | | 8/22/2024 | 9:26:25 PM | 123134 | $75.00 | | |
| SW0472 | Count Dooku | | | $4.00 | $50.00 | $80.00 Mislabeled as 0060 | | | | | | $50.00 | $80.00 |
| SW0474 | Poggle the Lesser | | | | $25.00 | $40.00 | | | | | | $25.00 | $40.00 |
| SW0475a | Jek-14 | $40.00 | | $11.50 | | | | 11/9/2023 | 12:16:52 AM | 118308 | $40.00 | | |
| SW0476 | Bounty Hunter | | | $2.50 | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0476 | Bounty Hunter | | ? | | | | | | | | | | |
| SW0476 | Bounty Hunter | | ? | | | | | | | | | | |
| SW0480 | Coleman Trebor | | | $8.00 | | | | | | | | | |
| SW0480 | Coleman Trebor | | | $9.00 | | | Wrong legs | | | | | | |
| SW0481 | Clone Trooper Commander (Phase 1) | | $25.00 | $3.00 | | | | 8/19/2024 | 11:05:48 PM | 123102 | $20.00 | | |
| SW0481 | Clone Trooper Commander (Phase 1) | | $20.00 | $6.00 | | | | 9/8/2024 | 12:08:14 AM | 123418 | $25.00 | | |
| SW0481 | Clone Trooper Commander (Phase 1) | | | $5.00 | | | | 10/5/2024 | 12:48:34 AM | 123689 | $25.00 | | |
| SW0482 | Battle Droid Commander | | $7.00 | $1.00 | | | | 8/11/2024 | 6:07:46 PM | 122973 | $7.00 | | |
| SW0485 | Princess Leia (Slave Leia) | | | $12.00 | $90.00 | $150.00 | | | | | | $90.00 | $150.00 |
| SW0486 | Max Rebo | $134.00 | | $7.00 | | | | 11/13/2023 | 12:07:17 AM | 118434 | $140.00 | | |
| SW0488 | Anakin Skywalker (Padawan) | | | $7.00 | $30.00 | $50.00 | | | | | | $30.00 | $50.00 |
| SW0488 | Anakin Skywalker (Padawan) | | | | | | | | | | | | |
| SW0489 | Obi-Wan Kenobi | | | | | | | | | | | | |
| SW0489 | Obi-Wan Kenobi | | | | | | | | | | | | |
| SW0490 | Padme Amidala (Geonosis Arena) | $34.00 | | | | | | 10/26/2023 | 12:17:05 AM | 118034 | $40.00 | | |
| SW0491 | Clone Pilot | | | $1.00 | | | Wrong torso | | | | | | |
| SW0492 | Clone Trooper Captain (Phase 1) | | | $6.00 | | | | 8/19/2024 | 10:13:01 PM | 123100 | $50.00 | | |
| SW0492 | Clone Trooper Captain (Phase 1) | | | $8.00 | | | | | | | | | |
| SW0493 | Darth Maul (Mechanical Legs) | $40.00 | | | | | | 12/27/2023 | 12:12:43 AM | 119383 | $40.00 | | |
| SW0494 | Mandalorian Super Commando | $40.00 | | | | | | 1/24/2024 | 8:29:34 PM | 119835 | $40.00 | | |
| SW0494 | Mandalorian Super Commando | | | | | | | | | | | | |
| SW0499 | Sith Warrior | $46.00 | | $6.50 | | | | 12/30/2023 | 10:40:51 PM | 119484 | $52.00 | | |
| SW0499 | Sith Warrior | | | | | | | | | | | | |
| SW0499 | Sith Warrior | | | | | | | | | | | | |
| SW0500 | Kao Cen Darach | | | $10.00 | $140.00 | $200.00 | | | | | | $140.00 | $200.00 |
| SW0501 | Jedi Consular | | | | | | | | | | | | |
| SW0502 | Clone Trooper Lieutenant (Phase 1) | | | $3.00 | | | | 4/7/2024 | 11:59:43 PM | 121023 | $40.00 | | |
| SW0503 | Special Forces Commander | | | | | | | | | | | | |
| SW0504 | Princess Leia (Endor) | | | | | | | | | | | | |
| SW0504 | Princess Leia (Endor) | | | | | | | | | | | | |
| SW0504 | Princess Leia (Endor) | | | | | | | | | | | | |
| SW0504 | Princess Leia (Endor) | | | | | | | | | | | | |
| SW0504 | Princess Leia (Endor) | | | | | | | | | | | | |
| SW0505 | Scout Trooper | | | $6.00 | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0508 | | $10.00 | | | | | | 3/18/2024 | 7:07:57 PM | 120673 | $10.00 | | |
| SW0509 | Luke Skywalker | $35.00 | | $7.00 | | | | 12/17/2023 | 12:45:16 AM | 119087 | $35.00 | | |
| SW0510 | Ewok- Teebo | $60.00 | | $4.00 | | | Mislabeled as 0237 | 12/20/2023 | 9:44:51 PM | 119184 | $60.00 | | |
| SW0513 | Ewok- Wicket | | | $7.00 | | | Mislabeled as 0238 | | | | | | |
| SW0515 | General Grevious | $40.00 | | | | | | 11/26/2023 | 12:39:30 AM | 118698 | $40.00 | | |
| SW0515 | General Grevious | $40.00 | | | | | | 12/2/2023 | 9:50:00 PM | 118804 | $40.00 | | |
| SW0518 | 41st Kashyyyk Clone Trooper Phase 2 | | $15.00 | $1.00 | | | | 8/25/2024 | 8:47:07 PM | 123193 | $15.00 | | |
| SW0518 | 41st Kashyyyk Clone Trooper Phase 2 | | $15.00 | $1.00 | | | | 8/26/2024 | 8:35:54 PM | 123209 | $15.00 | | |
| SW0518 | 41st Kashyyyk Clone Trooper Phase 2 | | | $1.00 | | | | | | | | | |
| SW0518 | 41st Kashyyyk Clone Trooper Phase 2 | | | $2.00 | | | | | | | | | |
| SW0519 | 41st Kashyyyk Clone Trooper Phase 2 | | $18.00 | $1.00 | | | | 8/21/2024 | 7:31:50 PM | 123120 | $18.00 | | |
| SW0519 | 41st Kashyyyk Clone Trooper Phase 2 | | $18.00 | $1.00 | | | | 8/25/2024 | 8:47:07 PM | 123193 | $18.00 | | |
| SW0519 | 41st Kashyyyk Clone Trooper Phase 2 | | | $2.00 | | | | 9/19/2024 | 9:43:45 PM | 123525 | $18.00 | | |
| SW0519 | 41st Kashyyyk Clone Trooper Phase 2 | | | $2.00 | | | | | | | | | |
| SW0520 | Imperial Gunner | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0521 | Royal Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0521 | Royal Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |

| Code | Name | Cost | Layaway | P1 | P2 | P3 | Notes | Date | Time | ID | Amount | Est Low | Est High |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0521 | Royal Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0521 | Royal Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0521 | Royal Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0521 | Royal Guard | | | | | | | | | | | | |
| SW0522 | 212th Clone Trooper | $20.00 | | $2.00 | | | | 8/31/2024 | 9:08:24 PM | 123281 | $20.00 | | |
| SW0522 | 212th Clone Trooper | | | $2.00 | | | | | | | | | |
| SW0522 | 212th Clone Trooper | | | $1.00 | | | | | | | | | |
| SW0522 | 212th Clone Trooper | | | $2.00 | | | | | | | | | |
| SW0522 | 212th Clone Trooper | | | $3.00 | | | | | | | | | |
| SW0522 | 212th Clone Trooper | | | $1.00 | | | | | | | | | |
| SW0522 | 212th Clone Trooper | | | $1.00 | | | | | | | | | |
| SW0522 | 212th Clone Trooper | | | $1.00 | | | | | | | | | |
| SW0522 | 212th Clone Trooper | | | $1.00 | | | | | | | | | |
| SW0522 | 212th Clone Trooper | | | $1.00 | | | | | | | | | |
| SW0523 | 212th Clone Airborne Trooper | $25.00 ? | | | | | | 8/25/2024 | 7:49:30 PM | 123191 | $25.00 | | |
| SW0523 | 212th Clone Airborne Trooper | ? | | | | | | | | | | | |
| SW0523 | 212th Clone Airborne Trooper | | | $2.00 | $0.00 | $0.00 | Missing Pauldron | | | | | $0.00 | $0.00 |
| SW0523 | 212th Clone Airborne Trooper | | | | | | | | | | | | |
| SW0523 | 212th Clone Airborne Trooper | | | | | | | | | | | | |
| SW0523 | 212th Clone Airborne Trooper | | | | | | | | | | | | |
| SW0523 | 212th Clone Airborne Trooper | | | | | | | | | | | | |
| SW0523 | 212th Clone Airborne Trooper | | | | | | | | | | | | |
| SW0523 | 212th Clone Airborne Trooper | | | | | | | | | | | | |
| SW0523 | 212th Clone Airborne Trooper | | | | | | | | | | | | |
| SW0524 | Clone BARC Trooper | $25.00 | | $2.00 | | | | 8/21/2024 | 7:41:33 PM | 123122 | $25.00 | | |
| SW0524 | Clone BARC Trooper | | | $3.00 | | | | | | | | | |
| SW0524 | Clone BARC Trooper | ? | | | | | | | | | | | |
| SW0525 | Clone Trooper V-Wing Pilot | | | | | | | | | | | | |
| SW0526 | Anakin Skywalker (Headset) | | | $3.00 | $15.00 | $35.00 | | | | | | $15.00 | $35.00 |
| SW0526 | Anakin Skywalker (Headset) | | | | | | | | | | | | |
| SW0526 | Anakin Skywalker (Headset) | | | | | | | | | | | | |
| SW0527A | R2-D2 | | | | | | | | | | | | |
| SW0528 | Commander Gree (Phase 2) | | | $8.00 | | | | | | | | | |
| SW0528 | Commander Gree (Phase 2) | | | | | | | | | | | | |
| SW0529 | Imperial Gunner | | | | | | | | | | | | |
| SW0530 | Chief Tarfful | | | $5.00 | | | | | | | | | |
| SW0530 | Chief Tarfful | | | $3.00 | | | | | | | | | |
| SW0531 | Clone Shock Trooper (Phase 2) | | | $5.00 | $65.00 | $100.00 | | 1/1/2024 | 11:00:16 PM | 119528 | $100.00 | | |
| SW0531 | Clone Shock Trooper (Phase 2) | | | $7.00 | $65.00 | $100.00 | | | | | | $65.00 | $100.00 |
| SW0531 | Clone Shock Trooper (Phase 2) | | | $5.00 | $65.00 | $100.00 | | | | | | $65.00 | $100.00 |
| SW0531 | Clone Shock Trooper (Phase 2) | | | $5.00 | $65.00 | $100.00 | | | | | | $65.00 | $100.00 |
| SW0531 | Clone Shock Trooper (Phase 2) | | | $5.00 | $65.00 | $100.00 | | | | | | $65.00 | $100.00 |
| SW0531 | Shock Trooper Phase 2 | | | | $65.00 | $100.00 | | | | | | $65.00 | $100.00 |
| SW0532 | Chewbacca | | | $4.00 | | | | | | | | | |
| SW0535 | Obi-Wan Kenobi | | | | | | | | | | | | |
| SW0535 | Obi-Wan Kenobi | | | | | | | | | | | | |
| SW0537 | 104th Clone Trooper 'Woldpack' (Phase 2) | | | $4.00 | $70.00 | $100.00 | | 1/1/2024 | 11:00:16 PM | 119528 | $100.00 | | |
| SW0537 | 104th Clone Trooper 'Woldpack' (Phase 2) | | | $12.00 | $70.00 | $100.00 | | | | | | $70.00 | $100.00 |
| SW0537 | 104th Clone Trooper 'Woldpack' (Phase 2) | | | $5.00 | $70.00 | $100.00 | Mislabeled as 0331 | | | | | $70.00 | $100.00 |
| SW0539 | Han Solo | | | $3.00 | $6.00 | $19.00 | | | | | | $6.00 | $19.00 |
| SW0539 | Han Solo | | | | | | | | | | | | |
| SW0539 | Han Solo | | | | | | | | | | | | |
| SW0540 | Chancellor Palpatine | | | $6.00 | | | | | | | | | |
| SW0542 | Anakin Skywalker | | | | | | | 10/10/2023 | 11:35:43 PM | 117772 | $25.00 | | |
| SW0543 | Imperial TIE Fighter Pilot | $10.00 | | $1.00 | | | | 1/1/2024 | 9:21:35 PM | 119523 | $10.00 | | |
| SW0543 | Imperial TIE Fighter Pilot | | | $2.00 | $7.00 | $10.00 | | 2/12/2024 | 1:00:42 AM | 120151 | $10.00 | | |
| SW0544 | Rebel X-Wing Pilot | | | $3.00 | | | | | | | | | |
| SW0544 | Rebel X-Wing Pilot | | | | | | | | | | | | |
| SW0546 | TC-4 Protocol Droid | | | $8.50 | $12.00 | $25.00 | | 10/8/2024 | 11:16:38 PM | 123748 | $15.00 | | |
| SW0547 | Darth Revan | | layaway | $18.00 | $200.00 | $350.00 | Layaway (Sealed polybag (50( | 11/14/2023 | 7:44:40 PM | 118461 | $25.00 | | |
| SW0547 | Darth Revan | | layaway | $0.00 | $200.00 | $350.00 | Sealed polybag (5002123-1) | 1/13/2024 | 8:04:30 PM | 119695 | $200.00 | | |
| SW0547 | Darth Revan | | layaway | $20.00 | $200.00 | $350.00 | Sealed polybag (5002123-1) | 2/26/2024 | 8:24:38 PM | 120396 | $250.00 | | |
| SW0547 | Darth Revan | | layaway | $0.00 | $200.00 | $350.00 | Sealed polybag (5002123-1) | 4/30/2024 | 5:28:23 PM | 121364 | $250.00 | | |
| SW0547 | Darth Revan | | layaway | ? | $200.00 | $350.00 | Sealed polybag (5002123-1) | | | | | $200.00 | $350.00 |
| SW0548a | Sandtrooper | | | $5.00 | $20.00 | $30.00 | mislabeled as 0383 | | | | | $20.00 | $30.00 |
| SW0548a | Sandtrooper | | | $7.00 | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0551 | Luke Skywalker (Tatooine) | | | $4.00 | $7.00 | $10.00 | | 9/30/2024 | 7:18:48 PM | 123660 | $8.00 | | |
| SW0552 | Obi-Wan Kenobi | | | | | | | | | | | | |
| SW0552 | Obi-Wan Kenobi | | | | | | | | | | | | |
| SW0552 | Obi-Wan Kenobi | | | | | | | | | | | | |
| SW0553 | Greedo w/ Belt | | | | | | | | | | | | |
| SW0554 | Bith Musician | | | $2.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $1.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $3.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $3.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $3.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $3.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $3.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $3.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $2.00 | | | | | | | | | |
| SW0554 | Bith Musician | | | $2.00 | | | | | | | | | |
| SW0557 | General Airen Cracken | | | | | | | | | | | | |
| SW0566 | Luke Skywalker (Tatooine) | | | | | | | | | | | | |
| SW0566 | Luke Skywalker (Tatooine) | | | | | | | | | | | | |
| SW0568 | Snowtrooper | | | $2.00 | $8.00 | $12.00 | | | | | | $8.00 | $12.00 |
| SW0575 | Zeb Orrelios | | | $21.75 | $120.00 | $150.00 | | 8/8/2024 | 6:28:23 PM | 122927 | $100.00 | | |
| SW0575 | Zeb Orrelios | | | $19.00 | $120.00 | $150.00 | | | | | | $120.00 | $150.00 |
| SW0576 | Hera Syndulla | | | $2.00 | $20.00 | $40.00 | | | | | | $20.00 | $40.00 |

| SKU | Description | C1 | C2 | C3 | C4 | C5 | Notes | Date | Time | ID | Price | F1 | F2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0577 | Kanan Jarrus (Black hair) | | | | $250.00 | $350.00 | | | | | | $250.00 | $350.00 |
| SW0577 | Kanan Jarrus (Black hair) | | | | $250.00 | $350.00 | | | | | | $250.00 | $350.00 |
| SW0578 | Imperial Stormtrooper (Azure helmet) | | $10.00 | $1.00 | | | | 5/11/2024 | 9:20:16 PM | 121535 | $10.00 | | |
| SW0578 | Imperial Stormtrooper (Azure helmet) | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0578 | Imperial Stormtrooper (Azure helmet) | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0578 | Imperial Stormtrooper (Azure helmet) | | | $1.00 | $7.00 | $10.00 | Custom helmet, stuck on head | | | | | | |
| SW0578 | Imperial Stormtrooper (Azure helmet) | | | $1.00 | $7.00 | $10.00 | mislabeled as 0188 | | | | | $7.00 | $10.00 |
| SW0578 | Imperial Stormtrooper (Azure helmet) | | | $1.00 | $7.00 | $10.00 | mislabeled as 0188 | | | | | $7.00 | $10.00 |
| SW0579 | General Maximillian Veers | | | | | | | | | | | | |
| SW0579 | General Maximillian Veers | | | | | | | | | | | | |
| SW0580 | Snowtrooper Commander | | | | | | | | | | | | |
| SW0580 | Snowtrooper Commander | | | | | | | | | | | | |
| SW0581 | AT-AT Driver | | | $2.00 | $7.00 | $9.00 | | | | | | $7.00 | $9.00 |
| SW0583 | Imperial Navy Trooper | | | | | | | | | | | | |
| SW0583 | Imperial Navy Trooper | | | | | | | | | | | | |
| SW0585 | Imperial Stormtrooper | | | $2.00 | $10.00 | $15.00 | | 4/4/2024 | 12:20:45 AM | 120929 | $15.00 | | |
| SW0585 | Imperial Stormtrooper | | | $2.00 | $10.00 | $15.00 | | | | | | $10.00 | $15.00 |
| SW0590 | Jawa w/ Gold Badge | | | | | | | | | | | | |
| SW0595 | Emperor Palpatine | | | | | | | | | | | | |
| SW0599 | Santa Darth Vader | | | | | | | | | | | | |
| SW0603 | Imperial Shadow Stormtrooper | $9.00 | | $1.00 | | | | 8/24/2024 | 8:30:18 PM | 123168 | $9.00 | | |
| SW0603 | Imperial Shadow Stormtrooper | | | | | | | | | | | | |
| SW0604 | Shadow Guard | $8.00 | | $1.00 | | | | 9/7/2024 | 10:48:19 PM | 123413 | $8.00 | | |
| SW0604 | Shadow Guard | | | $1.00 | $6.00 | $10.00 | | 9/12/2024 | 10:22:44 PM | 123461 | $8.00 | | |
| SW0604 | Shadow Guard | | | $2.00 | $6.00 | $10.00 | | 9/29/2024 | 10:57:11 PM | 123651 | $8.00 | | |
| SW0604 | Shadow Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0604 | Shadow Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0604 | Shadow Guard | | | $2.00 | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0604 | Shadow Guard | | | ? | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0604 | Shadow Guard | | | ? | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0604 | Shadow Guard | | | ? | $6.00 | $10.00 | | | | | | $6.00 | $10.00 |
| SW0605 | Geonosis Clone Airborne Trooper (Phase 2) | $12.00 | | ? | | | | 8/19/2024 | 10:50:09 PM | 123101 | $12.00 | | |
| SW0605 | Geonosis Clone Airborne Trooper (Phase 2) | $12.00 | | ? | | | | 9/2/2024 | 5:50:24 PM | 123316 | $12.00 | | |
| SW0605 | Geonosis Clone Airborne Trooper (Phase 2) | | | ? | | | | | | | | | |
| SW0605 | Geonosis Clone Airborne Trooper (Phase 2) | | | | | | | | | | | | |
| SW0606 | Geonosis Clone Trooper (Phase 2) | $12.00 | | ? | | | | 1/14/2024 | 2:10:49 AM | 119701 | $12.00 | | |
| SW0606 | Geonosis Clone Trooper (Phase 2) | | | | | | | 4/13/2024 | 9:47:42 PM | 121100 | $15.00 | | |
| SW0606 | Geonosis Clone Trooper (Phase 2) | | | | | | | | | | | | |
| SW0606 | Geonosis Clone Trooper (Phase 2) | | | | | | | | | | | | |
| SW0606 | Geonosis Clone Trooper (Phase 2) | | | | | | | | | | | | |
| SW0607 | Snowspeeder Pilot | | | $2.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0610 | Boba Fett (Slave 1 UCS) | | | $20.00 | | | Slave1 | | | | | | |
| SW0611 | Bespin Guard | | | $5.00 | | | | | | | | | |
| SW0613 | Senate Commando Captain | $14.00 | | $1.00 | | | | 12/31/2023 | 8:23:21 PM | 119506 | $20.00 | | |
| SW0613 | Senate Commando Captain | $10.00 | | $1.00 | | | | 4/21/2024 | 7:39:12 PM | 121240 | $10.00 | | |
| SW0614 | Senate Commando | $15.00 | | $1.00 | | | wrong head | 12/23/2023 | 8:38:33 PM | 119292 | $15.00 | | |
| SW0614 | Senate Commando | | | $0.50 | $8.00 | $15.00 | | | | | | $8.00 | $15.00 |
| SW0614 | Senate Commando | | | $0.50 | $8.00 | $15.00 | | | | | | $8.00 | $15.00 |
| SW0614 | Senate Commando | | | | | | | | | | | | |
| SW0614 | Senate Commando | | | | | | | | | | | | |
| SW0614 | Senate Commando | | | | | | | | | | | | |
| SW0614 | Senate Commando | | | | | | | | | | | | |
| SW0614 | Senate Commando | | | | | | | | | | | | |
| SW0614 | Senate Commando | | | | | | | | | | | | |
| SW0615 | | $30.00 | | | | | | 1/8/2024 | 8:15:44 PM | 119654 | $30.00 | | |
| SW0616 | Sabine Wren | | | $5.00 | | | with hair (helmet is $80) | 7/6/2024 | 7:49:51 PM | 122425 | $140.00 | | |
| SW0616 | Sabine Wren | | | | | | custom figure | | | | | | |
| SW0616 | Sabine Wren | | | $5.00 | $110.00 | $140.00 | with hair (helmet is $80) | | | | | $110.00 | $140.00 |
| SW0617 | Imperial Stormtrooper | $20.00 | $10.00 | $1.00 | | | mislabeled as 0578 | 12/2/2023 | 10:46:31 PM | 118807 | $10.00 | | |
| SW0617 | Imperial Stormtrooper | | | $1.00 | $7.00 | $12.00 | mislabeled as 0578 | 8/19/2024 | 9:59:57 PM | 123099 | $10.00 | | |
| SW0617 | Imperial Stormtrooper | | | $1.00 | $7.00 | $12.00 | mislabeled as 0188 | | | | | $7.00 | $12.00 |
| SW0617 | Imperial Stormtrooper | | | $1.00 | $7.00 | $12.00 | mislabeled as 0188 | | | | | $7.00 | $12.00 |
| SW0618 | Anakin Skywalker | | | $3.00 | $0.00 | $0.00 | Cracked Torso | | | | | $0.00 | $0.00 |
| SW0619 | T-16 Skyhopper Pilot | | | $3.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0620 | Tusken Raider | | | $5.00 | $6.00 | $8.00 | | | | | | $6.00 | $8.00 |
| SW0620 | Tusken Raider | | | $2.00 | $6.00 | $8.00 | | | | | | $6.00 | $8.00 |
| SW0620 | Tusken Raider | | | $2.00 | $6.00 | $8.00 | | | | | | $6.00 | $8.00 |
| SW0621 | Imperial TIE Fighter Pilot | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0621 | Imperial TIE Fighter Pilot | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0621 | Imperial TIE Fighter Pilot | | | | | | | | | | | | |
| SW0621 | Imperial TIE Fighter Pilot | | | | | | | | | | | | |
| SW0629 | Clone Trooper Lieutenant (Phase 1) | | | $5.00 | | | Mislabeled 0502, wrong head | | | | | | |
| SW0630 | Imperial Stormtrooper Sergeant | | | | $10.00 | $20.00 | | 1/6/2024 | 9:51:49 PM | 119595 | $15.00 | | |
| SW0630 | Imperial Stormtrooper Sergeant | | | $0.00 | $15.00 | $20.00 | Sealed polybag (5002938-1) | | | | | $15.00 | $20.00 |
| SW0631 | Boba Fett (White from Encyclopedia) | $55.00 | | $6.00 | | | | 9/29/2023 | 6:40:00 PM | 117537 | $55.00 | | |
| SW0631 | Boba Fett (White from Encyclopedia) | | | $8.00 | | | | 11/25/2023 | 12:15:52 AM | 118663 | $65.00 | | |
| SW0631 | Boba Fett (White from Encyclopedia) | | | $0.00 | | | | 1/7/2024 | 11:45:27 PM | 119637 | $65.00 | | |
| SW0631 | Boba Fett (White from Encyclopedia) | | | $6.00 | $50.00 | $70.00 | Sealed | 12/22/2023 | 12:31:02 AM | 119225 | $65.00 | | |
| SW0631 | Boba Fett (White from Encyclopedia) | | | $8.00 | $50.00 | $70.00 | Sealed | 6/11/2024 | 11:57:30 PM | 122002 | $50.00 | | |
| SW0631 | Boba Fett (White from Encyclopedia) | | | $8.00 | $50.00 | $70.00 | Sealed | | | | | $50.00 | $70.00 |
| SW0633 | Admiral Yularen | | | $0.00 | $80.00 | $100.00 | sealed polybag (5002947-1) | 11/27/2023 | 10:04:20 PM | 118741 | $100.00 | | |
| SW0633 | Admiral Yularen | | | $0.00 | $80.00 | $100.00 | sealed polybag (5002947-1) | 1/20/2024 | 7:08:55 PM | 119735 | $75.00 | | |
| SW0635 | Emperor Palpatine | | | | | | | | | | | | |
| SW0648 | Astromech Droid (Imperial) | | | | | | | | | | | | |
| SW0648 | Astromech Droid (Imperial) | | | | | | | | | | | | |
| SW0650 | Darth Maul | $25.00 | | | | | | 11/16/2023 | 10:25:28 PM | 118483 | $25.00 | | |
| SW0653 | C-3PO Dark Red Arm (opened) | | | $3.00 | $10.00 | $15.00 | | 12/30/2023 | 11:03:25 PM | 119488 | $15.00 | | |
| SW0653 | C-3PO Dark Red Arm (Polybag) | $15.00 | | $1.80 | | | sealed polybag (5002948-1) | | | | | | |
| SW0653 | C-3PO Dark Red Arm (Polybag) | $15.00 | | $1.80 | | | sealed polybag (5002948-1) | | | | | | |
| SW0653 | C-3PO Dark Red Arm (Polybag) | $15.00 | | $1.80 | | | sealed polybag (5002948-1) | | | | | | |
| SW0654 | First Order Crew Member | | | | | | | | | | | | |
| SW0656 | First Order Snowtrooper Officer | | | | | | | 4/13/2024 | 9:47:42 PM | 121100 | $10.00 | | |
| SW0661 | BB-8 | $8.00 | | $1.00 | | | | 1/12/2024 | 11:08:05 PM | 119688 | $8.00 | | |
| SW0661 | BB-8 | | | $3.00 | | | | | | | | | |
| SW0661 | BB-8 | | | $3.00 | | | | | | | | | |
| SW0662 | General Hux | | | | | | | | | | | | |
| SW0663 | Kylo Ren | | | $13.00 | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0663 | Kylo Ren | | | | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0663 | Kylo Ren | | | | | | | | | | | | |

| Item | Description | | | | | | Notes | Date | Time | ID | Price | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SW0664 | First Order Stormtrooper Officer | | | | | | | | | | | | |
| SW0665 | First Order Officer (Female) | | | | | | | | | | | | |
| SW0666 | First Order Flametrooper | | | | | | | | | | | | |
| SW0671 | First Order Crew Member | | | | | | | | | | | | |
| SW0677 | | $7.00 | | | | | | 1/12/2024 | 10:08:57 PM | 119683 | $7.00 | | |
| SW0683 | Assassin Droid | | | | | | | | | | | | |
| SW0684 | Captain Phasma | | | $12.00 | | | | | | | | | |
| SW0685 | Yoda | | | $3.00 | $10.00 | $12.00 | | | | | | $10.00 | $12.00 |
| SW0691 | Imperial Jet Pack Trooper | | | | | | | | | | | | |
| SW0692 | Imperial Shock Trooper | | | | | | | | | | | | |
| SW0700 | C-3PO | | | $3.00 | | | | | | | | | |
| SW0701 | First Order Snowtrooper | | | | | | | | | | | | |
| SW0703 | Maz Kanata | | | | | | | | | | | | |
| SW0704 | Obi-Wan Kenobi (Headset) | | | | | | | | | | | | |
| SW0705 | Resistance X-Wing Pilot | | | $3.00 | $7.00 | $8.00 | | | | | | $7.00 | $8.00 |
| SW0705 | Resistance X-Wing Pilot | | | $3.00 | $7.00 | $8.00 | | | | | | $7.00 | $8.00 |
| SW0707 | Yoda | $12.00 | | $4.00 | | | | 1/1/2024 | 8:53:13 PM | 119521 | $12.00 | | |
| SW0707 | Yoda | $12.00 | | $4.00 | | | | 2/26/2024 | 1:21:55 AM | 120395 | $12.00 | | |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | $25.00 | | $5.00 | | | | 2/27/2024 | 9:59:36 PM | 120401 | $25.00 | | |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | $25.00 | | $4.00 | | | | 3/12/2024 | 7:21:25 PM | 120580 | $25.00 | | |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | $4.50 | $15.00 | $40.00 | | | | | | $15.00 | $40.00 |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | $2.35 | $15.00 | $40.00 | | | | | | $15.00 | $40.00 |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | | | | | | | |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | | | | | | | |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | | | | | | | |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | | | | | | | |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | | | | | | | |
| SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | | | | | | | |
| SW0714 | Han Solo | | | | | | | | | | | | |
| SW0715 | First Order General | | | | $7.00 | $10.00 | Sealed polybag (5004406-1) | 1/1/2024 | 8:56:25 PM | 119522 | $10.00 | | |
| SW0715 | First Order General | | | | $7.00 | $10.00 | Sealed polybag (5004406-1) | 9/12/2024 | 10:22:44 PM | 123461 | $10.00 | | |
| SW0715 | First Order General | | | | $7.00 | $10.00 | Sealed polybag (5004406-1) | 9/21/2024 | 11:08:11 PM | 123568 | $10.00 | | |
| SW0715 | First Order General | | | | $7.00 | $10.00 | Sealed polybag (5004406-1) | 9/29/2024 | 9:12:07 PM | 123646 | $10.00 | | |
| SW0716 | Finn (FN-2187) | | | | $7.00 | $15.00 | | | | | | $7.00 | $15.00 |
| SW0717 | Kylo Ren | | | $5.00 | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0717 | Kylo Ren | | | | | | | | | | | | |
| SW0718 | General Leia | | | | | | | | | | | | |
| SW0719 | Admiral Ackbar | | $15.00 | $5.00 | | | | 8/24/2024 | 11:26:43 PM | 123177 | $15.00 | | |
| SW0722 | First Order Heavy Assault Stormtrooper | | | $0.00 | $15.00 | $20.00 | Sealed polybag (30602) | | | | | $15.00 | $20.00 |
| SW0722 | First Order Heavy Assault Stormtrooper | | | | | | | | | | | | |
| SW0723 | Unkar's Brute | | | $2.00 | $7.00 | $8.00 | | | | | | $7.00 | $8.00 |
| SW0725 | K-3PO | | | | | | | | | | | | |
| SW0734 | Hoth Rebel Trooper | | | | | | | | | | | | |
| SW0737 | Poe Dameron | | | | | | | | | | | | |
| SW0738 | Lor San Tekka | | | | $10.00 | $30.00 | | | | | | $10.00 | $30.00 |
| SW0738 | Lor San Tekka | | | | $10.00 | $30.00 | | | | | | $10.00 | $30.00 |
| SW0744 | Darth Vader (White head) | | $35.00 | | | | | 6/27/2024 | 8:26:41 PM | 122267 | $35.00 | | |
| SW0750 | Commander Wolffe (Old) | $40.00 | | $5.00 | | | | 3/9/2024 | 8:12:48 PM | 120521 | $40.00 | | |
| SW0752 | Naare | | | $5.00 | $20.00 | $30.00 | | | | | | $20.00 | $30.00 |
| SW0757 | Rebel A-Wing Pilot | $10.00 | | $0.00 | | | Sealed polybag (5004408-1) | 2/18/2024 | 12:44:18 AM | 120250 | $10.00 | | |
| SW0757 | Rebel A-Wing Pilot | | $10.00 | $0.00 | | | Sealed polybag (5004408-1) | 2/25/2024 | 12:08:01 AM | 120361 | $10.00 | | |
| SW0757 | Rebel A-Wing Pilot | | | $0.00 | $7.00 | $9.00 | Sealed polybag (5004408-1) | 3/15/2024 | 10:30:24 PM | 120602 | $10.00 | | |
| SW0759 | Ahsoka Tano | | Layaway | $8.00 | $250.00 | $500.00 | Sold (mislabeled as 0309) | 3/18/2024 | 10:21:03 PM | 120679 | $100.00 | | |
| SW0759 | Ahsoka Tano | | Layaway | $6.00 | $250.00 | $500.00 | mislabeled as 0309 | 11/12/2023 | 12:49:52 AM | 118403 | $360.00 | | |
| SW0759 | Ahsoka Tano | | | $14.60 | $250.00 | $500.00 | | | | | | $250.00 | $500.00 |
| SW0759 | Ahsoka Tano | | | $14.60 | $250.00 | $500.00 | | | | | | $250.00 | $500.00 |
| SW0763 | Chewbacca (Snow) | $10.00 | | $2.00 | | | | 2/13/2024 | 12:54:12 AM | 120166 | $10.00 | | |
| SW0764E | Snowtrooper | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0764E | Snowtrooper | | | $1.00 | $7.00 | $10.00 | | | | | | $7.00 | $10.00 |
| SW0781 | Director Krennic | | | | | | | 4/4/2024 | 12:20:45 AM | 120929 | $85.00 | | |
| SW0781 | Director Krennic | | $75.00 | | | | | 8/7/2024 | 10:28:02 PM | 122922 | $75.00 | | |
| SW0783 | Baze Malbus | | | $3.00 | $12.00 | $20.00 | | | | | | $12.00 | $20.00 |
| SW0787 | | $40.00 | | | | | | 1/7/2024 | 12:49:07 AM | 119612 | $40.00 | | |
| SW0788 | Imperial TIE Fighter Striker Pilot | | $10.00 | $1.00 | | | | 6/2/2024 | 11:28:51 PM | 121870 | $10.00 | | |
| SW0789 | Chirrut Imwe | | | | | | | | | | | | |
| SW0797 | Imperial AT-ST Driver | | | | | | | | | | | | |
| SW0798 | Pao | | | | | | | | | | | | |
| SW0800 | Rebel U-Wing Pilot | | | $2.00 | $10.00 | $20.00 | | | | | | $10.00 | $20.00 |
| SW0802 | Imperial Shuttle Pilot | | | | | | | | | | | | |
| SW0809 | R3-S1 | | | | | | | | | | | | |
| SW0811 | Grand Admiral Thrawn | | | | | | | | | | | | |
| SW0829 | Anakin Skywalker | | | $2.00 | | | | | | | | | |
| SW0839 | Guavian Security Soldier | | | | | | | | | | | | |
| SW0839 | Guavian Security Soldier | | | | | | | | | | | | |
| SW0839 | Guavian Security Soldier | | | | | | | | | | | | |
| SW0840 | Bala-Tik | | | $4.50 | | | | | | | | | |
| SW0852 | | | $40.00 | | | | | 5/12/2024 | 11:10:23 PM | 121560 | $40.00 | | |
| SW0855 | BB-9E | | | $3.00 | | | | 1/12/2024 | 11:08:05 PM | 119688 | $18.00 | | |
| SW0882 | Sandspeeder Pilot | | | $5.50 | $25.00 | $40.00 | | | | | | $25.00 | $40.00 |
| SW0909 | Barriss Offee | | | $1.00 | | | | | | | | | |
| SW0909 | Barriss Offee | | | $2.00 | | | | | | | | | |
| SW0910 | Clone Trooper (Phase 1) | $13.00 | | $2.00 | | | | 8/17/2024 | 8:13:23 PM | 123056 | $20.00 | | |
| SW0910 | Clone Trooper (Phase 1) | $16.00 | | $3.00 | | | | 9/15/2024 | 8:38:38 PM | 123503 | $20.00 | | |
| SW0940 | Bala-Tik | | | $4.50 | | | | | | | | | |
| SW0942 | Weazel | | | $3.00 | $8.00 | $12.00 | | | | | | $8.00 | $12.00 |
| SW0984 | Han Solo in Carbonite | | | $0.50 | $5.00 | $10.00 | | | | | | $5.00 | $10.00 |
| SW0988 | Inferno Squad Agent | | | | | | | | | | | | |
| SW1005 | Finch Dallow | | layaway | $54.00 | $1,000.00 | $1,500.00 | | | | | | $1,000.00 | $1,500.00 |
| Tauntaun | Tauntaun (64800pb01c02f) | $30.00 | | | | | | 11/2/2023 | 10:37:29 PM | 118187 | $30.00 | | |
| Tauntaun | Tauntaun (64800pb01c02f) | $27.00 | | $6.00 | | | | | | | | | |
| Wampa | Wampa | $45.00 | | $6.00 | | | | 11/1/2023 | 9:24:13 PM | 118166 | $45.00 | | |
| Wampa | Wampa | $55.00 | | $5.00 | | | | 12/9/2023 | 9:38:21 PM | 118920 | $55.00 | | |

| date | time | ticket id | item# | description | | Set Number | value | original_unit_price | adjusted_unit_price | Final Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 2023-09-22 | 22:31:55 | 117243 | 1E+05 | Star Wars Lot Set Hoth 75098 | | 75098 | 700 | 700 | | 700 |
| 2023-09-23 | 0:08:44 | 117262 | 1E+05 | Star Wars Lot Set 75055 Star Destroyer | | 75055 | 380 | 380 | | 380 |
| 2023-09-23 | 2:22:43 | 117283 | 1E+05 | Star Wars Lot Set Death Star 10188 | | 10188 | 1000 | 1000 | | 1000 |
| 2023-09-23 | 2:22:43 | 117283 | 1E+05 | Star Wars Lot Set Rex's AT-TE 71517 | | 71517 | 400 | 400 | | 400 |
| 2023-09-23 | 20:21:29 | 117340 | 1E+05 | Star Wars Lot Set | 75191 | 75191 | 450 | 450 | | 450 |
| 2023-09-23 | 22:46:57 | 117381 | 1E+05 | Star Wars Lot Set 75106 Imp. Assault Carrier | | 75106 | 300 | 300 | | 300 |
| 2023-09-24 | 18:03:49 | 117414 | 1E+05 | Star Wars Lot Set | 10236 | 10236 | 750 | 750 | | 750 |
| 2023-09-24 | 18:37:08 | 117421 | 1E+05 | Star Wars Lot Set | 75040 | 75040 | 150 | 150 | | 150 |
| 2023-09-24 | 21:36:29 | 117454 | 1E+05 | Star Wars Lot Set | 75084 | 75084 | 150 | 150 | | 150 |
| 2023-09-24 | 21:36:29 | 117454 | 1E+05 | Star Wars Lot Set 10236 layaway 10% | | 10236 | 65 | 65 | | 65 |
| 2023-09-24 | 22:47:29 | 117469 | 1E+05 | Star Wars Lot Set | 75058 | 75058 | 400 | 400 | | 400 |
| 2023-09-24 | 23:41:40 | 117481 | 1E+05 | Star Wars Lot Set | 75090 | 75090 | 100 | 100 | | 100 |
| 2023-09-27 | 0:57:46 | 117510 | 1E+05 | Star Wars Lot | Sw0330 | Sw0330 | 180 | 180 | | 180 |
| 2023-09-27 | 1:05:45 | 117512 | 1E+05 | Star Wars Lot Set | 75060 | 75060 | 100 | 100 | | 100 |
| 2023-09-28 | 0:00:18 | 117519 | 1E+05 | Star Wars Lot Set | 75012 | 75012 | 85 | 85 | | 85 |
| 2023-09-28 | 21:38:18 | 117530 | 1E+05 | Star Wars Lot Set | 9496 | 9496 | 99.99 | 99.99 | | 99.99 |
| 2023-09-29 | 18:40:00 | 117537 | 1E+05 | Star Wars Lot | Sw0631 | Sw0631 | 55 | 55 | | 55 |
| 2023-09-29 | 22:06:19 | 117541 | 1E+05 | Star Wars Lot Set | 75012 | 75012 | 15 | 15 | | 15 |
| 2023-09-29 | 22:08:26 | 117542 | 1E+05 | Star Wars Lot Set | 75012 | 75012 | 0 | 15 | | 15 |
| 2023-09-30 | 19:19:35 | 117569 | 1E+05 | Star Wars Lot Set | 75013 | 75013 | 199.99 | 199.99 | | 199.99 |
| 2023-10-03 | 22:09:36 | 117640 | 1E+05 | Star Wars Lot Set | 9516 | 9516 | 549.99 | 549.99 | | 549.99 |
| 2023-12-21 | 22:45:21 | 119215 | 1E+05 | Star Wars Lot | 3 | sw0003 | 25 | 25 | | 25 |
| 2023-10-08 | 22:22:10 | 117735 | 1E+05 | Star Wars Lot Set | 10236 | 10236 | 749.99 | 749.99 | | 749.99 |
| 2023-10-10 | 23:35:43 | 117772 | 1E+05 | Star Wars Lot | Sw0542 | Sw0542 | 25 | 25 | | 25 |
| 2023-10-10 | 23:35:43 | 117772 | 1E+05 | Star Wars Lot Set | 75060 | 75060 | 635 | 635 | | 635 |
| 2023-10-14 | 23:30:02 | 117860 | 1E+05 | Star Wars Lot Set | 75129 | 75129 | 24.99 | 24.99 | | 24.99 |
| 2023-10-15 | 20:24:10 | 117871 | 1E+05 | Star Wars Lot Set | 75078 | 75078 | 39.99 | 39.99 | | 39.99 |
| 2023-10-15 | 23:17:47 | 117885 | 1E+05 | Star Wars Lot | Amidala ($270 Total) | SW0387 | 100 | 100 | | 100 |
| 2023-10-15 | 23:22:53 | 117886 | 1E+05 | Star Wars Lot Set | 75155 | 75155 | 199.99 | 199.99 | | 199.99 |
| 2023-10-15 | 23:33:29 | 117889 | 1E+05 | Star Wars Lot Set | 75139 | 75139 | 55.99 | 55.99 | | 55.99 |
| 2023-10-16 | 0:19:47 | 117890 | 1E+05 | Star Wars Lot Set | 75135 | 75135 | 139.99 | 139.99 | | 139.99 |
| 2023-10-16 | 23:23:23 | 117900 | 1E+05 | Star Wars Lot | Sw0358 | Sw0358 | 170 | 170 | | 170 |
| 2023-10-16 | 23:53:12 | 117902 | 1E+05 | Star Wars Lot Set | 75128 | 75128 | 19.99 | 19.99 | | 19.99 |
| 2023-10-16 | 23:53:12 | 117902 | 1E+05 | Star Wars Lot Set | 75074 | 75074 | 29.99 | 29.99 | | 29.99 |
| 2023-10-16 | 23:53:12 | 117902 | 1E+05 | Star Wars Lot Set | 75125 | 75125 | 19.99 | 19.99 | | 19.99 |
| 2023-10-18 | 19:14:08 | 117918 | 1E+05 | Star Wars Lot Set | 10188 | 10188 | 999.99 | 999.99 | | 999.99 |
| 2023-10-20 | 22:50:20 | 117949 | 1E+05 | Star Wars Lot Set | 75136 | 75136 | 44.99 | 44.99 | | 44.99 |
| 2023-10-20 | 23:38:40 | 117952 | 1E+05 | Star Wars Lot Set | 75078 | 75078 | 39.99 | 39.99 | | 39.99 |
| 2023-10-20 | 23:44:33 | 117953 | 1E+05 | Star Wars Lot Set | 75078 | 75078 | 79.98 | 39.99 | | 39.99 |
| 2023-10-21 | 20:32:47 | 117973 | 1E+05 | Star Wars Lot Set | 75034 | 75034 | 34.99 | 34.99 | | 34.99 |
| 2023-10-21 | 20:32:47 | 117973 | 1E+05 | Star Wars Lot Set | 75078 | 75078 | 39.99 | 39.99 | | 39.99 |
| 2023-10-21 | 20:32:47 | 117973 | 1E+05 | Star Wars Lot Set | 75038 | 75038 | 95.99 | 95.99 | | 95.99 |
| 2023-10-22 | 22:58:16 | 117995 | 1E+05 | Star Wars Lot Set | 75045 | 75045 | 369.99 | 369.99 | | 369.99 |
| 2023-10-23 | 18:45:38 | 118005 | 1E+05 | Star Wars Lot Set | 75096 | 75096 | 299.99 | 299.99 | | 299.99 |
| 2023-10-23 | 19:42:30 | 118007 | 1E+05 | Star Wars Lot Set | 75131 | 75131 | 25.99 | 25.99 | | 25.99 |
| 2024-11-09 | 18:48:02 | 124091 | 1E+05 | Star Wars Lot | 4 | sw0004 | 15 | 15 | | 15 |
| 2024-03-25 | 23:30:58 | 120801 | 1E+05 | Star Wars Lot | 18 | sw0018 | 12 | 12 | | 12 |
| 2024-04-19 | 22:11:47 | 121185 | 1E+05 | Star Wars Lot | 21 | sw0021 | 10 | 10 | | 10 |
| 2024-08-07 | 23:25:57 | 122925 | 1E+05 | Star Wars Lot | 48 | sw0048 | 20 | 20 | | 20 |
| 2024-02-27 | 21:59:36 | 120401 | 1E+05 | Star Wars Lot | 51 | sw0051 | 20 | 20 | | 20 |
| 2023-10-26 | 0:47:09 | 118035 | 1E+05 | Star Wars Lot Set 75060, layaway | | 75060 | 100 | 100 | | 100 |
| 2023-10-26 | 0:57:31 | 118038 | 1E+05 | Star Wars Lot Set | 75072 | 75072 | 39.99 | 39.99 | | 39.99 |
| 2023-10-28 | 19:04:35 | 118081 | 1E+05 | Star Wars Lot Set | 75088 | 75088 | 54.99 | 54.99 | | 54.99 |
| 2023-10-29 | 22:15:41 | 118127 | 1E+05 | Star Wars Lot Set | 75128 | 75128 | 19.99 | 19.99 | | 19.99 |
| 2023-10-30 | 23:37:51 | 118156 | 1E+05 | Star Wars Lot Set | 75134 | 75134 | 45.99 | 45.99 | | 45.99 |
| 2023-10-31 | 19:08:43 | 118158 | 1E+05 | Star Wars Lot Set | 8098 | 8098 | 549.99 | 549.99 | | 549.99 |
| 2023-11-01 | 21:24:13 | 118166 | 1E+05 | Star Wars Lot | Wampa | wampa | 45 | 45 | | 45 |
| 2023-11-02 | 0:53:35 | 118171 | 1E+05 | Star Wars Lot Set | 75150 | 75150 | 150 | 150 | | 150 |
| 2023-11-02 | 1:04:06 | 118172 | 1E+05 | Star Wars Lot Set | 75036 | 75036 | 100 | 100 | | 100 |
| 2023-11-02 | 1:04:06 | 118172 | 1E+05 | Star Wars Lot Set | 75035 | 75035 | 80 | 80 | | 80 |
| 2023-11-02 | 22:37:29 | 118187 | 1E+05 | Star Wars Lot | Tauntaun | Tauntaun | 30 | 30 | | 30 |
| 2023-11-04 | 22:12:55 | 118237 | 1E+05 | Star Wars Lot Set | 75145 | 75145 | 49.99 | 49.99 | | 49.99 |
| 2023-11-04 | 22:41:09 | 118243 | 1E+05 | Star Wars Lot Set | 75080 | 75080 | 89.99 | 89.99 | | 89.99 |
| 2023-11-04 | 22:41:09 | 118243 | 1E+05 | Star Wars Lot Set | 75086 | 75086 | 159.99 | 159.99 | | 159.99 |
| 2023-11-06 | 1:03:00 | 118275 | 1E+05 | Star Wars Lot Set | 75049 | 75049 | 139.99 | 139.99 | | 139.99 |
| 2023-11-09 | 0:16:52 | 118308 | 1E+05 | Star Wars Lot | 0475a | SW0475a | 40 | 40 | | 40 |
| 2023-11-11 | 1:20:14 | 118352 | 1E+05 | Star Wars Lot Set | 75172 | 75172 | 149.99 | 149.99 | | 149.99 |
| 2023-11-11 | 1:22:09 | 118353 | 1E+05 | Star Wars Lot Set | 75050 | 75050 | 159.99 | 159.99 | | 159.99 |
| 2023-11-11 | 18:08:39 | 118355 | 1E+05 | Star Wars Lot Set | 75144 | 75144 | 399.99 | 399.99 | | 399.99 |
| 2023-11-11 | 18:26:11 | 118356 | 1E+05 | Star Wars Lot Set | 75095 | 75095 | 299.99 | 299.99 | | 299.99 |
| 2023-11-11 | 18:28:35 | 118357 | 1E+05 | Star Wars Lot | Sw0053 | Sw0053 | 500 | 500 | | 500 |
| 2023-11-11 | 18:28:35 | 118357 | 1E+05 | Star Wars Lot Set | 75059 | 75059 | 599.99 | 599.99 | | 599.99 |
| 2023-11-11 | 18:31:37 | 118358 | 1E+05 | Star Wars Lot Set | 75172 | 75172 | 159.99 | 159.99 | | 159.99 |
| 2023-11-11 | 18:33:55 | 118360 | 1E+05 | Star Wars Lot Set | 7962 | 7962 | 25 | 25 | | 25 |
| 2023-11-11 | 18:33:55 | 118360 | 1E+05 | Star Wars Lot Set | 75059 | 75059 | 60 | 60 | | 60 |
| 2023-11-11 | 18:33:55 | 118360 | 1E+05 | Star Wars Lot Set | 75044 | 75044 | 149.99 | 149.99 | | 149.99 |
| 2024-10-01 | 23:44:12 | 123662 | 1E+05 | Star Wars Lot | 91 | sw0091 | 60 | 20 | | 20 |
| 2023-11-11 | 18:41:39 | 118362 | 1E+05 | Star Wars Lot Set | 75052 | 75052 | 199.99 | 199.99 | | 199.99 |
| 2023-11-11 | 18:41:39 | 118362 | 1E+05 | Star Wars Lot | Sw0468 | Sw0468 | 100 | 100 | | 100 |

| Date | Time | ID | | Description | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2023-11-11 | 18:43:41 | 118363 | 1E+05 | Star Wars Lot Set | 75185 | 75185 | 119.99 | 119.99 | | 119.99 |
| 2023-11-11 | 18:43:41 | 118363 | 1E+05 | Star Wars Lot Set | 75096 | 75096 | 299.99 | 299.99 | | 299.99 |
| 2023-11-11 | 18:52:21 | 118364 | 1E+05 | Star Wars Lot Set | 75095 | 75095 | 300 | 300 | | 300 |
| 2023-12-05 | 23:45:22 | 118868 | 1E+05 | Star Wars Lot | 92 | sw0092 | 9 | 9 | | 9 |
| 2023-12-20 | 20:58:41 | 119180 | 1E+05 | Star Wars Lot | 92 | sw0092 | 7 | 7 | | 7 |
| 2023-11-11 | 19:02:34 | 118367 | 1E+05 | Star Wars Lot Set | 75167 | 75167 | 40 | 40 | | 40 |
| 2023-11-11 | 19:04:43 | 118368 | 1E+05 | Star Wars Lot Set | 75180 | 75180 | 8 | 8 | | 8 |
| 2023-11-11 | 19:04:43 | 118368 | 1E+05 | Star Wars Lot Set | 75105 | 75105 | 20 | 20 | | 20 |
| 2023-11-11 | 19:13:07 | 118370 | 1E+05 | Star Wars Lot Set | 75111 | 75111 | 64.99 | 64.99 | | 64.99 |
| 2023-11-11 | 19:16:08 | 118371 | 1E+05 | Star Wars Lot Set | 75077 | 75077 | 24.99 | 24.99 | | 24.99 |
| 2023-11-11 | 19:34:36 | 118375 | 1E+05 | Star Wars Lot Set | 7965 | 7965 | 25 | 25 | | 25 |
| 2023-11-11 | 19:45:10 | 118376 | 1E+05 | Star Wars Lot | Sw0442 | Sw0442 | 15 | 15 | | 15 |
| 2023-11-11 | 19:45:10 | 118376 | 1E+05 | Star Wars Lot | Sw0126 | Sw0126 | 20 | 20 | | 20 |
| 2023-11-11 | 22:40:12 | 118384 | 1E+05 | Star Wars Lot | 75055 | 75055 | 379.99 | 379.99 | | 379.99 |
| 2023-11-11 | 22:46:10 | 118386 | 1E+05 | Star Wars Lot | 0128a | sw0128a | 20 | 20 | | 20 |
| 2024-01-07 | 23:35:36 | 119636 | 1E+05 | Star Wars Lot | 92 | sw0092 | 9 | 9 | | 9 |
| 2023-11-12 | 19:59:47 | 118409 | 1E+05 | Star Wars Lot Set | 75125 | 75125 | 19.99 | 19.99 | | 19.99 |
| 2023-11-12 | 20:18:08 | 118410 | 1E+05 | Star Wars Lot Set | 9488 | 9488 | 139.99 | 139.99 | | 139.99 |
| 2023-11-12 | 20:18:08 | 118410 | 1E+05 | Star Wars Lot Set | 75155 | 75155 | 199.99 | 199.99 | | 199.99 |
| 2023-11-12 | 20:47:33 | 118411 | 1E+05 | Star Wars Lot Set | 75020 | 75020 | 60 | 60 | | 60 |
| 2023-11-12 | 21:32:35 | 118417 | 1E+05 | Star Wars Lot Set | 75105 | 75105 | 64 | 80 | 64 | 64 |
| 2023-11-12 | 21:34:32 | 118418 | 1E+05 | Star Wars Lot Set | 75180 | 75180 | 8 | 8 | | 8 |
| 2023-11-12 | 21:34:32 | 118418 | 1E+05 | Star Wars Lot Set | 75105 | 75105 | 20 | 20 | | 20 |
| 2023-11-12 | 21:34:32 | 118418 | 1E+05 | Star Wars Lot Set | 7965 | 7965 | 25 | 25 | | 25 |
| 2023-12-31 | 1:32:02 | 119500 | 1E+05 | Star Wars Lot | 100 | sw0100 | 25 | 25 | | 25 |
| 2023-11-13 | 0:42:06 | 118438 | 1E+05 | Star Wars Lot Set | 75028 | 75028 | 59.99 | 59.99 | | 59.99 |
| 2023-11-13 | 18:43:14 | 118447 | 1E+05 | Star Wars Lot Set | 75075 | 75075 | 24.99 | 24.99 | | 24.99 |
| 2023-11-13 | 20:30:53 | 118448 | 1E+05 | Star Wars Lot Set Tantive IV 10198 | | 10198 | 140 | 175 | 140 | 140 |
| 2024-06-29 | 22:27:34 | 122306 | 1E+05 | Star Wars Lot | 118 | sw0118 | 15 | 15 | | 15 |
| 2023-11-13 | 22:51:08 | 118451 | 1E+05 | Star Wars Lot Set | 75192 | 75192 | 799.99 | 799.99 | | 799.99 |
| 2024-08-25 | 20:47:07 | 123193 | 1E+05 | Star Wars Lot | 118 | sw0118 | 15 | 15 | | 15 |
| 2023-11-14 | 19:09:52 | 118460 | 1E+05 | Star Wars Lot Set 10188- Used | | 10188 | 55 | 55 | | 55 |
| 2023-11-14 | 19:44:40 | 118461 | 1E+05 | Star Wars Lot | DARTH revan layaway | SW0547 | 25 | 25 | | 25 |
| 2024-01-21 | 21:05:35 | 119791 | 1E+05 | Star Wars Lot | 123 | sw0123 | 30 | 30 | | 30 |
| 2023-11-16 | 1:19:31 | 118479 | 1E+05 | Star Wars Lot Set Mendenhall layaway | | - | 53 | 53 | | 53 |
| 2024-04-19 | 22:11:47 | 121185 | 1E+05 | Star Wars Lot | 123 | sw0123 | 30 | 30 | | 30 |
| 2023-12-05 | 21:55:16 | 118862 | 1E+05 | Star Wars Lot | 141 | sw0141 | 18 | 6 | | 6 |
| 2023-11-17 | 18:16:42 | 118488 | 1E+05 | Star Wars Lot Set | 75137 | 75137 | 59.99 | 59.99 | | 59.99 |
| 2023-11-25 | 23:58:28 | 118696 | 1E+05 | Star Wars Lot | 188 | sw0188 | 15 | 15 | | 15 |
| 2024-01-09 | 22:50:56 | 119660 | 1E+05 | Star Wars Lot | 188 | sw0188 | 10 | 10 | | 10 |
| 2023-11-18 | 22:28:11 | 118516 | 1E+05 | Star Wars Lot Set | 75147 | 75147 | 79.99 | 79.99 | | 79.99 |
| 2023-11-18 | 23:17:24 | 118520 | 1E+05 | Star Wars Lot Set | 10236 | 10236 | 80 | 80 | | 80 |
| 2023-11-19 | 0:19:56 | 118527 | 1E+05 | Star Wars Lot Set | 75078 | 75078 | 39.99 | 39.99 | | 39.99 |
| 2023-11-19 | 0:43:58 | 118530 | 1E+05 | Star Wars Lot | Sw0223 | Sw0223 | 30 | 30 | | 30 |
| 2023-11-19 | 1:56:41 | 118534 | 1E+05 | Star Wars Lot Set | 75021 | 75021 | 13 | 13 | | 13 |
| 2023-11-19 | 22:31:11 | 118545 | 1E+05 | Star Wars Lot Set | 75157 | 75157 | 399.99 | 399.99 | | 399.99 |
| 2023-11-20 | 1:26:43 | 118555 | 1E+05 | Star Wars Lot Set | 75129 | 75129 | 24.99 | 24.99 | | 24.99 |
| 2023-11-20 | 23:08:04 | 118568 | 1E+05 | Star Wars Lot Set | 75160 | 75160 | 19.99 | 19.99 | | 19.99 |
| 2023-11-21 | 1:06:06 | 118571 | 1E+05 | Star Wars Lot | Sw0134a | Sw0134a | 40 | 40 | | 40 |
| 2023-11-21 | 1:06:06 | 118571 | 1E+05 | Star Wars Lot Set | 75129 | 75129 | 24.99 | 24.99 | | 24.99 |
| 2023-11-21 | 18:20:44 | 118574 | 1E+05 | Star Wars Lot Set | 75263 | 75263 | 19.99 | 19.99 | | 19.99 |
| 2023-11-22 | 0:08:13 | 118583 | 1E+05 | Star Wars Lot | sw0413 | sw0413 | 20 | 20 | | 20 |
| 2023-11-22 | 21:20:09 | 118594 | 1E+05 | Star Wars Lot | Sw0438 | Sw0438 | 20 | 20 | | 20 |
| 2023-11-25 | 0:15:52 | 118663 | 1E+05 | Star Wars Lot | SW0631 | SW0631 | 65 | 65 | | 65 |
| 2024-04-09 | 23:27:46 | 121046 | 1E+05 | Star Wars Lot | 188 | sw0188 | 10 | 10 | | 10 |
| 2023-11-25 | 22:45:20 | 118687 | 1E+05 | Star Wars Lot Set | 75161 | 75161 | 19.99 | 19.99 | | 19.99 |
| 2023-11-25 | 23:47:42 | 118694 | 1E+05 | Star Wars Lot Set | 75166 | 75166 | 29.99 | 29.99 | | 29.99 |
| 2024-06-01 | 21:09:44 | 121842 | 1E+05 | Star Wars Lot | 188 | sw0188 | 10 | 10 | | 10 |
| 2023-11-25 | 23:58:28 | 118696 | 1E+05 | Star Wars Lot | 0166a | sw0166a | 10 | 10 | | 10 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | 190 | sw0190 | 40 | 40 | | 40 |
| 2023-11-26 | 1:57:45 | 118704 | 1E+05 | Star Wars Lot Set | 75040 | 75040 | 149.99 | 149.99 | | 149.99 |
| 2023-11-26 | 1:57:45 | 118704 | 1E+05 | Star Wars Lot Set | 75031 | 75031 | 24.99 | 24.99 | | 24.99 |
| 2023-11-26 | 20:43:14 | 118712 | 1E+05 | Star Wars Lot Set | 75089 | 75089 | 69.99 | 69.99 | | 69.99 |
| 2023-11-27 | 21:58:14 | 118740 | 1E+05 | Star Wars Lot Set Layaway | | - | 350 | 350 | | 350 |
| 2023-11-27 | 22:04:20 | 118741 | 1E+05 | Star Wars Lot | 0633 polybag | SW0633 | 100 | 100 | | 100 |
| 2024-02-20 | 19:40:43 | 120303 | 1E+05 | Star Wars Lot | 190 | sw0190 | 60 | 60 | | 60 |
| 2023-12-02 | 21:47:58 | 118803 | 1E+05 | Star Wars Lot Set | 75128 | 75128 | 24.99 | 24.99 | | 24.99 |
| 2023-12-02 | 21:50:00 | 118804 | 1E+05 | Star Wars Lot Set | 75089 | 75089 | 69.99 | 69.99 | | 69.99 |
| 2023-12-21 | 23:16:13 | 119218 | 1E+05 | Star Wars Lot | 192 | sw0192 | 20 | 20 | | 20 |
| 2024-06-22 | 21:50:15 | 122185 | 1E+05 | Star Wars Lot | 194 | sw0194 | 100 | 100 | | 100 |
| 2024-07-07 | 23:04:56 | 122451 | 1E+05 | Star Wars Lot | 194 | sw0194 | 100 | 100 | | 100 |
| 2023-12-03 | 0:11:40 | 118818 | 1E+05 | Star Wars Lot Set | 7962 | 7962 | 212 | 212 | | 212 |
| 2023-12-03 | 0:13:53 | 118819 | 1E+05 | Star Wars Lot Set | 75059 | 75059 | 350 | 350 | | 350 |
| 2023-12-03 | 1:23:41 | 118826 | 1E+05 | Star Wars Lot Set | 75005 | 75005 | 349.99 | 349.99 | | 349.99 |
| 2023-12-04 | 23:45:33 | 118850 | 1E+05 | Star Wars Lot Set | 75030 | 75030 | 24.99 | 24.99 | | 24.99 |
| 2023-12-04 | 23:45:33 | 118850 | 1E+05 | Star Wars Lot Set | 75031 | 75031 | 24.99 | 24.99 | | 24.99 |
| 2023-12-05 | 1:47:25 | 118854 | 1E+05 | Star Wars Lot Set Layaway 75021 Built | | 75021 | 20 | 20 | | 20 |
| 2024-07-01 | 19:28:36 | 122328 | 1E+05 | Star Wars Lot | 195 | sw0195 | 40 | 40 | | 40 |
| 2023-12-05 | 21:58:20 | 118863 | 1E+05 | Star Wars Lot Set Walker Nelson layaway | | - | 100 | 100 | | 100 |
| 2023-12-02 | 21:50:00 | 118804 | 1E+05 | Star Wars Lot | 196 | sw0196 | 60 | 60 | | 60 |

| Date | Time | Ref | Code | Description | | Item | Code | Price | Price | Price2 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024-05-25 | 21:36:54 | 121729 | 1E+05 | Star Wars Lot | | 196 | sw0196 | 60 | 60 | | 60 |
| 2024-08-02 | 19:59:48 | 122841 | 1E+05 | Star Wars Lot | | 196 | sw0196 | 60 | 60 | | 60 |
| 2023-12-06 | 0:27:39 | 118869 | 1E+05 | Star Wars Lot Set | 75020 lawayaw | | 75020 | 120 | 120 | | 120 |
| 2023-12-06 | 22:21:56 | 118878 | 1E+05 | Star Wars Lot Set | | 75263 | 75263 | 19.99 | 19.99 | | 19.99 |
| 2023-12-06 | 22:21:56 | 118878 | 1E+05 | Star Wars Lot Set | | 30278 | 30278 | 8 | 8 | | 8 |
| 2024-09-01 | 23:26:14 | 123309 | 1E+05 | Star Wars Lot | | 196 | sw0196 | 60 | 60 | | 60 |
| 2023-12-09 | 21:38:21 | 118920 | 1E+05 | Star Wars Lot | Wampa | | Wampa | 55 | 55 | | 55 |
| 2023-12-10 | 1:27:56 | 118943 | 1E+05 | Star Wars Lot | 0166a | | sw0166a | 15 | 15 | | 15 |
| 2023-12-10 | 20:22:18 | 118948 | 1E+05 | Star Wars Lot Set | | 75030 | 75030 | 24.99 | 24.99 | | 24.99 |
| 2023-12-10 | 21:18:33 | 118952 | 1E+05 | Star Wars Lot Set | | 75130 | 75130 | 24.99 | 24.99 | | 24.99 |
| 2023-12-11 | 0:06:35 | 118962 | 1E+05 | Star Wars Lot | SW0331 | | SW0331 | 240 | 120 | | 120 |
| 2023-12-11 | 0:37:16 | 118967 | 1E+05 | Star Wars Lot | SW0092 | | SW0092 | 9 | 9 | | 9 |
| 2023-12-13 | 20:16:09 | 119002 | 1E+05 | Star Wars Lot Set | | 75125 | 75125 | 19.99 | 19.99 | | 19.99 |
| 2023-12-13 | 20:16:09 | 119002 | 1E+05 | Star Wars Lot Set | | 75075 | 75075 | 24.99 | 24.99 | | 24.99 |
| 2023-12-14 | 19:26:10 | 119011 | 1E+05 | Star Wars Lot Set | | 75166 | 75166 | 29.99 | 29.99 | | 29.99 |
| 2023-12-14 | 19:26:10 | 119011 | 1E+05 | Star Wars Lot Set | | 75132 | 75132 | 24.99 | 24.99 | | 24.99 |
| 2023-12-15 | 1:46:20 | 119030 | 1E+05 | Star Wars Lot | Sw0201 | | Sw0201 | 20 | 20 | | 20 |
| 2023-12-16 | 19:58:57 | 119061 | 1E+05 | Star Wars Lot Set | | 75127 | 75127 | 49.99 | 49.99 | | 49.99 |
| 2024-02-04 | 23:15:27 | 120054 | 1E+05 | Star Wars Lot | | 200 | sw0200 | 20 | 20 | | 20 |
| 2023-12-17 | 0:30:23 | 119086 | 1E+05 | Star Wars Lot Set | | 7140 | 7140 | 344.99 | 344.99 | | 344.99 |
| 2024-07-30 | 20:21:45 | 122809 | 1E+05 | Star Wars Lot | | 200 | sw0200 | 20 | 20 | | 20 |
| 2023-12-17 | 1:25:21 | 119094 | 1E+05 | Star Wars Lot | SW0442 | | SW0442 | 13.08 | 15 | | 15 |
| 2023-12-17 | 22:50:31 | 119111 | 1E+05 | Star Wars Lot Set | | 10188 | 10188 | 293 | 293 | | 293 |
| 2023-12-18 | 1:33:24 | 119122 | 1E+05 | Star Wars Lot Set | | 75127 | 75127 | 49.99 | 49.99 | | 49.99 |
| 2023-12-18 | 1:33:24 | 119122 | 1E+05 | Star Wars Lot Set | | 75164 | 75164 | 39.99 | 39.99 | | 39.99 |
| 2024-09-15 | 20:38:38 | 123503 | 1E+05 | Star Wars Lot | | 200 | sw0200 | 20 | 20 | | 20 |
| 2023-12-19 | 20:03:21 | 119150 | 1E+05 | Star Wars Lot Set | | 75134 | 75134 | 49.99 | 49.99 | | 49.99 |
| 2024-01-22 | 18:13:02 | 119814 | 1E+05 | Star Wars Lot | | 201 | sw0201 | 20 | 20 | | 20 |
| 2023-12-19 | 21:58:55 | 119160 | 1E+05 | Star Wars Lot Set | | 75263 | 75263 | 19.99 | 19.99 | | 19.99 |
| 2023-12-19 | 23:51:19 | 119168 | 1E+05 | Star Wars Lot Set | | 75055 | 75055 | 379.95 | 379.95 | | 379.95 |
| 2024-04-20 | 20:10:43 | 121211 | 1E+05 | Star Wars Lot | | 201 | sw0201 | 15 | 15 | | 15 |
| 2024-05-25 | 21:36:54 | 121729 | 1E+05 | Star Wars Lot | | 201 | sw0201 | 20 | 20 | | 20 |
| 2023-12-20 | 20:58:41 | 119180 | 1E+05 | Star Wars Lot Set | | 75129 | 75129 | 24.99 | 24.99 | | 24.99 |
| 2023-12-20 | 21:30:16 | 119183 | 1E+05 | Star Wars Lot Set | | 75129 | 75129 | 14.99 | 14.99 | | 14.99 |
| 2024-05-11 | 23:20:53 | 121544 | 1E+05 | Star Wars Lot | | 202 | sw0202 | 150 | 150 | | 150 |
| 2023-12-20 | 22:59:06 | 119190 | 1E+05 | Star Wars Lot Set | 75021 used | | 75021 | 120 | 150 | 120 | 120 |
| 2023-12-21 | 21:41:14 | 119209 | 1E+05 | Star Wars Lot Set | | 75099 | 75099 | 39.99 | 39.99 | | 39.99 |
| 2023-12-21 | 22:29:27 | 119213 | 1E+05 | Star Wars Lot Set | | 75128 | 75128 | 24.99 | 24.99 | | 24.99 |
| 2023-12-21 | 22:45:21 | 119215 | 1E+05 | Star Wars Lot Set | | 75104 | 75104 | 149.99 | 149.99 | | 149.99 |
| 2024-10-26 | 22:40:13 | 123971 | 1E+05 | Star Wars Lot | | 202 | sw0202 | 100 | 100 | | 100 |
| 2024-02-24 | 21:03:15 | 120340 | 1E+05 | Star Wars Lot | | 209 | sw0209 | 20 | 20 | | 20 |
| 2023-12-21 | 23:16:13 | 119218 | 1E+05 | Star Wars Lot | 0166b | | sw0166b | 15 | 15 | | 15 |
| 2024-10-12 | 19:53:05 | 123797 | 1E+05 | Star Wars Lot | | 218 | sw0218 | 700 | 700 | | 700 |
| 2023-12-22 | 0:31:02 | 119225 | 1E+05 | Star Wars Lot | 0002b | | sw0002b | 80 | 80 | | 80 |
| 2023-12-22 | 0:31:02 | 119225 | 1E+05 | Star Wars Lot Set | | 75024 | 75024 | 199.99 | 199.99 | | 199.99 |
| 2023-12-23 | 20:38:33 | 119292 | 1E+05 | Star Wars Lot | Sw0614 | | Sw0614 | 15 | 15 | | 15 |
| 2023-12-23 | 20:40:09 | 119293 | 1E+05 | Star Wars Lot Set | | 75187 | 75187 | 174.99 | 174.99 | | 174.99 |
| 2023-12-23 | 22:27:12 | 119311 | 1E+05 | Star Wars Lot Set | | 75141 | 75141 | 79.99 | 79.99 | | 79.99 |
| 2023-12-23 | 23:01:31 | 119312 | 1E+05 | Star Wars Lot | 2856197-1(shadow arf) | | SW0315 | 450 | 450 | | 450 |
| 2023-12-23 | 23:50:28 | 119321 | 1E+05 | Star Wars Lot Set | | 75191 | 75191 | 349.99 | 349.99 | | 349.99 |
| 2023-12-23 | 23:54:03 | 119322 | 1E+05 | Star Wars Lot | Sw0407 | | Sw0407 | 120 | 120 | | 120 |
| 2023-12-24 | 21:02:17 | 119345 | 1E+05 | Star Wars Lot Set | | 75165 | 75165 | 54.99 | 54.99 | | 54.99 |
| 2023-12-24 | 21:02:17 | 119345 | 1E+05 | Star Wars Lot Set | | 75078 | 75078 | 39.99 | 39.99 | | 39.99 |
| 2023-12-24 | 22:07:49 | 119348 | 1E+05 | Star Wars Lot Set | | 75054 | 75054 | 229.99 | 229.99 | | 229.99 |
| 2023-12-24 | 23:17:05 | 119351 | 1E+05 | Star Wars Lot Set | | 75020 | 75020 | 399.99 | 399.99 | | 399.99 |
| 2023-12-26 | 22:33:42 | 119373 | 1E+05 | Star Wars Lot Set | | 75126 | 75126 | 19.99 | 19.99 | | 19.99 |
| 2024-10-15 | 0:51:09 | 123844 | 1E+05 | Star Wars Lot | | 218 | sw0218 | -700 | 700 | 700 | 700 |
| 2024-06-14 | 0:36:34 | 122017 | 1E+05 | Star Wars Lot | | 219 | sw0219 | 12 | 12 | | 12 |
| 2023-11-13 | 20:53:58 | 118449 | 1E+05 | Star Wars Lot | | 221 | sw0221 | 15 | 15 | | 15 |
| 2023-12-27 | 1:40:01 | 119386 | 1E+05 | Star Wars Lot | | 223 | sw0223 | 30 | 30 | | 30 |
| 2023-12-28 | 22:38:15 | 119437 | 1E+05 | Star Wars Lot Set | | 75076 | 75076 | 44.99 | 44.99 | | 44.99 |
| 2023-12-28 | 22:55:42 | 119438 | 1E+05 | Star Wars Lot Set | Layaway | | - | 53 | 53 | | 53 |
| 2023-12-28 | 23:56:23 | 119440 | 1E+05 | Star Wars Lot Set | | 10188 | 10188 | 999.99 | 999.99 | | 999.99 |
| 2024-01-21 | 21:00:27 | 119788 | 1E+05 | Star Wars Lot | | 223 | sw0223 | 30 | 30 | | 30 |
| 2024-08-19 | 21:59:57 | 123099 | 1E+05 | Star Wars Lot | | 223 | sw0223 | 20 | 20 | | 20 |
| 2023-12-30 | 23:03:25 | 119488 | 1E+05 | Star Wars Lot | C3po polybag | | SW0653 | 15 | 15 | | 15 |
| 2023-12-30 | 23:56:33 | 119494 | 1E+05 | Star Wars Lot | Dewback | | dewback | 40 | 40 | | 40 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | | 224 | sw0224 | 35 | 35 | | 35 |
| 2023-12-31 | 19:13:43 | 119502 | 1E+05 | Star Wars Lot Set | | 9488 | 9488 | 149.99 | 149.99 | | 149.99 |
| 2023-12-31 | 19:13:43 | 119502 | 1E+05 | Star Wars Lot Set | | 75079 | 75079 | 49.99 | 49.99 | | 49.99 |
| 2024-03-23 | 19:57:18 | 120742 | 1E+05 | Star Wars Lot | | 224 | sw0224 | 30 | 30 | | 30 |
| 2024-08-24 | 23:26:43 | 123177 | 1E+05 | Star Wars Lot | | 224 | sw0224 | 30 | 30 | | 30 |
| 2024-01-01 | 20:56:25 | 119522 | 1E+05 | Star Wars Lot | 1st order general polybag | | SW0715 | 10 | 10 | | 10 |
| 2024-11-03 | 0:23:18 | 124033 | 1E+05 | Star Wars Lot | | 224 | sw0224 | 20 | 20 | | 20 |
| 2024-03-11 | 0:52:37 | 120573 | 1E+05 | Star Wars Lot | | 227 | sw0227 | 10 | 10 | | 10 |
| 2024-03-26 | 19:29:11 | 120806 | 1E+05 | Star Wars Lot | | 227 | sw0227 | 10 | 10 | | 10 |
| 2024-01-02 | 22:57:58 | 119539 | 1E+05 | Star Wars Lot Set | | 75089 | 75089 | 69.99 | 69.99 | | 69.99 |
| 2024-01-04 | 0:35:53 | 119549 | 1E+05 | Star Wars Lot | 0002b | | sw0002b | 80 | 80 | | 80 |
| 2024-01-04 | 19:13:06 | 119555 | 1E+05 | Star Wars Lot | Sw0201 | | Sw0201 | 20 | 20 | | 20 |
| 2024-01-04 | 19:13:06 | 119555 | 1E+05 | Star Wars Lot | Sw0001c | | Sw0001c | 12 | 6 | | 6 |

| Date | Time | Num | Code | Description | Item | ID | Val1 | Val2 | Val3 |
|---|---|---|---|---|---|---|---|---|---|
| 2024-01-04 | 19:36:23 | 119557 | 1E+05 | Star Wars Lot | Sw0298 | Sw0298 | 40 | 20 | 20 |
| 2024-01-04 | 19:36:23 | 119557 | 1E+05 | Star Wars Lot | Sw0259 | Sw0259 | 7 | 7 | 7 |
| 2024-01-05 | 23:42:28 | 119573 | 1E+05 | Star Wars Lot | 5002948 | 5002948 | 15 | 15 | 15 |
| 2024-01-06 | 0:06:39 | 119575 | 1E+05 | Star Wars Lot Set | 9499 without amidala | 9499 | 100 | 100 | 100 |
| 2024-01-06 | 1:56:03 | 119579 | 1E+05 | Star Wars Lot | SW0442 | SW0442 | 15 | 15 | 15 |
| 2024-01-06 | 1:56:03 | 119579 | 1E+05 | Star Wars Lot | SW0380 | SW0380 | 20 | 20 | 20 |
| 2024-01-06 | 21:51:49 | 119595 | 1E+05 | Star Wars Lot Set | Stormtrooper Sergeant Polybag | SW0630 | 15 | 15 | 15 |
| 2024-01-06 | 21:51:49 | 119595 | 1E+05 | Star Wars Lot Set | 75127 | 75127 | 49.99 | 49.99 | 49.99 |
| 2024-01-07 | 0:46:17 | 119611 | 1E+05 | Star Wars Lot | SW0326 | SW0326 | 15 | 15 | 15 |
| 2024-01-07 | 0:49:07 | 119612 | 1E+05 | Star Wars Lot | SW0787 | SW0787 | 40 | 40 | 40 |
| 2024-10-02 | 0:16:42 | 123663 | 1E+05 | Star Wars Lot | 236 | sw0236 | 15 | 15 | 15 |
| 2024-01-07 | 23:45:27 | 119637 | 1E+05 | Star Wars Lot | SW0631 | SW0631 | 65 | 65 | 65 |
| 2024-01-08 | 1:25:58 | 119643 | 1E+05 | Star Wars Lot | SW0188 | SW0188 | 10 | 10 | 10 |
| 2024-01-08 | 19:08:54 | 119649 | 1E+05 | Star Wars Lot | 0166a | sw0166a | 15 | 15 | 15 |
| 2024-03-24 | 0:56:19 | 120769 | 1E+05 | Star Wars Lot | 239 | sw0239 | 9 | 9 | 9 |
| 2024-01-09 | 22:50:56 | 119660 | 1E+05 | Star Wars Lot Set | 75093 | 75093 | 60 | 60 | 60 |
| 2024-04-06 | 21:39:21 | 120981 | 1E+05 | Star Wars Lot | 247 | sw0247 | 12 | 12 | 12 |
| 2024-01-12 | 21:39:52 | 119682 | 1E+05 | Star Wars Lot Set | 75180 | 75180 | 8 | 8 | 8 |
| 2024-01-12 | 21:39:52 | 119682 | 1E+05 | Star Wars Lot Set | 75105 | 75105 | 20 | 20 | 20 |
| 2024-01-12 | 21:39:52 | 119682 | 1E+05 | Star Wars Lot Set | 7965 | 7965 | 25 | 25 | 25 |
| 2024-04-09 | 23:27:46 | 121046 | 1E+05 | Star Wars Lot | 268 | sw0268 | 9 | 9 | 9 |
| 2024-06-01 | 21:04:27 | 121841 | 1E+05 | Star Wars Lot | 268 | sw0268 | 9 | 9 | 9 |
| 2023-12-05 | 23:18:13 | 118867 | 1E+05 | Star Wars Lot | 271 | sw0271 | 15 | 15 | 15 |
| 2024-03-12 | 20:22:12 | 120582 | 1E+05 | Star Wars Lot | 277 | sw0277 | 30 | 30 | 30 |
| 2024-05-20 | 21:14:55 | 121656 | 1E+05 | Star Wars Lot | 277 | sw0277 | 30 | 30 | 30 |
| 2024-09-18 | 20:09:20 | 123517 | 1E+05 | Star Wars Lot | 280 | sw0280 | 20 | 20 | 20 |
| 2024-08-25 | 23:09:19 | 123203 | 1E+05 | Star Wars Lot | 281 | sw0281 | 10 | 10 | 10 |
| 2023-12-27 | 1:40:01 | 119386 | 1E+05 | Star Wars Lot | 284 | sw0284 | 50 | 50 | 50 |
| 2024-03-23 | 18:18:06 | 120734 | 1E+05 | Star Wars Lot | 284 | sw0284 | 35 | 35 | 35 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | 0161a | sw0161a | 7 | 7 | 7 |
| 2024-01-12 | 22:10:26 | 119684 | 1E+05 | Star Wars Lot | 285 | sw0285 | 55 | 55 | 55 |
| 2024-09-15 | 20:01:38 | 123499 | 1E+05 | Star Wars Lot | 286 | sw0286 | 18 | 18 | 18 |
| 2024-01-13 | 0:21:01 | 119691 | 1E+05 | Star Wars Lot Set | 75129 | 75129 | 24.99 | 24.99 | 24.99 |
| 2024-01-13 | 20:04:30 | 119695 | 1E+05 | Star Wars Lot | darth revan | SW0547 | 200 | 200 | 200 |
| 2024-01-13 | 20:19:38 | 119696 | 1E+05 | Star Wars Lot Set | 75127 | 75127 | 45.99 | 45.99 | 45.99 |
| 2024-05-04 | 17:20:22 | 121403 | 1E+05 | Star Wars Lot | 298 | sw0298 | 20 | 20 | 20 |
| 2024-01-14 | 18:16:46 | 119702 | 1E+05 | Star Wars Lot Set | 6212 | 6212 | 115 | 115 | 115 |
| 2024-01-14 | 21:22:37 | 119706 | 1E+05 | Star Wars Lot Set | 75038 | 75038 | 99 | 99 | 99 |
| 2024-01-14 | 21:45:41 | 119707 | 1E+05 | Star Wars Lot Set | 75031 | 75031 | 29.99 | 29.99 | 29.99 |
| 2024-01-14 | 21:45:41 | 119707 | 1E+05 | Star Wars Lot Set | 75168 | 75168 | 59.99 | 59.99 | 59.99 |
| 2024-01-18 | 20:42:51 | 119714 | 1E+05 | Star Wars Lot Set | 75133 | 75133 | 39.99 | 39.99 | 39.99 |
| 2024-01-20 | 18:58:15 | 119732 | 1E+05 | Star Wars Lot Set | 75132 | 75132 | 24.99 | 24.99 | 24.99 |
| 2024-01-20 | 19:08:55 | 119735 | 1E+05 | Star Wars Lot | Sw0422 | Sw0422 | 30 | 30 | 30 |
| 2024-01-20 | 19:08:55 | 119735 | 1E+05 | Star Wars Lot | Sw0633 (Yularen Polybag) | Sw0633 | 75 | 75 | 75 |
| 2024-01-20 | 19:57:10 | 119738 | 1E+05 | Star Wars Lot | 30602 | 30602 | 15 | 15 | 15 |
| 2024-01-20 | 19:57:10 | 119738 | 1E+05 | Star Wars Lot | 5002948 | 5002948 | 15 | 15 | 15 |
| 2024-01-20 | 22:30:15 | 119762 | 1E+05 | Star Wars Lot Set | 75076 | 75076 | 44.99 | 44.99 | 44.99 |
| 2024-01-20 | 23:12:05 | 119770 | 1E+05 | Star Wars Lot Set | 75125 | 75125 | 19.99 | 19.99 | 19.99 |
| 2024-05-04 | 17:20:22 | 121403 | 1E+05 | Star Wars Lot | 298 | sw0298 | 20 | 20 | 20 |
| 2024-05-04 | 17:20:22 | 121403 | 1E+05 | Star Wars Lot | 298 | sw0298 | 20 | 20 | 20 |
| 2024-01-21 | 21:33:42 | 119795 | 1E+05 | Star Wars Lot Set | 75045 | 75045 | 349.99 | 349.99 | 349.99 |
| 2024-01-21 | 21:33:42 | 119795 | 1E+05 | Star Wars Lot Set | 75186 | 75186 | 149.99 | 149.99 | 149.99 |
| 2024-01-21 | 21:59:28 | 119802 | 1E+05 | Star Wars Lot | 0005a | sw0005a | 10 | 10 | 10 |
| 2024-08-19 | 21:59:57 | 123099 | 1E+05 | Star Wars Lot | 299 | sw0299 | 9 | 9 | 9 |
| 2024-08-19 | 22:50:09 | 123101 | 1E+05 | Star Wars Lot | 299 | sw0299 | 18 | 9 | 9 |
| 2024-01-24 | 20:38:45 | 119836 | 1E+05 | Star Wars Lot Set | 75079 | 75079 | 49.99 | 49.99 | 49.99 |
| 2024-01-24 | 20:38:45 | 119836 | 1E+05 | Star Wars Lot Set | 75034 | 75034 | 39.99 | 39.99 | 39.99 |
| 2024-01-28 | 20:47:33 | 119934 | 1E+05 | Star Wars Lot | SW0448 | SW0448 | 10 | 10 | 10 |
| 2024-01-30 | 23:34:31 | 119974 | 1E+05 | Star Wars Lot Set | 75103 | 75103 | 199.99 | 199.99 | 199.99 |
| 2024-02-02 | 20:32:45 | 120010 | 1E+05 | Star Wars Lot | Sw0446 | Sw0446 | 12 | 12 | 12 |
| 2024-02-03 | 19:24:19 | 120027 | 1E+05 | Star Wars Lot Set | 75088 | 75088 | 54.99 | 59.99 | 59.99 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | 307 | sw0307 | 30 | 30 | 30 |
| 2024-02-03 | 23:51:23 | 120040 | 1E+05 | Star Wars Lot Set | 75126 | 75126 | 19.99 | 19.99 | 19.99 |
| 2024-08-08 | 0:05:47 | 122926 | 1E+05 | Star Wars Lot | 314 | sw0314 | 100 | 100 | 100 |
| 2024-02-04 | 20:51:23 | 120050 | 1E+05 | Star Wars Lot Set | 75218 | 75218 | 129.99 | 129.99 | 129.99 |
| 2023-12-27 | 0:12:43 | 119383 | 1E+05 | Star Wars Lot | 316 | sw0316 | 40 | 40 | 40 |
| 2024-02-05 | 21:08:27 | 120066 | 1E+05 | Star Wars Lot | 360 | sw0360 | 6 | 6 | 6 |
| 2024-02-05 | 21:08:27 | 120066 | 1E+05 | Star Wars Lot | 0001b | sw0001b | 6 | 6 | 6 |
| 2024-02-05 | 21:08:27 | 120066 | 1E+05 | Star Wars Lot | 360 | sw0360 | 6 | 6 | 6 |
| 2024-02-05 | 21:08:27 | 120066 | 1E+05 | Star Wars Lot | 0001c | sw0001c | 12 | 6 | 6 |
| 2024-02-06 | 1:53:08 | 120069 | 1E+05 | Star Wars Lot Set | 75171 | 75171 | 139.99 | 139.99 | 139.99 |
| 2024-08-18 | 23:55:22 | 123089 | 1E+05 | Star Wars Lot | 316 | sw0316 | 18 | 18 | 18 |
| 2024-02-10 | 23:52:46 | 120117 | 1E+05 | Star Wars Lot Set | 75035 | 75035 | 89.99 | 89.99 | 89.99 |
| 2024-02-10 | 23:52:46 | 120117 | 1E+05 | Star Wars Lot Set | 75089 | 75089 | 69.99 | 69.99 | 69.99 |
| 2024-02-11 | 1:47:15 | 120127 | 1E+05 | Star Wars Lot | Sw0377 | Sw0377 | 60 | 60 | 60 |
| 2024-02-11 | 1:47:15 | 120127 | 1E+05 | Star Wars Lot | Sw0435 | Sw0435 | 70 | 70 | 70 |
| 2024-02-11 | 22:21:37 | 120143 | 1E+05 | Star Wars Lot Set | 75074 | 75074 | 24.99 | 24.99 | 24.99 |
| 2023-12-16 | 23:21:03 | 119077 | 1E+05 | Star Wars Lot | 323 | sw0323 | 30 | 30 | 30 |
| 2024-02-12 | 18:15:57 | 120153 | 1E+05 | Star Wars Lot Set | 75532 | 75532 | 89.99 | 89.99 | 89.99 |
| 2024-02-12 | 21:29:21 | 120160 | 1E+05 | Star Wars Lot Set | 75087 | 75087 | 200 | 200 | 200 |

| Date | Time | ID | Code | Description | Sub | Item | SKU | Val1 | Val2 | Val3 | Val4 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2024-02-26 | 1:09:00 | 120394 | 1E+05 | Star Wars Lot | | 323 | sw0323 | 25 | 25 | | 25 |
| 2024-02-16 | 20:31:17 | 120214 | 1E+05 | Star Wars Lot Set | | 75151 | 75151 | 359.99 | 359.99 | | 359.99 |
| 2024-02-16 | 20:31:17 | 120214 | 1E+05 | Star Wars Lot Set | | 9488 | 9488 | 149.99 | 149.99 | | 149.99 |
| 2024-02-16 | 21:00:05 | 120215 | 1E+05 | Star Wars Lot Set | | 75190 | 75190 | 279.99 | 279.99 | | 279.99 |
| 2024-02-16 | 21:03:00 | 120216 | 1E+05 | Star Wars Lot Set | | 75032 | 75032 | 34.99 | 34.99 | | 34.99 |
| 2024-02-16 | 22:15:48 | 120221 | 1E+05 | Star Wars Lot Set | | 75150 | 75150 | 8 | 8 | | 8 |
| 2024-02-16 | 22:15:48 | 120221 | 1E+05 | Star Wars Lot Set | | 75105 | 75105 | 20 | 20 | | 20 |
| 2024-02-16 | 22:15:48 | 120221 | 1E+05 | Star Wars Lot Set | | 7965 | 7965 | 25 | 25 | | 25 |
| 2024-02-16 | 22:59:51 | 120223 | 1E+05 | Star Wars Lot Set | | 75035 | 75035 | 89.99 | 89.99 | | 89.99 |
| 2024-02-16 | 22:59:51 | 120223 | 1E+05 | Star Wars Lot Set | | 75164 | 75164 | 39.99 | 39.99 | | 39.99 |
| 2024-02-16 | 23:38:39 | 120225 | 1E+05 | Star Wars Lot Set | | 75035 | 75035 | -89.99 | 89.99 | | 89.99 |
| 2024-02-16 | 23:38:39 | 120225 | 1E+05 | Star Wars Lot Set | | 75164 | 75164 | 0 | 39.99 | | 39.99 |
| 2024-02-16 | 23:41:26 | 120226 | 1E+05 | Star Wars Lot Set | | 75131 | 75131 | 29.99 | 29.99 | | 29.99 |
| 2024-02-17 | 22:19:19 | 120242 | 1E+05 | Star Wars Lot Set | | 75089 | 75089 | 59.99 | 59.99 | | 59.99 |
| 2024-02-18 | 0:44:18 | 120250 | 1E+05 | Star Wars Lot | Rebel pilot polybag | | SW0757 | 10 | 10 | | 10 |
| 2024-05-04 | 17:52:31 | 121411 | 1E+05 | Star Wars Lot | | 326 | sw0326 | 15 | 15 | | 15 |
| 2024-03-18 | 19:07:57 | 120673 | 1E+05 | Star Wars Lot | | 338 | sw0338 | 10 | 10 | | 10 |
| 2024-03-18 | 19:07:57 | 120673 | 1E+05 | Star Wars Lot | | 339 | sw0339 | 10 | 10 | | 10 |
| 2024-02-20 | 19:40:43 | 120303 | 1E+05 | Star Wars Lot | 0134a | | sw0134a | 40 | 40 | | 40 |
| 2024-10-02 | 19:22:09 | 123667 | 1E+05 | Star Wars Lot | | 339 | sw0339 | 12 | 12 | | 12 |
| 2024-02-20 | 19:40:43 | 120303 | 1E+05 | Star Wars Lot Set | | 75060 | 75060 | 659.99 | 659.99 | | 659.99 |
| 2024-02-24 | 0:21:21 | 120321 | 1E+05 | Star Wars Lot Set | | 75035 | 75035 | 60 | 60 | | 60 |
| 2024-02-24 | 18:18:57 | 120325 | 1E+05 | Star Wars Lot Set | | 75106 | 75106 | 399.99 | 399.99 | | 399.99 |
| 2024-02-24 | 18:34:24 | 120326 | 1E+05 | Star Wars Lot | | 360 | sw0360 | 6 | 6 | | 6 |
| 2024-02-24 | 19:50:50 | 120331 | 1E+05 | Star Wars Lot Set | | 75075 | 75075 | 24.99 | 24.99 | | 24.99 |
| 2023-12-05 | 23:18:13 | 118867 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 7 | 7 | | 7 |
| 2024-02-25 | 0:08:01 | 120361 | 1E+05 | Star Wars Lot Set | Rebel pilot polybag | | SW0757 | 10 | 10 | | 10 |
| 2023-12-20 | 20:27:09 | 119178 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 7 | 7 | | 7 |
| 2023-12-29 | 18:53:54 | 119449 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 7 | 7 | | 7 |
| 2024-02-26 | 0:39:10 | 120392 | 1E+05 | Star Wars Lot Set | | 10188 | 10188 | 899.99 | 899.99 | | 899.99 |
| 2024-02-10 | 22:06:46 | 120107 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 14 | 7 | | 7 |
| 2024-02-18 | 1:33:35 | 120253 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 14 | 7 | | 7 |
| 2024-02-26 | 20:24:38 | 120396 | 1E+05 | Star Wars Lot Set | | 75060 | 75060 | 600 | 600 | | 600 |
| 2024-02-26 | 20:24:38 | 120396 | 1E+05 | Star Wars Lot | Darth revan | | SW0547 | 250 | 250 | | 250 |
| 2024-02-18 | 19:05:21 | 120254 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 5.87 | 7 | | 7 |
| 2024-02-26 | 0:10:40 | 120389 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 14 | 7 | | 7 |
| 2024-03-06 | 0:08:51 | 120485 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 7 | 7 | | 7 |
| 2024-03-03 | 23:41:33 | 120468 | 1E+05 | Star Wars Lot | 0128a | | sw0128a | 20 | 20 | | 20 |
| 2024-03-04 | 20:30:57 | 120471 | 1E+05 | Star Wars Lot | 0001b | | sw0001b | 6 | 6 | | 6 |
| 2024-03-06 | 1:57:57 | 120487 | 1E+05 | Star Wars Lot | | 359 | sw0359 | 7 | 7 | | 7 |
| 2024-10-01 | 23:44:12 | 123662 | 1E+05 | Star Wars Lot | | 364 | sw0364 | 20 | 20 | | 20 |
| 2024-02-20 | 19:40:43 | 120303 | 1E+05 | Star Wars Lot | | 377 | sw0377 | 60 | 60 | | 60 |
| 2024-03-08 | 21:53:58 | 120501 | 1E+05 | Star Wars Lot | Rancor | | Rancor | 180 | 200 | 180 | 180 |
| 2024-03-08 | 21:53:58 | 120501 | 1E+05 | Star Wars Lot | Jabba | | sw0402 | 54 | 60 | 54 | 54 |
| 2024-03-08 | 21:58:25 | 120502 | 1E+05 | Star Wars Lot Set | Layaway | | - | 50 | 50 | | 50 |
| 2024-04-07 | 21:43:32 | 121016 | 1E+05 | Star Wars Lot | | 377 | sw0377 | 60 | 60 | | 60 |
| 2024-03-10 | 1:32:30 | 120556 | 1E+05 | Star Wars Lot | 0005b | | sw0005b | 10 | 10 | | 10 |
| 2024-05-23 | 0:11:10 | 121682 | 1E+05 | Star Wars Lot | | 377 | sw0377 | 60 | 60 | | 60 |
| 2024-06-11 | 23:57:30 | 122002 | 1E+05 | Star Wars Lot | | 377 | sw0377 | 40 | 40 | | 40 |
| 2024-03-12 | 19:21:25 | 120580 | 1E+05 | Star Wars Lot Set | | 75150 | 75150 | 199.99 | 199.99 | | 199.99 |
| 2024-08-20 | 23:17:35 | 123114 | 1E+05 | Star Wars Lot Set | | 377 | sw0377 | 20 | 20 | | 20 |
| 2024-08-20 | 23:17:35 | 123114 | 1E+05 | Star Wars Lot Set | | 378 | sw0378 | 24 | 12 | | 12 |
| 2024-09-07 | 18:36:20 | 123391 | 1E+05 | Star Wars Lot | | 378 | sw0378 | 12 | 12 | | 12 |
| 2024-03-15 | 21:28:47 | 120598 | 1E+05 | Star Wars Lot Set | Layaway | | - | 53 | 53 | | 53 |
| 2024-03-15 | 22:30:24 | 120602 | 1E+05 | Star Wars Lot Set | | 75088 | 75088 | 59.99 | 59.99 | | 59.99 |
| 2024-03-15 | 22:30:24 | 120602 | 1E+05 | Star Wars Lot Set | | 7914 | 7914 | 79.99 | 79.99 | | 79.99 |
| 2024-03-15 | 22:30:24 | 120602 | 1E+05 | Star Wars Lot Set | Rebel Pilot Polybag | | SW0757 | 10 | 10 | | 10 |
| 2024-03-15 | 22:30:24 | 120602 | 1E+05 | Star Wars Lot Set | | 75148 | 75148 | 59.99 | 59.99 | | 59.99 |
| 2024-03-15 | 22:30:24 | 120602 | 1E+05 | Star Wars Lot Set | | 75147 | 75147 | 79.99 | 79.99 | | 79.99 |
| 2024-03-16 | 0:24:02 | 120609 | 1E+05 | Star Wars Lot Set | | 75141 | 75141 | 79.99 | 79.99 | | 79.99 |
| 2024-03-16 | 18:07:48 | 120615 | 1E+05 | Star Wars Lot Set | | 75189 | 75189 | 199.99 | 199.99 | | 199.99 |
| 2024-03-16 | 22:54:58 | 120638 | 1E+05 | Star Wars Lot Set | | 75004 | 75004 | 249.99 | 249.99 | | 249.99 |
| 2024-03-17 | 22:26:24 | 120662 | 1E+05 | Star Wars Lot Set | | 75050 | 75050 | 199.99 | 199.99 | | 199.99 |
| 2023-11-30 | 1:14:45 | 118764 | 1E+05 | Star Wars Lot | | 380 | sw0380 | 20 | 20 | | 20 |
| 2023-12-19 | 20:19:07 | 119151 | 1E+05 | Star Wars Lot | | 380 | sw0380 | 15 | 15 | | 15 |
| 2024-04-13 | 21:47:42 | 121100 | 1E+05 | Star Wars Lot | | 381 | sw0381 | 15 | 15 | | 15 |
| 2023-12-09 | 0:08:56 | 118907 | 1E+05 | Star Wars Lot | | 383 | sw0383 | 40 | 20 | | 20 |
| 2024-03-20 | 18:16:10 | 120693 | 1E+05 | Star Wars Lot Set | | 75043 | 75043 | 179.99 | 179.99 | | 179.99 |
| 2024-03-20 | 18:16:10 | 120693 | 1E+05 | Star Wars Lot Set | | 75112 | 75112 | 84.99 | 84.99 | | 84.99 |
| 2024-03-20 | 19:20:34 | 120697 | 1E+05 | Star Wars Lot Set | | 75076 | 75076 | 45.99 | 45.99 | | 45.99 |
| 2024-03-20 | 19:20:34 | 120697 | 1E+05 | Star Wars Lot Set | | 75134 | 75134 | 49.99 | 49.99 | | 49.99 |
| 2024-03-20 | 19:20:34 | 120697 | 1E+05 | Star Wars Lot Set | | 75036 | 75036 | 149.99 | 149.99 | | 149.99 |
| 2024-03-20 | 19:20:34 | 120697 | 1E+05 | Star Wars Lot Set | | 9488 | 9488 | 149.99 | 149.99 | | 149.99 |
| 2024-03-20 | 19:20:34 | 120697 | 1E+05 | Star Wars Lot Set | | 75079 | 75079 | 49.99 | 49.99 | | 49.99 |
| 2024-03-22 | 23:16:53 | 120722 | 1E+05 | Star Wars Lot Set | | 75072 | 75072 | 34.99 | 34.99 | | 34.99 |
| 2024-03-23 | 17:50:00 | 120733 | 1E+05 | Star Wars Lot | 0002A | | sw0002A | 60 | 60 | | 60 |
| 2024-02-03 | 23:48:30 | 120039 | 1E+05 | Star Wars Lot | | 384 | sw0384 | 75 | 75 | | 75 |
| 2024-09-28 | 23:49:41 | 123632 | 1E+05 | Star Wars Lot | | 385 | sw0385 | 175 | 175 | | 175 |
| 2024-03-05 | 1:54:25 | 120479 | 1E+05 | Star Wars Lot | | 386 | sw0386 | 27.19 | 30 | | 30 |
| 2024-03-23 | 23:35:32 | 120765 | 1E+05 | Star Wars Lot Set | | 75133 | 75133 | 39.99 | 39.99 | | 39.99 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2024-03-23 | 23:40:04 | 120766 | 1E+05 | Star Wars Lot Set | 75131 | 75131 | 25.99 | 25.99 | | 25.99 |
| 2024-02-04 | 0:32:54 | 120044 | 1E+05 | Star Wars Lot | 387 | sw0387 | 50 | 50 | | 50 |
| 2024-03-25 | 22:06:43 | 120796 | 1E+05 | Star Wars Lot | 75076 | 75076 | 44.99 | 44.99 | | 44.99 |
| 2024-07-31 | 19:52:38 | 122814 | 1E+05 | Star Wars Lot | 387 | sw0387 | 126 | 126 | | 126 |
| 2024-03-25 | 23:30:58 | 120801 | 1E+05 | Star Wars Lot Set | 75074 | 75074 | 24.99 | 24.99 | | 24.99 |
| 2024-09-08 | 0:29:58 | 123419 | 1E+05 | Star Wars Lot | 387 | sw0387 | 100 | 100 | | 100 |
| 2024-09-18 | 20:09:20 | 123517 | 1E+05 | Star Wars Lot | 398 | sw0398 | 20 | 20 | | 20 |
| 2024-04-01 | 23:36:35 | 120913 | 1E+05 | Star Wars Lot Set | 75117 | 75117 | 49.99 | 49.99 | | 49.99 |
| 2024-04-01 | 23:36:35 | 120913 | 1E+05 | Star Wars Lot Set | 75111 | 75111 | 64.99 | 64.99 | | 64.99 |
| 2024-04-02 | 23:47:57 | 120926 | 1E+05 | Star Wars Lot Set | 75117 | 75117 | 49.99 | 49.99 | | 49.99 |
| 2024-09-12 | 22:11:05 | 123460 | 1E+05 | Star Wars Lot | 402 | sw0402 | 60 | 60 | | 60 |
| 2024-03-15 | 20:36:42 | 120594 | 1E+05 | Star Wars Lot | 404 | sw0404 | 20 | 20 | | 20 |
| 2024-04-05 | 21:29:19 | 120946 | 1E+05 | Star Wars Lot Set 75157 layaway | | 75157 | 20 | 20 | | 20 |
| 2024-04-06 | 17:52:53 | 120959 | 1E+05 | Star Wars Lot Set | 75135 | 75135 | 149.99 | 149.99 | | 149.99 |
| 2024-04-06 | 17:52:53 | 120959 | 1E+05 | Star Wars Lot Set | 75072 | 75072 | 39.99 | 39.99 | | 39.99 |
| 2024-04-06 | 18:00:14 | 120962 | 1E+05 | Star Wars Lot Set | 75133 | 75133 | 39.99 | 39.99 | | 39.99 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | 405 | sw0405 | 25 | 25 | | 25 |
| 2024-04-07 | 20:00:03 | 121009 | 1E+05 | Star Wars Lot Set | 75165 | 75165 | 54.99 | 54.99 | | 54.99 |
| 2023-11-16 | 1:01:24 | 118477 | 1E+05 | Star Wars Lot | 406 | sw0406 | 70 | 70 | | 70 |
| 2024-04-07 | 23:59:43 | 121023 | 1E+05 | Star Wars Lot Set | 75042 | 75042 | 139.99 | 139.99 | | 139.99 |
| 2024-05-11 | 18:16:14 | 121523 | 1E+05 | Star Wars Lot | 406 | sw0406 | 60 | 60 | | 60 |
| 2024-04-08 | 17:35:52 | 121028 | 1E+05 | Star Wars Lot Set | 75137 | 75137 | 59.99 | 59.99 | | 59.99 |
| 2023-11-13 | 23:45:30 | 118453 | 1E+05 | Star Wars Lot | 413 | sw0413 | 35 | 35 | | 35 |
| 2023-11-18 | 0:31:39 | 118497 | 1E+05 | Star Wars Lot | 413 | sw0413 | 30 | 30 | | 30 |
| 2024-04-12 | 23:51:30 | 121079 | 1E+05 | Star Wars Lot Set | 75092 | 75092 | 239.99 | 239.99 | | 239.99 |
| 2024-04-13 | 19:53:19 | 121088 | 1E+05 | Star Wars Lot Set | 75128 | 75128 | 19.99 | 19.99 | | 19.99 |
| 2023-11-18 | 21:20:53 | 118509 | 1E+05 | Star Wars Lot | 413 | sw0413 | 55 | 55 | | 55 |
| 2023-11-25 | 22:35:05 | 118686 | 1E+05 | Star Wars Lot | 413 | sw0413 | 110 | 110 | | 110 |
| 2024-02-26 | 0:10:40 | 120389 | 1E+05 | Star Wars Lot | 415 | sw0415 | 12 | 12 | | 12 |
| 2024-04-13 | 21:47:42 | 121100 | 1E+05 | Star Wars Lot Set | 75072 | 75072 | 34.99 | 34.99 | | 34.99 |
| 2024-04-13 | 21:47:42 | 121100 | 1E+05 | Star Wars Lot Set | 75163 | 75163 | 19.99 | 19.99 | | 19.99 |
| 2024-04-13 | 21:47:42 | 121100 | 1E+05 | Star Wars Lot Set | 75075 | 75075 | 24.99 | 24.99 | | 24.99 |
| 2024-04-13 | 21:54:20 | 121101 | 1E+05 | Star Wars Lot    Sw0301 | | Sw0301 | 10 | 10 | | 10 |
| 2024-04-13 | 21:54:20 | 121101 | 1E+05 | Star Wars Lot Set | 10198 | 10198 | 449.99 | 449.99 | | 449.99 |
| 2024-04-18 | 0:50:13 | 121177 | 1E+05 | Star Wars Lot Set | 75136 | 75136 | 39.99 | 39.99 | | 39.99 |
| 2024-08-01 | 17:30:33 | 122824 | 1E+05 | Star Wars Lot | 416 | sw0416 | 135 | 135 | | 135 |
| 2023-12-18 | 23:09:56 | 119136 | 1E+05 | Star Wars Lot | 422 | sw0422 | 50 | 50 | | 50 |
| 2024-04-20 | 19:16:31 | 121206 | 1E+05 | Star Wars Lot Set | 75036 | 75036 | 139.99 | 139.99 | | 139.99 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | 431 | sw0431 | 25 | 25 | | 25 |
| 2024-09-22 | 19:58:37 | 123576 | 1E+05 | Star Wars Lot | 431 | sw0431 | 20 | 20 | | 20 |
| 2024-04-20 | 21:32:47 | 121217 | 1E+05 | Star Wars Lot Set | 75127 | 75127 | 49.99 | 49.99 | | 49.99 |
| 2024-04-20 | 21:32:47 | 121217 | 1E+05 | Star Wars Lot Set | 75154 | 75154 | 119.99 | 119.99 | | 119.99 |
| 2024-03-23 | 18:18:06 | 120734 | 1E+05 | Star Wars Lot | 435 | sw0435 | 40 | 40 | | 40 |
| 2024-05-17 | 23:00:34 | 121598 | 1E+05 | Star Wars Lot | 436 | sw0436 | 15 | 15 | | 15 |
| 2024-04-27 | 0:44:52 | 121300 | 1E+05 | Star Wars Lot Set | 75040 | 75040 | 149.99 | 149.99 | | 149.99 |
| 2024-04-27 | 0:46:51 | 121301 | 1E+05 | Star Wars Lot Set | 75049 | 75049 | 149.99 | 149.99 | | 149.99 |
| 2024-04-20 | 20:10:43 | 121211 | 1E+05 | Star Wars Lot | 442 | sw0442 | 20 | 20 | | 20 |
| 2024-04-30 | 17:28:23 | 121364 | 1E+05 | Star Wars Lot    Revan | | sw0547 | 250 | 250 | | 250 |
| 2024-08-27 | 23:36:35 | 123217 | 1E+05 | Star Wars Lot | 443 | sw0443 | 10 | 10 | | 10 |
| 2024-10-06 | 21:28:33 | 123733 | 1E+05 | Star Wars Lot | 443 | sw0443 | 20 | 10 | | 10 |
| 2024-03-29 | 20:48:26 | 120854 | 1E+05 | Star Wars Lot | 446 | sw0446 | 10 | 10 | | 10 |
| 2024-05-04 | 17:44:36 | 121407 | 1E+05 | Star Wars Lot Set | 75104 | 75104 | 89.99 | 99.99 | 89.99 | 89.99 |
| 2024-05-04 | 17:46:48 | 121408 | 1E+05 | Star Wars Lot Set | 75130 | 75130 | 22.49 | 24.99 | 22.49 | 22.49 |
| 2024-05-04 | 17:46:48 | 121408 | 1E+05 | Star Wars Lot Set | 75078 | 75078 | 35.99 | 39.99 | 35.99 | 35.99 |
| 2024-05-04 | 17:46:48 | 121408 | 1E+05 | Star Wars Lot Set | 75158 | 75158 | 540 | 600 | 540 | 540 |
| 2024-05-04 | 17:48:40 | 121409 | 1E+05 | Star Wars Lot Set | 75170 | 75170 | 270 | 300 | 270 | 270 |
| 2024-05-04 | 17:48:40 | 121409 | 1E+05 | Star Wars Lot Set | 75082 | 75082 | 90 | 100 | 90 | 90 |
| 2024-05-25 | 20:28:59 | 121721 | 1E+05 | Star Wars Lot | 446 | sw0446 | 10 | 10 | | 10 |
| 2024-05-04 | 18:41:25 | 121419 | 1E+05 | Star Wars Lot Set | 75074 | 75074 | 22.49 | 24.99 | 22.49 | 22.49 |
| 2024-05-04 | 18:41:25 | 121419 | 1E+05 | Star Wars Lot Set | 75162 | 75162 | 22.49 | 24.99 | 22.49 | 22.49 |
| 2024-05-04 | 18:41:25 | 121419 | 1E+05 | Star Wars Lot Set | 75125 | 75125 | 17.99 | 19.99 | 17.99 | 17.99 |
| 2024-05-04 | 23:23:00 | 121448 | 1E+05 | Star Wars Lot Set | 9492 | 9492 | 89.99 | 99.99 | 89.99 | 89.99 |
| 2024-05-05 | 19:37:11 | 121460 | 1E+05 | Star Wars Lot Set | 75075 | 75075 | 21.24 | 24.99 | 21.24 | 21.24 |
| 2024-05-05 | 19:39:23 | 121461 | 1E+05 | Star Wars Lot Set | 75037 | 75037 | 81.59 | 95.99 | 81.59 | 81.59 |
| 2024-05-05 | 19:39:23 | 121461 | 1E+05 | Star Wars Lot Set | 75018 | 75018 | 119 | 140 | 119 | 119 |
| 2024-05-05 | 19:39:23 | 121461 | 1E+05 | Star Wars Lot Set | 75084 | 75084 | 127.5 | 150 | 127.5 | 127.5 |
| 2024-05-07 | 0:13:16 | 121490 | 1E+05 | Star Wars Lot Set | 9488 | 9488 | 149.99 | 149.99 | | 149.99 |
| 2024-05-08 | 0:59:24 | 121497 | 1E+05 | Star Wars Lot Set | 75127 | 75127 | 30 | 30 | | 30 |
| 2024-05-10 | 17:17:33 | 121508 | 1E+05 | Star Wars Lot Set | 30680 | 30680 | 5 | 5 | | 5 |
| 2024-08-25 | 0:38:00 | 123187 | 1E+05 | Star Wars Lot | 451 | sw0451 | 8 | 8 | | 8 |
| 2024-05-11 | 18:16:14 | 121523 | 1E+05 | Star Wars Lot Set | 75167 | 75167 | 49.99 | 49.99 | | 49.99 |
| 2024-05-11 | 18:16:14 | 121523 | 1E+05 | Star Wars Lot Set | 75165 | 75165 | 54.99 | 54.99 | | 54.99 |
| 2024-05-11 | 19:14:00 | 121526 | 1E+05 | Star Wars Lot Set | 75163 | 75163 | 19.99 | 19.99 | | 19.99 |
| 2024-05-11 | 20:56:30 | 121534 | 1E+05 | Star Wars Lot Set | 75034 | 75034 | 36.07 | 39.99 | | 39.99 |
| 2024-09-07 | 22:48:19 | 123413 | 1E+05 | Star Wars Lot | 451 | sw0451 | 12 | 12 | | 12 |
| 2024-03-02 | 22:14:48 | 120436 | 1E+05 | Star Wars Lot | 452 | sw0452 | 40 | 40 | | 40 |
| 2024-08-28 | 23:01:00 | 123227 | 1E+05 | Star Wars Lot | 452 | sw0452 | 45 | 45 | | 45 |
| 2024-09-05 | 19:51:23 | 123350 | 1E+05 | Star Wars Lot | 467 | sw0467 | 7 | 7 | | 7 |
| 2024-10-23 | 17:15:21 | 123915 | 1E+05 | Star Wars Lot | 468 | sw0468 | 60 | 60 | | 60 |
| 2024-05-20 | 22:33:39 | 121658 | 1E+05 | Star Wars Lot Set | 75001 | 75001 | 54.99 | 54.99 | | 54.99 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2024-04-26 | 21:05:49 | 121284 | 1E+05 Star Wars Lot | 469 | sw0469 | 35 | 35 | | 35 |
| 2024-03-10 | 23:11:40 | 120566 | 1E+05 Star Wars Lot | 471 | sw0471 | 12 | 12 | | 12 |
| 2024-08-22 | 21:26:25 | 123134 | 1E+05 Star Wars Lot | 472 | sw0472 | 75 | 75 | | 75 |
| 2024-08-19 | 23:05:48 | 123102 | 1E+05 Star Wars Lot | 481 | sw0481 | 20 | 20 | | 20 |
| 2024-05-31 | 19:45:10 | 121804 | 1E+05 Star Wars Lot Set | 75169 | 75169 | 79.99 | 79.99 | | 79.99 |
| 2024-09-08 | 0:08:14 | 123418 | 1E+05 Star Wars Lot | 481 | sw0481 | 25 | 25 | | 25 |
| 2024-10-05 | 0:48:34 | 123689 | 1E+05 Star Wars Lot | 481 | sw0481 | 25 | 25 | | 25 |
| 2024-08-11 | 18:07:46 | 122973 | 1E+05 Star Wars Lot | 482 | sw0482 | 7 | 7 | | 7 |
| 2024-06-03 | 23:21:25 | 121888 | 1E+05 Star Wars Lot Set | 75086 | 75086 | 150 | 150 | | 150 |
| 2024-06-03 | 23:21:25 | 121888 | 1E+05 Star Wars Lot Set | 75153 | 75153 | 49.99 | 49.99 | | 49.99 |
| 2024-06-06 | 23:06:16 | 121914 | 1E+05 Star Wars Lot    0001C | | sw0001C | 18 | 6 | | 6 |
| 2024-06-10 | 17:44:00 | 121983 | 1E+05 Star Wars Lot Set | 75078 | 75078 | 39.99 | 39.99 | | 39.99 |
| 2024-06-10 | 23:18:46 | 121991 | 1E+05 Star Wars Lot Set | 75129 | 75129 | 24.99 | 24.99 | | 24.99 |
| 2023-11-13 | 0:07:17 | 118434 | 1E+05 Star Wars Lot | 486 | sw0486 | 140 | 140 | | 140 |
| 2024-08-19 | 22:13:01 | 123100 | 1E+05 Star Wars Lot | 492 | sw0492 | 50 | 50 | | 50 |
| 2024-06-12 | 23:58:24 | 122010 | 1E+05 Star Wars Lot    0128a | | sw0128a | 20 | 20 | | 20 |
| 2023-12-27 | 0:12:43 | 119383 | 1E+05 Star Wars Lot | 493 | sw0493 | 40 | 40 | | 40 |
| 2024-06-16 | 19:24:11 | 122070 | 1E+05 Star Wars Lot Set | 75078 | 75078 | 39.99 | 39.99 | | 39.99 |
| 2024-06-19 | 22:42:57 | 122129 | 1E+05 Star Wars Lot Set | 75127 | 75127 | 39.09 | 45.99 | 39.09 | 39.09 |
| 2024-06-19 | 22:42:57 | 122129 | 1E+05 Star Wars Lot Set | 75077 | 75077 | 22.09 | 25.99 | 22.09 | 22.09 |
| 2024-01-24 | 20:29:34 | 119835 | 1E+05 Star Wars Lot | 494 | sw0494 | 40 | 40 | | 40 |
| 2023-12-30 | 22:40:51 | 119484 | 1E+05 Star Wars Lot | 499 | sw0499 | 52 | 52 | | 52 |
| 2024-06-24 | 20:01:18 | 122222 | 1E+05 Star Wars Lot Set | 10240 | 10240 | 489.99 | 489.99 | | 489.99 |
| 2024-04-07 | 23:59:43 | 121023 | 1E+05 Star Wars Lot | 502 | sw0502 | 40 | 40 | | 40 |
| 2024-06-28 | 22:01:54 | 122277 | 1E+05 Star Wars Lot Set | 75094 | 75094 | 189.99 | 189.99 | | 189.99 |
| 2024-03-18 | 19:07:57 | 120673 | 1E+05 Star Wars Lot | 508 | sw0508 | 10 | 10 | | 10 |
| 2023-12-17 | 0:45:16 | 119087 | 1E+05 Star Wars Lot | 509 | sw0509 | 35 | 35 | | 35 |
| 2024-07-02 | 22:33:16 | 122355 | 1E+05 Star Wars Lot Set | 75030 | 75030 | 29.99 | 29.99 | | 29.99 |
| 2023-12-20 | 21:44:51 | 119184 | 1E+05 Star Wars Lot | 510 | sw0510 | 60 | 60 | | 60 |
| 2024-07-07 | 21:02:10 | 122441 | 1E+05 Star Wars Lot Set | 75128 | 75128 | 19.99 | 19.99 | | 19.99 |
| 2024-07-07 | 21:02:10 | 122441 | 1E+05 Star Wars Lot Set | 75075 | 75075 | 24.99 | 24.99 | | 24.99 |
| 2023-11-26 | 0:39:30 | 118698 | 1E+05 Star Wars Lot | 515 | sw0515 | 40 | 40 | | 40 |
| 2024-07-10 | 18:27:42 | 122485 | 1E+05 Star Wars Lot Set | 10240 | 10240 | -489.99 | 489.99 | | 489.99 |
| 2024-07-10 | 18:28:21 | 122486 | 1E+05 Star Wars Lot Set | 10240 | 10240 | 269.99 | 269.99 | | 269.99 |
| 2024-07-11 | 19:34:19 | 122498 | 1E+05 Star Wars Lot Set | 75129 | 75129 | 24.99 | 24.99 | | 24.99 |
| 2024-07-13 | 0:12:31 | 122522 | 1E+05 Star Wars Lot Set | 75128 | 75128 | 19.99 | 19.99 | | 19.99 |
| 2024-07-16 | 21:09:46 | 122563 | 1E+05 Star Wars Lot Set | 75149 | 75149 | 119.99 | 119.99 | | 119.99 |
| 2024-07-17 | 21:24:51 | 122579 | 1E+05 Star Wars Lot Set | 75032 | 75032 | 34.99 | 34.99 | | 34.99 |
| 2024-07-17 | 21:24:51 | 122579 | 1E+05 Star Wars Lot Set | 75090 | 75090 | 109.99 | 109.99 | | 109.99 |
| 2024-07-23 | 0:53:05 | 122683 | 1E+05 Star Wars Lot Set | 7965 | 7965 | 249.99 | 249.99 | | 249.99 |
| 2024-07-23 | 21:52:59 | 122695 | 1E+05 Star Wars Lot Set | 75154 | 75154 | 109.99 | 109.99 | | 109.99 |
| 2024-07-24 | 21:24:23 | 122704 | 1E+05 Star Wars Lot Set | 75128 | 75128 | 24.99 | 24.99 | | 24.99 |
| 2024-07-24 | 21:24:23 | 122704 | 1E+05 Star Wars Lot Set | 75078 | 75078 | 39.99 | 39.99 | | 39.99 |
| 2024-07-27 | 19:32:57 | 122747 | 1E+05 Star Wars Lot Set | 75131 | 75131 | 29.99 | 29.99 | | 29.99 |
| 2024-07-28 | 1:11:36 | 122763 | 1E+05 Star Wars Lot Set | 75029 | 75029 | 34.99 | 34.99 | | 34.99 |
| 2024-07-30 | 19:35:30 | 122806 | 1E+05 Star Wars Lot Set | 75081 | 75081 | 49.99 | 49.99 | | 49.99 |
| 2023-12-02 | 21:50:00 | 118804 | 1E+05 Star Wars Lot | 515 | sw0515 | 40 | 40 | | 40 |
| 2024-08-25 | 20:47:07 | 123193 | 1E+05 Star Wars Lot | 518 | sw0518 | 15 | 15 | | 15 |
| 2024-08-26 | 20:35:54 | 123209 | 1E+05 Star Wars Lot | 518 | sw0518 | 30 | 15 | | 15 |
| 2024-08-02 | 0:55:47 | 122836 | 1E+05 Star Wars Lot Set | 75089 | 75089 | 69.99 | 69.99 | | 69.99 |
| 2024-08-21 | 19:31:50 | 123120 | 1E+05 Star Wars Lot | 519 | sw0519 | 18 | 18 | | 18 |
| 2024-08-04 | 19:11:44 | 122871 | 1E+05 Star Wars Lot Set | 10188 | 10188 | 799.99 | 799.99 | | 799.99 |
| 2024-08-04 | 22:23:34 | 122878 | 1E+05 Star Wars Lot Set | 75075 | 75075 | 25.99 | 25.99 | | 25.99 |
| 2024-08-04 | 23:26:45 | 122879 | 1E+05 Star Wars Lot Set | 75077 | 75077 | 25.99 | 25.99 | | 25.99 |
| 2024-08-05 | 22:36:55 | 122900 | 1E+05 Star Wars Lot Set | 75051 | 75051 | 199.99 | 199.99 | | 199.99 |
| 2024-08-06 | 23:31:10 | 122908 | 1E+05 Star Wars Lot Set | 75029 | 75029 | 34.99 | 34.99 | | 34.99 |
| 2024-08-25 | 20:47:07 | 123193 | 1E+05 Star Wars Lot | 519 | sw0519 | 18 | 18 | | 18 |
| 2024-09-19 | 21:43:45 | 123525 | 1E+05 Star Wars Lot | 519 | sw0519 | 72 | 18 | | 18 |
| 2024-08-31 | 21:08:24 | 123281 | 1E+05 Star Wars Lot | 522 | sw0522 | 20 | 20 | | 20 |
| 2024-08-25 | 19:49:30 | 123191 | 1E+05 Star Wars Lot | 523 | sw0523 | 25 | 25 | | 25 |
| 2024-08-08 | 18:28:23 | 122927 | 1E+05 Star Wars Lot Set | 75134 | 75134 | 40 | 40 | | 40 |
| 2024-08-08 | 18:59:09 | 122930 | 1E+05 Star Wars Lot Set | 75125 | 75125 | 19.99 | 19.99 | | 19.99 |
| 2024-08-10 | 16:54:54 | 122953 | 1E+05 Star Wars Lot Set | 75127 | 75127 | 49.99 | 49.99 | | 49.99 |
| 2024-08-10 | 16:54:54 | 122953 | 1E+05 Star Wars Lot Set | 75077 | 75077 | 25.99 | 25.99 | | 25.99 |
| 2024-08-10 | 16:54:54 | 122953 | 1E+05 Star Wars Lot Set | 75033 | 75033 | 34.99 | 34.99 | | 34.99 |
| 2024-08-10 | 16:54:54 | 122953 | 1E+05 Star Wars Lot Set | 75164 | 75164 | 39.99 | 39.99 | | 39.99 |
| 2024-08-10 | 16:54:54 | 122953 | 1E+05 Star Wars Lot Set | 75089 | 75089 | 69.99 | 69.99 | | 69.99 |
| 2024-08-10 | 20:25:04 | 122961 | 1E+05 Star Wars Lot Set | 75133 | 75133 | 39.99 | 39.99 | | 39.99 |
| 2024-08-10 | 20:25:04 | 122961 | 1E+05 Star Wars Lot Set | 75162 | 75162 | 24.99 | 24.99 | | 24.99 |
| 2024-08-10 | 20:25:04 | 122961 | 1E+05 Star Wars Lot Set | 75126 | 75126 | 19.99 | 19.99 | | 19.99 |
| 2024-08-10 | 21:03:42 | 122965 | 1E+05 Star Wars Lot Set | 75105 | 75105 | 199.99 | 199.99 | | 199.99 |
| 2024-08-10 | 23:09:49 | 122969 | 1E+05 Star Wars Lot Set | 75073 | 75073 | 34.49 | 34.49 | | 34.49 |
| 2024-08-10 | 23:09:49 | 122969 | 1E+05 Star Wars Lot Set | 75076 | 75076 | 44.99 | 44.99 | | 44.99 |
| 2024-08-10 | 23:09:49 | 122969 | 1E+05 Star Wars Lot Set | 75028 | 75028 | 74.99 | 74.99 | | 74.99 |
| 2024-08-10 | 23:09:49 | 122969 | 1E+05 Star Wars Lot Set | 75087 | 75087 | 249.99 | 249.99 | | 249.99 |
| 2024-08-10 | 23:09:49 | 122969 | 1E+05 Star Wars Lot Set | 75085 | 75085 | 139.99 | 139.99 | | 139.99 |
| 2024-08-10 | 23:09:49 | 122969 | 1E+05 Star Wars Lot Set | 75142 | 75142 | 129.99 | 129.99 | | 129.99 |
| 2024-08-10 | 23:09:49 | 122969 | 1E+05 Star Wars Lot Set | 75046 | 75046 | 349.99 | 349.99 | | 349.99 |
| 2024-08-21 | 19:41:33 | 123122 | 1E+05 Star Wars Lot | 524 | sw0524 | 25 | 25 | | 25 |
| 2024-08-11 | 20:04:49 | 122979 | 1E+05 Star Wars Lot Set | 10188 | 10188 | 899.99 | 899.99 | | 899.99 |

| Date | Time | ID | | Description | | Item # | SKU | Price 1 | Price 2 | Price 3 |
|---|---|---|---|---|---|---|---|---|---|---|
| 2024-08-13 | 22:08:58 | 123015 | 1E+05 | Star Wars Lot Set | | 9488 | 9488 | 149.99 | 149.99 | 149.99 |
| 2024-08-17 | 18:43:40 | 123053 | 1E+05 | Star Wars Lot Set | | 75102 | 75102 | 129.99 | 129.99 | 129.99 |
| 2024-08-17 | 19:14:13 | 123054 | 1E+05 | Star Wars Lot Set | | 75173 | 75173 | 39.99 | 39.99 | 39.99 |
| 2024-01-01 | 23:00:16 | 119528 | 1E+05 | Star Wars Lot | | 531 | sw0531 | 200 | 100 | 100 |
| 2024-08-17 | 20:51:00 | 123057 | 1E+05 | Star Wars Lot Set | | 75126 | 75126 | 19.99 | 19.99 | 19.99 |
| 2024-08-17 | 21:10:14 | 123062 | 1E+05 | Star Wars Lot Set | | 75075 | 75075 | 24.99 | 24.99 | 24.99 |
| 2024-01-01 | 23:00:16 | 119528 | 1E+05 | Star Wars Lot | | 537 | sw0537 | 300 | 100 | 100 |
| 2024-08-19 | 21:59:57 | 123099 | 1E+05 | Star Wars Lot | 0467b | | sw0467b | 20 | 20 | 20 |
| 2024-01-01 | 21:21:35 | 119523 | 1E+05 | Star Wars Lot | | 543 | sw0543 | 10 | 10 | 10 |
| 2024-02-12 | 1:00:42 | 120151 | 1E+05 | Star Wars Lot | | 543 | sw0543 | 10 | 10 | 10 |
| 2024-08-19 | 21:59:57 | 123099 | 1E+05 | Star Wars Lot | 0467b | | sw0467b | 12 | 12 | 12 |
| 2024-10-08 | 23:16:38 | 123748 | 1E+05 | Star Wars Lot | | 546 | sw0546 | 15 | 15 | 15 |
| 2024-09-30 | 19:18:48 | 123660 | 1E+05 | Star Wars Lot | | 551 | sw0551 | 8 | 8 | 8 |
| 2024-08-08 | 18:28:23 | 122927 | 1E+05 | Star Wars Lot | | 575 | sw0575 | 100 | 100 | 100 |
| 2024-05-11 | 21:20:16 | 121535 | 1E+05 | Star Wars Lot | | 578 | sw0578 | 10 | 10 | 10 |
| 2024-08-19 | 23:05:48 | 123102 | 1E+05 | Star Wars Lot | 0467b | | sw0467b | 7 | 7 | 7 |
| 2024-04-04 | 0:20:45 | 120929 | 1E+05 | Star Wars Lot | | 585 | sw0585 | 30 | 15 | 15 |
| 2024-08-20 | 0:05:19 | 123106 | 1E+05 | Star Wars Lot Set | | 75125 | 75125 | 19.99 | 19.99 | 19.99 |
| 2024-10-26 | 17:55:24 | 123954 | 1E+05 | Star Wars Lot | | 586 | sw0586 | 20 | 20 | 20 |
| 2024-08-24 | 20:30:18 | 123168 | 1E+05 | Star Wars Lot | | 603 | sw0603 | 27 | 9 | 9 |
| 2024-09-07 | 22:48:19 | 123413 | 1E+05 | Star Wars Lot | | 604 | sw0604 | 8 | 8 | 8 |
| 2024-09-12 | 22:22:44 | 123461 | 1E+05 | Star Wars Lot | | 604 | sw0604 | 8 | 8 | 8 |
| 2024-09-29 | 22:57:11 | 123651 | 1E+05 | Star Wars Lot | | 604 | sw0604 | 8 | 8 | 8 |
| 2024-08-19 | 22:50:09 | 123101 | 1E+05 | Star Wars Lot | | 605 | sw0605 | 12 | 12 | 12 |
| 2024-09-02 | 17:50:24 | 123316 | 1E+05 | Star Wars Lot | | 605 | sw0605 | 12 | 12 | 12 |
| 2024-01-14 | 2:10:49 | 119701 | 1E+05 | Star Wars Lot | | 606 | sw0606 | 12 | 12 | 12 |
| 2024-04-13 | 21:47:42 | 121100 | 1E+05 | Star Wars Lot | | 606 | sw0606 | 15 | 15 | 15 |
| 2023-12-31 | 20:23:21 | 119506 | 1E+05 | Star Wars Lot | | 613 | sw0613 | 20 | 20 | 20 |
| 2024-04-21 | 19:39:12 | 121240 | 1E+05 | Star Wars Lot | | 613 | sw0613 | 10 | 10 | 10 |
| 2024-01-08 | 20:15:44 | 119654 | 1E+05 | Star Wars Lot | | 615 | sw0615 | 30 | 30 | 30 |
| 2024-07-06 | 19:49:51 | 122425 | 1E+05 | Star Wars Lot | | 616 | sw0616 | 140 | 140 | 140 |
| 2023-12-02 | 22:46:31 | 118807 | 1E+05 | Star Wars Lot | | 617 | sw0617 | 10 | 10 | 10 |
| 2024-08-19 | 21:59:57 | 123099 | 1E+05 | Star Wars Lot | | 617 | sw0617 | 10 | 10 | 10 |
| 2024-08-26 | 20:35:54 | 123209 | 1E+05 | Star Wars Lot Set | | 75131 | 75131 | 29.99 | 29.99 | 29.99 |
| 2024-08-27 | 22:24:48 | 123214 | 1E+05 | Star Wars Lot Set | | 75137 | 75137 | 59.99 | 59.99 | 59.99 |
| 2023-12-22 | 0:31:02 | 119225 | 1E+05 | Star Wars Lot | | 631 | sw0631 | 65 | 65 | 65 |
| 2024-08-28 | 19:04:24 | 123225 | 1E+05 | Star Wars Lot | 0011a | | sw0011a | 7 | 7 | 7 |
| 2024-06-11 | 23:57:30 | 122002 | 1E+05 | Star Wars Lot | | 631 | sw0631 | 50 | 50 | 50 |
| 2024-08-31 | 19:47:24 | 123274 | 1E+05 | Star Wars Lot Set | | 75342 | 75342 | 44.99 | 44.99 | 44.99 |
| 2024-08-31 | 20:36:11 | 123277 | 1E+05 | Star Wars Lot Set | | 75154 | 75154 | 149.99 | 149.99 | 149.99 |
| 2024-08-31 | 20:46:05 | 123278 | 1E+05 | Star Wars Lot | 0011A | | sw0011A | 7 | 7 | 7 |
| 2023-11-16 | 22:25:28 | 118483 | 1E+05 | Star Wars Lot | | 650 | sw0650 | 25 | 25 | 25 |
| 2024-08-31 | 21:08:24 | 123281 | 1E+05 | Star Wars Lot | 0128A | | sw0128A | 20 | 20 | 20 |
| 2024-08-31 | 21:11:55 | 123282 | 1E+05 | Star Wars Lot Set | | 75133 | 75133 | 39.99 | 39.99 | 39.99 |
| 2024-04-13 | 21:47:42 | 121100 | 1E+05 | Star Wars Lot | | 656 | sw0656 | 10 | 10 | 10 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | | 661 | sw0661 | 8 | 8 | 8 |
| 2024-09-02 | 18:57:16 | 123318 | 1E+05 | Star Wars Lot Set | | 75156 | 75156 | 200 | 200 | 200 |
| 2024-09-02 | 23:38:45 | 123331 | 1E+05 | Star Wars Lot Set | | 75176 | 75176 | 39.99 | 39.99 | 39.99 |
| 2024-09-03 | 21:15:52 | 123339 | 1E+05 | Star Wars Lot Set | | 75126 | 75126 | 19.99 | 19.99 | 19.99 |
| 2024-09-03 | 21:15:52 | 123339 | 1E+05 | Star Wars Lot Set | | 75075 | 75075 | 19.99 | 19.99 | 19.99 |
| 2024-01-12 | 22:08:57 | 119683 | 1E+05 | Star Wars Lot | | 677 | sw0677 | 7 | 7 | 7 |
| 2024-01-01 | 20:53:13 | 119521 | 1E+05 | Star Wars Lot | | 707 | sw0707 | 12 | 12 | 12 |
| 2024-09-07 | 22:29:29 | 123410 | 1E+05 | Star Wars Lot Set | | 75258 | 75258 | 59.99 | 59.99 | 59.99 |
| 2024-09-07 | 22:32:19 | 123412 | 1E+05 | Star Wars Lot Set | | 75138 | 75138 | 85.99 | 85.99 | 85.99 |
| 2024-09-07 | 22:32:19 | 123412 | 1E+05 | Star Wars Lot Set | | 8092 | 8092 | 69.99 | 69.99 | 69.99 |
| 2024-02-26 | 1:21:55 | 120395 | 1E+05 | Star Wars Lot | | 707 | sw0707 | 12 | 12 | 12 |
| 2024-02-27 | 21:59:36 | 120401 | 1E+05 | Star Wars Lot | | 711 | sw0711 | 25 | 25 | 25 |
| 2024-03-12 | 19:21:25 | 120580 | 1E+05 | Star Wars Lot | | 711 | sw0711 | 25 | 25 | 25 |
| 2024-08-24 | 23:26:43 | 123177 | 1E+05 | Star Wars Lot | | 719 | sw0719 | 15 | 15 | 15 |
| 2024-09-08 | 1:55:46 | 123423 | 1E+05 | Star Wars Lot Set | | 75038 | 75038 | 99.99 | 99.99 | 99.99 |
| 2024-09-08 | 19:06:59 | 123426 | 1E+05 | Star Wars Lot Set | | 75182 | 75182 | 99.99 | 99.99 | 99.99 |
| 2024-09-10 | 17:43:58 | 123443 | 1E+05 | Star Wars Lot Set | | 75094 | 75094 | 229.99 | 229.99 | 229.99 |
| 2024-09-11 | 19:52:44 | 123449 | 1E+05 | Star Wars Lot Set | | 75018 | 75018 | 150 | 150 | 150 |
| 2024-09-11 | 22:58:07 | 123451 | 1E+05 | Star Wars Lot Set | | 75137 | 75137 | 49.99 | 49.99 | 49.99 |
| 2024-06-27 | 20:26:41 | 122267 | 1E+05 | Star Wars Lot | | 744 | sw0744 | 35 | 35 | 35 |
| 2024-09-12 | 22:22:44 | 123461 | 1E+05 | Star Wars Lot | First Order General | | SW0715 | 10 | 10 | 10 |
| 2024-03-09 | 20:12:48 | 120521 | 1E+05 | Star Wars Lot | | 750 | sw0750 | 40 | 40 | 40 |
| 2024-03-18 | 22:21:03 | 120679 | 1E+05 | Star Wars Lot | | 759 | sw0759 | 100 | 100 | 100 |
| 2024-02-13 | 0:54:12 | 120166 | 1E+05 | Star Wars Lot | | 763 | sw0763 | 10 | 10 | 10 |
| 2024-04-04 | 0:20:45 | 120929 | 1E+05 | Star Wars Lot | | 781 | sw0781 | 85 | 85 | 85 |
| 2024-09-16 | 20:45:05 | 123510 | 1E+05 | Star Wars Lot Set | | 7965 | 7965 | 275 | 275 | 275 |
| 2024-08-07 | 22:28:02 | 122922 | 1E+05 | Star Wars Lot | | 781 | sw0781 | 75 | 75 | 75 |
| 2024-06-02 | 23:28:51 | 121870 | 1E+05 | Star Wars Lot | | 788 | sw0788 | 10 | 10 | 10 |
| 2024-05-12 | 23:10:23 | 121560 | 1E+05 | Star Wars Lot | | 852 | sw0852 | 40 | 40 | 40 |
| 2024-09-19 | 23:26:44 | 123529 | 1E+05 | Star Wars Lot Set Layaway 75096 | | | 75096 | 60 | 60 | 60 |
| 2024-09-20 | 19:22:31 | 123537 | 1E+05 | Star Wars Lot Set | | 75033 | 75033 | 39.99 | 39.99 | 39.99 |
| 2024-09-21 | 23:08:11 | 123568 | 1E+05 | Star Wars Lot | First Order General | | SW0715 | 10 | 10 | 10 |
| 2024-09-21 | 23:55:50 | 123570 | 1E+05 | Star Wars Lot Set | | 8098 | 8098 | 499.99 | 499.99 | 499.99 |
| 2024-09-22 | 18:52:35 | 123573 | 1E+05 | Star Wars Lot Set | | 75098 | 75098 | 400 | 400 | 400 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | | 855 | sw0855 | 18 | 18 | 18 |

| Date | Time | | | Description | | Code | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2024-08-17 | 20:13:23 | 123056 | 1E+05 | Star Wars Lot | 910 | sw0910 | 20 | 20 | 20 |
| 2024-09-29 | 19:47:08 | 123644 | 1E+05 | Star Wars Lot Set | 75126 | 75126 | 19.99 | 19.99 | 19.99 |
| 2024-09-29 | 21:12:07 | 123646 | 1E+05 | Star Wars Lot Set First order general polybag | | SW0715 | 10 | 10 | 10 |
| 2024-09-15 | 20:38:38 | 123503 | 1E+05 | Star Wars Lot | 910 | sw0910 | 20 | 20 | 20 |
| 2023-11-16 | 18:31:55 | 118480 | 1E+05 | Star Wars Lot | 911 | sw0911 | 25 | 25 | 25 |
| 2024-11-09 | 18:48:02 | 124091 | 1E+05 | Star Wars Lot | 917 | sw0917 | 20 | 20 | 20 |
| 2024-06-22 | 21:15:09 | 122180 | 1E+05 | Star Wars Lot | 927 | sw0927 | 75 | 75 | 75 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | 954 | sw0954 | 20 | 20 | 20 |
| 2024-01-12 | 23:08:05 | 119688 | 1E+05 | Star Wars Lot | 989 | sw0989 | 10 | 10 | 10 |
| 2024-10-03 | 19:33:23 | 123675 | 1E+05 | Star Wars Lot Set | 9496 | 9496 | 75 | 75 | 75 |
| 2024-04-27 | 23:24:12 | 121325 | 1E+05 | Star Wars Lot | 1200 | sw1200 | 60 | 60 | 60 |
| 2023-10-25 | 22:29:44 | 118030 | 1E+05 | Star Wars Lot | 196 | sw0196 | 50 | 50 | 50 |
| 2024-10-08 | 17:29:30 | 123745 | 1E+05 | Star Wars Lot Set | 75073 | 75073 | 34.99 | 34.99 | 34.99 |
| 2023-10-26 | 0:17:05 | 118034 | 1E+05 | Star Wars Lot | 439 | sw0439 | 45 | 45 | 45 |
| 2024-10-09 | 0:06:11 | 123750 | 1E+05 | Star Wars Lot Set | 75125 | 75125 | 19.99 | 19.99 | 19.99 |
| 2024-10-10 | 0:44:18 | 123756 | 1E+05 | Star Wars Lot Set | 75126 | 75126 | 19.99 | 19.99 | 19.99 |
| 2024-10-11 | 18:15:34 | 123762 | 1E+05 | Star Wars Lot Set | 75126 | 75126 | 19.99 | 19.99 | 19.99 |
| 2024-10-12 | 17:59:23 | 123791 | 1E+05 | Star Wars Lot Set | 75125 | 75125 | 19.99 | 19.99 | 19.99 |
| 2023-10-25 | 22:29:44 | 118030 | 1E+05 | Star Wars Lot Set | 445 | sw0445 | 50 | 25 | 25 |
| 2024-10-12 | 19:53:05 | 123797 | 1E+05 | Star Wars Lot Set | 10240 | 10240 | 449.99 | 449.99 | 449.99 |
| 2024-10-13 | 21:54:29 | 123833 | 1E+05 | Star Wars Lot     0035b | | sw0035b | 10 | 10 | 10 |
| 2024-10-14 | 20:29:58 | 123841 | 1E+05 | Star Wars Lot Set | 75130 | 75130 | 24.99 | 24.99 | 24.99 |
| 2023-11-11 | 18:53:50 | 118365 | 1E+05 | Star Wars Lot | 445 | sw0445 | 30 | 30 | 30 |
| 2024-10-15 | 0:51:09 | 123844 | 1E+05 | Star Wars Lot Set | 10240 | 10240 | -449.99 | 449.99 | 449.99 449.99 |
| 2024-10-15 | 23:11:12 | 123850 | 1E+05 | Star Wars Lot Set | 75075 | 75075 | 24.99 | 24.99 | 24.99 |
| 2024-10-15 | 23:11:12 | 123850 | 1E+05 | Star Wars Lot     0268a | | sw0268a | 9 | 9 | 9 |
| 2023-11-11 | 18:39:35 | 118361 | 1E+05 | Star Wars Lot | 452 | sw0452 | 65 | 65 | 65 |
| 2024-10-24 | 20:45:54 | 123925 | 1E+05 | Star Wars Lot Set | 75156 | 75156 | 240 | 240 | 240 |
| 2023-10-26 | 0:17:05 | 118034 | 1E+05 | Star Wars Lot | 453 | sw0453 | 50 | 25 | 25 |
| 2023-10-05 | 1:01:35 | 117655 | 1E+05 | Star Wars Lot | 468 | sw0468 | 100 | 100 | 100 |
| 2024-10-27 | 19:15:42 | 123983 | 1E+05 | Star Wars Lot Set | 75133 | 75133 | 39.99 | 39.99 | 39.99 |
| 2024-10-27 | 19:15:42 | 123983 | 1E+05 | Star Wars Lot Set | 75034 | 75034 | 39.99 | 39.99 | 39.99 |
| 2024-10-27 | 19:15:42 | 123983 | 1E+05 | Star Wars Lot Set | 75091 | 75091 | 59.99 | 59.99 | 59.99 |
| 2024-10-27 | 19:15:42 | 123983 | 1E+05 | Star Wars Lot Set | 75182 | 75182 | 124.99 | 124.99 | 124.99 |
| 2024-10-27 | 21:23:51 | 123988 | 1E+05 | Star Wars Lot Set | 75078 | 75078 | 39.99 | 39.99 | 39.99 |
| 2024-10-30 | 21:19:32 | 124003 | 1E+05 | Star Wars Lot Set | 7660 | 7660 | 149.99 | 149.99 | 149.99 |
| 2024-11-02 | 21:02:08 | 124019 | 1E+05 | Star Wars Lot | 75160 | 75160 | 19.99 | 19.99 | 19.99 |
| 2023-10-26 | 0:17:05 | 118034 | 1E+05 | Star Wars Lot | 490 | sw0490 | 40 | 40 | 40 |
| 2024-11-07 | 0:04:09 | 124065 | 1E+05 | Star Wars Lot Set | 75072 | 75072 | 34.99 | 34.99 | 34.99 |
| 2024-11-08 | 21:28:29 | 124074 | 1E+05 | Star Wars Lot Set | 75075 | 75075 | 25.99 | 25.99 | 25.99 |
| 2023-11-12 | 0:49:52 | 118403 | 1E+05 | Star Wars Lot | 759 | sw0759 | 360 | 360 | 360 |
| 2023-11-11 | 18:53:50 | 118365 | 1E+05 | Star Wars Lot | 910 | sw0910 | 20 | 20 | 20 |
| 2024-11-12 | 23:58:53 | 124153 | 1E+05 | Star Wars Lot Set | 75125 | 75125 | 19.99 | 19.99 | 19.99 |
| 2024-11-12 | 23:58:53 | 124153 | 1E+05 | Star Wars Lot Set | 75130 | 75130 | 24.99 | 24.99 | 24.99 |

| Type | Number | Name | Sold | Upcoming | Cost | Low Value | High Value | Notes |
|---|---|---|---|---|---|---|---|---|
| Set | 4501 | Mos Eisley Cantina Blue Box | | | $104.99 | $250.00 | $400.00 | |
| Set | 4501 | Mos Eisley Cantina Trilogy Box | | | $135.46 | $250.00 | $350.00 | |
| Set | 6212 | X-Wing Fighter | $115.00 | | $64.00 | | | |
| Set | 6212 | X-Wing Fighter | | | $103.38 | $100.00 | $150.00 | |
| Set | 6964 | Bob Fett's Slave 1 (Micro) | | | ? | | | |
| Set | 7140 | X-Wing Fighter | | Layaway | $75.00 | $165.00 | $350.00 | |
| Set | 7660 | Naboo N-1 Starfighter w/ Vulture Droid | | | $40.00 | $150.00 | $200.00 | |
| Set | 7676 | Republic Attack Gunship | | | | | | |
| Set | 7914 | Mandalorian Battle Pack | | Layaway | $15.50 | $50.00 | $80.00 | |
| Set | 7962 | Anakin Skywalker and Sebulba's Podracers | | Layaway | $87.99 | $175.00 | $300.00 | |
| Set | 7965 | Millennium Falcon | $25.00 | Layaway | $249.99 | $200.00 | $300.00 | |
| Set | 7965 | Millennium Falcon | | | $229.99 | $200.00 | $300.00 | |
| Set | 7965 | Millennium Falcon | | | $219.99 | $200.00 | $300.00 | |
| Set | 8092 | Luke's Landspeeder | | $69.99 | $39.94 | | | |
| Set | 8098 | Clone Turbo Tank | | | $80.00 | $300.00 | $500.00 | |
| Set | 8098 | Clone Turbo Tank | | | $167.50 | $300.00 | $500.00 | |
| Set | 8098 | Clone Turbo Tank | | | $199.00 | $300.00 | $500.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $14.99 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle P | $149.99 | | $14.99 | | | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $19.25 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | Layaway | $14.99 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | Layaway | $13.50 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | Layaway | $18.00 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $13.50 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $13.50 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $15.50 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $15.50 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $14.00 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $14.00 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $12.99 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $25.00 | | $5.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $15.99 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $15.99 | | $5.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | | $5.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | $100.00 | $150.00 | |
| Set | 9488 | Elite Clone Trooper & Commando Battle Pack | | | $11.70 | $100.00 | $150.00 | |
| Set | 9492 | TIE Fighter | | $89.99 | $80.00 | | | |
| Set | 9492 | TIE Fighter | | | $80.00 | $80.00 | $100.00 | |
| Set | 9492 | TIE Fighter | | | ? | | | |
| Set | 9493 | X-Wing Starfighter | | | $146.99 | $150.00 | $200.00 | |
| Set | 9493 | X-Wing Starfighter | | | $86.45 | $150.00 | $200.00 | |
| Set | 9493 | X-Wing Starfighter | | | $75.00 | $150.00 | $200.00 | |
| Set | 9493 | X-Wing Starfighter | | | $85.00 | $150.00 | $200.00 | |
| Set | 9496 | Desert Skiff | | | $31.95 | $75.00 | $100.00 | |
| Set | 9496 | Desert Skiff | $99.99 | | $36.70 | | | |
| Set | 9496 | Desert Skiff | | | $31.95 | $75.00 | $100.00 | |
| Set | 9499 | Gungun Sub | $100.00 | | $50.00 | | | |
| Set | 9516 | Jabba's Palace | | | $129.00 | | | |
| Set | 9525 | Pre Vizsla's Mandalorian Fighter | | | $36.00 | $200.00 | $400.00 | |
| Set | 10123 | Cloud City | | Layaway | $1,040.00 | $4,000.00 | ######## | |
| Set | 10123 | Cloud City | | | $968.00 | $4,000.00 | ######## | |
| Set | 10178 | Motorized Walking AT-AT | | Layaway | ? | | | |
| Set | 10188 | Death Star UCS | $999.99 | | $399.95 | | | |
| Set | 10188 | Death Star UCS | | Layaway | $399.99 | $800.00 | $1,000.00 | |
| Set | 10188 | Death Star UCS | | Layaway | $439.00 | $800.00 | $1,000.00 | |
| Set | 10188 | Death Star UCS | | Layaway | $499.00 | $800.00 | $1,000.00 | |
| Set | 10188 | Death Star UCS | $999.99 | | $450.00 | | | |
| Set | 10188 | Death Star UCS | $1,000.00 | | $455.00 | | | |
| Set | 10198 | Tantive IV | | Layaway | $230.00 | $350.00 | $450.00 | |
| Set | 10198 | Tantive IV | $140.00 | | ? | | | |
| Set | 10215 | Obi Wan's Jedi Starfighter UCS | | | $120.00 | $300.00 | $500.00 | |
| Set | 10215 | Obi Wan's Jedi Starfighter UCS | | | $120.00 | $300.00 | $500.00 | |
| Set | 10236 | Ewok Villiage UCS | $750.00 | | $224.99 | | | |
| Set | 10236 | Ewok Villiage UCS | | Layaway | $239.01 | $680.00 | $750.00 | |
| Set | 10236 | Ewok Villiage UCS | | Layaway | $175.99 | | | |
| Set | 10236 | Ewok Villiage UCS | | | $198.00 | $680.00 | $750.00 | |
| Set | 10240 | Red Five X-Wing Starfighter UCS | | | $199.99 | $260.00 | $500.00 | |
| Set | 10240 | Red Five X-Wing Starfighter UCS | | | $199.99 | $260.00 | $500.00 | |
| Set | 10240 | Red Five X-Wing Starfighter UCS | | | $199.99 | $260.00 | $500.00 | |
| Set | 10240 | Red Five X-Wing Starfighter UCS | | | $199.99 | $260.00 | $500.00 | |
| Set | 20019 | Slave 1 (BrickMaster) | | | ? | | | |
| Set | 30278 | Poe's X-Wing Fighter Pack | $8.00 | | $7.19 | | | |
| Set | 30278 | Poe's X-Wing Fighter Pack | | | $7.19 | $40.00 | $10.00 | |
| Set | 75001 | Republic Troopers VS Sith Troopers | | $54.99 | $11.99 | | | |
| Set | 75001 | Republic Troopers VS Sith Troopers | | | $11.99 | $40.00 | $60.00 | |
| Set | 75001 | Republic Troopers VS Sith Troopers | | | $11.99 | $40.00 | $60.00 | |
| Set | 75001 | Republic Troopers VS Sith Troopers | | | $6.99 | $40.00 | $60.00 | |
| Set | 75004 | Z-95 Headhunter | | Layaway | $48.79 | $175.00 | $250.00 | |

| Type | Number | Name | | | | | |
|---|---|---|---|---|---|---|---|
| Set | 75005 | Rancor Pit | | Layaway | $42.99 | $300.00 | $350.00 |
| Set | 75012 | BARC Speeder with Sidecar | $100.00 | | $27.99 | | |
| Set | 75012 | BARC Speeder with Sidecar | | | $27.99 | $400.00 | $450.00 |
| Set | 75013 | Umbaran Mobile Heavy Cannon | $199.99 | | $60.00 | | |
| Set | 75016 | Homing Spider Droid | | | $18.00 | | |
| Set | 75018 | Jek-14's Stealth Starfighter | | $107.00 | $72.50 | | |
| Set | 75018 | Jek-14's Stealth Starfighter | | | $60.00 | $200.00 | $250.00 |
| Set | 75018 | Jek-14's Stealth Starfighter | | | $60.00 | $200.00 | $250.00 |
| Set | 75019 | AT-TE | | | $140.95 | $350.00 | $400.00 |
| Set | 75019 | AT-TE | | | $125.00 | $360.00 | $400.00 |
| Set | 75020 | Jabba's Sail Barge | | layaway | $99.98 | $500.00 | $600.00 |
| Set | 75021 | Republic Gunship | $13.00 | layaway | $114.95 | $800.00 | $900.00 |
| Set | 75021 | Republic Gunship (Built) | $120.00 | ? | | | |
| Set | 75022 | Mandalorian Speeder | | | $38.00 | $160.00 | $180.00 |
| Set | 75022 | Mandalorian Speeder | | | $42.48 | $160.00 | $180.00 |
| Set | 75022 | Mandalorian Speeder | | | $29.00 | $160.00 | $180.00 |
| Set | 75024 | HH-87 Starhopper | | layaway | $35.00 | $100.00 | $200.00 |
| Set | 75025 | Jedi Defender Class Cruiser | | | $52.98 | $300.00 | $500.00 |
| Set | 75028 | Clone Turbo Tank Micro | | | $7.47 | $20.00 | $100.00 |
| Set | 75028 | Clone Turbo Tank Micro | | layaway | $7.47 | $20.00 | $100.00 |
| Set | 75028 | Clone Turbo Tank Micro | | | $9.99 | $20.00 | $100.00 |
| Set | 75028 | Clone Turbo Tank Micro | | | $8.00 | $20.00 | $100.00 |
| Set | 75028 | Clone Turbo Tank Micro | $53.99 | | $10.99 | | |
| Set | 75028 | Clone Turbo Tank Micro | | | $7.99 | $20.00 | $100.00 |
| Set | 75028 | Clone Turbo Tank Micro | | | $3.50 | $20.00 | $100.00 |
| Set | 75029 | AAT Micro | | $34.99 | $9.99 | | |
| Set | 75029 | AAT Micro | | $34.99 | $8.00 | | |
| Set | 75029 | AAT Micro | | | $8.00 | $15.00 | $40.00 |
| Set | 75029 | AAT Micro | | | $10.99 | $15.00 | $40.00 |
| Set | 75029 | AAT Micro | | | ? | $15.00 | $40.00 |
| Set | 75030 | Millennium Falcon Micro | | $29.99 | $9.89 | | |
| Set | 75030 | Millennium Falcon Micro | $24.99 | | $9.99 | | |
| Set | 75030 | Millennium Falcon Micro | $24.99 | | $9.99 | | |
| Set | 75030 | Millennium Falcon Micro | | | $9.99 | $15.00 | $30.00 |
| Set | 75030 | Millennium Falcon Micro | | | $8.00 | $15.00 | $30.00 |
| Set | 75030 | Millennium Falcon Micro | | | $10.99 | $15.00 | $30.00 |
| Set | 75031 | TIE Interceptor Micro | $24.99 | | $9.97 | | |
| Set | 75031 | TIE Interceptor Micro | $29.99 | | $9.97 | | |
| Set | 75031 | TIE Interceptor Micro | $24.99 | | $8.00 | | |
| Set | 75031 | TIE Interceptor Micro | | | $10.99 | $15.00 | $30.00 |
| Set | 75032 | X-Wing Fighter & Pilot Micro | $34.99 | | $9.99 | | |
| Set | 75032 | X-Wing Fighter Micro | | $34.99 | $12.99 | | |
| Set | 75032 | X-Wing Fighter Micro | | | $12.99 | $15.00 | $40.00 |
| Set | 75032 | X-Wing Fighter Micro | | | $9.97 | $15.00 | $40.00 |
| Set | 75032 | X-Wing Fighter Micro | | | $8.00 | $15.00 | $40.00 |
| Set | 75032 | X-Wing Fighter Micro | | | $7.00 | $15.00 | $40.00 |
| Set | 75032 | X-Wing Fighter Micro | | | $10.99 | $15.00 | $40.00 |
| Set | 75032 | X-Wing Fighter Micro | | | $2.98 | $15.00 | $40.00 |
| Set | 75033 | Star Destroyer Micro | $34.99 | | $7.99 | | |
| Set | 75033 | Star Destroyer Micro | | | $7.99 | $15.00 | $40.00 |
| Set | 75033 | Star Destroyer Micro | | | $7.99 | $15.00 | $40.00 |
| Set | 75033 | Star Destroyer Micro | | | $8.00 | $15.00 | $40.00 |
| Set | 75033 | Star Destroyer Micro | | | $10.99 | $15.00 | $40.00 |
| Set | 75034 | Death Star Troopers | $39.99 | | $12.97 | | |
| Set | 75034 | Death Star Troopers | $30.99 | | $12.97 | | |
| Set | 75034 | Death Star Troopers | | $36.07 | $12.59 | | |
| Set | 75034 | Death Star Troopers | | | $12.34 | $20.00 | $40.00 |
| Set | 75034 | Death Star troopers | | | $0.00 | $20.00 | $40.00 |
| Set | 75034 | Death Star Troopers | | | $14.98 | $20.00 | $40.00 |
| Set | 75034 | Death Star Troopers | | | $14.98 | | $5.00 |
| Set | 75034 | Death Star Troopers | | | $14.98 | | |
| Set | 75035 | Kashyyyk Troopers | | | $12.97 | $60.00 | $100.00 |
| Set | 75035 | Kashyyyk Troopers | $89.99 | | $12.97 | | |
| Set | 75035 | Kashyyyk Troopers | | | $12.97 | $60.00 | $100.00 |
| Set | 75035 | Kashyyyk Troopers | | | $12.99 | $60.00 | $100.00 |
| Set | 75035 | Kashyyyk Troopers | | | $12.99 | $60.00 | $100.00 |
| Set | 75035 | Kashyyyk Troopers | | | $12.97 | $60.00 | $100.00 |
| Set | 75035 | Kashyyyk Troopers | | | $12.97 | $60.00 | $100.00 |
| Set | 75035 | Kashyyyk Troopers | | | $11.19 | $60.00 | $100.00 |
| Set | 75035 | Kashyyyk Troopers | $60.00 | | $11.19 | | |
| Set | 75035 | Kashyyyk Troopers | | | $11.19 | $60.00 | $100.00 |
| Set | 75036 | Utapua Troopers | | layaway | $12.97 | $80.00 | $150.00 |
| Set | 75036 | Utapua Troopers | | layaway | $12.97 | $80.00 | $150.00 |
| Set | 75036 | Utapua Troopers | | | $9.51 | $80.00 | $150.00 |
| Set | 75036 | Utapua Troopers | | | $9.51 | $80.00 | $150.00 |
| Set | 75036 | Utapua Troopers | | | $12.97 | $80.00 | $150.00 |
| Set | 75036 | Utapua Troopers | | | $11.19 | $80.00 | $150.00 |
| Set | 75036 | Utapua Troopers | | | $11.19 | | $5.00 |
| Set | 75036 | Utapua Troopers | | | $11.19 | | |
| Set | 75037 | Battle of Saleucami | | $81.59 | $14.24 | | |
| Set | 75037 | Battle of Saleucami | | | $6.99 | $50.00 | $100.00 |

| Type | Number | Name | | | | | |
|------|--------|------|---|---|---|---|---|
| Set | 75037 | Battle of Saleucami | | | $14.24 | $50.00 | $100.00 |
| Set | 75037 | Battle on Saleucami | | | $14.99 | $50.00 | $100.00 |
| Set | 75038 | Jedi Intercepter | $91.99 | | $24.97 | | |
| Set | 75038 | Jedi Intercepter | | $99.99 | $23.39 | | |
| Set | 75038 | Jedi Intercepter | | | $24.97 | $50.00 | $100.00 |
| Set | 75038 | Jedi Intercepter | $99.00 | | $0.00 | | |
| Set | 75039 | V-Wing Starfighter | | | $22.00 | $80.00 | $150.00 |
| Set | 75039 | V-Wing Starfighter | | | $20.00 | | |
| Set | 75040 | General Grevious Wheel Bike | $149.99 | | $24.97 | | |
| Set | 75040 | General Grevious Wheel Bike | | layaway | $23.74 | $130.00 | $150.00 |
| Set | 75040 | General Grevious Wheel Bike | $150.00 | | $23.74 | $130.00 | $150.00 |
| Set | 75041 | Vulture Droid | | | $19.99 | $100.00 | $200.00 |
| Set | 75041 | Vulture Droid | | | $19.99 | $100.00 | $200.00 |
| Set | 75042 | Droid Gunship | | layaway | $46.79 | $100.00 | $150.00 |
| Set | 75042 | Droid Gunship | | | $38.00 | $100.00 | $150.00 |
| Set | 75043 | AT-AP | | layaway | $49.99 | $180.00 | $200.00 |
| Set | 75043 | AT-AP | | | $55.79 | $180.00 | $200.00 |
| Set | 75044 | Droid Tri-Fighter | | layaway | $28.49 | $120.00 | $150.00 |
| Set | 75045 | Republic AV-7 Anti-Vehicle Cannon | | | $39.99 | $200.00 | $400.00 |
| Set | 75045 | Republic AV-7 Anti-Vehicle Cannon | | | $39.99 | $200.00 | $400.00 |
| Set | 75045 | Republic AV-7 Anti-Vehicle Cannon | | | $39.00 | $200.00 | $400.00 |
| Set | 75045 | Republic AV-7 Anti-Vehicle Cannon | | layaway ? | | | |
| Set | 75046 | Coruscant Police Gunship | | layaway | $37.39 | $400.00 | $500.00 |
| Set | 75046 | Coruscant Police Gunship | | | $71.00 | $400.00 | $500.00 |
| Set | 75048 | The Phantom | | | $24.99 | $200.00 | $250.00 |
| Set | 75049 | Snowspeeder | $149.99 | | $29.97 | | |
| Set | 75049 | Snowspeeder | $139.99 | | $29.99 | | |
| Set | 75050 | B-Wing | $199.99 | | $49.49 | | |
| Set | 75050 | B-Wing | | | $39.99 | $100.00 | $200.00 |
| Set | 75051 | Jedi Scout Fighter | | $199.99 | $47.99 | $100.00 | $200.00 |
| Set | 75051 | Jedi Scout Fighter | | | $58.49 | $100.00 | $200.00 |
| Set | 75052 | Mos Eisley Cantina | | layaway | $75.00 | | |
| Set | 75052 | Mos Eisley Cantina | | stolen | $50.99 | | |
| Set | 75053 | The Ghost | | | $67.99 | $800.00 | $900.00 |
| Set | 75053 | The Ghost | | | $85.49 | $800.00 | $900.00 |
| Set | 75053 | The Ghost | | | $69.99 | $800.00 | $900.00 |
| Set | 75054 | AT-AT | | layaway | $109.97 | $100.00 | $250.00 |
| Set | 75054 | AT-AT | | | $81.59 | $100.00 | $250.00 |
| Set | 75054 | AT-AT | | | $80.44 | $100.00 | $250.00 |
| Set | 75054 | AT-AT | | | $81.59 | $100.00 | $250.00 |
| Set | 75055 | Imperial Star Destroyer | $379.99 | | $95.19 | | |
| Set | 75055 | Imperial Star Destroyer | $380.00 | | $95.19 | | |
| Set | 75055 | Imperial Star Destroyer | | layaway | $95.19 | $350.00 | $380.00 |
| Set | 75058 | MTT | | layaway | $89.99 | | |
| Set | 75058 | MTT | | | $89.99 | $400.00 | $450.00 |
| Set | 75059 | Sandcrawler UCS | | layaway | $299.99 | | |
| Set | 75059 | Sandcrawler UCS | | layaway | $269.99 | | |
| Set | 75059 | Sandcrawler UCS | | layaway | $239.99 | | |
| Set | 75060 | Slave 1 UCS | $100.00 | layaway | $199.00 | | |
| Set | 75060 | Slave 1 UCS | | layaway | $199.00 | | |
| Set | 75060 | Slave 1 UCS | | layaway | $188.00 | $600.00 | $700.00 |
| Set | 75072 | ARC-170 Starfighter Micro | $34.99 | | $9.97 | | |
| Set | 75072 | ARC-170 Starfighter Micro | $39.99 | | $9.97 | | |
| Set | 75072 | ARC-170 Starfighter Micro | | layaway | $9.99 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | layaway | $9.99 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $9.97 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $9.49 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $0.00 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $8.00 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $8.99 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $10.99 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $9.00 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $9.00 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $9.00 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $9.00 | $20.00 | $40.00 |
| Set | 75072 | ARC-170 Starfighter Micro | | | $8.99 | | |
| Set | 75073 | Vulture Droid Micro | | $22.46 | $9.49 | | |
| Set | 75073 | Vulture Droid Micro | | | $9.49 | $20.00 | $40.00 |
| Set | 75073 | Vulture Droid Micro | | | $9.99 | $20.00 | $40.00 |
| Set | 75073 | Vulture Droid Micro | | | $9.99 | $20.00 | $40.00 |
| Set | 75073 | Vulture Droid Micro | | | $8.00 | $20.00 | $40.00 |
| Set | 75073 | Vulture Droid Micro | | | $8.00 | $20.00 | $40.00 |
| Set | 75073 | Vulture Droid Micro | | | $10.99 | $20.00 | $40.00 |
| Set | 75074 | Snowspeeder Micro | $24.99 | | $7.47 | | |
| Set | 75074 | Snowspeeder Micro | $24.99 | | $9.99 | | |
| Set | 75074 | Snowspeeder Micro | $29.99 | | $9.99 | | |
| Set | 75074 | Snowspeeder Micro | | $22.49 | $9.97 | | |
| Set | 75074 | Snowspeeder Micro | | | $8.99 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $8.09 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $8.09 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $8.09 | $15.00 | $30.00 |

| Set | 75074 | Snowspeeder Micro | | | $8.00 | $15.00 | $30.00 |
|-----|-------|-------------------|---|---|-------|--------|--------|
| Set | 75074 | Snowspeeder Micro | | | $8.00 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $7.60 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $7.60 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $7.56 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $7.56 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $7.56 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $10.99 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | $8.99 | $15.00 | $30.00 |
| Set | 75074 | Snowspeeder Micro | | | ? | | |
| Set | 75075 | AT-AT Micro | $24.99 | | $9.97 | | |
| Set | 75075 | AT-AT Micro | | $19.99 | $9.99 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | $24.99 | | $9.99 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | $25.99 | $9.99 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | $24.99 | $9.97 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | $9.24 | $9.97 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | $24.99 | | $9.97 | | |
| Set | 75075 | AT-AT Micro | $24.99 | | $9.00 | | |
| Set | 75075 | AT-AT Micro | | | $9.00 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $8.99 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $8.89 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $8.77 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $8.00 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $8.00 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $8.00 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $7.56 | $15.00 | $30.00 |
| Set | 75075 | At-AT Micro | | | $7.56 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $10.99 | $15.00 | $30.00 |
| Set | 75075 | AT-AT Micro | | | $8.99 | $15.00 | $30.00 |
| Set | 75076 | Republic Gunship Micro | $44.99 | | $9.97 | | |
| Set | 75076 | Republic Gunship Micro | | $44.99 | $7.47 | | |
| Set | 75076 | Republic Gunship Micro | $44.99 | | $7.47 | | |
| Set | 75076 | Republic Gunship Micro | $44.99 | | $9.99 | | |
| Set | 75076 | Republic Gunship Micro | | layaway | $9.99 | $20.00 | $50.00 |
| Set | 75076 | Republic Gunship Micro | | | $9.99 | $20.00 | $50.00 |
| Set | 75076 | Republic Gunship Micro | | | $9.97 | $20.00 | $50.00 |
| Set | 75076 | Republic Gunship Micro | | | $9.97 | $20.00 | $50.00 |
| Set | 75076 | Republic Gunship Micro | | | $5.99 | $20.00 | $50.00 |
| Set | 75076 | Republic Gunship Micro | | | $8.00 | $20.00 | $50.00 |
| Set | 75076 | Republic Gunship Micro | | | $10.99 | $20.00 | $50.00 |
| Set | 75077 | Homing Spider Droid Micro | | $25.99 | $9.99 | | |
| Set | 75077 | Homing Spider Droid Micro | | $25.99 | $9.49 | | |
| Set | 75077 | Homing Spider Droid Micro | | $22.09 | $9.49 | | |
| Set | 75077 | Homing Spider Droid Micro | | layaway | $9.49 | | |
| Set | 75077 | Homing Spider Droid Micro | | | $8.00 | $15.00 | $30.00 |
| Set | 75077 | Homing Spider Droid Micro | | | $10.99 | $15.00 | $30.00 |
| Set | 75078 | Imperial Troop Transport | | $35.99 | $7.99 | | |
| Set | 75078 | Imperial Troop Transport | | $39.99 | $12.97 | | |
| Set | 75078 | Imperial Troop Transport | | $39.99 | $12.97 | | |
| Set | 75078 | Imperial Troop Transport | | $39.99 | $12.34 | | |
| Set | 75078 | Imperial Troop Transport | | layaway | $12.34 | | |
| Set | 75078 | Imperial Troop Transport | | | $12.34 | $20.00 | $40.00 |
| Set | 75078 | Imperial Troop Transport | | | $12.34 | $20.00 | $40.00 |
| Set | 75078 | Imperial Troop Transport | | | $11.19 | $20.00 | $40.00 |
| Set | 75078 | Imperial Troop Transport | | | $11.19 | $20.00 | $40.00 |
| Set | 75078 | Imperial Troop Transport | $39.99 | | $12.99 | | |
| Set | 75078 | Imperial Troop Transport | $39.99 | | $12.99 | | |
| Set | 75078 | Imperial Troop Transport | $35.99 | | $12.99 | | |
| Set | 75078 | Imperial Troop Transport | $39.99 | | $12.99 | | |
| Set | 75078 | Imperial Troop Transport | $39.99 | | $12.99 | | |
| Set | 75078 | Imperial Troop Transport | $39.99 | | $7.99 | | |
| Set | 75079 | Shadow Troopers | $49.99 | | $10.39 | | |
| Set | 75079 | Shadow Troopers | $49.99 | | $12.97 | | |
| Set | 75079 | Shadow Troopers | | layaway | $9.51 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $12.97 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $12.97 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $12.97 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $11.19 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $12.99 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $9.99 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $9.89 | $30.00 | $50.00 |
| Set | 75079 | Shadow Troopers | | | $9.89 | | $5.00 |
| Set | 75079 | Shadow Troopers | | | $10.49 | $30.00 | $50.00 |
| Set | 75080 | AAT | | | $24.29 | | |
| Set | 75080 | AAT | | | $23.74 | $45.00 | $100.00 |
| Set | 75080 | AAT | | | $22.99 | | |
| Set | 75081 | T-16 Skyhopper | | $49.99 | $24.97 | | |

| Set | 75081 | T-16 Skyhopper | | $23.74 | $40.00 | $60.00 |
|---|---|---|---|---|---|---|
| Set | 75082 | TIE Advanced Prototype | $90.00 | $39.97 | | |
| Set | 75082 | TIE Advanced Prototype | | $39.97 | $150.00 | $250.00 |
| Set | 75082 | TIE Advanced Prototype | | $39.97 | $150.00 | $250.00 |
| Set | 75082 | TIE Advanced Prototype | | $39.97 | $150.00 | $250.00 |
| Set | 75082 | TIE Advanced Prototype | | $0.00 | $150.00 | $250.00 |
| Set | 75083 | AT-DP | | $49.97 | $150.00 | $200.00 |
| Set | 75083 | AT-DP | | $37.39 | $150.00 | $200.00 |
| Set | 75083 | AT-DP | | $49.99 | $150.00 | $200.00 |
| Set | 75084 | Wookie Gunship | $150.00 | $50.99 | | |
| Set | 75084 | Wookie Gunship | $127.50 | $69.99 | | |
| Set | 75085 | Hailfire Droid | | $19.99 | $70.00 | $150.00 |
| Set | 75085 | Hailfire Droid | | $18.99 | $70.00 | $150.00 |
| Set | 75085 | Hailfire Droid | | $19.99 | $70.00 | $150.00 |
| Set | 75085 | Hailfire Droid | | $18.99 | $70.00 | $150.00 |
| Set | 75085 | Hailfire Droid | | $18.00 | $70.00 | $150.00 |
| Set | 75086 | Battle Droid Troop Carrier | | $29.23 | | |
| Set | 75086 | Battle Droid Troop Carrier | | $38.69 | $100.00 | $200.00 |
| Set | 75086 | Battle Droid Troop Carrier | | $38.69 | | |
| Set | 75087 | Anakin's Custom Jedi Starfighter | layaway | $29.23 | $200.00 | $300.00 |
| Set | 75087 | Anakin's Custom Jedi Starfighter | $249.99 | $39.97 | $200.00 | $300.00 |
| Set | 75087 | Anakin's Custom Jedi Starfighter | | $39.97 | $200.00 | $300.00 |
| Set | 75088 | Senate Command Troopers | $54.99 | $10.39 | | |
| Set | 75088 | Senate Command Troopers | $54.99 | $12.97 | | |
| Set | 75088 | Senate Command Troopers | layaway | $12.97 | | |
| Set | 75088 | Senate Command Troopers | | $12.99 | $40.00 | $60.00 |
| Set | 75088 | Senate Command Troopers | | $12.99 | $40.00 | $60.00 |
| Set | 75088 | Senate Command Troopers | | $12.99 | $40.00 | $60.00 |
| Set | 75088 | Senate Command Troopers | | $12.99 | $40.00 | $60.00 |
| Set | 75088 | Senate Command Troopers | | $12.99 | $40.00 | $60.00 |
| Set | 75088 | Senate Command Troopers | | $7.99 | | $5.00 |
| Set | 75088 | Senate Command Troopers | | $9.19 | | |
| Set | 75089 | Genosis Troopers | $69.99 | $7.99 | | |
| Set | 75089 | Geonosis Troopers | $69.99 | $9.51 | | |
| Set | 75089 | Geonosis Troopers | $59.99 | $12.97 | | |
| Set | 75089 | Geonosis Troopers | $69.99 | $12.97 | | |
| Set | 75089 | Geonosis Troopers | $69.99 | $12.59 | | |
| Set | 75089 | Geonosis Troopers | $69.99 | $12.97 | | |
| Set | 75089 | Geonosis Troopers | $69.99 | $11.19 | | |
| Set | 75089 | Geonosis Troopers | | $11.19 | $50.00 | $75.00 |
| Set | 75089 | Geonosis Troopers | | $11.19 | | $5.00 |
| Set | 75089 | Geonosis Troopers | | $12.99 | $50.00 | $75.00 |
| Set | 75089 | Geonosis Troopers | | $12.99 | $50.00 | $75.00 |
| Set | 75089 | Geonosis Troopers | | $12.99 | $50.00 | $75.00 |
| Set | 75089 | Geonosis Troopers | | $12.99 | $50.00 | $75.00 |
| Set | 75089 | Geonosis Troopers | | $12.99 | $50.00 | $75.00 |
| Set | 75089 | Geonosis Troopers | | $9.89 | $50.00 | $75.00 |
| Set | 75089 | Geonosis Troopers | | $10.39 | $50.00 | $75.00 |
| Set | 75090 | Ezra's Speeder Bike | $100.00 | $19.97 | | |
| Set | 75090 | Ezra's Speeder Bike | $109.99 | $19.97 | | |
| Set | 75090 | Ezra's Speeder Bike | | $19.99 | | |
| Set | 75090 | Ezra's Speeder Bike | | $19.97 | $90.00 | $120.00 |
| Set | 75091 | Flash Speeder | | $29.24 | $40.00 | $60.00 |
| Set | 75092 | Naboo Starfighter | layaway | $49.99 | $150.00 | $250.00 |
| Set | 75092 | Naboo Starfighter | | $39.99 | $150.00 | $250.00 |
| Set | 75093 | Death Star Final Dual | layaway | $76.49 | $100.00 | $150.00 |
| Set | 75093 | Death Star Final Dual | | $71.09 | $100.00 | $150.00 |
| Set | 75093 | Death Star Final Dual | | $56.00 | $100.00 | $150.00 |
| Set | 75094 | Imperial Shuttle Tydirium | $189.99 | $94.49 | | |
| Set | 75094 | Imperial Shuttle Tydirium | | $75.00 | $150.00 | $250.00 |
| Set | 75094 | Imperial Shuttle Tydirium | | $74.99 | $150.00 | $250.00 |
| Set | 75095 | TIE Fighter UCS | $299.99 | $189.99 | | |
| Set | 75095 | TIE Fighter UCS | $300.00 | $189.99 | | |
| Set | 75096 | Sith Infiltrator | $299.99 | $85.49 | | |
| Set | 75096 | Sith Infiltrator | layaway | $79.00 | $250.00 | $300.00 |
| Set | 75096 | Sith Infiltrator | | $35.39 | | |
| Set | 75098 | Assault on Hoth UCS | $700.00 | $232.50 | | |
| Set | 75098 | Assault on Hoth UCS | | $229.99 | $650.00 | $700.00 |
| Set | 75098 | Assault on Hoth UCS | | $224.99 | $650.00 | $700.00 |
| Set | 75099 | Rey's Speeder | $39.99 | $17.99 | | |
| Set | 75099 | Rey's Speeder | | $14.00 | $20.00 | $40.00 |
| Set | 75099 | Rey's Speeder | | $13.00 | $20.00 | $40.00 |
| Set | 75099 | Rey's Speeder | | $12.27 | $20.00 | $40.00 |
| Set | 75099 | Rey's Speeder | ? | | $20.00 | $40.00 |
| Set | 75100 | First Order Snowspeeder | | $31.00 | $40.00 | $60.00 |
| Set | 75100 | First Order Snowspeeder | | $29.99 | $40.00 | $60.00 |
| Set | 75101 | First Order Special Forces TIE Fighter | | $50.00 | $80.00 | $120.00 |
| Set | 75101 | First Order Special Forces TIE Fighter | | $39.99 | $80.00 | $120.00 |
| Set | 75101 | First Order Special Forces TIE Fighter | | $55.00 | $80.00 | $120.00 |
| Set | 75102 | Poe's X-Wing Fighter | $129.99 | $79.99 | | |
| Set | 75102 | Poe's X-Wing Fighter | | $79.99 | $80.00 | $150.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Set | 75102 | Poe's X-Wing Fighter | | | $74.39 | $80.00 | $150.00 |
| Set | 75103 | First Order Transport | $199.99 | | $69.00 | | |
| Set | 75103 | First Order Transporter | | | $70.00 | $150.00 | $300.00 |
| Set | 75103 | First Order Transporter | | | $60.51 | $150.00 | $300.00 |
| Set | 75103 | First Order Transporter | | | $56.00 | $150.00 | $300.00 |
| Set | 75103 | First Order Transporter | | ? | | $150.00 | $300.00 |
| Set | 75103 | First Order Transporter | | ? | | $150.00 | $300.00 |
| Set | 75104 | Kylo Ren's Command Shuttle | $149.99 | | $84.00 | | |
| Set | 75104 | Kylo Ren's Command Shuttle | | $89.99 | $85.89 | | |
| Set | 75104 | Kylo Ren's Command Shuttle | | | $69.00 | $90.00 | $150.00 |
| Set | 75105 | Millennium Falcon | | | $119.00 | $120.00 | $200.00 |
| Set | 75105 | Millennium Falcon | | | $134.99 | $120.00 | $200.00 |
| Set | 75105 | Millennium Falcon | $84.00 layaway | | $111.00 | | |
| Set | 75105 | Millennium Falcon | $199.99 | | $129.00 | | |
| Set | 75105 | Millennium Falcon | | | $99.99 | $120.00 | $200.00 |
| Set | 75106 | Imperial Assault Carrier | | layaway | $85.00 | $360.00 | $400.00 |
| Set | 75106 | Imperial Assault Carrier | $300.00 | | $79.99 | | |
| Set | 75110 | Luke Skywalker (Technic) | | ? | | | |
| Set | 75111 | Darth Vader (Technic) | $64.99 | ? | | | |
| Set | 75111 | Darth Vader (Technic) | $64.99 | ? | | | |
| Set | 75112 | General Grevious (Technic) | layaway | ? | | | |
| Set | 75117 | Kylo Ren (Technic) | layaway | ? | | $30.00 | $50.00 |
| Set | 75117 | Kylo Ren (Technic) | $49.99 | ? | | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | $19.99 | | $9.00 | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | $19.99 | | $8.99 | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | $19.99 | | $8.99 | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | | $17.99 | $8.99 | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | | $19.99 | $8.99 | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | | $19.99 | $8.99 | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.99 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.88 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $9.00 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $9.00 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $9.00 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.00 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.00 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.00 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $7.56 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.99 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.99 | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.84 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $8.84 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $6.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | | |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $5.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $6.12 | $15.00 | $20.00 |
| Set | 75125 | Resistance X-Wing Fighter Micro | | | $4.00 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | $19.99 | | $9.00 | | |
| Set | 75126 | First Order Snowspeeder Micro | $19.99 | | $9.00 | | |
| Set | 75126 | First Order Snowspeeder Micro | | $19.99 | $8.99 | | |
| Set | 75126 | First Order Snowspeeder Micro | | $19.99 | $8.99 | | |
| Set | 75126 | First Order Snowspeeder Micro | | $19.99 | $8.99 | | |
| Set | 75126 | First Order Snowspeeder Micro | | | $8.99 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $8.10 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $8.00 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $7.56 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $8.99 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $4.00 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $7.99 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $7.99 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $7.99 | $15.00 | $20.00 |
| Set | 75126 | First Order Snowspeeder Micro | | | $7.99 | $15.00 | $20.00 |
| Set | 75127 | The Ghost Micro | $49.99 | | $9.00 | | |
| Set | 75127 | The Ghost Micro | $49.99 | | $9.00 | | |
| Set | 75127 | The Ghost Micro | $49.99 | | $8.99 | | |
| Set | 75127 | The Ghost Micro | $45.99 | | $8.99 | | |
| Set | 75127 | The Ghost Micro | $49.99 | | $8.99 | | |
| Set | 75127 | The Ghost Micro | | $30.00 | $8.99 | | |
| Set | 75127 | The Ghost Micro | | $39.09 | $8.99 | | |
| Set | 75127 | The Ghost Micro | | $49.99 | $8.10 | | |
| Set | 75127 | The Ghost Micro | | | $8.10 | $30.00 | $50.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Set | 75127 | The Ghost Micro | | | $8.10 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $7.56 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $7.56 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $7.99 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $7.99 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $7.99 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $6.12 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $5.12 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $5.12 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $5.12 | $30.00 | $50.00 |
| Set | 75127 | The Ghost Micro | | | $5.12 | $30.00 | $50.00 |
| Set | 75128 | TIE Advanced Prototype Micro | $19.99 | | $8.99 | | |
| Set | 75128 | TIE Advanced Prototype Micro | $19.99 | | $8.99 | | |
| Set | 75128 | TIE Advanced Prototype Micro | $24.99 | | $8.99 | | |
| Set | 75128 | TIE Advanced Prototype Micro | $24.99 | | $8.99 | | |
| Set | 75128 | TIE Advanced Prototype Micro | $19.99 | | $8.99 | | |
| Set | 75128 | TIE Advanced Prototype Micro | | $19.99 | $8.99 | | |
| Set | 75128 | TIE Advanced Prototype Micro | | $19.99 | $7.19 | | |
| Set | 75128 | TIE Advanced Prototype Micro | | $24.99 | $7.19 | | |
| Set | 75128 | TIE Advanced Prototype Micro | | | $7.19 | $15.00 | $25.00 |
| Set | 75128 | TIE Advanced Prototype Micro | | | $7.19 | $15.00 | $25.00 |
| Set | 75128 | TIE Advanced Prototype Micro | | | $7.56 | $15.00 | $25.00 |
| Set | 75128 | TIE Advanced Prototype Micro | | | $7.56 | $15.00 | $25.00 |
| Set | 75128 | TIE Advanced Prototype Micro | | | $7.56 | $15.00 | $25.00 |
| Set | 75128 | TIE Advanced Prototype Micro | | | $8.69 | | |
| Set | 75128 | TIE Advanced Prototype Micro | | | $8.69 | | |
| Set | 75128 | TIE Advanced Prototype Micro | | | $7.99 | $15.00 | $25.00 |
| Set | 75128 | TIE Advanced Prototype Micro | | | $7.99 | $15.00 | $25.00 |
| Set | 75129 | Wookie Gunship Micro | $24.99 | | $9.00 | | |
| Set | 75129 | Wookie Gunship Micro | $24.99 | | $9.00 | | |
| Set | 75129 | Wookie Gunship Micro | $24.99 | | $8.99 | | |
| Set | 75129 | Wookie Gunship Micro | $24.99 | | $8.99 | | |
| Set | 75129 | Wookie Gunship Micro | $14.99 | | $9.89 | | |
| Set | 75129 | Wookie Gunship Micro | $24.99 | | $7.19 | | |
| Set | 75129 | Wookie Gunship Micro | | $24.99 | $7.19 | | |
| Set | 75129 | Wookie Gunship Micro | | $24.99 | $7.19 | | |
| Set | 75129 | Wookie Gunship Micro | | | $7.00 | $15.00 | $25.00 |
| Set | 75129 | Wookie Gunship Micro | | | $7.56 | $15.00 | $25.00 |
| Set | 75129 | Wookie Gunship Micro | | | $7.56 | $15.00 | $25.00 |
| Set | 75129 | Wookie Gunship Micro | | | $7.56 | $15.00 | $25.00 |
| Set | 75129 | Wookie Gunship Micro | | | $7.99 | $15.00 | $25.00 |
| Set | 75129 | Wookie Gunship Micro | | | $7.99 | $15.00 | $25.00 |
| Set | 75129 | Wookie Gunship Micro | | | $7.99 | | |
| Set | 75129 | Wookie Gunship Micro | | | $7.99 | $15.00 | $25.00 |
| Set | 75130 | AT-DP Micro | $24.99 | | $8.99 | | |
| Set | 75130 | AT-DP Micro | | $22.49 | $8.99 | | |
| Set | 75130 | AT-DP Micro | | | $9.00 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $8.99 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $6.74 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $6.74 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $6.74 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $6.74 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $8.99 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $7.19 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $7.19 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $8.00 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $7.56 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $7.56 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $8.99 | $15.00 | $30.00 |
| Set | 75130 | AT-DP Micro | | | $7.99 | $15.00 | $30.00 |
| Set | 75131 | Resistance Trooper Battle Pack | $25.99 | | $11.70 | | |
| Set | 75131 | Resistance Trooper Battle Pack | $29.99 | | $11.70 | | |
| Set | 75131 | Resistance Trooper Battle Pack | $25.99 | | $11.69 | | |
| Set | 75131 | Resistance Trooper Battle Pack | | $29.99 | $11.69 | | |
| Set | 75131 | Resistance Trooper Battle Pack | | $29.99 | $8.99 | | |
| Set | 75131 | Resistance Trooper Battle Pack | | | $11.69 | $15.00 | $30.00 |
| Set | 75131 | Resistance Trooper Battle Pack | | | $10.25 | $15.00 | $30.00 |
| Set | 75131 | Resistance Trooper Battle Pack | | | $10.25 | $15.00 | $30.00 |
| Set | 75131 | Resistance Trooper Battle Pack | | | $10.39 | $15.00 | $30.00 |
| Set | 75131 | Resistance Trooper Battle Pack | | | $10.39 | | |
| Set | 75132 | First Order Battle Pack | $24.99 | | $11.70 | | |
| Set | 75132 | First Order Battle Pack | $24.99 | | $11.70 | | |
| Set | 75132 | First Order Battle Pack | | | $11.69 | $15.00 | $25.00 |
| Set | 75132 | First Order Battle Pack | | | $9.89 | $15.00 | $25.00 |
| Set | 75132 | First Order Battle Pack | | | $11.69 | $15.00 | $25.00 |
| Set | 75132 | First Order Battle Pack | | | $10.35 | $15.00 | $25.00 |
| Set | 75132 | First Order Battle Pack | | | $10.35 | $15.00 | $25.00 |
| Set | 75132 | First Order Battle Pack | | | $10.39 | $15.00 | $25.00 |
| Set | 75132 | First Order Battle Pack | | | $7.44 | $15.00 | $25.00 |
| Set | 75133 | Rebel Alliance Battle Pack | $39.99 | | $11.69 | | |
| Set | 75133 | Rebel Alliance Battle Pack | $39.99 | | $11.69 | | |

| Set | 75133 | Rebel Alliance Battle Pack | | layaway | $11.69 | $20.00 | $40.00 |
|---|---|---|---|---|---|---|---|
| Set | 75133 | Rebel Alliance Battle Pack | $39.99 | | $11.69 | | |
| Set | 75133 | Rebel Alliance Battle Pack | $39.99 | | $11.69 | | |
| Set | 75133 | Rebel Alliance Battle Pack | | | $10.12 | $20.00 | $40.00 |
| Set | 75133 | Rebel Alliance Battle Pack | | | $10.12 | $20.00 | $40.00 |
| Set | 75133 | Rebel Alliance Battle Pack | | | $10.12 | $20.00 | $40.00 |
| Set | 75133 | Rebel Alliance Battle Pack | | | $10.39 | $20.00 | $40.00 |
| Set | 75133 | Rebel Alliance Battle Pack | | | $5.18 | $20.00 | $40.00 |
| Set | 75134 | Galactic Empire Battle Pack | $45.99 | | $11.70 | | |
| Set | 75134 | Galactic Empire Battle Pack | $49.99 | | $11.70 | | |
| Set | 75134 | Galactic Empire Battle Pack | | layaway | $11.69 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | $40.00 | | $11.69 | | |
| Set | 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $11.69 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $8.77 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $9.89 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $9.89 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $9.89 | $30.00 | $50.00 |
| Set | 75134 | Galactic Empire Battle Pack | | | $10.12 | | |
| Set | 75134 | Galactic Empire Battle Pack | | | $5.18 | $30.00 | $50.00 |
| Set | 75135 | Obi Wan's Jedi Interceptor | $139.99 | | $22.49 | | |
| Set | 75135 | Obi Wan's Jedi Interceptor | | layaway | $22.49 | $80.00 | $150.00 |
| Set | 75135 | Obi Wan's Jedi Interceptor | | | $24.49 | $80.00 | $150.00 |
| Set | 75135 | Obi Wan's Jedi Interceptor | | | $15.99 | $80.00 | $150.00 |
| Set | 75135 | Obi Wan's Jedi Interceptor | | | $16.00 | $80.00 | $150.00 |
| Set | 75135 | Obi Wan's Jedi Interceptor | | | $16.00 | $80.00 | $150.00 |
| Set | 75135 | Obi Wan's Jedi Interceptor | | ? | | | |
| Set | 75136 | Droid Escape Pod | $44.99 | | $19.99 | | |
| Set | 75136 | Droid Escape Pod | $39.99 | | $22.49 | | |
| Set | 75136 | Droid Escape Pod | | | $24.49 | $25.00 | $45.00 |
| Set | 75136 | Droid Escape Pod | | | $13.00 | $25.00 | $45.00 |
| Set | 75136 | Droid Escape Pod | | | $18.89 | $25.00 | $45.00 |
| Set | 75136 | Droid Escape Pod | | | $18.89 | | |
| Set | 75137 | Carbon Freezing Chamber | $59.99 | | $19.99 | | |
| Set | 75137 | Carbon Freezing Chamber | $59.99 | | $22.49 | | |
| Set | 75137 | Carbon Freezing Chamber | | $59.99 | $22.49 | | |
| Set | 75137 | Carbon Freezing Chamber | | | $22.49 | $40.00 | $60.00 |
| Set | 75137 | Carbon Freezing Chamber | | | $22.49 | $40.00 | $60.00 |
| Set | 75137 | Carbon Freezing Chamber | | | $16.00 | $40.00 | $60.00 |
| Set | 75137 | Carbon Freezing Chamber | | | $16.00 | $40.00 | $60.00 |
| Set | 75138 | Hoth Attack | $95.99 | | $22.49 | | |
| Set | 75138 | Hoth Attack | | | $24.29 | $50.00 | $90.00 |
| Set | 75138 | Hoth Attack | | | $16.00 | $50.00 | $90.00 |
| Set | 75138 | Hoth Attack | | | $15.99 | $50.00 | $90.00 |
| Set | 75139 | Battle on Takodana | $55.99 | | $53.99 | | |
| Set | 75139 | Battle on Takodana | | | $29.99 | $40.00 | $60.00 |
| Set | 75139 | Battle on Takodana | | | $7.19 | | |
| Set | 75140 | Resistance Troop Transport | | | $56.54 | $60.00 | $90.00 |
| Set | 75141 | Kanan's Speeder Bike | $79.99 | | $21.60 | | |
| Set | 75141 | Kanan's Speeder Bike | $79.99 | | $21.60 | | |
| Set | 75141 | Kanan's Speeder Bike | | | $19.99 | $50.00 | $80.00 |
| Set | 75142 | Homing Spider Droid | | | $26.99 | $70.00 | $150.00 |
| Set | 75142 | Homing Spider Droid | | | $25.68 | $70.00 | $150.00 |
| Set | 75144 | Snowspeeder UCS | $399.99 | | $99.99 | | |
| Set | 75145 | Eclipse Fighter | $49.99 | | $26.99 | | |
| Set | 75145 | Eclipse Fighter | | | $23.00 | $30.00 | $50.00 |
| Set | 75145 | Eclipse Fighter | | | $20.00 | $30.00 | $50.00 |
| Set | 75145 | Eclipse Fighter | | | $20.00 | | |
| Set | 75145 | Eclipse Fighter | | | $18.99 | $30.00 | $50.00 |
| Set | 75147 | StarScavenger | $79.99 | | $31.77 | | |
| Set | 75147 | StarScavenger | | layaway | $36.00 | $50.00 | $80.00 |
| Set | 75147 | StarScavenger | | | $37.00 | $50.00 | $80.00 |
| Set | 75148 | Encounter on Jakku | | layaway | $53.99 | $40.00 | $60.00 |
| Set | 75148 | Encounter on Jakku | | | $42.80 | $40.00 | $60.00 |
| Set | 75149 | Resistance X-Wing Fighter | $119.99 | | $68.99 | | |
| Set | 75149 | Resistance X-Wing Fighter | | | $49.00 | $80.00 | $120.00 |
| Set | 75149 | Resistance X-Wing Fighter | | | $71.99 | $80.00 | $120.00 |
| Set | 75150 | Vader's TIE Advanced VS A-Wing Starfigh | $144.00 | | $80.99 | | |
| Set | 75150 | Vader's TIE Advanced VS A-Wing Starfigh | $199.99 | | $61.00 | | |
| Set | 75151 | Clone Turbo Tank | | layaway | $98.99 | $350.00 | $400.00 |
| Set | 75151 | Clone Turbo Tank | | | $85.63 | $350.00 | $400.00 |
| Set | 75152 | Imperial Assault Hovertank | | | $26.99 | $75.00 | $120.00 |
| Set | 75153 | AT-ST Walker | $49.99 | | $35.99 | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Set | 75153 | AT-ST Walker | | | $19.99 | $60.00 | $100.00 |
| Set | 75154 | TIE Striker | $119.99 | | $62.99 | | |
| Set | 75154 | TIE Striker | | $109.99 | $32.99 | | |
| Set | 75154 | TIE Striker | | $149.99 | $34.00 | | |
| Set | 75155 | Rebel U-Wing Fighter | | layaway | $71.99 | | |
| Set | 75155 | Rebel U-Wing Fighter | $199.99 | | $56.00 | | |
| Set | 75155 | Rebel U-Wing Fighter | | | $56.00 | | |
| Set | 75156 | Krennic's Imperial Shuttle | | $188.00 | $80.99 | | |
| Set | 75156 | Krennic's Imperial Shuttle | | | $30.39 | $200.00 | $290.00 |
| Set | 75157 | Captain Rex's AT-TE | | layaway | $107.99 | | |
| Set | 75157 | Captain Rex's AT-TE | | layaway | $107.99 | $350.00 | $400.00 |
| Set | 75157 | Captain Rex's AT-TE | $400.00 | | $89.00 | | |
| Set | 75158 | Rebel Combat Frigate | | layaway | $98.99 | $600.00 | $700.00 |
| Set | 75160 | U-Wing Microfighter | $19.99 | | $6.63 | | |
| Set | 75160 | U-Wing Microfighter | | | $6.63 | $15.00 | $20.00 |
| Set | 75160 | U-Wing Microfighter | | | $8.99 | $15.00 | $20.00 |
| Set | 75160 | U-Wing Microfighter | | | $1.00 | $15.00 | $20.00 |
| Set | 75161 | TIE Striker Microfighter | $19.99 | | $6.63 | | |
| Set | 75161 | TIE Striker Microfighter | | | $7.36 | $15.00 | $20.00 |
| Set | 75161 | TIE Striker Microfighter | | | $1.00 | $15.00 | $20.00 |
| Set | 75161 | TIE Striker Microfighter | | | $5.00 | $15.00 | $20.00 |
| Set | 75162 | Y-Wing Microfighter | | $22.49 | $6.63 | | |
| Set | 75162 | Y-Wing Microfighter | | $24.99 | $6.63 | | |
| Set | 75162 | Y-Wing Microfighter | | | $6.63 | $15.00 | $25.00 |
| Set | 75162 | Y-Wing Microfighter | | | $8.99 | $15.00 | $25.00 |
| Set | 75162 | Y-Wing Microfighter | | | $6.70 | $15.00 | $25.00 |
| Set | 75163 | Krennic's Imperial Shuttle Microfighter | | layaway | $6.63 | $15.00 | $20.00 |
| Set | 75163 | Krennic's Imperial Shuttle Microfighter | | $19.99 | $7.36 | | |
| Set | 75163 | Krennic's Imperial Shuttle Microfighter | | | $1.00 | $15.00 | $20.00 |
| Set | 75164 | Rebel Trooper Battle Pack | $39.99 | | $9.95 | $20.00 | $45.00 |
| Set | 75164 | Rebel Trooper Battle Pack | | $39.99 | $9.95 | | |
| Set | 75164 | Rebel Trooper Battle Pack | | | $1.46 | $20.00 | $45.00 |
| Set | 75165 | Imperial Trooper Battle Pack | $54.99 | | $9.95 | | |
| Set | 75165 | Imperial Trooper Battle Pack | | layaway | $9.95 | $40.00 | $55.00 |
| Set | 75165 | Imperial Trooper Battle Pack | | $54.99 | $12.49 | | |
| Set | 75166 | First Order Transport Speeder Battle Pack | $29.99 | | $9.00 | | |
| Set | 75166 | Fisrt Order Transport Speeder Battle Pack | $29.99 | | $9.00 | | |
| Set | 75167 | Bounty Hunter Speeder Bike Battle Pack | $40.00 | | $9.00 | | |
| Set | 75167 | Bounty Hunter Speeder Bike Battle Pack | | $49.99 | $9.00 | | |
| Set | 75167 | Bounty Hunter Speeder Bike Battle Pack | | | $10.78 | $35.00 | $50.00 |
| Set | 75168 | Yoda's Jedi Starfighter | $59.99 | | $16.57 | | |
| Set | 75169 | Duel on Naboo | | $79.99 | $16.57 | | |
| Set | 75169 | Duel on Naboo | | | ? | $50.00 | $80.00 |
| Set | 75170 | The Phantom | | | $19.89 | $250.00 | $350.00 |
| Set | 75170 | The Phantom | | | $19.89 | $250.00 | $350.00 |
| Set | 75170 | The Phantom | | | $22.08 | $250.00 | $350.00 |
| Set | 75170 | The Phantom | | | $17.99 | $250.00 | $350.00 |
| Set | 75170 | The Phantom | | | $17.22 | $250.00 | $350.00 |
| Set | 75171 | Battle on Scarif | $139.99 | | $33.15 | | |
| Set | 75171 | Battle on Scarif | | | $28.99 | $100.00 | $150.00 |
| Set | 75172 | Y-Wing Starfighter | $149.99 | | $44.16 | | |
| Set | 75172 | Y-Wing Starfighter | | layaway | $33.83 | | |
| Set | 75172 | Y-Wing Starfighter | | | $38.99 | $120.00 | $160.00 |
| Set | 75172 | Y-Wing Starfighter | | | $29.99 | $120.00 | $160.00 |
| Set | 75173 | Luke's Landspeeder | | $39.99 | $14.79 | | |
| Set | 75174 | Desert Skiff Escape | | | $21.49 | $65.00 | $95.00 |
| Set | 75175 | A-Wing Starfighter | | | $28.51 | $100.00 | $120.00 |
| Set | 75175 | A-Wing Starfighter | | | $24.25 | $100.00 | $120.00 |
| Set | 75175 | A-Wing Starfighter | | | $25.99 | $100.00 | $120.00 |
| Set | 75176 | Resistance Transport Pod | | $39.99 | $19.25 | | |
| Set | 75177 | First Order Heavy Scout Walker | | | $51.15 | $40.00 | $60.00 |
| Set | 75178 | Jakku Quadjumper | | | $24.99 | $65.00 | $80.00 |
| Set | 75179 | Kylo Ren's TIE Fighter | | | $51.30 | $120.00 | $200.00 |
| Set | 75180 | Rathtar Escape | | | $47.98 | | |
| Set | 75182 | Republic Fighter Tank | | $99.99 | $18.24 | | |
| Set | 75182 | Republic Fighter Tank | | | $17.49 | $80.00 | $130.00 |
| Set | 75183 | Darth Vadar Transformation | | | $14.98 | $60.00 | $85.00 |
| Set | 75183 | Darth Vadar Transformation | | | $7.49 | $60.00 | $85.00 |
| Set | 75185 | Tracker 1 | | layaway | $49.99 | | |
| Set | 75186 | The Arrowhead | | layaway | $61.00 | $140.00 | $180.00 |
| Set | 75187 | BB-8 | $174.99 | | $64.10 | | |
| Set | 75188-3 | Resistance Bomber | | | $70.50 | $160.00 | $200.00 |
| Set | 75189 | First Order Heavy Assault Walker | $199.99 | | $96.15 | | |
| Set | 75190 | First Order Star Destroyer | | layaway | $102.55 | $200.00 | $280.00 |
| Set | 75191 | Jedi Starfighter With Hyperdrive | $450.00 | | $78.00 | | |
| Set | 75192 | Millennium Falcon UCS | | layaway | $789.99 | | |
| Set | 75206 | Jedi and Clone Troopers Battle Pack | | | ? | | |
| Set | 75218 | X-Wing Starfighter | $129.99 | | $32.50 | | |
| Set | 75240 | Major Vonreg's TIE Fighter | | | $54.95 | $80.00 | $120.00 |
| Set | 75249 | Resistance Y-Wing Starfighter | | | $47.36 | $50.00 | $90.00 |
| Set | 75258 | Anakin's Pod Racer | | $59.99 | $24.99 | | |

| Type | ID | Name | | | | | Notes |
|------|-----|------|------|------|------|------|------|
| Set | 75263 | Resistance Y-Wing Microfighter | $19.99 | | $4.99 | | |
| Set | 75263 | Resistance Y-Wing Microfighter | $19.99 | | $4.99 | | |
| Set | 75263 | Resistance Y-Wing Microfighter | $19.99 | | $6.29 | | |
| Set | 75263 | Resistance Y-Wing Microfighter | | | $6.29 | $10.00 | $20.00 |
| Set | 75263 | Resistance Y-Wing Microfighter | | | $7.49 | $10.00 | $20.00 |
| Set | 75264 | Kylo Ren's Shuttle Microfighter | | | $6.99 | $20.00 | $35.00 |
| Set | 75266 | Sith Trooper Battle Pack | | | $12.99 | $15.00 | $25.00 |
| Set | 75266 | Sith Trooper Battle Pack | | | $12.99 | $15.00 | $25.00 |
| Set | 75266 | Sith Trooper Battle Pack | | | $12.99 | $15.00 | $25.00 |
| Set | 75267 | Mandalorian Battle Pack | | | $12.95 | $15.00 | $30.00 |
| Set | 75267 | Mandalorian Battle Pack | | | $12.99 | $15.00 | $30.00 |
| Set | 75267 | Mandalorian Battle Pack | | | $12.99 | $15.00 | $30.00 |
| Set | 75267 | Mandalorian Battle Pack | | | $12.99 | $15.00 | $30.00 |
| Set | 75273 | Poe Dameron's X-Wing Fighter | | | $72.99 | $80.00 | $100.00 |
| Set | 75273 | Poe Dameron's X-Wing Fighter | | | $72.99 | $80.00 | $100.00 |
| Set | 75532 | Scout Trooper & Speeder Bike | $89.99 | | $27.99 | | |
| Minifigure | 75146-17 | Protocol Droid | | | | $6.00 | $15.00 |
| Minifigure | Dewback | Dewback (16875pb01c01) | $40.00 | | $6.00 | | |
| Minifigure | Rancor | Rancor (11323pb01c01) | | layaway | $14.00 | $100.00 | $200.00 |
| Minifigure | SW0001b | Battle Droid | $6.00 | | $0.00 | | |
| Minifigure | SW0001b | Battle Droid | $6.00 | | $0.00 | | |
| Minifigure | SW0001b | Battle Droid | | | $0.00 | $5.00 | $6.00 |
| Minifigure | SW0001b | Battle Droid | | | $0.00 | $5.00 | $6.00 |
| Minifigure | SW0001b | Battle Droid | | | $0.00 | $5.00 | $6.00 |
| Minifigure | SW0001b | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001b | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001b | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001b | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001c | Battle Droid | $6.00 | | $1.00 | | |
| Minifigure | SW0001c | Battle Droid | $6.00 | | $1.00 | | |
| Minifigure | SW0001c | Battle Droid | | $6.00 | $0.50 | | |
| Minifigure | SW0001c | Battle Droid | | $6.00 | $0.50 | | |
| Minifigure | SW0001c | Battle Droid | | $6.00 | $0.50 | | |
| Minifigure | SW0001c | Battle Droid | | layaway | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001c | Battle Droid | | layaway | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001c | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001d | Battle Droid | | | $1.00 | $5.00 | $6.00 |
| Minifigure | SW0001d | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0001d | Battle Droid | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0002a | Boba Fett | | layaway | | $40.00 | $80.00 Classic, single helmet/jetpack. Non-printed legs |
| Minifigure | SW0002b | Boba Fett | | layaway | $4.00 | $45.00 | $70.00 Single helmet/Jetpack. Non-printed legs. Red on helmet |
| Minifigure | SW0002b | Boba Fett | | layaway | $5.00 | $45.00 | $70.00 Single helmet/Jetpack. Non-printed legs. Red on helmet |
| Minifigure | SW0002b | Boba Fett | | | $2.00 | $40.00 | $80.00 Classic, single helmet/jetpack. Non-printed legs. Scratched helmet |
| Minifigure | SW0003 | Darth Maul | $25.00 | | | | |
| Minifigure | SW0003 | Darth Maul | | | | $15.00 | $30.00 |
| Minifigure | SW0003 | Darth Maul | | | | $15.00 | $30.00 |
| Minifigure | SW0004 | Darth Vader | | ? | | $20.00 | $40.00 Mislabeled as 0214 |
| Minifigure | SW0004A | Darth Vader | | | | $30.00 | $50.00 Light bluish grey head |
| Minifigure | SW0005 | Imperial Scout Trooper | | ? | | | |
| Minifigure | SW0005A | Imperial Scout Trooper | $10.00 | | $1.00 | | |
| Minifigure | SW0005b | Imperial Scout Trooper | $10.00 | | $1.00 | | |
| Minifigure | SW0011 | Chewbacca | | | $1.00 | $6.00 | $7.00 Reddish brown |
| Minifigure | SW0011a | Chewbacca | | $7.00 | $1.00 | | |
| Minifigure | SW0011a | Chewbacca | | $7.00 | $1.00 | | Reddish brown |
| Minifigure | SW0011a | Chewbacca | | | $1.00 | | |
| Minifigure | SW0011a | Chewbacca | | ? | | | |
| Minifigure | SW0012A | Dak Ralter | | | | $8.00 | $12.00 |
| Minifigure | SW0014 | Han Solo | | | | $60.00 | $80.00 |
| Minifigure | SW0017 | Jar Jar Binks | | | | $7.00 | $12.00 |
| Minifigure | SW0017 | Jar Jar Binks | | | | $7.00 | $12.00 |
| Minifigure | SW0018 | Luke Skywalker (Endor) | $12.00 | | | | |
| Minifigure | SW0019 | Luke Skywalker X-Wing Pilot | | | | $7.00 | $12.00 |
| Minifigure | SW0019A | Luke Skywalker X-Wing Pilot | | | | $7.00 | $15.00 |
| Minifigure | SW0021 | Luke Skywalker (Tatooine) | $10.00 | | | | |
| Minifigure | SW0023A | Obi-Wan Kenobi (Old) | | | | $7.00 | $20.00 |
| Minifigure | SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 |
| Minifigure | SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 |
| Minifigure | SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 |
| Minifigure | SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 |
| Minifigure | SW0027 | Qui-Gon Jinn (Yellow Head) | | | | $10.00 | $20.00 |
| Minifigure | SW0028 | R2-D2 | | | | $6.00 | $10.00 |
| Minifigure | SW0028 | R2-D2 | | | | $6.00 | $10.00 |
| Minifigure | SW0031 | Rebel A-Wing Pilot | | ? | | $7.00 | $20.00 |
| Minifigure | SW0032 | Rebel B-Wing Pilot | | ? | | $10.00 | $20.00 |
| Minifigure | SW0033 | Rebel Y-Wing Pilot | | | | $7.00 | $15.00 John 'Dutch' Vander, Gold LEader |
| Minifigure | SW0035a | Imperial TIE Fighter- Interceptor Pilot | | | $1.50 | $7.00 | $10.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Minifigure | SW0035E | Imperial TIE Fighter- Interceptor Pilot | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0035b | Imperial TIE Fighter- Interceptor Pilot | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0035b | Imperial TIE Fighter- Interceptor Pilot | | | $0.00 | $7.00 | $10.00 |
| Minifigure | SW0035b | Imperial TIE Fighter- Interceptor Pilot | | ? | | | |
| Minifigure | SW0036 | Imperial Stormtrooper | | | | $7.00 | $15.00 |
| Minifigure | SW0036 | Imperial Stormtrooper | | | | $7.00 | $15.00 |
| Minifigure | SW0036E | Imperial Stormtrooper | | | $0.50 | $7.00 | $15.00 |
| Minifigure | SW0036E | Imperial Stormtrooper | | | $1.00 | $7.00 | $15.00 |
| Minifigure | SW0038 | Watto | $20.00 | | $39.00 | | |
| Minifigure | SW0040 | Royal Guard | | | | $7.00 | $15.00 |
| Minifigure | SW0040 | Royal Guard | | | | $7.00 | $15.00 |
| Minifigure | SW0040 | Royal Guard | | | | $7.00 | $15.00 |
| Minifigure | SW0046 | Imperial Officer | | | $1.00 | $7.00 | $12.00 |
| Minifigure | SW0047 | Battle Droid Security (Red) | | | $1.00 | $7.00 | $15.00 |
| Minifigure | SW0048 | Battle Droid Commander | | $20.00 | $1.00 | | |
| Minifigure | SW0051 | Yoda | $20.00 | | $3.00 | | |
| Minifigure | SW0051 | Yoda | | | $3.00 | $15.00 | $30.00 |
| Minifigure | SW0052 | Tusken Raider | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0052 | Tusken Raider | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0052 | Tusken Raider | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0053 | Jango Fett | | | $35.00 | $350.00 | $500.00 |
| Minifigure | SW0053 | Jango Fett | | layaway | $18.00 | | |
| Minifigure | SW0053 | Jango Fett | | | $21.00 | $0.00 | $0.00 Slave 1 (wrong arms) |
| Minifigure | SW0054 | Boba Fett (Young) | | | $8.00 | $20.00 | $50.00 |
| Minifigure | SW0054 | Boba Fett (Young) | | | $5.00 | $20.00 | $50.00 |
| Minifigure | SW0059 | Zam Wesell | | | $5.00 | $90.00 | $120.00 |
| Minifigure | SW0067 | Ewok (Paploo) | | | | $7.00 | $15.00 |
| Minifigure | SW0067 | Ewok (Paploo) | | | | $7.00 | $15.00 |
| Minifigure | SW0068 | Luke Skywalker (Black hand) | | | | $7.00 | $15.00 |
| Minifigure | SW0071 | Jabba The Hutt | | | $8.00 | $25.00 | $80.00 |
| Minifigure | SW0079 | Luke Skywalker | | | $3.00 | $10.00 | $20.00 |
| Minifigure | SW0085a | Princess Leia | | | $2.00 | $15.00 | $20.00 Damage to face |
| Minifigure | SW0090 | Luke Skywalker X-Wing Pilot | | | | $7.00 | $12.00 |
| Minifigure | SW0091 | Shock Trooper- Phase 2 | | | $3.00 | $15.00 | $25.00 |
| Minifigure | SW0091 | Shock Trooper- Phase 2 | | | $3.00 | $15.00 | $25.00 |
| Minifigure | SW0091 | Shock Trooper- Phase 2 | | | $3.00 | $15.00 | $25.00 |
| Minifigure | SW0092 | Super Battle Droid | $9.00 | | $1.00 | | |
| Minifigure | SW0092 | Super Battle Droid | $9.00 | | $1.00 | | |
| Minifigure | SW0092 | Super Battle Droid | $7.00 | | $0.50 | | |
| Minifigure | SW0092 | Super Battle Droid | $9.00 | | $0.50 | | |
| Minifigure | SW0092 | Super Battle Droid | | | $1.00 | $7.00 | $9.00 |
| Minifigure | SW0095 | Battle Droid Pilot (Blue) | | | $0.50 | $5.00 | $6.00 |
| Minifigure | SW0095a | Battle Droid Pilot (Blue) | | | | $5.00 | $6.00 |
| Minifigure | SW0096 | Battle Droid Security | | | $0.00 | | |
| Minifigure | SW0097 | Imperial Stormtrooper- Chrome Silver | | | $25.00 | $100.00 | $200.00 Damaged legs |
| Minifigure | SW0099 | Anakin Skywalker (Padawan w/cape) | | | $3.00 | $25.00 | $60.00 damaged cape |
| Minifigure | SW0100 | Anakin Skywalker (Padawan) | $13.00 | | | | |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0101 | Snowtrooper | | | $1.00 | $6.00 | $7.00 |
| Minifigure | SW0111 | Han Solo | | | | $25.00 | $50.00 |
| Minifigure | SW0111 | Han Solo | | | | $25.00 | $50.00 |
| Minifigure | SW0113 | Leia | | | | $9.00 | $20.00 Check for misprint |
| Minifigure | SW0113 | Leia | | | | $9.00 | $20.00 |
| Minifigure | SW0114 | Imperial Officer | | | | $10.00 | $20.00 |
| Minifigure | SW0115 | Snowtrooper | | | $2.00 | $7.00 | $10.00 mislabeled as 0568 |
| Minifigure | SW0115 | Snowtrooper | | ? | | $7.00 | $10.00 |
| Minifigure | SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | $15.00 | $1.00 | | |
| Minifigure | SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | $15.00 | $0.50 | | |
| Minifigure | SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | | $0.50 | $10.00 | $15.00 |
| Minifigure | SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | | $0.50 | | |
| Minifigure | SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | | $0.50 | | |
| Minifigure | SW0118 | Clone Trooper V-Wing Pilot (Phase 2) | | ? | | | |
| Minifigure | SW0119 | R7-D4 | | | | $7.00 | $15.00 |
| Minifigure | SW0119 | R7-D4 | | | | $7.00 | $15.00 |
| Minifigure | SW0123 | Darth Vader | $30.00 | | | | No Eyebrows |
| Minifigure | SW0123 | Darth Vader | $30.00 | | | | No Eyebrows |
| Minifigure | SW0123 | Darth Vader | | | | $20.00 | $30.00 No Eyebrows |
| Minifigure | SW0126 | Clone Trooper | $20.00 | | $0.50 | | |
| Minifigure | SW0126 | Clone Trooper | | | $1.00 | | wrong helmet. damaged torso. mislabeled as 0036b |
| Minifigure | SW0126 | Clone Trooper | | | $0.50 | | cracked arm, damaged head |
| Minifigure | SW0128A | 327th Star Corps Clone Trooper- Phase 2 | $20.00 | | $3.00 | | |
| Minifigure | SW0128A | 327th Star Corps Clone Trooper- Phase 2 | $20.00 | | $0.50 | | |
| Minifigure | SW0128A | 327th Star Corps Clone Trooper- Phase 2 | | $20.00 | $3.00 | | |

| Type | Code | Name | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Minifigure | SW0128A | 327th Star Corps Clone Trooper- Phase 2 | | $20.00 | $3.00 | | | |
| Minifigure | SW0128A | 327th Star Corps Clone Trooper- Phase 2 | | $20.00 | $3.00 | | | |
| Minifigure | SW0134 | General Grievous (Brown Cape, Old Version) | | layaway | | $100.00 | $200.00 | |
| Minifigure | SW0134A | General Grievous (No cape) | | | | $15.00 | $40.00 | |
| Minifigure | SW0134A | General Grievous (No cape) | | | | $15.00 | $40.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | $2.00 | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | $2.00 | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | $2.00 | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | $2.00 | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | | $20.00 | $30.00 | |
| Minifigure | SW0141 | Jawa (With cape) | | | | $20.00 | $30.00 | |
| Minifigure | SW0151 | IG-88 | | | | $6.00 | $7.00 | |
| Minifigure | SW0151 | IG-88 | | | | $6.00 | $7.00 | |
| Minifigure | SW0155 | IG-88 | | | | $6.00 | $7.00 | |
| Minifigure | SW0161a | C-3PO | | $7.00 | | | | |
| Minifigure | SW0161A | C-3PO | | | | $7.00 | $9.00 | |
| Minifigure | SW0165 | K-3PO | | | | $20.00 | $40.00 | |
| Minifigure | SW0166a | Imperial Shadow Trooper | $10.00 | | $3.50 | | | |
| Minifigure | SW0166a | Imperial Shadow Trooper | $15.00 | | $1.00 | | | |
| Minifigure | SW0166a | Imperial Shadow Trooper | $15.00 | | $1.00 | | | |
| Minifigure | SW0166b | Imperial Shadow Trooper | $15.00 | | $1.00 | | | |
| Minifigure | SW0175 | Princess Leia | | | ? | | | |
| Minifigure | SW0177 | AT-AT Driver | | | | $15.00 | $25.00 | |
| Minifigure | SW0179 | Han Solo | | | | $10.00 | $15.00 | |
| Minifigure | SW0187 | Rebel Scout Trooper | | | | $6.00 | $7.00 | |
| Minifigure | SW0187 | Rebel Scout Trooper | | | | $6.00 | $7.00 | |
| Minifigure | SW0188 | Imperial Stormtrooper | | $10.00 | $1.00 | | | |
| Minifigure | SW0188 | Imperial Stormtrooper | $15.00 | | $1.00 | | | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | $10.00 | | $1.00 | | | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | $10.00 | | $1.00 | | | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | $10.00 | | $2.00 | | | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | | | $2.00 | $7.00 | $10.00 | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) |
| Minifigure | SW0188 | Imperial Stormtrooper | | | $1.00 | $7.00 | $10.00 | mislabeled as (0036b) |
| Minifigure | SW0190 | IG-100 MagnaGuard Droid | | $40.00 | | | | |
| Minifigure | SW0190 | IG-100 MagnaGuard Droid | | | | $20.00 | $60.00 | |
| Minifigure | SW0190 | IG-100 MagnaGuard Droid | | | | $20.00 | $60.00 | |
| Minifigure | SW0190 | IG-100 MagnaGuard Droid | | | | $20.00 | $60.00 | |
| Minifigure | SW0190 | IG-100 MagnaGuard Droid | | | | $20.00 | $60.00 | |
| Minifigure | SW0190 | IG-100 MagnaGuard Droid | | | | $20.00 | $60.00 | |
| Minifigure | SW0190 | IG-100 MagnaGuard Droid | | | | $20.00 | $60.00 | |
| Minifigure | SW0192 | Ahsoka Tano (Padawan) | $20.00 | | $3.00 | | | |
| Minifigure | SW0192 | Ahsoka Tano (Padawan) | | | $4.00 | $15.00 | $20.00 | |
| Minifigure | SW0193 | Rotta | | | | $20.00 | $40.00 | |
| Minifigure | SW0194 | Captain Rex (Phase 1) | | | $12.00 | $100.00 | $200.00 | |
| Minifigure | SW0194 | Captain Rex (Phase 1) | | | $10.00 | $100.00 | $200.00 | |
| Minifigure | SW0194 | Captain Rex (Phase 1) | | | $10.00 | $100.00 | $200.00 | |
| Minifigure | SW0194 | Captain Rex (Phase 1) | | | $20.00 | $100.00 | $200.00 | |
| Minifigure | SW0194 | Captain Rex (Phase 1) | | | $12.50 | $100.00 | $200.00 | |
| Minifigure | SW0194 | Captain Rex (Phase 1) | | | $20.00 | $100.00 | $200.00 | |
| Minifigure | SW0195 | Asajj Ventress | | $40.00 | | | | |
| Minifigure | SW0196 | Commander Cody (Phase 1) | $50.00 | | $16.00 | | | |
| Minifigure | SW0196 | Commander Cody (Phase 1) | $60.00 | | $9.00 | | | |
| Minifigure | SW0196 | Commander Cody (Phase 1) | | | ? | $30.00 | $60.00 | |
| Minifigure | SW0196 | Commander Cody (Phase 1) | | | $15.00 | $30.00 | $60.00 | |
| Minifigure | SW0196 | Commander Cody (Phase 1) | | | $12.00 | $30.00 | $60.00 | |
| Minifigure | SW0196 | Commander Cody (Phase 1) | | $60.00 | $8.00 | | | |
| Minifigure | SW0197 | Obi-Wan Kenobi (Large eyes) | | | | $10.00 | $20.00 | |
| Minifigure | SW0197 | Obi-Wan Kenobi (Large eyes) | | | | $10.00 | $20.00 | |
| Minifigure | SW0200 | Clone Trooper (Phase 1) | $20.00 | | $1.00 | | | |
| Minifigure | SW0200 | Clone Trooper (Phase 1) | | $20.00 | $1.00 | | | |
| Minifigure | SW0200 | Clone Trooper (Phase 1) | | $12.00 | $1.00 | | | |
| Minifigure | SW0200 | Clone Trooper (Phase 1) | | | $1.00 | $10.00 | $20.00 | |
| Minifigure | SW0200 | Clone Trooper (Phase 1) | | | | | | |
| Minifigure | SW0200 | Clone Trooper (Phase 1) | | | $1.00 | $10.00 | $20.00 | Wrong head |
| Minifigure | SW0201 | Clone Trooper (Phase 1) | $20.00 | | $1.00 | | | |
| Minifigure | SW0201 | Clone Trooper (Phase 1) | $20.00 | | $1.00 | | | |
| Minifigure | SW0201 | Clone Trooper (Phase 1) | $15.00 | | $1.00 | | | |
| Minifigure | SW0201 | Clone Trooper (Phase 1) | | | $1.00 | $10.00 | $20.00 | |
| Minifigure | SW0201 | Clone Trooper (Phase 1) | | | $2.00 | $10.00 | $20.00 | |
| Minifigure | SW0202a | Commander Fox (Phase 1) | | | $8.00 | $160.00 | $250.00 | |
| Minifigure | SW0202a | Commander Fox (Phase 1) | | | $10.50 | $160.00 | $250.00 | |

| Type | Item | Name | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Minifigure | SW0202a | Commander Fox (Phase 1) | | | $10.50 | $160.00 | $250.00 | |
| Minifigure | SW0202a | Commander Fox (Phase 1) | | | $10.00 | $160.00 | $250.00 | |
| Minifigure | SW0202a | Commander Fox (Phase 1) | | | $10.00 | $160.00 | $250.00 | |
| Minifigure | SW0202a | Commander Fox (Phase 1) | | | $17.00 | $160.00 | $250.00 | |
| Minifigure | SW0202a | Commander Fox (Phase 1) | | | $10.00 | | | |
| Minifigure | SW0205A | Han Solo Stormtrooper | | | | $7.00 | $12.00 | |
| Minifigure | SW0209 | Darth Vader (Death Star) | $20.00 | | $4.00 | | | |
| Minifigure | SW0209 | Darth Vader (Death Star) | | | | $15.00 | $30.00 | |
| Minifigure | SW0209 | Darth Vader (Death Star) | | | | $15.00 | $30.00 | |
| Minifigure | SW0209 | Darth Vader (Death Star) | | | | $15.00 | $30.00 | |
| Minifigure | SW0209 | Darth Vader (Death Star) | | | | $15.00 | $30.00 | |
| Minifigure | SW0209 | Darth Vader (Death Star) | | | | $15.00 | $30.00 | |
| Minifigure | SW0209 | Darth Vader (Death Star) | | | | $15.00 | $30.00 | |
| Minifigure | SW0210 | Emperor Palpatine | | | | $15.00 | $20.00 | |
| Minifigure | SW0210 | Emperor Palpatine | | | | $15.00 | $20.00 | |
| Minifigure | SW0212 | Protocol Droid | | | | $15.00 | $25.00 | |
| Minifigure | SW0214 | Darth Vader | | | ? | | | Mislabeled as 0004 |
| Minifigure | SW0217 | R2-D2 | | | | $6.00 | $7.00 | |
| Minifigure | SW0217 | R2-D2 | | | | $6.00 | $7.00 | |
| Minifigure | SW0217 | R2-D2 | | | | $6.00 | $7.00 | |
| Minifigure | SW0218 | Darth Vader (Chrome Black) | | | $56.00 | $500.00 | $800.00 | |
| Minifigure | SW0219 | Yoda | | $12.00 | $3.00 | | | |
| Minifigure | SW0220 | Mace Windu | | | | $10.00 | $15.00 | |
| Minifigure | SW0221 | Clone Trooper Gunner (Phase 1) | $15.00 | | $1.00 | | | |
| Minifigure | SW0221 | Clone Trooper Gunner (Phase 1) | | | $1.00 | $10.00 | $15.00 | Damaged legs |
| Minifigure | SW0223 | Clone Commander (Phase 1) | $30.00 | | $3.00 | | | |
| Minifigure | SW0223 | Clone Commander (Phase 1) | $30.00 | | $4.00 | | | |
| Minifigure | SW0223 | Clone Commander (Phase 1) | $20.00 | | | $15.00 | $30.00 | |
| Minifigure | SW0223 | Clone Commander (Phase 1) | | | $2.00 | $15.00 | $30.00 | |
| Minifigure | SW0224 | Count Dooku | $30.00 | | $5.00 | | | |
| Minifigure | SW0224 | Count Dooku | | $30.00 | $1.00 | | | |
| Minifigure | SW0224 | Count Dooku | | | $4.50 | | | |
| Minifigure | SW0224 | Count Dooku | | | $1.00 | | | No cape |
| Minifigure | SW0224 | Count Dooku | | | $5.00 | | | Wrong cape |
| Minifigure | SW0225 | Pilot Droid | | | | $10.00 | $20.00 | |
| Minifigure | SW0227 | Rocket Droid Commander | $10.00 | | | | | |
| Minifigure | SW0227 | Rocket Droid Commander | $10.00 | | | | | |
| Minifigure | SW0228 | Rocket Battle Droid | | | $1.00 | $6.00 | $7.00 | |
| Minifigure | SW0228 | Rocket Battle Droid | | | | $6.00 | $7.00 | |
| Minifigure | SW0229 | Assassin Droid | | | $0.50 | $5.00 | $6.00 | |
| Minifigure | SW0230 | Super Battle Droid w/ Rocket arm | | | $1.00 | $8.00 | $12.00 | mislabeled as 0092 |
| Minifigure | SW0230 | Super Battle Droid w/ Rocket arm | | | $1.00 | $8.00 | $12.00 | |
| Minifigure | SW0233 | Clone Trooper Jet | | | | | | |
| Minifigure | SW0233 | Clone Trooper Jet | | | | | | |
| Minifigure | SW0233 | Clone Trooper Jet | | | | | | |
| Minifigure | SW0233 | Clone Trooper Jet | | | | | | |
| Minifigure | SW0236 | Chief Chirpa | | | $2.00 | | | |
| Minifigure | SW0239 | Endor Rebel Commando | $9.00 | | ? | | | Wrong head |
| Minifigure | SW0241 | Onaconda Farr | | | | | | |
| Minifigure | SW0242 | Nute Gunray | | | | | | |
| Minifigure | SW0245 | Turk Falso | | | $1.00 | $10.00 | $15.00 | |
| Minifigure | SW0245 | Turk Falso | | | $1.00 | $10.00 | $15.00 | |
| Minifigure | SW0245 | Turk Falso | | | $1.00 | $10.00 | $15.00 | |
| Minifigure | SW0246 | Hondo Ohnaka | | | | | | |
| Minifigure | SW0247 | Admiral Ackbar | | | $1.00 | $8.00 | $15.00 | |
| Minifigure | SW0247 | Admiral Ackbar | $12.00 | | $1.00 | | | |
| Minifigure | SW0247 | Admiral Ackbar | | | $2.00 | $8.00 | $15.00 | |
| Minifigure | SW0247 | Admiral Ackbar | | | $3.50 | $8.00 | $15.00 | |
| Minifigure | SW0247 | Admiral Ackbar | | | $3.50 | $8.00 | $15.00 | |
| Minifigure | SW0247 | Admiral Ackbar | | | $3.50 | $8.00 | $15.00 | |
| Minifigure | SW0248 | Mon Calamari Officer | | | | | | |
| Minifigure | SW0252 | Hoth Rebel | | | | | | |
| Minifigure | SW0256 | Captain Antilles | | | $28.00 | $80.00 | $120.00 | |
| Minifigure | SW0259 | Hoth Rebel Trooper | $9.00 | | | | | |
| Minifigure | SW0260 | Zev Senesca | | | $1.00 | $5.00 | $8.00 | |
| Minifigure | SW0260 | Zev Senesca | | | $1.00 | $5.00 | $8.00 | |
| Minifigure | SW0260 | Zev Senesca | | | $4.00 | $5.00 | $8.00 | |
| Minifigure | SW0262 | AT-AT Driver | | | $1.00 | $6.00 | $8.00 | |
| Minifigure | SW0262 | AT-AT Driver | | | $1.00 | $6.00 | $8.00 | |
| Minifigure | SW0262 | AT-AT Driver | | | $1.00 | $6.00 | $8.00 | Mislabeled 0177 |
| Minifigure | SW0262 | AT-AT Driver | | | $1.00 | $6.00 | $8.00 | Mislabeled 0177 |
| Minifigure | SW0263 | Anakin Skywalker (Parka) | | | $1.50 | $7.00 | $10.00 | |
| Minifigure | SW0264 | Thi-Sen | | | $1.00 | $7.00 | $12.00 | |
| Minifigure | SW0264 | Thi-Sen | | | $1.00 | $7.00 | $12.00 | |
| Minifigure | SW0265 | Clone Trooper Pilot Captain Jag | | | $1.00 | | | Mislabeled as 0118 |
| Minifigure | SW0267 | R4-P44 | | | | | | |
| Minifigure | SW0268 | Imperial TIE Fighter | $9.00 | | $1.00 | | | |
| Minifigure | SW0268 | Imperial TIE Fighter | | $9.00 | $1.00 | | | |
| Minifigure | SW0268 | Imperial TIE Fighter | | | $1.00 | $7.00 | $9.00 | |
| Minifigure | SW0268 | Imperial TIE Fighter | | | $2.50 | $7.00 | $9.00 | |
| Minifigure | SW0268a | Imperial TIE Fighter | | | $1.00 | $8.00 | $10.00 | |

| Type | Number | Name | | | | | | Notes |
|---|---|---|---|---|---|---|---|---|
| Minifigure | SW0268A | Imperial TIE Fighter Pilot | | | $1.00 | $8.00 | $10.00 | |
| Minifigure | SW0268A | Imperial TIE Fighter Pilot | | | $1.00 | $8.00 | $10.00 | |
| Minifigure | SW0271 | Sandtrooper | $15.00 | | $3.50 | | | |
| Minifigure | SW0274 | Obi-Wan Kenobi (Old) | | | | | | |
| Minifigure | SW0275 | Boba Fett (White) | | layaway | $50.00 | $350.00 | $450.00 | Sealed polybag (4597068-1) |
| Minifigure | SW0277 | Darth Vader | | $30.00 | | | | |
| Minifigure | SW0277 | Darth Vader | $30.00 | | | | | |
| Minifigure | SW0279 | Boba Fett | | | $8.00 | | | |
| Minifigure | SW0279 | Boba Fett | | | $6.00 | | | |
| Minifigure | SW0279 | Boba Fett | | | $4.99 | | | |
| Minifigure | SW0279 | Boba Fett | | | $3.50 | | | |
| Minifigure | SW0280 | Bossk | | | $1.00 | | | |
| Minifigure | SW0280 | Bossk | | | $10.00 | | | |
| Minifigure | SW0281 | Clone Trooper V-Wing Pilot (Phase 2) | | $10.00 | $3.00 | | | |
| Minifigure | SW0284 | Aayla Secura | $50.00 | | $6.00 | | | |
| Minifigure | SW0284 | Aayla Secura | | | $10.00 | | | |
| Minifigure | SW0284 | Aayla Secura | | | $10.00 | | | |
| Minifigure | SW0284 | Aayla Secura | | ? | | | | |
| Minifigure | SW0285 | Cad Bane | | Layaway | | | | |
| Minifigure | SW0289 | General Maximillian Veers | | | | | | |
| Minifigure | SW0291 | Hoth Rebel Trooper | | | $2.00 | $0.00 | $0.00 | Wong Head |
| Minifigure | SW0291 | Hoth Rebel Trooper | | | | | | |
| Minifigure | SW0292 | Luke Skywalker (Jedi Knight) | | | | | | |
| Minifigure | SW0292 | Luke Skywalker (Jedi Knight) | | | | | | |
| Minifigure | SW0293 | Imperial Officer | | | | | | |
| Minifigure | SW0293 | Imperial Officer | | | | | | |
| Minifigure | SW0295 | Luke Skywalker X-Wing Pilot | | | | | | |
| Minifigure | SW0296 | Mandalorian Death Watch Warrior | | | | | | |
| Minifigure | SW0296 | Mandalorian Death Watch Warrior | | | | | | |
| Minifigure | SW0296 | Mandalorian Death Watch Warrior | | | | | | |
| Minifigure | SW0296 | Mandalorian Death Watch Warrior | | | | | | |
| Minifigure | SW0296 | Mandalorian Death Watch Warrior | | | | | | |
| Minifigure | SW0296 | Mandalorian Death Watch Warrior | | | | | | |
| Minifigure | SW0296 | Mandalorian Death Watch Warrior | | | | | | |
| Minifigure | SW0296 | Mandalorian Death Watch Warrior | | | | | | |
| Minifigure | SW0297 | Clone Trooper | | | $1.00 | | | mislabeled as 0036b. wring head,helmet. damaged legs |
| Minifigure | SW0298 | Clone Trooper, Horn Company (Phase 1) | $20.00 | | $2.00 | | | |
| Minifigure | SW0298 | Clone Trooper, Horn Company (Phase 1) | $20.00 | | $1.00 | | | |
| Minifigure | SW0298 | Clone Trooper, Horn Company (Phase 1) | | $20.00 | $1.00 | | | |
| Minifigure | SW0298 | Clone Trooper, Horn Company (Phase 1) | | $20.00 | $1.00 | | | |
| Minifigure | SW0298 | Clone Trooper, Horn Company (Phase 1) | | $20.00 | $1.00 | | | |
| Minifigure | SW0299 | Clone Bomb Squad Trooper (Phase 1) | | $9.00 | $1.00 | | | |
| Minifigure | SW0299 | Clone Bomb Squad Trooper (Phase 1) | | $9.00 | $1.00 | | | |
| Minifigure | SW0299 | Clone Bomb Squad Trooper (Phase 1) | | | $1.00 | | | |
| Minifigure | SW0299 | Clone Bomb Squad Trooper (Phase 1) | | | $0.50 | | | Wrong head |
| Minifigure | SW0299 | Clone Bomb Squad Trooper (Phase 1) | | | $1.00 | | | Wrong head |
| Minifigure | SW0299 | Clone Bomb Squad Trooper (Phase 1) | | | $1.00 | | | Wrong head |
| Minifigure | SW0300 | Battle Droid Pilot (Blue) | | | $1.00 | | | |
| Minifigure | SW0301 | Jar Jar Binks | | | $1.00 | $8.00 | $10.00 | |
| Minifigure | SW0301 | Jar Jar Binks | | | | | | |
| Minifigure | SW0302 | Gungun Soldier | | | | | | |
| Minifigure | SW0303 | R2-Q2 | | | | | | |
| Minifigure | SW0304 | Imperial V-Wing Pilot | | | $1.00 | $7.00 | $12.00 | |
| Minifigure | SW0304 | Imperial V-Wing Pilot | | | | | | |
| Minifigure | SW0304 | Imperial V-Wing Pilot | | | | | | |
| Minifigure | SW0306 | Aurra Sing | | | $3.00 | | | |
| Minifigure | SW0307 | Embo | | ? | | | | |
| Minifigure | SW0308 | Saesee Tiin | | | $2.00 | $10.00 | $20.00 | |
| Minifigure | SW0309 | Shaak Ti | | | | | | |
| Minifigure | SW0309 | Shaak Ti | | | | | | |
| Minifigure | SW0310 | Luminara Unduli | | | | | | |
| Minifigure | SW0314 | Captain Rex (Phase 1) | | | $2.00 | $120.00 | $200.00 | |
| Minifigure | SW0314 | Captain Rex (Phase 1) | | | | | | |
| Minifigure | SW0314 | Captain Rex (Phase 1) | | | | | | |
| Minifigure | SW0315 | Clone Shadow ARF Trooper (Phase 1) | | layaway | $39.00 | $370.00 | $500.00 | sealed polybag (2856197-1) |
| Minifigure | SW0315 | Clone Shadow ARF Trooper (Phase 1) | | layaway | $0.00 | $370.00 | $500.00 | sealed polybag (2856197-1) |
| Minifigure | SW0316 | Savage Opress | $40.00 | | $2.00 | | | missing armor |
| Minifigure | SW0316 | Savage Opress | | $18.00 | $2.00 | | | |
| Minifigure | SW0317 | Anakin Skywalker | | ? | | $8.00 | $12.00 | |
| Minifigure | SW0318 | Asajj Ventress | | | | | | |
| Minifigure | SW0319 | Ki-Adi-Mundi | | | | | | |
| Minifigure | SW0321 | Captain Panaka | | | | | | |
| Minifigure | SW0321 | Captain Panaka | | | | | | |
| Minifigure | SW0323 | Darth Maul | $30.00 | | | | | |
| Minifigure | SW0323 | Darth Maul | $25.00 | | | | | |
| Minifigure | SW0325 | Watto | | | $3.00 | $25.00 | $40.00 | |
| Minifigure | SW0326 | Sebulba (Moveable arms) | | $15.00 | $1.00 | | | |
| Minifigure | SW0326 | Sebulba (Moveable arms) | $15.00 | | $1.00 | | | |
| Minifigure | SW0326 | Sebulba (Moveable arms) | | | $2.00 | $9.00 | $15.00 | |
| Minifigure | SW0328 | Wald | | | $1.00 | $8.00 | $12.00 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Minifigure | SW0330 | Commander Wolffe (Phase 1) | $180.00 | | $18.00 | | |
| Minifigure | SW0330 | Commander Wolffe (Phase 1) | | | $21.00 | $130.00 | $200.00 |
| Minifigure | SW0330 | Commander Wolffe (Phase 1) | | | | | |
| Minifigure | SW0330 | Commander Wolffe (Phase 1) | | | | | |
| Minifigure | SW0330 | Commander Wolffe (Phase 1) | | | | | |
| Minifigure | SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | $7.00 | $60.00 | $120.00 No jetpack |
| Minifigure | SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | $8.00 | $60.00 | $120.00 |
| Minifigure | SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | $3.00 | $60.00 | $120.00 Wrong Helmet |
| Minifigure | SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | | | |
| Minifigure | SW0331 | Clone Trooper, 104th Battalion 'Wolfpack' | | | | | |
| Minifigure | SW0332 | Eeth Koth | | | | | |
| Minifigure | SW0336 | Obi-Wan Kenobi (Old) | | | | | |
| Minifigure | SW0337 | Princess Leia | | | | | |
| Minifigure | SW0338 | Ewok (Logray) | $10.00 | | | | |
| Minifigure | SW0338 | Ewok (Logray) | | | | | |
| Minifigure | SW0339 | Ewok (Tokkat) | | | $2.00 | $10.00 | $20.00 |
| Minifigure | SW0339 | Ewok (Tokkat) | $20.00 | | $2.00 | | |
| Minifigure | SW0341 | Commander Cody (Phase 1) | | | $5.00 | | |
| Minifigure | SW0341 | Commander Cody (Phase 1) | | | $8.00 | | |
| Minifigure | SW0346 | Princess Leia (Hoth) | | | $10.00 | $15.00 | $20.00 |
| Minifigure | SW0350 | Dengar | | | | | |
| Minifigure | SW0352 | Admiral Piett | | | $10.00 | $40.00 | $60.00 |
| Minifigure | SW0354 | Zev Senesca | | | $1.00 | $5.00 | $8.00 |
| Minifigure | SW0356 | Han Solo (Celebration) | | | | | |
| Minifigure | SW0356 | Han Solo (Celebration) | | | | | |
| Minifigure | SW0357 | Han Solo (Young) | | | | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | $0.50 | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | $1.00 | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | $1.00 | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | $1.00 | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | $1.00 | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | $1.00 | | Wrong legs |
| Minifigure | SW0359 | Commando Droid | $7.00 | | | | |
| Minifigure | SW0359 | Commando Droid | $5.87 | | | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | | | |
| Minifigure | SW0359 | Commando Droid | $7.00 | | | | |
| Minifigure | SW0360 | Battle Droid Pilot (Blue) | $6.00 | | $0.00 | | |
| Minifigure | SW0360 | Battle Droid Pilot (Blue) | $6.00 | | $0.00 | | |
| Minifigure | SW0360 | Battle Droid Pilot (Blue) | $6.00 | | $1.00 | | |
| Minifigure | SW0360 | Battle Droid Pilot Blue Torso | | | $1.00 | | |
| Minifigure | SW0364 | Sandtrooper | | | $6.00 | $10.00 | $25.00 |
| Minifigure | SW0364 | Sandtrooper | | | | | |
| Minifigure | SW0365 | C-3PO | | | $3.00 | | |
| Minifigure | SW0365 | C-3PO | | | $3.00 | | |
| Minifigure | SW0366 | Imperial Stormtrooper | | | $2.00 | $7.00 | $12.00 |
| Minifigure | SW0367 | Endor Rebel Commando (Dark tan vest) | | | $2.00 | $7.00 | $8.00 |
| Minifigure | SW0367 | Endor Rebel Commando (Dark tan vest) | | | $1.00 | $7.00 | $8.00 |
| Minifigure | SW0368 | Endor Rebel Commando (stubble) | | | | | |
| Minifigure | SW0368 | Endor Rebel Commando (stubble) | | | | | |
| Minifigure | SW0371 | Princess Leia (Celebration) | | | | | |
| Minifigure | SW0371 | Princess Leia (Celebration) | | | | | |
| Minifigure | SW0372 | Jeb Porkins | | ? | | $8.00 | $12.00 |
| Minifigure | SW0373 | R5-D8 | | ? | | $15.00 | $20.00 |
| Minifigure | SW0374 | Death Star Trooper | | ? | | | |
| Minifigure | SW0376 | Imperial Officer | | ? | | $8.00 | $10.00 Mislabeled as 0352 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $2.50 | | |
| Minifigure | SW0377 | ARC Trooper Hammer | | ? | | | |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $2.50 | $30.00 | $60.00 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $3.00 | $30.00 | $60.00 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $5.00 | $30.00 | $60.00 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $3.00 | $30.00 | $60.00 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $1.00 | $30.00 | $60.00 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $3.00 | $30.00 | $60.00 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $5.00 | $30.00 | $60.00 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | $2.00 | $30.00 | $60.00 |
| Minifigure | SW0377 | ARC Trooper Hammer | | | | | |
| Minifigure | SW0377 | ARC Trooper Hammer | | | | | |
| Minifigure | SW0378 | ARF Trooper | $12.00 | | $2.00 | | |
| Minifigure | SW0378 | ARF Trooper | | | | | |
| Minifigure | SW0378 | ARF Trooper | | | | | |
| Minifigure | SW0378 | ARF Trooper | | | | | |
| Minifigure | SW0378 | ARF Trooper | | | | | |
| Minifigure | SW0379 | Barriss Offee | | | $1.00 | | |
| Minifigure | SW0379 | Barriss Offee | | | $2.00 | | |
| Minifigure | SW0379 | Barriss Offee | | | $2.00 | | |
| Minifigure | SW0380 | Commander Gree (Phase 1) | $20.00 | | $3.00 | | |
| Minifigure | SW0380 | Commander Gree (Phase 1) | $15.00 | | $4.00 | | |
| Minifigure | SW0380 | Commander Gree (Phase 1) | $20.00 | | $3.00 | | |
| Minifigure | SW0380 | Commander Gree (Phase 1) | | | $2.00 | $10.00 | $20.00 Mislabeled as 0298 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Minifigure | SW0381 | Geonisian Warrioy w/ Wings | | | | | | |
| Minifigure | SW0382 | Geonosian Zombie w/ Wings | | | | | | |
| Minifigure | SW0383 | Sandtrooper | $20.00 | | $4.00 | | | missing pauldron |
| Minifigure | SW0383 | Sandtrooper | | | $4.00 | $10.00 | $20.00 | missing pauldron |
| Minifigure | SW0384 | Darth Maul | $75.00 | | | | | |
| Minifigure | SW0385 | TC-14 Protocol Droid | | | $18.00 | $120.00 | $200.00 | |
| Minifigure | Sw0385 | TC-14 Protocol Droid | | | $12.00 | $120.00 | $200.00 | |
| Minifigure | SW0386 | Darth Vader | $27.19 | | | | | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | $50.00 | | $21.00 | | | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | | layaway | $20.00 | $150.00 | $250.00 | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | | | $19.00 | $150.00 | $250.00 | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | | | $25.00 | $150.00 | $250.00 | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | | layaway | $19.00 | $150.00 | $250.00 | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | | layaway | $48.00 | $150.00 | $250.00 | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | | | $22.00 | $150.00 | $250.00 | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | | | $38.00 | $150.00 | $250.00 | |
| Minifigure | SW0387 | Queen Amidala (Red Dress) | | | $25.00 | $150.00 | $250.00 | |
| Minifigure | SW0389 | Satele Shan | | | | | | |
| Minifigure | SW0393 | R3-D5 | | | | | | |
| Minifigure | SW0393 | R3-D5 | | | | | | |
| Minifigure | SW0396 | Boba Fett (Beard stubble) | | | $8.00 | | | |
| Minifigure | SW0396 | Boba Fett (Beard stubble) | | | $8.00 | | | |
| Minifigure | SW0396 | Boba Fett (Beard stubble) | | | $6.00 | | | |
| Minifigure | SW0397 | Kithaba | | | | | | |
| Minifigure | SW0397 | Kithaba | | | | | | |
| Minifigure | SW0398 | Lando Calrissian (Skiff Guard) | | | | | | |
| Minifigure | SW0398 | Lando Calrissian (Skiff Guard) | | | | | | |
| Minifigure | SW0401 | AT-ST Pilot | | | ? | | | mislabeled as 0093 |
| Minifigure | SW0402 | Jabba the Hutt (Tan face) | layaway | | $22.00 | $40.00 | $80.00 | |
| Minifigure | SW0402 | Jabba the Hutt (Tan face) | | | $14.00 | $40.00 | $80.00 | |
| Minifigure | SW0402 | Jabba the Hutt (Tan face) | | | $20.00 | $40.00 | $80.00 | |
| Minifigure | SW0402 | Jabba the Hutt (Tan face) | | | $14.00 | $40.00 | $80.00 | |
| Minifigure | SW0404 | Bib Fortuna | $20.00 | | $10.00 | | | |
| Minifigure | SW0404 | Bib Fortuna | | | $6.00 | | | |
| Minifigure | SW0405 | Gamorrean Guard | | | | | | |
| Minifigure | SW0406 | Oola | | $60.00 | | | | |
| Minifigure | SW0407 | Boushh | | | $18.00 | $95.00 | $120.00 | |
| Minifigure | SW0408 | Salacious B. Crumb | | | $4.00 | $40.00 | $70.00 | |
| Minifigure | SW0413 | Darth Malgus | $50.00 | | $12.50 | $150.00 | $250.00 | |
| Minifigure | SW0413 | Darth Malgus | | | | | | |
| Minifigure | SW0414 | Sith Trooper | | | | | | |
| Minifigure | SW0414 | Sith Trooper | | | | | | |
| Minifigure | SW0415 | Battle Droid Commander w/ Straight Arm | $12.00 | | $1.00 | | | |
| Minifigure | SW0416 | Pre Vizsla | | | $23.00 | $150.00 | $300.00 | |
| Minifigure | SW0416 | Pre Vizsla | | | $20.00 | $150.00 | $300.00 | |
| Minifigure | SW0416 | Pre Vizsla | | | | $150.00 | $300.00 | |
| Minifigure | SW0419 | Anakin Skywalker (Sith) | | | | $40.00 | $60.00 | Sith With Cape |
| Minifigure | SW0421 | Agen Kolar | | | $11.00 | $110.00 | $180.00 | |
| Minifigure | SW0422 | Kit Fisto | $50.00 | | | | | |
| Minifigure | SW0427 | Rebel Fleet Trooper | | | | | | |
| Minifigure | SW0427 | Rebel Fleet Trooper | | | | | | |
| Minifigure | SW0431 | Boba Fett (Balaclava Head) | | | $5.00 | | | |
| Minifigure | SW0431 | Boba Fett (Balaclava Head) | | | $8.00 | | | |
| Minifigure | SW0434 | Malakili | | | | | | |
| Minifigure | SW0434 | Malakili | | | | | | |
| Minifigure | SW0436 | Sith Trooper | | $15.00 | $2.00 | | | |
| Minifigure | SW0436 | Sith Trooper | | | | | | |
| Minifigure | Sw0436 | Sith Trooper | | | | | | |
| Minifigure | SW0437 | Rebel A-Wing Pilot | | | $3.00 | $10.00 | $15.00 | |
| Minifigure | SW0437 | Rebel A-Wing Pilot | | | | | | |
| Minifigure | SW0438 | Clone Trooper Sergeant (Phase 1) | $20.00 | | $2.00 | | | |
| Minifigure | SW0439 | 501st Clone Trooper Pilot (Phase 2) | $39.00 | | $5.00 | | | |
| Minifigure | SW0440 | Rebel Trooper | | | | | | |
| Minifigure | SW0442 | Clone Trooper (Phase 1) | $15.00 | | $0.00 | | | |
| Minifigure | SW0442 | Clone Trooper (Phase 1) | $13.08 | | $1.00 | | | |
| Minifigure | SW0442 | Clone Trooper (Phase 1) | $15.00 | | $1.00 | | | |
| Minifigure | SW0442 | Clone Trooper (Phase 1) | $20.00 | | $1.50 | | | |
| Minifigure | SW0443 | Sith Trooper | | $10.00 | $2.00 | | | |
| Minifigure | SW0443 | Sith Trooper | | | $2.00 | $8.00 | $15.00 | |
| Minifigure | SW0443 | Sith Trooper | | | | | | |
| Minifigure | SW0444 | Rebel Trooper | | | | | | |
| Minifigure | SW0444 | Rebel Trooper | | | | | | |
| Minifigure | SW0445 | 501st Clone Trooper (Phase 2) | $25.00 | | $2.00 | | | |
| Minifigure | SW0445 | 501st Clone Trooper (Phase 2) | $25.00 | | $5.00 | | | |
| Minifigure | SW0445 | 501st Clone Trooper (Phase 2) | $10.00 | | $3.50 | | | |
| Minifigure | SW0446 | Yoda | $12.00 | | $1.00 | | | |
| Minifigure | SW0446 | Yoda | $10.00 | | $1.00 | | | |
| Minifigure | SW0446 | Yoda | | $10.00 | $3.00 | | | |
| Minifigure | SW0446 | Yoda | | | $4.00 | $12.00 | $20.00 | |
| Minifigure | SW0448 | Commando Droid Captain | $10.00 | | $1.00 | | | |
| Minifigure | SW0448 | Commando Droid Captain | | | $1.00 | | | |

| Type | Item | Name | | | | | | Notes |
|------|------|------|---|---|---|---|---|-------|
| Minifigure | SW0448 | Commando Droid Captain | | | $0.50 | | | |
| Minifigure | SW0448 | Commando Droid Captain | | | | | | |
| Minifigure | SW0449 | Obi-Wan Kenobi | | | | | | |
| Minifigure | SW0450 | Captain Rex (Phase 2) | | | $10.00 | $150.00 | $300.00 | |
| Minifigure | SW0450 | Captain Rex (Phase 2) | | | $16.00 | $150.00 | $300.00 | |
| Minifigure | SW0450 | Captain Rex (Phase 2) | | | $25.00 | $150.00 | $300.00 | |
| Minifigure | SW0451 | Han Solo | | $8.00 | $1.00 | | | |
| Minifigure | SW0451 | Han Solo | | $12.00 | $3.00 | | | |
| Minifigure | SW0451 | Han Solo | | | | | | |
| Minifigure | SW0452 | Ahsoka Tano (Padawan) | $28.00 | | $8.00 | | | |
| Minifigure | SW0452 | Ahsoka Tano (Padawan) | $45.00 | | $8.00 | | | |
| Minifigure | SW0452 | Ahsoka Tano (Padawan) | | | ? | | | |
| Minifigure | SW0453 | 212th Clone Trooper (Phase 2) | $25.00 | | $5.00 | | | |
| Minifigure | SW0453 | 212th Clone Trooper (Phase 2) | $25.00 | | $3.00 | | | |
| Minifigure | SW0454 | Umbaran Soldier | | | $1.00 | $10.00 | $20.00 | |
| Minifigure | SW0456 | R4-P17 | | | | | | |
| Minifigure | SW0456 | R4-P17 | | | | | | |
| Minifigure | SW0457 | Imperial TIE Fighter Bomber Pilot | | | $2.00 | | | Wrong Head and helmet |
| Minifigure | SW0462 | Hoth Rebel Trooper Tan Uniform | | | | | | |
| Minifigure | SW0463 | Snowtrooper | | | $2.00 | | | |
| Minifigure | SW0463 | Snowtrooper | | | | | | |
| Minifigure | SW0464 | Darth Vader (Celebration) | | | | | | |
| Minifigure | SW0467 | Battle Droid Dark Orange | | $7.00 | $1.00 | | | |
| Minifigure | SW0467 | Battle Droid Dark Orange | | | $1.00 | | | |
| Minifigure | SW0467b | Battle Droid Dark Orange | | | $1.00 | | | |
| Minifigure | SW0468 | Jango Fett (Smile) | $100.00 | | $10.00 | | | |
| Minifigure | SW0468 | Jango Fett (Smile) | | | ? | $50.00 | $100.00 | (Mislabeled as 0845) |
| Minifigure | SW0468 | Jango Fett (Smile) | | | ? | $50.00 | $100.00 | Mislabeled as 0845 |
| Minifigure | SW0468 | Jango Fett (Smile) | | | | $50.00 | $100.00 | |
| Minifigure | SW0469 | Stass Allie | $35.00 | | $5.00 | | | |
| Minifigure | SW0469 | Stass Allie | | | $7.00 | $40.00 | $60.00 | |
| Minifigure | SW0471 | Yoda | $12.00 | | $3.00 | | | |
| Minifigure | SW0472 | Count Dooku | | $75.00 | $7.00 | | | |
| Minifigure | SW0472 | Count Dooku | | | $4.00 | $50.00 | $80.00 | Mislabeled as 0060 |
| Minifigure | SW0474 | Poggle the Lesser | | | | $25.00 | $40.00 | |
| Minifigure | SW0475a | Jek-14 | $40.00 | | $11.50 | | | |
| Minifigure | SW0476 | Bounty Hunter | | | $2.50 | $20.00 | $30.00 | |
| Minifigure | SW0476 | Bounty Hunter | | | ? | | | |
| Minifigure | SW0476 | Bounty Hunter | | | ? | | | |
| Minifigure | SW0480 | Coleman Trebor | | | $8.00 | | | |
| Minifigure | SW0480 | Coleman Trebor | | | $9.00 | | | Wrong legs |
| Minifigure | SW0481 | Clone Trooper Commander (Phase 1) | | $25.00 | $3.00 | | | |
| Minifigure | SW0481 | Clone Trooper Commander (Phase 1) | | $20.00 | $6.00 | | | |
| Minifigure | SW0481 | Clone Trooper Commander (Phase 1) | | | $5.00 | | | |
| Minifigure | SW0482 | Battle Droid Commander | | $7.00 | $1.00 | | | |
| Minifigure | SW0485 | Princess Leia (Slave Leia) | | | $12.00 | $90.00 | $150.00 | |
| Minifigure | SW0486 | Max Rebo | $134.00 | | $7.00 | | | |
| Minifigure | SW0488 | Anakin Skywalker (Padawan) | | | $7.00 | $30.00 | $50.00 | |
| Minifigure | SW0488 | Anakin Skywalker (Padawan) | | | | | | |
| Minifigure | SW0489 | Obi-Wan Kenobi | | | | | | |
| Minifigure | SW0489 | Obi-Wan Kenobi | | | | | | |
| Minifigure | SW0490 | Padme Amidala (Geonosis Arena) | $34.00 | | | | | |
| Minifigure | SW0491 | Clone Pilot | | | $1.00 | | | Wrong torso |
| Minifigure | SW0492 | Clone Trooper Captain (Phase 1) | | | $6.00 | | | |
| Minifigure | SW0492 | Clone Trooper Captain (Phase 1) | | | $8.00 | | | |
| Minifigure | SW0493 | Darth Maul (Mechanical Legs) | $40.00 | | | | | |
| Minifigure | SW0494 | Mandalorian Super Commando | $40.00 | | | | | |
| Minifigure | SW0494 | Mandalorian Super Commando | | | | | | |
| Minifigure | SW0499 | Sith Warrior | $46.00 | | $6.50 | | | |
| Minifigure | SW0499 | Sith Warrior | | | | | | |
| Minifigure | SW0499 | Sith Warrior | | | | | | |
| Minifigure | SW0500 | Kao Cen Darach | | | $10.00 | $140.00 | $200.00 | |
| Minifigure | SW0501 | Jedi Consular | | | | | | |
| Minifigure | SW0502 | Clone Trooper Lieutenant (Phase 1) | | | $3.00 | | | |
| Minifigure | SW0503 | Special Forces Commander | | | | | | |
| Minifigure | SW0504 | Princess Leia (Endor) | | | | | | |
| Minifigure | SW0504 | Princess Leia (Endor) | | | | | | |
| Minifigure | SW0504 | Princess Leia (Endor) | | | | | | |
| Minifigure | SW0504 | Princess Leia (Endor) | | | | | | |
| Minifigure | SW0504 | Princess Leia (Endor) | | | | | | |
| Minifigure | SW0505 | Scout Trooper | | | $6.00 | $10.00 | $15.00 | |
| Minifigure | SW0508 | | $10.00 | | | | | |
| Minifigure | SW0509 | Luke Skywalker | $35.00 | | $7.00 | | | |
| Minifigure | SW0510 | Ewok- Teebo | $60.00 | | $4.00 | | | Mislabeled as 0237 |
| Minifigure | SW0513 | Ewok- Wicket | | | $7.00 | | | Mislabeled as 0238 |
| Minifigure | SW0515 | General Grevious | $40.00 | | | | | |
| Minifigure | SW0515 | General Grevious | $40.00 | | | | | |
| Minifigure | SW0518 | 41st Kashyyyk Clone Trooper Phase 2 | | $15.00 | $1.00 | | | |
| Minifigure | SW0518 | 41st Kashyyyk Clone Trooper Phase 2 | | $15.00 | $1.00 | | | |
| Minifigure | SW0518 | 41st Kashyyyk Clone Trooper Phase 2 | | | $1.00 | | | |
| Minifigure | SW0518 | 41st Kashyyyk Clone Trooper Phase 2 | | | $2.00 | | | |

| Type | Number | Name | | | | | Notes |
|---|---|---|---|---|---|---|---|
| Minifigure | SW0519 | 41st Kashyyyk Clone Trooper Phase 2 | $18.00 | $1.00 | | | |
| Minifigure | SW0519 | 41st Kashyyyk Clone Trooper Phase 2 | $18.00 | $1.00 | | | |
| Minifigure | SW0519 | 41st Kashyyyk Clone Trooper Phase 2 | | $2.00 | | | |
| Minifigure | SW0519 | 41st Kashyyyk Clone Trooper Phase 2 | | $2.00 | | | |
| Minifigure | SW0520 | Imperial Gunner | | | | | |
| Minifigure | SW0521 | Royal Guard | | $2.00 | $6.00 | $10.00 | |
| Minifigure | SW0521 | Royal Guard | | $2.00 | $6.00 | $10.00 | |
| Minifigure | SW0521 | Royal Guard | | $2.00 | $6.00 | $10.00 | |
| Minifigure | SW0521 | Royal Guard | | $2.00 | $6.00 | $10.00 | |
| Minifigure | SW0521 | Royal Guard | | $2.00 | $6.00 | $10.00 | |
| Minifigure | SW0521 | Royal Guard | | $2.00 | $6.00 | $10.00 | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0521 | Royal Guard | | | | | |
| Minifigure | SW0522 | 212th Clone Trooper | $20.00 | $2.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $2.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $1.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $2.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $3.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $1.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $1.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $1.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $1.00 | | | |
| Minifigure | SW0522 | 212th Clone Trooper | | $1.00 | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | $25.00 ? | | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | ? | | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | | $2.00 | $0.00 | $0.00 | Missing Pauldron |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | | | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | | | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | | | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | | | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | | | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | | | | | |
| Minifigure | SW0523 | 212th Clone Airborne Trooper | | | | | |
| Minifigure | SW0524 | Clone BARC Trooper | $25.00 | $2.00 | | | |
| Minifigure | SW0524 | Clone BARC Trooper | | $3.00 | | | |
| Minifigure | SW0524 | Clone BARC Trooper | ? | | | | |
| Minifigure | SW0525 | Clone Trooper V-Wing Pilot | | | | | |
| Minifigure | SW0526 | Anakin Skywalker (Headset) | | $3.00 | $15.00 | $35.00 | |
| Minifigure | SW0526 | Anakin Skywalker (Headset) | | | | | |
| Minifigure | SW0526 | Anakin Skywalker (Headset) | | | | | |
| Minifigure | SW0527A | R2-D2 | | | | | |
| Minifigure | SW0528 | Commander Gree (Phase 2) | | $8.00 | | | |
| Minifigure | SW0528 | Commander Gree (Phase 2) | | | | | |
| Minifigure | SW0529 | Imperial Gunner | | | | | |
| Minifigure | SW0530 | Chief Tarfful | | $5.00 | | | |
| Minifigure | SW0530 | Chief Tarfful | | $3.00 | | | |
| Minifigure | SW0531 | Clone Shock Trooper (Phase 2) | | $5.00 | $65.00 | $100.00 | |
| Minifigure | SW0531 | Clone Shock Trooper (Phase 2) | | $7.00 | $65.00 | $100.00 | |
| Minifigure | SW0531 | Clone Shock Trooper (Phase 2) | | $5.00 | $65.00 | $100.00 | |
| Minifigure | SW0531 | Clone Shock Trooper (Phase 2) | | $5.00 | $65.00 | $100.00 | |
| Minifigure | SW0531 | Clone Shock Trooper (Phase 2) | | $5.00 | $65.00 | $100.00 | |
| Minifigure | SW0531 | Shock Trooper Phase 2 | | | $65.00 | $100.00 | |
| Minifigure | SW0532 | Chewbacca | | $4.00 | | | |
| Minifigure | SW0535 | Obi-Wan Kenobi | | | | | |
| Minifigure | SW0535 | Obi-Wan Kenobi | | | | | |
| Minifigure | SW0537 | 104th Clone Trooper 'Woldpack' (Phase 2) | | $4.00 | $70.00 | $100.00 | |
| Minifigure | SW0537 | 104th Clone Trooper 'Woldpack' (Phase 2) | | $12.00 | $70.00 | $100.00 | |
| Minifigure | SW0537 | 104th Clone Trooper 'Woldpack' (Phase 2) | | $5.00 | $70.00 | $100.00 | Mislabeled as 0331 |
| Minifigure | SW0539 | Han Solo | | $3.00 | $6.00 | $19.00 | |
| Minifigure | SW0539 | Han Solo | | | | | |
| Minifigure | SW0539 | Han Solo | | | | | |
| Minifigure | SW0540 | Chancellor Palpatine | | $6.00 | | | |
| Minifigure | SW0542 | Anakin Skywalker | | | | | |
| Minifigure | SW0543 | Imperial TIE Fighter Pilot | $10.00 | $1.00 | | | |
| Minifigure | SW0543 | Imperial TIE Fighter Pilot | | $2.00 | $7.00 | $10.00 | |
| Minifigure | SW0544 | Rebel X-Wing Pilot | | $3.00 | | | |
| Minifigure | SW0544 | Rebel X-Wing Pilot | | | | | |
| Minifigure | SW0546 | TC-4 Protocol Droid | | $8.50 | $12.00 | $25.00 | |
| Minifigure | SW0547 | Darth Revan | layaway | $18.00 | $200.00 | $350.00 | Layaway (Sealed polybag (5002123-1)) |
| Minifigure | SW0547 | Darth Revan | layaway | $0.00 | $200.00 | $350.00 | Sealed polybag (5002123-1) |
| Minifigure | SW0547 | Darth Revan | layaway | $20.00 | $200.00 | $350.00 | Sealed polybag (5002123-1) |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Minifigure | SW0547 | Darth Revan | | layaway | | $0.00 | $200.00 | $350.00 Sealed polybag (5002123-1) |
| Minifigure | SW0547 | Darth Revan | | layaway | ? | | $200.00 | $350.00 Sealed polybag (5002123-1) |
| Minifigure | SW0548a | Sandtrooper | | | | $5.00 | $20.00 | $30.00 mislabeled as 0383 |
| Minifigure | SW0548a | Sandtrooper | | | | $7.00 | $20.00 | $30.00 |
| Minifigure | SW0551 | Luke Skywalker (Tatooine) | | | | $4.00 | $7.00 | $10.00 |
| Minifigure | SW0552 | Obi-Wan Kenobi | | | | | | |
| Minifigure | SW0552 | Obi-Wan Kenobi | | | | | | |
| Minifigure | SW0552 | Obi-Wan Kenobi | | | | | | |
| Minifigure | SW0553 | Greedo w/ Belt | | | | | | |
| Minifigure | SW0554 | Bith Musician | | | | $2.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $1.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $3.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $3.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $3.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $3.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $3.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $3.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $2.00 | | |
| Minifigure | SW0554 | Bith Musician | | | | $2.00 | | |
| Minifigure | SW0557 | General Airen Cracken | | | | | | |
| Minifigure | SW0566 | Luke Skywalker (Tatooine) | | | | | | |
| Minifigure | SW0566 | Luke Skywalker (Tatooine) | | | | | | |
| Minifigure | SW0568 | Snowtrooper | | | | $2.00 | $8.00 | $12.00 |
| Minifigure | SW0575 | Zeb Orrelios | | | | $21.75 | $120.00 | $150.00 |
| Minifigure | SW0575 | Zeb Orrelios | | | | $19.00 | $120.00 | $150.00 |
| Minifigure | SW0576 | Hera Syndulla | | | | $2.00 | $20.00 | $40.00 |
| Minifigure | SW0577 | Kanan Jarrus (Black hair) | | | | | $250.00 | $350.00 |
| Minifigure | SW0577 | Kanan Jarrus (Black hair) | | | | | $250.00 | $350.00 |
| Minifigure | SW0578 | Imperial Stormtrooper (Azure helmet) | $10.00 | | | $1.00 | | |
| Minifigure | SW0578 | Imperial Stormtrooper (Azure helmet) | | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0578 | Imperial Stormtrooper (Azure helmet) | | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0578 | Imperial Stormtrooper (Azure helmet) | | | | $1.00 | $7.00 | $10.00 Custom helmet, stuck on head |
| Minifigure | SW0578 | Imperial Stormtrooper (Azure helmet) | | | | $1.00 | $7.00 | $10.00 mislabeled as 0188 |
| Minifigure | SW0578 | Imperial Stormtrooper (Azure helmet) | | | | $1.00 | $7.00 | $10.00 mislabeled as 0188 |
| Minifigure | SW0579 | General Maximillian Veers | | | | | | |
| Minifigure | SW0579 | General Maximillian Veers | | | | | | |
| Minifigure | SW0580 | Snowtrooper Commander | | | | | | |
| Minifigure | SW0580 | Snowtrooper Commander | | | | | | |
| Minifigure | SW0581 | AT-AT Driver | | | | $2.00 | $7.00 | $9.00 |
| Minifigure | SW0583 | Imperial Navy Trooper | | | | | | |
| Minifigure | SW0583 | Imperial Navy Trooper | | | | | | |
| Minifigure | SW0585 | Imperial Stormtrooper | | | | $2.00 | $10.00 | $15.00 |
| Minifigure | SW0585 | Imperial Stormtrooper | | | | $2.00 | $10.00 | $15.00 |
| Minifigure | SW0590 | Jawa w/ Gold Badge | | | | | | |
| Minifigure | SW0595 | Emperor Palpatine | | | | | | |
| Minifigure | SW0599 | Santa Darth Vader | | | | | | |
| Minifigure | SW0603 | Imperial Shadow Stormtrooper | $9.00 | | | $1.00 | | |
| Minifigure | SW0603 | Imperial Shadow Stormtrooper | | | | | | |
| Minifigure | SW0604 | Shadow Guard | $8.00 | | | $1.00 | | |
| Minifigure | SW0604 | Shadow Guard | | | | $1.00 | $6.00 | $10.00 |
| Minifigure | SW0604 | Shadow Guard | | | | $2.00 | $6.00 | $10.00 |
| Minifigure | SW0604 | Shadow Guard | | | | $2.00 | $6.00 | $10.00 |
| Minifigure | SW0604 | Shadow Guard | | | | $2.00 | $6.00 | $10.00 |
| Minifigure | SW0604 | Shadow Guard | | | | $2.00 | $6.00 | $10.00 |
| Minifigure | SW0604 | Shadow Guard | | | ? | | $6.00 | $10.00 |
| Minifigure | SW0604 | Shadow Guard | | | ? | | $6.00 | $10.00 |
| Minifigure | SW0604 | Shadow Guard | | | ? | | $6.00 | $10.00 |
| Minifigure | SW0605 | Geonosis Clone Airborne Trooper (Phase 2) | $12.00 | | ? | | | |
| Minifigure | SW0605 | Geonosis Clone Airborne Trooper (Phase 2) | $12.00 | | ? | | | |
| Minifigure | SW0605 | Geonosis Clone Airborne Trooper (Phase 2) | | | ? | | | |
| Minifigure | SW0605 | Geonosis Clone Airborne Trooper (Phase 2) | | | | | | |
| Minifigure | SW0606 | Geonosis Clone Trooper (Phase 2) | $12.00 | | ? | | | |
| Minifigure | SW0606 | Geonosis Clone Trooper (Phase 2) | | | | | | |
| Minifigure | SW0606 | Geonosis Clone Trooper (Phase 2) | | | | | | |
| Minifigure | SW0606 | Geonosis Clone Trooper (Phase 2) | | | | | | |
| Minifigure | SW0606 | Geonosis Clone Trooper (Phase 2) | | | | | | |
| Minifigure | SW0607 | Snowspeeder Pilot | | | | $2.00 | $7.00 | $10.00 |
| Minifigure | SW0610 | Boba Fett (Slave 1 UCS) | | | | $20.00 | | Slave1 |
| Minifigure | SW0611 | Bespin Guard | | | | $5.00 | | |
| Minifigure | SW0613 | Senate Commando Captain | $14.00 | | | $1.00 | | |
| Minifigure | SW0613 | Senate Commando Captain | $10.00 | | | $1.00 | | |
| Minifigure | SW0614 | Senate Commando | $15.00 | | | $1.00 | | wrong head |
| Minifigure | SW0614 | Senate Commando | | | | $0.50 | $8.00 | $15.00 |
| Minifigure | SW0614 | Senate Commando | | | | $0.50 | $8.00 | $15.00 |
| Minifigure | SW0614 | Senate Commando | | | | | | |
| Minifigure | SW0614 | Senate Commando | | | | | | |
| Minifigure | SW0614 | Senate Commando | | | | | | |
| Minifigure | SW0614 | Senate Commando | | | | | | |
| Minifigure | SW0614 | Senate Commando | | | | | | |
| Minifigure | SW0614 | Senate Commando | | | | | | |
| Minifigure | SW0615 | | $30.00 | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Minifigure | SW0616 | Sabine Wren | | | $5.00 | | | with hair (helmet is $80) |
| Minifigure | SW0616 | Sabine Wren | | | | | | custom figure |
| Minifigure | SW0616 | Sabine Wren | | | $5.00 | $110.00 | $140.00 | with hair (helmet is $80) |
| Minifigure | SW0617 | Imperial Stormtrooper | $20.00 | $10.00 | $1.00 | | | mislabeled as 0578 |
| Minifigure | SW0617 | Imperial Stormtrooper | | | $1.00 | $7.00 | $12.00 | mislabeled as 0578 |
| Minifigure | SW0617 | Imperial Stormtrooper | | | $1.00 | $7.00 | $12.00 | mislabeled as 0188 |
| Minifigure | SW0617 | Imperial Stormtrooper | | | $1.00 | $7.00 | $12.00 | mislabeled as 0188 |
| Minifigure | SW0618 | Anakin Skywalker | | | $3.00 | $0.00 | $0.00 | Cracked Torso |
| Minifigure | SW0619 | T-16 Skyhopper Pilot | | | $3.00 | $7.00 | $10.00 | |
| Minifigure | SW0620 | Tusken Raider | | | $5.00 | $6.00 | $8.00 | |
| Minifigure | SW0620 | Tusken Raider | | | $2.00 | $6.00 | $8.00 | |
| Minifigure | SW0620 | Tusken Raider | | | $2.00 | $6.00 | $8.00 | |
| Minifigure | SW0621 | Imperial TIE Fighter Pilot | | | $1.00 | $7.00 | $10.00 | |
| Minifigure | SW0621 | Imperial TIE Fighter Pilot | | | $1.00 | $7.00 | $10.00 | |
| Minifigure | SW0621 | Imperial TIE Fighter Pilot | | | | | | |
| Minifigure | SW0621 | Imperial TIE Fighter Pilot | | | | | | |
| Minifigure | SW0629 | Clone Trooper Lieutenant (Phase 1) | | | $5.00 | | | Mislabeled 0502, wrong head |
| Minifigure | SW0630 | Imperial Stormtrooper Sergeant | | | | $10.00 | $20.00 | |
| Minifigure | SW0630 | Imperial Stormtrooper Sergeant | | | $0.00 | $15.00 | $20.00 | Sealed polybag (5002938-1) |
| Minifigure | SW0631 | Boba Fett (White from Encyclopedia) | $55.00 | | $6.00 | | | |
| Minifigure | SW0631 | Boba Fett (White from Encyclopedia) | | | $8.00 | | | |
| Minifigure | SW0631 | Boba Fett (White from Encyclopedia) | | | $0.00 | | | |
| Minifigure | SW0631 | Boba Fett (White from Encyclopedia) | | | $6.00 | $50.00 | $70.00 | Sealed |
| Minifigure | SW0631 | Boba Fett (White from Encyclopedia) | | | $8.00 | $50.00 | $70.00 | Sealed |
| Minifigure | SW0631 | Boba Fett (White from Encyclopedia) | | | $8.00 | $50.00 | $70.00 | Sealed |
| Minifigure | SW0633 | Admiral Yularen | | | $0.00 | $80.00 | $100.00 | sealed polybag (5002947-1) |
| Minifigure | SW0633 | Admiral Yularen | | | $0.00 | $80.00 | $100.00 | sealed polybag (5002947-1) |
| Minifigure | SW0635 | Emperor Palpatine | | | | | | |
| Minifigure | SW0648 | Astromech Droid (Imperial) | | | | | | |
| Minifigure | SW0648 | Astromech Droid (Imperial) | | | | | | |
| Minifigure | SW0650 | Darth Maul | $25.00 | | | | | |
| Minifigure | SW0653 | C-3PO Dark Red Arm (opened) | | | $3.00 | $10.00 | $15.00 | |
| Minifigure | SW0653 | C-3PO Dark Red Arm (Polybag) | $15.00 | | $1.80 | | | sealed polybag (5002948-1) |
| Minifigure | SW0653 | C-3PO Dark Red Arm (Polybag) | $15.00 | | $1.80 | | | sealed polybag (5002948-1) |
| Minifigure | SW0653 | C-3PO Dark Red Arm (Polybag) | $15.00 | | $1.80 | | | sealed polybag (5002948-1) |
| Minifigure | SW0654 | First Order Crew Member | | | | | | |
| Minifigure | SW0656 | First Order Snowtrooper Officer | | | | | | |
| Minifigure | SW0661 | BB-8 | | $8.00 | $1.00 | | | |
| Minifigure | SW0661 | BB-8 | | | $3.00 | | | |
| Minifigure | SW0661 | BB-8 | | | $3.00 | | | |
| Minifigure | SW0662 | General Hux | | | | | | |
| Minifigure | SW0663 | Kylo Ren | | | $13.00 | $20.00 | $30.00 | |
| Minifigure | SW0663 | Kylo Ren | | | | $20.00 | $30.00 | |
| Minifigure | SW0663 | Kylo Ren | | | | | | |
| Minifigure | SW0664 | First Order Stormtrooper Officer | | | | | | |
| Minifigure | SW0665 | First Order Officer (Female) | | | | | | |
| Minifigure | SW0666 | First Order Flametrooper | | | | | | |
| Minifigure | SW0671 | First Order Crew Member | | | | | | |
| Minifigure | SW0677 | | $7.00 | | | | | |
| Minifigure | SW0683 | Assassin Droid | | | | | | |
| Minifigure | SW0684 | Captain Phasma | | | $12.00 | | | |
| Minifigure | SW0685 | Yoda | | | $3.00 | $10.00 | $12.00 | |
| Minifigure | SW0691 | Imperial Jet Pack Trooper | | | | | | |
| Minifigure | SW0692 | Imperial Shock Trooper | | | | | | |
| Minifigure | SW0700 | C-3PO | | | $3.00 | | | |
| Minifigure | SW0701 | First Order Snowtrooper | | | | | | |
| Minifigure | SW0703 | Maz Kanata | | | | | | |
| Minifigure | SW0704 | Obi-Wan Kenobi (Headset) | | | | | | |
| Minifigure | SW0705 | Resistance X-Wing Pilot | | | $3.00 | $7.00 | $8.00 | |
| Minifigure | SW0705 | Resistance X-Wing Pilot | | | $3.00 | $7.00 | $8.00 | |
| Minifigure | SW0707 | Yoda | $12.00 | | $4.00 | | | |
| Minifigure | SW0707 | Yoda | $12.00 | | $4.00 | | | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | $25.00 | | $5.00 | | | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | $25.00 | | $4.00 | | | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | $4.50 | $15.00 | $40.00 | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | $2.35 | $15.00 | $40.00 | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | |
| Minifigure | SW0711 | Boba Fett (Slave 1 20th Anniversary) | | | | | | |
| Minifigure | SW0714 | Han Solo | | | | | | |
| Minifigure | SW0715 | First Order General | | | | $7.00 | $10.00 | Sealed polybag (5004406-1) |
| Minifigure | SW0715 | First Order General | | | | $7.00 | $10.00 | Sealed polybag (5004406-1) |
| Minifigure | SW0715 | First Order General | | | | $7.00 | $10.00 | Sealed polybag (5004406-1) |
| Minifigure | SW0715 | First Order General | | | | $7.00 | $10.00 | Sealed polybag (5004406-1) |
| Minifigure | SW0716 | Finn (FN-2187) | | | | $7.00 | $15.00 | |
| Minifigure | SW0717 | Kylo Ren | | | $5.00 | $10.00 | $20.00 | |
| Minifigure | SW0717 | Kylo Ren | | | | | | |
| Minifigure | SW0718 | General Leia | | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Minifigure | SW0719 | Admiral Ackbar | | $15.00 | $5.00 | | |
| Minifigure | SW0722 | First Order Heavy Assault Stormtrooper | | | $0.00 | $15.00 | $20.00 Sealed polybag (30602) |
| Minifigure | SW0722 | First Order Heavy Assault Stormtrooper | | | | | |
| Minifigure | SW0723 | Unkar's Brute | | | $2.00 | $7.00 | $8.00 |
| Minifigure | SW0725 | K-3PO | | | | | |
| Minifigure | SW0734 | Hoth Rebel Trooper | | | | | |
| Minifigure | SW0737 | Poe Dameron | | | | | |
| Minifigure | SW0738 | Lor San Tekka | | | | $10.00 | $30.00 |
| Minifigure | SW0738 | Lor San Tekka | | | | $10.00 | $30.00 |
| Minifigure | SW0744 | Darth Vader (White head) | | $35.00 | | | |
| Minifigure | SW0750 | Commander Wolffe (Old) | $40.00 | | $5.00 | | |
| Minifigure | SW0752 | Naare | | | $5.00 | $20.00 | $30.00 |
| Minifigure | SW0757 | Rebel A-Wing Pilot | $10.00 | | $0.00 | | Sealed polybag (5004408-1) |
| Minifigure | SW0757 | Rebel A-Wing Pilot | | $10.00 | $0.00 | | Sealed polybag (5004408-1) |
| Minifigure | SW0757 | Rebel A-Wing Pilot | | | $0.00 | $7.00 | $9.00 Sealed polybag (5004408-1) |
| Minifigure | SW0759 | Ahsoka Tano | | Layaway | $8.00 | $250.00 | $500.00 Sold (mislabeled as 0309) |
| Minifigure | SW0759 | Ahsoka Tano | | Layaway | $6.00 | $250.00 | $500.00 mislabeled as 0309 |
| Minifigure | SW0759 | Ahsoka Tano | | | $14.60 | $250.00 | $500.00 |
| Minifigure | SW0759 | Ahsoka Tano | | | $14.60 | $250.00 | $500.00 |
| Minifigure | SW0763 | Chewbacca (Snow) | $10.00 | | $2.00 | | |
| Minifigure | SW0764E | Snowtrooper | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0764E | Snowtrooper | | | $1.00 | $7.00 | $10.00 |
| Minifigure | SW0781 | Director Krennic | | $75.00 | | | |
| Minifigure | SW0781 | Director Krennic | | | | | |
| Minifigure | SW0783 | Baze Malbus | | | $3.00 | $12.00 | $20.00 |
| Minifigure | SW0787 | | $40.00 | | | | |
| Minifigure | SW0788 | Imperial TIE Fighter Striker Pilot | | $10.00 | $1.00 | | |
| Minifigure | SW0789 | Chirrut Imwe | | | | | |
| Minifigure | SW0797 | Imperial AT-ST Driver | | | | | |
| Minifigure | SW0798 | Pao | | | | | |
| Minifigure | SW0800 | Rebel U-Wing Pilot | | | $2.00 | $10.00 | $20.00 |
| Minifigure | SW0802 | Imperial Shuttle Pilot | | | | | |
| Minifigure | SW0809 | R3-S1 | | | | | |
| Minifigure | SW0811 | Grand Admiral Thrawn | | | | | |
| Minifigure | SW0829 | Anakin Skywalker | | | $2.00 | | |
| Minifigure | SW0839 | Guavian Security Soldier | | | | | |
| Minifigure | SW0839 | Guavian Security Soldier | | | | | |
| Minifigure | SW0839 | Guavian Security Soldier | | | | | |
| Minifigure | SW0840 | Bala-Tik | | | $4.50 | | |
| Minifigure | SW0852 | | | $40.00 | | | |
| Minifigure | SW0855 | BB-9E | | | $3.00 | | |
| Minifigure | SW0882 | Sandspeeder Pilot | | | $5.50 | $25.00 | $40.00 |
| Minifigure | SW0909 | Barriss Offee | | | $1.00 | | |
| Minifigure | SW0909 | Barriss Offee | | | $2.00 | | |
| Minifigure | SW0910 | Clone Trooper (Phase 1) | $13.00 | | $2.00 | | |
| Minifigure | SW0910 | Clone Trooper (Phase 1) | $16.00 | | $3.00 | | |
| Minifigure | SW0940 | Bala-Tik | | | $4.50 | | |
| Minifigure | SW0942 | Weazel | | | $3.00 | $8.00 | $12.00 |
| Minifigure | SW0984 | Han Solo in Carbonite | | | $0.50 | $5.00 | $10.00 |
| Minifigure | SW0988 | Inferno Squad Agent | | | | | |
| Minifigure | SW1005 | Finch Dallow | | layaway | $54.00 | $1,000.00 | $1,500.00 |
| Minifigure | Tauntaun | Tauntaun (64800pb01c02f) | $30.00 | | | | |
| Minifigure | Tauntaun | Tauntaun (64800pb01c02f) | $27.00 | | $6.00 | | |
| Minifigure | Wampa | Wampa | $45.00 | | $6.00 | | |
| Minifigure | Wampa | Wampa | $55.00 | | $5.00 | | |

# EXHIBIT C

5/21/26 YouTube Video

Will be delivered in its native format to the court on a labeled flash drive.

An unofficial, informal transcript of the content contained therein follows on the next page.

Youtube Transcript from "I tracked down the thief who stole $200,000 of LEGO" from Reckless Ben:
[I stole the world's largest LEGO collection back](https://www.youtube.com/watch?v=wscQpkcwgNU)
https://www.youtube.com/watch?v=wscQpkcwgNU
Posted 5/21/2026

This man spent his life collecting what's now known as the world's largest Lego Star Wars collection ever. It's estimated to be worth around $200,000.

0:10

10 seconds

And then the entire thing got stolen.

0:12

12 seconds

And the police are actively working with the thieves to cover the entire thing up. But the craziest part is that the collector doesn't even know that his

0:20

20 seconds

collection's been stolen. Yeah. The collector's son, Brian, well, he reached out to me because he has no clue how to break this news to his dad. At this point, my father had a health episode.

0:32

32 seconds

We can't bring any stress to him. Um, the reason he's reaching out to me is because the police are covering this

0:39

39 seconds

entire thing up. And at this moment, I promised Brian that I would not end this video until I get his entire world

0:47

47 seconds

record Star Wars collection back. But anyways, the thief of this collection is actually a corporation called Bricks and Minigs.

0:54

54 seconds

Bricks and Mini Figs, the biggest toy store of its kind. is the largest toy store.

0:58

58 seconds

Bricks and Mini Figs were not just your average Lego store.

1:01

1 minute, 1 second

For collectors, Bricks and Minigs is basically seen as the best and safest way to sell your Lego collections.

1:07

1 minute, 7 seconds

I'm selling my Legos. So, what I'm planning to do with them is take them to my local Bricks and Miniig.

1:11
1 minute, 11 seconds
Because there's so much positive media about them everywhere, Brian thought that this would be the perfect store to finally sell his dad's Lego Star Wars collection.

1:21
1 minute, 21 seconds
So, I wrote up a contract. In the contract, it says that these are still the family's Lego sets, but every time one gets sold, the store gets to keep a small percentage of each sale.

1:30
1 minute, 30 seconds
This was a store's worth of inventory.

1:32
1 minute, 32 seconds
So, that store that day, was nothing but my dad's collection, like all the shelves filled. They had to bring in extra shelves and filled the whole party room with shelves.

1:42
1 minute, 42 seconds
But the owner of the franchise, this woman, well, her husband had to actually leave the country due to some workrelated reasons. Uh my husband and I

1:50
1 minute, 50 seconds
were planning on moving out of the country. I reached out to corporate to let them know, hey, this is something that's coming up in the next uh in the next like four to 5 months.

1:59
1 minute, 59 seconds
She told the Bricks and Minifigs head corporation that she was planning on selling the store. So, the corporation actually was able to find a buyer to buy it from her.

2:07
2 minutes, 7 seconds
They let me know that they had somebody who was interested in purchasing a franchise in the area. um he was going

2:15
2 minutes, 15 seconds
to be in town and he was going to stop by and just take a look at it. It wasn't until Brandon got there um that he

2:24
2 minutes, 24 seconds
informed me that they were terminating my franchise agreement. We were getting threats from Brandon and from corporate that if we didn't leave the store

2:31
2 minutes, 31 seconds

immediately, the police were going to be called. I told Corporate I wasn't comfortable leaving that night without the inventory. I was also told I was not

2:40

2 minutes, 40 seconds

going to be able to stay there long enough to do that inventory. But we don't just have to take this woman's word for it. She was actually able to save all the security camera footage

2:47

2 minutes, 47 seconds

from that night, proving that everything she just said is true.

2:51

2 minutes, 51 seconds

All the footage and evidence is there in the security cam footage. It's him at the store kicking her out.

2:58

2 minutes, 58 seconds

In that footage they sent us. Is Crystal asking him, "How am I supposed to pay this guy? These are sets he has not been paid for.

3:06

3 minutes, 6 seconds

These are ones that haven't he has not been paid his percentage yet. And if I don't have the tickets, I won't know how much I need to pay him.

3:15

3 minutes, 15 seconds

That's a business thing and not necessarily yours. If taking on the business, he takes on all that kind of his own corporation is sitting there on video saying they're going to take it.

3:25

3 minutes, 25 seconds

After this woman got kicked out of her own store, she called Brian explaining how corporate just came down and is now trying to take the world's largest Lego

3:33

3 minutes, 33 seconds

Star Wars collection without paying for it.

3:36

3 minutes, 36 seconds

So Brian called the store to see what was going on. I called the store and I said, "What happened to Crystal?" He goes, "Well, that's kind of a private matter, but uh the corporation's uh

3:45

3 minutes, 45 seconds

taken over the store. There's something I can do to help you with." I said, "Well, yeah. Uh I am the owner of about half your store's inventory.

3:54

3 minutes, 54 seconds

All those vintage Star Wars sets you have in there are ours." And uh he goes, "Huh, I I don't know anything about that." I said, "Well, you better get to

4:04

4 minutes, 4 seconds

learn about it because I have a contract. I have photo evidence, video evidence. like that is our collection.

4:10

4 minutes, 10 seconds

So I went down to the store, brought a copy of the contract. We're like, you need to let me in back and let me see the sets that you still have. All you

4:18

4 minutes, 18 seconds

have to do is let me in back. We can go that route or we can go to court. And the guy just looks at me, crosses his

4:25

4 minutes, 25 seconds

arms, and goes, "Let me tell you what's going to happen. If we go to court, we're going to drag this thing out so

4:32

4 minutes, 32 seconds

long and you're going to end up spending so much more money than your collection is ever worth or what you ever would have gotten out it that it ain't worth

4:39

4 minutes, 39 seconds

it, man. So, if that's the route you want to go and I go, that's really the route you want to go rather than just letting me walk in there and he goes, "Nope, dang.

4:49

4 minutes, 49 seconds

What am I to do at that point?" Bricks and Mini Figs knows that this family, especially with the father's health, doesn't have the resources to take them

4:57

4 minutes, 57 seconds

to court. And almost mockingly, they've since flooded all of their social media with tons of pictures of Star Wars

5:05

5 minutes, 5 seconds

Legos. At this point, it seems like they're just rubbing it in this family's face that they stole the world's largest Lego Star Wars collection in the world and they got away with it.

5:15

5 minutes, 15 seconds

Everybody is absolutely baffled. How the hell can a corporation get away with doing that?

5:23

5 minutes, 23 seconds

Yeah. And why are the cops not helping?

5:27

5 minutes, 27 seconds

But luckily for Brian, a YouTuber ended up catching wind to this story and created a team of YouTubers to do whatever they could to get Brian his Legos back.

5:35

5 minutes, 35 seconds

This is the full inventory of all the sets and minigs.

5:38

5 minutes, 38 seconds

We can figure out how to get this guy his money and his and his stuff back.

5:41

5 minutes, 41 seconds

But right after they started, they instantly stopped working on this case. So I called one of them to find out why.

5:49

5 minutes, 49 seconds

So they were threatening legal action against us. You know, Bricks and Miniigs, which is a pretty big company

5:56

5 minutes, 56 seconds

who probably has way more resources than we can, you know, really put up a fight against.

6:01

6 minutes, 1 second

Bricks and Miniigs knows that they can just bully anyone that tries to expose them with frivolous lawsuits. And this left Brian feeling pretty hopeless.

6:10

6 minutes, 10 seconds

It eats me alive. I've been I had terrible anxiety attacks over it.

6:16

6 minutes, 16 seconds

Got put on medication. I just kind of was like, "Okay, I just have to let these freaking things go right now." Um

6:23

6 minutes, 23 seconds

cuz there was just it didn't seem like I have any path to go, you know?

6:28

6 minutes, 28 seconds

Well, I guess now it's time for me to get involved. So, immediately I went to my car, picked up some friends, and started driving 16 hours to this bricks

6:37

6 minutes, 37 seconds

and mini fig store. And I will do literally whatever it takes. Even if I have to take down the entire police force, I will stop at nothing until this

6:45

6 minutes, 45 seconds

family gets their entire Lego Star Wars collection back. And now 16 hours later, we're finally pulling up to the Bricks

6:53

6 minutes, 53 seconds

and Minifig store. So, I started a pair of spy camera glasses. That's what I'm going to use to film this. And honestly, I kind of just want to hear Bricks and Minig side of the story.

7:02

7 minutes, 2 seconds

Hi. How's it going? Pretty good. How about yourself?

7:04

7 minutes, 4 seconds

It's pretty good. Uh, so basically my friend said that uh you guys have some of his Legos I think and he told me to come here and see if I could pick them up.

7:13

7 minutes, 13 seconds

Who's your friend?

7:14

7 minutes, 14 seconds

I think they're Brian's Legos. It's like a big like Star Wars collection set. I think you could go ahead and leave now. Really?

7:22

7 minutes, 22 seconds

So you could go ahead and leave now or I will call the police or harass him. Well, I'm not harassing you.

7:27

7 minutes, 27 seconds

No, you are. Hi. Hi. Hi. You want to watch the cameras? I'm being harassed by Watch the cameras. I am being harassed. you need to leave.

7:35

7 minutes, 35 seconds

Literally, all I did was just bring up that my friend has some Legos in their store, and the manager started freaking out on me, but I wasn't going to leave

7:43

7 minutes, 43 seconds

the store without hearing her side of the story. Before showing up, I printed out a copy of the contract the store made with Brian, saying that all of

7:50

7 minutes, 50 seconds

these Lego sets will remain his until sold. Because I have a contract, a legal reason to be here, legally, this does not count as harassment. Instead, the

7:59

7 minutes, 59 seconds

manager should be checking the store's inventory to see if these sets are still in their store. Well, so here's still all of the Lego sets you guys still have.

8:05

8 minutes, 5 seconds

I don't have anything to do with that, and I don't want that.

8:09

8 minutes, 9 seconds

You can go ahead and leave. And I'm going to ask you one more time. This is the last time. I do not want that. You're not handing me anything.

8:15

8 minutes, 15 seconds

I tried for a long time just to get her to look at this contract, but finally, she gave me an answer of why she can't help me.

8:22

8 minutes, 22 seconds

You've been supposed to be getting a hold of corporate.

8:24

8 minutes, 24 seconds

Basically, what the manager is saying is that if someone did steal the Legos, it wasn't her, it was corporate. Little does the manager know, I already did

8:32

8 minutes, 32 seconds

this. Yep. I literally went to the corporate Bricks and Mini Figs headquarters. How's it going?

8:38

8 minutes, 38 seconds

And this was corporate side of the story. You have to talk to the store owner. Yeah. Like my the locally owned and operated.

8:45

8 minutes, 45 seconds

We can't do anything with it here. Their decisions are their decisions for sure. Uh-huh.

8:49

8 minutes, 49 seconds

So when they say go to corporate, how do we respond next time?

8:51

8 minutes, 51 seconds

I have no idea. You have to take it up with them. It's it's your uh thing with them. It's that doesn't involve us. So, I showed the manager what corporate bricks and minig said.

9:01

9 minutes, 1 second

When corporate tells me this, I'm supposed to come back to the store, right?

9:06

9 minutes, 6 seconds

And so, it kind of seems like you're going against what corporate's saying. That's fine. Oh, this is what corporate told us.

9:13

9 minutes, 13 seconds

That's what corporate told you. For the last time, I'm asking you to leave the store.

9:17

9 minutes, 17 seconds

Can you give me a reason to leave? I guess.

9:19

9 minutes, 19 seconds

Have you guys heard me ask him several times? I don't know about you guys, but to me, it kind of seems like the only reason she's asking me to leave the

9:27

9 minutes, 27 seconds

store is to cover up this $200,000 theft.

9:30

9 minutes, 30 seconds

You need to leave. How many times have you been asked to leave?

9:33

9 minutes, 33 seconds

Was there a reason you're asking me to leave?

9:34

9 minutes, 34 seconds

You need to leave. I've asked you to leave. You need to leave. You need to leave. I've asked you how many times to leave. I've been asking to leave.

9:40

9 minutes, 40 seconds

Eventually, the owner of the store called in and asked if you could talk to me.

9:43

9 minutes, 43 seconds

Are you the owner of the the bricks and mini store?

9:46

9 minutes, 46 seconds

Yeah. Why? What do you got? So, basically, I just wanted to get some of the Legos back that you guys still have.

9:52

9 minutes, 52 seconds

I think I'm looking for the like the clone turbo tank.

9:56

9 minutes, 56 seconds

Why Why do you think you would be entitled to our inventory?

10:00

10 minutes

Well, at least I confirmed the Legos are still here. The only thing is the owner's claiming that he's the owner of these Lego sets. I mean, it's pretty

10:08

10 minutes, 8 seconds

stupid of him to say that considering I'm literally holding a copy of a contract he made with the store that said that this Lego Star Wars collection is not the store's property. It's the

10:18

10 minutes, 18 seconds

family's property. The contract makes all of this very clear. So, I want to give him one more chance to answer a little bit better.

10:25

10 minutes, 25 seconds

Well, I I just want to get it back to my friends. He said he couldn't get it back. So, I was just wondering if I could just come pick him up cuz you guys still have them, right?

10:33

10 minutes, 33 seconds

True. Why do you think your friend would be entitled to our inventory? What's his? He owns the Legos. Huh? He doesn't own the Legos.

10:42

10 minutes, 42 seconds

Well, yeah, we have a contract. He He does own them.

10:45

10 minutes, 45 seconds

No, bro. Are you an idiot? Are you stupid?

10:48

10 minutes, 48 seconds

Uh, you Josh, the police the the police are showing up right now. Hey, how's it going? Well, at least the police are here now.

10:56

10 minutes, 56 seconds

So, once I show them the contract we're in with the store, we can finally get the Legos back. Basically, we have I think it's like $200,000 worth of Lego

11:03

11 minutes, 3 seconds

sets that we just have them in the store and we just like to pick them up, I guess, cuz they were going to sell it for us, but I guess they're not selling it for us anymore.

11:10

11 minutes, 10 seconds

Um, but it doesn't sound like they want you here, right? So, they Well, but they they have our sets though. Yeah, understand that. Right here, the fact is

11:18

11 minutes, 18 seconds

that they don't want you. They're privately owned store and they don't want you on the but I don't want them to keep the Lego sets though.

11:24

11 minutes, 24 seconds

Okay. So yeah, the police officer literally didn't care at all that the store just stole $200,000 worth of Legos. For some

11:31

11 minutes, 31 seconds

reason, he made it seem like I was the bad guy. So you are trespass from here.

11:36

11 minutes, 36 seconds

Trespass for life. So if you come back Oh, for life?

11:38

11 minutes, 38 seconds

Yeah. If you come back, you you could be arrested. Okay.

11:41

11 minutes, 41 seconds

Oh, so how do I uh get the Legos back then if I can't go in the store?

11:46

11 minutes, 46 seconds

We we talked about that. Do you understand the trespass portion? If you come back, you will be arrested. Okay.

11:51

11 minutes, 51 seconds

So again, Rob, You come back, we're in the cotton or we're going to arrest you. Uhhuh.

11:58

11 minutes, 58 seconds

Brian did warn me that the police are actively trying to cover this up. So Brian and I are now officially trespass from the store and if we ever come back

12:07

12 minutes, 7 seconds

to ask for his own Lego collection back, then we are going to be arrested.

12:12

12 minutes, 12 seconds

Is there I guess a reason why they're able to just take all the Legos and not give it back or So we just got to leave.

12:20

12 minutes, 20 seconds

I just have to leave. So not. Okay. Okay.

12:22

12 minutes, 22 seconds

I'm not allowed to be in the parking lot. No. So, this is all private property. Oh, okay. Okay. Okay.

12:29

12 minutes, 29 seconds

We've been filming for 10 minutes and I'm already trespassed from Bricks and Minigs, which is like the whole location of the video. So, how do I film a video of Bricks and Miniigs now if I can't

12:38

12 minutes, 38 seconds

even legally go back there? So, to continue the video without getting arrested, I went back to Bricks and Minifigs corporate offices. and the

12:46

12 minutes, 46 seconds

Bricks and Minifig CEO, the guy who runs the entire company, Ammon McNeff, he personally came out to talk to us.

12:53

12 minutes, 53 seconds

So, what's going on?

12:55

12 minutes, 55 seconds

So, you guys are holding some of our Legos. No, we're not. You're not? No. Is that a lie? No.

13:02

13 minutes, 2 seconds

That's That's a lie. Uh, you did take the Legos.

13:04

13 minutes, 4 seconds

No, you So, we have our our attorneys have visited Well, like again, so who's like Brian Menel.

13:12

13 minutes, 12 seconds

Okay. And who is that? Uh, he's a guy who had a bunch of He had like $200,000 worth of Legos in your guys' store. Nope.

13:20

13 minutes, 20 seconds

Never happened.

13:22

13 minutes, 22 seconds

I mean, it did happen. Yeah, it it does happen. No, we did not.

13:25

13 minutes, 25 seconds

Yeah, cuz his Legos were in the store and you guys took them. I know you think lying to us right now is kind of like helping you out. I'm not lying to you.

13:32

13 minutes, 32 seconds

Well, we both know you're lying, but No, we don't know that.

13:35

13 minutes, 35 seconds

So, I showed him some social media posts his own company made that are still up that claims that these are Brian Mancel's Lego sets. And these LEGO sets

13:43

13 minutes, 43 seconds

sets are still holding on to are worth $200,000. But all of these claims are from his own company. We just caught the

13:50

13 minutes, 50 seconds

CEO of the entire company red-handed in a lie. Yeah, it's crazy to me that even the CEO is in on this cover up. But

13:58

13 minutes, 58 seconds

anyways, now that we just caught the CEO in this lie, I wanted to let him know that it's going to be much easier if he just gives us the Legos back now.

14:05

14 minutes, 5 seconds

If you just want to give it back now, it's going to be a lot easier for you guys. You know, I think you guys would prefer the easy way.

14:12

14 minutes, 12 seconds

um the hard way. I don't think you guys are really going to like it. No. Okay. But we're getting him back either way.

14:18

14 minutes, 18 seconds

So, it's like you can either So, you can leave. If you come back here, we will call the cops. If you don't leave right now, I will call the cops. So, you don't want to do the easy way.

14:25

14 minutes, 25 seconds

So, you're threatening me. What you are doing right now is illegal. It's an extortion.

14:30

14 minutes, 30 seconds

So, catching you guys in illegal activity, that's illegal on me.

14:35

14 minutes, 35 seconds

Okay. You've been asked to leave. Please leave. And with that, Bricks and Mini Figs has made their decision. I presented them very politely with the

14:44

14 minutes, 44 seconds

easy way, and they said, "Heck no." Well, they've only left me one other option, which is the hard way.

14:53

14 minutes, 53 seconds

But now it's pretty much the super hard way because the police are protecting them. If I ever go back to the store, I'm getting arrested.

15:00

15 minutes

If you come back, you will be arrested.

15:03

15 minutes, 3 seconds

Okay? You understand that? So, we all regrouped together to re-watch the footage I've gotten so far. And there was one thing the manager said that might be a way forward for us.

15:11

15 minutes, 11 seconds

I have not heard anything from the owners. So, you need to leave.

15:15

15 minutes, 15 seconds

Can I talk to the owners then? Or you go ahead and call the owners. Uh, do you have their number? I'm not giving it to you. Why won't you give it to me?

15:28

15 minutes, 28 seconds

Cuz isn't that the logical next step before we're supposed to work with the owners right there? Right. I I have I have the Lego sets you guys have, but I don't have the owner's number. No.

15:39

15 minutes, 39 seconds

So, yeah, if you give me the if that's what you want me to do, then you give me the number and I can No, I want you to leave.

15:45

15 minutes, 45 seconds

Basically, she's putting all of the blame on the owner of the store, which is good to find out. The only problem is she's not giving me the owner's number.

15:53

15 minutes, 53 seconds

Yeah, if you could give me a number and we could call.

15:55

15 minutes, 55 seconds

I'm not giving you anything except for calling the police.

15:58

15 minutes, 58 seconds

But you told me to call the owners, right?

16:00

16 minutes

You're absolutely right. But I've asked you how many times to leave the store.

16:03

16 minutes, 3 seconds

But you have his number or No, I don't have any of their numbers. Dang.

16:07

16 minutes, 7 seconds

That's why I was like, corporate keeps telling me to contact the owners of the store, but with no contact info. So, I try to contact the store and the store hangs up on me and says I'm harassing

16:15

16 minutes, 15 seconds

him. The manager is really trying to protect the store owner from getting in trouble. So, if she's not going to give me his number, I'm just going to have to find it a different way.

16:25

16 minutes, 25 seconds

When she hands me the phone, we might be able to see his name and number. Josh Lego.

16:31

16 minutes, 31 seconds

Well, we found out the owner's name is Josh. However, the number was way too blurry on the spy glasses. No, it's so blurry.

16:39

16 minutes, 39 seconds

So, I checked the store's Instagram to see if it follows anyone named Josh, which it doesn't. So, I checked their business records, but everything got

16:47

16 minutes, 47 seconds

scrubbed. This owner is really going to any length he can to stay fully anonymous.

16:54

16 minutes, 54 seconds

After watching the footage over and over, my final conclusion is, yeah, the manager sucks, but she's not really the

17:01

17 minutes, 1 second

mastermind of this whole thing. She's just protecting the mastermind of this whole thing because she's brainwashed.

17:07

17 minutes, 7 seconds

But luckily for me, through my YouTube career, I've infiltrated tons of cults, and I've personally experienced some of the most intense and crazy brainwashing

17:15

17 minutes, 15 seconds

in the entire world. Basically, what I'm trying to say is I'm pretty sure that I could brainwash one of these bricks and minigs employees way harder than any corporate offices could.

17:26

17 minutes, 26 seconds

And yes, that's the plan.

17:30

17 minutes, 30 seconds

Brainwash the Bricks and Minigs employees to be on my side. Yeah, I'm starting a Lego cult. I I mean, a true cult would never actually call

17:38

17 minutes, 38 seconds

themselves a cult. Uh they always disguise themselves as something else.

17:42

17 minutes, 42 seconds

So, yes, I'm actually just starting a regular old Lego club. Yep, that's what we're calling it. My friend Victor is going to be the cult recruiter. I

17:50

17 minutes, 50 seconds

dressed him up to look like a famous YouTuber so he would look powerful and the employees here will have to listen to him.

17:57
17 minutes, 57 seconds
My name's Victor. We're going to Bricks and Minigs. Let's go.

18:02
18 minutes, 2 seconds
All right, guys. We are heading into the store right now.

18:05
18 minutes, 5 seconds
He was doing amazing, but we had to make sure that these employees know that Victor is the real deal. Dude, that's crazy.

18:13
18 minutes, 13 seconds
Dang. Let's go. just Yo, we got a fan over here. One, two, three. Toys for everyone. Yeah. Real

18:21
18 minutes, 21 seconds
quick pick. Hey, I'll show you that clip later. All right.

18:25
18 minutes, 25 seconds
So far, everything we had set up was working perfectly, but now we have to come up with some type of way to get one of these employees out of the store so we can brainwash them.

18:36
18 minutes, 36 seconds
Hey, what's going on? So, we're filming a quick video. Maybe you and uh her want to do like some kind of challenge for like a hundred bucks.

18:43
18 minutes, 43 seconds
I mean, sure. I'm I'm down for that. I just I don't whatever. What's happening right now? Do they believe it?

18:48
18 minutes, 48 seconds
He's doing the challenge. They're doing the challenge. 3 2 1 yellow. Go go go go go go go.

18:56
18 minutes, 56 seconds
And these employees started their YouTube challenge.

18:59
18 minutes, 59 seconds
And yeah, I'm just going to fast forward through this part. Um I'm not going to torture you guys with all this. All you really need to know is that this girl ended up winning.

19:07
19 minutes, 7 seconds
High five. Sweet. So now I'm going to call my uh producer. It's going right now. How's it going?

19:14
19 minutes, 14 seconds
So, we have uh the winner right over here.

19:16
19 minutes, 16 seconds
We're partnering with the local Lego club and we're going to kind of do like an award ceremon. Like the Lego club wants to host the awards ceremony for you. So, uh yeah.
19:25
19 minutes, 25 seconds
And just like that, she's in. So, we traveled deep into the woods and waited for this employee to show up.
19:40
19 minutes, 40 seconds
And with that, our new cult member has arrived. You're the Lego queen. Yes, she's the Lego queen.
19:48
19 minutes, 48 seconds
Before you can brainwash someone, they have to be open to it. And most cults achieve this by making the new recruit seem like the most special person in the entire world.
19:57
19 minutes, 57 seconds
Official best employee of bricks and mini. The winner goes to California.
20:04
20 minutes, 4 seconds
Lego Queen. Lego Queen. Lego Queen. Lego Queen. Lego Queen. Lego Queen. Lego Queen. Lego Queen. Lego.
20:13
20 minutes, 13 seconds
Another thing I've personally seen a lot of cults do is they instantly give new recruits power.
20:18
20 minutes, 18 seconds
Manchester has just joined the SE organization.
20:24
20 minutes, 24 seconds
If people feel powerful, they're less likely to think that they're the ones that are being manipulated. So, we got to give this girl some power. You give me power?
20:32
20 minutes, 32 seconds
Yes.
20:33
20 minutes, 33 seconds
Yeah. What do you mean power? You're queen says jump. I feel like I can do anything I want. Just step on the Lego.
20:39
20 minutes, 39 seconds
Oh my god. Beautiful pile.
20:51
20 minutes, 51 seconds

Lastly, all cults do group rituals to make you feel like one with the group.

20:56

20 minutes, 56 seconds

So now we have to become one with this bricks and mini figs employee.

21:01

21 minutes, 1 second

Brick by brick. Brick by brick. Brick by brick. Brick by brick. Brick by brick.

21:08

21 minutes, 8 seconds

Brick by brick. Brick by brick. Brick by. And now the employee is fully brainwashed.

21:15

21 minutes, 15 seconds

Okay, maybe not fully brainwashed, but we definitely did a much better job at brainwashing her than corporate bricks and mini figs did. So hopefully now I'm

21:24

21 minutes, 24 seconds

finally safe to bring up these Star Wars Lego sets.

21:27

21 minutes, 27 seconds

We heard something about like some like Star Wars sets. Do you know anything about that or I know some of it. They were going to reimburse him for everything and then I

21:35

21 minutes, 35 seconds

think they did and he's still upset about everything which I get. They reimbured him for everything.

21:40

21 minutes, 40 seconds

Yeah. Yeah. We don't have any of his stuff on the shelves really. Yeah. We don't have any of it.

21:44

21 minutes, 44 seconds

But just like every other cult member out there, these employees have been told a lie and are now willing to pretty much die to defend this lie. But good

21:52

21 minutes, 52 seconds

thing now she's been brainwashed even harder by our cult. And our cult is now going to give her the freedom to finally be able to think logically about the

22:00

22 minutes

situation. So we think we think they've been lying to you. So these were all the sets in the store and they're all metadata timestamped. Wait, we do have these ones.

22:08

22 minutes, 8 seconds

Yeah, those are all his.

22:10

22 minutes, 10 seconds

No, some of them I think we do still have.

22:11

22 minutes, 11 seconds

Yeah, I know you guys do. You showed me one of them when I asked. Wait, your the called on you?

22:18

22 minutes, 18 seconds

Yeah, all I did was Oh my god.

22:23

22 minutes, 23 seconds

You know what's really funny is after you left, I got a call from my boss and it was like, "How do we get them arrested?" Dang. How do we get them arrested?

22:29

22 minutes, 29 seconds

Now that we have a Bricks and Minigs employee on our side, it's time to finally complete our mission and get Josh the owner's number.

22:38

22 minutes, 38 seconds

But you have like their numbers and stuff, right? Yeah, I do. Oh, do you give me Josh's number? Can I take a picture of it?

22:46

22 minutes, 46 seconds

Yeah.

22:48

22 minutes, 48 seconds

Oh, nice. Well, now that I have the owner's number, it's time to give him a call. Hello, this is Joshua.

22:55

22 minutes, 55 seconds

Hello. I uh I'm just calling to get my Legos back. I think they told me to talk to you about it.

23:03

23 minutes, 3 seconds

Oh, okay. Yeah. What Legos?

23:05

23 minutes, 5 seconds

I think it's the Star Wars set. I have a list. I can kind of pull it up. I was just wondering like how we can get them back. Should I like if uh I get You're

23:13

23 minutes, 13 seconds

okay, I can just walk in the store and I don't I don't know what Legos you're talking about, dude. What? Lego, what are you talking about?

23:20

23 minutes, 20 seconds

I think one of them's called like the super trooper set. I think the We got What else is there? I don't know what you're talking about.

23:28

23 minutes, 28 seconds
Keep going.

23:29

23 minutes, 29 seconds
You don't? Since Josh was pretending to not remember any of the Star Wars sets that make up half of his store's inventory, I decided to send him over a picture of the contract to store in.

23:39

23 minutes, 39 seconds
What?

23:40

23 minutes, 40 seconds
What contract is it? I don't I didn't sign a contract.

23:43

23 minutes, 43 seconds
I didn't I didn't sign that agreement. I didn't agree to anything in that. And now I finally understand the legal loophole that Josh is using to get away

23:50

23 minutes, 50 seconds
with this. And it's probably the stupidest loophole I've ever heard in my entire life. Josh is claiming that it's not his name on the contract, it's the

23:58

23 minutes, 58 seconds
previous owners, which makes no sense because in the security camera footage, he tells the previous owner that he's going to be the one taking over the

24:06

24 minutes, 6 seconds
contract. Now, if they own the business, he takes on all that.

24:10

24 minutes, 10 seconds
I guess this is some sort of just contract loophole he's trying to use to steal the world's largest Lego Star Wars collection.

24:18

24 minutes, 18 seconds
In order for me to be under contract, I have to sign something.

24:22

24 minutes, 22 seconds
Or you had to take it over from the previous owner, right? Nope. That's not how the law works. Yeah, it is.

24:30

24 minutes, 30 seconds
It is.

24:32

24 minutes, 32 seconds
So, if that's how the law works, then sue me for it.

24:36

24 minutes, 36 seconds

You don't just want to give the Legos back like let's go to court.

24:42

24 minutes, 42 seconds

I'm calling the police right now and you guys are going to be arrested for harassment. It it do you feel threatened right now?

24:51

24 minutes, 51 seconds

Yeah.

24:52

24 minutes, 52 seconds

I was surprised at how much the owner wanted us to sue him. He wants this because Brian already tried to sue him and it didn't work. We've been to a

25:01

25 minutes, 1 second

couple attorneys and they basically spelled it out saying here's the path that's going to happen if you go down each of these routes. They're now in Spain. So, we're getting into that whole

25:09

25 minutes, 9 seconds

international thing just to have an injunction on the store to have them go back and prove what they sold and not. That's like $60 to $70,000.

25:17

25 minutes, 17 seconds

Yeah. Bricks and Miniigs knows that Brian and his dad don't have nearly enough resources to sue a company as big as Bricks and Miniigs.

25:25

25 minutes, 25 seconds

He's like, "We're going to keep these.

25:27

25 minutes, 27 seconds

uh you're you're going to walk away from this. You're not coming back. And if you choose to sue us, we will drag this out in court till it is well past what this

25:36

25 minutes, 36 seconds

collection is worth. So, let's lay out the puzzle pieces really quick. If Brian and his dad sue Bricks and Minigs, it's going to ruin their lives. And by the

25:45

25 minutes, 45 seconds

way, this Bricks and Minigs company has been treating this family. I only think it's fair if if they're the ones that get their lives ruined.

25:52

25 minutes, 52 seconds

In order to make things right, it looks like we got to do this.

25:59

25 minutes, 59 seconds

Now, Bricks and Minigs has their life ruined. And you can see Brian and uh us, we are the ones now doing the illegal activity.

26:06

26 minutes, 6 seconds

So, I told my group the plan. We have to do something illegal.

26:09

26 minutes, 9 seconds

I thought you said you didn't want to do anything illegal. You're right.

26:12

26 minutes, 12 seconds

Well, but the thing is they're getting screwed because of it because they would have to upfront the cost and if they take us to court then I'm down for the illegal stuff.

26:21

26 minutes, 21 seconds

And the group is in. So, now it's time to do an illegal business move against Bricks and Minigs. Let's just hope that they take the bait and sue us.

26:30

26 minutes, 30 seconds

What I was thinking is what's the easiest way to get them to sue us? We steal their name.

26:38

26 minutes, 38 seconds

That's good. Oh man.

26:40

26 minutes, 40 seconds

Perfect. First, I went to Google Maps and took a screenshot of the sign outside their store. I got rid of their tagline cuz it's boring and I changed it

26:48

26 minutes, 48 seconds

to we steal from old people. And now the tagline's actually accurate. Also added a cute little company logo. And this is

26:56

26 minutes, 56 seconds

my plan of how I'm going to make it into court with Bricks and Minigs for free.

27:02

27 minutes, 2 seconds

Once we're in court, we can finally hold Bricks and Minigs accountable for stealing the world's largest Star Wars Lego collection. Of course, they're also

27:09

27 minutes, 9 seconds

going to try and get me in trouble. But this is where I'm going to make my grand reveal.

27:16

27 minutes, 16 seconds

You see, this entire time my company name was actually called we steal from old people. Yeah, the words bricks and

27:23

27 minutes, 23 seconds

mini figs, that's just the company tagline. In America, there's no specific law that says whether the tagline has to be above or beneath the company name.

27:31

27 minutes, 31 seconds

So, I'm just allowed to do this. So, people are just assuming that the name is Bricks Fix when it's really just the tagline of our company. And our company name is actually we steal from old people.

27:40

27 minutes, 40 seconds

Yeah. And now, because I'm actually not stealing their name, it's going to be so easy for me to win this court case. And Brian's going to get his entire Star

27:49

27 minutes, 49 seconds

Wars Lego collection back. All while Bricks and Minifigs pays for all the legal fees. So, I registered We Steal from Old People as an official Oregon

27:58

27 minutes, 58 seconds

company. And now that my company's legally approved, I made a website and you can visit us at www.westealepeople.com.

28:04

28 minutes, 4 seconds

You can help support us by buying some of our we steal from oldpeople merch or give us a call. But as you can see, we have great reviews. And so now to

28:12

28 minutes, 12 seconds

promote this website, I'm going to put my company logo directly over top of the Bricks and Miniigs company logo. So I ask Chad GBT what the dimensions of this

28:21

28 minutes, 21 seconds

billboard is. Sick. I'm making my logo the exact same dimensions. Yes, dude.

28:28

28 minutes, 28 seconds

My god, it looks exactly the same.

28:30

28 minutes, 30 seconds

This is where we started to realize we are taking this way further than just a bad business practice. I'm pretty sure putting my logo over their logo is actually criminally illegal.

28:40

28 minutes, 40 seconds

Luckily for us though, if we go back to the beginning of the video, uh, Bricks and Minigs actually gave us a solution of how any company pretty much can get away with this.

28:50

28 minutes, 50 seconds

You have to talk to the store owner.

28:52

28 minutes, 52 seconds

Yeah, like my They're all locally owned and operated. We can't do anything with it here. Their decisions are their decisions for sure.

28:59

28 minutes, 59 seconds

So, when they say go to corporate, how do we respond next time?

29:02

29 minutes, 2 seconds

I have no idea. You have to take it up with them. It's It's your uh thing with them.

29:07

29 minutes, 7 seconds

So, basically, if you put all the blame on your lower franchises, you're safe.

29:11

29 minutes, 11 seconds

So, I registered five franchises under my we sealed from mold people company.

29:14

29 minutes, 14 seconds

I'm supposed to be the owner of the first company. Ooh. Ooh. Ooh. I want to be an owner.

29:19

29 minutes, 19 seconds

Congratulations. You're a franchise owner.

29:21

29 minutes, 21 seconds

If you choose to put a bunch of banners on their store, I can't get in trouble for anything.

29:25

29 minutes, 25 seconds

Yeah. Every one of my friends is now a legal franchise owner of We Steal from Old People.

29:57

29 minutes, 57 seconds

Each of my franchise owners is allowed to make their own decisions of how they want to run from the company. And what they've decided is that they're getting

30:05

30 minutes, 5 seconds

two pumpkins and they're going to use these pumpkins to support this tarp and they're going to climb up the bricks and mini figs building and they're going to hang our logo over top of their logo.

30:14

30 minutes, 14 seconds

And I basically just sit down here and uh yeah, have my franchise owner do everything for me.

30:25

30 minutes, 25 seconds

And we did it.

30:27

30 minutes, 27 seconds

And the sign is way too small. What the heck? Chat GBT.

30:32

30 minutes, 32 seconds

Yeah, I miscalculated the size. So, I have my phone over.

30:36

30 minutes, 36 seconds

It'll work for now. So, we're still going on with the plan. Two. One. Let's go. We're setting up a Bricks and Miniigs Reese Steal from Old People

30:45

30 minutes, 45 seconds

Company booth right outside of their entrance.

30:47

30 minutes, 47 seconds

If anyone wants to walk into the Bricks and Miniig store, they have to get through me and my merch. And I have all of the court papers already filled out

30:54

30 minutes, 54 seconds

if they want to sue me. Hopefully, they take the bait. What up? You want to buy some merch? Yeah. What's this?

31:01

31 minutes, 1 second

Yeah. We also got some we steal from people barf bags because honestly what they're doing in this store is so gross.

31:07

31 minutes, 7 seconds

It's probably going to make all the customers throw up. Do you have an XO? Take a large.

31:13

31 minutes, 13 seconds

Well, we stopped a customer from going into Bricks and Mini Figs and he left with our merch. It was going pretty good

31:20

31 minutes, 20 seconds

and I was stopping a lot of customers from entering the actual Bricks and Mini Fig store. I come. Okay. I might just be out here all day. This is going very well.

31:29

31 minutes, 29 seconds

It was almost going too well. It's basically the end of the day now.

31:32

31 minutes, 32 seconds

They haven't really seen me because these windows are tinted. I guess in order to get the store's attention, my friend Jay is going to walk into the store just pretending to be a normal customer and ask what's going on.

31:43

31 minutes, 43 seconds

Is this the main store or is it the one that's out front?

31:47

31 minutes, 47 seconds

What do you like? Is this the main entrance?

31:49

31 minutes, 49 seconds

Yeah. No, no, no. I'm saying like the the counters. There's two. There's one here and then one outside.

31:54

31 minutes, 54 seconds

No, there's a guy who's selling stuff out front. I don't know what he's selling. Wait, what? What?

32:02

32 minutes, 2 seconds

Hello? You want to buy a shirt? What? You can't be out here doing this.

32:06

32 minutes, 6 seconds

If you want to buy one, uh, I can give you 50% off if you want. No, you cannot be out here doing this. Why not?

32:13

32 minutes, 13 seconds

Were you the guy that was just trespassed out of here?

32:15

32 minutes, 15 seconds

The guy that was out there. It was the guy that was just trespass. What was it? Yes. She's calling the cops right now. Uh-oh. The police are here.

32:24

32 minutes, 24 seconds

This is a problem. The police told me yesterday that if I ever come back to the store in my lifetime, I'm getting arrested.

32:31

32 minutes, 31 seconds

If you come back, you will be arrested. Okay. You understand?

32:35

32 minutes, 35 seconds

Uh-huh. But as you can see, they still haven't sued me.

32:40

32 minutes, 40 seconds

I can't just give up on the plan before being sued. So, I did a switcheroo with this guy. He's wearing my exact same clothes and his legal name is also Ben.

32:50

32 minutes, 50 seconds

And once the police find out that they caught the wrong Ben, I'm going to be super far away. It was so cold.

32:59

32 minutes, 59 seconds

Okay, I couldn't get that far away. The water was freezing, but I I think I got far away enough at least. But anyways, back to the store. The police instantly

33:08

33 minutes, 8 seconds

tried removing our booth because us stealing their name is very illegal. But if we want to get away with this crime, all we have to do is copy Bricks and

33:16

33 minutes, 16 seconds

Minigs. We have to put all of the blame on an anonymous corporate person and then when they ask who corporate is, we just don't tell them. Police wanted to speak to corporate.

33:25

33 minutes, 25 seconds

Oh, hello. This is corporate. We steal from old people. How's it going? You do what?

33:29

33 minutes, 29 seconds

Uh, well, the corporation's called We Steal from Old People. And our tagline is bricks and minigs. We're a legitimate business. So, what?

33:38

33 minutes, 38 seconds

Who Who am I talking to? This is corporate. I know it's corporate, but who are you? Corporate. Uh, corporate. We steal from old people.

33:47

33 minutes, 47 seconds

No, I know who you are. I mean, who are you as a person? Oh, I'm just the the owner that runs it. Who am I talking here?

33:54

33 minutes, 54 seconds

This is the owner of uh we steal from old people. It kind of seems like a civil matter, doesn't it? Like we have the plaintiff's claim that they want to

34:02

34 minutes, 2 seconds

Do you want Here's the situation. Do you really want to get in the go round and around here?

34:06

34 minutes, 6 seconds

And now Bricks and Minigs finally gets a taste of their own medicine. They're now in a situation the police can't help them with. The only way this will ever

34:14

34 minutes, 14 seconds

end is if they sue us. So I went back to the Bricks and Minigs corporate offices to see if the CEO of this company would sue me.

34:23
34 minutes, 23 seconds
Going about things the way that you continue to do this is not the right way. Uh-huh. Do you understand that? So what's the right way then?

34:31
34 minutes, 31 seconds
Do you understand? Yeah.

34:32
34 minutes, 32 seconds
That that like the the harassment style that you have conducted and uh like uh bragging to people that you've vandalized the store and done other

34:41
34 minutes, 41 seconds
things along those lines. That's not the right way of doing.

34:43
34 minutes, 43 seconds
Well, I I never vandalized the store, but uh people have told us that you have I mean, whatever like my like franchises do like underneath me. I guess that's

34:51
34 minutes, 51 seconds
like I can't really control them. I'm just corporate, I guess. Are are you a registered franchise?

34:56
34 minutes, 56 seconds
Yeah, you guys have FDDDs and everything else. What states are you registered in? Uh Oregon. You're a registered franchise or so?

35:03
35 minutes, 3 seconds
Yeah, I'm actually a franchise owner of the franchise, too. The CEO of this company knows pretty much better than anyone that he can't get us in trouble

35:10
35 minutes, 10 seconds
for what we're doing because we can always just keep passing the blame onto our lower franchises. We're just doing the exact same thing he's doing

35:19
35 minutes, 19 seconds
by brick by brick. Okay.

35:26
35 minutes, 26 seconds
But uh yeah, it's like a legal organization. We have like legal franchises and everything. It's 100% by the books and yeah.

35:36
35 minutes, 36 seconds

Okay. I get what you're doing.

35:41

35 minutes, 41 seconds

I appreciate that you think you're being very clever and that you think that you can can do all sorts of fun stuff this

35:47

35 minutes, 47 seconds

way, but it's like you have no business being here. So, well, we do have business. We have like

35:56

35 minutes, 56 seconds

you guys have a bunch of our Legos. All right. Well, if Bricks and Minigs is not going to sue me, then I guess we have to settle this outside of court, which is

36:02

36 minutes, 2 seconds

going to be hard because right now Bricks and Minigs has somehow convinced the police that they aren't criminals.

36:09

36 minutes, 9 seconds

They just participated in a bad business deal. I mean, Josh has literally already exposed their entire plan to me of how they're planning on getting away with this.

36:17

36 minutes, 17 seconds

I I feel I feel bad for him, but that agreement is not criminal. That agreement is now civil.

36:26

36 minutes, 26 seconds

So, it's a civil matter. It's not criminal. And I have extensive legal knowledge.

36:32

36 minutes, 32 seconds

Yeah. Basically, a civil crime is just the legal way of saying a business deal gone bad, which if this truly was just a business deal gone wrong, you would have

36:40

36 minutes, 40 seconds

to settle this through the court. The police aren't able to do anything. We have the police to solve criminal crimes such as stealing from a lottery. That's a criminal crime that the police would

36:49

36 minutes, 49 seconds

have to investigate. So, here's the plan. What if we do a lottery?

36:57

36 minutes, 57 seconds

Yes. First, Brian donates one of his sets to a lottery. Someone wins the lottery. And then if Bricks and Minigs keeps the prize for themselves instead of giving it to the winner, they have

37:05

37 minutes, 5 seconds

now just stolen from a lottery. Now, it's not a business deal gone bad.

37:09

37 minutes, 9 seconds

They're actually interfering with a state regulated lottery scheme, which is now a criminal offense that the police would have to investigate.

37:17

37 minutes, 17 seconds

That's a good idea.

37:19

37 minutes, 19 seconds

That's interesting. It turns out this is completely legal for us to do. You still own the Legos, correct? Technically, we own all of those.

37:26

37 minutes, 26 seconds

So, it it would be legal for you to auction your Legos off, right? If you still are the owners, right? Yeah.

37:34

37 minutes, 34 seconds

To make sure everything was legally legit. I registered for a gambling license, which Yeah. It actually takes a long time to get one of these, which

37:42

37 minutes, 42 seconds

sucks. But on the DOJ website, it says that if you're a nonprofit or religion, you actually don't need a license. It'd be cool to use my new we steal from old

37:50

37 minutes, 50 seconds

people company, but I already made my first dollar when I was selling stuff outside the bricks and minifig store.

37:56

37 minutes, 56 seconds

And then I use that money to buy food from a robot. But luckily for me, I'm already the leader of a religion

38:03

38 minutes, 3 seconds

called Scientology Sucks officially approved in California, which is another problem. I guess technically I need it registered in Oregon for this to work.

38:11

38 minutes, 11 seconds

So, so registered for Oregon PO box, which cost $35.

38:18

38 minutes, 18 seconds

Okay, I'm pretty sure I lost everyone, but all you need to know is that I put a lot of work into making sure that this is a legal, legit raffle.

38:27

38 minutes, 27 seconds

That means that if Bricks and Minigs decided to steal from this raffle, they have now committed a criminal crime, which the police are required to investigate.

38:46

38 minutes, 46 seconds

I want everyone's attention. We're doing a Lego raffle. This Lego set is worth $1,000. Pretty much instantly, we were a hit.

38:54

38 minutes, 54 seconds

And everyone wanted to win this Lego set. But there's a problem. Under OS167.17,

39:02

39 minutes, 2 seconds

each participant must pay something of value in order for this to be considered an official lottery. We're about to charge lots of people money just to

39:09

39 minutes, 9 seconds

maybe be the next victim of bricks and mini figs, but we have to charge them money. And if we don't, then it'll

39:16

39 minutes, 16 seconds

actually disqualify our lottery. And the plan we came up with to get the Legos back won't work. But then we realized, wait, we're filming this entire event.

39:25

39 minutes, 25 seconds

We can just give each person $1 as their appearance release fee.

39:29

39 minutes, 29 seconds

Dollar to be on camera. There you go. So now when they buy a $1 ticket, the transaction cancels out and each person lost $0.

39:37

39 minutes, 37 seconds

You get a dollar for being on camera and then the raffle is a dollar though. So uh would you like to pay a dollar for the raffle? Okay, awesome.

39:44

39 minutes, 44 seconds

So here's your ticket. What's your business? What's our business?

39:50

39 minutes, 50 seconds

We're with the church of Scientology sucks. Okay. Yep.

39:58

39 minutes, 58 seconds

Finally, it was time to pick our winner.

40:00

40 minutes

We are about to see who the winner is right now.

40:05

40 minutes, 5 seconds

We have the winning ticket right here. 5 3 9 7 Seven. Is that mine?

40:13

40 minutes, 13 seconds

You won. Yeah. Are you aware?

40:16

40 minutes, 16 seconds

Well, this family legally won this prize. So now if Bricks and Mini Figs doesn't give it to them, they're committing a criminal crime which could land them in jail.

40:26

40 minutes, 26 seconds

The Lego set is in a place called uh Bricks and Mini Figs. It's like right down the street and we can pick it up.

40:34

40 minutes, 34 seconds

We drove to the store as fast as we could. We met up with the family and went inside to help them claim their prize.

40:40

40 minutes, 40 seconds

I'm here to give these people their prize of a Stormtrooper speeder set.

40:46

40 minutes, 46 seconds

Well, actually, who these people? My sister.

40:50

40 minutes, 50 seconds

He won from who? I'm conducting this raffle and you guys have the the prize here. I don't know anything about that.

40:58

40 minutes, 58 seconds

To inform Amanda of the business deal her store is in, we showed her all of the raffle paperwork and the family who won this Lego set. They're not giving out anything.

41:06

41 minutes, 6 seconds

Like I can't leave without it.

41:07

41 minutes, 7 seconds

Um, yeah, you can't. You can have a good day. Amanda has just made it very clear.

41:12

41 minutes, 12 seconds

Instead of giving this family the Lego set they legally won, her company is going to steal it.

41:17

41 minutes, 17 seconds

You're stealing $1,000 from a little girl. Yep.

41:24

41 minutes, 24 seconds

stealing money from a kid. Do you find that evil at all? Do you just That's just That's how you want the business to look.

41:33

41 minutes, 33 seconds

Amanda now has to cover up this crime her store committed. So, she thought the best way to do this was to kick everyone out of the store.

41:40

41 minutes, 40 seconds

That guy is not supposed to be here. You have a good day.

41:43

41 minutes, 43 seconds

Wait, she's not going to give him a buzz.

41:45

41 minutes, 45 seconds

But good thing for us, this isn't a civil crime anymore. Amanda just stole from a lottery. Now that they have officially committed a criminal crime, it's time to get the police involved.

41:55

41 minutes, 55 seconds

This company just stole the prize from our lottery.

41:58

41 minutes, 58 seconds

I have officers and Okay, thank you. Thank you.

42:04

42 minutes, 4 seconds

And now the police are here, but for some reason, I think they thought that I was the criminal.

42:14

42 minutes, 14 seconds

Is this typically how you treat victims if they get their prize stolen or you have ID or anything on you? No. What's your date of birth?

42:21

42 minutes, 21 seconds

12:30 1995. Did we commit a crime?

42:24

42 minutes, 24 seconds

Uh, I'm trying to figure that out right now.

42:26

42 minutes, 26 seconds

The police were very confused on who the actual criminals in this situation were. So, we explained everything to them.

42:33

42 minutes, 33 seconds

I'm supposed to be getting this price from here. Okay. And they're not going to give it to me.

42:38

42 minutes, 38 seconds

But the police don't just have to take our word for it. I'm carrying all of the legal raffle paperwork plus the Oregon law book that specifically states this

42:46

42 minutes, 46 seconds

is a criminal crime the police are required to investigate. We have all the paperwork here. Stealing from a DOJ approved graffling scheme is a criminal

42:54

42 minutes, 54 seconds

offense which the police have to investigate.

42:57

42 minutes, 57 seconds

Now that the police have seen the law, they actually agree that a crime has been committed. They're now finally going to do a police investigation on

43:05

43 minutes, 5 seconds

this Lego theft. The investigators started by taking some notes.

43:09

43 minutes, 9 seconds

They're selling stuff cuz they're thieves and stole stuff. A raffle. Yes.

43:14

43 minutes, 14 seconds

Okay. And we need to investigate some sort of raffle thievery. Well, he started taking notes until another police officer came and whispered in his ear.

43:26

43 minutes, 26 seconds

I don't know what he said to him, but whatever it was, it made them all completely change their attitudes.

43:32

43 minutes, 32 seconds

And you're you're trespassing the property for life. Okay, you come back, you're going to go in handcuffs and go to go to jail. But they trespass you? Yeah.

43:40

43 minutes, 40 seconds

But we're just trying to claim our our prize. We're not deal with you.

43:45

43 minutes, 45 seconds

You guys have no right or have no connection to the story or not?

43:49

43 minutes, 49 seconds

Well, yeah, we do. They stole a bunch of like They have our prize, so there's a connection. That is a civil issue. No, it's criminal. Okay.

43:57

43 minutes, 57 seconds
I got the Are you going to listen to me?

43:59

43 minutes, 59 seconds
This officer is trying as hard as he can to cover up this crime, but I wasn't going to let him.

44:05

44 minutes, 5 seconds
But eventually, he said, "If I don't let him cover up this crime, I'm getting arrested." We really want to dive down this really deep. We're trying to get some. Okay.

44:15

44 minutes, 15 seconds
We're trying to work with you guys and give you some outs. We can start looking after you guys falsified a raffle. Whatever raffle look like.

44:22

44 minutes, 22 seconds
Well, here's the thing is it's not a falsified raffle. We have all the legal paperwork right here.

44:25

44 minutes, 25 seconds
You don't have authority to give out a prize. We're just going to get to the point that we're not going to have these conversations. We're just going to put you in handcuffs. Are we all on the same page?

44:33

44 minutes, 33 seconds
No. Okay.

44:36

44 minutes, 36 seconds
Yeah. I'm not going to let the police just cover up this crime. I'm going to get this Lego set to the rightful winner. First off, we do have the

44:43

44 minutes, 43 seconds
authority to do this raffle. So, we are legally done for the night.

44:46

44 minutes, 46 seconds
No, it's actually required by you guys to uh investigate this and it's not civil. It's criminal.

44:51

44 minutes, 51 seconds
Just so we don't We're talking in circles, right? Yep.

44:53

44 minutes, 53 seconds
Do you understand at least what he told you on the We were talking in circle. That's the first time around. Good.

44:59

44 minutes, 59 seconds
Just answer my question cuz do you understand what officer has explained to you kind of what's going to happen? What's going to be the next steps?

45:04

45 minutes, 4 seconds

I think yesterday uh no, I'm I'm not understand.

45:08

45 minutes, 8 seconds

You don't understand. What part don't you understand? Yeah, I was pretty confused on what they were going to arrest me for. I mean, the Fourth Amendment in our Constitution specifically states that the police

45:17

45 minutes, 17 seconds

can't arrest you if they don't have a reason. I keep asking them for a reason, but they can't tell me anything that I'm doing that's illegal. Well, I don't think we broke the law.

45:26

45 minutes, 26 seconds

I want your opinion. That part doesn't matter here. It's pretty black and white cuz right now you guys said the law we broke is the falsifying the raffle. Listen to this.

45:33

45 minutes, 33 seconds

Let's just call it and we'll just go from here. All right, guys. Just please please invest.

45:39

45 minutes, 39 seconds

We are trying to keep you guys out of hangups. We don't want to go that route.

45:43

45 minutes, 43 seconds

We actually basically got that for you guys, but at a certain point we can't keep doing this. So, all right. So, we're good. I think we're

45:51

45 minutes, 51 seconds

good. I think we're not good at all.

45:53

45 minutes, 53 seconds

Pretty clear. You go on the property, you're going to get arrested.

45:56

45 minutes, 56 seconds

When I came up with this plan, I was under the assumption that the police are supposed to follow the law. But I was wrong. In Kaiser, Oregon, the police

46:05

46 minutes, 5 seconds

don't follow the law. And because of this, another family got scammed by bricks and mini figs. I felt pretty bad.

46:12

46 minutes, 12 seconds

So, I just pay this family what this Lego set was worth myself.

46:18

46 minutes, 18 seconds
Do we call the police officer? Like, what do we like? What do you do when there's just corrupt police? Should you go to the police department?

46:26
46 minutes, 26 seconds
Should we go to the police department?

46:27
46 minutes, 27 seconds
So, we went to the police department to tell them that some of their police are corrupt. And then we realized we're literally just telling the police that

46:34
46 minutes, 34 seconds
they are corrupt. Of course, they're not going to do anything about it. Yeah, they just sent us home.

46:46
46 minutes, 46 seconds
But this is when we realized that this raffle might have actually accomplished something pretty big for us. Josh ended up giving me a call.

46:54
46 minutes, 54 seconds
You guys keep coming to the store. You You park out front. You do fake raffles.

47:00
47 minutes
You're threatening my business, you

47:02
47 minutes, 2 seconds
[ _ ]

47:03
47 minutes, 3 seconds
Josh seems pretty scared, and he should be. Eventually, I am going to end up solving all the police corruption that's going on. And once that happens, Josh is no longer going to be in civil trouble.

47:14
47 minutes, 14 seconds
He's going to be in criminal trouble. It It wasn't a fake raff. It was a real lottery scheme according to Oregon state law.

47:23
47 minutes, 23 seconds
And it actually is a class B felony up to 10 years in prison and a $250,000 fine.

47:30
47 minutes, 30 seconds
Yeah. The loophole he's been using this entire time just hiding behind the fact that it's a civil case isn't going to work for him much longer.

47:39
47 minutes, 39 seconds
Well, I let's not argue that. I don't want to.

47:44

47 minutes, 44 seconds

It's just better to just say, "Hey, you're not thief." You know what I mean?

47:49

47 minutes, 49 seconds

Definitions of whether it's stolen or not. I don't care. Thank you. Thank you.

47:53

47 minutes, 53 seconds

No. Anyways, it's not stolen. Why do we care about that? Well, who cares whether it was stripped or not?

47:57

47 minutes, 57 seconds

But for some reason, Josh still decided not to give the Legos back. I think he might just need one more push. Here's

48:05

48 minutes, 5 seconds

the plan. Take a picture of every single sign that's outside the Brits and Miniig store. And now I'm going to redesign every single one to make them way

48:14

48 minutes, 14 seconds

better. For example, I changed turn at the light to turn and go home. In buy, sell, trade, I changed it to steel, sell

48:21

48 minutes, 21 seconds

trade, and I'm printing all of them out to scale. And nope, I didn't use chatbt this time. This time, I'm using a much

48:29

48 minutes, 29 seconds

better method, which is a tape measure.

48:36

48 minutes, 36 seconds

The exact dimensions of their actual sign that they have up.

48:40

48 minutes, 40 seconds

Now, it's time to put our signs directly over top of their signs. But before we had time to do this, Josh gave me a

48:48

48 minutes, 48 seconds

call. He's still trying to convince me to sue him. So, he gets charged with a civil crime, not a criminal crime, which could land him in jail.

48:55

48 minutes, 55 seconds

If you think it's illegal, why don't you sue me? It's a civil matter. Tell Brian to to put his money where his mouth is.

49:02

49 minutes, 2 seconds

Let's go to court. Okay. You want to do double or nothing?

49:08

49 minutes, 8 seconds

What are you talking about? Are you stupid?

49:09

49 minutes, 9 seconds

If you're wrong, you pay us double. If I'm wrong, I pay you double. Bro, are you dumb?

49:16

49 minutes, 16 seconds

You're obviously a kid. You don't know how this works.

49:19

49 minutes, 19 seconds

I think you're scared. Double or nothing. Let's do it. You're so dumb, bro. I think you're scared. Okay, I'm not scared.

49:26

49 minutes, 26 seconds

Let's do Okay, let's do double or nothing.

49:29

49 minutes, 29 seconds

I'm not doing If you lose, you pay us $400,000. You're scared. You're a chicken. I'm calling you out. You're scared.

49:37

49 minutes, 37 seconds

I'm calling you out. You're too scared. You're scared. Okay.

49:42

49 minutes, 42 seconds

Do you want me put Put your money where your mouth is.

49:45

49 minutes, 45 seconds

Are you just going to be a [ __ ] or you going to I'm putting my money where my mouth is. You put your money where your mouth is. Okay. Let me talk. Okay.

49:53

49 minutes, 53 seconds

When Brian first came in, we identified anything that was on that list that would have been his that Amanda didn't

50:00

50 minutes

sell and we set it aside and it's still sitting there. We're happy to give you your stuff back. I just don't want any more damage to the store. I guess Josh

50:08

50 minutes, 8 seconds

has finally realized that whatever he's going through right now will literally never end for him unless he gives the Legos back.

50:17

50 minutes, 17 seconds

I'm happy to give you the inventory.

50:19

50 minutes, 19 seconds

It's only bringing me harm because you guys are doing wacky do crap trying to attack us.

50:25

50 minutes, 25 seconds

Well, it looks like we won and Brian is finally getting his Legos back.

50:30

50 minutes, 30 seconds

This definitely changes the trajectory of a lot of the things that we had in Yeah, dude. We had some really good ideas. Yeah.

50:39

50 minutes, 39 seconds

Well, what do we do for the next couple hours if it's raining? Bowling. Go bowling. Let's go bowling.

50:47

50 minutes, 47 seconds

We waited a few hours for Brian to get off work and now he's off work. Hey, Brian's off work.

50:53

50 minutes, 53 seconds

So, we showed him our entire conversation with Josh. So, so what can we do now to work with you guys to get the sets back?

51:01

51 minutes, 1 second

Okay, this is what I need done. I need a written apology from Brian. I need all the negative comments taken off.

51:08

51 minutes, 8 seconds

I need positive reviews on there to make up for the damage. And then I'll give them back. So, you're holding my sets hostage.

51:15

51 minutes, 15 seconds

Oh, you thought we were getting the Legos back already? We're not even halfway through the video yet. Yeah. So, basically, before Brian can get his Star

51:22

51 minutes, 22 seconds

Wars Lego collection back, he has to write Bricks and Minigs an apology letter for making this Facebook post, Bricks and Minigs really doesn't like

51:31

51 minutes, 31 seconds

this Facebook post being up because in this Facebook post, Brian calls Bricks and Minifigs out for stealing his Lego Star Wars collection. I'm not

51:39

51 minutes, 39 seconds

apologizing for [ _ ] I agree. But it suck. But here's like where we're at, right? If you could just write the

51:47

51 minutes, 47 seconds

letter like we can get the Legos back. I walked in there with the best of intentions. Here's proof of my collection in the store. I want it back.

51:53

51 minutes, 53 seconds

And they've done nothing but lie and make my life a living [ _ ] hell over this. I've gone through 9 months of

51:59

51 minutes, 59 seconds

anxiety, stress, hospital, medication, taking types of burden. Not downplaying what happened to you.

52:05

52 minutes, 5 seconds

It's just No, I am not apologizing to this [ _ ]

52:08

52 minutes, 8 seconds

[ _ ]

52:09

52 minutes, 9 seconds

It sounds kind of crazy that Brian would be saying this, but I see where he's coming from. I've gotten to personally see a tiny bit of how this company

52:18

52 minutes, 18 seconds

bullying his family has just torn his entire life apart.

52:22

52 minutes, 22 seconds

I just want to say thanks, guys. I have a gnarly panic attack right now.

52:27

52 minutes, 27 seconds

But at the same time, if Brian just writes this apology letter to Bricks and Minigs, he'll get all his Legos back. I get it. You're asking me to swallow my

52:35

52 minutes, 35 seconds

pride and write this letter. And I get it. But then Brian told us a bigger reason we shouldn't write this apology letter. Because Brian told us that this

52:43

52 minutes, 43 seconds

apology letter is really a trap. Yeah, this is Josh trying to trick us into giving him a get out of jail free card.

52:51

52 minutes, 51 seconds

What I mean by this is if Brian makes an apology letter to Bricks and Minigs, then Bricks and Minigs can now use this letter as written evidence in court that

52:59

52 minutes, 59 seconds

they're not the bad guys. Brian's the bad person. Brian told us that if we give them this get out of jail free

53:06

53 minutes, 6 seconds

card, then they have absolutely no reason to ever give the Legos back. I just want to say if this is actually

53:13

53 minutes, 13 seconds

what Bricks and Minig's plan is, then that's insane. But I really wanted to find out if this is what their plan was.

53:22

53 minutes, 22 seconds

So, I decided to tell Josh that Brian is going to send him an apology video.

53:26

53 minutes, 26 seconds

Uh, he makes the apology, then we can get the Legos back like today or tomorrow, you think?

53:32

53 minutes, 32 seconds

Yeah, just in case Bricks and Mini Figs has evil intentions with this apology video, I wanted to give him something that they couldn't use in court. So, I went back

53:40

53 minutes, 40 seconds

to the beginning of the video and took a screenshot of Brian's face and put it into this website. I also uploaded this video of Sheldon. Hi, I'm Brian Mansel.

53:48

53 minutes, 48 seconds

And after just a little bit of deep faking, it now looks like this.

53:51

53 minutes, 51 seconds

Hi, I'm Brian Mancel and I apologize sincerely for accusing you guys of stealing my Legos. I was wrong and you were right.

54:02

54 minutes, 2 seconds

This is the ultimate test. Was Josh being sincere or was this all just one big trick?

54:10

54 minutes, 10 seconds

I want to give it back to him. That's the long and the short of it. We run me over. I'm good. We got to win Amanda over, right? Uh-huh.

54:18

54 minutes, 18 seconds

Apologize to Amanda.

54:20

54 minutes, 20 seconds

Okay. I guess Brian's a little worried that you guys are just going to keep postponing it until uh You're going to get him. You're going to

54:28

54 minutes, 28 seconds

get him. We're not going to I'm not going to screw you up. You have my word. That's not who I am. Uhhuh.

54:35

54 minutes, 35 seconds

I promise you. I swear to God. Go apologize to her. Say, "Sorry, man.

54:40

54 minutes, 40 seconds

Sorry. We did a fake raffle." So, before we can get the Legos back, Josh made up one new thing I have to do.

54:45

54 minutes, 45 seconds

I have to apologize to Amanda for my raffle being fake. Even though I put in a lot of effort to make sure my raffle was actually real.

54:55

54 minutes, 55 seconds

I don't know. It almost feels like another trap. The employee we brainwashed from before told us that the owners are coming up with schemes to try to get us arrested.

55:04

55 minutes, 4 seconds

After you left, I got a call from my boss and it was like, "How do we get them arrested?" Dang. How do we get them arrested?

55:10

55 minutes, 10 seconds

Maybe Josh is saying this to trick me into going back into the store so Amanda can call the police on me and have me arrested.

55:19

55 minutes, 19 seconds

But I had to find out for sure.

55:21

55 minutes, 21 seconds

Do you give me permission to go into the store to apologize to her to make peace? Sure. Yeah. Okay.

55:31

55 minutes, 31 seconds

Hi, Amanda. Uh, how's it going?

55:34

55 minutes, 34 seconds

We, uh, we came to make peace and, uh, we talked to Josh. He told us to come back and make peace with you. Is that okay?

55:46

55 minutes, 46 seconds

It turns out I was right. This was a trap. Bricks and Minigs doesn't care about giving us the Legos back. They

55:53

55 minutes, 53 seconds

just want to get us arrested. There was a gentleman who was trespassed off the property maybe four or five days ago and

56:00

56 minutes

he's literally standing right in front of the store right here in the store in front of me.

56:04

56 minutes, 4 seconds

We only have a very small amount of time before the police arrest us. So, we decided to use this time to see if we could finally convince Amanda to make peace with us.

56:14

56 minutes, 14 seconds

Well, I guess before they get here, we just wanted to talk to you like civily if you would like to have a like a peace treaty with us. Not in a harassing way, not in a a very peaceful way.

56:24

56 minutes, 24 seconds

Would that be okay with you?

56:28

56 minutes, 28 seconds

But making peace with us did not seem like a priority for Amanda. Her priority was to get us arrested.

56:36

56 minutes, 36 seconds

It's just a regular peace treaty, a one-page document.

56:47

56 minutes, 47 seconds

if you need to go over it like you know you need to take your time.

56:51

56 minutes, 51 seconds

They have like the paper they're trying to get me to sign. It literally just says peace treaty. I don't know who this other guy is. He's apparently he's the treaty guy or the treaty guy.

57:00

57 minutes

He has some kind of like treaty on a sw.

57:06

57 minutes, 6 seconds

Well, do we stick around for the cops or do we And so we waited for the police to show up

57:16

57 minutes, 16 seconds

and they never showed up.

57:21

57 minutes, 21 seconds

But I guess it makes sense. I mean, the last time the police showed up, I was fully prepared with the Oregon law book.

57:27

57 minutes, 27 seconds

The Oregon law scared the police so much that they had to run away. I think they're scared to come back. Where the heck are these cops?

57:37

57 minutes, 37 seconds

Hi Josh Ben. How's it going?

57:40

57 minutes, 40 seconds

It's good. So we walked in. We were like, "Hey, uh, we're sorry. Uh, we have permission to come back here and like apologize." And she's like, "I'm calling

57:49

57 minutes, 49 seconds

the cops." And she like started Josh now realizes that his last stitch plan to get me arrested. That plan didn't work.

57:56

57 minutes, 56 seconds

I'm sorry Amanda did that. Thank you for doing that. It looks like Josh has no other choice than to give Brian his family's Legos back.

58:06

58 minutes, 6 seconds

You apologize and it's up to them to accept. So, let's cross Amanda off that checklist. Let's Let's get this done.

58:13

58 minutes, 13 seconds

And now that our work here is done, we decided to head back to Los Angeles.

58:17

58 minutes, 17 seconds

It's too late to pick up the Legos today, but tomorrow they're finally going to give this family their Legos back.

58:26

58 minutes, 26 seconds

And now it's tomorrow.

58:29

58 minutes, 29 seconds

But the store has Brian's phone number blocked, so he can't call them. So instead, I called the store to see how Brian could pick up his Lego sets.

58:36

58 minutes, 36 seconds

I was wondering if you guys are still down to get the Legos back today.

58:41

58 minutes, 41 seconds

Um, I think um I'm I just want to make sure

58:49

58 minutes, 49 seconds

everything's properly uh the guy I'm on the phone with was trying as hard as he could to stall. It

58:57

58 minutes, 57 seconds

turns out that this is actually the same guy in the security camera footage that kicked the old owner out of the store.

59:04

59 minutes, 4 seconds

Google says his name is Brandon Best and apparently he's co-owners of this franchise along with Joshua Johnson, but

59:11

59 minutes, 11 seconds

for some mystery reason, they weren't able to give the Legos back today.

59:15

59 minutes, 15 seconds

They said they'd give me an update on Monday type thing. Um, now it's Monday. Today is Monday.

59:25

59 minutes, 25 seconds

Hey, I was just calling to see if you guys are still down to get the Legos back today. Finally, uh he said

59:37

59 minutes, 37 seconds

I would imagine it'll get done sometime this weekend. So, I don't know for sure.

59:44

59 minutes, 44 seconds

I don't have I don't have a quick update, unfortunately. I still don't have a good update.

59:53

59 minutes, 53 seconds

Yeah, you bet. Thanks for uh thanks for your patience. Sorry, it's kind of crazy. And

1:00:01

1 hour, 1 second

please leave your message for he said I probably won't be able to talk tonight. What the heck? Why do they keep postponing this?

1:00:11

1 hour, 11 seconds
Call has been forwarded to voicemail.
1:00:14
1 hour, 14 seconds
What the heck? Yesterday he said he would call me today.
1:00:18
1 hour, 18 seconds
Call has been forwarded to has been forwarded to voicemail. Call has been forwarded to voicemail
1:00:29
1 hour, 29 seconds
is not available. Please leave your message for It's been over a month now. Um
1:00:36
1 hour, 36 seconds
and yeah, I've gotten no answer. And finally, after a really, really, really,
1:00:43
1 hour, 43 seconds
really long amount of time, they finally answered my call.
1:00:47
1 hour, 47 seconds
Might have distributed those things. At this point, we've kept him on hold for for this long. So, I've just been told that Bricks and
1:00:55
1 hour, 55 seconds
Minigs is no longer going to give Brian his Legos back like they promised. And at this moment, I finally realized what
1:01:03
1 hour, 1 minute, 3 seconds
I did wrong. Josh said we could get the Legos back once we make peace with Amanda, but we never actually really made peace with her.
1:01:11
1 hour, 1 minute, 11 seconds
And I'm not signing nothing from anybody.
1:01:14
1 hour, 1 minute, 14 seconds
Now, it all makes sense. Unless we can somehow find a way to make peace with Amanda, we are never getting these Legos back.
1:01:26
1 hour, 1 minute, 26 seconds
So, I printed out a more official looking piece treaty and traveled from Los Angeles all
1:01:33
1 hour, 1 minute, 33 seconds
the way back to Bricks and Mini Figs in Oregon. Well, I made it to Oregon.
1:01:38
1 hour, 1 minute, 38 seconds

Hopefully, I can get Amanda to sign the peace treaty this time and we can finally get the Legos back.

1:01:53

1 hour, 1 minute, 53 seconds

Hello. You're not allowed here. Oh, no. Uh Josh told me to come back.

1:01:58

1 hour, 1 minute, 58 seconds

I think we didn't get the Legos back because you didn't sign the peace treaty. You want to call Josh?

1:02:06

1 hour, 2 minutes, 6 seconds

No, I'm calling the police.

1:02:07

1 hour, 2 minutes, 7 seconds

Bricks and Mini Figs is still doing the same thing they've always done. They're still trying to get me arrested. just to avoid giving the Legos back. The problem

1:02:16

1 hour, 2 minutes, 16 seconds

with their plan though is Bricks and Minifigs is never going to be able to arrest me because I have a get out of jail free card. I've actually had this

1:02:25

1 hour, 2 minutes, 25 seconds

card the entire video. I just haven't used it yet. Let's rewind all the way to the beginning so I can show you what I mean.

1:02:31

1 hour, 2 minutes, 31 seconds

So, basically, my friend said that uh you guys have some of his Legos, I think.

1:02:35

1 hour, 2 minutes, 35 seconds

Nope. It was even before this right here. I made a contract with Amanda that says I, Ben Schneider, should not be trespassed. And all of these legal

1:02:44

1 hour, 2 minutes, 44 seconds

words, for any circumstance whatsoever, and for literally any reason, they cannot trespass me. And it's effective for the next 10 years. But this only

1:02:53

1 hour, 2 minutes, 53 seconds

really works as a get out of jail free card if I can get a manager to sign it. But how the heck am I going to do that?

1:03:08

1 hour, 3 minutes, 8 seconds

Hi. Sorry, I got a delivery. Can I get a signature?

1:03:12

1 hour, 3 minutes, 12 seconds

For some reason, Amanda just started signing our contract without even reading it. Thank you so much. You're welcome.

1:03:18

1 hour, 3 minutes, 18 seconds

In America, we have a duty-free contract law, which states that you have to read a contract before you sign it. And if you forget to read it or you just choose

1:03:26

1 hour, 3 minutes, 26 seconds

not to read it, it's your fault and you still have to do everything the contract says. So, even though Amanda didn't read it, she signed it. So, she has to follow

1:03:34

1 hour, 3 minutes, 34 seconds

everything, including a clause that says, "For every police officer she calls on me, she owes me $5,000 in

1:03:41

1 hour, 3 minutes, 41 seconds

liquidated damages." So, let's fast forward and see how much Amanda owes me.

1:03:45

1 hour, 3 minutes, 45 seconds

We got 5,000. Keep going. 10,000 15,000 20,000 25,000 30,000 35,000 $40,000.

1:03:55

1 hour, 3 minutes, 55 seconds

Okay, I think that's all the times Amanda called the police on me. But if I'm going to be honest, even though Amanda has been helping cover up this

1:04:02

1 hour, 4 minutes, 2 seconds

giant theft, I still kind of feel bad for her that she owes us $40,000. I mean, that's a lot of money. So, I'm

1:04:10

1 hour, 4 minutes, 10 seconds

going to stop continuing to trick her, and I'm finally going to complain about the contract. Once Amanda sees the agreement she's in, she'll finally realize it's not worth it to continue

1:04:18

1 hour, 4 minutes, 18 seconds

racking up this $5,000 debt. Instead, a much easier option would be we team up together to convince corporate to give Brian his Legos back.

1:04:28

1 hour, 4 minutes, 28 seconds

I'm calling the police cuz you've already been um trespassed off the premises.

1:04:31

1 hour, 4 minutes, 31 seconds

Well, you don't want to owe $5,000 more, do you?

1:04:34

1 hour, 4 minutes, 34 seconds

I don't owe anything. And I'm asking you for like the millionth time in 2 weeks. You did say that I'm allowed to be here. You signed a document. You did?

1:04:42

1 hour, 4 minutes, 42 seconds

I never once said you were allowed to be here. Well, then whose signature is this then? That is That is not my signature.

1:04:49

1 hour, 4 minutes, 49 seconds

It's not? Why do you have anything to do with signatures here?

1:04:52

1 hour, 4 minutes, 52 seconds

Cuz you signed this, right? No, I did not. Is that not your signature?

1:04:58

1 hour, 4 minutes, 58 seconds

So, um, no, it's not. And I'd like to know how you guys got a signature that's even close to mine.

1:05:03

1 hour, 5 minutes, 3 seconds

Well, it says every time you call the cops, you owe $5,000 for like punitive damages. But so, we're just following the contract that you signed.

1:05:10

1 hour, 5 minutes, 10 seconds

Now that Amanda knows she can't call the cops on me just for being here anymore, I decided to call Josh to update him on how making peace with Amanda is going.

1:05:18

1 hour, 5 minutes, 18 seconds

Hey, I just went back to try to apologize to Amanda and what Josh said next. I was not ready for

1:05:26

1 hour, 5 minutes, 26 seconds

when we took over that store. There was nothing in that store. The shelves were empty.

1:05:33

1 hour, 5 minutes, 33 seconds

Why you guys are taking the bags? Josh's story has now completely changed.

1:05:38

1 hour, 5 minutes, 38 seconds

Now he's saying even if I'm able to make peace with Amanda, they still won't be able to give me the Legos back because they never even had the Legos to begin with.

1:05:46

1 hour, 5 minutes, 46 seconds

Well, if Josh is telling the truth, then why did Josh say this to us last time? We're happy to give you your stuff back.

1:05:53

1 hour, 5 minutes, 53 seconds

I mean, what stuff of ours would he be giving back if none of our stuff was even ever in his store? And like, what about this?

1:05:59

1 hour, 5 minutes, 59 seconds

I'm happy to go open that stupid cupboard and you can have all the scents in there. I want to give it back to him. I'm happy to give you the inventory. Give the inventory to Brian.

1:06:07

1 hour, 6 minutes, 7 seconds

I'll give them back.

1:06:08

1 hour, 6 minutes, 8 seconds

I'm not going to I'm not going to screw you up. You have my word. That's not who I am. I promise you. I swear to God. I promise you on everything.

1:06:17

1 hour, 6 minutes, 17 seconds

I mean, Josh is on video swearing to God and on everything he'll give us the Legos back. But now, for some reason, he

1:06:24

1 hour, 6 minutes, 24 seconds

never even had the Legos. But this makes no sense. Dude, the the the shelves were empty.

1:06:29

1 hour, 6 minutes, 29 seconds

So, I decided to remind him of all of these examples where he claims they do have Brian's Legos in the store still.

1:06:36

1 hour, 6 minutes, 36 seconds

And this was his response. [ __ ] you. I never said that.

1:06:40

1 hour, 6 minutes, 40 seconds

Yeah, you did. I don't give a damn of your [ __ ] little opinion. It's wrong.

1:06:45

1 hour, 6 minutes, 45 seconds

And if you want to test your [ __ ] opinion, let's go to court. Who enforces the law?

1:06:50

1 hour, 6 minutes, 50 seconds

The court. So exactly.

1:06:53

1 hour, 6 minutes, 53 seconds

So So you're saying that it's just a opinion.

1:06:56

1 hour, 6 minutes, 56 seconds

So basically what you're saying is I'm wrong, but you can sue me for it is what you're saying.

1:07:01

1 hour, 7 minutes, 1 second

Yeah, that's the long and the short of it.

1:07:04

1 hour, 7 minutes, 4 seconds

So you know you're wrong. So you know that you stole the Legos then. Let's go to court then. Okay, let's do it. Okay. Is that what you want? Yeah. You really want that?

1:07:13

1 hour, 7 minutes, 13 seconds

I mean, I don't I would like to just get the Legos back, but if that's what you want, I It seems like this is what you want. I'm I'm giving you every out that I can, but

1:07:21

1 hour, 7 minutes, 21 seconds

Dang, don't go down there. It doesn't really matter because uh I I just want to get the Legos back. They're Brian's Legos. Give them back. It's pretty easy.

1:07:29

1 hour, 7 minutes, 29 seconds

It's kind of funny that this entire video Josh has just been begging me to sue him.

1:07:34

1 hour, 7 minutes, 34 seconds

Kill me. I'm going to work. But the second I agree to it, his attitude completely changes. It's almost like

1:07:41

1 hour, 7 minutes, 41 seconds

Josh doesn't want me to sue him. And the only reason he's saying that is because he knows that by saying it, he can get away with his crimes. But now that Josh

1:07:49

1 hour, 7 minutes, 49 seconds

thinks that there's a chance I might actually sue him. He's getting scared.

1:07:54

1 hour, 7 minutes, 54 seconds

In fact, he said if I do sue him, he's going to tell the world that I'm the one that stole the Legos. You go yourself.

1:08:00

1 hour, 8 minutes

Dang. You stole them, [ __ ] I stole the Legos. Yeah, you're a [ __ ] thief. Dang.

1:08:08

1 hour, 8 minutes, 8 seconds

Okay, you can shut the [ __ ] up. That's your [ __ ] choice. So, basically, these are my two options.

1:08:16

1 hour, 8 minutes, 16 seconds

I can do what Josh wants me to do and shut up, which I can say right now, I'm definitely not doing that. So, what's the alternative? I can, I guess, raise

1:08:26

1 hour, 8 minutes, 26 seconds

hundreds of thousands of dollars somehow and then maybe spend 3 to four years in court fighting them and somehow if I win

1:08:34

1 hour, 8 minutes, 34 seconds

then we can finally get the family their Legos back. Yeah, both of these options suck. Or maybe I can somehow find a way

1:08:42

1 hour, 8 minutes, 42 seconds

to engineer a third option, which I call option number three, small claims court.

1:08:48

1 hour, 8 minutes, 48 seconds

Think about it. Small claims court is basically just like big boy court except it costs basically nothing and you get a judgment pretty much instantly. So I

1:08:57

1 hour, 8 minutes, 57 seconds

gathered my friends around a campfire to tell them about option number three.

1:09:01

1 hour, 9 minutes, 1 second

One of the thoughts you had was taking them to small claims court, right?

1:09:06

1 hour, 9 minutes, 6 seconds

Uh no because it's way too much money to take to small claims court.

1:09:11

1 hour, 9 minutes, 11 seconds

You can't take someone to small claims court, Ben, for $200,000. Yeah, it's 122,000 at the most, right?

1:09:16

1 hour, 9 minutes, 16 seconds

12,500. Everyone hated option number three. And I guess it makes sense. We ended up looking it up and you can actually only sue for $10,000 at the

1:09:25

1 hour, 9 minutes, 25 seconds

most. So if we go with option number three, Brian actually could win $10,000 pretty easily. But then this is what would happen to his $190,000.

1:09:35

1 hour, 9 minutes, 35 seconds

But I'm not giving up. We just need to get creative. Theoretically, if you wanted to, could you take in the small claims court? If you wanted to limit it.

1:09:47

1 hour, 9 minutes, 47 seconds

If I wanted to limit it.

1:09:49

1 hour, 9 minutes, 49 seconds

But you would at least get $10,000 out of that though, right?

1:09:51

1 hour, 9 minutes, 51 seconds

We could, but it would be giving up $100,000 more, you know? So, here's the here's here's the pitch.

1:10:01

1 hour, 10 minutes, 1 second
Here we go.
1:10:03
1 hour, 10 minutes, 3 seconds
What if we have 10 people sue 10 different times for $10,000 and we get $100,000?
1:10:17
1 hour, 10 minutes, 17 seconds
No.
1:10:19
1 hour, 10 minutes, 19 seconds
Well, why not? The reason that this will never work is because of a legal term called claims splitting.
1:10:24
1 hour, 10 minutes, 24 seconds
Yeah. Okay, so it turns out my idea is called claim splitting, which is when a civil plaintiff splits one lawsuit into
1:10:32
1 hour, 10 minutes, 32 seconds
two or more lawsuits and that is illegal. Yes, if 10 different people sue and win money for one crime, then that
1:10:39
1 hour, 10 minutes, 39 seconds
is illegal. But we have already established that if one person sues for this crime, it is a very easy win. So what if this exact scenario just so happens to happen 10 different times?
1:10:52
1 hour, 10 minutes, 52 seconds
Think about it. If 10 different people get their Lego stolen by bricks and mini figs, all 10 people can individually sue. And it turns out that that is
1:11:00
1 hour, 11 minutes
actually not considered claims splitting. So basically, if I can find 10 different victims of bricks and mini figs, my plan will work. And maybe I
1:11:08
1 hour, 11 minutes, 8 seconds
don't have to find 10 victims, maybe I can create them. Starting with myself, first I signed up for a credit card, and
1:11:15
1 hour, 11 minutes, 15 seconds
I used that credit card to walk into the bank and take out a $10,000 loan. I then use this $10,000 to buy a few Lego sets
1:11:22
1 hour, 11 minutes, 22 seconds
from Brian, specifically these Lego sets. And according to the legal paperwork, there's still Brian's to sell to me. But just in case Bricks and
1:11:30

1 hour, 11 minutes, 30 seconds
Minigs tries to argue that for some reason this wasn't a legal sale, I hired a public notary to officially approve the purchase.
1:11:37
1 hour, 11 minutes, 37 seconds
It's official, we have a public notary approving it.
1:11:42
1 hour, 11 minutes, 42 seconds
The notary public. We have a notary public approving it. I own these Lego sets now, right? Once I stamp it, it's all yours.
1:11:50
1 hour, 11 minutes, 50 seconds
Here we go. It's a pleasure. Congratulations.
1:11:56
1 hour, 11 minutes, 56 seconds
It looks like I legally now have $10,000 worth of inventory inside this Bricks and Minifig store. So, I wrote a very
1:12:04
1 hour, 12 minutes, 4 seconds
stern demand letter to Bricks and Minigs demanding that they give me all of my $10,000 of Legos back. And they never got back to me.
1:12:13
1 hour, 12 minutes, 13 seconds
So, I'm going to sue them in small claims court, completely separate of Brian. Now that there's two crimes committed against two completely
1:12:20
1 hour, 12 minutes, 20 seconds
separate victims, this is not considered claim splitting. So, this is when I thought, if the plan works this well for me, it should also work this well for
1:12:28
1 hour, 12 minutes, 28 seconds
all my friends. So, I signed up for a ton of more credit cards, took out a bunch of more money, and each of my friends bought $10,000 worth of Brian's Lego sets.
1:12:37
1 hour, 12 minutes, 37 seconds
$10,000 for you? Here you go.
1:12:41
1 hour, 12 minutes, 41 seconds
Thank you. with you. You felt the need to This is when we realized there's
1:12:49
1 hour, 12 minutes, 49 seconds
actually a big problem with our plan because we're now all $10,000 in debt.
1:12:54
1 hour, 12 minutes, 54 seconds

And if we don't pay the banks back soon, the interest is going to destroy us. Dude, what's the problem?

1:13:03

1 hour, 13 minutes, 3 seconds

We're $10,000 in debt.

1:13:04

1 hour, 13 minutes, 4 seconds

Well, how do we solve this, dude? What do we do? Everybody here does. We just asked our friends if they have like money to like loan us.

1:13:12

1 hour, 13 minutes, 12 seconds

Tubby, I'm in a lot of debt and I just wanted to know if you have $10,000 to loan me. No.

1:13:20

1 hour, 13 minutes, 20 seconds

What? Dang. Yeah.

1:13:22

1 hour, 13 minutes, 22 seconds

Well, it was worth a try. Michael, do you have $10,000 to loan me? I literally do not have $10,000.

1:13:32

1 hour, 13 minutes, 32 seconds

But this is when we remembered that our friend Brian just made about $100,000 from all the Lego sets he just sold us.

1:13:39

1 hour, 13 minutes, 39 seconds

I bet he has extra money he could lend us. So we gave Brian a call.

1:13:44

1 hour, 13 minutes, 44 seconds

So we're we're in a really really weird pickle right now. I just need $10,000. That's all. I'll give it back.

1:13:53

1 hour, 13 minutes, 53 seconds

This is weird.

1:13:54

1 hour, 13 minutes, 54 seconds

I know. I know. It's crazy. But like I can see about it. Oh, okay. Okay.

1:14:06

1 hour, 14 minutes, 6 seconds

Brian legally gave each of us a $10,000 loan which allows us to now pay back the banks to avoid interest. And it says in the paperwork that once we win these

1:14:14

1 hour, 14 minutes, 14 seconds

court cases against spicks and mini figs, we'll pay Brian back. Yeah. And we promise once we win this lawsuit, we'll pay you back. Yeah, we'll pay you right back.

1:14:23

1 hour, 14 minutes, 23 seconds

And if you're thinking, wait, how is all of this legal? There has to be some type of catch. And you're right, there is.

1:14:30

1 hour, 14 minutes, 30 seconds

It's called sales tax.

1:14:33

1 hour, 14 minutes, 33 seconds

But luckily for us in Oregon, there is no sales tax. It's one of the only states that doesn't have it. This means that we can just keep selling Lego sets

1:14:40

1 hour, 14 minutes, 40 seconds

back and forth to each other over and over for free.

1:14:45

1 hour, 14 minutes, 45 seconds

Well, I think everyone's in. Should we uh should we start?

1:14:48

1 hour, 14 minutes, 48 seconds

You're going to go to the top and start a filing. But I haven't even told you guys the best part yet. The best part is that all of this is another flashback.

1:14:59

1 hour, 14 minutes, 59 seconds

Yeah, all of this happened a month ago.

1:15:02

1 hour, 15 minutes, 2 seconds

So, now let's fast forward all the way back to present day where I'm still talking to Josh on the phone. And yeah, Josh has no clue that we've been

1:15:10

1 hour, 15 minutes, 10 seconds

preparing all of these court cases against him for the last month. He's about to be in for the surprise of his life. You have like I guess until the

1:15:18

1 hour, 15 minutes, 18 seconds

store closes, I guess, to get the Legos back if that's the way you want to go.

1:15:21

1 hour, 15 minutes, 21 seconds

But if not, I guess we'll serve the papers today and then go to court. Are you going to serve the papers today? figured out.

1:15:29

1 hour, 15 minutes, 29 seconds

That's not how it works. Are you young? That's not how the world works.

1:15:35

1 hour, 15 minutes, 35 seconds

That's not how the world works. Well, we're going to do it. We're going to make the world work that way today.

1:15:38

1 hour, 15 minutes, 38 seconds

Well, bricks and mini figs knows the deal. Get the Legos back before the store closes or they get served court papers. And now we wait. And then

1:15:48

1 hour, 15 minutes, 48 seconds

waiting got kind of boring. So, I'm going to spend the rest of the day promoting my We Steal from Old People Company.

1:15:55

1 hour, 15 minutes, 55 seconds

Go to www.westeal we steal from oldpeople.com for some awesome merch and if Bricks and Minigs calls the police on

1:16:02

1 hour, 16 minutes, 2 seconds

me for doing this and they owe me $5,000 more.

1:16:08

1 hour, 16 minutes, 8 seconds

I've been advertising my company for a pretty long time now and I've gotten no reaction from Bricks and Minigs. So, I'm

1:16:15

1 hour, 16 minutes, 15 seconds

sending in a secret undercover agent to see how they're handling the situation from the inside.

1:16:25

1 hour, 16 minutes, 25 seconds

Oh no.

1:16:27

1 hour, 16 minutes, 27 seconds

Well, they closed early on us. Uh, I think they're afraid of my lawsuit, so we decided to go bowling again.

1:16:36

1 hour, 16 minutes, 36 seconds

Oh, no way. No way. No way. Show up. Oh my god.

1:16:40

1 hour, 16 minutes, 40 seconds

It's the next day now, and you know what that means? It's go time.

1:16:45

1 hour, 16 minutes, 45 seconds

It's go time. The funniest part about yesterday was when I was talking to Josh on the phone. He totally thinks that I

1:16:52

1 hour, 16 minutes, 52 seconds

just made all of this up in the moment when the actual reality is we've been planning this court case for months. But

1:17:00

1 hour, 17 minutes

I'm not complaining because if Josh thinks it's fake, then he probably won't show up to court. And if Josh doesn't show up to court, we just win by default.

1:17:09

1 hour, 17 minutes, 9 seconds

So, before I serve him any court papers, I'm actually first going to confirm Josh's beliefs and do something super duper fake, like give him a world record

1:17:19

1 hour, 17 minutes, 19 seconds

for the most amount of Legos ever stolen.

1:17:23

1 hour, 17 minutes, 23 seconds

Not everyone can say that they're the best in the world at some. Exactly. You ready?

1:17:31

1 hour, 17 minutes, 31 seconds

Hi. Hello.

1:17:33

1 hour, 17 minutes, 33 seconds

I am Ryan with the Guinness World Record Association. And I think you're expecting this. Actually, this is an

1:17:39

1 hour, 17 minutes, 39 seconds

award for most Legos stolen by any company in the world.

1:17:48

1 hour, 17 minutes, 48 seconds

Stolen by a single franchise. Is that what it says?

1:17:52

1 hour, 17 minutes, 52 seconds

Mhm. I am definitely not hanging that up. You don't know anything about this? I have no idea of anything about that. Okay.

1:18:01

1 hour, 18 minutes, 1 second

I guess there manager manager. Oh, really? Yeah.

1:18:04

1 hour, 18 minutes, 4 seconds

And you weren't expecting it? I was not expecting that.

1:18:07

1 hour, 18 minutes, 7 seconds

Success. Anything that gets delivered to the store now, bricks and mini figs, will probably also think it's fake, which is now perfect timing to serve all

1:18:15

1 hour, 18 minutes, 15 seconds

of these real court papers. But to do this, I need a lot of people. So, I started recruiting some people with a game of hacky settings. Oh. Oh.

1:18:24

1 hour, 18 minutes, 24 seconds

Here's your legal paperwork. You have been served.

1:18:28

1 hour, 18 minutes, 28 seconds

The first lawsuit has officially been served. Good luck, guys. My resume.

1:18:37

1 hour, 18 minutes, 37 seconds

Okay, that was funny. Everything was going exactly to plan. Well, until this happened.

1:18:43

1 hour, 18 minutes, 43 seconds

Yeah, Mark, hurry. Hurry. Now, can we just talk real quick? Can we just talk?

1:18:49

1 hour, 18 minutes, 49 seconds

I think Josh told this employee to close down the store early to avoid any more lawsuits coming in.

1:18:55

1 hour, 18 minutes, 55 seconds

Yeah, she closed like as soon as she saw us go uh our pull up, she she started closing up. So, for the rest of the day, I'm going to continue to advertise my We

1:19:04

1 hour, 19 minutes, 4 seconds

Steal from Oldpeople Company at www.westeale from oldpeople.com. I'm not getting many sales yet, but hopefully if I keep up all this advertising, people

1:19:13

1 hour, 19 minutes, 13 seconds

will eventually start believing in my company. Freaking out over this law.

1:19:18

1 hour, 19 minutes, 18 seconds

Yeah, we had to close early today. So, we open tomorrow, though.

1:19:22

1 hour, 19 minutes, 22 seconds

May I don't know. So, there's been some guy like harassing us cuz well, a lot of the Legos that we sell here are actually stolen Legos. It's like we just steal the Legos.

1:19:30

1 hour, 19 minutes, 30 seconds

Yeah. Yeah. Yeah.

1:19:32

1 hour, 19 minutes, 32 seconds

Anyways, we ended up getting the rest of the court papers served and now I'm just going to fast forward a few months and bricks and mini figs hasn't responded to

1:19:39

1 hour, 19 minutes, 39 seconds

a single court case we submitted against them. So, I called the court to see what the next steps were.

1:19:44

1 hour, 19 minutes, 44 seconds

Okay. So, I don't see that there's been a response from anybody in the case.

1:19:49

1 hour, 19 minutes, 49 seconds

Since they didn't respond, you can move forward with a motion for default judgment. Okay. Awesome. Well, thank you so much.

1:19:56

1 hour, 19 minutes, 56 seconds

Yes. Since Bricks and Mini Fakes didn't respond, looks like we win by default. Congratulations, you won the court case.

1:20:04

1 hour, 20 minutes, 4 seconds

Wait, what? They really thought it was made.

1:20:08

1 hour, 20 minutes, 8 seconds

Yeah, we did it.

1:20:09

1 hour, 20 minutes, 9 seconds

I mean, that's [ _ ] crazy, dude. No way. Yes. Yeah.

1:20:15

1 hour, 20 minutes, 15 seconds

Well, I think now it's time to go all the way back to Bricks and Mini Figs and collect our money. And uh I got a cute

1:20:22

1 hour, 20 minutes, 22 seconds

little piggy bank here that they can put the money in. And so I traveled all the way back to Oregon to finally collect my money.

1:20:33

1 hour, 20 minutes, 33 seconds

It truly is a beautiful ending. This entire video, Brits and Miniakes has been begging me to sue them.

1:20:40

1 hour, 20 minutes, 40 seconds

If you think it's the legal, you have to sue me. Let's go to court. Tell me for us. Tell me. Let's go to court.

1:20:46

1 hour, 20 minutes, 46 seconds

Let's go to court. When I finally followed their instructions, they were too scared to show up.

1:20:53

1 hour, 20 minutes, 53 seconds

There is no more legal loopholes and there is no more postponing the problem.

1:20:57

1 hour, 20 minutes, 57 seconds

Now Britain Mini figs finally has to deal with the consequences for their actions.

1:21:02

1 hour, 21 minutes, 2 seconds

So what if theoretically it went to court? It turns out you were wrong.

1:21:08

1 hour, 21 minutes, 8 seconds

Would you then admit you're sorry for everything?

1:21:11

1 hour, 21 minutes, 11 seconds

Yeah, sure. Of course. Yeah. I give him the inventory and the judge says I got to give it to him. I got to give it to him. I'm not going to go against the judge's orders.

1:21:36

1 hour, 21 minutes, 36 seconds

Dang it.

1:21:40

1 hour, 21 minutes, 40 seconds

I couldn't believe it. Literally one day after we filed motion for default judgement, they permanently closed down

1:21:47

1 hour, 21 minutes, 47 seconds

the store. At first, it did feel kind of cool that our plan worked so well, it

1:21:53

1 hour, 21 minutes, 53 seconds

completely shut them down. But pretty quickly, it sunk in that we are not the winners here. The only winners today is Bricks and Minigs.

1:22:04

1 hour, 22 minutes, 4 seconds

Now, there's absolutely no way to hold this store liable for what they did. I guess Bricks and Minigs was kind of embarrassed by this decision and forgot

1:22:13

1 hour, 22 minutes, 13 seconds

to mark online that their store is closed. So, over the next few days, a bunch of negative reviews started coming in of people expecting an open store, but then being met with this.

1:22:27

1 hour, 22 minutes, 27 seconds

Bricks and Miniigs didn't even notify any of the kids' parents who booked birthday parties here. So, when all the kids would show up, they would just have to sit in an empty parking lot for their

1:22:35

1 hour, 22 minutes, 35 seconds

birthday. If Bricks and Mini Figs is too scared to show the world that they're closed, then the only way to let the world know is for me to give them an official closing ceremony.

1:22:49

1 hour, 22 minutes, 49 seconds

I guess someone driving by happened to take a picture of the sign we put up and posted it on social media and pretty much immediately we started going

1:22:57

1 hour, 22 minutes, 57 seconds

absolutely viral. The entire world has now seen this crime that Bricks and Minigs has committed. And because of

1:23:05

1 hour, 23 minutes, 5 seconds

this, they finally marked on Google that their store is permanently closed.

1:23:10

1 hour, 23 minutes, 10 seconds

I've been reading about this Bricks and Mini Figs in Salem, Oregon that's got this sign out in front of it.

1:23:15

1 hour, 23 minutes, 15 seconds

It's been over a week. The sign is still up and people have been traveling from all over just to come and take a picture with this sign.

1:23:23

1 hour, 23 minutes, 23 seconds

If you drive through Kaiser, you may have noticed a mysterious sign appear recently outside the closed mini bricks and fix store. permanently closed. We stole a family's life savings. They

1:23:32

1 hour, 23 minutes, 32 seconds

sued. We lost. By closing the store, we got out of having to pay the family what we owe them.

1:23:38

1 hour, 23 minutes, 38 seconds

Just closed down his entire place of business to not pay you $100,000.

1:23:44

1 hour, 23 minutes, 44 seconds

I don't know. Like, we didn't get the Legos back, but I mean, we shut down an entire business. Like, that's almost We didn't get the We still got to get

1:23:51

1 hour, 23 minutes, 51 seconds

the Legos back. Which is why even though Bricks and Minigs closed down this store, I am not stopping until we get

1:23:58

1 hour, 23 minutes, 58 seconds

this entire Star Wars collection back to its rightful owner.

1:24:02

1 hour, 24 minutes, 2 seconds

I don't know. It's just this video is going on for so long now. Uh yeah, I bet you wouldn't believe me if I told you that this is still literally just the beginning of this Lego story.

1:24:12

1 hour, 24 minutes, 12 seconds

And if you want to watch part two, it's live right now on my Patreon at Reckless Ben. And part two gets insane.

1:24:20

1 hour, 24 minutes, 20 seconds

Everybody just chill. I like how the Lego video became the craziest video.

1:24:24

1 hour, 24 minutes, 24 seconds

Also, by subscribing to Patreon is the movie I've been making for the last year.

1:24:28

1 hour, 24 minutes, 28 seconds

Dude, there's a cop car every 50 ft just surrounding us, dude. We are completely surrounded.

1:24:34

1 hour, 24 minutes, 34 seconds

It was supposed to be for streaming services, but they all said it was too gnarly for TV. So, Patreon is the only way I can release it. But also, by

1:24:42

1 hour, 24 minutes, 42 seconds

subscribing, you'll get lots of behind the scenes, full interviews, and way more. Also, if you happen to work at Bricks and Mini Figs and you want to see

1:24:49

1 hour, 24 minutes, 49 seconds

corporate do the right thing, send me an email here and I could really use your help. Lastly, if anyone knows any Utah lawyers, I definitely need a lawyer

1:24:58

1 hour, 24 minutes, 58 seconds

because I am in some serious legal trouble right now. And lastly, just know that I will not stop this mission until

1:25:06

1 hour, 25 minutes, 6 seconds

we get every single Lego back to its rightful owner.

Sync to video time

# EXHIBIT D

5/21/26 Patreon Video

Will be delivered in its native format to the court on a labeled flash drive.

An unofficial, informal transcript of the content contained therein follows on the next page.

URL (unlisted): https://www.youtube.com/watch?v=cxZPfj8AlmY

Three more up outside everybody. No, no, no. Don't Don't move. This is the story of how I got swatted.

0:07

7 seconds

All because of Legos. The whole thing started with me investigating a Lego company called Bricks and Minifigs. The company sent two guys to steal the

0:15

15 seconds

world's largest Star Wars Lego collection worth around $200,000.

0:19

19 seconds

And for some reason, the police are helping them get away with it. The family reached out to me saying that I'm their last hope to get them their life

0:28

28 seconds

savings back. The video I made exposing them was actually insane. Check it out if you haven't seen it yet. But we ended

0:35

35 seconds

up taking them to court and we actually won. When I went back to the store to collect my money, they literally shut down the entire store just to avoid paying us. Dang it.

0:44

44 seconds

So, I personally gave them an official closing ceremony and it went extremely viral. And now the entire world has seen

0:52

52 seconds

how corrupt this bricks and mini figs company is.

0:54

54 seconds

We didn't get the Legos back. But I mean, we shut down an entire business.

0:58

58 seconds

We didn't get the We still had to get the Legos back. Yeah. I made a promise to this family that I was not going to stop on my journey until we get them their entire Lego collection back.

1:09

1 minute, 9 seconds

Right now, the two owners, Joshua Johnson and Brandon Best, probably think that they're safe by closing out the store. But the reality is, I can literally just sue them all over again.

1:19

1 minute, 19 seconds

but personally this time. So I started to file my lawsuit.

1:24
1 minute, 24 seconds
But right after I filed this court case, it got rejected.
1:28
1 minute, 28 seconds
And the reason was I failed to demonstrate a good faith effort to resolve the dispute prior to filing.
1:33
1 minute, 33 seconds
Basically, before this court case could approve, I have to at least attempt to settle with Josh outside of court first. I tried calling Josh, but I'm blocked.
1:42
1 minute, 42 seconds
I'm sorry, man. So, my only option left is to travel to his house to have this conversation in person.
1:49
1 minute, 49 seconds
Basically, if Josh wants to save the day, I got him a trophy that says, "Josshua Johnson saved the day."
1:57
1 minute, 57 seconds
And uh we'll give him this trophy, but he has to give the Legos back first.
2:00
2 minutes
So, we started driving to Josh's house to have this good faith conversation the court requires us to have. Uh we're in Josh's neighborhood.
2:10
2 minutes, 10 seconds
Oh my gosh. But when we showed up, Josh was already outside talking on the phone to someone.
2:15
2 minutes, 15 seconds
Oh my gosh. Okay, Josh is outside on the phone. It's crazy.
2:18
2 minutes, 18 seconds
Wait, do I interrupt his phone call or do we just like wait interrupt his phone call? No, probably not.
2:24
2 minutes, 24 seconds
I thought it would be pretty rude to interrupt his phone call. So, we parked around the corner and decided to wait for him to get off this call.
2:32
2 minutes, 32 seconds
I like how he's just having this conversation outside, right? He doesn't want to get his wife involved. He's hiding something.
2:40
2 minutes, 40 seconds
Everything's good, honey. What the heck?

2:42

2 minutes, 42 seconds

I'm pretty sure Josh is on the phone with corporate Bricks and Mini Figs. And the reason I think that is we were actually just there right before this.

2:50

2 minutes, 50 seconds

Okay, pulling up to Bricks and Mini Figs headquarters.

2:53

2 minutes, 53 seconds

The plan was to give them one more chance to do the right thing before suing them again. While we were there, one of the corporate employees answered

3:00

3 minutes

the door and told us he would get the CEO to come talk to us. Hello, guys. Hello.

3:08

3 minutes, 8 seconds

I'll be here. No, they said they're getting some guy to talk to us. Um, we're just waiting.

3:12

3 minutes, 12 seconds

I can't tell you right now, no one no one's coming out to talk to you guys like that, but they told us that they were. I know.

3:18

3 minutes, 18 seconds

Since Josh only lives like 15 minutes away, they must have informed him that we're in the area because a few minutes later, this happened,

3:26

3 minutes, 26 seconds

dude. The police just showed up. What the heck? Why are the police in his house?

3:31

3 minutes, 31 seconds

Oh, there's another one, dude. Two cop cars. Three cop cars. Cop cars.

3:36

3 minutes, 36 seconds

There's Why is there three cop cars in this house? We didn't even walk up to his house yet.

3:41

3 minutes, 41 seconds

The cops are following us. What the heck? That's so crazy, dude. Obey every traffic law. He's got his lights on. Oh, shoot.

3:48

3 minutes, 48 seconds

He's pulling us over.

3:52

3 minutes, 52 seconds

My name's American Fork Police. The reason I stopped here was the stop sign. I didn't.

3:57

3 minutes, 57 seconds

No, I thought I stopped. Yeah, you definitely stopped. Did you say you ran at a stop sign? Yeah. You said you ran a stop sign.

4:05

4 minutes, 5 seconds

I didn't see what happened. Yeah, I was like cuz we definitely stopped at the stop sign. Yeah, I was so sure that we stopped at the stop sign that I actually requested all

4:13

4 minutes, 13 seconds

the police footage of this. And as you can see, we didn't even do a rolling stop. We fully stopped at the stop sign. So, this is an illegal traffic stop.

4:23

4 minutes, 23 seconds

So, who's Ben? Uh, me.

4:26

4 minutes, 26 seconds

Ben, how's Utah? It's good. You like it?

4:30

4 minutes, 30 seconds

Okay. It's pretty obvious that the police know why we're here. So, I just explained to them the entire situation.

4:36

4 minutes, 36 seconds

This old man spent his life, entire life collecting the world's largest Star Wars Lego collection set.

4:42

4 minutes, 42 seconds

The only problem is it's a crazy story and the police officer did not believe me. $200,000. $200,000.

4:50

4 minutes, 50 seconds

$200,000. It sounds crazy.

4:54

4 minutes, 54 seconds

Yeah. When the officer went back to his car, this is the message that he radioed in.

4:58

4 minutes, 58 seconds

Hey, can you get the contact for Reckless Ben? said he didn't have his ID, but he's just straight lying to me about everything else. So, since the cops don't believe my story, they trespassed me from the property.

5:09

5 minutes, 9 seconds

Everybody today is being trespassed from that property. Okay.

5:12

5 minutes, 12 seconds

Yeah. We were forced to go home without having this good faith conversation the court requires us to have.

5:18

5 minutes, 18 seconds

Yeah. What do we do now, dude? Like, we didn't even like get to talk to him and we're already trespass. Go, dude.

5:23

5 minutes, 23 seconds

But one thing I didn't understand was how the heck did they know we were coming? I was hiding in the back seat the entire time and the car's windows are extremely tinted.

5:32

5 minutes, 32 seconds

These windows are so tinted that you can't see anything.

5:35

5 minutes, 35 seconds

But as I was outside inspecting our car tent, the same police showed up to our house. Oh no, we're going to pull over again.

5:42

5 minutes, 42 seconds

And it was weird. He wouldn't tell us why he was here.

5:45

5 minutes, 45 seconds

Like I said, we've already talked about Yeah. Well, thanks for being so cool about everything.

5:49

5 minutes, 49 seconds

They're like after us, dude. Anyways, since Josh clearly doesn't want to have this good faith conversation with me, I took his trophy and destroyed it.

6:00

6 minutes

Well, guys, let's let's throw it off that thing.

6:06

6 minutes, 6 seconds

Just like in the previous video, I tried to give Josh the benefit of the doubt, the easy way. But again, Josh does not

6:14

6 minutes, 14 seconds

want to do the easy way. The only option left is to go the hard way. Yeah.

6:23

6 minutes, 23 seconds

But before going the hard way, I actually remembered that there's another owner of the store named Brandon Best.

6:28

6 minutes, 28 seconds

Brandon is the guy in the security camera footage that illegally kicked the first owner out of the store so he could steal all their Legos. I tried calling him, but I am also blocked.

6:38

6 minutes, 38 seconds

I'm sorry.

6:39

6 minutes, 39 seconds

The only option left is to show up to his house. Hello. Hey, how's it going?

6:49

6 minutes, 49 seconds

Huh?

6:52

6 minutes, 52 seconds

Hey. Well, I was wondering if uh you'd be down to pay us for the lawsuit that we won.

7:11

7 minutes, 11 seconds

It kind of seems like Brandon doesn't want to have this good faith conversation to resolve this problem outside of court. and I gave him plenty of time to speak.

7:21

7 minutes, 21 seconds

I guess if you don't want to talk, I'll just talk. Um, so you guys told us to take you to court. We went to court and we won. We know you closed down the

7:30

7 minutes, 30 seconds

store to avoid paying us. So, um, we could just sue you guys personally and do the whole thing again. We would

7:36

7 minutes, 36 seconds

obviously win again. But, but then the police showed up and again, for some reason, they are really trying to

7:45

7 minutes, 45 seconds

protect these criminals. He didn't steal anything. He inherited the store from somebody else. No, he stole $200,000 worth. How do you know this?

7:51

7 minutes, 51 seconds

Cuz I've been spending the last 3 months in the case and I won in court. He inherited the store.

7:57

7 minutes, 57 seconds

He's being blamed for everything that the previous owner did and he's trying to Well, that's a lie. So, we Okay, hold on. Okay. I'm sorry. I'm sorry.

8:06

8 minutes, 6 seconds

He's still trying to clean up the mess from the previous owner and now he's catching blame for it and he's just trying to clean up the mess from the previous owner. No, him

8:14

8 minutes, 14 seconds

saying that it's the previous owner, that's a lie. And we have like we already proved this in court.

8:18

8 minutes, 18 seconds

You come back and set foot on this property. You're going to go to jail.

8:22

8 minutes, 22 seconds

The police gave me a formal trespass notice, which I took a picture of it and sent it to the court as proof I tried to have this good faith conversation, but Brandon didn't want to have it with me.

8:32

8 minutes, 32 seconds

And turns out this was good enough. My court case with Brandon Best got accepted, but my court case with Josh is still

8:41

8 minutes, 41 seconds

going to be rejected until I find a way to have this good faith conversation with him. So, I decided to see if I could find Josh online to see if I could look up any more information about him.

8:51

8 minutes, 51 seconds

Yeah. What? They look the same. No. Joshua Johnson. Yeah. Joshua Johnson.

8:56

8 minutes, 56 seconds

We lower their tax liabilities and minimize their exposure to lawsuits.

9:00

9 minutes

That's hella ironic. Are you kidding me, dude? That's what he's known for is a reducing people's exposure to lawsuits.

9:07

9 minutes, 7 seconds

After some more research, we found out that both Josh and Brandon are super hardcore Mormon, which was actually

9:16

9 minutes, 16 seconds

extremely surprising to me because if Josh and Brandon are truly Mormons, that they believe that stealing is wrong and

9:23

9 minutes, 23 seconds

if they steal, they're going to go to hell. Or I guess in Mormonism they call it the outer darkness. But still, Brandon and Josh probably actually

9:32

9 minutes, 32 seconds

believed that this is going to be eternity for them. I mean, Josh even swore to me on his Mormon God in the last video that he would give us the Legos back.

9:39

9 minutes, 39 seconds

I I promise you. I swear to God. I promise you on everything.

9:43

9 minutes, 43 seconds

But maybe I can use this to my advantage. My problem right now seems to be that Josh is never going to listen to anything I ever tell him.

9:52

9 minutes, 52 seconds

But if someone from his church heard this audio, maybe he would listen to them. So, after finding exactly what church these guys go to, we went to it

10:00

10 minutes

and showed one of the Mormons there this audio clip. And the Mormon thought that the best thing to do was to have a talk with Josh to save him from going to this outer darkness. Okay, good luck.

10:12

10 minutes, 12 seconds

And I guess me and Tyler are staying back cuz we're already trespassed.

10:17

10 minutes, 17 seconds

So, yeah, we ended up just driving home, but on our way back, this happened. What? Pull over again.

10:26

10 minutes, 26 seconds

For what? How's it going?

10:28

10 minutes, 28 seconds

How's it going? I'm officer Hawkins, American Port Police Department. How you doing? Good. How are you? Good. Well, what's your name?

10:34

10 minutes, 34 seconds

Uh, are you Ben hanging out down here?

10:42

10 minutes, 42 seconds

At this point, we realized what's going on. Yesterday, I told Brandon that our plan is to now sue them personally.

10:49

10 minutes, 49 seconds

We could just sue you guys personally and do the whole thing again. we would obviously win again.

10:53

10 minutes, 53 seconds

It seems like they're getting so desperate that they're going to resort back to the same strategy they used in the last video.

10:59
10 minutes, 59 seconds
You know what's really funny is after you left, I got a call from my boss and it was like, "How do we get them arrested?" Dang. How do we get them arrested?

11:06
11 minutes, 6 seconds
Yeah. Josh and Brandon think that if they can somehow get us arrested and thrown in jail, then we won't be able to sue them. I don't know what they told

11:14
11 minutes, 14 seconds
the police we did this time, but they caught us too late. The Mormon kid was already on his way to Josh's house to save him from this outer darkness and bring him back to God.

11:24
11 minutes, 24 seconds
How's it going, sir?

11:25
11 minutes, 25 seconds
You been s down here for me for a pretty s What brings you here?

11:30
11 minutes, 30 seconds
Uh, I'm just here trying to talk to brother Johnson. Okay. I'm in the second world.

11:35
11 minutes, 35 seconds
There's been an audio going around with the young men group.

11:39
11 minutes, 39 seconds
Okay. What's the audio that you wanted to play? Here's the audio.

11:43
11 minutes, 43 seconds
I'm not going to screw you. You have my word. That's not who I am. Uhhuh.

11:48
11 minutes, 48 seconds
I promise you. I swear to God everything. Who's that? I guess that's him.

11:56
11 minutes, 56 seconds
No, I know that. I can tell that from the voice. But I was just going to ask him like is he willing to give up everything like he said cuz he swore on everything. He swore on God.

12:06
12 minutes, 6 seconds
This might be a crazy ask, but could you take a selfie with him?

12:11
12 minutes, 11 seconds
But anyways, back to us. The police apparently got a call that we had heroin on us.

12:17

12 minutes, 17 seconds

This officer is going to conduct the search of the person because substances in the vehicle. Really?

12:22

12 minutes, 22 seconds

So he's going to do that. I'm going to put this away and then be right. Don't go.

12:27

12 minutes, 27 seconds

Don't reach in your pockets. Okay. Thank you. The vehicle will be searched. Okay.

12:32

12 minutes, 32 seconds

I'm going to have you stick by my sergeant.

12:40

12 minutes, 40 seconds

After two hours of searching the car, obviously they found no drugs.

12:45

12 minutes, 45 seconds

So, can you find anyone?

12:52

12 minutes, 52 seconds

I explained to the police that we didn't have drugs and the reality of the situation is is that Bricks and Minigs is so desperate at this point that

13:00

13 minutes

they're willing to do anything to get us arrested so they don't have to pay for the property they stole. And the police was arguing back with just some of the worst comebacks I've ever heard. Which

13:09

13 minutes, 9 seconds

is why I think the police actually redacted this audio in this clip because if they kept the audio in, then the world would get to see how stupid the

13:16

13 minutes, 16 seconds

American Fork Police Department is. But anyways, even though we were passing every single drug test they gave us, they were still not going to let us go until we told them where the drugs were.

13:26

13 minutes, 26 seconds

Your eyes for example, right? Right.

13:28

13 minutes, 28 seconds

There's a construction which is dilated and then you see it. So I haven't been looking.

13:36

13 minutes, 36 seconds

Look, look at him. Oh, look at you. Yeah. You do see it.

13:41

13 minutes, 41 seconds

So it's crazy.

13:43

13 minutes, 43 seconds

I have no idea cuz I've never done any drugs in my life. I don't do drugs. I don't do alcohol. I've never done any of that in my life. I'm willing to do any drug tests.

13:52

13 minutes, 52 seconds

Like I'm very cooperative. I don't understand Yeah. what you're seeing in my eyes.

13:57

13 minutes, 57 seconds

Um, I'm going to have a discussion with this officer.

14:00

14 minutes

And then the police department illegally redacted this conversation, too. My guess is that they acknowledged that it's very obvious we don't have drugs on

14:08

14 minutes, 8 seconds

us, but they were going to try and pressure us into giving some type of false confession. Anyways, I'm not sure if you're lying to me or not. To be honest,

14:17

14 minutes, 17 seconds

I I'm willing to take any drug test you want.

14:19

14 minutes, 19 seconds

Walking a very dangerous line, which get you hooked up a lot.

14:23

14 minutes, 23 seconds

Yeah. And you could end up in jail and you talk when you're from Cali. Okay. Not worth it, right? Yeah. Yeah. We play differently here.

14:31

14 minutes, 31 seconds

Does that make sense? Yeah. Yeah.

14:33

14 minutes, 33 seconds

I'm willing to cooperate with you guys and do anything you want me to cuz I'm not hiding anything. I pro I can promise you that. I promise.

14:38

14 minutes, 38 seconds

We weren't giving the police a false confession like they wanted. So eventually, I guess they just got tired and let us go.

14:45

14 minutes, 45 seconds

We'll let you guys go now, but you're walking a thin line. Just be mindful of that. Does that make sense?

14:51

14 minutes, 51 seconds

Okay. At this point, I've documented everything I've been through to the court that I've tried to have this good faith conversation with Josh. He just doesn't want to have it with me. And

15:00

15 minutes

because of everything I went through, my court case finally got approved.

15:05

15 minutes, 5 seconds

And attached to this email are court papers to serve Josh. The only problem is Josh is not going to open this door for anyone. He wouldn't even talk to

15:14

15 minutes, 14 seconds

another Mormon. Instead, he just called the police on him. In order to get Josh to come outside, I'm really gonna have to get creative. So, I made this poster

15:23

15 minutes, 23 seconds

that says, "I stole a dying man's life savings." And printed it out. Now, I'm placing this poster in a public space right across the street from Josh's

15:31

15 minutes, 31 seconds

house. Yeah. It turns out this tiny patch of land is actually free for any person of the public to use. And since we have the freedom of speech, I am

15:38

15 minutes, 38 seconds

breaking no laws by doing this. So, when Josh walks outside to take down this sign, I have a process server to serve him his court papers. But almost immediately, my sign got blocked.

15:48

15 minutes, 48 seconds

Oh no, he's blocking our sign.

15:57

15 minutes, 57 seconds

What are you What are you guys doing here?

15:59

15 minutes, 59 seconds

Uh, so we are in a court case with them and we have to serve him legal papers.

16:02

16 minutes, 2 seconds

So I explained to the cops the entire situation. I'm not going on his property. Right. No, that's fine. That's fine.

16:08

16 minutes, 8 seconds

The police realized that we're not breaking any laws and they've been called here for a false reason. So they decided to leave. Awesome. Thank you.

16:18

16 minutes, 18 seconds

This is going so much better than yesterday.

16:20

16 minutes, 20 seconds

So, now it's time to serve Josh these court papers. And then we got the police calling us again. Hello.

16:27

16 minutes, 27 seconds

This man stole uh basically his family's life savings. So, we're just here to serve him his court papers.

16:33

16 minutes, 33 seconds

Again, I explained to this police officer the entire situation.

16:36

16 minutes, 36 seconds

I wish we could just send him an email or a phone call, you know, but uh yeah, the court requires us to come in person for some reason. So, Again,

16:45

16 minutes, 45 seconds

the cops realized that we are doing nothing illegal and decided to leave.

16:50

16 minutes, 50 seconds

Now, it's time to serve Josh his court papers, but we got the police caught on us again. Hello. Can I see those papers?

16:58

16 minutes, 58 seconds

Yeah.

16:58

16 minutes, 58 seconds

So, this is what you're trying to serve them with? Yes. That's uh required by the court.

17:05

17 minutes, 5 seconds

Again, the police agree that we are not breaking the law. They've been caught out here for a false reason. This guy told me that he could even just serve the papers for me. You okay if I get these papers to him?

17:14

17 minutes, 14 seconds

Uh, yeah, for sure. Okay, just give me one minute. Okay, thank you.

17:19

17 minutes, 19 seconds

Sadly, we can't see the police officer serve Josh because the police department redacted all of it. But the only thing that really matters is that Josh is getting served.

17:30

17 minutes, 30 seconds

He does not want the paper. So, he does not want the papers. Here's that back for you.

17:35

17 minutes, 35 seconds

Yeah, the police told me that they can't serve the papers for me because I'm lying to them and these aren't even real court papers. Not sure what this is.

17:43

17 minutes, 43 seconds

I've never seen something like that um to be honest with you. Well, these are court papers.

17:48

17 minutes, 48 seconds

Okay. It doesn't have a judge's name or anything like that on it.

17:52

17 minutes, 52 seconds

Uh because it hasn't gotten to the judge yet. So, this is serving him and then we'll go to the court and then the judge will be there. So, the judge doesn't get involved until we're in court.

18:00

18 minutes

Why is he saying that you guys would have property?

18:02

18 minutes, 2 seconds

Cuz he wants us arrested so he doesn't have to go to court.

18:06

18 minutes, 6 seconds

It doesn't look good when you've been trespassed. Yeah.

18:08

18 minutes, 8 seconds

Trying to serve papers. Well, I think it looks exactly how uh we're supposed to do it legally. This is the legal way to do it. Well, we we have two or three incidents.

18:17

18 minutes, 17 seconds

Yeah. Well, first, so their instance because he's lying to you guys. He's making them incidents. Uh we came to do a good faith conversation, which is

18:25

18 minutes, 25 seconds

required by the courts before you can get a court case approved. So, we did that. He called the cops on us. He's he lied to you guys saying that we had

18:32

18 minutes, 32 seconds

heroin on us. And we did a three-hour search of the car yesterday. We found no heroin in the car. He's he's going to make up any lie he can to get us

18:40

18 minutes, 40 seconds

arrested. We are doing things the legal way, the correct way. The reason he's hiding in his house is because he's the criminal. It's if something doesn't look

18:47

18 minutes, 47 seconds
good, it doesn't look good for him, not for us.
18:49
18 minutes, 49 seconds
Go the legal process. Find actual process server. She is an actual process server. And what is your guys's relationship?
18:57
18 minutes, 57 seconds
Uh I just met her today.
18:58
18 minutes, 58 seconds
Well, maybe just have someone not affiliated with you.
19:02
19 minutes, 2 seconds
Uh that's her. Yeah, she's We have no relationship. That's why she's here.
19:06
19 minutes, 6 seconds
Yeah. That's why she's here. We have no relationship and that is who she is the exact person that you're describing.
19:12
19 minutes, 12 seconds
I always thought that the police were supposed to remain unbiased and if they were going to take a side, they definitely shouldn't take the side of the criminal, but I guess I was wrong.
19:23
19 minutes, 23 seconds
However, I'm not doing anything illegal.
19:26
19 minutes, 26 seconds
I'm literally just following the instructions of the court. So, the police can't stop me. Okay, I'm going to erase your Okay, see you.
19:38
19 minutes, 38 seconds
Now that the police are finally leaving, it's time to game plan how to serve Josh.
19:44
19 minutes, 44 seconds
But then, you guessed it, we got the police called on us again. Oh, sure. The paper.
19:53
19 minutes, 53 seconds
The serving paper. Yeah. Here you go.
19:58
19 minutes, 58 seconds
Well, they think it's a false case. What the heck?
20:03
20 minutes, 3 seconds

Thank you for holding. How can I help you?

20:05

20 minutes, 5 seconds

Trying to speak with someone to verify if a uh case is just verify if a case is real.

20:16

20 minutes, 16 seconds

Yeah, looks like a a real small claim's case in our court.

20:19

20 minutes, 19 seconds

Okay, thank you for your help. Um that's all for Thank you.

20:24

20 minutes, 24 seconds

I think this phone call was the breaking point for the police. Oh, he's rubbing his chin.

20:29

20 minutes, 29 seconds

The police couldn't handle the fact that I was right and they were wrong.

20:38

20 minutes, 38 seconds

Hello for me. Okay. Okay. Find you back. Am I being arrested? Under arrest right now.

20:45

20 minutes, 45 seconds

Really?

20:51

20 minutes, 51 seconds

Ben got arrested. Like they didn't say anything when they were putting him in handcuffs. They just said you're being arrested.

20:58

20 minutes, 58 seconds

I was confused on what I was being arrested for. I mean, the same police officers that arrested me gave me permission to do exactly what I was doing.

21:06

21 minutes, 6 seconds

You can film from the sidewalk wherever is public, right? But you can't go on that property. If you do, you'll be charged. Okay. Okay. Yeah, for sure.

21:13

21 minutes, 13 seconds

I got arrested for just doing what the police told me to do. What's even more confusing is the police are supposed to be the good guys. Why are they arresting

21:22

21 minutes, 22 seconds

an innocent person to protect an evil criminal? Well, back when I was still waiting in the car to serve Josh, I got

21:29

21 minutes, 29 seconds

a phone call. And this call was from Brian, the collector's son, who got all their stuff stolen, and he has a theory of what might be going on here.

21:38

21 minutes, 38 seconds

Yeah, the cops down there are definitely all in with the Mormon community, and being that bricks and mini figs is part of that and worth millions. I would not

21:46

21 minutes, 46 seconds

doubt that they have donated hefty sums to the Mormon church, of which all the cops are probably a part of.

21:53

21 minutes, 53 seconds

Yeah. Brandon Best, Joshua Johnson, and Ammon the CEO are all super Mormon. Like

22:00

22 minutes

the CEO even went to the Mormon University. And when I looked up all the police officers who are treating me unfairly, they were all Mormon, too. And

22:09

22 minutes, 9 seconds

they take care of their own, man. They are like a huge clan that takes care of each other.

22:14

22 minutes, 14 seconds

And instead of trying to get rid of the few bad people who are making Mormonism look bad, they're for some reason choosing to protect these criminals. But eventually I got released from jail.

22:24

22 minutes, 24 seconds

Got out of jail. Out of jail now.

22:26

22 minutes, 26 seconds

And this is when it really hit me that the justice system has decided to protect these criminals. So now there's really only one way I can think of to

22:34

22 minutes, 34 seconds

get this family the money back that got stolen from them, which is a GoFundMe.

22:42

22 minutes, 42 seconds

Yeah, it is a pretty anticlimactic ending, but at least I'm confident that I'm not going to get in trouble for this. Now that our GoFundMe is live,

22:50

22 minutes, 50 seconds

it's time to promote it, to start getting donations. We printed out the GoFundMe's picture to hang it up so we could get a nice Instagram video to post

22:58

22 minutes, 58 seconds

to social media. But before the group could even hang the picture up, the police came. What you guys up to? Uh, we're starting a GoFundMe.

23:07

23 minutes, 7 seconds

Yeah.

23:08

23 minutes, 8 seconds

What we're doing is we're going to get a bunch of publicity to get uh basically all this money back for this family. Yeah.

23:14

23 minutes, 14 seconds

You know, we're not going to do the the the lawsuit anymore. We're just going to do this GoFundMe. We've already got it started.

23:20

23 minutes, 20 seconds

It It can run into some defamation stuff.

23:22

23 minutes, 22 seconds

Again, the police were thinking of any technicality they could think of to protect their Mormon friends.

23:28

23 minutes, 28 seconds

Look at your stalking code. See if see if it's that. If it's not, we're going to look at disorderly. If it's not disorderly, then we're going to look at the city ordinance. But after going

23:36

23 minutes, 36 seconds

through every law they could think of, it turns out that hanging this sign on a fence and then taking a picture of it for Instagram is not illegal. In fact,

23:44

23 minutes, 44 seconds

what the group is doing is actually protected under the First Amendment freedom of speech. So, one of the police officers let the group know that they're okay to keep doing this.

23:54

23 minutes, 54 seconds

Right now, I don't think he has.

23:56

23 minutes, 56 seconds

But this other police officer wasn't able to accept this reality. We're going to take it down.

24:04

24 minutes, 4 seconds

And then for the rest of this footage, the police redacted all of the audio.

24:08

24 minutes, 8 seconds

So, I called up the police station to find out why. All the redactions are done pursuant to the Utah State Code. We don't redact things just because we feel

24:16

24 minutes, 16 seconds

like it or, you know, just because something looks funny. Everything is redacted pursuant to Utah State Code.

24:23

24 minutes, 23 seconds

And other than that, I I can't really delve into any more detail.

24:27

24 minutes, 27 seconds

But the police made a mistake. They accidentally forgot to mute this police officer's audio. So when you sync the two clips together, I can actually hear what they're saying here.

24:35

24 minutes, 35 seconds

He sees it or is it an official crime? Is it disorderly conduct?

24:41

24 minutes, 41 seconds

Why is he upset about it?

24:44

24 minutes, 44 seconds

I mean, I guess, but that's not Yeah, this police officer is right. Just because this might make Josh upset does

24:52

24 minutes, 52 seconds

not make this poster illegal. So, I decided to let the police department know that some of the redactions they made aren't exactly what they're claiming they are. I think you guys

25:00

25 minutes

might have accidentally forgot to redact another clip that was at the same time.

25:04

25 minutes, 4 seconds

And when I synced the two clips together, I was able to see what they were saying, like what the redaction was. And he was talking about how what

25:11

25 minutes, 11 seconds

we're doing actually isn't illegal and how the police officer might be wrong.

25:16

25 minutes, 16 seconds

And so it wasn't about a protecting a victim. It wasn't any personal information. And so I was wonder, it

25:24

25 minutes, 24 seconds

seems like there might be a lot of stuff like that that got redacted. Maybe to protect the police officers, not to protect the victims, if that makes sense. And so

25:32

25 minutes, 32 seconds

yeah, we don't do that. So, like I said, anything that's redacted is pursuant to Utah State code.

25:37

25 minutes, 37 seconds

I can tell because when I sync the two clips together, I'm actually able to see that that's what the redaction was. Okay. Well, that didn't happen.

25:45

25 minutes, 45 seconds

That that definitely didn't happen.

25:48

25 minutes, 48 seconds

No, I don't do that, Ben. I follow the Utah State code like I just said.

25:53

25 minutes, 53 seconds

Okay. Uh I don't know. It seems like the police department redacted this entire

26:01

26 minutes, 1 second

conversation because right here the police are actually admitting to themselves that none of this is illegal, but they're still going to try to arrest

26:08

26 minutes, 8 seconds

us anyways. It seems like the only reason they're getting rid of this audio is to protect the police officers from getting fired. I don't know what the

26:16

26 minutes, 16 seconds

police officers are saying in this next clip, but I'm pretty sure they're scheming up a way to get the group arrested because this is what happens

26:24

26 minutes, 24 seconds

next. Um, and Lieutenant Lieutenant Adamson can correct me if I'm wrong, but we're going to seize your phone right now. Let me see.

26:31

26 minutes, 31 seconds

Don't do not do that. You understand me?

26:34

26 minutes, 34 seconds

Right now, you're you're attempting to destroy evidence. Okay, put your hands behind your back. I was just locking my phone.

26:40

26 minutes, 40 seconds

Okay, I'm going to switch over to the police officer's body cam POV so we can dissect what just happened. First, the police officer asks if he can confiscate

26:48

26 minutes, 48 seconds

Sheldon's phone. So, Sheldon says, "Okay." And reaches in his pocket to give it to him. But at this point, Sheldon sees that his phone is unlocked.

26:56

26 minutes, 56 seconds

And at this moment, he decided that before giving it to the police officer, he was going to lock his phone, which is totally legal. There is no search

27:05

27 minutes, 5 seconds

warrant. So Sheldon is legally allowed to lock his phone. But as the police officer saw Sheldon's thumb moving towards that lock button, he snatched it

27:13

27 minutes, 13 seconds

out of his hands. And now the police officer's claiming that because he tried to lock his phone, he's destroying evidence. Silence.

27:19

27 minutes, 19 seconds

Yeah, I was giving it to you. Stop talking. I was giving it to you.

27:22

27 minutes, 22 seconds

Okay. It's on my It's on my money. Look, it's on my wallet. I was turning it off right now. This phone is being seized as part of this investigation and you're

27:29

27 minutes, 29 seconds

being you're being arrested. Okay, let's put him in the back of the car.

27:36

27 minutes, 36 seconds

And again, the police decided to break the law, arrest Sheldon, all to protect an evil criminal.

27:59

27 minutes, 59 seconds

Okay, my name is Detective Nicoa. I work here at the police department.

28:03

28 minutes, 3 seconds

I did willingly hand over my phone, but when I handed him my phone, my wallet popped up. So, I said, "Hold up. Let me hit my power button." And, you know, I have it recorded as well. That's all I

28:12

28 minutes, 12 seconds

went and did. That's not obstruction of evidence. And then I let him have the phone. I wasn't trying to delete anything. In fact, it is actually impossible to delete something from an

28:20

28 minutes, 20 seconds

iPhone from a locked screen by hitting the power button. So, in no context could I have been trying to erase something by hitting one button on my phone. Now, I'm sure you have a phone as

28:29

28 minutes, 29 seconds

well. When you hit the power button, that doesn't delete anything, does it? I imagine it wouldn't. Yeah.

28:34

28 minutes, 34 seconds

Yeah. That's all I did. Um, so I don't know how that's obstruction of evidence, but that is what it is. Now that Sheldon is in jail just for promoting our

28:41

28 minutes, 41 seconds

GoFundMe, we started doubting if we'll ever even be able to get Brian his money back for his dad's Lego collection. It's

28:49

28 minutes, 49 seconds

crazy that out of all the powerful organizations I've gone up against, the one company I'm not able to beat is a Lego company. I literally couldn't have

28:57

28 minutes, 57 seconds

imagined a worse ending for this video, but I had no clue that it was about to get way worse.

29:13

29 minutes, 13 seconds

for a police department. Make yourself known. Search.

29:26

29 minutes, 26 seconds

No, no, no, no, no, no. Don't Don't move like that. You understand me? Don't move like that. Okay. Yeah. This cop pulled my arm so far back it dislocated my

29:35

29 minutes, 35 seconds

shoulder. He claims it's because I was attempting to make an escape or something. Don't move like that. You understand me? Don't move like that. Don't move quick. Everybody just chill.

29:44

29 minutes, 44 seconds

But if we go back a little bit, you can see I was being completely still when he grabbed me and I actually made zero quick movements. So, this police officer

29:52

29 minutes, 52 seconds

is just straight up lying so he can give me a serious injury. Included in the warrant are Legos.

29:59

29 minutes, 59 seconds

Yes, the police department got an official warrant to search our house for stolen Legos. I should have seen this

30:06

30 minutes, 6 seconds

coming. Josh did threaten me in the last video that if I go out and actually try to sue him, he's going to come out and say that I'm the one that stole the Legos.

30:16

30 minutes, 16 seconds

Okay, let's do it.

30:17

30 minutes, 17 seconds

[ _ ] you, man. You stole them, [ _ ]

30:19

30 minutes, 19 seconds

I stole the Legos. Yeah, you're [ _ ] thief.

30:22

30 minutes, 22 seconds

Okay, you can shut the [ _ ] up. That's your [ _ ] choice.

30:27

30 minutes, 27 seconds

I'm going to fast forward a little bit just to give you guys some context, but I actually got a copy of this warrant.

30:32

30 minutes, 32 seconds

The reason they were searching our house was um it says there is now certain property or evidence described as any

30:41

30 minutes, 41 seconds

stolen merchandise, specifically Lego merchandise. Evidence of illegal conduct on us that we stole the Legos.

30:49

30 minutes, 49 seconds

They're looking that we stole the Legos is why they stormed our house with no evidence. And this is after he's been proven to make up stories about us

30:58

30 minutes, 58 seconds

before. And so now he's just pulling something out of his butt. Oh, they're the ones that stole the Legos. And the for whatever reason, the police take him seriously, even though he's acting like

31:08

31 minutes, 8 seconds

a crazy person. Anyways, the cops probably felt pretty stupid when they searched our entire house and didn't find any stolen Legos. Again, the police

31:17

31 minutes, 17 seconds

illegally redacted this conversation to avoid them looking stupid, but I'm pretty sure that's what they were talking about. But instead of doing what any rational police officer would do and

31:25

31 minutes, 25 seconds

let us go, they're sticking to their story that we're the thieves.

31:31

31 minutes, 31 seconds

You caught my eyes and I' got a feeling I'm falling

31:40

31 minutes, 40 seconds

right through

31:56

31 minutes, 56 seconds

that.

32:04

32 minutes, 4 seconds

Yes. Now the entire group, we are all on our way to jail.

32:22

32 minutes, 22 seconds

Except for me, I got taken to an interrogation room so they could find some reason to lock me up for good. Then I'm Detective Nico.

32:29

32 minutes, 29 seconds

Last time I was able to get released on bail. This time they're requesting that I be held in jail a month until my court date. But there's honestly nothing for

32:38

32 minutes, 38 seconds

me to hide. So I went through the entire story with them to show the detective that this whole thing is just a big misunderstanding. I mean, if you think

32:47

32 minutes, 47 seconds

about it, 83y old man versus $400 million company.

32:51

32 minutes, 51 seconds

Even though the $400 million company's in the wrong, they're going to win. You know, I wish we could just send him an email like show up to court this day.

32:57

32 minutes, 57 seconds

That would be so easy for us. But this is how the law works. Like that's not my fault. Like I don't make the law. If I made the law, send him an email and

33:06

33 minutes, 6 seconds

they're like, "He doesn't want your papers. You just have to figure out civily." And I'm like, "This is the civil method, you know, like to do it civily. You have to serve." They're like, "Well, then just sue him then."

33:14

33 minutes, 14 seconds

I'm like that's what we're doing. Like like you see how this is a circle. I I am very interested on Josh's side of the

33:21

33 minutes, 21 seconds

story because I think he said might we had heroin in the car or something and they did like a 3-hour search on our car. Obviously no heroin. So I don't

33:30

33 minutes, 30 seconds

know what Josh is telling them to that we're doing. But suing him is not working for us. So let's do a GoFundMe.

33:39

33 minutes, 39 seconds

But right after I mentioned this GoFundMe, the investigator wanted to leave the room. hang tight here and then I'll be back with you. Okay. Okay. Okay.

33:46

33 minutes, 46 seconds

Something about me mentioning this GoFundMe really caught his attention. All right. Good.

33:52

33 minutes, 52 seconds

Well, I just like to know more about this like GoFundMe. I like I said, I have no idea what's going on.

33:56

33 minutes, 56 seconds

Yeah. We were just trying to get um So, basically what ended up happening is Ben got arrested, which we were pretty blown away. He got arrested, but I'm like, "All right, I'll take over now. Like, I

34:05

34 minutes, 5 seconds

don't want you to get in any more trouble." And he's like, "Yeah, I can't get in any more trouble." Like, like if you take over, like that's, you know, that was my decision. Um, yeah. So, I

34:13

34 minutes, 13 seconds

mean, I don't know. What What other questions do you like I guess have because there's not really I guess much else to say in the situation to be honest. That's just the whole thing that

34:22

34 minutes, 22 seconds

just happened. I mean, I'm honestly like kind of shocked to be arrested at this point um for that.

34:28

34 minutes, 28 seconds

Um, yeah, this is definitely a very strange thing to be getting interrogated about, especially considering from my

34:36

34 minutes, 36 seconds

angle and the evidence I've seen, the overwhelming evidence um, that they just blatantly stole from this guy. It's like

34:44

34 minutes, 44 seconds

us trying to then do a GoFundMe to get him his money back and I'm the one, you know, getting put in coughs. It's crazy.

34:51

34 minutes, 51 seconds

I guess the detective didn't get what he was looking for, so he decided to interview the rest of the group. sounded like a great project to me. I was like, "Okay, like it's for a good cause.

35:01

35 minutes, 1 second

How are you doing?" And for some reason, he was trying to get all of them to admit that the GoFundMe was my idea.

35:07

35 minutes, 7 seconds

Hello. Obviously, Ben was behind the GoFundMe idea as well, right?

35:13

35 minutes, 13 seconds

I don't know whose idea that was cuz I kind of just started I think but he was supportive of it as his channel, right? He said, "Oh yeah, let's do this for the channel." From my understanding.

35:23

35 minutes, 23 seconds

Was that kind of your ideas to do this video with the GoFundMe and all that?

35:30

35 minutes, 30 seconds

But I wasn't afraid to admit that I actually made the GoFundMe for Brian because a GoFundMe is a safe, legal way to raise money for a family if they got

35:39

35 minutes, 39 seconds

all their stuff stolen. I should be risking nothing by admitting this.

35:42

35 minutes, 42 seconds

Basically, the police told me, "Do not take this man to court or else he'll get arrested." And so I was like just thinking and we're like, "Let's do a GoFundMe, you know, and that was our solution." But I was wrong.

35:54

35 minutes, 54 seconds

We're going to book you back into the jail. Okay. The creation of the GoFundMe, right? We're blasting this person all over saying, "Hey, he's

36:03

36 minutes, 3 seconds

So creating the GoFundMe was illegal." When I asked the detective how creating a GoFundMe was probable cause to send me to jail, this was his response.

36:11

36 minutes, 11 seconds

A lot of this stuff you may have to just get an attorney and just and fight it in in the criminal side of court, right? Should I back?

36:19

36 minutes, 19 seconds

Yeah, go ahead and stand up. I got an officer right here that's going to he has cuffs for you.

36:24

36 minutes, 24 seconds

We'll also be able to hear Josh's side of the story cuz I think he's said a lot of lies to you guys.

36:29

36 minutes, 29 seconds

It'll it'll be and I never talked to Josh, but it'll be documented in the report as well. Okay. Thank you so much.

36:34

36 minutes, 34 seconds

But the detective was lying. The police have illegally redacted every single claim Josh has made about me. And when I finally go to court, I'm going to be

36:43

36 minutes, 43 seconds

completely blind to what I'm even being charged for.

36:47

36 minutes, 47 seconds

The worst part is is that the police officers took away my bail. So now I have to wait a month in jail.

37:09

37 minutes, 9 seconds

However, I ended up getting extremely lucky. When a judge ended up reviewing this arrest, they thought the whole thing was so stupid and ended up

37:17

37 minutes, 17 seconds

releasing me on bail. So now at least I'm a free man until my court case.

37:28

37 minutes, 28 seconds

The illegal act that I committed was mentioning that Josh stole the Legos in our GoFundMe.

37:33

37 minutes, 33 seconds

So if you if you say who the thief is, then that is illegal for us to do that.

37:40

37 minutes, 40 seconds

Now I just have to wait for court. And honestly, I'm not excited. My entire

37:47

37 minutes, 47 seconds

life, I was taught if you steal from people, you get in trouble. And if you help people, you get rewarded.

37:54

37 minutes, 54 seconds

But I guess I was just taught a lie.

37:57

37 minutes, 57 seconds

By me trying to help and do the right thing, all I did was just screw everything up and get all of my friends

38:04

38 minutes, 4 seconds

in trouble. I couldn't fix anything. And now with all the charges I got in this video, I'm looking at at least 5 years in jail.

38:14

38 minutes, 14 seconds

But I finally accept my fate. I failed. And now it's time to go home.

38:27

38 minutes, 27 seconds

But before I made it home, one of my roommates called me saying that a police officer just showed up to our house. So

38:34

38 minutes, 34 seconds

he rings the doorbell and um he's like, "Is Mr. Snider here?" I was like, "Why?" I was like, "Can I deliver a message for

38:42

38 minutes, 42 seconds

you?" He's like, "How could you deliver a message?" He said it just like that.

38:46

38 minutes, 46 seconds

He was like, "Just tell him he has a he has a warrant for his arrest." Like he thought he was in an action movie type

38:55

38 minutes, 55 seconds

walkoff and that was his like end screen. If I had to guess, I'd say that Bricks and Mini Figs has seen that I am

39:03

39 minutes, 3 seconds

a free man and they can't have me actively working on my lawsuit against them. And considering how many lies Bricks and Minigs has made about me in

39:11

39 minutes, 11 seconds

this video,

39:14

39 minutes, 14 seconds

[ __ ] you, man. You stole them, [ __ ]

39:16

39 minutes, 16 seconds

I stole the Legos.

39:17

39 minutes, 17 seconds

American Park Police Department, make yourself known. Included in the warrant are Legos.

39:21

39 minutes, 21 seconds

I can only imagine of what I'm being accused of doing now. So immediately I called the Utah Police Department to see what my warrant was for.

39:28

39 minutes, 28 seconds

Someone showed up at my house today saying there was a warrant out for my arrest.

39:34

39 minutes, 34 seconds

It says if if that warrant has it says a no bail, those are the ones that are more serious.

39:40

39 minutes, 40 seconds

The only thing the police department could tell me is that I do have a warrant, but this time the judge approved it that I will have no bail and

39:48

39 minutes, 48 seconds

I am now a physical threat to Josh, the person the police are protecting. So basically at any moment now I could be

39:55

39 minutes, 55 seconds

arrested without bail for some mystery crime. There really is only one thing that I can do now.

40:03

40 minutes, 3 seconds

Well, I'm in Mexico now and the American police have no authority here.

40:09

40 minutes, 9 seconds

What's going on? What the heck is that thing? Do you think they let us on that?

40:18

40 minutes, 18 seconds

But at this moment, I realized what I had to do. Bricks and Minifigs thinks they can just bully anyone who tries to stop them in committing their crimes.

40:27

40 minutes, 27 seconds

And what's the only way to stop a bully? To stand up to them.

40:32

40 minutes, 32 seconds

If me posting this picture online once got the city this upset where they had to arrest me, just think about how upset they'd be if thousands of people started wearing it.

40:41

40 minutes, 41 seconds

Which is why the picture that got me arrested, I'm putting that picture on a shirt.

40:45

40 minutes, 45 seconds

And you can buy this merch at wee steal from oldpeople.com. So go right now. It's going to be sick.

40:51

40 minutes, 51 seconds

And yeah, all of the law enforcement that's protecting Bricks and Mini Figs is going to be pissed. But there's nothing they can do because I'm in Mexico.

41:02

41 minutes, 2 seconds

Anyways, part three is now live on my Patreon at patreon.com/lesben.

41:08

41 minutes, 8 seconds

Also on Patreon, you'll find tons of behind-the-scenes content, plus the movie I made that all the streaming services rejected once they saw how

41:15

41 minutes, 15 seconds

gnarly it was. And all of the money I make goes directly towards trying to fight Bricks and mini figs so they stop doing bad things to people. Also, make

41:23

41 minutes, 23 seconds

sure to donate to the GoFundMe we set up for Brian. I'm not really sure if I'm allowed to promote this. I mean, I got arrested just for creating this thing, but I'm going to do it anyways.

41:32

41 minutes, 32 seconds

Everyone, donate to this GoFundMe. I'm in Mexico now. The police can't do anything to me

Sync to video time

# EXHIBIT E

5/21/26 YouTube Podcast

Will be delivered in its native format to the court on a labeled flash drive.

An unofficial, informal transcript of the content contained therein follows on the next page.

UC_8984482.1

first video ever on the channel and we're going to start this video out with a bang. Tell them, Victor.

0:044 secondsYeah, it's going to be the best video ever.

0:066 secondsThis podcast is sponsored by We Steal from Old People and you can visit us at we steal from oldpeople.com. We have the best business model in the whole world where we do good business and if you

0:1414 secondswant to check out our business, go to our website. On with the podcast.

0:1717 secondsAnyways, we just released the Lego video. It's not released as we're filming it, but as you guys are watching this, we'll it'll have been released.

0:2626 secondsAnd uh yeah, people thought, "Oh, it's just a Lego video. That's family friendly, right? And it gets kind of insane.

0:3232 secondsI forgot to spit my gum out. So yeah, you still have gum in your mouth. We're going to spit it out.

0:3737 secondsHe has he has his gum underneath his pants.

0:4141 secondsYeah, cuz I'm not going to have gum in my mouth cuz then they're going to People were pissed about my breathing.

0:4444 secondsYou think How do you think they're going to react to my chewing? They're going to hate that, dude. What are we going to talk about again? I forget. Oh yeah, we just posted the Lego video. How did you guys like the Lego video? That was pretty crazy, wasn't it?

0:5353 secondsYeah, that was a crazy video, right? a crazy ass [ __ ] video that hasn't been posted yet for us, but in the future it will be posted.

1:001 minuteYeah. Well, anyways, I got arrested twice, dude, for that. And I a shoot, there's like a couple unreleased videos of things that I did, but we did some

1:091 minute, 9 secondscrazy stuff and I've never been arrested. And uh I guess you can check it out on Patreon.

1:151 minute, 15 secondsI we had like a police standoff with like the whole police department. We snuck past the Secret Service for like a video for like it was a month battle

1:231 minute, 23 secondsagainst the Secret Service. never got arrested. And for the Lego video, I got arrested twice for the second time you got arrested. It

1:311 minute, 31 secondswas so [ __ ] funny. I guess we can talk about that.

1:341 minute, 34 secondsBut okay, so when you got arrested, so I get arrested and I'm like, "Yo, I'm going to pick you up from the airport." And then now I'm like I'm in jail and I'm like telling the security guards.

1:431 minute, 43 secondsI'm like, "Dude, my friend arrived at the airport. He wants me to pick him up.

1:471 minute, 47 secondsHe has he thinks I'm like not like I he's he's just at the airport stuck.

1:511 minute, 51 secondsLike what do I can I at least call my friend?" And they're like, "No, stay in jail." And I'm like, "What the heck?" Like my friends just he arrived here.

1:571 minute, 57 secondsLike, "What do I do?" And I was freaking out in jail, dude. So, when I first got at the airport, there were Sheldon was freaking out. He's like, "Yo, Bren's got

2:052 minutes, 5 secondsBen's got arrested. Like, everything was crazy. A lot of people got arrested." Anyways, so when I called him, this was

2:132 minutes, 13 secondsthe craziest response to someone in jail ever.

2:212 minutes, 21 secondsWhat? Or was it you, bro? Really? What did I say?

UC_8984482.1

2:242 minutes, 24 secondsHe goes, "You have a call from Ben Schneider at whatever county jail." And

2:332 minutes, 33 secondsyou're like, "Hey, dude. Like, have you Well, I was Oh, shoot. Was that what?" But I probably heard you say like, "Hey, what's up?" So, I was like, "Dude, I've

2:412 minutes, 41 secondsbeen trying to get a hold of you. You're stuck at the airport." I'm like, "Dude, I finally got a hold of you. I'm so psyched right now that you're not going to be stuck at the airport anymore." You know, that's I was I was psyched, dude.

2:492 minutes, 49 secondsNo, I get that. I get that. all that.

2:512 minutes, 51 secondsYou're like very excited. That makes complete sense.

2:532 minutes, 53 secondsI thought you were just going to be straight at the airport for like 8 hours or like maybe even all night, you know, and you're like, "Dude, I came all the way to Utah to film this awesome video

3:003 minutesand Ben's just ghosting me. That guy sucks." So, I was like, "Listen, I'm just like I just wanted people to know.

3:063 minutes, 6 secondsI thought you were going to hate me." No, no, I didn't hate you. I never can.

3:093 minutes, 9 secondsHe's like the most like positive like what do they say? You're like you have toxic positivity. Oh, shoot. Well, that's not good.

3:173 minutes, 17 secondsBut anyways, that's that's even worse than toxic negativity. That's terrible. Oh no.

3:233 minutes, 23 secondsListen, so a lot of people I think they think that the way that you behave and the way you talk is a character. This is how he is.

3:313 minutes, 31 secondsOh shoot. Oh no.

3:343 minutes, 34 secondsHe has like catchphrases. One of them is oh shoot or a sick or like oh no.

3:443 minutes, 44 secondsHe has cash. My catchphrases are so bad.

3:473 minutes, 47 secondsThe only You're the only person that I got to work on my catchphrases. I got to get I got to get better catchphrases.

3:523 minutes, 52 secondsListen, I'm I'm on the phone. Is you have a collect call from Ben Schneider from blah blah blah jail. And he's like,

3:593 minutes, 59 seconds"Hey, dude. Yeah, blah blah blah." I'm like, "Motherfucker, dude, you're okay.

4:044 minutes, 4 secondsLike, you're in jail right now." And he's like, I swear to [ __ ] God, I cannot make I cannot make this up. He

4:134 minutes, 13 secondsgoes, "Yeah, dude." Yeah, dude. Jail is sick. Like, it's so

4:234 minutes, 23 secondsHold on. This jail is so sick, dude. It is so cool. What did we say? It's so fun

4:304 minutes, 30 secondsin here. I'm like, "What the [ __ ] bro?" It was fun. I don't know. I had a good experience. It was It was pretty fun.

4:394 minutes, 39 secondsToxic positivity. Swear, dude. I mean, it was a new experience. I've never experienced it before. So, I was like, dude, out of all the stuff I've done, I've always expected to go to jail, but

4:474 minutes, 47 secondsI never have. So, now I finally go to jail. I was like, finally, dude, like like I I feel like this should have happened like 10 years ago, dude.

4:544 minutes, 54 secondsNo, probably. Probably. But anyways, it was a whole adventure to even pick you up. I feel like it would take a [ __ ] hour to explain it, but

5:035 minutes, 3 secondsjust Well, we have an hour on this podcast. I want to talk about other stuff.

5:065 minutes, 6 secondsYeah, but I think you're right. I think I think that's for like Okay, so what we're talking about right now is Lego video part two, but we should probably talk about Lego video part one cuz that's what they just watched. So, we

5:155 minutes, 15 secondsprobably shouldn't spoil it for people cuz uh like if they if we spoil it for them now, why are they going to watch it? You know, we want them to watch part two cuz part two is crazier than part one.

5:255 minutes, 25 secondsYes. Yes. Yes. Okay. Here. Start off with uh number one.

5:285 minutes, 28 secondsOkay. What happened during number one? A lot of stuff happened. That was very eventful. Uh, so Brian Mancel, he gets

5:355 minutes, 35 secondshis his dad gets his Lego stolen and uh, it's the real it's the largest Star Wars

5:425 minutes, 42 secondscollection in the entire world. He spent years and years and years of his life and okay, so here's the thing. We didn't mention in the video I had in the first

5:495 minutes, 49 secondscut and I erased it cuz I thought it took too much time. But, uh, on Reddit a lot of the top comments were like, "You're so stupid. Why did you invest so

5:575 minutes, 57 secondsmuch money in Legos? Like, why did you buy this Lego Star?" if you're not like, you know, obviously he's a huge Star Wars fan and stuff, but like like like it's your fault for investing this much

6:056 minutes, 5 secondsmoney. Like you knew the risk. Like it's you shouldn't be playing the victim. Now you got the stuff stolen.

6:116 minutes, 11 secondsWhen you make an investment, you understand the risk.

6:146 minutes, 14 secondsYes. But I know if his Lego sets went down, then that would be a risk. That's fine.

6:186 minutes, 18 secondsBut it should not be a risk to say, "Hey, this is a trusted company. Bricks and Miniakes is supposed to be the safest company to sell Lego." And that's what they advertise themselves as is.

6:276 minutes, 27 secondsthis is a corporation that is across all of America. This is the safest way to sell your Lego sets is what they advertise themselves as. So he thought

6:366 minutes, 36 secondshe he could have gone with any other Lego store, but he chose Bricks and Minigs because they're supposed to be the safest place to sell your Legos at

6:456 minutes, 45 secondstheir store. And to give you an analogy to the like let's say stocks, someone puts $20,000 into the S&P 500. Imagine

6:536 minutes, 53 secondsyou're like, "Okay, cool. It's safe." And then out of nowhere, oh, guess what?

6:576 minutes, 57 secondsa company under underneath S&P 500 that owns your $20,000 now says, "Hey, guess what? I'm the new owner." Um, so

7:067 minutes, 6 secondswhatever uh contract that you had with the old owner, that's in the past. I now own your $20,000. So that's that's the scam.

7:147 minutes, 14 secondsSo I I I don't want to spoil things here, but I'll just come out and say it.

UC_8984482.1

7:187 minutes, 18 secondsUh it's not really a spoiler, but I think this is new information for you, actually. Uh, so I met up with the chief

7:267 minutes, 26 secondsof police of Kaiser and I had a one-on-one meeting with him and I was actually able to film it. I don't know when this is going to come into play in the video, probably in part three, but

7:357 minutes, 35 secondsit's really funny. So, the loophole Josh was using to get away with stealing this Lego collection is he said when we were on the phone with him, the first

7:427 minutes, 42 secondsconversation we ever had with him, he said, "In order for me to be under contract with Brian, I have to sign an

7:507 minutes, 50 secondsagreement with him." I never signed that agreement. So, I'm not like he's like, "This contract that you're presenting me, this is not valid because I did not sign it. Crystal signed it." And that's

7:597 minutes, 59 secondswhen I said, "But yeah, or you had to take it over from the previous owner." He's like, "Well, if that's what your opinion, then sue me for it, you know?"

8:068 minutes, 6 secondsSo, what he's claiming is that he never signed the contract, so he doesn't have to follow the contract, right? Okay.

8:148 minutes, 14 secondsHowever, he's also claiming that it's a civil matter because it's all the whole thing is about a contract, right? which means it's civil.

8:228 minutes, 22 secondsHe never signed it.

8:238 minutes, 23 secondsBut he never signed it. So that means it was never civil and it's criminal. And that's why we finally got the police to come after him. So now the police are

8:318 minutes, 31 secondsactually doing a full investigation on him. They wrote a 30page police report.

8:358 minutes, 35 secondsIt's still under investigation right now.

8:368 minutes, 36 secondsWait, wait, wait. Are you guys [ __ ] right now?

8:388 minutes, 38 secondsBut and I'm not This isn't really They just said now they're they're putting us whole He might be arrested very soon, actually.

8:458 minutes, 45 secondsDude, what are you doing right now? You need to cut this [ __ ] out. No, but uh I don't think it's cut out. I don't think it spoils anything from the video. You just said it's not in the video,

8:538 minutes, 53 secondsbro. But but but think about it. If they haven't watched the first part of the video, you're literally saying, "Yeah, they got a full investigation on this." Well, we can always cut out like cut out, bro.

9:029 minutes, 2 secondsUh I don't know. Or or we leave it in. I don't know. I said we leave it in.

9:059 minutes, 5 secondsNo, bro. You But uh um I don't think it spoils anything because it's not in this we don't mention it in the second video.

9:119 minutes, 11 secondsBut isn't that crazy, though? His So Josh's own loophole that he was using to get away with this crime is the reason he might go to jail.

9:199 minutes, 19 secondsYeah. Isn't that so funny?

9:219 minutes, 21 secondsYeah, that's a [ __ ] Uno reverse card to the max.

9:239 minutes, 23 secondsSo no, he it's not only an Uno reverse card, he uno reverse carded himself.

9:289 minutes, 28 secondsYeah, it's crazy. So his own loophole is why he might go to jail. So he at the end of

9:369 minutes, 36 secondsthe day, he's just sending himself to jail, which is funny. Uh but it has to go. So, the police are writing a 30-page

9:439 minutes, 43 secondsreport on it. And and so now it is criminal. Uh it's not civil anymore. And basically for everyone listening, if you

9:509 minutes, 50 secondshaven't watched the video, a civil crime, because I was new to this, if you asked me a year ago, I would know what none of this legal jargon means. So, I'm going to try and talk to like myself

9:599 minutes, 59 secondsfrom last year, if that makes sense. A civil matter means a business deal gone bad. So, it's still illegal, but the police don't deal with it. The court

10:0810 minutes, 8 secondsdeals with it. The police deal with criminal crimes, which is like stealing from a lottery, you know, like which is what we did. And the police

10:1710 minutes, 17 secondsSo what's the differentiating factor between the two? Like what makes something civil? What makes something uh that would have police involvement?

10:2410 minutes, 24 secondsIt's it's all just human construct. So it's just whatever we say. So we have different crimes and we voted is is this a civil crime? Is this a criminal crime?

10:3410 minutes, 34 secondsAnd we just said, okay, this type of crime the court deals with. That's civil. this type of crime the police deal with. And so our lawmakers, whoever

10:4210 minutes, 42 secondsmakes the law, said in this state, this crime is civil. In this state, this crime is criminal. And so the law m

10:5010 minutes, 50 secondswhoever writes the law writes the law and they write who enforces the law. So either the court enforces it or the police enforce it.

10:5710 minutes, 57 secondsSo it's not like a whole general rule of thumb. Like there's no And I think every state's different. So one thing might be criminal in one

11:0411 minutes, 4 secondsstate, but in another state it might be civil. So, and also there's a lot of interpretation up to it too, you know.

11:0911 minutes, 9 secondsAnd then there's other cases like OJ Simpson. There's a criminal case.

11:1311 minutes, 13 secondsSomething can be criminal and civil at the same time. So, that's kind of what this was. It was a criminal case and a

11:2011 minutes, 20 secondscivil case. So, it's both because they knowingly took stolen goods. That's criminal, but also there's a contract involved. So, that's civil. So, there's

11:2811 minutes, 28 secondsit's two things. So, both the police and the court can both of them have the ability to enforce this law, if that makes sense. But because it was criminal

11:3611 minutes, 36 secondsand civil, they were both saying, "Ah, well, it's also like the police were looking at it and they were like, "Oh, well, it's civil." And then the

11:4411 minutes, 44 secondsobviously the court just takes forever, so that we haven't gotten their opinion on it yet. But we won the court case.

11:4811 minutes, 48 secondsThat was fun. Uh, wait. See, what are you doing right now? What are you doing? What?

11:5311 minutes, 53 secondsWe just won the court case. What? What are you doing?

11:5511 minutes, 55 secondsYeah, we won the court case. It was sick, dude. Are you [ __ ] kidding me right now?

11:5911 minutes, 59 secondsShow up to court. It was sick. Yeah, dude.

UC_8984482.1

12:02 12 minutes, 2 seconds What? I think that was a good transition, right? We're talking about civil and criminal.

12:06 12 minutes, 6 seconds Are you Are you [ __ ] Are you dead ass right now? What? You said you didn't want to spoil it.

12:11 12 minutes, 11 seconds Well, they already watched the first That happened at the end of the video. Yeah.

12:14 12 minutes, 14 seconds You just said in the beginning of this podcast, you you go, "Oh, wait. We need to talk about the first video and then we just like you." Yeah. I said at the end of the first

12:22 12 minutes, 22 seconds video, I'm like, "We won the court case and we put the giant banner over there." But this is I guess you haven't seen the So, also Victor hasn't seen the video yet.

12:28 12 minutes, 28 seconds So, hey, wait a second. I showed you the first half, but I didn't show you the second half.

12:32 12 minutes, 32 seconds Hold on a second. I came from a standpoint of thinking that they didn't watch any parts of the like the video.

12:38 12 minutes, 38 seconds Oh, no. No. We We'll post this after the first video.

12:40 12 minutes, 40 seconds Okay. So, this is actually the first video. Yeah. Yeah. Yeah. All right. Cool. Anything with the first video? These guys saw we won the court case. Yeah.

12:45 12 minutes, 45 seconds Okay. Any first video, but you don't want to spoil the second video.

12:48 12 minutes, 48 seconds Yeah. I don't want to spoil anything with the second video.

12:51 12 minutes, 51 seconds They can know I get arrested, but they don't get to know what I got arrested for.

12:54 12 minutes, 54 seconds We're on the same If you want to find out what I got arrested for, you got to watch the second video. It's pretty crazy. And plus, you can't just out me like that, saying he didn't watch the first video.

13:02 13 minutes, 2 seconds I was there, first of all. And then also, you haven't shared the link with me. How about that? Shoot. Yeah. How about that?

13:08 13 minutes, 8 seconds Oh, yeah. Oh, yeah. Well, it's cuz it's not done yet. I'm still editing it.

13:11 13 minutes, 11 seconds Oh, so you're still editing and you're saying Victor hasn't watched the video. Yeah. Yeah. All right.

13:16 13 minutes, 16 seconds Uh well, it's cuz the video is not done yet. But but what by the time this podcast is out, the video will be done.

13:22 13 minutes, 22 seconds So, anyways, let's get to the part with uh you talking to the cops. I feel like you are way more okay a lot of things that

13:31 13 minutes, 31 seconds people may not understand is that it seems like well actually a lot of people do understand this but the people for people that are watching you for the

13:39 13 minutes, 39 seconds first time may not understand you are hella prepared bro when the cops came to you when you were right outside of the

13:47 13 minutes, 47 seconds Lego store and tell me your thoughts were you like okay I know exactly what I know exactly what they're going to do I this is what I'm going to

13:55 13 minutes, 55 seconds say this what my expectations of what I'm going to get out of this situation. Tell me about that.

14:00 14 minutes So, my expect Are you talking about the lottery or the first time I talked to him or the the first, you know, how you guys we we were just doing the lottery and then the cops came.

14:08 14 minutes, 8 seconds You're talking about the first time when I just walked in. I'm like, "Hey, Brian wants his Legos back and then No, no, no, no. The lottery part. I feel like that was probably the most like

14:15 14 minutes, 15 seconds that was the the first intense part with the cops." So, a question I always had on my mind. I

14:23 14 minutes, 23 seconds I'll get back to this. This is I'm going to kind of go full circle here for a second, but something after the my first interaction with the police, I was so

14:31 14 minutes, 31 seconds confused of why the heck are these cops protecting this obvious criminal, you

14:37 14 minutes, 37 seconds know, like it's so obvious what this company's doing. Like they are obviously stealing this Lego set from this old man

14:46 14 minutes, 46 seconds who is like has terrible health. It's destroying their life. It put Brian on

14:54 14 minutes, 54 seconds like anxiety medication. He had to go to the hospital multiple times because there's an obvious criminal here.

14:59 14 minutes, 59 seconds Quick quick thing on that. Quick thing on that with Brian for anyone because this wasn't in the video at all either.

15:06 15 minutes, 6 seconds Was it? It doesn't matter. Um he How old is he? Like 30 something. I don't know.

15:11 15 minutes, 11 seconds Doesn't matter. He has never gotten anxiety like this his entire life. He's never been on medication for it. And he had panic panic attacks.

15:21 15 minutes, 21 seconds Well, first he thought he was dying, I think. And then he it turns out it was just a panic attack, but he thought he was d he thought he was having a heart attack or something. Yeah.

15:27 15 minutes, 27 seconds Yeah. And he never had this in his entire life and he had to go on a medication for the first time. And then for um his his uh dad or his grandpa, right?

15:37 15 minutes, 37 seconds His dad. Yeah.

15:38 15 minutes, 38 seconds His dad. He basically wanted to get this money for his grandchildren uh his for his

15:46 15 minutes, 46 seconds grandkids and to pay for their college.

15:48 15 minutes, 48 seconds Exactly. And so that's why this whole thing is like really really important.

15:52 15 minutes, 52 seconds Yeah. And so it basically destroyed their whole life. So it's from my standpoint I kept thinking like why are the police actively protecting

16:00 16 minutes this company? And you'll find out a lot about this in the second video so I don't really want to spoil things. it gets kind of crazy why. We actually find

16:08 16 minutes, 8 seconds out pretty much 100% why the police are protecting this company. And so I was like, well, whatever the reason is,

16:17 16 minutes, 17 seconds they're claiming it's cuz it's civil, even though it's technically not. It is criminal, but maybe the police are wrong. So, I'm going to give the police

UC_8984482.1

16:24 16 minutes, 24 seconds undeniable proof that this is a criminal case. So, I started looking up like civil law versus criminal because I I don't know. Like if you would have I I

16:32 16 minutes, 32 seconds know what like if you asked me what civil means, I'd be like I don't know.

16:35 16 minutes, 35 seconds It's some legal term. I don't know. Like I I didn't know what it meant, but now I know it means it's a business deal gone bad. Like it's it's an illegal practice in the term of business. So if I like

16:43 16 minutes, 43 seconds steal money through business, that's a civil crime and you have to sue through the court. I know that now. But so I started looking up what are civil

16:51 16 minutes, 51 seconds crimes, what are criminal crimes. I just started reading like thousands of different crimes on each side. So these are all the thousands of crimes you commit that are civil. Here's all the thousands of crimes you commit that are

17:00 17 minutes criminal. And I I I reading all of the criminal laws in or and these are all Oregon because it's every state's different, but in Oregon, I'm not sure

17:08 17 minutes, 8 seconds about other states, but specifically in Oregon, one of the criminal laws I read, it says stealing from a lottery.

17:13 17 minutes, 13 seconds I'm like, well, what if we auctioned his stuff?

17:16 17 minutes, 16 seconds What if we just made a lottery? Now, this is obviously criminal and the police can't say it's civil anymore. They have to do something about it now.

17:24 17 minutes, 24 seconds You know, now the police can't brush it off. Whatever excuse they're using no longer exists. they have to do something. So I I looked into it and I

17:33 17 minutes, 33 seconds mean obviously like you have to have a lottery license like you have to have a gambling license and stuff. It takes like almost a year to get but then a religion doesn't need a gambling

17:42 17 minutes, 42 seconds license. So that's I was like oh I have a religion. Scientology sucks you know. So I was like let's use my religion.

17:48 17 minutes, 48 seconds Let's uh use my religion to do a legal lottery. Got it approved and and then we auctioned his sets off because he still owns those sets until they're sold. They

17:56 17 minutes, 56 seconds have not been sold yet. there's no bail of sale. Uh those sets are still just sitting in that store. So we auction off one of the sets that has not been sold

18:04 18 minutes, 4 seconds yet. And everything was legal. And so we showed the cops and I was like, "You have no excuse now." And they basically just said, "Hey, if you don't stop this,

18:12 18 minutes, 12 seconds we're going to put you in handcuffs." And I'm like, "Why?" And like, "Is our message clear?" I'm like, "No, your message isn't clear." I I think I said

18:20 18 minutes, 20 seconds that and they're like laughing like, "Oh, okay." I'm like, they kept saying like, "You have no authority to give out a prize." I'm like, "What do you mean I have no I'm" I'm like, "I have the paper. Do you want to read the paperwork?

18:28 18 minutes, 28 seconds Yeah, you brought out the freaking book.

18:29 18 minutes, 29 seconds So, tell tell me that. So, like you're recounting what happened, but I need I need I want to you to tell me what was going on before in your mind. Like, did you know?

18:38 18 minutes, 38 seconds Oh, I thought for sure. I thought for sure the cops were going to be like, "Okay, let's do something about this now." And they did for a second.

UC_8984482.1

18:43 18 minutes, 43 seconds But you thought Wait, hold on. So, you thought they were going to actually do something about this?

18:46 18 minutes, 46 seconds Yeah, they did for a couple seconds. You know, like the guy was like, "Okay, let's do an investigation." He starts taking voice notes. He's like, "We got to do an investigation cuz they're thieves and stole stuff. It was a raffle.

18:56 18 minutes, 56 seconds Yes. Okay. And we need to invest.

18:58 18 minutes, 58 seconds They're thieves cuz they stole from a lottery, you know. He's like, and they started to do the investigation. It lasted like literally 2 minutes. And then the cop come, he literally whispers in his ear.

19:08 19 minutes, 8 seconds And I don't know what he said to him. I couldn't hear it, but he whispered something in his ear like, "Hey, like we got to protect this company." And we found out later why they're

19:16 19 minutes, 16 seconds protecting him, but that'll be in part two. But he didn't know. I don't know what he said to him, but whatever it was, it

19:25 19 minutes, 25 seconds made them all completely change their attitudes.

19:28 19 minutes, 28 seconds And you're you're trespassing the property for life. He was he was probably a new cop, bro.

19:32 19 minutes, 32 seconds That cop Well, that cop probably was like, "Hey, we got to actually like we're police officers. We're supposed to follow the law." But the other cop knew

19:40 19 minutes, 40 seconds that they're supposed to be protecting this company. So that's He whispered his ears like, "Hey." Exactly. Like we're supposed to protect this company.

19:45 19 minutes, 45 seconds Like whatever this guy says, like we have to protect the company on this one, you know?

19:49 19 minutes, 49 seconds Yeah. He's like, "Oh, [ __ ] rookie." He doesn't know whatever and this guy's just trying to like help this old man.

19:54 19 minutes, 54 seconds Yeah. So, we basically do the um the thing and then Yeah. I think his when I say like, "Hey, we have a lottery. We have all the legal paperwork here." I

20:03 20 minutes, 3 seconds think his response was, "Are we done here?" I was like, "No, we're not done.

20:06 20 minutes, 6 seconds Like, what the are are we going to do this investigation?" He's like he's like And then his response to that was we're trying to keep you guys out of

20:13 20 minutes, 13 seconds handcuffs. And then my response was why why us in handcuffs? They should be the ones in handcuffs. And he's like, "Hey, like we're just leaving." And then

20:21 20 minutes, 21 seconds that's when they get in the cars and they leave. I'm like, "What the heck? We're not done.

20:24 20 minutes, 24 seconds We're not done. We're not done." Yeah. Cuz dude, I I heard his entire side out. Like he was every time I tried correcting him, he was like, "Hey." He was getting really upset at me every

20:32 20 minutes, 32 seconds time I would correct because he was saying a bunch of like lies and stuff.

20:35 20 minutes, 35 seconds So every time I would correct him in his lies, he would cut me off. One of my philosophies in life is it's better to understand before being understood.

20:43 20 minutes, 43 seconds Because people before they're willing to understand the other person, they want to be understood themselves. So true. I said, if I want this cop to understand

20:51 20 minutes, 51 seconds me, I have to understand his side before he understands my side. So I heard him fully out. I listened to him his whole spiel, his whole thing.

20:59 20 minutes, 59 seconds I didn't correct him once. And then finally afterwards, I said, "Okay, I I heard you out. Now I'm going to start correcting you." But but but

21:08 21 minutes, 8 seconds wait, hold on. On that point though, first when you seek to it's a so it's a thing from uh the book it's just a psychology thing. Yeah.

21:15 21 minutes, 15 seconds It's a it's a book all the time. Yeah.

21:18 21 minutes, 18 seconds Yeah. Seek to understand then to be understood. However, did do you think he felt fully understood because maybe he was like maybe he maybe in his mind you

21:26 21 minutes, 26 seconds were just like uh-huh.

21:28 21 minutes, 28 seconds Nope. I heard all spiel. Yeah. I heard spiel.

21:30 21 minutes, 30 seconds But but like do you think that he felt understood?

21:34 21 minutes, 34 seconds Yeah. Because I heard him fully. Yeah. I heard out his whole he got to say everything he wanted to say.

21:37 21 minutes, 37 seconds No. No. No. No, I don't think you you get me. What I'm saying is you can talk to me for 5 minutes and all I can say is like, "Uh-huh. Okay. Okay. Are you done?

21:45 21 minutes, 45 seconds Okay. Anyways, my turn now." Well, now so I think the way that I was going to make him feel understood is I was talking to him about his points. So

21:53 21 minutes, 53 seconds he said, "You don't have the authority to give out a prize." And so I was going to make him. So I understand what he's saying by saying, "I do have the authority to give out a prize. Here's

22:01 22 minutes, 1 second the legal paperwork." And if if you if you still don't think I understand you now we can go into the legal paperwork and see where I'm wrong but he didn't give me the chance to understand you

22:09 22 minutes, 9 seconds know what I mean? So because he said you don't have the authority to give out a prize. So that was my first correction.

22:15 22 minutes, 15 seconds I said we actually do have the authority to give out a prize. And he said are we done here?

22:19 22 minutes, 19 seconds So we he never gave me the chance to fully understand him out. You know what I mean? So uh because if if he wanted to give me the chance to understand him

22:27 22 minutes, 27 seconds then we could have gotten to the paperwork and we could have said hey do I have the authority to give it a prize?

22:31 22 minutes, 31 seconds Well, the government said I do. So, uh, you know what I mean? Um, okay, I get it. But also, they were not wanting to understand.

22:40 22 minutes, 40 seconds Yeah. So, I heard his entire spiel out.

22:44 22 minutes, 44 seconds I talk like I I let him talk for like five minutes. He said his whole spiel. I didn't interrupt him once and then the

22:51 22 minutes, 51 seconds second I start talking, I get shut down and they just leave. They run because they knew I was going to destroy. So, here's my theory. I think the Oregon police are afraid of the law.

23:02 23 minutes, 2 seconds I think Oregon police are afraid of Wait, what happens? What happens? That's general. I'm sorry. I'm general.

23:07 23 minutes, 7 seconds I I think I think Kaiser police are afraid of law. Kaiser police are afraid of Oregon law.

UC_8984482.1

23:12 23 minutes, 12 seconds I think what are they afraid of of happening?

23:14 23 minutes, 14 seconds I think Kaiser I think if the Kaiser police have to follow the law, then they would have to get their friends in trouble, which is bricks and mini figs.

23:23 23 minutes, 23 seconds I think bricks and I think they would have to get someone in trouble that they don't want to get in trouble.

23:27 23 minutes, 27 seconds Hold on a second. So, if they get their friends, which one of them is bricks and miniigs? Wait, hold on.

23:34 23 minutes, 34 seconds You'll you you'll see in the second video what I mean by that.

23:36 23 minutes, 36 seconds If they get their friends like bricks and mini figs or whatever, their acquaintance, their business partner, whatever, what happens if that if they do that?

23:46 23 minutes, 46 seconds Shoot, I'm going into spoilers in this point. I I can say it, but we got to cut it out. It's uh obvious

23:55 23 minutes, 55 seconds like now society sees Sorry, who'sever eding this, you got to censor all that out. You can keep it in,

24:03 24 minutes, 3 seconds but you got to censor out cuz that's okay. Maybe we can talk about something else cuz I was going to ask you a followup question with that, but it's fine.

24:08 24 minutes, 8 seconds Okay. Oh, the brainwashing thing was [ __ ] genius, hilarious, and necessary.

24:15 24 minutes, 15 seconds So, this is my thought on that. So, obviously almost all of my videos have been on cults. So like Scientology, 12

24:22 24 minutes, 22 seconds tribes, Mckame Manor, it's all about how does a person get this brainwashed? It's kind of the core of all those videos,

24:29 24 minutes, 29 seconds right? It's like how does someone get tricked into paying millions of dollars to believe in an alien that a science fiction writer wrote about? That's

24:36 24 minutes, 36 seconds Scientology, you know? And same with Mckame Manor. How do people get tricked into, oh, torturing all these people is good, you know, that's a good thing for

24:44 24 minutes, 44 seconds society. You know, these people are obviously super because they're they're not bad people that like are helping out Mckame Manor. they just got brainwashed into it. So, a big part of my channel has been how do you brainwash people?

24:55 24 minutes, 55 seconds With this Lego video, I kind of thought the same thing. I'm like, dude, this is what we've always done. This is someone who is mindless what you've always been affected by.

25:06 25 minutes, 6 seconds Yeah. And so, I I saw the exact same thing with this Lego. It's the exact same thing I've always saw in all my previous videos. It's these people are

25:13 25 minutes, 13 seconds like defending this evil action. Like they stole from this old man and they're completely defending this corporation

25:20 25 minutes, 20 seconds just mindlessly, you know? Like Amanda like she's probably a sucky person, but like like uh but like I don't think

25:29 25 minutes, 29 seconds she's that evil to like defend. Like she obviously sucks. She's a Karen, you know, but she's like I don't see her actually being like super evil. I think

25:37 25 minutes, 37 seconds she's just like cranky, you know? I don't I don't think she's evil enough to come up with a scheme to steal this money. That's not her. But for some reason, she's been brainwashed into defending this evil action, you know.

25:4725 minutes, 47 secondsSo, my thought process was, well, I spent my entire career studying brainwashing. Let's finally brainwash someone to do the opposite, you know?

25:5625 minutes, 56 secondsLet's brainwash someone for good.

25:5825 minutes, 58 secondsIt's like using the dark side uh powers for the light side, right? The dark side for the light side. like the dark side powers. You're like choking someone, but

26:0626 minutes, 6 secondsyou're choking like murderers and like rapists and stuff.

26:0926 minutes, 9 secondsWe're not even that. We're choking them to save their life, you know? Uh that's how I like to think about it. And we're we're we're using their actions in order

26:1826 minutes, 18 secondsto to get this old man's Lego collection back to the back get it back to the rightful owner, you know? Yeah.

26:2426 minutes, 24 secondsAnd and uh I think we used it for good, you know. We I think so, too. So, wait. So, so my my whole thing was they're bra if they're

26:3226 minutes, 32 secondsbeing brainwashed to believe a lie. So, I think we found out right after the brainwashing that she said he actually got reimbured for everything and he's still mad. And so, she said that.

26:4226 minutes, 42 secondsYeah, it's in the video. Yeah. And she's told us that multiple times afterwards.

26:4626 minutes, 46 secondsBut, uh, so they've been told a lie. So, they're brainwashed to believe a lie.

26:5026 minutes, 50 secondsSo, if anything, we just brainwashed them to believe the truth. Cuz after we brainwashed her, the first thing we did is we said, "These are still the Lego sets that he's his Lego sets." and she's like, "Those are still in the store.

27:0027 minutesHe's not been reimbursed." And so we just brainwashed her to believe the truth, you know. So we did brainwashing for good.

27:0727 minutes, 7 secondsYeah. No, that's that's a really good point. And also with uh brainwashing, I mean, we can talk about it. This this is like a little bit a backstory on

27:1527 minutes, 15 secondsbrainwashing because from these cults, people have been brainwashed, but you yourself have legitimately been brainwashed.

27:2527 minutes, 25 secondsOh yeah. So I know exactly what it's like. Yeah. in Scientology. Oh yeah.

27:2927 minutes, 29 secondsThis has not even been recorded or like basically anywhere. Did we record it?

27:3527 minutes, 35 secondsNo, we didn't. I just thought, Dude, it was like a real [ __ ] thing like that like years ago. Five, five, six years ago. Yeah. So, I got brainwashed. It was sick.

27:4327 minutes, 43 secondsShut the [ __ ] up.

27:4727 minutes, 47 secondsOkay. So, whatever this video was five, six years ago, you went over to uh to my

27:5427 minutes, 54 secondsplace and dude, you were not like yourself.

27:5927 minutes, 59 secondsReally? No. Like you were like, if I had to explain this visually, you were low energy. You looked tired. Yeah.

28:0728 minutes, 7 secondsYou look sad. Oh, no. And you just seemed like defeated.

28:1228 minutes, 12 secondsOh, shoot. And at the time, I believed what you would call car camping. Um, yeah, we were both living in our cars.

UC_8984482.1

28:2028 minutes, 20 secondsWell, I guess you had a house at this point, but I was still in my car.

28:2228 minutes, 22 secondsNo, we actually, yeah, Ben and I both came here homeless and in our cars, but at the time you were still car camping,

28:3028 minutes, 30 secondsas you call it. See what I mean? Toxic positivity.

28:3528 minutes, 35 secondsYou went to my place and you were just like, "Yeah, dude.

28:4228 minutes, 42 secondsI've uh been interrogated for the last like 13 hours. How long was it? Was it 13?

28:4828 minutes, 48 secondsNo, it was like 10 hours. 10 hours. Whatever. 10 hours. Okay.

28:5428 minutes, 54 secondsYou were like, I've been interrogated for 10 hours. I was like, dude, what the [ __ ] happened? What did they say? And you were like, basically

29:0229 minutes, 2 secondsI was recounting a really bad traumatic me a a really bad traumatic memory and

29:1029 minutes, 10 secondsthey were trying to get me to resay it in the way that they wanted me to believe it.

29:1629 minutes, 16 secondsYeah. Cuz it's crazy because Yeah. If you say it enough, the way your works Yeah.

29:2029 minutes, 20 secondsYeah. And so the way you explain it was like you would say something. Let's say I was like shooting a basketball. Like Yeah. I stepped outside, I put on my shoes, and I shot a basketball. They're

29:2929 minutes, 29 secondslike, "Say it again." But like, "Are you sure that you got a basketball?" Like, maybe it was something else. Say, "Resay it." And then they would keep saying it

29:3729 minutes, 37 secondsuntil you said, "I shot a basketball with a soccer ball." So, you were basically like they kept on getting you to resay it over and over

29:4429 minutes, 44 secondsagain until like you made micro changes that would make a like a big change overall for your whole memory. The way I think about it is they actually have uh

29:5229 minutes, 52 secondsHave you seen those Instagrams where someone's talking to the camera, right?

29:5629 minutes, 56 secondsAnd by the end of the video, they're like, "I bet you didn't notice I was wearing a different color shirt at the beginning of the video." And what happens is the the shirt

30:0430 minutes, 4 secondschanges so slowly over the course of like a minute, you never realize it's changing, but by the end of the video, it's a completely different color than what you started with because it's

30:1230 minutes, 12 secondschanging so slowly, your brain never realizes it. But so that's kind of what they did with that. It's like your story is changing so slowly that you never

30:2130 minutes, 21 secondsrealize it's changing and by the end you're left with a completely different thing that you thought is the same as the original, but it's not the original, you know? It's completely different, you know?

30:2830 minutes, 28 secondsAnd at the end, I remember asking you, Ben's really [ __ ] smart. I was like, yeah, I went into it knowing it was brainwashing. I knew Scientology was a cult. I knew it was brainwashed and

UC_8984482.1

30:36 30 minutes, 36 seconds going into it, it still I remember me and Michael, Michael is the other guy that was uh doing the video with you.

30:43 30 minutes, 43 seconds I was like, "Okay, you went in there.

30:46 30 minutes, 46 seconds you know they what they were doing because he explained it to me what they were doing and I was like do you remember I knew what they were doing it and still worked I know I was like do you remember the

30:54 30 minutes, 54 seconds original memory that you have of this like the actual truth and then you were kind of recounting it

31:02 31 minutes, 2 seconds I think you were like so say you paused into that Instagram video and you're like what was this guy's shirt color when you first started the video you wouldn't be able to tell them

31:10 31 minutes, 10 seconds yeah you it changed so slowly you you basically knew like the foundation of what happened. But I think your memory was slightly tweaked a little bit.

31:19 31 minutes, 19 seconds Yeah.

31:20 31 minutes, 20 seconds Like a little bit, which is crazy.

31:22 31 minutes, 22 seconds We uh you go in there knowing you're going to get brainwashed. Yeah.

31:26 31 minutes, 26 seconds And you go out having your memory a little tweaked, but how was Wait, what? Tell me like that's what happened. But like, what were your

31:34 31 minutes, 34 seconds thoughts about it? Were you like, I need to That was awesome. I was like, dude, no, for real. I'm like, dude, that's crazy.

31:40 31 minutes, 40 seconds Cuz I was like, it it sent me into like studying how the brain works and how memories work. And apparently what I found out afterwards is you only remember things the way that you told

31:48 31 minutes, 48 seconds yourself. Like the last time I remember the story, that's how I remember it. So our brains don't remember things how we act how the event actually happened. Our

31:56 31 minutes, 56 seconds brains remember things on how we tell our like the story we tell ourselves, which is crazy. Okay. Okay. Well, okay.

32:03 32 minutes, 3 seconds So our brains don't remember actual reality. And so, no, I get that. All that's awesome doing they're taking a they're taking a

32:10 32 minutes, 10 seconds basically a flaw in the human brain and they're exploiting it to their advantage and it's kind of genius. Um, and so I was like, dude, Scientology is doing that for bad. What if we do it for good?

32:21 32 minutes, 21 seconds Okay. But at the same time, it's awesome that you got something good out of it.

32:26 32 minutes, 26 seconds But at the same time, was it not like, dang, they [ __ ] in like intruded on my memories, altered it into something

32:33 32 minutes, 33 seconds that is not correct, and they wanting to rope me into this religion.

32:38 32 minutes, 38 seconds That's what we do every single day. Like half of your memories are probably false right now. Half my memories are false. What we what we remember isn't actual.

32:45 32 minutes, 45 seconds Our memories are fake, dude. Uh no, I get what you're saying. I I understand. And I understand the science behind that. Whatever we remember, we're

32:53 32 minutes, 53 seconds actually uh every single time we remember our brains are lying to us, dude.

32:56 32 minutes, 56 seconds I don't know. I don't know if I believe that. And cults take advantage of that.

32:59 32 minutes, 59 seconds I've heard of that. I've heard of that before. And I don't I don't think I really believe that to be honest. There are people with that. It's called a superior autobiographical memory.

33:08 33 minutes, 8 seconds Meaning they believe they they remember everything from a certain point of their life exactly the way that it that it

33:15 33 minutes, 15 seconds happened. So if they are able to do that to the extreme, us with smaller uh parts of the brain, we should send that person to

33:22 33 minutes, 22 seconds Scientology and see how they do. It' be a fun there's there's like a handful of them. There's like they're so far and few.

33:28 33 minutes, 28 seconds If any people like that are out there, hit me up. I'll send you to Scientology.

33:31 33 minutes, 31 seconds They me they remember everything from their life. Exactly.

33:35 33 minutes, 35 seconds That'd be such a funny experiment. Just send them into Scientology. See if Scientology cuz cuz I I I went in Scientology thinking like, "Hey, they're

33:41 33 minutes, 41 seconds not going to brainwash me. I I know they funny." Holy [ __ ] I just realized what you're talking about. Yeah. Have them go in there like, "No, that's actually not how it happened. What are you talking

33:50 33 minutes, 50 seconds about?" Yeah, cuz I I went in there knowing it was a scam. I was like, "Dude, this is brainwashing and it still worked on me.

33:56 33 minutes, 56 seconds So, I wonder if that person could get brainwash, you know." No, I don't think so. There's no way they can get brainwashed.

34:00 34 minutes If any of those people were out there, hit me up.

34:02 34 minutes, 2 seconds The way the way they recount it, I've heard two people talk about it. The way they recount it is they literally look at it as like a a a video in their head,

34:09 34 minutes, 9 seconds like they can see it clear as day, like photographic memory. Exactly. exactly the way it with photographic memory. Let's send him to Scientology. I'm down.

34:18 34 minutes, 18 seconds Yeah, that'd be funny as [ __ ] But uh I guess to continue our conversation with Calonia, that's the girl who Yeah.

34:26 34 minutes, 26 seconds Uh bricks and mini figs. So we at this point we brainwashed her. She's 100% on our side. She's like, "Dude, let's do

34:34 34 minutes, 34 seconds it, dude." Like she's been brainwashed to like learn a lie. And now we brainwashed her to learn the truth. And so she's fully on the truth side now, you know.

34:43 34 minutes, 43 seconds Oh, wait. Should we call her? Should we? Yes.

34:45 34 minutes, 45 seconds Wait, wait, wait, wait. Let's let's let's let's uh let's let's let's give some context before we call her, just so we know some what our goal is with calling her. So,

34:55 34 minutes, 55 seconds uh then we start serving court papers and we're like, dude, Calon is totally going to be on our side. And I'm probably going to put this on Patreon

35:01 35 minutes, 1 second because uh I put it in the first set. It was kind of boring, I guess. But we start showing her court papers and she's starting to get really annoyed. She's like, "Dude, stop serving these papers."

UC_8984482.1

35:1035 minutes, 10 secondsAnd we're like, "What do you mean stop? Like, I thought you were on our side, you know, like like don't you want to see this guy get his Legos back?" And she's like, "No, he's already been refunded for these."

35:1935 minutes, 19 secondsAnd we're like, "Gosh dang it." So, I think what happened is uh like she's been brainwashed by bricks

35:2635 minutes, 26 secondsand minifigs. We did a much better job and she fully converted to our side, but then she's in, you have to think, she's in there for eight hours a day, every

35:3435 minutes, 34 secondsday for like a month at this point after we brainwashed her. Of course, she's gonna get brainwashed back.

35:4035 minutes, 40 secondsSo, we tried doing the thing again. We ran it again where we're like, "Okay, another $100 to go into the middle of the woods. We'll brainwash you." We didn't say we're gonna brainwash you,

35:4835 minutes, 48 secondsbut we said like, "We're going to you're going to get to win a prize." You know, like you get the chance to win a prize.

35:5235 minutes, 52 secondsShe's coming back to the middle of the woods with us. And that's when she's closing the doors. He's like, "Wait, another another chance to win money." You know, and she's closing the doors.

36:0036 minutesAnd so, I think she turned on us. And then finally at the end of the video, uh obviously the store closes down and she's pissed off cuz she's like, "How am

36:0836 minutes, 8 secondsI going to make money?" So we actually offered her a job. We called her up and we're like, "Hey, we want to give you a job." Um no, we did. Uh one of the people that was like serving paper,

36:1636 minutes, 16 secondsshe's like, "Hey, we're hiring for a job right now." So we offered her a job.

36:1936 minutes, 19 secondsWe're like, "Hey, they're going to pay you a lot more than they pay you at Bricks and Miniigs." They were paying nothing at Bricks and Mini. I think she was getting $1,000 a month at Bricks and Minig.

36:2736 minutes, 27 secondsYeah.

36:2836 minutes, 28 secondsWorking fulltime getting that. That's nothing. Yeah. Yeah.

36:3136 minutes, 31 secondsAnd so that doesn't even pay rent, so she's going to like starve, I guess. Uh like for real, like I'm being dead serious. Uh I think she said her dad was

36:3936 minutes, 39 secondshelping her pay for food, but but like this job actually paid like a lot, you know? And so we called her like, "Hey, we'd love to offer you a new job." And she's like, "You guys got me

36:4836 minutes, 48 secondsfired the first time, so screw you guys." You know, and we're like, "We're just trying to help you out, you know, like." Okay. So the objective that

36:5536 minutes, 55 secondsAnd I don't think she's a bad person. I think she's just No, you have to think of it from the mind of someone. She spends eight hours a day in getting

37:0337 minutes, 3 secondsbricks and mini minigs propaganda brainwashed into her brain, you know?

37:0737 minutes, 7 secondsSo, it's like uh you have to think about if I was in Bricks and Minfigs, I would probably be just as adamant as her, if not more. You know what I mean? Like, if

37:1637 minutes, 16 secondsI was hearing Bricks and Minifigs propaganda for eight hours a day, every single day, I would probably be just the same as her. I would say this. Okay. So,

UC_8984482.1

37:24 37 minutes, 24 seconds the objective of this phone call if she picks up is to get her on her side, give her a job, and

37:32 37 minutes, 32 seconds we already tried that though. Look, let's just I feel like that's of course you already tried it, but like I haven't tried it. Should I just be quiet? Uh,

37:40 37 minutes, 40 seconds should we say I I think No, cuz we already did that. We should The Einstein said the definition of insanity is

37:48 37 minutes, 48 seconds trying the same thing twice and doing different expecting different results. I'm doing it.

37:52 37 minutes, 52 seconds If you do the same thing over and over again and expect different results definition of insanity, you are insane right now. I'm not insane. I haven't tried it.

37:59 37 minutes, 59 seconds Okay, I'm calling right now.

38:08 38 minutes, 8 seconds I'm going to stay quiet. I'm going to be quiet. Do you think she's going to answer?

38:14 38 minutes, 14 seconds I'm sorry. The person you were trying Nope.

38:17 38 minutes, 17 seconds I used to be in telemarketing. You just did. Did she block me? I tried to call her twice. Oh, never mind. We're good. You used to be in telemarketing. What?

38:26 38 minutes, 26 seconds Hello.

38:27 38 minutes, 27 seconds Hey, what's going on, Calonia? I don't know if you have my number saved, but this is Victor if you remember. Uh, we

38:34 38 minutes, 34 seconds went up I went up there with Ben and uh Yeah. What? What?

38:39 38 minutes, 39 seconds Hold wait, hold on a second. I just, you know, I just called you just to like talk. I understand from your side like there's a lot of stuff that happened,

38:47 38 minutes, 47 seconds but look, remember when we had that great time out in the woods when we just like, "Hey, you want to meet us out in the woods? That was awesome." What do you want?

38:57 38 minutes, 57 seconds Okay. Okay, fine. I'll get to the point.

39:01 39 minutes, 1 second I genuinely believe that you might have

39:08 39 minutes, 8 seconds got swayed on the wrong side. And first off, I don't even care anymore. I've already lost my job. I don't care.

39:15 39 minutes, 15 seconds This is over and done with. I don't want anything to do with this.

39:17 39 minutes, 17 seconds Hold on. Okay, I totally get it. It Look, we actually do want to help you actually though. So, like,

39:24 39 minutes, 24 seconds if you're if you lost your job, like we do want to help you out with monetary compensation. We We really do want to

39:32 39 minutes, 32 seconds like give you money for it. And like if you're like looking for another job, like maybe you can help us out with this this whole like uh video, this

39:40 39 minutes, 40 seconds documentary that we're making. And I know you don't give a [ __ ] about it and you just want to like basically make a living, right?

39:50 39 minutes, 50 seconds I want to be left alone is what I would like to be.

39:52 39 minutes, 52 seconds I'm done with this. I want to be left alone.

39:55 39 minutes, 55 seconds Okay, I will. Look, I if you want me to, I won't call you back. I won't text you or anything like that, but I do want to

40:01 40 minutes, 1 second let you know that we really are trying to do good for like this old man that's like lost his money, like genuinely. And

UC_8984482.1

40:1040 minutes, 10 secondsmaybe you don't care about it. It's whatever. But like I guess if you had to say like what's your take on it? Like why are you upset in general?

40:2140 minutes, 21 secondsBecause I lost my job.

40:2440 minutes, 24 secondsDo Do you need another job? Like maybe we can like get you a job that pays more. Like what what can we do to help you out?

40:3240 minutes, 32 secondsI loved my job and I understand that the corporation is shitty as [ __ ] but I loved my job and I loved everyone that

40:3940 minutes, 39 secondswas involved in the job, specifically the customers and my co-workers. Owner, don't care. Corporate, don't care. There

40:4640 minutes, 46 secondsis nothing you can do. There's nothing I would want you to do. I want out of this. Leave me alone. Okay, I will definitely leave you alone.

40:5540 minutes, 55 secondsIf we're fighting for something good and then they happen to close their store down, that means that like they're in the wrong though, wouldn't you say?

41:0441 minutes, 4 secondsYeah. No [ __ ] But I don't care cuz it is not my problem. Wait.

41:0841 minutes, 8 secondsSo, you know, they were doing wrong. But of course, they stole money from a [ __ ] old man apparently, which Sorry for sorry for the cuss word.

41:1741 minutes, 17 secondsUh he that I think he's fine. I think he's like Yeah. Everyone wanted him to get his money back. Everyone wanted him to get his Legos back. There is no one

41:2541 minutes, 25 secondsin my store who didn't want that to happen. It was corporate. I'm aware of that. I'm done with it. I don't work there. It is pissing me off. I'm done with it. I do not care.

41:3441 minutes, 34 secondsDang. See, that's what I told you. I think like we tried offering her a job at the new Lego store and she's like

41:4241 minutes, 42 secondsShe's like, I don't. So, she's like, I'm pissed off at you guys cuz you guys got my job taken away. So, we're like, okay, we'll get you a new job at a Lego store.

41:5041 minutes, 50 secondsAnd then, yeah, you're right. She just hung up with like right when you said that she just hung up. So obviously there's something more that she's not telling us. Dude, yeah. I don't know what it is.

41:5841 minutes, 58 secondsShe's very pissed off and I get it, but like we're literally just saying, "Hey, we can get you a job. Hey, guess what?

42:0542 minutes, 5 secondsOh, there's a [ __ ] Lego store right down the street." But maybe she doesn't believe it. Maybe she thinks we're trolling. Maybe she's And that's why I think that's why that's where I think the Bricks and

42:1342 minutes, 13 secondsBecause we're making videos about it and stuff. I feel like she thinks we're [ __ ] around. I think Bricks and Mini Figs is telling her, "Hey, these guys are coming in here to make fun of you,

42:2242 minutes, 22 secondseven though it's not our intent. Our intent is to make fun of maybe corporate, but Calonia didn't steal any of the Legos, so why would we make fun of Calonia?" Cuz she knows it in the wrong. That's

42:3042 minutes, 30 secondswhy I was freaking out. She's like, "Yeah, I know it's [ __ ] up. I know that it's a bad story." I'm like, "Then why the hell are you getting upset at me? Why the [ __ ] ] I get it you lost your

42:3942 minutes, 39 secondsjob, but why are you getting upset at me for I don't understand." And so, I think this is a good lesson of how brainwashing works, right? But that makes no goddamn sense.

42:4742 minutes, 47 secondsAnd that's making sense to me, bro.

42:4842 minutes, 48 secondsThat's what that's what that's what brainwashing is. Is you get people to believe in things that make no sense.

42:5442 minutes, 54 secondsScientology, they're forking over millions of their dollars to believe in an alien a science fiction writer wrote about. You can look it up online. He's a

43:0243 minutes, 2 secondsscience fiction writer. He writes makebelieve stories. This is a makebelieve story. It makes no sense.

43:0643 minutes, 6 secondsI just wanted to put this in plain English.

43:0843 minutes, 8 secondsYet yet they're brainwashed. And so you can turn so there's parts of our brain that are logic parts of our brain. And what brainwashing does is it turns off

43:1743 minutes, 17 secondsthat logic part in your brain. Kind of like when you're in a dream when you do so when you're dreaming that logic part gets turned off and things happen in

43:2543 minutes, 25 secondsyour dreams that make no sense. That's kind of what being brainwashed is like.

43:2943 minutes, 29 secondsAnd I think that might be the state Calonia's in right now is where she's in a dreamlike state. She's in a dream. And so obviously you're right, things aren't

43:3743 minutes, 37 secondsgoing to make sense. So, but she just said it in a person like just plain English. I get it. I get it. But just to put this in plain English, she literally

43:4543 minutes, 45 secondssaid, "I know my store is [ __ ] up. I know the owners are [ __ ] up. Everyone wants the old old man to have his money back, but you guys made me lose my job

43:5443 minutes, 54 secondsbecause of that." I'm like, "Well, I'm sorry, but [ __ ] them." I I'll say this.

43:5943 minutes, 59 secondsI had a dream a couple weeks ago where I was underwater breathing normally.

44:0444 minutes, 4 secondsThat makes no sense, but my brain believed it. That sounds crazier than what she just said in my opinion. I don't know. That sounds crazier than what she said.

44:1344 minutes, 13 secondsI I think so. Yeah. If I could just build I understand. I don't want to diminish what she's saying. I totally I think I think her brain has just been like I think that logic part.

44:2244 minutes, 22 secondsI totally get it. A group of guys went in here. They did some pranks and now I lost my job and now I can't like I love the people that work there. I loved like

44:3044 minutes, 30 secondsdoing my job and like I worked there for a long time. I totally get it. But it's like, you know, the place you're working at is [ __ ] up. Why would you want to work there?

44:4044 minutes, 40 secondsI don't know. That's just where Well, she said she loved the customers.

44:4344 minutes, 43 secondsThat's why That's why we That's why we offered the Lego job.

44:4544 minutes, 45 secondsLego job. Yeah. And then she uh So, that's what I'm saying. It's obviously not She's not pissed off about losing her job. There's There's more to the story, I think. I don't know what it is.

UC_8984482.1

44:54 44 minutes, 54 seconds And she doesn't obviously doesn't want to tell us, but yeah, we've had this conversation with her before. I We can clip it in maybe. But it's sad. But

45:02 45 minutes, 2 seconds maybe she'll watch this podcast and maybe maybe maybe maybe through this podcast we can rebrainwash her to believe Calonia if if you are watching this podcast.

45:09 45 minutes, 9 seconds The offer always stands. We will get you a job if you ever want to reach out. We will if if that truly is the problem we will fix that problem for you.

45:18 45 minutes, 18 seconds That was fun. I think maybe we should. We got to get going and say 59. Oh shoot. Yeah, we probably got to go. Shoot. I do want to do one more segment.

45:24 45 minutes, 24 seconds Anyways, this podcast has been sponsored by we steal from old people and you can visit us at we steal from oldpeople.com if you'd like to check out our business.

45:30 45 minutes, 30 seconds We have the best business in the whole world. Tell them, Victor.

45:32 45 minutes, 32 seconds Yes, it's amazing. We have t-shirts. We have sweaters. We have mugs. Um, anything else that you want?

45:38 45 minutes, 38 seconds My gum got stuck to my pants. Dude, I don't know if I can put this back.

45:41 45 minutes, 41 seconds No, you definitely can. You can still chew it here. A little ASMR at the same time as I tell them about the uh story. We steal from old people. Yeah.

45:48 45 minutes, 48 seconds Yeah, we stole from old people.com. We are a legitimate business.

45:51 45 minutes, 51 seconds It's a real business. It's not only just a legitimate business. It's the best business in the world.

45:54 45 minutes, 54 seconds Yeah, it's the best best business in the world. every single dollar that you spend is that much towards uh uh the foundation of our product.

46:03 46 minutes, 3 seconds We do very good business. Yes. That we stole from old people. We have some testimonials. Put the testimonials on the screen. Yeah. The first call to action. If anyone's a Utah criminal

46:10 46 minutes, 10 seconds defense lawyer out there, I definitely need you cuz I got arrested twice. And I think we can actually take bricks and minifigs, the entire corporation down.

46:17 46 minutes, 17 seconds So, if you're a lawyer that wants to help me take them completely down and you want to be on camera because I want to film this. I want like a lawyer that's going to be on camera. I will

46:25 46 minutes, 25 seconds definitely hire you. And all the money that we steal from old people makes, I'll put towards the lawyer next. Also, if you're a Bricks and Minifigs employee

46:33 46 minutes, 33 seconds and you like the video, you're like, "Oh, I want to help the cause." Uh, I could definitely use some undercover agents. So, if any Bricks and Minigs

46:40 46 minutes, 40 seconds employees wants to go undercover, also just if anyone in LA wants to go undercover, I have some crazy ideas to send some people undercover in Los Angeles.

46:48 46 minutes, 48 seconds Yeah, that's not only Yeah, that's only for this video, but for other videos, too. Like, there's a video that you're working on.

46:53 46 minutes, 53 seconds Yeah, I'm working on 12 videos right now. That's like all side by side. So that's why videos haven't come out cuz I'm working on some big projects right now. But

UC_8984482.1

47:0047 minutesif you want to do some good and help out humanity, I feel like that's that's such like a

47:0747 minutes, 7 secondspretentious you want to help out humanity. If you want to help out with a certain video, just hit up Ben and he'll tell you about it. If it resonates with you, great. If not, I guess enjoy it.

47:1947 minutes, 19 secondsProbably be in Los Angeles because that's where a lot of the videos are happening.

47:2247 minutes, 22 secondsYeah. Or you can fly out. Yeah. Um, anyways, uh, how should we end this?

47:3047 minutes, 30 secondsUh, should we like what's a good ending? Blink.

47:3447 minutes, 34 secondsA pop-up link. Okay, right here. Can we just cover all of it except just like our faces?

47:3847 minutes, 38 secondsNice. Anyways, this is my other channel that we just started. Hopefully you like the first video. And if you like the video, smash that subscribe button right here.

47:4947 minutes, 49 secondsWell, I think that was good. Yeah, that was good. Dang. I I think that was great, dude.

47:5647 minutes, 56 secondsNice. Should we Should we take the things off?

UC_8984482.1

# EXHIBIT F

5/23/26 YouTube Response

Will be delivered in its native format to the court on a labeled flash drive.

An unofficial, informal transcript of the content contained therein follows on the next page.

Bricks & Minifigs responded to my video

https://www.youtube.com/watch?v=bWg2bnAqW6k

Well, Bricks and Mini Figs officially responded to my Lego video we made about them and uh I haven't read it yet, but

0:08

8 seconds

someone just sent to me, so I was like, well, let's make a video about this.

0:11

11 seconds

This is not LEGO video part two. Part two is still on my Patreon if you want to check it out. patreon.com/recklessben.

0:17

17 seconds

This is just our response to Bricks and Minifigs response. Okay, should we pull it up? Actually, wait. Before we start the video, we got to talk about our sponsors. This video is sponsored by We

0:26

26 seconds

Steal from Old People, and you can visit us at www.reswe we steal from oldpeople.com. We're actually a we steal from old people's uh headquarters right now. Um we're in this is our office and we've been taking phone calls all day.

0:36

36 seconds

Give us a call.

0:37

37 seconds

We would love to steal from old people for you if you want.

0:39

39 seconds

Yeah. Yeah. Well, we we can't take credit for our business model. We're literally just stealing from Bricks and Minigs. They're the ones that thought of this genius business model. So, they get

0:47

47 seconds

all the credit for this. They posted this on their website. Let's see what they said. Over the past several months, many in our community have seen posts

0:55

55 seconds

and videos regarding a dispute involving the former Bricks and Miniigs location in Salem, Oregon. We understand the frustration and passion behind these discussions. Do they understand?

1:04

1 minute, 4 seconds

I don't think they fully understand.

1:06

1 minute, 6 seconds

Cuz when when I went to ask him about this, this was his response. What's going on?

1:10

1 minute, 10 seconds

So, you guys are holding some of our Legos? No, we're not. You're not?

1:14

1 minute, 14 seconds

No. Bricks and Mini Figs is built on a community of collectors and families who care deeply about fairness and that is a

1:22

1 minute, 22 seconds

value we share. Maybe Bricks and Miniigs just shares shows their care in a completely different way than most people do. And they show that care by

1:29

1 minute, 29 seconds

stealing from people. To be absolutely clear, Bricks and Minigs does not condone, tolerate, or participate in the

1:36

1 minute, 36 seconds

exploitation of anyone, especially older adults or vulnerable members of our community. I [ __ ] love that they just

1:44

1 minute, 44 seconds

specifically put especially older adults or vulnerable members of her community.

1:52

1 minute, 52 seconds

If they're not exploiting anyone, especially older adults, why are they stealing from older adults? That seems like a weird way to not exploit old adults.

2:00

2 minutes

Yeah.

2:00

2 minutes

When a complex business dispute is reduced to edited social media clips, critical facts are often lost. While we

2:07

2 minutes, 7 seconds

will not litigate this online, which they are currently doing, we want to clarify the core situation. Okay. So, so I see what they're saying.

2:16

2 minutes, 16 seconds

So, right now they're saying this is all a big misunderstanding. Ben has edited these clips to make us look bad, but

2:24

2 minutes, 24 seconds

we're not really bad. Now, for the rest of this article, we're going to share our side that Ben left out is what I'm assuming they're saying here, right?

2:32

2 minutes, 32 seconds

Sounds like it. Maybe we were wrong.

2:33

2 minutes, 33 seconds

Maybe Bricks and Miniigs is right and we should give them a chance to share their side of the story. So, let's let's let's see their side. So, it says, "The reality of the consignment claim. Much

2:42

2 minutes, 42 seconds

of the online narrative centers around a private consignment arrangement allegedly made by a former Salem store.

2:49

2 minutes, 49 seconds

It is vital to understand that Bricks and Miniigs corporate was not a party to this alleged agreement, nor were subsequent franchises who took the

2:57

2 minutes, 57 seconds

ownership of the Salem location after the former owners were removed. So, Bricks and Miniigs does have a point here. Uh, the previous owner, according

3:06

3 minutes, 6 seconds

to Bricks and Miniigs franchise agreement, they're not supposed to do consignments. They're supposed to buy the Legos and then sell them. So, I think the old owner broke the rules.

3:16

3 minutes, 16 seconds

However, this is this does not basically what this is called a what aboutism um is what they call it in politics.

3:23

3 minutes, 23 seconds

Basically, Bricks and Mini Figs is saying, "Well, to take the focus off the bad thing we did." Look, the previous owner also did something bad, too. So,

3:31

3 minutes, 31 seconds

because she did something bad, that makes I mean, it just makes both of them bad. It doesn't make them that this doesn't prove their innocence. They But

3:39

3 minutes, 39 seconds

we'll keep reading. Maybe I This is just the first paragraph. Corporate did not assign, approve, or authorize this arrangement,

3:47

3 minutes, 47 seconds

which is further proof of why they should not have the Legos in the store.

3:52

3 minutes, 52 seconds

If this is something that the brand doesn't do, if Bricks and Minigs doesn't do consignment deals, then they should just give the Legos back, right? There's no reason for these Legos to be in their

4:00

4 minutes

store, they didn't pay for them. They're not doing a business deal with Brian anymore, so just give them back. Easy solution. Franchises operate independent

4:08

4 minutes, 8 seconds

businesses. While they must follow system standards, the franchiser does not automatically inherit responsibility for private unauthorized agreements a

4:16

4 minutes, 16 seconds

local owner may enter into. This is basically corporate saying, "Hey, we can't control our our franchises, right?" And then, but the problem is is

4:24

4 minutes, 24 seconds

when you go to the franchises, they say, "Well, corporate told us to do this." Supposed to be getting a hold of corporate in the security camera footage.

4:31

4 minutes, 31 seconds

Corporate's the one taking over the store, seeking facts over narratives. Serious claims require serious evidence.

4:39

4 minutes, 39 seconds

I do agree. We both We both agree with that. Yes, we have repeatedly asked for the original documents and undoceded recordings that support these accusations.

4:48

4 minutes, 48 seconds

So you Yeah. Isn't that funny? Didn't we try to get the evidence over to you guys?

4:53

4 minutes, 53 seconds

Yeah. Didn't Did I remember that time when I had all the evidence in my hand and I walked into the store and I just

5:00

5 minutes

said, "Hey, here's all the evidence. I'm not judging you. Let's figure this out." And they What did they do?

5:06

5 minutes, 6 seconds

Can we have like a clip like playing right now?

5:08

5 minutes, 8 seconds

Yeah. Let's roll the clip. Well, so here's still all of the Lego sets you guys still have.

5:12

5 minutes, 12 seconds

I don't have anything to do with that and I don't want that.

5:16

5 minutes, 16 seconds

You can go ahead and leave and I'm going to ask you one more time since the last time. I do not want that. You're not handing me anything.

5:21

5 minutes, 21 seconds

I tried for a long time just to get her to look at this contract.

5:25

5 minutes, 25 seconds

Why do you think your friend would be entitled to our inventory? What's his? He owns the Legos. Huh? He doesn't own the Legos.

5:33

5 minutes, 33 seconds

Well, yeah, we have a contract. He He does own them.

5:36

5 minutes, 36 seconds

No, bro. Are you an idiot? Are you stupid?

5:39

5 minutes, 39 seconds

Uh, you Josh, the police the the police have showing up right now.

5:44

5 minutes, 44 seconds

Well, that was a good clip. I guess this clip is them begging for us to give them evidence, right? And that we were the

5:52

5 minutes, 52 seconds

ones that refused to give them the evidence.

5:53

5 minutes, 53 seconds

Makes no sense. They literally go, "We have repeatedly asked, okay, that's bullshit." Selective social media posts and investigative style videos are not a

6:02

6 minutes, 2 seconds

substitute for the complete records and legal agreements that govern the rights of all involved parties. Okay, let's put all the evidence right here. We got the consignment deal. We got the full

6:11

6 minutes, 11 seconds

inventory list that the Bricks and Miniig store made that shows which sets were sold, which sets are still in the store, and which sets Brian has not been

6:18

6 minutes, 18 seconds

paid for. This was an inventory list made by the store. Here's the security camera footage of corporate knowing there was a consignment deal.

6:25

6 minutes, 25 seconds

These are ones that haven't he has not been paid his percentage yet. And if I don't have the tickets, I won't know how much I need to pay him.

6:33

6 minutes, 33 seconds

That that's a business thing and not necessarily yours. If taking on the business, he kicks on all that sign.

6:40

6 minutes, 40 seconds

Here's all the metadata, timestamped pictures of the sets that were still in the store when the owner got kicked out.

6:45

6 minutes, 45 seconds

I I've printed all of this proof out and tried to give it to them and this was their response. You have to go ahead and leave now. Really?

6:52

6 minutes, 52 seconds

So, you can go ahead and leave now or I will call the police for harassment. Well, I'm not harassing you. No, you are. Wow, that was a really good clip.

7:00

7 minutes

Yeah, it shows exactly what they wanted, which was obviously to talk to you. If a legitimate claim exists, there are established legal and dispute resolution processes to handle it fairly.

7:11

7 minutes, 11 seconds

Attempting to force a business outcome through public pressure, especially on unrelated stores and employees, is not a productive or fair path forward.

7:20

7 minutes, 20 seconds

Basically, what they're saying is, "Let's figure this out the legal way." Oh, we did what he said. Actually, we did sue him and we won. And then they

7:28

7 minutes, 28 seconds

didn't like the legal way. Bricks and Minigs was the one who didn't want to do it the legal way. Do you know why? Why is that?

7:34

7 minutes, 34 seconds

Because this is what happened when we won. Dang it.

7:37

7 minutes, 37 seconds

They closed down their entire store because Bricks and Mini Figs did not want to do the legal way. Bricks and Mini Fig Stores is a private business with the right to protect their

7:45

7 minutes, 45 seconds

premises. We will continue to support our owners and prohibiting disruptive conduct or harassment. This is not about silencing criticism. It is about, oh, they're not trying to silence criticism.

7:56

7 minutes, 56 seconds

Now, I feel like Bricks and Minigs is doing whatever they can to silence criticism. And if you don't believe me, watch part two.

8:04

8 minutes, 4 seconds

Moving forward together, our position remains simple. Bricks and Mini Figs Corporate was not a party to the unauthorized Salem Consignment Agreement.

8:12

8 minutes, 12 seconds

Wait, wait, but they were a party in the theft of the Legos.

8:16

8 minutes, 16 seconds

Any legitimate claims should be resolved through the proper legal channels where facts can be eval can be evaluated fairly. And we already did that.

8:23

8 minutes, 23 seconds

Yep. Yep. Facts can be evaluated. We put all of the documents on the screen. We ask our fans and creators to consider the human impact of the content they

8:31

8 minutes, 31 seconds

share. Fairness is a two-way street. It requires looking at the full picture and respecting the rights of unrelated small

8:38

8 minutes, 38 seconds

business owners and their staff. I mean, shouldn't they care about people together? This doesn't say how they're moving forward. Moving forward should be let's give Brian his Legos back, right?

8:49

8 minutes, 49 seconds

Yeah. We love the Lego community and the creativity it fosters.

8:53

8 minutes, 53 seconds

Well, they're making the Lego community look really bad. So, uh, until they give Brian his Legos back, they're just going to keep making the Lego community look terrible.

9:01

9 minutes, 1 second

We thank those who have waited for the facts before accepting rumors as truth.

9:05

9 minutes, 5 seconds

I think what they're trying to say by this line is that they have the facts and we have the rumors, right? Cuz we're just trying to promote some narrative

9:13

9 minutes, 13 seconds

when they're the ones that have the facts. But if you look at the situation, it kind of seems like we're the ones that have the facts. I mean, we put all the facts up on the screens and he now has a narrative with no evidence.

9:24

9 minutes, 24 seconds

Yeah. Exactly. Literally just like four or five paragraphs with no evidence whatsoever. We thank those who have waited for the facts before accepting

9:33

9 minutes, 33 seconds

rumors as truth and who continue to support their local Bricks and Mini Figs franchise stores. Okay, here we go.

9:39

9 minutes, 39 seconds

Because this matter involves active legal issues, we will provide further updates only when it's appropriate and legally permissible to do so. So, this is what they're saying is like we're not

9:48

9 minutes, 48 seconds

going to respond again and they're saying it's because we can't legally do it. Their legal issues are with me. Like I've we've already been to court like I think three times. I can share my side.

9:57

9 minutes, 57 seconds

Why can't they share their side? And unless their side would get them in a lot of legal trouble and they could go to jail, I guess is why actually it

10:05

10 minutes, 5 seconds

makes sense now why they can't share their side.

10:08

10 minutes, 8 seconds

Bricks and Minigs is saying, "Yes, we have all of Brian's Legos in our store.

10:12

10 minutes, 12 seconds

No, we didn't pay for them, but we would." And their answer for that is we would never try to exploit an old man.

10:19

10 minutes, 19 seconds

But it seems like that's what they're doing. They're exploiting an old man.

10:22

10 minutes, 22 seconds

So, I think a better response would be explain why why do you have these Legos in your store without paying for them. That would be an explanation, right?

10:29

10 minutes, 29 seconds

Like that would be good. Um, but they won't be able to do that because what they would be doing is they're explaining what stealing is. And that's what Bricks and Minigs did. And

10:38

10 minutes, 38 seconds

especially not just stealing, but stealing from an old person, which is who Bricks and Minigs likes to steal from the most.

10:44

10 minutes, 44 seconds

There's also one more thing. So, there's this other guy. It's like there's a Lego store like a couple blocks. It's like literally like right down the street from Bricks and Minigs. It's called

10:52

10 minutes, 52 seconds

Bricks and Beyond. And this guy's getting a bunch of hate for my video cuz people are confusing his store with the Bricks and Minifig store. But the

11:00

11 minutes

problem is this guy runs like a super ethical Lego store. And should we should we give him a call right now? Actually, it's very similar in names. It is not related to bricks and mini figs at all.

11:10

11 minutes, 10 seconds

First off, do you enjoy stealing from old people?

11:14

11 minutes, 14 seconds

That is not what we do. Oh, see. So, uh, basically everyone that's giving you harassment then, uh, is basically mixing

11:22

11 minutes, 22 seconds

up the two stores is what you're saying essentially.

# EXHIBIT G

# EXHIBIT G



Choose a Store



# A NOTE TO OUR COMMUNITY ABOUT THE BRICKS & MINIFIGS® SALEM, OR STORE

by marketingteam | May 21, 2026 | Newsroom, Uncategorized

Over the past several months, many in our community have seen posts and videos regarding a dispute involving the former Bricks & Minifigs® location in Salem, Oregon. We understand the frustration and passion behind these discussions. Bricks & Minifigs is built on a community of collectors and families who care deeply about fairness, and that is a value we share.

**To be absolutely clear: Bricks & Minifigs does not condone, tolerate, or participate in the exploitation of anyone, especially older adults or vulnerable members of our community.** When a complex business dispute is reduced to edited social media clips, critical facts are often lost. While we will not litigate this online, we want to clarify the core situation.

## The Reality of the Consignment Claim

Much of the online narrative centers on a private consignment arrangement allegedly made at the former Salem store. It is vital to understand that Bricks & Minifigs Corporate (BAM Franchising, Inc.) was not a party to this alleged agreement, nor were subsequent franchisees who took on the ownership of the Salem location.

Corporate did not sign, approve, or authorize this arrangement. In fact, such consignment deals are expressly prohibited under our franchise agreements to protect both the brand and the community.

Franchisees operate independent businesses. While they must follow system standards, the franchisor does not automatically inherit responsibility for private, unauthorized agreements local owner may enter into.

Our current network of BAM stores consists entirely of independent, local small business owners who had absolutely nothing to do with this situation.

## Seeking Facts Over Narratives

Serious claims require serious evidence. We have repeatedly asked for the original documents and undoctored recordings that support these accusations. Selective social media posts and investigative-style videos are not a substitute for the complete records and legal agreements that govern the rights of all involved parties.

If a legitimate claim exists, there are established legal and dispute-resolution processes to handle it fairly. Attempting to force a business outcome through public pressure, especially on unrelated stores and employees, is not a productive or fair path forward.

## Protecting Our Stores and Staff

Our local franchise owners and their employees—many of whom are young people starting their first jobs—should not be targets of harassment for a dispute they did not create. We have seen a troubling rise in:

- Unauthorized filming and manufactured confrontations inside private stores.
- Direct threats and doxxing of local staff and their families.
- The disruption of the shopping experience for families and children.

Bricks & Minifigs stores are private businesses with a right to protect their premises. We will continue to support our owners in prohibiting disruptive conduct or harassment. This is not about silencing criticism; it is about ensuring a safe environment for everyone who walks through our doors.

## Moving Forward Together

Our position remains simple: Bricks & Minifigs Corporate was not a party to the unauthorized Salem consignment agreement. Any legitimate claims should be resolved through the proper legal channels, where facts can be evaluated fairly.

We ask our fans and creators to consider the human impact of the content they share. Fairness is a two-way street; it requires looking at the full picture and respecting the rights of unrelated small business owners and their staff.

We love the LEGO® community and the creativity it fosters. Our mission is to bring joy and creativity to the world through all things LEGO. As such, we will continue to operate with

integrity through the appropriate processes.  We thank those who have waited for the facts before accepting rumors as truth, and who continue to support their local Bricks & Minifigs franchise stores.

Because this matter involves active legal issues, we will provide further updates only when it is appropriate and legally permissible to do so.

Thank you for your continued support of our local stores.

## Recent Posts

A Note to Our Community about the Bricks & Minifigs® Salem, OR Store

Bricks & Minifigs® Launches Exclusive Customizable MOC Wall Clock and Nationwide Contest with Santoki, Distributor of LEGO® Licensed Products

Where to Donate Your Old LEGO® Sets: The Ultimate Guide

Mother's Day LEGO® Gift Guide

Top 10 Rarest Most Expensive LEGO® Star Wars™ Minifigs

## Categories

Blog

DIY & Tips

Events

Franchise

LEGO

LEGO Community

Newsroom

reimagine

reuse

sell

Stories

Uncategorized





## FRANCHISING

Home

Franchise Opportunities

Store Locator

Contact Us

FAQs

## ABOUT US

About Us

Newsroom

Blog

Creations

Privacy Policy

## JOIN OUR COMPANY NEWSLETTER

Join our Company Newsletter!

**Join our Company Newsletter!**

Copyright © 2011-2025 BAM Franchising, Inc.

LEGO® is a registered trademark of the LEGO® Group of companies which does not sponsor, authorize or endorse these programs or this web site.

Some LEGO® sets contain small parts that are NOT suitable for, and may pose a hazard to, children under 3 years of age. LEGO® DUPLO® sets have larger pieces which are specially designed for children under 3.

# EXHIBIT H

# EXHIBIT H

Website Screenshot

Found at the following link: https://westealfromoldpeople.com/



# EXHIBIT I

# EXHIBIT I

Incident Log

| Case # | Incident Date | Incident Time | Day of Week | Location of Incident | Description / Synopsis of Incident | Suspect Name (if known) | Staff Involved / Witnesses | Action Taken | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 25PR26279 | 12/11/2025 | 10:30 AM | Friday | 1036 S State St, Orem, UT 84097 | Witness had a conversation with a member of the suspect's cohort in which the cohort member revealed actions already taken and plans for future harassment and vandalization. | unknown | Adam Brimhall | Witness report given to investigating officer after the suspect and cohorts made an appearance at BAM Franchising corporate office. | Provo PD |
| 26AF01974 | 3/8/2026 | 1:03 PM | Sunday | 374 S Storrs Ave, American Fork UT 84003 | Suspect and his cohorts dressed up as a UPS delivery driver and left a package at the victim's home. | unknown | Josh Johnson | Police called, trespass ordered. | American Fork PD |
| 26PG01521 | 3/8/2026 | 7:55 PM | Sunday | 29 S 1630 W Pleasant Grove UT 84062 | Suspect and/or cohorts to the suspect made an appearance to the home of one of the victim's sister's house. Suspect(s) harassed the family. | unknown | Jessica Fonsebeck | Police called, trespass ordered. | Pleasant Grove PD |
| Sy26-10093 | 3/8/2026 | 5:58 PM | Sunday | 2100 E Creek Rd, Sandy UT 84093 | Suspect's cohorts dressed up as a UPS delivery driver and left a package at the victim's home. | unknown | Brandon Best | Police called, trespass ordered. | Sandy PD |
| 26AF02066 | 3/11/2026 | 3:48 PM | Wednesday | 374 S Storrs Ave, American Fork UT 84003 | Suspect and cohorts hung a defamatory banner in the victim's subdivision. | Ben Schneider et al | Josh Johnson | Police called, trespass ordered, harassment and stalking charges filed. | American Fork PD |

| Case # | Incident Date | Incident Time | Day of Week | Location of Incident | Description / Synopsis of Incident | Suspect Name (if known) | Staff Involved / Witnesses | Action Taken | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 26AF02033 | 3/10/2026 | 5:42 PM | Tuesday | 374 S Storrs Ave, American Fork UT 84003 | Suspect and cohort visited Josh Johnson's house to further harass and engage in content creation. | Ben Schneider et al | Josh Johnson | Police called, trespass ordered. Suspect arrested. | American Fork PD |
| 26AF2007 | 3/9/2026 | 7:04 PM | Monday | 374 S Storrs Ave, American Fork UT 84003 | A member of the suspect's cohort appeared at the home of Josh Johnson pretending to be a member of Josh's church congregation to lure him out of the house and harass/record him. | unknown | Josh Johnson | Police called, trespass ordered. | American Fork PD |
| SA352 | | | | 2100 E Creek Rd, Sandy UT 84093 | | | | Police called, trespass ordered. | Sandy PD |
| SJ26-7091 | 3/13/2026 | Unknown | Friday | 1086 S Jordan Pkwy W STE 105, South Jordan, UT 84095 | Ben Schneider and crew made an appearance at the Bricks & Minifigs South Jordan store, filming people and demanding statements and explanations out of the owner and their employees. | Ben Schneider | Jacob Johnson (South Jordan Bricks & Minifigs general manager) | Police called, trespass ordered. | South Jordan PD |
| KZP2402132 (SMS26-7318) | | Unknown | | 3670 River Rd N, Keizer, OR 97303 | Follow up with Keizer PD to see if Marion County Sheriff's Dept needs to take on the issue of the suspect filing false documents with Marion County | Ben Schneider | | Police called, incident reported | Keizer PD |
| KZP25-5441 | April 2025 | Unknown | Unknown | 3670 River Rd N, Keizer, OR 97303 | Ben Schneider made a visit to the Bricks and Minifigs Salem location to attempt to make good on falsified contracts that he then filed with Marion County. Additionally, the store | Ben Schneider & others | Brandon Best | Police called, incident reported | Keizer PD |

| Case # | Incident Date | Incident Time | Day of Week | Location of Incident | Description / Synopsis of Incident | Suspect Name (if known) | Staff Involved / Witnesses | Action Taken | Notes |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | was vandalized with banners and signs, and members of the suspect's cohort setting up a fictional giveaway from the Salem store and falsely claiming to be store staff members to the public. | | | | |
| 26OR04733 | 3/11/2026 | 1:51 PM | Wednesday | 658 S State St, Orem, UT 84058 | Suspect and cohort made an appearance at the Orem Bricks & Minifigs location. He attempted to defame BAM Corporate to customers before an employee kicked them out. | Ben Schneider & others | Zach Giles, Annie Bauer, Dom Bruce, Zach Waite (Orem store staff working that day). | Police called, incident reported, trespass ordered | Orem PD |

| Case # | Inciden | Inciden | Day | Location of | Description / Synopsis of Incident | Suspect | Staff Involved | Action Taken | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 25PR26279 | 12/11/2025 | 10:30 AM | Friday | 1036 S State St, Orem, UT 84097 | Witness had a conversation with a member of the suspect's cohort in which the cohort member revealed actions already taken and plans for future harassment and vandalization. | unknown | Adam Brimhall | Witness report given to investigating officer after the suspect and cohorts made an appearance at BAM Franchisings corporate office. | Provo PD |
| 26AF01974 | 3/8/2026 | 1:03 PM | Sunday | 374 S Storrs Ave, American Fork UT 84003 | Suspect and his cohorts dressed up as a UPS delivery driver and left a package at the victim's home. | unknown | Josh Johnson | Police called, trespass ordered. | American Fork PD |
| 26PG01521 | 3/8/2026 | 7:55 PM | Sunday | 29 S 1630 W Pleasant Grove UT 84062 | Suspect and/or cohorts to the suspect made an appearance to the home of one of the victim's sister's house. Suspect(s) harassed the family. | unknown | Jessica Fonsebeck | Police called, trespass ordered. | Pleasant Grove PD |
| Sy26-10093 | 3/8/2026 | 5:58 PM | Sunday | 2100 E Creek Rd, Sandy UT 84093 | Suspect's cohorts dressed up as a UPS delivery driver and left a package at the victim's home. | unknown | Brandon Best | Police called, trespass ordered. | Sandy PD |
| 26AF02066 | 3/11/2026 | 3:48 PM | Wednesday | 374 S Storrs Ave, American Fork UT 84003 | Suspect and cohorts hung a defamitory banner in the victim's subdivision. | Ben Schneider et al | Josh Johnson | Police called, trespass ordered, harassment and stalking charges filed. | American Fork PD |
| 26AF02033 | 3/10/2026 | 5:42 PM | Tuesday | 374 S Storrs Ave, American Fork UT 84003 | Suspect and cohort visited Josh Johnson's house to further harass and engage in content creation. | Ben Schneider et al | Josh Johnson | Police called, trespass ordered. Suspect arrested. | American Fork PD |
| 26AF2007 | 3/9/2026 | 7:04 PM | Monday | 374 S Storrs Ave, American Fork UT 84003 | A member of the suspect's cohort appeared at the home of Josh Johnson pretending to be a member of Josh's church congregation to lure him out of the house and harass/record him. | unknown | Josh Johnson | Police called, trespass ordered. | American Fork PD |
| SA352 | | | | 2100 E Creek Rd, Sandy UT 84093 | | | | Police called, trespass ordered. | Sandy PD |
| SJ26-7091 | 3/13/2026 | Unknown | Friday | 1086 S Jordan Pkwy W STE 105, South Jordan, UT 84095 | Ben Schneider and crew made an appearance at the Bricks & Minifigs South Jordan store, filming people and demanding statements and explanations out of the owner and their employees. | Ben Schneider | Jacob Johnson (South Jordan Bricks & Minifigs general manager) | Police called, trespass ordered. | South Jordan PD |
| KZP2402132 (SMS26-7318) | | Unknown | | 3670 River Rd N, Keizer, OR 97303 | Follow up with Keizer PD to see if Marion County Sheriff's Dept needs to take on the issue of the suspect filing false documents with Marion County | Ben Schneider | | Police called, incident reported | Keizer PD |
| KZP25-5441 | April 2025 | Unknown | Unknown | 3670 River Rd N, Keizer, OR 97303 | Ben Schneider made a visit to te Bricks and Minifigs Salem location to attempt to make good on falsified contracts that he then filed with Marion County. Additionallythe store was vanalized with banners and signs, and members of the suspect's cohort setting up a fictionaly giveaway fromn the Salem store and falsely claiming to be store staff members to the public. | Ben Schneider & others | Brandon Best | Police called, incident reported | Keizer PD |
| 26OR04733 | 3/11/2026 | 1:51 PM | Wednesday | 658 S State St, Orem, UT 84058 | Suspect and cohort made an appearance at the Orem Bricks & Minifigs location. He attempted to defame BAM Corporate to customers before an employee kicked them out. | Ben Schneider & others | Zach Giles, Annie Bauer, Dom Bruce, Zach Waite (Orem store staff working that day). | Police called, incident reported, trespass ordered | Orem PD |

**Case #** **Image**
26AF02033

 



**ideo**
tps://youtube.com/shorts/ebMHWUw5GX0

tps://youtube.com/shorts/ROCJRV46Qew

**Case #**    **Image**
KZ25-5441





<--- Forged Signature of Amanda Baker (top signature)





**Case #**    **Image**

26OR04733



**Video**

https://youtube.com/shorts/6Ke-WikG86Y

**Case #**    **Image**
26AF01974

   

**Case #**    **Image**

SA352

 



**Case #**    **Image**

26AF2007






**Case #** **Image**

SJ26-7091

 

**Case #**    **Image**

26AF02066



# EXHIBIT J

# EXHIBIT J

| | |
|---|---|
| **From:** | Bricks & Minifigs Corporate |
| **To:** | Ben Schneider; recklessben12323@gmail.com |
| **Bcc:** | nicole@nrprgroup.com; Nash, Wm. Kelly; Matt McNeff; Shane Olsen |
| **Subject:** | Re: Bricks & Minifigs "Missing legos" |

To:

Benjamin Paul Schneider

5013 Marathon St., Los Angeles, CA 90029

513-284-2938

From:

BAM Franchising, Inc. ("BAM")

Subject: **Notice of Trespass, Harassment, and Prohibition from Bricks & Minifigs Locations**

Mr. Schneider,

This letter serves as **formal written notice** that you are **not authorized to enter, remain upon, or return to any Bricks & Minifigs retail location, office, or affiliated property** operated by BAM Franchising, Inc. or any of its franchise owners.

Over the past several weeks, BAM and multiple independently owned Bricks & Minifigs franchise locations have received reports that you have appeared at store locations and engaged in conduct including, but not limited to:

- Entering stores while filming or attempting to film without permission

- Approaching employees and franchise owners regarding matters related or unrelated to store operations

- Recording inside and remaining in stores despite being asked not to do so

- Confronting, stalking, harassing, manipulating or questioning staff members in a manner that disrupts normal business operations

- Attempting to gather video or audio recordings for purposes unrelated to any legitimate business of the store

- Creating a public nuisance

These activities have caused disruption to store operations, interfered with operations, created a public nuisance, intimidated employees and have created legitimate concerns for the safety and wellbeing of store employees and customers.  We understand you (and/or your associates or

affiliates) have been arrested in connection with your stalking and other misconduct and that criminal charges have been or are being filed against you.  Civil claims also exist and may hereafter be asserted as well.

Bricks & Minifigs retail locations are **privately owned businesses operating on private property**. Store owners and operators retain the legal right to control access to their premises and to enforce reasonable rules governing conduct while on those premises. This includes the right to prohibit unauthorized filming, disruptive conduct, harassment or intimidation of employees or customers, or any activity that interferes with normal business operations.

Based on the repeated conduct reported to us, and in order to protect the safety and operations of our franchise locations, **you are hereby formally directed to cease and desist from entering or remaining on the premises of any Bricks & Minifigs location for any purpose whatsoever.** This prohibition applies to **all Bricks & Minifigs stores and facilities**, including both corporate-owned and independently owned franchise locations.

Without limitation, you are specifically prohibited from:

- Trespassing by entering or otherwise accessing any Bricks & Minifigs retail store or business premises, including walkways, set backs, parking areas, driveways, etc. for any purpose

- Filming, recording, livestreaming, or otherwise capturing video or audio inside or outside of any store location

- Attempting to question, interview, stalk, harass, or confront store employees, franchise owners, customers, or vendors

- Gathering video, audio, or other materials inside or outside of store premises

- Attempting to access store locations indirectly through associates, collaborators, or third parties acting on your behalf

- Creating or causing a public nuisance, disrupting the peace, and/or interfering with Bricks & Minifigs economic relations, including its relationships with employees, customers, or vendors

Any appearance by you at a Bricks & Minifigs location after receipt of this notice will be treated as **unauthorized entry onto and trespass respecting private property**. Store owners and employees have been instructed that if you enter or remain on their premises after this notice, **local law enforcement will be contacted immediately and the matter will be handled accordingly under applicable trespass, harassment, or other applicable criminal or civil laws.**

On Thu, Dec 18, 2025 at 10:05 AM Bricks & Minifigs Corporate
<franchise@bricksandminifigs.com> wrote:

> Mr. Schneider,
>
> Thank you for your follow-up. As previously communicated, BAM Franchising, Inc. does
> not discuss active legal matters or matters involving third-party claims with individuals
> who are not directly involved or legally authorized to represent a party in the dispute.
>
> We are aware that Mr. Mansell previously engaged legal representation regarding this
> issue, and as such, **all further correspondence related to this matter must be
> directed through legal counsel**. We have not received any documentation from Mr.
> Mansell or his attorney indicating a withdrawal of representation. Until such formal notice
> is provided, we will not be responding to inquiries outside of proper legal channels.
>
> Additionally, please be advised:
>
> - You have not provided any legal basis or authority entitling you to request or
>   receive documentation pertaining to this matter.
>
> - BAM Franchising, Inc. will not participate in any form of communication that
>   appears designed for public provocation, harassment, or manipulation of facts for
>   the purpose of media content.
>
> - Attempts to obtain privileged or confidential information through misrepresentation
>   or the creation of fraudulent documents may constitute **criminal misconduct**, and
>   we reserve all rights to refer such behavior to appropriate legal authorities.
>
> Should you believe you are entitled to any specific information under applicable law, we
> suggest that you pursue such requests through formal and lawful legal procedures.
>
> This will serve as our final response to your inquiry unless we are contacted by duly
> retained legal counsel representing a **party of standing**.
>
>
> On Sun, Dec 14, 2025 at 5:15 PM Ben Schneider <bschneider139@gmail.com> wrote:
>> Hello just following up on this

On Thu, Dec 11, 2025 at 2:36 PM Ben Schneider <bschneider139@gmail.com> wrote:
Hello, I spoke to someone yesterday at bricks and minifigs corporate headquarters, and the man said that he would be happy to email myself and Bryan Mancell the inventory list that was taken after the keizer bricks and minifigs store was seized.  I think this is all Bryan wanted all along.  if you could please reply with the inventory list attached, that would be greatly appreciated. Thanks! Ben

On Wed, Dec 10, 2025 at 11:07 AM Ben Schneider <bschneider139@gmail.com> wrote:

---------- Forwarded message ---------
From: **Ben Schneider** <bschneider139@gmail.com>
Date: Tue, Oct 28, 2025 at 7:40 PM
Subject: Re: Bricks & Minifigs "Missing legos"
To: Franchise Business Coach Team <fbc.team@bricksandminifigs.com>

Hello, I don't think this ever got resolved. I'm just reaching back out right now!

On Wed, Oct 22, 2025 at 9:02 AM Franchise Business Coach Team <fbc.team@bricksandminifigs.com> wrote:

> Hello Ben,
>
> You have reached the corporate email for the Bricks & Minifigs franchising office. Thank you for reaching out to us. I will pass your message to the management team so they can review this situation with the owners of Keizer store. If the owners aren't able to resolve this situation with you within the next few days, feel free to reach back to us.
>
> Thank you,
>
> The Bricks & Minifigs Support Team

On Monday, October 20, 2025 at 5:38:08 PM UTC-6 Ben schneider wrote:
Name: Ben schneider
Email: bschneider139@gmail.com
Subject: Missing legos

Message Body:
Hello, the bricks and minifigs in Keizer has about $10,000 of my legos in their store, and has been telling me every day for the last month that they're going to give me back the legos tomorrow, but they can't give it back to me because cooperate is taking a long time making a contract? I'm confused why I need a contact from cooperate to receive my own legos that I own? If you could email me back, that would be awesome! And let me know if you would like to get on a

phone call.

--
This e-mail was sent from a contact form on Bricks &amp; Minifigs
([https://bricksandminifigs.com](https://bricksandminifigs.com))

--

**Ammon McNeff**
**Matt McNeff**
**Reed Brimhall**

--

**Ammon McNeff**
**Matt McNeff**
**Reed Brimhall**

# EXHIBIT K

# EXHIBIT K



Bricks & Minifigs "give them back."    1 view    Legal_Issues  X                    Subscribe ☐

Samuel Joseph Richardson  <unit.support.team@bricksandminifigs.com>        May 21, 2026, 4:47:49 PM (yesterday)  ☆  ↩  ⋮
to unit.support.team@bricksandminifigs.com

Name: Samuel Joseph Richardson
Email: samtheman313@hotmail.com
Subject: give them back

Message Body:
give the family there stuff back you fucking scumbags we wont stop till its all returned!

This e-mail was sent from a contact form on Bricks &amp; Minifigs (https://bricksandminifigs.com)

[Reply all]    [Reply to author]    [Forward]



Bricks & Minifigs "Stealing from Old People"    4 views    Legal_Issues  X            Subscribe ☐

Kiley  <unit.support.team@bricksandminifigs.com>        May 21, 2026, 1:26:52 PM (yesterday)  ☆  ↩  ⋮
to unit.support.team@bricksandminifigs.com

Name: Kiley
Email: updixek1@gmail.com
Subject: Stealing from Old People

Message Body:
So, why did y'all feel like it was necessary to steal from an old man going through medical issues? You're all gross and I'll make sure to never, ever step foot in your shop and I'll also make sure to never, ever recommend you :) i work in a used book store that also sells legos, I absolutely can and will bad-mouth you to any and everyone that asks.

Regards from Ben!

This e-mail was sent from a contact form on Bricks &amp; Minifigs (https://bricksandminifigs.com)

[Reply all]    [Reply to author]    [Forward]



[Unit Support Team] Bricks & Minifigs "WHY DO YOU STEAL"  ⋗   Inbox ×            🖨  ⬈

Michael Andersen                                2:01 AM (7 hours ago)  ☆  ☺  ↩  ⋮
to unit.support.team ▾

Name: Michael Andersen
Email: mga@outlook.dk
Subject: WHY DO YOU STEAL

Message Body:
STOP STEALING AND HAND IT BACK TO MANSELL OR I WE WILL START BURNING YOUR STORES AND HEADQUARTER DOWN! FUCK YOU NASTY FUCKS, HOPE YOUR FAMILY GETS CANCER

--

This e-mail was sent from a contact form on Bricks &amp; Minifigs (https://bricksandminifigs.com)

--

You received this message because you are subscribed to the Google Groups "Franchise Business Coach Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to fbc.team+unsubscribe@bricksandminifigs.com
To view this discussion visit https://groups.google.com/a/bricksandminifigs.com/d/msgid/fbc.team/20260526080126.e04bba32899e7591%40mtx-wcf.bricksandminifigs.com

[↩ Reply]    [↩ Reply all]    [→ Forward]    ☺    [💬 Share in chat]

May 21, 2026, 3:12 PM



**[Unit Support Team] Bricks & Minifigs "Would be a shame if your office got messed with"**  Inbox ×

**Thief lover**                                    3:12 PM (2 minutes ago)
to unit.support.team ▾

Name: Thief lover
Email: fuckyourselvs@youclowns.com
Subject: Would be a shame if your office got messed with

Message Body:
I got a corporation with Frenchie's and our specialty is messing your shit right up. Would be a shame if you fuckers got a visit from one of my Frenchies owners because I just can control what they do on the Frenchies level. I heard they leave the place quite messy. Hope your dickhead ceo is a strong boy

--
This e-mail was sent from a contact form on Bricks &amp; Minifigs (https://bricksandminifigs.com)

--
You received this message because you are subscribed to the Google Groups "Franchise Business Coach Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to fbc.team+unsubscribe@bricksandminifigs.com
To view this discussion visit https://groups.google.com/a/bricksandminifigs.com/d/msgid/fbc.team/20260521211208.4ec97657d21c01a4%40mtx-wcf.bricksandminifigs.com.

↩ Reply    ↩ Reply all    → Forward    ☐ Share in chat

May 21, 2026, 12:26 PM

**[Unit Support Team] Bricks & Minifigs "You guys are fucked"**  Inbox ×

**Your CEO is a dickgead**                          12:26 PM (2 hours ago)
to unit.support.team ▾

Name: Your CEO is a dickgead
Email: clown@fuckyourself.com
Subject: You guys are fucked

Message Body:
I will be mailing you guys some explosive Lego sets. Super hot items, so hot the about to go boom. Your CEO has 2 days to step down before random stores gonna get fun packages. You been warned fuckos

--
This e-mail was sent from a contact form on Bricks &amp; Minifigs (https://bricksandminifigs.com)

--
You received this message because you are subscribed to the Google Groups "Franchise Business Coach Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to fbc.team+unsubscribe@bricksandminifigs.com
To view this discussion visit https://groups.google.com/a/bricksandminifigs.com/d/msgid/fbc.team/20260521182639.5ebf76deb8dcdb46%40mtx-wcf.bricksandminifigs.com.

↩ Reply    ↩ Reply all    → Forward    ☐ Share in chat

**[Unit Support Team] Bricks & Minifigs "You Guys Are Dirty Fucking Niggers and Should Be The Victim of a Genocide"**  Inbox ×

**Joseph Smith's 9 Year Old Wife**                  Sun, May 24, 11:37 PM (2 days ago)
to unit.support.team ▾

Name: Joseph Smith's 9 Year Old Wife
Email: allmormonsaredirtyfetchniggers.mormongenocide@yahoo.com
Subject: You Guys Are Dirty Fucking Niggers and Should Be The Victim of a Genocide

Message Body:
Joseph Smith was a dirty fucking schizo pedophile. I hope all of you stub-cocked fagboys die of aids. Corporate will make this right, or Provo becomes Kiev. I will deglove all of you stupid scumbag niggers with a salad fork.

Until we meet,
MORMONRAPER

--
This e-mail was sent from a contact form on Bricks &amp; Minifigs (https://bricksandminifigs.com)

--
You received this message because you are subscribed to the Google Groups "Franchise Business Coach Team" group.
To unsubscribe from this group and stop receiving emails from it, send an email to fbc.team+unsubscribe@bricksandminifigs.com
To view this discussion visit https://groups.google.com/a/bricksandminifigs.com/d/msgid/fbc.team/20260525053714.9a7b9813580b3f2e%40mtx-wcf.bricksandminifigs.com



**Ammon McNeff <a.mcneff@bamfranchising.com>**

---

## Fwd: Bricks & Minifigs Fuck Around, Find Out
1 message

---

**Bricks & Minifigs Orem** <orem.ut@bricksandminifigs.com>       Tue, May 26, 2026 at 10:59 AM
To: Legal Team <legal.team@bricksandminifigs.com>

---------- Forwarded message ---------
From: **Give Them Back** <orem@bricksandminifigs.com>
Date: Mon, May 25, 2026 at 1:38 AM
Subject: Bricks & Minifigs Fuck Around, Find Out
To: <orem@bricksandminifigs.com>

From: Give Them Back <AmmonMcNigger@gnail.com>
Subject: Fuck Around, Find Out

Message Body:
Ammon. I will say this only one time.

Apologize for defrauding a vulnerable person, and give them the money.

I don't care about the law. I don't care about your lawyers. I have a very real way of handling real criminals, and you are a real criminal.

I'll be watching the news. Pay every dollar.. I will not contact you again, this is the only opportunity you get.

--
This e-mail was sent from a contact form on Bricks &amp; Minifigs (https://bricksandminifigs.com/orem-ut)



















i'm hoping this post doesn't get removed because the family deserves their hard earned collection back

edit: context
https://youtube.com/shorts/BGT412CuStk?si=EkCbz5UdUbHoYkpt

⬆ 218 ⬇   💬 40                                      ⚑  ↪

⊖ **subaru_usa** Promoted                                      ⋮
Built for all kinds of adventure. The 2026 Subaru    [OUTBACK]

⊖ **subaru_usa** Promoted                                      ⋮
Built for all kinds of adventure. The 2026 Subaru    [OUTBACK]
Outback Wilderness. Love of adventure, elevated.

subaru.com                                      **Learn More**

🟢 **AutoModerator** ⬢ App **MOD** · 1d · Our discord lowkey sucks! …

**Share**



The police interactions shown in the Reckless Ben investigation involving American Fork PD raised serious concerns for me about possible misconduct, abuse of authority, and lack of accountability. I believe the incidents shown deserve a real independent investigation and public transparency. Official public contact channels: Utah AG: attorneygeneral.utah.gov American Fork PD: americanfork.gov Utah POST: post.utah.gov

                                      ↩ Reply   🔖   ⬆ 78 ⬇

**Share**

YES I full heartedly agree

                              ⋮   ↩   🔖   ⬆ 5 ⬇

🟣 **Suspicious-Limit-220** 20h · Edited
I just watched the video and it's insane.

The cops completely disregarding the law and being insanely biased towards the business was so upsetting.

**Share**

doomscrolling for 2 minutes.

The 2nd video on his Patreon is even crazier amounts of corruption

                              ⋮   ↩   🔖   ⬆ 3 ⬇

🤖 **TheWillDC** 14h
Drop the email rq and I'll happily help in any way I can

                              ⋮   ↩   🔖   ⬆ 1 ⬇

**Share**

Bet the email for the Utah governor is uag@agutah.gov

Right now he posted on patreon that he needs help from a YouTube rep and tons of people are trying to get big content creators like moistcritikal to shine more light on this or trying to get YouTube's attention via twitter as that's the only result wya for Ben to get a rep.

If you watch any YouTubers like that and wanna help while you're just chilling watching YouTube see if you can pop



















**From:** Bricks & Minifigs Pocket Sacramento
**To:** Matt McNeff
**Cc:** legal@bricksandminifigs.com; Ammon McNeff
**Subject:** Re: Just Received a credible threat
**Date:** Monday, May 25, 2026 11:52:37 AM

So far, another call this morning. No threats from this user, but definitely defaiming to corporate in general, and Ammon specifically.

Phone number: (209) 981-227

Shows as a Verizon Cell phone linked to one Carol Bailey, but another male voice on the call. In this case, they first asked about buying policies. I gave my standard spiel about "make an appointment, I calculate what they are likely to sell for, I pay out 40+% in cash, closer to 60% in store credit if in flawless condition." They then started talking about how Corporate lies, Corporate steals, and we should really violate our agreement or "that Ammon con man will steal your life savings too". He said he was instructed to "... make sure all stores and all customers know that none of the contracts are valid and the fraud will stop."



**Heather and Dylan**
 **Brick Builders**
pocketsacramento.ca@bricksandminifigs.com
https://bricksandminifigs.com/pocketsacramento
ca/
7485 Rush River Dr., Ste 720
Sacramento, CA 95831
916-623-5896

On Sun, May 24, 2026 at 3:16 PM Bricks & Minifigs Pocket Sacramento <pocketsacramento.ca@bricksandminifigs.com> wrote:

 And more reviews. Now they are promoting this Ben idiot on the reviews



**Heather and Dylan**
 **Brick Builders**
pocketsacramento.ca@bricksandminifigs.com
https://bricksandminifigs.com/pocketsacramento
ca/
7485 Rush River Dr., Ste 720
Sacramento, CA 95831
916-623-5896

On Sat, May 23, 2026 at 8:40 PM Bricks & Minifigs Pocket Sacramento <pocketsacramento.ca@bricksandminifigs.com> wrote:

I did some further research on the phone number and the woman attached to it. I think I found the actual perpetrator of the call.

Daniel James Stuckenberg is associated with the registered owner, and his last known address is in Atascadero CA. Too far to actually come to our store, but he has put his face and voice all over videos of his knife making and the voice and diction both match what my staff member and I heared through the phone. There are very limited records of Daniel outside of his significant online presence,

indicating <mark>he is at least a candidate to try and pull some vigilante crap on a borrowed family cell phone over this long weekend.</mark>

The registered owner of the phone number is Siobhan Meghan Stuckenberg, and it appears that she and Daniel are likely siblings, children of a James Arthur Stuckenberg, though the family appears to be larger and more spread out than just the three of them. Siobhan has had some significant moving about, bankruptcy, and forclosures in her past, but I can't tie her name directly to Ben Ben Schneider, Chrystal Law-Gorman, or any of the known names in this entire situation.

Direct ties, or just inspired by the hate campaign, either way it is unacceptable. I <mark>would greatly prefer that things become extremely uncomfortable for them because our VOIP system is pretty good at uncovering if the call is being spoofed.</mark> Not perfect, but there's a high probability it originated from the cell phone Siobhan registered, but the caller was definitely male and with the same tenor as Daniel. I wish California allowed 1 party recording...



**Heather and Dylan**
 **Brick Builders**
pocketsacramento.ca@bricksandminifigs.com
https://bricksandminifigs.com/pocketsacramen
ca/
7485 Rush River Dr., Ste 720
Sacramento, CA 95831
916-623-5896

On Sat, May 23, 2026 at 7:26 PM Bricks & Minifigs Pocket Sacramento
<pocketsacramento.ca@bricksandminifigs.com> wrote:
> Yes. They have it on file, but are unable to act unless any part of the threat is followed through on, or any of the other agencies investigating the harassment contact them to connect it to the greater situation.



**Heather and Dylan**
 **Brick Builders**
pocketsacramento.ca@bricksandminifigs.com
https://bricksandminifigs.com/pocketsacramen
ca/
7485 Rush River Dr., Ste 720
Sacramento, CA 95831
916-623-5896

On Sat, May 23, 2026, 6:20 PM Matt McNeff <m.mcneff@bricksandminifigs.com> wrote:
> Did you give police the phone number too?
>
> On Sat, May 23, 2026 at 7:19 PM Bricks & Minifigs Pocket Sacramento
> <pocketsacramento.ca@bricksandminifigs.com> wrote:
>> From phone number (417) 529-1199
>>
>> At 5:59 Pacific, we received a call from a man who refused to identify himself asking for a manager. Staff member Josh answered and put him on hold while I (Dylan Anderson writing) was finishing up a buy. <mark>Three minutes in, I was able to answer and he started yelling about</mark>

stealing from old folks. He claims he is going to be bringing down "a group of friends" within the hour to "Fix it" or make sure our store can no longer operate.

The police have been notified, and are on standby incase anyone does show up. All staff has read the guidelines previously put out, but I will not allow any potentially violent people to be in my store. My quick background on the phone number shows Siobhan Meghan Stuckenberg as the registered owner of the phone, but it was definitely a male voice, with tone and timber consistent with 30's or 40's. Please advise.



**Heather and Dylan**
 **Brick Builders**
pocketsacramento.ca@bricksandminifigs.com
https://bricksandminifigs.com/pocketsacramen
ca/
7485 Rush River Dr., Ste 720
Sacramento, CA 95831
916-623-5896





1:14

reddit.com/r/Reck    47

Most mem…    Ask    Open App

← Return to Search Results

r/RecklessBen  23h ago
thinknoodlz    •••

## More info about the video

The department that illegally arrested Ben was the American Fork Police Department. Their non-emergency phone number to make complaints are (801-763-3020)

Joshua Johnson (Person who got them all arrested falsely and Bricks and Minifigs Employee): Address - 374 S Storrs Ave, American Fork, Utah

Brandon Best (Store Owner) LinkedIn - https://www.linkedin.com/in/brandon-best-55863624/ Address - 2100 E Creek Rd, Sandy, UT

(All of this is public information. I don't condone any violence or anything illegal.)

⬆ 46 ⬇ · 💬 20



W8tLifrN00b · 19h ago

Okay, guys. Don't go harassing these people, it might not bode well for Ben. I think the complaints line is okay to make your voices heard as "concerned citizens," but don't flood





**Bricks & Minifigs Corporate <franchise@bricksandminifigs.com>**

## Diet Scientologists steal lego from elderly man

1 message

**Shawn Bosley** <shawnbosley1013@gmail.com>                    Tue, May 26, 2026 at 3:59 AM
To: franchise@bricksandminifigs.com

Now the world thinks you are controlled by a <mark>bunch of mormons (Diet Scientologists),</mark> the name of your business is <mark>tainted.</mark>
<mark>Someone needs to grab some internal data and bring it forward, help burn down the company down.</mark>



**Ammon McNeff <a.mcneff@bamfranchising.com>**

## Weirdo Cult Members
1 message

**Mark Marcus** <scrumptiousbanana369@gmail.com>                    Tue, May 26, 2026 at 8:08 PM
To: ammonm@bricksandminifigs.com

So let me get this straight. You all are bunch of inbred mormon cult members. NOW it all makes sense! You guys are all actually retarded!

I kind of feel a bit bad for you now, having such inferior intelligence and genetics, and believing that nonsensical delusional bullshit.

Either way you still suck and we all hate you and want to watch you sob like the little bitch that you are.

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>          Plaintiffs,<br><br>     vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>          Defendants. | ***EX PARTE***<br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**(Tier 3)**<br><br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

UC_8986519.1

**Request for Emergency Relief and Basis for Relief**

Pursuant to Utah R. Civ. P. 65A, Plaintiffs BAM Franchising, Inc. ("**BAM**"), Ammon McNeff ("**Ammon**"), Matthew McNeff ("**Matthew**"), Josh Johnson ("**Josh**"), Brandon Best ("**Brandon**") and Baker Bricks, LLC ("**Baker**") dba Salem-Baker Bricks, Inc. ("**Baker Salem**") (collectively, "**Plaintiffs**"), through counsel, respectfully submit this *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**") seeking injunctive relief regarding the ongoing conspiratorial, intentional and malicious racketeering and associated unlawful activities and misconduct of co-Defendants.

Co-Defendants include Benjamin Paul Schneider ("**Schneider**") and Reckless Ben LLC ("**Reckless Ben**"), Victor Nguyen ("**Victor**") and unknown members of this collective and so-called **Schneider Group** (i.e., including Schneider's agents, employees, contractors, affiliates and possibly DOES 1-15) and Bryan Mansell ("**Bryan**").

The misconduct relates primarily to co-Defendants' formation of an "Enterprise" prohibited under Utah's little RICO statute and their associated campaign of unlawful acts, including extortion, defamation, harassment, stalking, nuisance, trespass, interference and other deceptive and improper conduct from December of 2024 to the date hereof. To achieve the extortionistic and other objectives of the Enterprise, co-Defendants conspired to and engaged in multiple episodes of unlawful activities in furtherance of the Enterprise. This included co-Defendants and their various agents' direct and/or indirect:

A. publication of false, defamatory and disparaging images, content and statements falsely stating Plaintiffs committed criminal theft, elder exploitation and deceit as part

2

of co-Defendants' campaign to extort monies from and destroy business and personal interests of Plaintiffs';

B.  engagement in a coordinated campaign of extortion, threats, illegal acts, harassment, nuisance and intimidation targeting Plaintiffs, their franchisees, owners/executives, employees and their families at corporate headquarters, franchisee stores and private residences across multiple states;

C.  assertion and incitement of death, bomb and other threats of physical violence and related unlawful activities against Plaintiffs;

D.  repeated trespass upon, and defacing and destruction of property; and

E.  interference with economic relations of Plaintiffs.

While each cause of action stands on its own (i.e., independent of the primary RICO claims), all of co-Defendants' unlawful conduct has been and continues to be malicious, intentional (and/or in reckless disregard of the truth) and purposed to cause, and has caused "**immediate and irreparable injury, harm, destruction and damage**" to Plaintiffs and their businesses, reputations and safety.  The record evidences:

**1)** that in the absence of injunctive relief immediate and irreparable injury, harm, destruction and damage to Plaintiffs and their businesses, reputations and safety will continue to occur,

**2)** that Plaintiffs' have a substantial likelihood of success on the merits of each cause of action or there is an existence of serious issues of fact/law,

**3)** that any nominal injury/inconvenience to co-Defendants is significantly outweighed by the injury, harm and prejudice to Plaintiffs, and

3

UC_8986519.1

**4)** that public interests favor injunctive relief under the circumstances herein.

## Background

BAM is the franchisor of the "Bricks & Minifigs" franchise system, which operates franchised retail stores (i.e., such as granted by BAM in writing to Josh, Brandon and Baker Salem) throughout the United States, which specialize in the purchase, sale and trade of LEGO® products, including new, used, and collectible sets and minifigures. Ammon and Matthew are co-owners and principals of BAM, with Ammon serving as President. The McNeffs have invested substantial time, resources, and capital in developing and protecting the Bricks & Minifigs brand, goodwill, and franchise system. (Verified Complaint, ¶¶ 16-17).

Schneider and Reckless Ben and their affiliated entities, employees, contractors, associates, representatives, assistants and legally cognizable agents, including Victor (and as yet unknown DOE 1-15 defendants), along with the Schneider Group's affiliated entities and participants in the Enterprise (the "**Schneider Group**"), conspired together and with co-Defendants and Chrystal Law ("**Chrystal**") and Benjamin Gorman ("**Benjamin**") (also potential DOE 1-15 defendants) and aided and abetted to create, participate in and effectuated a scheme and enterprise of unlawful activities over a substantial time period through multiple distinct episodes in order to defraud, manipulate, threaten, trespass, extort, injure and damage Plaintiffs, including based on a sustained pattern of unlawful activities, including the racketeering and profiteering and other misconduct described herein, thereby injuring and damaging Plaintiffs in Utah County, Utah and other locations throughout the United States ("**Enterprise**"). (*Id.*, ¶ 9).

Schneider, as a principal and primary agitant and director respecting the actions of the Schneider Group, and the Schneider Group operate under the online dba, aka and/or persona

4

UC_8986519.1

"Reckless Ben" and as a YouTuber (and on other paid online streaming platforms) and content creator with a substantial following and related social media platforms, including Patreon, Discord, TikTok, and Instagram.  (*Id.*, ¶ 18).

As alleged in the Verified Complaint, beginning in early 2025 and continuing to date, co-Defendants engaged in a campaign of extortion, harassment, defamation, nuisance, interference, trespassing, stalking and intimidation targeting Plaintiffs and their business, though relating to a private civil matter between only Chrystal (and her company, BAMF Salem 1, LLC ("**Salem LLC**")) and Bryan.  The dispute related to Chrystal and her Salem LLC's unauthorized and undisclosed private consignment/inventory arrangement with Bryan relating to alleged collector Star Wars LEGO sets, which Chrystal agreed to sell for Bryan with a profit sharing arrangement. (*Id.*, ¶¶ 19-20, 31).

When Chrystal failed to pay Bryan sales proceeds or to return the consigned inventory, a private civil dispute among them arose.  Plaintiffs were not parties to and had no knowledge or or involvement whatsoever in the unauthorized consignment arrangement and were unaware of their private civil dispute.  Nevertheless, realizing that neither had the LEGO inventory to return or money to pay sale proceeds (as Chrystal abandoned the Salem LLC store without paying or returning any consigned inventory to Bryan), Chrystal and Bryan conspired to fabricate and blame Plaintiffs' for their private problem and for contrived "stolen" inventory, and entered into a campaign to shake down BAM and Baker Salem for monies that neither owed, through co-Defendants' formation of the foregoing Enterprise and associated unlawful activities.  (*Id.*, ¶¶ 36, 38, 58).

**The 5/21/26 YouTube Video published by Schneider**

5

UC_8986519.1

Of primary relevance and after a year of unlawful activities intended to extort a $200,000 payment from BAM and/or Baker Salem, on 5/21/26, Schneider published a YouTube video entitled, "**I tracked down the thief who stole $200,000 of LEGO**", as supplemented by subsequent video podcasts (collectively, the "**Publications**").  The video repeatedly and falsely asserts BAM, Baker Salem, their corporate owners and personnel (with the cover up by local police) committed theft and other criminal conduct, lied and engaged in other corruption, which constitutes defamation *per se*.  The video opens by stating that a LEGO collection worth approximately $200,000 was "**stolen**" and that "**the thief**" is BAM.  The video further falsely states that police are "**actively working with the thieves**" to "**cover up**" the theft.  (*Id.*, ¶¶ 66, 109-111).

IMPORTANTLY - the most effective means of understanding co-Defendants' Enterprise and their unlawful activities in furtherance thereof is to view the initial 5/21/26 YouTube Video, a downloaded and viewable copy of which is referenced in **Exhibit C** to the Verified Complaint, which has been provided in a USB zip drive for the convenience of the Court.  Plaintiffs suggest that after reviewing the following *Background Facts*, the Court watch the 5/21/26 YouTube Video.  Thereafter, the rest of the incorporated *Statement of Additional Facts* will be more understandable and the basis for the requested injunctive relief will be crystal clear.

### Background Facts

1.    Chrystal was initially employed as a BAM owned entity and corporate employee / store manager for BAM's then subsidiary corporate-operated Bricks & Minifigs location in Salem, Oregon.  During her tenure, she expressed interest in becoming a private franchisee, as the owner (with her husband Benjamin) of Salem LLC and individually, and in purchasing the

6

Salem Oregon store she managed.  BAM agreed to her proposed private franchisee affiliation and purchase within BAM's established franchise agreement structure pursuant to the terms of a written 2/6/23 *Franchise Agreement* ("**FA**") between BAM and Salem LLC, Chrystal and Benjamin and a 2/2/23 *Business and Asset Purchase Agreement* ("**APA**") between BAM and Chrystal and Benjamin.  (*Id.*, ¶ 20).

2.      The APA confirmed a Closing Date of 2/2/23 in Section 4.1, directed that Utah law governed in Section 10.3 and required Chrystal and Benjamin to timely pay purchase price installments, royalties and other consideration, to obtain landlord consent to a lease assignment for Salem LLC, to coordinate account transfers, among other obligations for the purchase in Sections 2 and 3.  (*Id.*, ¶ 21).

3.      Significantly, BAM was granted a "security interest" referenced in APA Section 3 and confirmed in a signed 2/2/23 Security Agreement, in and to

> [A]ll accounts, chattel paper, general intangibles, inventory, and equipment of Debtor [Salem LLC, Chrystal and Benjamin] (whether now owned or hereafter acquired) located, used, or arising in connection with the operation [of Salem LLC]"

This established BAM's senior claim to and/or lien respecting any "inventory" and "accounts" and other collateral.  Section 2.3 similarly directed that:

> Buyer [Chrystal and Benjamin] shall be responsible for and shall pay all liabilities of the Business incurred from and after the Closing Date.

Section 8.2 mandated that

> Buyer [Chrystal and Benjamin] shall indemnify and hold harmless Seller [BAM] from and against, and pay or reimburse Seller for, any and all costs, expenses, losses, damages and liabilities (including attorneys' fees and expenses) suffered by Seller to the extent resulting from, arising out of, or incurred with respect to liabilities of Buyer arising out of, relating to or in connection with any claim brought against Buyer relating to the Assets or business operations from and after the Closing Date.

UC_8986519.1

(*Id.*, ¶ 22).

4.      Section 8 C of the FA confirmed that to preserve the BAM brand that Chrystal,

Benjamin and Salem LLC agreed to only purchase products from BAM, in pertinent part:

> **C.      Services, Products and Vendors.**
>
> You acknowledge and agree that the reputation and goodwill of Bricks & Minifigs® stores are based on, and can be maintained only by providing a high quality, courteous, safe and fun experience. Therefore, you agree that your Store will use and/or offer only services, products and merchandise, as set forth in the Operations Manual or as otherwise approved by us and as may be periodically modified by us in our sole discretion
>
> Franchise further acknowledges that we have spent considerable time and effort in developing the Products, Services, processes, methods and technology used in the operation of a Bricks & Minifigs® Business. Accordingly, Franchisee acknowledges that Franchisee is required to sell and use only approved Products, supplies, vendors and suppliers that include, but is not limited to: new and used LEGO® building bricks, LEGO® mini figures and accessories, new LEGO® play sets, pre-approved non-LEGO® branded and LEGO® compatible products apparel, LEGO® event and/or season specific merchandise, promotional and advertising materials in addition to supplies (such as packaging materials) for the operation of the Store. Franchisee is prohibited from selling any non-LEGO® branded products or LEGO® compatible branded products not approved by us. Franchisor will provide Franchisee with a list of all pre-approved non-LEGO® branded and LEGO® compatible products that Franchisee is authorized to offer and sell in its Store. Franchisee agrees that we may periodically and upon written notice, add to, modify or change such approved products, supplies, vendors and suppliers. Franchisee agrees to promptly accept and implement, in the operation of the Store, all such additions, modifications and changes at Franchisees expense. In addition, Franchisee acknowledges that:
>
> 1.      To insure the consistent high quality and uniformity of Products and Services provided by Bricks & Minifigs® franchised businesses, Franchisee must purchase Products, supplies, POS systems, computers, software, cash registers, camera and security systems, marketing and advertising materials for use in the operation of a Bricks & Minifigs®, from Franchisor, its affiliates or approved vendors who demonstrate to Franchisor's continuing satisfaction an ability to meet Franchisor's standards and specifications. The exception to the above is that because of the nature of the re-sale industry, most all Products that need to be purchased for the Store will be from various sources and Franchisee is responsible for identifying such sources, however Franchisor may make arrangements with vendors for certain Products at negotiated costs that would ultimately benefit the entire System. Franchisor is not liable to Franchisee for any loss or damage, or deemed to be in breach of this Agreement, if Franchisor, or its affiliates or approved vendors

(*Id.*, ¶ 23).

5.      To be clear, APA Section 1 (emphasis added) provided that while select

"consignment services" may be permitted, such were limited expressly to those "approved by

[BAM]".  APA Section 18 A mandated "all modifications to this Agreement must be in writing

signed by both Parties" and Section 18 K directs (emphasis added):

8

UC_8986519.1

Whenever this Agreement requires the approval or consent of either party, the other party shall make written request therefor, and this approval or consent shall be obtained in writing.

(*Id.*, ¶ 24).

6.      Despite the foregoing plain requirements, Chrystal and Benjamin materially breached their obligations, as required APA payments were not completed, FA royalty payments became delinquent, the lease and various accounts were never properly transferred and lease amounts were unpaid.  Chrystal's outstanding contractual obligations mounted, eventually exceeding an estimated $175,000.  (*Id.*, ¶ 25).

7.      In early fall of 2024, Benjamin accepted work overseas and Chrystal advised BAM that she intended to close the store and abandon the franchise operation altogether, including stating an effective date for such closure of December 2024.  As she did not have the right to do so under the FA, BAM notified her that such was not appropriate. (*Id.*, ¶ 26).

8.      Based on the foregoing uncured breaches and anticipatory repudiation, BAM, *inter alia*, issued a written 11/14/24 *Notice of Immediate Termination* to Salem LLC pursuant to the FA, exercised its priority rights to the collateral in the Security Agreement, pre-scheduled a repossession with Chrystal and repossessed the Salem LLC store on or after 11/14/24 and assumed the lease, as expressly permitted under the FA and APA, including any and all fixtures, inventory and other assets, and credited an estimated $38,000 paltry value thereof as an offset to the unpaid $175,000 debt.  (*Id.*, ¶ 27).

9.      Excepting only respecting the foregoing unpaid lease, BAM did so as a *bona fide* purchaser, without notice of any third party claims or liens of any kind, including Chrystal and

9

Benjamin's undisclosed and alleged 11/22/23 Consignment Agreement with Brian, referenced *infra*. (*Id.*, ¶ 28).

10.     Prior to and at the time of repossession, BAM's representative, Brandon, conducted an informal and video inventory of the Salem LLC fixtures and inventory. While he did not locate or identify any product that was identified as consigned or not owned by Salem LLC, he concluded that the maximum value of any residual inventory was less than $38,000. Less than $5,000 worth of Star Wars LEGO product could be located and identified in the entire residual Salem LLC onsite inventory. (*Id.*, ¶ 29).

11.     Incident thereto, BAM requested access to and that copies of all relevant business records be provided by Salem LLC, which Chrystal and/or Benjamin refused to provide, including inventory reports, agreements, financial statements, etc. (*Id.*, ¶ 30).

**Undisclosed and Unauthorized 11/22/23 Consignment Agreement.**

12.     Upon information and belief, during her tenure as a franchisee and on or about 11/22/23, Chrystal entered into an undisclosed and unauthorized private "consignment" arrangement with Bryan (for his aging father, Eric), allegedly relating to an inventory of alleged LEGO collectible sets. A purported, but unsigned, written 11/22/23 *Consignment Agreement*, is attached as **Exhibit A** to the Verified Complaint, which is between "Bryan Mansell" and "Bricks & Minifigs – Salem/Keizer, of 3670 River Rd N, Keizer, Oregon 97303" ("Bricks"). Plaintiffs do not have a copy of a signed version, though Bryan has alleged it was signed by Chrystal and Bryan. (*Id.*, ¶ 31).

UC_8986519.1

13.     At that time and until the present, Bricks was not and has never been a known or legally registered entity and, in any event, Bricks is not Salem LLC, leaving Chrystal personally liable for the terms of the 11/22/23 Consignment Agreement.  (*Id.*, ¶ 32).

14.     Importantly, in the purported *Consignment Agreement*, Section V., Chrystal agreed and warranted that she "has purchased insurance sufficient to cover the loss or damage of the Star Wars Legos" and agreed to "store the Star Wars Legos in a manner customary in the industry to prevent damage", acknowledging she "shall be responsible for all shortages, loss, or damage to Star Wars Legos" while in her control.  (*Id.*, ¶ 33).

15.     Regarding the arrangement and storage, Bryan has described the arrangement as follows (emphasis added):

> When [Eric Mansell] decided it was time to divest, he turned to his son, Bryan Mansell.  Bryan knows more about his father's comic book and baseball card collection but didn't feel confident in his knowledge of the LEGO® secondary market.  He saw the sign for the Bricks and Minifigs store while passing by on North River Road, came in, and asked the store owner, Chrystal Law, if she could help.  "[Chrystal] told him, even if we couldn't sell the collection, I would help him figure out how much it was worth because I didn't want him to get ripped off.  And I think that's why he trusted me," Law said.  The entire collection will be sold through Law's store, but first they wanted to put it all on display so the public can see it in its entirety.

> The collection will be on display in the store's party room from 10 am till 6 pm on Saturday, November 11th, and 11 am till 6 pm on Sunday.  The collection will be available for sale immediately, so the best time for pictures will be Saturday morning. The collection will not be stored on-site after hours for security reasons, and after Sunday the sets will be available for purchase but stored elsewhere.  Bricks and Minifigs is located at 3670 River Road in Kaiser.

*See* Informal Transcript of 4/16/25 "Collecting Weekly" YouTube video entitled "**Help a Fellow Collector!!  Bricks & Minifigs Keizer / On Your Bumper**" at minute 44-45, which is referenced but not shown by Schneider in his 5/21/26 YouTube Video (defined below as

11

UC_8986519.1

included in Publications) and posted on Facebook by Chrystal at Salem LLC.  Notably, Chrystal confirmed that the collection was <u>not</u> to be stored at the Salem LLC store.  (*Id.*, ¶ 34).

16.     Upon information and belief, Bryan and/or Chrystal initially valued the alleged consignment collection in the range of $80,000, which was later reduced by its cost value of $30,000 or less, to $60,000.  (*Id.*, ¶ 35).

17.     As noted above, the proposed "consignment" arrangement, which was not expressly approved by BAM, is not permitted under BAM franchise standards, and this private arrangement was entered into solely by Bryan and Chrystal in an unauthorized capacity, and not on behalf of BAM or Baker Salem, which had no knowledge of or involvement regarding such. (*Id.*, ¶ 36).

18.     Upon information and belief, Chrystal or Salem LLC sold part of the consigned inventory and paid Bryan for such.  Salem LLC or Chrystal had ample time to sell the consigned inventory during the approximately one year period prior to Chrystal's abandonment of the store, and did so.  Such sales activities have never been reported to or accounted for with BAM.

19.     Chrystal failed and refused to pay Bryan monies that may have been due to him under the Consignment Agreement.  (*Id.*, ¶ 38).

20.     As noted, on or about 11/8/24, Chrystal informed BAM corporate leadership that her partner had accepted employment overseas and that she intended to close the store and she thereafter abandoned the store in connection therewith.  BAM advised her that a closure was not permitted under the FA, including due to her unpaid royalties, defaulted asset purchase payments and outstanding contractual obligations.  (*Id.*, ¶ 39).

UC_8986519.1

21.     BAM thereafter notified Chrystal that it would repossess the store pursuant to BAM's preserved rights regarding such under the FA.  When BAM representatives arrived for the scheduled turnover on or after 11/14/24, Chrystal became uncooperative and interfered with the agreed smooth transition and refused to provide records (and removed certain receipts, a high value Boba Fett minifig and possibly money in the safe, over Brandon's objection), and ultimately was escorted out of the store.  The store was empty, looked unpresentable and had been ransacked.  As noted, BAM issued its 11/14/24 Notice of Immediate Termination and assumed possession of the premises and all assets located within the store as part of lawful recovery actions.  (*Id.*, ¶ 40).

22.     Brandon was engaged as a contracted inventory inspector for BAM and was requested to inspect and inventory the Salem LLC store at the time of repossession.  After Brandon secured the location incident to the termination and completed the inventory, Josh expressed to BAM his interest in acquiring a franchise for the store location.  (*Id.*, ¶ 41).

23.     Josh later inquired if Brandon would be interested in participating in such an acquisition and they agreed to jointly do so and formed Baker Salem, believing they could purchase the assets free and clear, assume the lease from BAM and infuse new inventory into the run down location and make it successful after Chrystal had run it into the ground.  (*Id.*, ¶ 42).

**BAM's *Bona Fide* Repossession and Acquisition of Secured Assets and Lease.**

24.     Following its lawful termination for cause and repossession, BAM acquired the store's assets as a bona fide purchaser for value, without actual or constructive notice of any actual third-party right, claim or lien, and given Salem LLC and Chrystal's breaches, including

13

the undisclosed private consignment arrangement without notice to or the consent of BAM. (*Id.*, ¶ 43).

26. As Chrystal, Benjamin and/or Salem LLC's purported and undisclosed consignment arrangement with Bryan was entered into (in an unauthorized capacity) and was never disclosed to or approved by BAM, BAM took possession free of any claims or liens. (*Id.*, ¶ 44).

26. In or about the first quarter of 2025, Josh and Brandon agreed to clean up, manage and operate the BAM repossessed store in Salem, which was subsequently sold and transferred, along with the store's assets, to Baker Salem (i.e., owned by Josh and Brandon). These parties did so, without actual knowledge of Bryan's purported consignment claim, and any such claim, to the extent it existed, which was subordinate to BAM's security interest and the sole responsibility of Chrystal, Benjamin and/or Salem LLC. (*Id.*, ¶ 45).

### Baker Salem's *Bona Fide* Acquisition of Assets from BAM.

27. In the first quarter of 2025, BAM completed the sale to Baker Salem, Josh and Brandon, who became new franchisees, and in connection therewith, they (through and in the dba of "Baker Bricks, LLC") entered into a 1/9/25 Franchise Agreement with BAM. On 3/27/25, BAM finalized a Business and Asset Purchase Agreement with Baker. Baker did not at any time acquire, take over or assume any obligations of Chrystal or Salem LLC. (*Id.*, ¶ 46).

28. These *bona fide* third-party purchasers were not involved in the prior private dispute between Chrystal and Bryan and, except as noted regarding the inspection by Brandon. They acquired the business from BAM pursuant to an arm's-length and legitimate corporate sale and transfer and began operating as an independent authorized franchisee of BAM. (*Id.*, ¶ 47).

14

**Bryan Demands Return of Allegedly Consigned LEGO Product Without Evidence.**

29.     Within 24-48 hours following Chrystal's termination in late November 2024, Bryan called the store and asked for Chrystal.  Brandon answered and explained Chrystal and Salem LLC had abandoned the store and were no longer involved.  Bryan claimed he had a consignment arrangement of some sort with Chyrstal and Salem LLC and stated she had not paid him monies that were due from sales and wanted his inventory.  Josh and Brandon were skeptical, and Brandon explained the need for evidence of any ownership claim he may have. (*Id.*, ¶ 48).

30.     Bryan showed up later that day and began yelling at personnel and holding up purported consignment paperwork demanding the immediate return thereof or payment of $80,000.  Josh interceded and asked to review it and briefly did so and pointed out that neither BAM (nor Josh and Brandon) were a party to this purported arrangement.  As he claimed he had a purported inventory list, Brandon and Josh invited him to review the limited number of LEGO sets on display, which were in BAM's corporate owned store at that time.  When Bryan could not identify any Baker Salem LEGO sets on his purported list, he stated Josh was lying and was told to leave.  He left in anger.  (*Id.*, ¶ 49).

31.     Bryan's purported inventory list, which he later provided Josh and Brandon in or after May 2025, was problematic in that it was not complete and did not have value data for every listed item.  (*Id.*, ¶ 50).

32.     Brandon briefly investigated whether any consignment product might exist in boxes in the back or elsewhere in the store and concluded none existed, as confirmed by two staff personnel, who had previously worked for Chrystal.  (*Id.*, ¶ 51).

15

33.     Bryan returned later that evening (after closing) with the police and accused Josh and Brandon of theft, which they denied.  Josh and Brandon informed the police that BAM had recently repossessed the store and that they were unaware of and not parties to any consignment agreement, and did not knowingly possess any of his alleged property.  (*Id.*, ¶ 52).

34.     When Bryan became belligerent, he was escorted off the premises by the police officer, who concluded this was a private civil matter and Bryan had insufficient evidence of ownership.  (*Id.*, ¶ 53).

35.     Thereafter and for a period of months, Bryan, directly and indirectly, harassed Josh and Brandon and the personnel at Baker Salem, made threats of physical injury to their employees (including an in person death threat to the store manager), lodged police complaints, posted negative reviews and incited others to negatively post online comments, contacted a podcast (which later led to Schneider's involvement), etc.  Josh and Brandon reported these incidents to the police, who cautioned care, but did not charge Bryan for unknown reasons.  (*Id.*, ¶ 54).

36.     Upon information and belief, Bryan attempted to obtain payment from Salem LLC, Chrystal and Benjamin, but such was unsuccessful, as Chrystal had no money to pay him for sales of any allegedly consigned product.  (*Id.*, ¶ 55).

37.     Many months later in the fall of 2025, and only after Baker Salem had entered its 3/27/25 *Business and Asset Purchase Agreement*, Brandon gained access to Salem LLC's archived and incomplete POS accounting system, which he discovered identified Star Wars "lot sets" from Star Wars regular "lots" inventory sales.  This inventory sale distinction was unclear to Brandon and Josh, and Chrystal had never explained the significance, if any, to anyone, but

16

Brandon much later in 2026 discovered that approximately 367 purchases of lot sets (for an estimated retail value of $46,000) and 336 purchase of lots (for an estimated retail value of $12,600) had occurred after 2023.  He still could not, however, confirm the specific products sold (and whether they had been consigned or not).  A copy of this informal audit and recent discovery, including the purported inventory list provided by Bryan in or after May of 2025, is attached as **Exhibit B** to the Verified Complaint.  (*Id.*, ¶ 56).

38.     Upon information and belief, as illustrated in Exhibit B, Josh and/or Brandon's informal audit and recent discovery show that Star Wars products similar to those same sets allegedly consigned by Bryan were virtually all sold prior to December 2024, by Chrystal or Salem LLC, suggesting very few, if any, of the alleged consigned product existed thereafter, as Chrystal had sold virtually all of it.  To the extent she effectuated such sales, it appears she may not have compensated Bryan for such or provided him with any accounting giving rise to their private legal dispute.  (*Id.*, ¶ 57).

**Conspiracy and Formation of "Enterprise" to Engage in Unlawful Activities.**

39.     Upon information and belief and though they had no legitimate legal recourse or evidence upon which to file a claim, Chrystal, Benjamin and Bryan conspired to, *inter alia*, threaten, intimidate, extort and defraud Plaintiffs anyway possible, as detailed herein, including through the formation of an Enterprise to engage in wrongful activities.  (*Id.*, ¶ 58).

40.     Commencing after Baker Salem began operations as a new franchisee and continuing to date, Schneider and the Schneider Group (with the support of Bryan and Chrystal) waged a malicious and intentional campaign of extortion and destruction through independent episodes of unlawful activities against Plaintiffs.  Such included periodic harassment through

17

phone calls, numerous disruptive store or office visits, repeated instances of trespass, deceptively staged events (i.e., disingenuous coronation, rally, raffle, store front table promotion, etc.), a fictitious Lego Club rally, manufactured and frivolous complaints to police, private and public nuisances, threatening phone calls, numerous deceptive live and telephonic impersonations, in person and remote threats (and via proxies), frivolous sham lawsuits (splitting claims in multiple ineffective small claims actions), etc.), issuing the Publications of defamatory and disparaging images and content, all in furtherance of the Enterprise.  (*Id.*, ¶¶ 64-65).

**Resulting Harm and Targeted Extortion, Harassment, and Threats of Violence.**

41.    As set forth in detail in the Verified Complaint, ¶¶ 84-103, commencing in December 2025 and escalating through March and in May of 2026, Schneider and the Schneider Group engaged in a coordinated campaign of extortion, harassment, stalking, trespass and impersonation targeting Plaintiffs across multiple states, including (i) entering BAM's corporate offices, filming without permission, demanding $200,000, and threatening that matters would become "very bad" if Plaintiffs did not pay (*id.*, ¶¶ 85-86); (ii) impersonating federal delivery personnel (UPS/USPS) and approaching the private residences of Josh, Brandon, and Josh's sister in American Fork, Sandy, and Pleasant Grove, Utah, delivering humiliating packages and fraudulently obtaining signatures (*id.*, ¶¶ 92-95); (iii) impersonating church congregation members and investigators to lure Plaintiffs out of their homes (*id.*, ¶¶ 95-96); (iv) repeated trespass at store locations and private residences despite multiple police warnings (*id.*, ¶¶ 97-101); and (v) Schneider's multiple arrests on stalking and picketing charges in March 2026, his release on bail, and immediate resumption of harassment (*id.*, ¶¶ 97-98).

18

42.     The Publications, especially the 5/21/26 YouTube Video, repeatedly and falsely defames and accuses BAM, its corporate leadership (including Ammon and Matt), franchisee operators, store employees and local police of theft, criminal conduct, corruption and a cover-up. Specifically, the video opens by stating that a LEGO collection worth approximately $200,000 was "**stolen**" and that "**the thief**" is BAM.  The video further falsely states that police are "**actively working with the thieves**" to "**cover up**" the matter.  (*Id.*, ¶ 109).

43.     These accusations are defamatory, false, misleading and unsupported, as the matter mischaracterized in the Publications concerns a <u>private</u> disputed store-level consignment/inventory issue involving only specific local parties (Chrystal and Bryan) at an independently owned and operated franchise location (Salem LLC), not an adjudicated corporate theft by BAM.  No court or law enforcement finding or facts have established that BAM stole or wrongfully converted any property or participated in any police cover-up.  (*Id.*, ¶ 110).

**Incitement and Solicitation of Additional and/or Third Party Death Threats.**

44.     As set forth in detail in the Verified Complaint (¶¶ 116-132), on or about 5/21/26, following publication and online amplification of Schneider's false accusations through the Publications, co-Defendants directly or indirectly solicited, incited and/or caused BAM and its associated franchisees and personnel to receive death, bomb and other threats (*id.*, ¶ 116).  These threats have been reported to local law-enforcement agencies and the FBI.   Verified Complaint, Ex. K (copies of threats).  The threats included emails stating, *inter alia*: (i) "I got a corporation with Frenchie's and our specialty is messing your shit right up . . . .  Hope your dickhead CEO is a strong boy"; and (ii) "I will be mailing you guys some explosive Lego sets.  Super hot items, so

19

hot they are to go boom.  Your CEO has 2 days to step down before random stores gonna get fun packages" (*Id.*, ¶¶ 118-119).

45.     These threats and ongoing harassment have caused immediate and irreparable harm to Plaintiffs, including risk to employee, franchisee and customer safety; business interruption; reputational injury; increased security costs; store disruption; management distraction; and fear among personnel and their families.  (*Id.*, ¶¶ 120-121).  BAM continues to experience irreparable adverse impacts, including damage from continued defamatory statements online, threatening communications, media inquiries, reputational damage and substantial legal and public relations expenses.  (*Id.*, ¶ 121).  Schneider also made additional statements using hate speech and religious bigotry, inciting followers to engage in the same harassment and threats.  (*Id.*, ¶ 122).

46.     Monetary damages alone cannot remedy bomb, death and other threats, or the risk of copycat harassment against employees, franchisees, customers, or their family members.  (*Id.*, ¶ 123).

47.     Schneider's conduct constitutes, *inter alia*, (i) defamation *per se* (assertions of theft, criminal conspiracy, fraud and elder exploitation), actionable under Utah law without proof of special damages (*id.*, ¶ 124); (ii) stalking under Utah Code § 76-5-106.5, including following, monitoring, surveilling, threatening and communicating to or about Plaintiffs in a manner intended to frighten, intimidate or harass (*id.*, ¶ 129); (iii) repeated trespass after receiving warnings from (and arrests by) multiple police departments (*id.*, ¶ 126); (iv) brand dilution through the "We Steal From Old People" slogan, website and merchandise (*id.*, ¶ 127); (v) false light invasion of privacy by portraying Plaintiffs as criminals, thieves, and exploiters of the

20

elderly (*id.*, ¶ 128); (vi) private and public nuisance (*id.*, ¶ 130); (vii) tortious interference with economic relations; (viii) intentional infliction of emotional distress; and (ix) civil conspiracy. *See* Verified Complaint, ¶¶ 133-217 (setting forth each cause of action).

48.    Immediate injunctive relief, in the forms of a Temporary Restraining Order ("**TRO**") and Preliminary Injunction ("**PI**") against co-Defendants, the Schneider Group, their affiliated companies, associates, co-conspirators, agents, and representatives, including Reckless Ben, should be immediately issued to enjoin them from further extortion, defamation, stalking, nuisance, false light, trespass and interference with Plaintiffs' business and to protect Plaintiffs, their employees, franchisees, customers, and families from continuing irreparable injury, threats, and harm.  A proposed form TRO is lodged herewith.

Consistent with Rule 65A(b)(1)(B), Plaintiffs certify that they have emailed a copy of the Complaint with Exhibits and this Motion to Defendants, and will expeditiously attempt service of the Summons, Complaint and Motion on co-Defendants.  Notice should not be required prior to entry of the TRO for several reasons:  (1) Plaintiffs have reason to believe that some Defendants, including Schneider (who controls Reckless Ben and the YouTube channel where the Publications are located), is currently out of the country; Plaintiffs continue to suffer ongoing and irreparable harm each day the video remains online; and Plaintiffs have reason to believe that some Defendants have previously failed to appear for court hearings.

### Statement of Additional Facts

As the factual history is extensive, complicated and already set forth in the Verified Complaint and to facilitate the Court's more efficient review thereof, Plaintiffs incorporate by

21

reference paragraphs 66 to 115 therein (which summarize the video images and content) in support of this Motion.

**Argument**

## I.   PLAINTIFFS' MOTION FOR ENTRY OF A TRO AND PRELIMINARY INJUNCTION SHOULD BE GRANTED.

Utah R. Civ. P. 65A(f) authorizes the issuance of a TRO and/or a preliminary or permanent injunction ("**PI**") where the moving party can show (i) it has a substantial likelihood of success in prevailing on the merits of the underlying claim; (ii) it will suffer irreparable harm unless the order or injunction is issued; (iii) the threatened injury to the applicant outweighs whatever damage the proposed order or injunction may cause the restrained party; and (iv) the order or injunction is not adverse to the public interest.

In *System Concepts, Inc. v. Dixon*, 669 P.2d 421, 428 (Utah 1983), the Utah Supreme Court upheld the issuance of a PI, observing that injunctive relief "is an *anticipatory* remedy purposed to *prevent* the perpetration of a *threatened* wrong or to compel the cessation of a *continuing* one.  Furthermore, it is an instrument of equity to be invoked where the party has no adequate legal remedy." *Id.* (*citing Anderson v. Granite School Dist.*, 17 Utah 2d 405, 413 P.2d 597, 599 (1966)).  As established below, each of the Rule 65A elements are satisfied here and Plaintiffs are entitled to immediate injunctive relief against to co-Defendants and any and all persons in any way affiliated with them ("**Affiliates**").

### A.   Plaintiffs are Substantially Likely to Prevail on the Merits of Their Claims Against co-Defendants.

As established by the co-Defendants' foregoing misconduct, including as evidenced by the documentary and testimonial record, injunctive relief should be granted against co-

22

Defendants and their Affiliates because Plaintiffs can prove each of their claims or have substantial likelihood of prevailing on the merits of their claims (or such present serious issues of fact and law).

*Utah RICO.*  Plaintiffs have a substantial likelihood of prevailing on their claims under Utah Code § 76-17-401 *et seq.* (Utah's "little RICO" statute).  Co-Defendants organized and created an "enterprise" within the meaning of Utah Code § 76-17-401(1), as a group of individuals associated in fact for the common purpose of conducting the pattern of unlawful activity described herein.  Co-Defendants actively participated in, directed, managed and engaged in the affairs of the Enterprise, including through a "pattern of unlawful activity" within the meaning of Utah Code § 76-17-401(2), consisting of multiple and continuous episodes (more than three) of unlawful activity, including racketeering, profiteering, disparagement, defamation, interference, harassment trespassing and nuisance.  The predicate acts include: (a) defamation and disparagement through the Publications; (b) theft by deception through staged and deceptive raffle tickets, promotions and impersonations of USPS / UPS personnel, religious congregation members and investigators; (c) theft by extortion by threatening to release "damaging (and doctored) videos harming" BAM unless BAM paid $300,000, and by demanding $200,000 and stating matters would become "very bad" if BAM did not pay; (d) communications fraud[1] through publishing false statements across YouTube, Patreon, podcasts, websites and social

---

[1]  "An actor commits communications fraud if the actor has devised any scheme or artifice to defraud another or to obtain from another money, property, or anything of value by means of false or fraudulent pretenses, representations, promises, or material omissions, and who communicates directly or indirectly with any person by any means for the purpose of executing or concealing the scheme or artifice."  Utah Code Ann. § 76-6-525(2).

23

media; (e) criminal simulation[2] by creating fake contracts, fraudulent court papers and fake awards; (f) deceptive business practices[3]; (g) harassment, intimidation and stalking; (h) obstruction of justice[4]; and (i) inciting death, bomb and other threats.  Co-Defendants sought and received proceeds from this pattern of unlawful activity, including paid streaming revenues, advertising revenues, merchandise sales, subscriber fees and Patreon contributions.  Plaintiffs are entitled to actual damages, statutory damages equal to twice actual damages, attorneys' fees and injunctive relief under Utah Code § 76-17-403.

*Defamation Per Se and Defamation*.  Plaintiffs are substantially likely to prevail on their claims for Defamation and Defamation *Per Se* based upon co-Defendants' documented publication of false and injurious statements of fact to third parties, including to YouTube's millions of users, customers and the general public.  Co-Defendants falsely stated that Plaintiffs

---

[2] "An actor commits criminal simulation if, with intent to defraud another, the actor: (a) makes or alters an object in whole or in part so that it appears to have value because of age, antiquity, rarity, source, or authorship that it does not have; (b) sells, passes, or otherwise utters an object so made or altered; (c) possesses an object so made or altered with intent to sell, pass, or otherwise utter it; or (d) authenticates or certifies an object so made or altered as genuine or as different from what it is." Utah Code Ann. § 76-6-518.

[3] "An actor commits deceptive business practices if the actor, in the course of business: (a) uses or possesses for use a false weight or measure, or any other device for falsely determining or recording any quality or quantity; (b) takes or attempts to take more than the represented quantity of any commodity or service when as buyer the actor furnishes the weight or measure; or (c) sells, offers, or exposes for sale adulterated or mislabeled commodities." Utah Code Ann. § 76-6-507.

[4] "[A]n actor commits obstruction of justice in a criminal investigation or proceeding if the actor, with intent to hinder, delay, or prevent the investigation, apprehension, prosecution, conviction, or punishment of any person regarding conduct that constitutes a criminal offense…(b) prevents by force, intimidation, or deception, a person from performing an act that might aid in the discovery, apprehension, prosecution, conviction, or punishment of any person; (c) alters, destroys, conceals, or removes an item or other thing;…(f) provides a person with transportation, disguise, or other means of avoiding discovery or apprehension;…(j) provides false information regarding a suspect, a witness, the conduct constituting an offense, or any other material aspect of the investigation." Utah Code Ann. § 76-8-306(2).

24

UC_8986519.1

"**stole**" an entire LEGO collection worth approximately $200,000, that Plaintiffs "**steal from old people**", that police are "**actively working with the thieves [i.e., Plaintiffs]**" to "**cover up**" the matter, that BAM's CEO was "**in on this cover-up**", and that Plaintiffs operate a "**criminal enterprise**".  These statements constitute defamation *per se* under Utah law because they unambiguously assert Plaintiffs of committing serious crimes, including theft, criminal conspiracy, fraud, corruption and elder exploitation, which are statements actionable *per se* without proof of special damages.  *See Jacob v. Bezzant*, 2009 UT 37, ¶ 26, 212 P.3d 535, 545 (stating that statements that are defamation *per se* have been required to be false and "allege criminal conduct on the part of the plaintiff").  Moreover, co-Defendants are liable for defamation.[5]  Co-Defendants made these false statements with actual malice, that is, with knowledge of their falsity or reckless disregard for their truth or falsity, knowing that no court or law enforcement agency had made any such findings.

*Civil Stalking*.  Plaintiffs are substantially likely to prevail on their claims for civil stalking and nuisance based upon the Schneider Group's misconduct (as supported with the knowledge of co-Defendants).  Such misconduct constitutes stalking under Utah Code § 76-5-106.5 because Schneider and the Schneider Group intentionally and knowingly engaged in a sustained course of conduct directed at specific persons (including Plaintiffs, their employees, franchisees and their family members) that would cause a reasonable person to suffer emotional distress or fear for their safety or the safety of their family.  Schneider's course of conduct

---

[5]  A *prima facie* case for defamation must demonstrate that (1) the defendant published the statements; (2) the statements were false; (3) the statements were not subject to privilege; (4) the statements were published with the requisite degree of fault; and (5) the statements resulted in damages.  *See Jacob v. Bezzant*, 2009 UT 37, ¶ 21.

25

included (i) repeatedly approaching and trespassing upon private residences of Plaintiffs' employees and affiliates in American Fork, Sandy, and Pleasant Grove, Utah after receiving trespass warnings; (ii) parking outside homes and surveilling residents; (iii) following individuals and their family members; (iv) filming into residences; (v) making repeated contact attempts with family members including children; and (vi) falsely and deceptively impersonating delivery personnel, religious congregation members and investigators.   Such has created a private and public nuisance and has interfered with, harassed and intimidated Plaintiffs' life activities.  Schneider has already been arrested multiple times on stalking-related charges arising from this conduct, but such has not deterred the Schneider Group from its avowed campaign of destruction respecting Plaintiffs as evidenced in this record.

*Trespass*.  Plaintiffs are substantially likely to prevail on their claim for Trespass.  Co-Defendants conspired for Schneider and the Schneider Group to intentionally and unlawfully enter, trespass and remain upon Plaintiffs' store locations, corporate offices and the private residences of Plaintiffs' employees, franchisees, affiliates and family members after being explicitly warned to leave.  Co-Defendants continued to return to these locations after receiving explicit trespass warnings from multiple law enforcement agencies, including the American Fork, Sandy, Pleasant Grove, Orem, South Jordan, Provo and Keizer Police Departments and BAM.  In December 2025, Schneider and a Schneider Group associate unlawfully entered BAM's corporate offices in Utah and remained on the premises after being asked to leave, filming without permission using concealed recording devices.  During this encounter, Schneider demanded $200,000 and stated that failure to pay would result in reputational harm and

26

threatened that matters would become "very bad."  Schneider was arrested multiple times as a result of his repeated trespass.

*Civil Conspiracy*.  Plaintiffs are substantially likely to prevail on their claim for Civil Conspiracy against co-Defendants based upon their and Schneider Group's concerted efforts to create, plan and implement the malicious and intentional campaign of misconduct alleged, which stems from and is based upon information provided by Bryan, Chrystal and Benjamin. Schneider conspired with one or more other persons, including Brian (the original consignment claimant from the Salem dispute), Crystal, Benjamin and potentially their attorneys and other co-conspirators, to commit the intentional and unlawful acts alleged in the Verified Complaint (and summarized herein).  In a 2/5/26 call with BAM as part of dispute resolution, Chrystal and Benjamin directly and indirectly threatened BAM and its representatives, asserting, *inter alia*, that if BAM did not satisfy their extortionistic demand for the payment of $300,000, Chrystal, Benjamin and Bryan "would not be able to control the 'documentarian' Schneider from releasing damaging (and doctored) videos harming the company."  This extortionate threat evidences (i) co-Defendants' knowledge and involvement in the campaign; (ii) coordination and conspiracy among co-Defendants; (iii) use of Schneider's Publications as a weapon to extort payments; and (iv) malicious intent underlying the entire campaign.

*Tortious Interference with Economic Relations*.  Plaintiffs are likely to prevail on their claim for Tortious Interference with Economic Relations.[6]  Co-Defendants intentionally and

---

[6] "[I]n order to recover damages, the plaintiff must prove (1) that the defendant intentionally interfered with the plaintiff's existing or potential economic relations, (2) for an improper purpose or by improper means, (3) causing injury to the plaintiff." *Overstock.com, Inc. v. SmartBargains, Inc.*, 2008 UT 55, ¶ 18, 192 P.3d 858, 864 (Sup.Ct.).

27

maliciously interfered with Plaintiffs' existing and prospective economic relations, including relationships with hundreds of franchisees, thousands of customers, employees, vendors, suppliers, landlords and financial institutions.  Co-Defendants interfered by: (i) setting up a booth outside a BAM store location and, by Schneider's admission, stopping customers from entering the store; (ii) directly confronting and redirecting customers and employees with defamatory accusations; (iii) publishing false accusations designed to drive customers away; (iv) encouraging third parties to harass and boycott Plaintiffs' stores; (v) distributing fake and unauthorized raffle tickets and promotions and issuing gift certificates that disrupted customer relations; (vi) defacing property and posting defamatory signage; (vii) soliciting BAM employees to act as "undercover agents" to sabotage the business; and (viii) harassing and intimidating employees.  *See Overstock.com, Inc. v. SmartBargains, Inc.*, 2008 UT 55, ¶ 18, 192 P.3d 858, 864.

*Intentional Infliction of Emotional Distress*.  Plaintiffs are substantially likely to prevail on their claim for Intentional Infliction of Emotional Distress.  Co-Defendants intentionally and maliciously engaged in extreme and outrageous conduct, exceeding all bounds tolerated in a civilized society.  The conduct included (i) death, bomb and other threats directed at Plaintiffs and their employees; (ii) repeated confrontations at private residences, including approaching family members and children; (iii) impersonation schemes using fake USPS / UPS uniforms, fake religious congregation members, fake Guinness World Records personnel and fake investigators; (iv) surveillance and filming into homes using concealed cameras; (v) threats to "**ruin**" Plaintiffs' lives; (vi) statements that Schneider would "**stop at nothing**" and do "**whatever it takes**"; (vii) statements framing Plaintiffs' options as the "**easy way**" (paying

28

extortion) or the "**hard way**" (continued harassment and physical destruction); and (viii) inciting viewers to harass, threaten and take action against Plaintiffs.  Following the Publications, Plaintiffs received threatening emails.  As a direct and proximate result of Schneider's extreme and outrageous conduct, Plaintiffs, their employees, franchisees, and family members have suffered severe emotional distress, including fear for their physical safety, anxiety and psychological harm.

*Injurious Falsehood, Trade Disparagement and False Light*.  Plaintiffs are substantially likely to prevail on their claims for injurious falsehood, trade disparagement and false light.  Co-Defendants created the "**We Steal From Old People**" campaign, website and merchandise, falsely branding Plaintiffs and the BAM franchise system as elder-theft criminals.  Co-Defendants' misconduct has placed Plaintiffs in a false light before the public by portraying them as criminals, thieves and exploiters of the elderly.  -Defendants published false statements that Plaintiffs "lost in court," that a "default judgment proves liability" and that BAM stores have "permanently closed" to "avoid paying" and "escape liability."  These statements were published with knowledge of their falsity or reckless disregard for the truth, as no court had entered any such judgment and the stores remained open.  Schneider's use of the "We Steal From Old People" slogan, website and merchandise in connection with the BAM brand constitutes trademark dilution, tarnishing and damaging BAM's brand.  *See Stien v. Marriott Ownership Resorts*, 944 P.2d 374, 380 (Utah Ct. App. 1997).

*Nuisance*.  Plaintiffs are substantially likely to prevail on their claim for Nuisance.  Co-Defendants substantially and unreasonably interfered with Plaintiffs' private use and enjoyment of their land through (i) monitoring, surveilling and following Plaintiffs and their employees; (ii)

29

threatening or communicating to or about Plaintiffs in a manner intended to frighten, intimidate or harass; (iii) making statements that Plaintiffs deserved to have their "life ruined" and that Schneider would do "whatever it takes" and "stop at nothing"; (iv) causing and inciting third parties to issue death, bomb and other threats; and (v) disturbing the peace.  The conduct was both a private nuisance[7] because it substantially and unreasonably interfered with Plaintiffs' use and enjoyment of their properties, and a public nuisance[8] because it unreasonably interfered with the rights of the general public, including customers' rights to access stores without harassment, residents' rights to enjoy their neighborhoods without defamatory signage and constant police presence, and the general peace and safety of the community.

## B.    Plaintiffs Will Suffer Immediate and Irreparable Injury If a TRO is Not Issued.

If co-Defendants, including the Schneider Group and Affiliates are not restrained and enjoined from continuing the foregoing misconduct, Plaintiffs will continue to suffer irreparable harm, which cannot be remedied by monetary damages.

In speaking of the "irreparable harm" element of Rule 65A, the Utah Supreme Court has recognized that "[t]o *prevent* wrong is the peculiar province of equity." *System Concepts*, 669 P.2d at 428.  Where a defendant's conduct "has been . . . and promises to be of such character, that damages *may* result . . . they would be irreparable, in the sense that they could be estimated

---

[7] "A private nuisance is generally defined as a substantial and unreasonable nontrespassory interference with the private use and enjoyment of another's land." *Turnbaugh v. Anderson*, 793 P.2d 939, 942 (Utah Ct. App. 1990).

[8] "To be considered public, the nuisance must affect an interest common to the general public, rather than peculiar to one individual, or several." *Solar Salt Co. v. S. Pac. Transp. Co.*, 555 P.2d 286, 289 (Utah Sup.Ct. 1976).

30

only by conjecture and not by any accurate standard." *Id.* (*citing Columbia College of Music & School of Dramatic Art v. Thunberg*, 116 P. 64 Wash. 19, 116 P. 280, 282 (1911)). "Generally, irreparable harm is that which cannot be adequately compensated in damages or for which damages cannot be compensable in money, in other words, harm from which the injured party cannot be made whole by monetary compensation." *Zagg, Inc. v. Harmer*, 2015 UT App 52, ¶ 6, 345 P.3d 1273 (citation and internal quotation marks omitted).

In essence "[i]rreparable injury, in the injunctive relief context" is "[w]rongs of a repeated and continuing character, or which occasion damages that are estimated only by conjecture, and not by any accurate standard . . . ." *System Concepts*, 669 P.2d at 427–28. The overwhelming authority on this issue dictates that harm is irreparable, whether it be in the form of lost customers, "loss of business and goodwill," or other unquantifiable damage, where the actual loss "could be estimated only by conjecture and not by any accurate standard." *See id.* at 427–29; *Hunsaker v. Kersh*, 991 P.2d 67, 69-70 (Utah 1999); *Johnson v. Hermes Assocs., Ltd.*, 128 P.3d 1151 (Utah 2005); *Heideman v. S. Salt Lake City*, 348 F.3d 1182, 1189 (10th Cir. 2003).

The co-Defendants' ongoing campaign of destruction, defamation, harassment, interference and stalking has caused and continues to cause irreparable harm to Plaintiffs. On or about 5/21/26 and following publication and online amplification of the Schneider Group's false assertions through the Publications, BAM and associated franchisees and their personnel received death and bomb threats, as well as have been the object of incited violence against them. These threats and incitements have created an immediate safety risk to employees,

31

franchisees, customers, families and the public, and require emergency injunctive relief in the form of a TRO and PI.

The threats and ongoing harassment have caused immediate and irreparable harm, including risk to employee safety; risk to franchisee safety; risk to customer safety; business interruption; reputational injury; increased security costs; store disruption; management distraction; and fear among personnel and their families. BAM continues to experience ongoing serious adverse impacts including damage from continued defamatory statements online; threatening communications; media inquiries; reputational damage; and substantial legal and public relations expenses. Monetary damages alone cannot remedy bomb threats, death threats, business destruction threats and the ongoing risks of continued harassment, nuisance and interference respecting BAM, its franchisees, employees, customers and family members.

The Schneider Group's (with the knowledge and support of co-Defendants) repeated defamation, harassment, interference and trespass, disregard of written notices and warnings, as well as Schneider's multiple personal arrests on stalking charges, his failure to appear in court and the Schneider Group's continued publication of defamatory content and incitement of followers to harass Plaintiffs demonstrates the Plaintiffs' substantial likelihood of success respecting co-Defendants' past and ongoing misconduct. If not enjoined, they will continue to cause irreparable injury and harm to the businesses and persons of Plaintiffs that cannot be adequately calculated by any reliable measure.

Moreover, co-Defendants in conspiracy with and through Schneider have publicly stated that he (and indirectly they) will do "whatever it takes," that he (and indirectly they) will "stop at nothing" to destroy Plaintiffs and that BAM and its franchisees deserve to have their "li[ves]

32

ruined." The Schneider Group has even solicited and incited BAM employees to act as "undercover agents" to support the effort to take "the entire corporation down." This ongoing and malicious campaign of destruction has created and poses a substantial risk of further disparagement, harassment, nuisance, unauthorized access, employee manipulation, interference and business disruption that cannot be remedied by monetary damages.

Co-Defendants, directly or indirectly, have demonstrated a complete disregard of the rights of Plaintiffs with respect to their businesses, employees, franchisees, customers and families such that the history, combined with the ongoing threat of harm, clearly constitutes a clear threat of an immediate and ongoing irreparable injury, loss and damage to Plaintiffs.

Significantly, the Schneider Group's campaign of destruction has disparaged and interfered with Plaintiffs' business operations, including by frightening, intimidating and driving away customers, damaging franchise relationships and creating confusion in the marketplace.Schneider set up a booth outside a BAM store location, which, by his own admission, impeded, stopped and redirected customers from entering the store, directly interfering with Plaintiffs' business operations, intimidating and scaring customers and compromising customer relationships.

The Schneider Group's coordinated communications with individuals, entities and governmental agencies, combined with their publication of false statements stating Plaintiffs have committed criminal theft and elder exploitation, have caused significant damage to Plaintiffs' goodwill, reputations and relationships with their economic relations. Such conduct has caused and will continue to result in irreparable harm (i.e., including the loss of existing customers, loss of prospective customers, interference with franchise relationships, damage to

33

Plaintiffs' ability to recruit new franchisees, increased costs of security at store locations, business interruption, costs of removing defamatory signage and materials, management distraction and legal costs) that cannot be adequately calculated.  Accordingly, the Court should immediately issue injunctive relief in the form of a TRO, followed by a PI, to prevent further harm.

      **C.**      **The Threatened Injury to Plaintiffs Outweighs Any Injury to Defendant if Injunctive Relief is Not Issued.**

Plaintiffs seek to stop the immediate irreparable harm that has occurred, and that will continue to occur, due to co-Defendants' ongoing campaign of defamation, harassment, stalking, trespass, nuisance and tortious interference.  Such harm will only escalate if left unchecked.  As the YouTube Video continues to garner views, the threatened injury to Plaintiffs grows more severe with each passing day.  Plaintiffs have received death and bomb threats, causing Plaintiffs' employees, franchisees and their families to fear for their safety. Plaintiffs' business operations have been disrupted, and their reputations have suffered significant damage.

Conversely, as the co-Defendants' actions have not been lawful, they will incur no injury or loss from being required to comply with applicable law, which rejects all of their alleged misconduct.  *Arguendo*, any damages to co-Defendants will, at best, be minimal and directly arise from their own voluntary wrongful conduct.  Indeed, co-Defendants will suffer no legitimate harm from being restrained from making threats, trespassing, interfering, impersonating officials, harassing Plaintiffs' employees and families, or publishing defamatory statements regarding Plaintiffs' criminal conduct.  The proposed TRO and PI will not restrain lawful criticism or reporting; rather, it will only restrain unlawful conduct that has already resulted in death threats, bomb threats, arrests and the alleged misconduct.

34

### D.    Public Interest Favors Entry of a TRO.

By granting injunctive relief, the Court will protect Plaintiffs, their employees, franchisees, customers, and their families from threats of violence and the other misconduct asserted herein.  The public has a strong interest in preventing criminality and violence, including death threats, bomb threats, stalking, disparagement and harassment.  The proposed TRO and PI do not seek to restrain lawful criticism or legitimate reporting.  They seek narrow emergency relief prohibiting co-Defendants, their associates, co-conspirators, and Affiliates, including the Schneider Group and Reckless Ben LLC, and all persons acting in concert with any of them, from: threatening violence; encouraging others to threaten or harass; doxxing personnel; entering or approaching company locations and private residences after notice; trespassing, impersonating Bricks & Minifigs or others; blocking entrances; interfering with customers; soliciting employees to act as undercover agents; using deceptive documents to deter police calls; harassment and nuisance and destroying evidence.  This narrow relief is clearly in the public interest.

### E.    No Security Should Be Required, or Minimal Security Should Be Set.

In Utah, no security is required for the issuance of an injunction if "it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction."  Utah R. Civ. P. 65A(d)(1).  An injunction in this case would simply preserve Plaintiffs' valuable legal and business rights, protect Plaintiffs' employees, franchisees, and families from threats and harassment, and maintain the status quo during the pendency of the underlying action.  Co-Defendants will suffer no legitimate harm from being restrained from making unlawful threats, trespassing, impersonating officials, harassing Plaintiffs' employees

35

and families, interfering, creating private and public nuisances or publishing defamatory statements regarding Plaintiffs of criminal conduct.  Therefore, no bond or security should be required herein, or alternatively, only minimal security should be set.

### Conclusion

Plaintiffs are entitled to entry of a TRO and a PI to protect co-Defendants, their affiliates, employees, contractors, agents and representatives, prohibiting them and anyone acting in concert with him, directly or indirectly, in person, remotely or online, from:

a. Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

b. Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

c. Entering, remaining at, filming, blocking access to or approaching within a defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after notice, except through counsel, lawful service of process or court-approved activity;

d. Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer

information or business disruption;

e.  Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f.  Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g.  Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h.  Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct;

i.  Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating to Bricks & Minifigs, the LEGO collection dispute, threats and the

37

creation/promotion of the videos;

j.   Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs; and

k.   Maintaining the current Publications and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chyrstal and the allegations of wrongdoing as described in this Verified Complaint.

If the TRO is not immediately entered, Plaintiffs request a hearing at the Court's earliest convenience.

DATED: May 27, 2026.

**DENTONS DURHAM JONES PINEGAR, P.C.**

/s/ Wm. Kelly Nash
Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial

*Attorneys for Plaintiffs*

38

Wm. Kelly Nash (4888)
    kelly.nash@dentons.com
Justin T. Rich (18519)
    justin.rich@dentons.com
Mina S. Ghobrial (20214)
    mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

---

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, | **TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING** |
| Plaintiffs, | **(Tier 3)** |
| vs. | Case No.: 260402353 |
| BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15, | Judge: Tony F. Graf, Jr. |
| Defendants. | |

PROPOSED

This matter came for hearing before the Court on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**"). Having considered all evidence, together with the verified pleadings and the requests set forth in the Motion, and finding good cause, the Court hereby grants the Motion and enters this Temporary Restraining Order and makes the following findings:

1. Plaintiffs are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion, including, *inter alia*, loss of business, loss of good will, loss of existing and future relationships with customers and franchisees, and injury to Plaintiffs and persons involved, unless this Temporary Restraining Order is issued, which injuries cannot be adequately compensated with money. Beginning in early 2025 and continuing to date, co-Defendants engaged in a campaign of extortion, harassment, defamation, nuisance, interference, trespassing, stalking and intimidation targeting Plaintiffs and their businesses and affiliates. Co-Defendants organized and created an "enterprise" for the common purpose of conducting a pattern of unlawful activity, including the publication of false, defamatory and disparaging images, content and statements, including the Publications (as such term is defined in Plaintiffs' Verified Complaint) and other misconduct as alleged in the Verified Complaint.

2. Plaintiffs' threatened injury and damages outweigh any injury or damages to co-Defendants.

3. The granting of the Motion is not contrary to the public interest between private parties, and the public interest is served when extortion, harassment, defamation, nuisance, interference, trespassing, stalking, intimidation, and the other unlawful conduct set forth in the Verified Complaint is prevented.

4.    Plaintiffs are substantially likely to prevail on the merits of their claims against co-Defendants, including claims for Utah RICO violations, defamation per se, civil stalking, trespass, civil conspiracy, tortious interference with economic relations, intentional infliction of emotional distress, injurious falsehood, trade disparagement, false light and nuisance. This case also presents serious issues of law and fact supporting the entry of this Temporary Restraining Order.

5.    Plaintiffs are entitled to entry of this Temporary Restraining Order and co-Defendants (including DOES 1-15), their affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

   a. Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

   b. Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

   c. Entering, remaining at, filming, blocking access to or approaching within a defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after notice, except through counsel, lawful service of process or court-approved activity;

   d. Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a

delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption;

e. Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f. Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g. Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h. Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct;

i. Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating

to Bricks & Minifigs, the LEGO collection dispute, threats and the creation/promotion of the videos;

j. Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs; and

k. Maintaining the current Publications (as such term is defined in the Verified Complaint) and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint.

6. Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time, because no security is required for the issuance of an injunction if "it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction" and because co-Defendants will suffer no legitimate harm from being restrained by the granting of the Motion entry of this Temporary Restraining Order.

7. An evidentiary hearing on Plaintiffs' Motion for preliminary injunction will be held at __:___ __:m on ____, ___, 2026, at the Fourth District Courthouse located at 137 N Freedom Blvd, Suite 100, Provo, UT, 84601.

8. This Order remains in effect until such time as the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***



Wm. Kelly Nash (4888)
  *kelly.nash@dentons.com*
Justin T. Rich (18519)
  *justin.rich@dentons.com*
Mina S. Ghobrial (20214)
  *mina.ghobrial@dentons.com*
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>　　　　Defendants. | **REQUEST TO SUBMIT FOR DECISION RE:**<br><br>**PLAINTIFFS' *EX PARTE* MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION**<br><br>**(Tier 3)**<br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

Plaintiffs BAM Franchising, Inc. ("**BAM**"), Ammon McNeff ("**Ammon**"), Matthew

McNeff ("**Matthew**"), Josh Johnson ("**Josh**"), Brandon Best ("**Brandon**"), Baker Bricks, LLC

1

("**Baker**") dba Salem-Baker Bricks, Inc. ("**Salem Baker**") (collectively, "**Plaintiffs**"), through counsel, and pursuant to Utah R. Civ. P. 7, notify the Court the following is ready for submission.

1.      On May 27, 2026, Plaintiffs filed their *Ex Parte* Motion For Temporary Restraining Order And Preliminary Injunction.

2.      On May 28, 2026, Plaintiffs through counsel filed their proposed Temporary Restraining Order.

Because this Motion is *Ex Parte*, and was filed pursuant to Utah R. Civ. P. 7(j), 7(m), and 65A(b)(1)(A), this matter is ready and ripe for the Court's review and decision.

DATED this 28th day of May 2026.

DENTONS DURHAM JONES PINEGAR P.C.

*/s/ Wm. Kelly Nash*
Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
*Attorneys for Plaintiffs*

2

UC_8987529.1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2026 a true and correct copy of the foregoing was

delivered via email and process server, where indicated, to the following:

Bryan Mansell (**email only**)
mansellsmail@gmail.com

Benjamin Paul Schneider
5013 Marathon St.
Los Angeles, CA 90029
Bschneider139@gmail.com

Reckless Ben LLC
1407 North Edgemont Street
Los Angeles, CA 90027
Recklessben12323@gmail.com

Victor Ngyuen
1618 West 35th Place, Room 301
Los Angeles, CA 90018

/s/ *Brittany Deere*

3

UC_8987529.1

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15, <br><br> Defendants. | **NOTICE OF ERRATA RE: CASE CAPTION PAGE OF THE VERIFIED COMPLAINT** <br><br> Case No.: 260402353 <br><br> Judge: Tony F. Graf, Jr. |

UC_8987598.1

Plaintiffs, through their counsel, hereby submit this Notice of Errata regarding the case caption page of their *Verified Complaint* filed on May 27th, 2026.  The case caption page that was filed contained a scrivener's error in that it did not contain the following statement:

> **CAUTION**:  If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.

Attached to this Notice as Exhibit A is a copy  of the new case caption page to the *Verified Complaint* that corrects the error.  The corrected case caption page will be used when serving the Defendants.

DATED this 28th day of May 2026.

DENTONS DURHAM JONES PINEGAR P.C.

*/s/ Wm. Kelly Nash*
Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
*Attorneys for Plaintiffs*

2

UC_8987598.1

# EXHIBIT A

# EXHIBIT A

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

> **CAUTION:** If you do not respond to this document within applicable time limits, judgment could be entered against you as requested.

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>        Defendants. | **VERIFIED COMPLAINT**<br><br>**(Tier 3)**<br><br>Case No.:<br><br>Judge: |

Plaintiffs BAM Franchising, Inc. ("**BAM**"), Ammon McNeff ("**Ammon**"), Matthew

McNeff ("**Matthew**"), Josh Johnson ("**Josh**"), Brandon Best ("**Brandon**"), Baker Bricks, LLC

UC_8981990.4



The Order of the Court is stated below:
**Dated:** May 28, 2026            **/s/**  TONY F GRAF JR
          05:25:31 PM                  District Court Judge

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>          Plaintiffs,<br><br> vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>          Defendants. | **TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING**<br><br>**(Tier 3)**<br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

This matter came for hearing before the Court on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**"). Having considered all evidence, together with the verified pleadings and the requests set forth in the Motion, and finding good cause, the Court hereby grants the Motion and enters this Temporary Restraining Order and makes the following findings:

1. Plaintiffs are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion, including, *inter alia*, loss of business, loss of good will, loss of existing and future relationships with customers and franchisees, and injury to Plaintiffs and persons involved, unless this Temporary Restraining Order is issued, which injuries cannot be adequately compensated with money. Beginning in early 2025 and continuing to date, co-Defendants engaged in a campaign of extortion, harassment, defamation, nuisance, interference, trespassing, stalking and intimidation targeting Plaintiffs and their businesses and affiliates. Co-Defendants organized and created an "enterprise" for the common purpose of conducting a pattern of unlawful activity, including the publication of false, defamatory and disparaging images, content and statements, including the Publications (as such term is defined in Plaintiffs' Verified Complaint) and other misconduct as alleged in the Verified Complaint.

2. Plaintiffs' threatened injury and damages outweigh any injury or damages to co-Defendants.

3. The granting of the Motion is not contrary to the public interest between private parties, and the public interest is served when extortion, harassment, defamation, nuisance,

interference, trespassing, stalking, intimidation, and the other unlawful conduct set forth in the Verified Complaint is prevented.

4.      Plaintiffs are substantially likely to prevail on the merits of their claims against co-Defendants, including claims for Utah RICO violations, defamation per se, civil stalking, trespass, civil conspiracy, tortious interference with economic relations, intentional infliction of emotional distress, injurious falsehood, trade disparagement, false light and nuisance. This case also presents serious issues of law and fact supporting the entry of this Temporary Restraining Order.

5.      Plaintiffs are entitled to entry of this Temporary Restraining Order and co-Defendants (including DOES 1-15), their affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

   a.  Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

   b.  Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

   c.  Entering, remaining at, filming, blocking access to or approaching within a defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after

notice, except through counsel, lawful service of process or court-approved activity;

d.  Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption;

e.  Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f.  Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g.  Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h.  Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other

misconduct;

i.  Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating to Bricks & Minifigs, the LEGO collection dispute, threats and the creation/promotion of the videos;

j.  Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs; and

k.  Maintaining the current Publications (as such term is defined in the Verified Complaint) and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint.

6.  Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time, because no security is required for the issuance of an injunction if "it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction" and because co-Defendants will suffer no legitimate harm from being restrained by the granting of the Motion entry of this Temporary Restraining Order.

7.      An evidentiary hearing on Plaintiffs' Motion for preliminary injunction will be held at __:___ __:m on ____, ___, 2026, at the Fourth District Courthouse located at 137 N Freedom Blvd, Suite 100, Provo, UT, 84601.

8.      This Order remains in effect until such time as the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

---

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>     Plaintiffs,<br><br> vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>     Defendants. | **TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING**<br><br>**(Tier 3)**<br><br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

This matter came for hearing before the Court on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**"). Having considered all evidence, together with the verified pleadings and the requests set forth in the Motion, and finding good cause, the Court hereby grants the Motion and enters this Temporary Restraining Order and makes the following findings:

1.      Plaintiffs are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion, including, *inter alia*, loss of business, loss of good will, loss of existing and future relationships with customers and franchisees, and injury to Plaintiffs and persons involved, unless this Temporary Restraining Order is issued, which injuries cannot be adequately compensated with money. Beginning in early 2025 and continuing to date, co-Defendants engaged in a campaign of extortion, harassment, defamation, nuisance, interference, trespassing, stalking and intimidation targeting Plaintiffs and their businesses and affiliates. Co-Defendants organized and created an "enterprise" for the common purpose of conducting a pattern of unlawful activity, including the publication of false, defamatory and disparaging images, content and statements, including the Publications (as such term is defined in Plaintiffs' Verified Complaint) and other misconduct as alleged in the Verified Complaint.

2.      Plaintiffs' threatened injury and damages outweigh any injury or damages to co-Defendants.

3.      The granting of the Motion is not contrary to the public interest between private parties, and the public interest is served when extortion, harassment, defamation, nuisance, interference, trespassing, stalking, intimidation, and the other unlawful conduct set forth in the Verified Complaint is prevented.

4.      Plaintiffs are substantially likely to prevail on the merits of their claims against co-Defendants, including claims for Utah RICO violations, defamation per se, civil stalking, trespass, civil conspiracy, tortious interference with economic relations, intentional infliction of emotional distress, injurious falsehood, trade disparagement, false light and nuisance. This case also presents serious issues of law and fact supporting the entry of this Temporary Restraining Order.

5.      Plaintiffs are entitled to entry of this Temporary Restraining Order and co-Defendants (including DOES 1-15), their affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

a.  Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

b.  Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

c.  Entering, remaining at, filming, blocking access to or approaching within a defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after notice, except through counsel, lawful service of process or court-approved activity;

d.  Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a

delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption;

e. Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f. Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g. Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h. Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct;

i. Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating

to Bricks & Minifigs, the LEGO collection dispute, threats and the creation/promotion of the videos;

j.  Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs; and

k.  Maintaining the current Publications (as such term is defined in the Verified Complaint) and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint.

6.  Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time, because no security is required for the issuance of an injunction if "it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction" and because co-Defendants will suffer no legitimate harm from being restrained by the granting of the Motion entry of this Temporary Restraining Order.

7.  An evidentiary hearing on Plaintiffs' Motion for preliminary injunction will be held at __:___ __:m on ____, ___, 2026, at the Fourth District Courthouse located at 137 N Freedom Blvd, Suite 100, Provo, UT, 84601.

8.  This Order remains in effect until such time as the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***



The Order of the Court is stated below:
**Dated:** June 02, 2026                **/s/**   TONY F GRAF JR
10:16:45 AM                  District Court Judge

Wm. Kelly Nash (4888)
kelly.nash@dentons.com
Justin T. Rich (18519)
justin.rich@dentons.com
Mina S. Ghobrial (20214)
mina.ghobrial@dentons.com
**Dentons Durham Jones Pinegar, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

<table>
<tr>
<td>

**IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR**

**UTAH COUNTY, STATE OF UTAH**

</td>
<td></td>
</tr>
<tr>
<td>

BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,

      Plaintiffs,

  vs.

BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,

      Defendants.

</td>
<td>

**TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING**

**(Tier 3)**

Case No.: 260402353

Judge: Tony F. Graf, Jr.

</td>
</tr>
</table>

This matter came for hearing before the Court on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**"). Having considered all evidence, together with the verified pleadings and the requests set forth in the Motion, and finding good cause, the Court hereby grants the Motion and enters this Temporary Restraining Order and makes the following findings:

1.     Plaintiffs are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion, including, *inter alia*, loss of business, loss of good will, loss of existing and future relationships with customers and franchisees, and injury to Plaintiffs and persons involved, unless this Temporary Restraining Order is issued, which injuries cannot be adequately compensated with money. Beginning in early 2025 and continuing to date, co-Defendants engaged in a campaign of extortion, harassment, defamation, nuisance, interference, trespassing, stalking and intimidation targeting Plaintiffs and their businesses and affiliates. Co-Defendants organized and created an "enterprise" for the common purpose of conducting a pattern of unlawful activity, including the publication of false, defamatory and disparaging images, content and statements, including the Publications (as such term is defined in Plaintiffs' Verified Complaint) and other misconduct as alleged in the Verified Complaint.

2.     Plaintiffs' threatened injury and damages outweigh any injury or damages to co-Defendants.

3.     The granting of the Motion is not contrary to the public interest between private parties, and the public interest is served when extortion, harassment, defamation, nuisance,

interference, trespassing, stalking, intimidation, and the other unlawful conduct set forth in the Verified Complaint is prevented.

4.      Plaintiffs are substantially likely to prevail on the merits of their claims against co-Defendants, including claims for Utah RICO violations, defamation per se, civil stalking, trespass, civil conspiracy, tortious interference with economic relations, intentional infliction of emotional distress, injurious falsehood, trade disparagement, false light and nuisance. This case also presents serious issues of law and fact supporting the entry of this Temporary Restraining Order.

5.      Plaintiffs are entitled to entry of this Temporary Restraining Order and co-Defendants (including DOES 1-15), their affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

    a.  Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

    b.  Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

    c.  Entering, remaining at, filming, blocking access to or approaching within a

defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after notice, except through counsel, lawful service of process or court-approved activity;

d.  Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption;

e.  Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f.  Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g.  Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h.  Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct;

i.  Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating to Bricks & Minifigs, the LEGO collection dispute, threats and the creation/promotion of the videos;

j.  Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs; and

k.  Maintaining the current Publications (as such term is defined in the Verified Complaint) and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint.

6.     Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time, because no security is required for the issuance of an injunction if "it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction" and because co-Defendants will suffer no legitimate harm from being restrained by the granting of the Motion entry of this Temporary Restraining Order.

7.     An evidentiary hearing on Plaintiffs' Motion for preliminary injunction will be held at 2:00 pm on June 22, 2026, in person at the Fourth District Courthouse located at 137 N Freedom Blvd, Suite 100, Provo, UT, 84601.

8.     This Order remains in effect until such time as the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

FOURTH JUDICIAL DISTRICT - PROVO DISTRICT COURT

UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING INC    et al.,<br><br>Plaintiff,<br><br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER   ,<br><br>Defendant. | NOTICE OF<br><br>TEMPORARY RESTRAINING ORDER<br><br><br>Case No: 260402353 MI<br><br>Judge: TONY F GRAF JR<br><br>Date: June 5,2026 |

**In-person Appearance**

**TEMPORARY RESTRAINING ORDER is scheduled.**

Date: 06/30/2026

Time: 03:00 p.m.

Location: 8th Fl, Courtroom 8B

Before Judge: TONY F GRAF JR

FOURTH DISTRICT COURT

137 N FREEDOM BLVD

PROVO, UT 84601

UCJA Rule 4-401.02: court proceedings, including electronic proceedings, may NOT be recorded, photographed, or transmitted. Failure to comply with this prohibition may be treated as contempt of court, punishable by fine and time in jail.

* The court will provide an interpreter upon request. If you need an interpreter, please notify the court at (801)429-1037 five days before the hearing.

* El tribunal proveerá un intérprete si lo solicita. Si usted necesita un intérprete, por favor notifique al tribunal llamando al número (801)429-1037 cinco días antes de la audiencia.

*Individuals needing special accommodations (including auxiliary communicative aids and services) should call VIVIANA at (801)429-1037 three days prior to the hearing.  For TTY service call Utah Relay at 800-346-4128.*

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>        Defendants. | ***EX PARTE* MOTION REGARDING ALTERNATIVE SERVICE**<br><br>**(Tier 3)**<br><br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

UC_8992891.6

Pursuant to Utah R. Civ. P. 4(d)(5)(A) and 7(l)(d), Plaintiffs BAM Franchising, Inc. ("**BAM**"), Ammon McNeff ("**Ammon**"), Matthew McNeff ("**Matthew**"), Josh Johnson ("**Josh**"), Brandon Best ("**Brandon**") and Baker Bricks, LLC ("**Baker**") dba Salem-Baker Bricks, Inc. ("**Salem Baker**") (collectively, "**Plaintiffs**"), through counsel, respectfully submit this *Ex Parte Motion Regarding Alternative Service* ("**Motion**").

## Concise Statement of Relief Requested and Grounds

On 5/27/26, Plaintiffs filed their *Verified Complaint* against Co-Defendants. In connection therewith and on 5/27/26, Plaintiffs filed their *Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction* (and issued the associated *Summons*) (collectively, "**Initial Pleadings**"). On 5/28/26, the Court issued its *Temporary Restraining Order*, as amended on 6/2/26 to include the date of the preliminary injunction hearing ("**TRO**").

Plaintiffs have diligently and variously attempted to serve the forgoing Initial Pleadings and TRO on co-Defendants Benjamin Schneider ("**Schneider**"), Reckless Ben LLC ("**Reckless Ben**") (collectively, "**Schneider Defendants**"), Bryan Mansell ("**Mansell**") and Victor Nguyen ("**Victor**") as hereinafter described, but have been <u>unsuccessful</u> in "personally" serving such for a variety of reasons, including based on locked and impenetrable gate(s) or door(s), evasion of service, unanswered contacts, unconfirmed addresses, etc. Plaintiffs have nevertheless transmitted copies thereof to co-Defendants via known email addresses and/or by posting such at known addresses. Copies of the Initial Pleadings and the TRO have also been emailed to counsel for non-party co-conspirators Chrystal Law and Benjamin Gorman. Plaintiffs have diligently attempted service by reasonable means.

More significantly, though "personal" service has not been accomplished, the existence and content of the Initial Pleadings and the TRO have been widely published, acknowledged,

UC_8992891.6

criticized and disputed by the Schneider Defendants, as well as other co-Defendants and co-conspirators.  In fact, one or more co-Defendants have caused a republication thereof or much of the information therein, in connection with the ongoing viral online attacks and related publications in podcasts, broadcasts, chat rooms, interviews, news articles, television news reports and/or through a flood of social media posts and activities.  These include communications with specific reference to the Verified Complaint and the TRO.

Considering Plaintiffs' unsuccessful efforts to serve co-Defendants, and their open acknowledgment of the Initial Pleadings and TRO, Plaintiffs request the Court enter an order

1) finding Plaintiffs' service efforts regarding co-Defendants to date respecting the Initial Pleadings and TRO via posting, email, registered mail, etc. (as further detailed herein) have been and are sufficient and constitute valid service, and

2) finding Plaintiffs' future service, to the extent necessary, of pleadings and orders herein may be made i) on the Schneider Defendants and Mansell by posting, US Mail, FedEx and/or by email to their last known email or mailing addresses and/or registered agent's address, and ii) on Victor Nguyen by posting, US Mail, FedEx and/or by email to his last known email or mailing addresses.

**Facts**

1.    On 5/27/26, Plaintiffs filed their *Verified Complaint* against co-Defendants ("**Complaint**").

2.    On 5/27/26, Plaintiffs filed their *Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction* ("**Motion**").

3.    Co-Defendant Schneider's email address is bschneider139@gmail.com.

4.    Co-Defendant Reckless Ben's email address is recklessben12323@gmail.com.

3

UC_8992891.6



5.      Co-Defendant Mansell's email address is mansellsmail@gmail.com.

6.      On 5/28/26 and immediately after filing the Initial Pleadings (as defined above), Plaintiffs, through counsel, sent written notice of the Initial Pleadings and appropriate Summonses to Schneider, Reckless Ben and Mansell via their respective known email addresses. (*See* **Exhibit A**)  Plaintiffs expressly advised that the email correspondence was to provide "notice of such filings and to request that [they] accept service of the Summons and Verified Complaint in lieu of personal service by a constable, which will expedite and save money in this matter."

7.      The email correspondence included an acceptance of service form for each co-Defendant's respective signature and return and provided the names, number and address of Plaintiffs' counsel for convenience.

8.      On 5/28/26, Plaintiffs hired James DeLuca ("**DeLuca**") to serve process on Victor and Schneider.

9.      On 5/28/26, Plaintiffs hired Daniel Benavides ("**Benavides**") to serve process on Reckless Ben.

10.     On 5/28/26, Plaintiffs hired James Moore ("**Moore**") to serve process on Mansell.

11.     On 5/28/26, the Court entered the TRO against co-Defendants.

4

12.    On 5/28/26 at 6:16 pm MST and immediately after the Court entered the TRO, Plaintiffs, through counsel, sent written notice of the TRO to Schneider, Reckless Ben and Mansell at the above-referenced emails.  (*See* **Exhibit B)**

13.    In a 5/29/26 YouTube video stream, titled "Reckless Ben Speaks On LEGO Scandal & Police Corruption - H3 Show #274", ("**H3 Podcast**"), located at the following link: https://www.youtube.com/live/IdII08PDlUE, Schneider admits his knowledge of this lawsuit.  A downloaded and viewable copy of the video, along with excerpts from an informal transcript of the video, is attached as **Exhibit C**.

14.    On 5/29/26, Schneider (individually and as Reckless Ben) admitted his knowledge of the lawsuit and stated, "[r]ight now we're actually getting sued because of that website [https://westealfromoldpeople.com/]." *See* H3 Podcast, Minute 1:05:02-07.  More precisely, when one of the hosts of the H3 Podcast informed Schneider that the Complaint had been filed against him, Schneider (individually and as Reckless Ben) acknowledged specific awareness of this lawsuit by responding 'Yeah.'" *Id.*, Minute 1:05:11-25.

15.    On 5/29/26, Schneider (individually and as Reckless Ben) also admitted his knowledge of the TRO, and underlying RICO claims in particular, stated, "[w]hat's crazy too is the Legal Eagle team was telling me yesterday . . . when they looked at the TRO that I got the temporary restraining order, he said . . . this was made and only gets approved for people that have like are super high up in gangs or like the cartels and stuff.  He's like this is not for a YouTuber, you know? is like they are abusing this super hard." *Id.*, 1:27:04-26.

16.    On 5/29/26, Schneider (individually and as Reckless Ben) also admitted that "[he is] covering [his] legal fees, [Bryan's] legal fees, **Victor got . . . serving papers yesterday**. So, Victor's legal fees." *Id.*, 2:02:45-54.

5

17.     On 6/2/26, the Court amended the TRO, setting a live preliminary injunction hearing for June 22, 2026 at 2:00 pm MST.

18.     On 6/2/26, Schneider (individually and as Reckless Ben) further acknowledged the Initial Pleadings and TRO, including via direct communications with the undersigned law firm.  During two separate 6/2/26 telephone calls with the Plaintiffs' counsel/law firm's receptionist, Schneider (individually and as Reckless Ben) acknowledged the lawsuit and confirmed that email address to which Plaintiffs' counsel send the Summons, Complaint, and TRO ([bschneider139@gmail.com](mailto:bschneider139@gmail.com)) was accurate.  The firm received no undeliverable notification regarding such.  Presumably attempting to create further streaming content for his platforms, Reckless Ben inquired regarding and asked to speak with Mr. Nash specifically concerning his case.  As Mr. Nash was then unavailable, counsel later requested, in writing, that Schneider, confirm whether he was represented by counsel, at which point counsel indicated they would be happy to visit with him.  *See* 6/2/26 Emails to Schneider Defendants, attached as **Exhibit D**.

19.     On 6/3/26, Plaintiffs hired William Hines ("**Hines**") to further serve the TRO on Schneider.

*Attempted Service of Process on Co-Defendant Victor*

20.     Upon information and belief, the last known address of Victor is 1618 West 35th Place, Room 301, Los Angeles, CA 90018.

21.     On 5/29/26 at 1:54 pm, Mr. DeLuca attempted to serve process on Victor at 1618 West 35th Place, Room 301, Los Angeles, CA 90018, but was unable to personally serve Victor. Mr. DeLuca spoke with the building manager of the property and confirmed that Victor is one of their residents, but the manager refused to let him in the building as a code was required for

6

entry.  (*See* **Exhibit E**)

22.     On 5/31/26 at 6:35 pm, Mr. DeLuca again attempted to serve process on Victor at 1618 West 35th Place, Room 301, Los Angeles, CA 90018, but was unable to personally serve him.  Mr. DeLuca confirmed that a locked gate prevented access to the property.  (*Id.*)

23.     On 6/1/26 at 8:18 am, Mr. DeLuca attempted to serve process on Victor at 1618 West 35th Place, Room 301, Los Angeles, CA 90018, but was unable to personally serve him. Mr. DeLuca again confirmed that a code was required for entry to the property.  (*Id.*)

24.     On 6/1/26 at 6:12 pm, Mr. DeLuca attempted to serve process on Victor at 1618 West 35th Place, Room 301, Los Angeles, CA 90018, but was unable to personally serve him. Mr. DeLuca confirmed that a code was required for entry to the property.  (*Id.*)

25.     On 6/2/26 at 7:13 pm, Mr. DeLuca again attempted to serve process on Victor at 1618 West 35th Place, Room 301, Los Angeles, CA 90018, but was unable to serve him. However, Mr. DeLuca posted the documents in a conspicuous place at the premises.  (*Id.*)

***Attempted Service of Process on Co-Defendants Reckless Ben and Schneider***

26.     The last known address for Schneider is 5013 Marathon St, Los Angeles, CA 90029.

27.     The principal mailing and registered agent address for Reckless Ben (with Schneider as the Registered Agent), as listed on the California Secretary of State's is 1407 N Edgemont St, Los Angeles, CA 90027.

7



28.     On 5/29/26 at 4:45 pm, Mr. Benavides attempted to serve process on Reckless Ben at 1407 N Edgemont St, Los Angeles, CA 90027, but was unable to personally serve Reckless Ben.  (*See* **Exhibit F**)

29.     Since Schneider is the Registered Agent for Reckless Ben, on 6/4/26, Mr. Benavides attempted service on Reckless Ben at Schneider's last known address, but was unable to serve Reckless Ben.  (*Id.*)

30.     On 6/1/26 at 5:37 pm, Mr. DeLuca attempted to serve process on Schneider at 5013 Marathon St, Los Angeles, CA 90029, but was unable to personally serve him.  (*See* **Exhibit G**)

31.     On 6/2/26 at 11:02 am, Mr. DeLuca again attempted to serve process on

8

Schneider at 5013 Marathon St, Los Angeles, CA 90029, but was unable to personally serve him. (*Id.*)

32.    On 6/2/26 at 11:50 am, Mr. DeLuca attempted to serve process on Schneider at 5013 Marathon St, Los Angeles, CA 90029, but was unable to personally serve him.  However, Mr. DeLuca posted the Initial Pleadings in a conspicuous place at the premises. (*Id.*)

33.    On 6/3/26 at 7:59 pm, Mr. Hines attempted to serve process on Schneider at 5013 Marathon St, Los Angeles, CA 90029, but was unable to personally serve him. (*See* **Exhibit H**)

34.    On 6/4/26 at 11:14 am, Mr. Hines attempted to serve process on Schneider at 5013 Marathon St, Los Angeles, CA 90029, but was unable to personally serve him. (*Id.*)

35.    On 6/4/26 at 12:01 pm, Mr. Hines attempted to serve process on Schneider at 5013 Marathon St, Los Angeles, CA 90029, but was unable to personally serve Schneider. However, Mr. Hines posted the TRO in a conspicuous place at the premises. (*Id.*)

***Attempted Service of Process on Co-Defendant Mansell***

36.    Upon information and belief, the last known address to Mansell is 2854 Glen Creek Rd NW, Salem, OR 97304.

37.    On 5/30/26 at 3:10 pm, Mr. Moore attempted to serve process on Mansell at 2854 Glen Creek Rd NW, Salem, OR 97304, but was unable to personally serve him.  Mr. Moore indicated that there were no vehicles at the location and there was no answer after repeated knocking and ringing. (*See* **Exhibit I**)

38.    On 5/30/26 at 8:03 pm, Mr. Moore attempted to serve process on Mansell at 2854 Glen Creek Rd NW, Salem, OR 97304, but was unable to personally serve him.  Mr. Moore confirmed that no contact was made at the service address, but that he observed a woman sitting on the sofa inside the house using a tablet.  Mr. Moore indicated that the woman was ignoring

UC_8992891.6

the knocking and ringing.  (*Id*.)

39.    On 5/31/26 at 1:44 pm, Mr. Moore attempted to serve process on Mansell at 2854 Glen Creek Rd NW, Salem, OR 97304, but was unable to personally serve him.  Mr. Moore indicated that there were no vehicles at the location and the house appeared empty.  (*Id*.)

40.    On 6/1/26 at 3:54 pm, Mr. Moore attempted to serve process on Mansell at 2854 Glen Creek Rd NW, Salem, OR 97304, but was unable to personally serve him.  Mr. Moore confirmed that no contact was made at the service address.  Mr. Moore indicated that there were no vehicles at the location.  (*Id*.)

41.    On 6/3/26 at 9:57 am, Mr. Moore attempted to serve process on Mansell at 2854 Glen Creek Rd NW, Salem, OR 97304, but was unable to personally serve him.  However, Mr. Moore placed the documents at the door in a box, labelling the box confidential and with Mansell's name and address.  (*Id*.)

42.    On 6/3/26, Plaintiffs further identified alternate and additional emails that may relate to Mansell (musicmansell@hotmail.com), his brother (ericmansell@msn.com) or his wife (melissa.a.leblanc@gmail.com).

43.    On 6/3/26 at 7:09 pm MST, Plaintiffs, through counsel, sent written notice of the Initial Pleadings and the TRO to Mansell's alternate emails as well as his father and wife c/o Mansell.  (*See* 6/3/26 Email to Mansell, attached as **Exhibit J**)

### Argument

Utah law allows a Court to order alternative service "[If] the identity or whereabouts of the person to be served are unknown and cannot be ascertained through reasonable diligence" or "if service upon all of the individual parties is impracticable under the circumstances."  Utah R. Civ. P. 4(d)(5)(A).  In such cases, the party attempting to serve the person must file "an affidavit

10

or declaration supporting the motion [and] set forth the . . . circumstances that make it impracticable to serve all of the individual parties." *Id.* The declarations of non-service for the co-Defendants signed by the process server are attached as Exhibits hereto, which identify each attempt to serve co-Defendants. Moreover, a link to the video in which certain of the co-Defendants and co-conspirators acknowledge the lawsuit and the TRO is also included in the Facts section above.

The Utah Supreme Court has imposed a "reasonable diligence standard" on parties seeking a court order for alternative service. *Jackson Const. Co. v. Marrs*, 2004 UT 89, ¶ 18, 100 P.3d 1211. In that case, the Court stated:

> The reasonable diligence standard does not require a plaintiff to exhaust all possibilities to locate and serve a defendant. It does, however, require more than perfunctory performance. . . . The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it.

*Id.* ¶ 19 (cleaned up). Moreover, "[t]o meet the reasonable diligence requirement, a plaintiff must take advantage of readily available sources of relevant information." *Id.* ¶ 20. In other words, "[t]he diligence to be pursued and shown by the affidavit is that which is reasonable under the circumstances and not all possible diligence which may be conceived." *Bonneville Billing v. Whatley*, 949 P.2d 768, 775 (Utah Ct. App. 1997).

Plaintiffs have diligently attempted to serve co-Defendants, but have been unsuccessful. Plaintiffs have incurred significant costs on each failed attempt. Moreover, Plaintiffs have employed means demonstrating their intent to inform the Defendants of the Complaint and TRO, including by attempting personal service and by emailing the relevant documents to the Defendants. Plaintiffs are aware that these email addresses have been and/or are used by co-Defendants and will thereby apprise all co-Defendants of this action and the TRO. Moreover,

11

Defendants have acknowledged the existence of the lawsuit and TRO in multiple videos posted to YouTube and other platforms.  They are well-aware of the lawsuit, the TRO, and Plaintiffs' attempts to serve them.

### Conclusion

As Plaintiffs have demonstrated that past and ongoing attempts to traditionally serve co-Defendants have been unproductive, Plaintiffs request that the Court enter an order

1) finding Plaintiffs' service efforts regarding co-Defendants to date respecting the Initial Pleadings and TRO via posting, email, registered mail, etc. (as further detailed herein) have been and are sufficient and constitute valid service, and

2) finding Plaintiffs' future service, to the extent necessary, of pleadings and orders herein may be made i) on the Schneider Defendants and Mansell by posting, US Mail, FedEx and/or by email to their last known email or mailing addresses and/or registered agent's address, and ii) on Victor Nguyen by posting, US Mail, FedEx and/or by email to his last known email or mailing addresses,

and grant the Motion as set forth herein.

DATED JUNE 5, 2026.

**DENTONS DURHAM JONES PINEGAR, P.C.**

/s/ *Wm. Kelly Nash*
Wm. Kelly Nash
Justin T. Rich
*Attorneys for Plaintiffs*

12

## CERTIFICATE OF SERVICE

This is to confirm that a true and correct copy of the foregoing was electronically filed on

June 5, 2026 and served via email to the following:

Benjamin Schneider
Bschneider139@gmail.com

Reckless Ben LLC
c/o Benjamin Schneider
recklessben12323@gmail.com
bschneider139@gmail.com

Brian Mansell
mansellsmail@gmail.com
musicmansell@hotmail.com
ericmansell@msn.com
melissa.a.leblanc@gmail.com

A true and correct copy of the foregoing was also filed via USPS to
the following party:

Victor Nguyen
1618 West 35th Place, Room 301
Lost Angeles, CA 90018

/s/ Brittany Deere

13

UC_8992891.6

# EXHIBIT A

# EXHIBIT A

| **From:** | Deere, Brittany |
| **To:** | bschneider139@gmail.com |
| **Cc:** | Nash, Wm. Kelly; Rich, Justin; Ghobrial, Mina S. |
| **Subject:** | Correspondence from Wm. Kelly Nash |
| **Date:** | Thursday, May 28, 2026 4:00:41 PM |
| **Attachments:** | Mot for TRO.pdf |
| | 2026.05.28 Verified Complaint (with Exhibits)(8986792.1).pdf |
| | Summons Ben Schneider(8987856.1).pdf |
| | Acceptance of Service Ben Schneider(8987375.1).pdf |

Mr. Schneider,

This email is to provide you with written Notice that the attached documents (Verified Complaint and *Ex Parte* Motion for a TRO) were recently filed in Case No. 260402353 in the Fourth Judicial District Court in and for Utah County, State of Utah.  This email is to provide you with notice of such filings and to request that you accept service of the Summons and Verified Complaint in lieu of personal service by a constable, which will expedite and save money in this matter.  If you are willing to accept service, an Acceptance form is also attached hereto for your signature and return.  Please let me know either way and feel free to contact me at your convenience if you have any questions.

Thank you,


Brittany Deere
Legal Administrative Assistant

O  +1 801 375 6600
brittany.deere@dentons.com    |    Website
Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043

Logo

Our Legacy Firms    |    Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

| | |
|---|---|
| From: | Deere, Brittany |
| To: | recklessben12323@gmail.com |
| Cc: | Nash, Wm. Kelly; Rich, Justin; Ghobrial, Mina S. |
| Subject: | Correspondence from Wm. Kelly Nash |
| Date: | Thursday, May 28, 2026 3:59:47 PM |
| Attachments: | Mot for TRO.pdf |
| | 2026.05.28 Verified Complaint (with Exhibits)(8986792.1).pdf |
| | Summons Reckless Ben(8987860.1).pdf |
| | Acceptance of Service Reckless Ben LLC(8987376.pdf |

Attention Reckless Ben LLC, c/o Benjamin Schneider:

This email is to provide you with written Notice that the attached documents (Verified Complaint and *Ex Parte* Motion for a TRO) were recently filed in Case No. 260402353 in the Fourth Judicial District Court in and for Utah County, State of Utah.  This email is to provide you with notice of such filings and to request that you accept service of the Summons and Verified Complaint in lieu of personal service by a constable, which will expedite and save money in this matter.  If you are willing to accept service, an Acceptance form is also attached hereto for your signature and return.  Please let me know either way and feel free to contact me at your convenience if you have any questions.

Thank you,


Brittany Deere
Legal Administrative Assistant

O  +1 801 375 6600
brittany.deere@dentons.com   |   Website
Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043

Logo

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

| From: | Deere, Brittany |
|---|---|
| To: | mansellsmail@gmail.com |
| Cc: | Nash, Wm. Kelly; Rich, Justin; Ghobrial, Mina S. |
| Subject: | Correspondence from Wm. Kelly Nash |
| Date: | Thursday, May 28, 2026 4:00:25 PM |
| Attachments: | Mot for TRO.pdf |
| | 2026.05.28 Verified Complaint (with Exhibits)(8986792.1).pdf |
| | Summons Bryan Mansell(8987851.1).pdf |
| | Acceptance of Service Bryan Mansell(8987377.pdf |

Mr. Mansell,

This email is to provide you with written Notice that the attached documents (Verified Complaint and *Ex Parte* Motion for a TRO) were recently filed in Case No. 260402353 in the Fourth Judicial District Court in and for Utah County, State of Utah.  This email is to provide you with notice of such filings and to request that you accept service of the Summons and Verified Complaint in lieu of personal service by a constable, which will expedite and save money in this matter.  If you are willing to accept service, an Acceptance form is also attached hereto for your signature and return.  Please let me know either way and feel free to contact me at your convenience if you have any questions.

Thank you,


Brittany Deere
Legal Administrative Assistant

O +1 801 375 6600

brittany.deere@dentons.com   |   Website

Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043

Logo

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

| | |
|---|---|
| From: | Deere, Brittany |
| To: | mansellsmail@gmail.com |
| Cc: | Nash, Wm. Kelly; Rich, Justin; Ghobrial, Mina S. |
| Subject: | W: Correspondence from Wm. Kelly Nash |
| Date: | Thursday, May 28, 2026 4:35:36 PM |
| Attachments: | Mot for TRO.pdf |
| | 2026.05.28 Verified Complaint (with Exhibits)(8986792.1).pdf |
| | Acceptance of Service Bryan Mansell(8987377.pdf |
| | Summons Bryan Mansell(8988004.2).pdf |

ood afternoon Mr. Mansell,

I apologi e, I sent an incorrect version of the Summons in my original email.  Please disregard that Summons and see the Summons attached to this email as the correct version.

Thank you,


## Brittany Deere
Legal Administrative Assistant

O  +1 801 375 6600

Dentons Durham Jones Pinegar P.C. | Lehi

---

**From:** Deere, Brittany
**Sent:** Thursday, May 28, 2026 3:59 PM
**To:** 'mansellsmail@gmail.com' <mansellsmail@gmail.com>
**Cc:** Nash, Wm. Kelly <kelly.nash@dentons.com>; Rich, Justin <justin.rich@dentons.com>; Ghobrial, Mina S. <mina.ghobrial@dentons.com>
**Subject:** Correspondence from Wm. Kelly Nash

Mr. Mansell,

This email is to provide you with written Notice that the attached documents (Verified Complaint and *Ex Parte* Motion for a TRO) were recently filed in Case No. 260402353 in the Fourth Judicial District Court in and for Utah County, State of Utah.  This email is to provide you with notice of such filings and to request that you accept service of the Summons and Verified Complaint in lieu of personal service by a constable, which will expedite and save money in this matter.  If you are willing to accept service, an Acceptance form is also attached hereto for your signature and return.  Please let me know either way and feel free to contact me at your convenience if you have any questions.

Thank you,


## Brittany Deere
Legal Administrative Assistant

O  +1 801 375 6600

brittany.deere@dentons.com    |    Website

Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043

Logo

Our Legacy Firms    |    Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

# EXHIBIT B

# EXHIBIT B

| From: | Deere, Brittany |
|---|---|
| To: | recklessben12323@gmail.com; bschneider139@gmail.com; mansellsmail@gmail.com |
| Cc: | Nash, Wm. Kelly; Rich, Justin; Ghobrial, Mina S. |
| Subject: | W: Green  iling:Notification on Case Number 260402353 |
| Date: | Thursday, May 28, 2026 6:16:18 PM |
| Attachments: | Order Temporary Restraining Order and Notice of Preliminary _n unction _earing.PD_ |

entlemen,

At the request of the undersigned counsel, please see the email below and attached the 5/28/26 **Temporary Restraining Order** issued by Utah Fourth District Court Judge Tony F.  raf, Jr. in the referenced matter.

To Co Defendants:

As ordered by the Court, you as Co Defendants, together with your affiliates, co conspirators, employees, contractors, agents and representatives, and anyone acting in concert with you/them, directly or indirectly, in person, remotely or online have been enjoined and restrained from each of the actions and or other conduct described in paragraph 5 a. through k..

Section k specifically enjoins you from:

> Maintaining current Publications (as such term is defined in the Verified Complaint) and any other video, audio or other form of publication posted on any online streaming platform by Co Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint.

Accordingly, **you are required** to take all necessary steps **to immediately remove any and all Publications** (as defined in the Verified Complaint) **from any streaming service platforms or other social media accounts or platforms on which currently reside** and to otherwise govern yourselves in accordance with the other injunctive relief granted by the Court.

We invite you to forward this Temporary Restraining Order to any members of the Schneider  roup as defined in the Verified Complaint, as well as to Chystal Law and Benjamin  orman, alleged co conspirators herein, who are also subject thereto.

Thank you for your attention to this matter.

**Wm. Kelly Nash**
**Justin T. Rich**
**Mina S. Ghobrial**
***Counsel for Plaintiffs***


Brittany Deere
Legal Administrative Assistant

O +1 801 375 6600

Dentons Durham Jones Pinegar P.C. | Lehi

---

**From:** GreenFiling Support <support@greenfiling.com>
**Sent:** Thursday, May 28, 2026 5:28 PM
**To:** Deere, Brittany <brittany.deere@dentons.com>
**Subject:** Green Filing:Notification on Case Number 260402353

[WARNING: EXTERNAL SENDER]



## Service Notification

A new filing has been submitted to the Court.

| | |
|---|---|
| **Official File Stamp:** | 05/28/2026 05:26 PM MDT |
| **Court Location:** | D2550   Provo District Court |
| **Case Number:** | 260402353   BAM FRANC   ISIN    INC et al. vs. BENJAMIN PAUL SC   NEIDER et al. |
| **Documents Filed:** | Order Temporary Restraining Order and Notice of Preliminary Injunction Hearing |
| **Filed by or on behalf of:** | Tony    raff Jr |
| **Notes from the Court:** | |

**The following people were served electronically:**

JUSTIN RICH for AMMON MCNEFF et al
MINA GHOBRIAL for AMMON MCNEFF et al
WM KELLY NASH for AMMON MCNEFF et al

**The following people have not been served electronically by the Court. Therefore, they must be served by traditional means:**

DOES 1-14
VICTOR NGUYEN
BRYAN MANSELL
RECKLESS BEN LLC
BENJAMIN PAUL SCHNEIDER

View Notification and Documents

**Click here** to find out why you received this email notification?

**Click here** to unsubscribe from notifications on this case.

This is a courtesy email generated by  reen Filing to alert the recipient that a new filing has occurred on the above referenced case. Official service of this document is accomplished by the Court s delivery of the Notice of Electronic Filing (NEF) and the documents referenced within the NEF to the e filing service provider for which the recipient attorney is registered. For attorney s registered with  reen Filing as their e filing service provider, the NEF and documents refenced within the NEF, are stored under the Notifications tab of the recipients  reen Filing account.

 ou are set up to receive a link to documents instead of attachments. This can be changed under Setting    User Preferences

# EXHIBIT C

# EXHIBIT C

# EXHIBIT C

## H3 Podcast

Will be delivered in its native format to the court on a labeled flash drive.

An unofficial, informal excerpts transcript of the content contained therein follows on the next page.

YouTube Transcript from "Reckless Ben Speaks On LEGO Scandal & Police Corruption - H3 Show #274" from H3 Podcast: https://www.youtube.com/watch?v=IdII08PDlUE

Posted and streamed on 5/29/26

1:05:031 hour, 5 minutes, 3 secondsYeah. Right now we're actually getting sued because of that website. Bricks and Mini Figs claims we're copying their business model. We just saw that. It came out. Yeah.

1:05:101 hour, 5 minutes, 10 secondsSo what do they say? This just happened like a couple hours ago. Like a I saw it was like a 95page uh complaint against you.

1:05:181 hour, 5 minutes, 18 secondsYeah. They I think they're pissed at us because we're stealing their business model. They're upset that we're also stealing from old people. So, um,

1:27:041 hour, 27 minutes, 4 secondsWhat's crazy too is the Legal Eagle team was telling me yesterday they said when they looked at the TTRO that I got the temporary restraining order, he said

1:27:111 hour, 27 minutes, 11 secondsthis only hap like this was made and only gets approved for people that have like are super high up in gangs or like

1:27:181 hour, 27 minutes, 18 secondsthe cartels and stuff. He's like this is not for a YouTuber, you know? is like they are abusing this super hard to give you.

1:27:251 hour, 27 minutes, 25 secondsYou've got to have a lawsuit against them. You have to.

1:27:281 hour, 27 minutes, 28 secondsI feel like you have to have a lawsuit against that whole police department.

1:27:321 hour, 27 minutes, 32 secondsThere's no [ __ ] way that you don't destroy them.

1:27:351 hour, 27 minutes, 35 secondsLook, we're getting the best lawyers ever. So, don't hold back on the police. Don't [ __ ] them. Holy [ __ ] But then the other

1:27:411 hour, 27 minutes, 41 secondsaspect, too, and again, I can't should probably just play it, but they all end up God. The [ __ ] Mormons, bro. I

1:27:501 hour, 27 minutes, 50 secondscan't. They're a bunch of Mormons and they they're all they the way that they all are working together and and covering for each other. It's like,

1:27:571 hour, 27 minutes, 57 secondsdude, oh my god, they're the Mormons, they're very nice. Every Mormon I've met is very nice. But I'll tell you, they're not being very nice in this video.

1:28:051 hour, 28 minutes, 5 secondsYeah, that was surprising to me. I don't know. I I would have thought like, you're right, cuz Mormons, if they do bad things, they think they're going to hell or like the they call it the outer

2:02:372 hours, 2 minutes, 37 secondsWhich I think is important that people sign up for this because sounds like you're going to have a lot of legal fees. Yeah. It's crazy. In your near future.

2:02:452 hours, 2 minutes, 45 secondsYeah. I'm covering my legal fees, Brian's legal fees, Victor got uh serving papers yesterday. So, Victor's

2:02:522 hours, 2 minutes, 52 secondslegal fees. Um I think they're trying to get every single person that was involved in this project. And I told everyone like cuz I don't want someone

2:03:002 hours, 3 minutesto like help me with a project and then they get screwed over for it. So I I am covering every single person's legal fees. So it's going to be very expensive. But

# EXHIBIT D

# EXHIBIT D

| | |
|---|---|
| **From:** | Ghobrial, Mina S. |
| **To:** | "bschneider139@gmail.com"; "recklessben12323@gmail.com" |
| **Cc:** | Nash, Wm. Kelly; Rich, Justin; Deere, Brittany |
| **Bcc:** | "BAM Franchising_Inc__Harassment_60797_19_Correspondence__Email" |
| **Subject:** | Receipt of Legal Papers and Response |
| **Date:** | Tuesday, June 2, 2026 2:44:06 PM |
| **Attachments:** | 5.28.26 Verified Complaint (with Exhibits) post Errata(8987976.1).pdf |
| | 6.2.26 Order TRO Notice of Prelim Injunction(8992498.1).pdf |
| | Mot for TRO.pdf |
| | Order Temporary Restraining Order and Notice of Preliminary Injunction Hearing.PDF |
| | Summons Ben Schneider(8987856.1).pdf |
| | Summons Reckless Ben(8987860.1).pdf |
| | Acceptance of Service Reckless Ben LLC (UPDATED).pdf |
| | Acceptance of Service Ben Schneider (UPDATED).pdf |

Mr. Schneider,

We understand that you just contacted our office and spoke with our receptionist, Ashley. She reported to us that you (individually and as Reckless Ben LLC) indicated that legal papers that we delivered to you and left at your residence and/or with your roommate, were received but that your roommate had thrown them out. You called indicating you were not sure what they were. We were glad that you were able to get our telephone number off of them and called us. We are sorry that we were tied up when you called, but we asked Ashley to inform you that we will return your call shortly, which she confirmed with us. We are happy to respond.

In response, I have enclosed a copy of the Court' most recent amended 6/2/26 *Temporary Restraining Order* ("**TRO**"), which has set a **preliminary injunction hearing date of June 22, 2026 at 2:00 pm,** which the parties are instructed to attend in person in Utah's Fourth Judicial District Court. We have also enclosed, to avoid any misunderstanding, a copy of the related foregoing amended TRO, as well as its predicate Verified Complaint, *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction and the Court's prior 5/28/26 Temporary Restraining Order (which did not schedule the hearing).

Please immediately advise us, in writing, whether you are represented by legal counsel in this matter, as the rules require that we not communicate directly with you if that is the case. If not, we would like to speak with you and address any questions you may have, as may be appropriate.

Please respond to this email as to the status of your having engaged counsel, so we may know how to respond further. When is the best time for us to call you?

If you are willing to accept service via email (individually and as Reckless Ben LLC), an Acceptance form is also attached hereto for your respective signatures and return.

Thank you for your attention to this important matter.

Mina

## Mina Ghobrial
Associate Attorney

O +1 801 375 6600

mina.ghobrial@dentons.com   |   Bio   |   Website

Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043

Logo

Our Legacy Firms   |   Client Experience (CX)

| | |
|---|---|
| **From:** | Ghobrial, Mina S. |
| **To:** | "bschneider139@gmail.com"; "recklessben12323@gmail.com" |
| **Cc:** | Nash, Wm. Kelly; Rich, Justin; Deere, Brittany |
| **Bcc:** | "BAM Franchising_Inc_Harassment_60797_19_Correspondence_Email" |
| **Subject:** | RE: Receipt of Legal Papers and Response |
| **Date:** | Tuesday, June 2, 2026 7:48:17 PM |
| **Importance:** | High |

Mr. Schneider,

Our receptionist, Ashley, informed us that you called our office again today, June 2, 2026, at approximately 3:01 pm Mountain Time.

We are happy to speak with you as previously indicated.  We understand you may have someone, an employee assisting you with your emails.  Please confirm receipt of this correspondence and advise us in writing whether you are represented by legal counsel in this matter.  As required by the applicable rules, if you are represented, we must communicate directly with your attorney.  If you are not represented, and so confirm, we are available to speak with you and address concerns as appropriate.

Kindly respond to this email, in writing, regarding the status of your legal representation so we can determine the appropriate next steps.  If you are not represented, please let us know a convenient time for us to call you.

Thanks,

Mina

## Mina Ghobrial
Associate Attorney

O  +1 801 375 6600

Dentons Durham Jones Pinegar P.C. | Lehi

**From:** Ghobrial, Mina S.
**Sent:** Tuesday, June 2, 2026 2:44 PM
**To:** 'bschneider139@gmail.com' <bschneider139@gmail.com>; 'recklessben12323@gmail.com' <recklessben12323@gmail.com>
**Cc:** Nash, Wm. Kelly <kelly.nash@dentons.com>; Rich, Justin <justin.rich@dentons.com>; Deere, Brittany <brittany.deere@dentons.com>
**Subject:** Receipt of Legal Papers and Response

Mr. Schneider,

We understand that you just contacted our office and spoke with our receptionist, Ashley.  She reported to us that you (individually and as Reckless Ben LLC) indicated that legal papers that we delivered to you and left at your residence and/or with your roommate, were received but that your roommate had thrown them out.  You called indicating you were not sure what they were.  We were glad that you were able to get our telephone number off of them and called us.  We are sorry that we were tied up when you called, but we asked Ashley to inform you that we will return your call shortly, which she confirmed with us. We are happy to respond.

In response, I have enclosed a copy of the Court' most recent amended 6/2/26 *Temporary Restraining Order* ("**TRO**"), which has set a **preliminary injunction hearing date of June 22, 2026 at 2:00 pm,** which the parties are instructed to attend in person in Utah's Fourth Judicial District Court.  We have also enclosed, to avoid any misunderstanding, a copy of the related foregoing amended TRO, as well as its predicate Verified Complaint, *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction and the Court's prior 5/28/26 Temporary Restraining Order (which did not schedule the hearing).

Please immediately advise us, in writing, whether you are represented by legal counsel in this matter, as the rules require that we not communicate directly with you if that is the case.  If not, we would like to speak with you and address any questions you may have, as may be appropriate.

Please respond to this email as to the status of your having engaged counsel, so we may know how to respond further.  When is the best time for us to call you?

If you are willing to accept service via email (individually and as Reckless Ben LLC), an Acceptance form is also attached hereto for your respective signatures and return.

Thank you for your attention to this important matter.

Mina


## Mina Ghobrial
Associate Attorney

O  +1 801 375 6600
mina.ghobrial@dentons.com   |   Bio   |   Website
Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043

Logo

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

# EXHIBIT D

# EXHIBIT D

| | |
|---|---|
| **From:** | Ghobrial, Mina S. |
| **To:** | "bschneider139@gmail.com"; "recklessben12323@gmail.com" |
| **Cc:** | Nash, Wm. Kelly; Rich, Justin; Deere, Brittany |
| **Bcc:** | "BAM Franchising__Inc.__Harassment__60797_19__Correspondence__Email" |
| **Subject:** | Receipt of Legal Papers and Response |
| **Date:** | Tuesday, June 2, 2026 2:44:06 PM |
| **Attachments:** | 5.28.26 Verified Complaint (with Exhibits) post Errata(8987976.1).pdf |
| | 6.2.26 Order TRO Notice of Prelim Injunction(8992498.1).pdf |
| | Mot for TRO.pdf |
| | Order Temporary Restraining Order and Notice of Preliminary Injunction Hearing.PDF |
| | Summons Ben Schneider(8987856.1).pdf |
| | Summons Reckless Ben(8987860.1).pdf |
| | Acceptance of Service Reckless Ben LLC (UPDATED).pdf |
| | Acceptance of Service Ben Schneider (UPDATED).pdf |

Mr. Schneider,

We understand that you just contacted our office and spoke with our receptionist, Ashley. She reported to us that you (individually and as Reckless Ben LLC) indicated that legal papers that we delivered to you and left at your residence and/or with your roommate, were received but that your roommate had thrown them out. You called indicating you were not sure what they were. We were glad that you were able to get our telephone number off of them and called us. We are sorry that we were tied up when you called, but we asked Ashley to inform you that we will return your call shortly, which she confirmed with us. We are happy to respond.

In response, I have enclosed a copy of the Court' most recent amended 6/2/26 *Temporary Restraining Order* ("**TRO**"), which has set a **preliminary injunction hearing date of June 22, 2026 at 2:00 pm,** which the parties are instructed to attend in person in Utah's Fourth Judicial District Court. We have also enclosed, to avoid any misunderstanding, a copy of the related foregoing amended TRO, as well as its predicate Verified Complaint, *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction and the Court's prior 5/28/26 Temporary Restraining Order (which did not schedule the hearing).

Please immediately advise us, in writing, whether you are represented by legal counsel in this matter, as the rules require that we not communicate directly with you if that is the case. If not, we would like to speak with you and address any questions you may have, as may be appropriate.

Please respond to this email as to the status of your having engaged counsel, so we may know how to respond further. When is the best time for us to call you?

If you are willing to accept service via email (individually and as Reckless Ben LLC), an Acceptance form is also attached hereto for your respective signatures and return.

Thank you for your attention to this important matter.

Mina


**Mina Ghobrial**
Associate Attorney

O +1 801 375 6600
mina.ghobrial@dentons.com  |  Bio  |  Website
Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043

Logo

Our Legacy Firms  |  Client Experience (CX)

| | |
|---|---|
| **From:** | Ghobrial, Mina S. |
| **To:** | "bschneider139@gmail.com"; "recklessben12323@gmail.com" |
| **Cc:** | Nash, Wm. Kelly; Rich, Justin; Deere, Brittany |
| **Bcc:** | "BAM Franchising _ Inc _ Harassment_60797_19_Correspondence_Email" |
| **Subject:** | RE: Receipt of Legal Papers and Response |
| **Date:** | Tuesday, June 2, 2026 7:48:17 PM |
| **Importance:** | High |

Mr. Schneider,

Our receptionist, Ashley, informed us that you called our office again today, June 2, 2026, at approximately 3:01 pm Mountain Time.

We are happy to speak with you as previously indicated. We understand you may have someone, an employee assisting you with your emails. Please confirm receipt of this correspondence and advise us in writing whether you are represented by legal counsel in this matter. As required by the applicable rules, if you are represented, we must communicate directly with your attorney. If you are not represented, and so confirm, we are available to speak with you and address concerns as appropriate.

Kindly respond to this email, in writing, regarding the status of your legal representation so we can determine the appropriate next steps. If you are not represented, please let us know a convenient time for us to call you.

Thanks,

Mina


## Mina Ghobrial
Associate Attorney

O +1 801 375 6600

Dentons Durham Jones Pinegar P.C. | Lehi

---

**From:** Ghobrial, Mina S.
**Sent:** Tuesday, June 2, 2026 2:44 PM
**To:** 'bschneider139@gmail.com' <bschneider139@gmail.com>; 'recklessben12323@gmail.com' <recklessben12323@gmail.com>
**Cc:** Nash, Wm. Kelly <kelly.nash@dentons.com>; Rich, Justin <justin.rich@dentons.com>; Deere, Brittany <brittany.deere@dentons.com>
**Subject:** Receipt of Legal Papers and Response

Mr. Schneider,

We understand that you just contacted our office and spoke with our receptionist, Ashley. She reported to us that you (individually and as Reckless Ben LLC) indicated that legal papers that we delivered to you and left at your residence and/or with your roommate, were received but that your roommate had thrown them out. You called indicating you were not sure what they were. We were glad that you were able to get our telephone number off of them and called us. We are sorry that we were tied up when you called, but we asked Ashley to inform you that we will return your call shortly, which she confirmed with us. We are happy to respond.

In response, I have enclosed a copy of the Court' most recent amended 6/2/26 *Temporary Restraining Order* ("**TRO**"), which has set a **preliminary injunction hearing date of June 22, 2026 at 2:00 pm,** which the parties are instructed to attend in person in Utah's Fourth Judicial District Court.  We have also enclosed, to avoid any misunderstanding, a copy of the related foregoing amended TRO, as well as its predicate Verified Complaint, *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction and the Court's prior 5/28/26 Temporary Restraining Order (which did not schedule the hearing).

Please immediately advise us, in writing, whether you are represented by legal counsel in this matter, as the rules require that we not communicate directly with you if that is the case.  If not, we would like to speak with you and address any questions you may have, as may be appropriate.

Please respond to this email as to the status of your having engaged counsel, so we may know how to respond further.  When is the best time for us to call you?

If you are willing to accept service via email (individually and as Reckless Ben LLC), an Acceptance form is also attached hereto for your respective signatures and return.

Thank you for your attention to this important matter.

Mina


Mina Ghobrial
Associate Attorney

O  +1 801 375 6600
mina.ghobrial@dentons.com   |   Bio   |   Website
Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043

Logo

Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

# EXHIBIT E

# EXHIBIT E

FOURTH JUDICIAL DISTRICT COURT, IN AND FOR UTAH COUNTY, STATE OF UTAH

**BAM FRANCHISING, INC., a Delaware corporation;
AMMON MCNEFF, an individual; MATTHEW MCNEFF, an
individual; JOSH JOHNSON, an individual; BRANDON
BEST, an individual; BAKER BRICKS, LLC, a Utah limited
liability company, and dba SALEM-BAKER BRICKS INC., an
Oregon corporation**

    *Plaintiff(s) / Petitioner(s)*

v.

**BENJAMIN PAUL SCHNEIDER, an individual, dba and aka
"RECKLESS BEN"; RECKLESS BEN LLC, a California
limited liability company; BRYAN MANSELL, an individual;
VICTOR NGUYEN, an individual; and DOES 1-15**

    *Defendant(s) / Respondent(s)*

Case No.: 260402353

### UNSWORN DECLARATION OF NONSERVICE

I, James DeLuca, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve VICTOR NGUYEN as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: May 29, 2026 1:54 pm
Address: 1618 West 35th Place, Room 301, Los Angeles, CA 90018
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=34.0235139134,-118.3066009192
Description of attempt: I spoke with the building manager of the property. They stated that the subject is one of their residents but wouldn't confirm if this building was the right building. A code was required for entry to the property. No additional contacts were made. The management stated they would not have anyone escort me up or let me in even though this is againts Los Angeles/CA penal code

Serve Attempt #2
Date / Time: May 31, 2026 6:35 pm
Address: 1618 West 35th Place, Room 301, Los Angeles, CA 90018
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=34.0237092514,-118.3064585701

Description of attempt: No contact was made at the service address. A locked gate prevented access to the property. No additional contacts were made.

Serve Attempt #3
Date / Time: June 1, 2026 8:18 am
Address: 1618 West 35th Place, Room 301, Los Angeles, CA 90018
Photo: See Exhibit 3a below
Geolocation: https://google.com/maps?q=34.0237468066,-118.3066170301
Description of attempt: No contact was made at the service address. A code was required for entry to the property. No additional contacts were made.

Serve Attempt #4
Date / Time: June 1, 2026 6:12 pm
Address: 1618 West 35th Place, Room 301, Los Angeles, CA 90018
Photo: See Exhibit 4a below
Geolocation: https://google.com/maps?q=34.0237476705,-118.306609725
Description of attempt: No contact was made at the service address. A code was required for entry to the property. No additional contacts were made.

Total Cost: $284.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_____Los Angeles County_____ ,

___CA_____ on ___6/3/2026_____ .

/s/ *James DeLuca*
_____
Signature
James DeLuca
+1 (631) 836-0811





Exhibit 2a)



Exhibit 3a)



Exhibit 4a)

FOURTH JUDICIAL DISTRICT COURT, IN AND FOR UTAH COUNTY, STATE OF UTAH

**BAM FRANCHISING, INC., a Delaware corporation;
AMMON MCNEFF, an individual; MATTHEW MCNEFF, an
individual; JOSH JOHNSON, an individual; BRANDON
BEST, an individual; BAKER BRICKS, LLC, a Utah limited
liability company, and dba SALEM-BAKER BRICKS INC., an
Oregon corporation**

    *Plaintiff(s) / Petitioner(s)*

v.

Case No.: 260402353

**BENJAMIN PAUL SCHNEIDER, an individual, dba and aka
"RECKLESS BEN"; RECKLESS BEN LLC, a California
limited liability company; BRYAN MANSELL, an individual;
VICTOR NGUYEN, an individual; and DOES 1-15**

    *Defendant(s) / Respondent(s)*

### UNSWORN DECLARATION OF SERVICE

I, James DeLuca, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to VICTOR NGUYEN in Los Angeles County, CA on June 2, 2026 at 7:13 pm at 1618 West 35th Place, Room 301, Los Angeles, CA 90018 by posting the documents in a conspicuous place at the premises.

SUMMONS
TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING
VERIFIED COMPLAINT
EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Geolocation of Serve: https://google.com/maps?q=34.023695899,-118.3065250518
Photograph: See Exhibit 1


Total Cost: $284.00


I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

    Los Angeles County                              ,

    CA         on      6/3/2026                   .

/s/ *James DeLuca*
_____
Signature
James DeLuca
+1 (631) 836-0811



Exhibit 1a)

# EXHIBIT F

# EXHIBIT F

IN THE FOURTH JUDICIAL DISTRICT COURT, IN AND FOR UTAH COUNTY, STATE OF UTAH

**BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation**

*Plaintiff(s) / Petitioner(s)*

v.

**BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15**

*Defendant(s) / Respondent(s)*

Case No.: 260402353

## UNSWORN DECLARATION OF NONSERVICE

I, Daniel Benavides, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve RECKLESS BEN LLC as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: May 29, 2026 4:45 pm
Address: 1407 N Edgemont St, Los Angeles, CA 90027-5913
Photo: See Exhibits 1a, 1b, 1c below
Geolocation: https://google.com/maps?q=34.0980075,-118.3006943
Description of attempt: I spoke with a resident at the location. They stated that they do not know the subject. Observed package/mail addressed to a different individual. A neighbor stated that they do not recognize the subject's name.

Serve Attempt #2
Date / Time: June 4, 2026 2:23 pm
Address: 5013 Marathon St, Los Angeles, CA 90029-3723
Photo: See Exhibits 2a, 2b below
Geolocation: https://google.com/maps?q=34.0845649997,-118.3083184997
Description of attempt: No contact was made at the service address. A code was required for entry to the property. Vehicles in driveway.

Serve Attempt #3
Date / Time: June 4, 2026 2:33 pm
Address: 5013 Marathon St, Los Angeles, CA 90029-3723
Photo: See Exhibits 3a, 3b, 3c, 3d, 3e below
Geolocation: https://google.com/maps?q=34.084544,-118.3083519997
Description of attempt: Confirmed subjects identity by subject replying Yes when named, as I explained the purpose of my visit subject then Started that I have the wrong person and location,  I then ask subject to properly identify himself if California driver's license,  subject then became evasive and closed the door, a drop service was performed shortly after.

The physical description of the person is as follows:

Race: White, Gender: Male, Est. Age: 35-44, Glasses: No, Hair Color: White, Weight: 160 lbs to 180 lbs, Height: 5' 6" to 5' 9"

Total Cost: $389.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

_Los Angeles County_____ ,

__CA____ on __6/5/2026_____ .

/s/ *Daniel Benavides*
_____
Signature
Daniel Benavides
+1 (323) 910-5708

Exhibit 1a)





Exhibit 1b)



Exhibit 1c)



Exhibit 2a)



Exhibit 2b)



Exhibit 3a)



Exhibit 3b)



Exhibit 3c)

# EXHIBIT G

# EXHIBIT G

FOURTH JUDICIAL DISTRICT COURT, IN AND FOR UTAH COUNTY, STATE OF UTAH

**BAM FRANCHISING, INC., a Delaware corporation;
AMMON MCNEFF, an individual; MATTHEW MCNEFF, an
individual; JOSH JOHNSON, an individual; BRANDON
BEST, an individual; BAKER BRICKS, LLC, a Utah limited
liability company, and dba SALEM-BAKER BRICKS INC., an
Oregon corporation**

    *Plaintiff(s) / Petitioner(s)*

v.

**BENJAMIN PAUL SCHNEIDER, an individual, dba and aka
"RECKLESS BEN"; RECKLESS BEN LLC, a California
limited liability company; BRYAN MANSELL, an individual;
VICTOR NGUYEN, an individual; and DOES 1-15**

    *Defendant(s) / Respondent(s)*

Case No.: 260402353

## UNSWORN DECLARATION OF NONSERVICE

I, James DeLuca, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve BENJAMIN PAUL SCHNEIDER as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: June 1, 2026 5:37 pm
Address: 5013 Marathon St, Los Angeles, CA 90029-3723
Photo: See Exhibit 1a below
Geolocation: https://google.com/maps?q=34.0845870923,-118.3084488127
Description of attempt: No contact was made at the service address. A code was required for entry to the property. A neighbor stated that they do not recognize the subject's name.

Serve Attempt #2
Date / Time: June 2, 2026 11:02 am
Address: 5013 Marathon St, Los Angeles, CA 90029-3723
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=34.0845678573,-118.3083990891
Description of attempt: No contact was made at the service address. A code was required for entry to the property. No additional contacts were made.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

___Los Angeles County_____,

___CA_____ on ___6/5/2026_____.

/s/ *James DeLuca*
_____

Signature
James DeLuca
+1 (631) 836-0811



Exhibit 1a)



Exhibit 2a)

FOURTH JUDICIAL DISTRICT COURT, IN AND FOR UTAH COUNTY, STATE OF UTAH

**BAM FRANCHISING, INC., a Delaware corporation;
AMMON MCNEFF, an individual; MATTHEW MCNEFF, an
individual; JOSH JOHNSON, an individual; BRANDON
BEST, an individual; BAKER BRICKS, LLC, a Utah limited
liability company, and dba SALEM-BAKER BRICKS INC., an
Oregon corporation**

    *Plaintiff(s) / Petitioner(s)*

v.

Case No.: 260402353

**BENJAMIN PAUL SCHNEIDER, an individual, dba and aka
"RECKLESS BEN"; RECKLESS BEN LLC, a California
limited liability company; BRYAN MANSELL, an individual;
VICTOR NGUYEN, an individual; and DOES 1-15**

    *Defendant(s) / Respondent(s)*

## UNSWORN DECLARATION OF SERVICE

I, James DeLuca, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BENJAMIN PAUL SCHNEIDER in Los Angeles County, CA on June 2, 2026 at 11:50 am at 5013 Marathon St, Los Angeles, CA 90029-3723 by posting the documents in a conspicuous place at the premises.

SUMMONS
VERIFIED COMPLAINT
EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
REQUEST TO SUBMIT FOR DECISION RE: PLAINTIFFS' EX PARTE MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Additional Description:
Could not knock due to the gate. After two previous attempts, I posted the documents.

Geolocation of Serve: https://google.com/maps?q=34.0845321647,-118.3084388452
Photograph: See Exhibit 1

Total Cost: $238.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Los Angeles County_ ,

_CA_ on _6/5/2026_ .

/s/ *James DeLuca*

Signature
James DeLuca
+1 (631) 836-0811



Exhibit 1a)

# EXHIBIT H

# EXHIBIT H

FOURTH JUDICIAL DISTRICT COURT IN AND FOR UTAH COUNTY

**BAM FRANCHISING, INC., a Delaware corporation;
AMMON MCNEFF, an individual; MATTHEW MCNEFF, an
individual; JOSH JOHNSON, an individual; BRANDON
BEST, an individual; BAKER BRICKS, LLC, a Utah limited
liability company, and dba SALEM-BAKER BRICKS INC., an
Oregon corporation**

    *Plaintiff(s) / Petitioner(s)*

v.

**BENJAMIN PAUL SCHNEIDER, an individual, dba and aka
"RECKLESS BEN"; RECKLESS BEN LLC, a California
limited liability company; BRYAN MANSELL, an individual;
VICTOR NGUYEN, an individual; and DOES 1-15**

    *Defendant(s) / Respondent(s)*

Case No.: 260402353

## UNSWORN DECLARATION OF NONSERVICE

I, William Hines, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

After careful inquiry and diligent attempts, I was unable to serve BENJAMIN PAUL SCHNEIDER as I could not find the subject or information as to the location of the subject's whereabouts.

Serve Attempt #1
Date / Time: June 3, 2026 7:59 pm
Address: 5013 Marathon St, Los Angeles, CA 90029-3723
Photo: See Exhibits 1a, 1b below
Geolocation: https://google.com/maps?q=34.0846028333,-118.308425
Description of attempt: No contact was made at the service address. A locked gate prevented access to the property. No additional contacts were made.

Serve Attempt #2
Date / Time: June 4, 2026 11:14 am
Address: 5013 Marathon St, Los Angeles, CA 90029-3723
Photo: See Exhibit 2a below
Geolocation: https://google.com/maps?q=34.0846028333,-118.3084033333
Description of attempt: No contact was made at the service address. A code was required for entry to the property. No additional contacts were made.

Serve Attempt #3
Date / Time: June 4, 2026 12:01 pm
Address: 5013 Marathon St, Los Angeles, CA 90029-3723
Photo: See Exhibits 3a, 3b below
Geolocation: https://google.com/maps?q=34.0845358187,-118.308442985
Description of attempt: I spoke with a blonde woman in her twenties about 5'6'' who went into the unit, but she refused to provide information. Post completed. They refused to provide any information regarding the named individual. A locked gate prevented access to the property. No additional contacts were made. Documents were posted but this is not valid service.

Total Cost: $225.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

___Los Angeles County_____ ,

___CA_____ on ___6/5/2026_____ .

/s/ *William Hines*
_____
Signature
William Hines
+1 (650) 380-0055



Exhibit 1a)







Exhibit 3a)



# EXHIBIT I

# EXHIBIT I

FOURTH JUDICIAL DISTRICT COURT, STATE OF UTAH, UTAH COUNTY, PROVO

**BAM FRANCHISING, INC., a Delaware corporation;**
**AMMON MCNEFF, an individual, et al.**

*Plaintiff(s) / Petitioner(s)*

v.

Case No.: 260402353

**BENJAMIN PAUL SCHNEIDER, an individual, dba and aka**
**"RECKLESS BEN", et al.**

*Defendant(s) / Respondent(s)*

### UNSWORN DECLARATION OF SERVICE

I, James Moore, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to BRYAN MANSELL in Polk County, OR on June 3, 2026 at 9:57 am at 2854 Glen Creek Rd NW, Salem, OR 97304-3409 by posting the documents in a conspicuous place at the premises.

SUMMONS
EX PARTE MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION
TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING
VERIFIED COMPLAINT

Additional Description:
No contact was made at the service address. Observed that there were no vehicles at the location. No additional contacts were made. Per instruction, I place the box of service documents(480+ pages) at the door with the label on it stating it is confidential and includes the defendants name and address,

Below are my previous attempts at service:
Serve Attempt #1
Date / Time: May 30, 2026 3:10 pm
Address: 2854 Glen Creek Rd NW, Salem, OR 97304-3409
Description of attempt: No contact was made at the service address. Observed that there were no vehicles at the location. There was no answer after repeated knocking and ringing. No vehicles are present outside.

Serve Attempt #2
Date / Time: May 30, 2026 8:03 pm
Address: 2854 Glen Creek Rd NW, Salem, OR 97304-3409

Description of attempt: No contact was made at the service address. I made a second attempt for this evening and there's an Asian woman approximately 30 years of age sitting on the sofa inside of the house. She appears to be using a tablet. But she is completely ignoring my knocking and ringing. No additional contacts were made.[3:18 PM]Serve Attempt #3

Date / Time: May 31, 2026 1:44 pm
Address: 2854 Glen Creek Rd NW, Salem, OR 97304-3409
Description of attempt: No contact was made at the service address. Observed that there were no vehicles at the location. No additional contacts were made. The house appears empty today. It also appears that the residents park in the garage because I can see the tracks made on the driveway go into the garage door.

Serve Attempt #4
Date / Time: June 1, 2026 3:54 pm
Address: 2854 Glen Creek Rd NW, Salem, OR 97304-3409
Description of attempt: No contact was made at the service address. Observed that there were no vehicles at the location. No additional contacts were made.

Geolocation of Serve: https://google.com/maps?q=44.9514303,-123.0899989
Photograph: See Exhibit 1

Total Cost: $239.25

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE STATE OF UTAH THAT THE FACTS HEREIN ARE TRUE AND CORRECT.


Executed in

___Marion County_____ ,

___OR____ on ___6/4/2026_____ .

/s/ *James Moore*
_____
Signature
James Moore
+1 (971) 453-3442



Exhibit 1a)

June 03, 2026 9:51 AM





# EXHIBIT J

# EXHIBIT J

| From: | Ghobrial, Mina S. |
|---|---|
| To: | mansellsmail@gmail.com; "musicmansell@hotmail.com"; "ericmansell@msn.com"; "melissa.a.leblanc@gmail.com" |
| Cc: | Nash, Wm. Kelly; Rich, Justin; Deere, Brittany |
| Subject: | RE: Correspondence from Wm. Kelly Nash |
| Date: | Wednesday, June 3, 2026 7:08:56 PM |
| Attachments: | Mot for TRO.pdf |
| | FW Green FilingNotification on Case Number 260402353.msg |
| | 2026.05.28 Verified Complaint (with Exhibits)(8986792.1).pdf |
| | Acceptance of Service Bryan Mansell (UPDATED).pdf |
| | Order Temporary Restraining Order and Notice of Preliminary Injunction Hearing.PDF |
| | 6.2.26 Order TRO Notice of Prelim Injunction.pdf |
| | Summons Bryan Mansell(8988004.2).pdf |

Dear Mr. Mansell,

This email is to provide you with additional written Notice of the filing of Case No. 260402353 in the Fourth Judicial District Court in and for Utah County, State of Utah, and more specifically the following: (1) Verified Complaint; (2) *Ex Parte* Motion for a TRO; (3) 5/28/26 TRO; and (4) 6/2/26 TRO, which has set a preliminary injunction hearing date of June 22, 2026 at 2:00 pm.

We previously sent these to you on 5/28/26 (see below and the attached email correspondence) and requested that you respond. Out of an abundance of caution, we have also transmitted this to you c/o your father (ericmansell@msn.com) and sister (melissa.a.leblanc@gmail.com), as we have identified those alternate and additional emails that may relate to you.

Kindly confirm your receipt hereof for the Court's benefit. We kindly request that you accept service of the Summons and Verified Complaint, together with the other pleadings, in lieu of personal service by a constable, which will expedite and save money in this matter. If you are willing to accept service, an updated Acceptance form is also attached hereto for your signature and return. Please let me know if you are not willing to accept service upon receipt hereof.

We understand that you may have retained legal counsel in this matter. If so, please advise as to his/her identity and contact information.

Thank you,


Mina Ghobrial
Associate Attorney

O +1 801 375 6600

Dentons Durham Jones Pinegar P.C. | Lehi


From: Deere, Brittany <brittany.deere@dentons.com>
Sent: Thursday, May 28, 2026 3:59 PM
To: mansellsmail@gmail.com
Cc: Nash, Wm. Kelly <kelly.nash@dentons.com>; Rich, Justin <justin.rich@dentons.com>; Ghobrial,

Mina S. <mina.ghobrial@dentons.com>

**Subject:** Correspondence from Wm. Kelly Nash

Mr. Mansell,

This email is to provide you with written Notice that the attached documents (Verified Complaint and *Ex Parte* Motion for a TRO) were recently filed in Case No. 260402353 in the Fourth Judicial District Court in and for Utah County, State of Utah.  This email is to provide you with notice of such filings and to request that you accept service of the Summons and Verified Complaint in lieu of personal service by a constable, which will expedite and save money in this matter.  If you are willing to accept service, an Acceptance form is also attached hereto for your signature and return.  Please let me know either way and feel free to contact me at your convenience if you have any questions.

Thank you,


Brittany Deere

Legal Administrative Assistant

O   +1 801 375 6600

brittany.deere@dentons.com   |   Website

Dentons Durham Jones Pinegar P.C. | 1557 W. Innovation Way, Suite 400, Lehi, UT 84043


Logo


Our Legacy Firms   |   Client Experience (CX)

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices | Privacy | Cookies

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>    Defendants. | **REQUEST TO SUBMIT FOR DECISION RE:**<br><br>***EX PARTE* MOTION REGARDING ALTERNATIVE SERVICE**<br><br>**(Tier 3)**<br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

UC_8998937.1

Plaintiffs BAM Franchising, Inc. ("**BAM**"), Ammon McNeff ("**Ammon**"), Matthew McNeff ("**Matthew**"), Josh Johnson ("**Josh**"), Brandon Best ("**Brandon**") and Baker Bricks, LLC ("**Baker**") dba Salem-Baker Bricks, Inc. ("**Salem Baker**") (collectively, "**Plaintiffs**"), through counsel, and pursuant to Utah R. Civ. P. 7, notify the Court the following is ready for submission.

1.      On June 5, 2026, Plaintiffs filed their *Ex Parte* Motion Regarding Alternative Service.

Pursuant to Utah R. Civ. P. 7(l)(1), this matter is fully briefed, ready and ripe for the Court's review and decision.  A proposed order is filed herewith pursuant to Utah R. Civ. P. 7(l)(2)(D).

DATED JUNE 5, 2026.

                              **DENTONS DURHAM JONES PINEGAR, P.C.**

                              /s/ *Wm. Kelly Nash*
                              Wm. Kelly Nash
                              Justin T. Rich
                              Mina S. Ghobrial
                              *Attorneys for Plaintiffs*

2

## <u>CERTIFICATE OF SERVICE</u>

This is to confirm that a true and correct copy of the foregoing was electronically filed on

June 5, 2026 and served via email to the following:

    Benjamin Schneider
    Bschneider139@gmail.com

    Reckless Ben LLC
    c/o Benjamin Schneider
    recklessben12323@gmail.com
    bschneider139@gmail.com

    Brian Mansell
    mansellsmail@gmail.com
    musicmansell@hotmail.com
    ericmansell@msn.com
    melissa.a.leblanc@gmail.com

A true and correct copy of the foregoing was also filed via USPS to
the following party:

    Victor Nguyen
    1618 West 35th Place, Room 301
    Lost Angeles, CA 90018

                           /s/ Brittany Deere

3

UC_8998937.1

Wm. Kelly Nash (4888)
   kelly.nash@dentons.com
Justin T. Rich (18519)
   justin.rich@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>     Plaintiffs,<br><br> vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>     Defendants. | **ORDER GRANTING *EX PARTE* MOTION REGARDING ALTERNATIVE SERVICE**<br><br>**(Tier 3)**<br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

PROPOSED

Pursuant to Utah R. Civ. P. 4, this matter came on regularly for hearing before the Court on *Plaintiffs' Ex Parte Motion for Alternative Service* ("**Motion**"),   The Court, having reviewed the Motion, and finding good cause, orders as follows:

1. The Motion is hereby granted.

2. The Court finds and further orders as follows:

a) Plaintiffs' service efforts regarding co-Defendants to date respecting the Initial Pleadings and TRO via posting, email, registered mail, etc. (as further detailed herein) have been and are sufficient and constitute valid service, and

b) Plaintiffs' future service, to the extent necessary, of pleadings and orders herein may be made i) on the Schneider Defendants and Mansell by posting, US Mail, FedEx and/or by email to their last known email or mailing addresses and/or registered agent's address, and ii) on Victor Nguyen by posting, US Mail, FedEx and/or by email to his last known email or mailing addresses.

3.    It is reasonable and appropriate to accept as valid, and to hereafter permit the described alternative forms of service (with email service preferred).

4.    Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Schneider at bschneider139@gmail.com.

5.    Unless Schneider provides another email address, in writing, Plaintiffs may serve co-Defendant Reckless Ben at recklessben12323@gmail.com.

6.    Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Mansell at mansellsmail@gmail.com or musicmansell@hotmail.com.

7.    Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Victor via FedEx at 1618 West 35th Place, Room 301, Los Angeles, CA 90018.

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

**-------------------------------------END OF ORDER -------------------------------------**

## CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing was electronically

filed on June 5, 2026 and served via email to the following:

Benjamin Schneider
Bschneider139@gmail.com

Reckless Ben LLC
c/o Benjamin Schneider
recklessben12323@gmail.com
bschneider139@gmail.com

Brian Mansell
mansellsmail@gmail.com
musicmansell@hotmail.com
ericmansell@msn.com
melissa.a.leblanc@gmail.com

I also certify that a true and correct copy of the foregoing was also
filed via USPS to the following party:

Victor Nguyen
1618 West 35th Place, Room 301
Lost Angeles, CA 90018

/s/ Brittany Deere

The Order of the Court is stated below:
**Dated:** June 08, 2026          **/s/** TONY F GRAF JR
          11:33:10 AM                    District Court Judge



Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>          Plaintiffs,<br><br>  vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>          Defendants. | **ORDER GRANTING *EX PARTE* MOTION REGARDING ALTERNATIVE SERVICE**<br><br>**(Tier 3)**<br><br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

Pursuant to Utah R. Civ. P. 4, this matter came on regularly for hearing before the Court on *Plaintiffs' Ex Parte Motion for Alternative Service* ("**Motion**"),  The Court, having reviewed the Motion, and finding good cause, orders as follows:

1.    The Motion is hereby granted.

2.    The Court finds and further orders as follows:

3.  Plaintiffs' service efforts regarding co-Defendants to date respecting the Initial Pleadings and TRO via posting, email, registered mail, etc. (as further detailed herein) have been and are sufficient and constitute valid service, and

b)  Plaintiffs' future service, to the extent necessary, of pleadings and orders herein may be made i) on the Schneider Defendants and Mansell by posting, US Mail, FedEx and/or by email to their last known email or mailing addresses and/or registered agent's address, and ii) on Victor Nguyen by posting, US Mail, FedEx and/or by email to his last known email or mailing addresses.

3.    It is reasonable and appropriate to accept as valid, and to hereafter permit the described alternative forms of service (with email service preferred).

4.    Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Schneider at [bschneider139@gmail.com](mailto:bschneider139@gmail.com).

5.    Unless Schneider provides another email address, in writing, Plaintiffs may serve co-Defendant Reckless Ben at [recklessben12323@gmail.com](mailto:recklessben12323@gmail.com).

6.    Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Mansell at [mansellsmail@gmail.com](mailto:mansellsmail@gmail.com) or [musicmansell@hotmail.com](mailto:musicmansell@hotmail.com).

7.    Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Victor via FedEx at 1618 West 35th Place, Room 301, Los Angeles, CA 90018.

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

------------------------------------**END OF ORDER** ------------------------------------

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that a true and correct copy of the foregoing was electronically

filed on June 5, 2026 and served via email to the following:

Benjamin Schneider
Bschneider139@gmail.com

Reckless Ben LLC
c/o Benjamin Schneider
recklessben12323@gmail.com
bschneider139@gmail.com

Brian Mansell
mansellsmail@gmail.com
musicmansell@hotmail.com
ericmansell@msn.com
melissa.a.leblanc@gmail.com

I also certify that a true and correct copy of the foregoing was also
filed via USPS to the following party:

Victor Nguyen
1618 West 35th Place, Room 301
Lost Angeles, CA 90018

<u>/s/ Brittany Deere</u>

Wm. Kelly Nash (4888)
   kelly.nash@dentons.com
Justin T. Rich (18519)
   justin.rich@dentons.com
Mina S. Ghobrial (20214)
   mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

---

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15, <br><br> Defendants. | **TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING** <br><br> **(Tier 3)** <br><br> Case No.: 260402353 <br><br> Judge: Tony F. Graf, Jr. |

PROPOSED

This matter came for hearing before the Court on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**"). Having considered all evidence, together with the verified pleadings and the requests set forth in the Motion, and finding good cause, the Court hereby grants the Motion and enters this Temporary Restraining Order and makes the following findings:

1.     Plaintiffs are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion, including, *inter alia*, loss of business, loss of good will, loss of existing and future relationships with customers and franchisees, and injury to Plaintiffs and persons involved, unless this Temporary Restraining Order is issued, which injuries cannot be adequately compensated with money. Beginning in early 2025 and continuing to date, co-Defendants engaged in a campaign of extortion, harassment, defamation, nuisance, interference, trespassing, stalking and intimidation targeting Plaintiffs and their businesses and affiliates. Co-Defendants organized and created an "enterprise" for the common purpose of conducting a pattern of unlawful activity, including the publication of false, defamatory and disparaging images, content and statements, including the Publications (as such term is defined in Plaintiffs' Verified Complaint) and other misconduct as alleged in the Verified Complaint.

2.     Plaintiffs' threatened injury and damages outweigh any injury or damages to co-Defendants.

3.     The granting of the Motion is not contrary to the public interest between private parties, and the public interest is served when extortion, harassment, defamation, nuisance, interference, trespassing, stalking, intimidation, and the other unlawful conduct set forth in the Verified Complaint is prevented.

4.      Plaintiffs are substantially likely to prevail on the merits of their claims against co-Defendants, including claims for Utah RICO violations, defamation per se, civil stalking, trespass, civil conspiracy, tortious interference with economic relations, intentional infliction of emotional distress, injurious falsehood, trade disparagement, false light and nuisance. This case also presents serious issues of law and fact supporting the entry of this Temporary Restraining Order.

5.      Plaintiffs are entitled to entry of this Temporary Restraining Order and co-Defendants (including DOES 1-15), their affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

a.  Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

b.  Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

c.  Entering, remaining at, filming, blocking access to or approaching within a defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after notice, except through counsel, lawful service of process or court-approved activity;

d.  Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a

delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption;

e.  Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f.  Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g.  Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h.  Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct;

i.  Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating

to Bricks & Minifigs, the LEGO collection dispute, threats and the creation/promotion of the videos;

j. Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs; and

k. Maintaining the current Publications (as such term is defined in the Verified Complaint) and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint.

6. Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time, because no security is required for the issuance of an injunction if "it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction" and because co-Defendants will suffer no legitimate harm from being restrained by the granting of the Motion entry of this Temporary Restraining Order.

7. An evidentiary hearing on Plaintiffs' Motion for preliminary injunction will be held at __:___ __:m on ____, ___, 2026, at the Fourth District Courthouse located at 137 N Freedom Blvd, Suite 100, Provo, UT, 84601.

8. This Order remains in effect until such time as the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***





The Order of the Court is stated below:
**Dated:** June 09, 2026            **/s/**   TONY F GRAF JR
09:43:23 AM                 District Court Judge

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**Dentons Durham Jones Pinegar, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

|  |  |
|---|---|
| **IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR**<br><br>**UTAH COUNTY, STATE OF UTAH** |  |
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>        Plaintiffs,<br><br>  vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>        Defendants. | **TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING**<br><br>**(Tier 3)**<br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

This matter came for hearing before the Court on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**"). Having considered all evidence, together with the verified pleadings and the requests set forth in the Motion, and finding good cause, the Court hereby grants the Motion and enters this Temporary Restraining Order and makes the following findings:

1. Plaintiffs are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion, including, *inter alia*, loss of business, loss of good will, loss of existing and future relationships with customers and franchisees, and injury to Plaintiffs and persons involved, unless this Temporary Restraining Order is issued, which injuries cannot be adequately compensated with money. Beginning in early 2025 and continuing to date, co-Defendants engaged in a campaign of extortion, harassment, defamation, nuisance, interference, trespassing, stalking and intimidation targeting Plaintiffs and their businesses and affiliates. Co-Defendants organized and created an "enterprise" for the common purpose of conducting a pattern of unlawful activity, including the publication of false, defamatory and disparaging images, content and statements, including the Publications (as such term is defined in Plaintiffs' Verified Complaint) and other misconduct as alleged in the Verified Complaint.

2. Plaintiffs' threatened injury and damages outweigh any injury or damages to co-Defendants.

3. The granting of the Motion is not contrary to the public interest between private parties, and the public interest is served when extortion, harassment, defamation, nuisance,

interference, trespassing, stalking, intimidation, and the other unlawful conduct set forth in the Verified Complaint is prevented.

4. Plaintiffs are substantially likely to prevail on the merits of their claims against co-Defendants, including claims for Utah RICO violations, defamation per se, civil stalking, trespass, civil conspiracy, tortious interference with economic relations, intentional infliction of emotional distress, injurious falsehood, trade disparagement, false light and nuisance. This case also presents serious issues of law and fact supporting the entry of this Temporary Restraining Order.

5. Plaintiffs are entitled to entry of this Temporary Restraining Order and co-Defendants (including DOES 1-15), their affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

    a. Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

    b. Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

    c. Entering, remaining at, filming, blocking access to or approaching within a

defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after notice, except through counsel, lawful service of process or court-approved activity;

d. Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption;

e. Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f. Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g. Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h.   Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct;

i.   Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating to Bricks & Minifigs, the LEGO collection dispute, threats and the creation/promotion of the videos;

j.   Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs; and

k.   Maintaining the current Publications (as such term is defined in the Verified Complaint) and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint.

6.      Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time, because no security is required for the issuance of an injunction if "it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction" and because co-Defendants will suffer no legitimate harm from being restrained by the granting of the Motion entry of this Temporary Restraining Order.

7.      An evidentiary hearing on Plaintiffs' Motion for preliminary injunction will be held at 3:00 p.m. on June 30, 2026, at the Fourth District Courthouse located at 137 N Freedom Blvd, Suite 100, Provo, UT, 84601.

8.      This Order remains in effect until such time as the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

FOURTH JUDICIAL DISTRICT - PROVO DISTRICT COURT

UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING INC   et al.,<br><br>Plaintiff,<br><br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER   ,<br><br>Defendant. | NOTICE OF<br><br>TEMPORARY RESTRAINING ORDER<br><br><br>Case No: 260402353 MI<br><br>Judge: TONY F GRAF JR<br><br>Date: June 12,2026 |

**In-person Appearance**

**TEMPORARY RESTRAINING ORDER is scheduled.**

Date: 06/30/2026

Time: 01:00 p.m.

Location: 8th Fl, Courtroom 8B

Before Judge: TONY F GRAF JR

FOURTH DISTRICT COURT

137 N FREEDOM BLVD

PROVO, UT 84601

UCJA Rule 4-401.02: court proceedings, including electronic proceedings, may NOT be recorded, photographed, or transmitted. Failure to comply with this prohibition may be treated as contempt of court, punishable by fine and time in jail.

* The court will provide an interpreter upon request. If you need an interpreter, please notify the court at (801)429-1037 five days before the hearing.

* El tribunal proveerá un intérprete si lo solicita. Si usted necesita un intérprete, por favor notifique al tribunal llamando al número (801)429-1037 cinco días antes de la audiencia.

*Individuals needing special accommodations (including auxiliary communicative aids and services) should call VIVIANA at (801)429-1037 three days prior to the hearing.  For TTY service call Utah Relay at 800-346-4128.*

## CERTIFICATE OF NOTIFICATION

I certify that a copy of the attached document was sent to the following people for case 260402353 by the method and on the date specified.

EMAIL: BENJAMIN PAUL SCHNEIDER bschneider139@gmail.com

EMAIL: MINA GHOBRIAL MINA.GHOBRIAL@DENTONS.COM

EMAIL: WM KELLY NASH KELLY.NASH@DENTONS.COM

EMAIL: JUSTIN RICH JUSTIN.RICH@DENTONS.COM


06/12/2026            /s/ SHIRLEY MOLINA

Date: _____    _____

Signature

Sarah Elizabeth Spencer, #11141
SPENCERWILLSON, PLLC
66 E. Exchange Pl., Suite 208
Salt Lake City, Utah 84111
Telephone and Facsimile: (801) 346-8120
Sarah@SpencerWillsonPLLC.com
*Attorney for Proposed Limited Intervenors Chrystal Law,*
*Benjamin Gorman, and BAMF Salem 1, LLC*

IN THE FOURTH JUDICIAL DISTRICT COURT
IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15, <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL FOR PROPOSED LIMITED INTERVENORS** <br><br> Case No. 260402353 <br><br> Tier 3 <br><br> Judge Tony F. Graf, Jr. |

PLEASE TAKE NOTICE that Sarah Elizabeth Spencer of SPENCERWILLSON, PLLC hereby appears as counsel of record for the Proposed Limited Intervenors Chrystal Law, Benjamin Gorman, and BAMF Salem 1, LLC in the above-captioned matter.

Counsel requests that all pleadings, motions, notices, orders, correspondence, and other papers filed or served in this matter be served upon her at the address, telephone number, and electronic-mail address set forth above.

This appearance is entered on behalf of the Proposed Limited Intervenors in connection with their concurrently filed Motion for Limited Intervention and accompanying Motion to Modify

1

2

or Dissolve the Temporary Restraining Order. It is not a general appearance by, and does not waive any right or defense of, Chrystal Law, Benjamin Gorman, or BAMF Salem 1, LLC, who are not parties to this action and who reserve all rights as set forth in those motions.

DATED this 16th day of June, 2026.

Respectfully submitted,

SPENCERWILLSON, PLLC

/s/ Sarah Elizabeth Spencer
Sarah Elizabeth Spencer
*Attorney for Proposed Limited Intervenors*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2026, I caused a true and correct copy of the foregoing **NOTICE OF APPEARANCE** of counsel **FOR PROPOSED LIMITED INTERVENORS** to be served on all counsel of record via the Court's electronic filing system:

Wm. Kelly Nash (4888)
Justin T. Rich (18519)
Mina S. Ghobrial (20214)
Dentons Durham Jones Pinegar, P.C.
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
kelly.nash@dentons.com
justin.rich@dentons.com
mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

> */s/ Sarah Elizabeth Spencer*
> Sarah Elizabeth Spencer

3

Sarah Elizabeth Spencer, #11141
SPENCERWILLSON, PLLC
66 E. Exchange Pl., Suite 208
Salt Lake City, Utah 84111
Telephone and Facsimile: (801) 346-8120
Sarah@SpencerWillsonPLLC.com
*Attorney for Proposed Limited Intervenors Chrystal Law,*
*Benjamin Gorman, and BAMF Salem 1, LLC*

IN THE FOURTH JUDICIAL DISTRICT COURT
IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, | **UTAH R. CIV. P. 24 MOTION FOR LIMITED INTERVENTION AND REQUEST FOR EXPEDITED HEARING** |
| Plaintiffs, | Case No. 260402353 |
| vs. | Tier 3 |
| BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15, | Judge Tony F. Graf, Jr. |
| Defendants. | |

Pursuant to Utah R. Civ. P. 24, non-parties Chrystal Law, Benjamin Gorman, and BAMF Salem 1, LLC (the "Law-Gorman Parties") respectfully move for limited intervention in this action for the single purpose of being heard—at or before the June 22, 2026 preliminary-injunction hearing—on the scope of any injunctive relief, and to present the accompanying Motion to Modify or Dissolve the Temporary Restraining Order entered June 2, 2026 (the "TRO") to the extent that order purports to reach them or their dispute. This is a special, limited appearance. The Law-Gorman Parties do not submit to the jurisdiction of this Court for any other purpose, do not appear as defendants, do not waive service, joinder, or any defense, and expressly reserve all rights,

1

including their rights under the Utah Public Expression Protection Act, *Utah Code* §§ 78B-25-101 to -115, should any claim ever be asserted against them based on protected expression.

## TABLE OF CONTENTS

INTRODUCTION AND RELIEF REQUESTED..........................................................................2

STATEMENT OF FACTS ............................................................................................................3

ARGUMENT..................................................................................................................................4

    I.    The Law-Gorman Parties are entitled to intervene as of right under Rule 24(a)................4

        A.    The motion is timely. ..........................................................................................4

        B.    The Law-Gorman Parties claim an interest relating to the subject of the action............5

        C.    Disposition of the preliminary-injunction motion may, as a practical matter, impair that interest............................................................................................................................5

        D.    No existing party adequately represents the Law-Gorman Parties...............................5

    II.    In the alternative, the Court should grant permissive intervention under Rule 24(b).........6

    III.    The requested intervention is limited and special............................................................6

REQUEST FOR EXPEDITED TREATMENT................................................................................7

CONCLUSION................................................................................................................................7

## INTRODUCTION AND RELIEF REQUESTED

The Law-Gorman Parties are not defendants in this case. They are the plaintiffs in a separate action—*BAMF Salem 1, LLC v. BAM Franchising, Inc.*, No. 260200029, pending in the Utah Business and Chancery Court—arising from BAM Franchising, Inc.'s termination of their Bricks & Minifigs franchise in Salem, Oregon. They have never been named, served, or joined here. Yet the ex parte TRO entered in this case on June 2, 2026 defines the scope of its central mandatory provision by direct reference to one of them. Paragraph 5(k) commands the removal of co-Defendants' publications that "in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal"—and "Chrystal" is movant Chrystal Law. TRO ¶ 5(k).

More significantly, Paragraph 5 extends the order's restraints beyond the named Defendants to their "affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly," TRO ¶ 5, while the Verified Complaint names fifteen Doe defendants. The Law-Gorman Parties have received actual notice of

2

the TRO. They therefore face an intolerable position: an order entered ex parte, in a case to which they are strangers, that by its terms (i) erases speech concerning their own dispute from the public record, and (ii) threatens to be enforced against them through concert, co-conspirator, and Doe language—all without service, joinder, notice, bond, or any opportunity to be heard.

Due process does not permit a court to adjudicate the rights of a known non-party by description rather than by joinder. *See Taylor v. Sturgell*, 553 U.S. 880, 892–93 (2008). The Law-Gorman Parties seek only the limited opportunity to be heard on the scope of relief before the TRO is converted into a preliminary injunction on June 22, 2026.

## STATEMENT OF FACTS

1.    *The parties and the order.* Plaintiffs BAM Franchising, Inc., Ammon McNeff, Matthew McNeff, Josh Johnson, Brandon Best, and Baker Bricks, LLC commenced this action and moved ex parte for a temporary restraining order against Benjamin Paul Schneider (a/k/a "Reckless Ben"), Reckless Ben LLC, Bryan Mansell, Victor Nguyen, and Does 1–15. On June 2, 2026, the Court (Graf, J.) granted the motion and entered the TRO ex parte. TRO at 1, 3.

2.    *The scope of the restraint.* The TRO restrains the named Defendants "(including DOES 1-15), their affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online," from eleven enumerated categories of conduct. TRO ¶ 5(a)–(k).

3.    *The takedown mandate.* Paragraph 5(k) is mandatory. It requires that "the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint." TRO ¶ 5(k). "Chrystal" is movant Chrystal Law; the "private legal dispute" is the subject of the Law-Gorman Parties' pending Business and Chancery Court action.

4.    *The security ruling.* The Court excused any bond, reciting that no security is required "if it appears that none of the parties will incur or suffer costs, attorney fees or damage as

3

the result of any wrongful order or injunction," and that "co-Defendants will suffer no legitimate harm from being restrained." TRO ¶ 6. An evidentiary hearing on Plaintiffs' motion for a preliminary injunction is set for June 22, 2026, and the TRO remains in effect until the Court rules on that motion. TRO ¶¶ 7–8.

5.    *The Law-Gorman Parties.* The Law-Gorman Parties are the plaintiffs in *BAMF Salem 1, LLC v. BAM Franchising, Inc.*, No. 260200029 (Utah Bus. & Chancery Ct.), in which they allege that BAM wrongfully terminated their franchise, seized their assets, and defamed them.

6.    They are not named as defendants in this action and have not been served. They have received actual notice of the TRO.

## ARGUMENT

### I.    The Law-Gorman Parties are entitled to intervene as of right under Rule 24(a).

Rule 24(a)(2) provides that, "[o]n timely motion, the court must permit anyone to intervene who . . . claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." Utah R. Civ. P. 24(a)(2).

The Utah Supreme Court applies a four-part test: the movant must show "(1) that its motion to intervene was timely, (2) that it has an interest relating to the property or transaction which is the subject of the action, (3) that the disposition of the action may as a practical matter impair or impede [its] ability to protect that interest, and (4) that its interest is not adequately represented by existing parties." *Supernova Media, Inc. v. Pia Anderson Dorius Reynard & Moss, LLC*, 2013 UT 7, ¶ 22, 297 P.3d 599. The Law-Gorman Parties satisfy each element. Federal authority construing the substantially similar federal Rule 24 is persuasive. *See id.* ¶ 40 n.8.

#### A.    *The motion is timely.*

Timeliness is "determined under the facts and circumstances of each particular case, and in the sound discretion of the court," and is "viewed not from the perspective of the original parties but from the perspective of the intervenor." *Supernova*, 2013 UT 7, ¶¶ 23, 28.

4

A motion is generally timely if filed "before the final settlement of all issues by all parties . . . and before entry of judgment or dismissal." *Id.* ¶ 24 (internal citation omitted). The TRO was entered June 2, 2026; no preliminary injunction has issued; and the June 22 hearing has not occurred. The Law-Gorman Parties move at the front end of the injunction analysis, before any relief is fixed and before any party is prejudiced. The motion is timely.

### B.    The Law-Gorman Parties claim an interest relating to the subject of the action.

A movant need not "prove" an interest; the rule requires only that it "claim[] an interest relating to the property or transaction which is the subject of the action." *Supernova*, 2013 UT 7, ¶ 32. The Law-Gorman Parties' interest could not be more directly related to the subject of this action: Paragraph 5(k) defines the scope of the order's central mandatory provision by express reference to their dispute and to movant Chrystal Law by name. Their protected expression about their own franchise dispute, and the public record of that dispute, are the very things the order commands removed.

### C.    Disposition of the preliminary-injunction motion may, as a practical matter, impair that interest.

Any preliminary injunction tracking the TRO would, as a practical matter, impair the Law-Gorman Parties' ability to protect that interest. It would mandate removal of content concerning their dispute, and it would furnish Plaintiffs an instrument to assert—on pain of contempt—that the Law-Gorman Parties are bound as persons "acting in concert." The injury is concrete and immediate, and "judicial oversight is never an adequate substitute for intervention where a right to intervene exists." *Supernova*, 2013 UT 7, ¶ 53 (quoting *Lima v. Chambers*, 657 P.2d 279, 283–84 (Utah 1982)).

### D.    No existing party adequately represents the Law-Gorman Parties.

The burden on this element is "minimal" and is satisfied by a showing that representation "may be" inadequate. *Trbovich v. United Mine Workers*, 404 U.S. 528, 538 n.10 (1972); *accord Supernova*, 2013 UT 7, ¶ 49 (intervenor need only "present 'some evidence of diverging or adverse interests'") (quoting *State v. Bosh*, 2011 UT 60, ¶ 10, 266 P.3d 788).

No existing party represents the Law-Gorman Parties' interest at all. The named Defendants are differently situated online commentators; they are unserved, several have not appeared, and they have no incentive—and no apparent ability—to protect the distinct interests of three strangers to this case whose own franchise litigation the order incorporates by reference. Plaintiffs, of course, are adverse. The element is met.

**II.     In the alternative, the Court should grant permissive intervention under Rule 24(b).**

Rule 24(b) permits intervention by anyone who "has a claim or defense that shares with the main action a common question of law or fact," subject to the court's consideration of "whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights." Utah R. Civ. P. 24(b)(1)(B), (b)(3). The scope question the Law-Gorman Parties raise—whether an injunction may define itself by, and operate against, identified non-parties—shares common questions of law and fact with Plaintiffs' pending preliminary-injunction motion.

Limited intervention will not delay these proceedings: movants ask only to file one motion and be heard at the already-scheduled June 22 hearing.

**III.    The requested intervention is limited and special.**

The Law-Gorman Parties do not seek to become defendants or full parties. They ask leave only to (1) file the accompanying Motion to Modify or Dissolve the TRO and to oppose entry of a preliminary injunction of the same scope, and (2) appear and be heard on June 22, 2026 on the scope of any injunctive relief. Courts routinely confine intervention to a discrete purpose. *See Trbovich*, 404 U.S. at 537, 539 (directing the district court "to allow limited intervention" confined to specified claims). The Law-Gorman Parties assert no claim in this action and submit to none.

This motion sets out the defense for which intervention is sought, as Rule 24(c) requires: that the TRO and any preliminary injunction may not, consistent with due process, the First Amendment, Article I, Section 15 of the Utah Constitution, and Rule 65A, bind, restrain, or define their scope by reference to the Law-Gorman Parties—grounds developed in the accompanying Motion to Modify or Dissolve the TRO. *See* Utah R. Civ. P. 24(c).

6

## REQUEST FOR EXPEDITED TREATMENT

Because the preliminary-injunction hearing is set for June 22, 2026, the Law-Gorman Parties request that the Court consider this motion on an expedited basis and treat the accompanying Motion to Modify or Dissolve the TRO as a conditional filing to be heard at, or in advance of, the June 22, 2026 hearing on Plaintiffs' motion for preliminary injunction.

## CONCLUSION

For the foregoing reasons, the Law-Gorman Parties respectfully request that the Court grant them limited intervention for the purpose of challenging the scope of injunctive relief, accept the accompanying Motion to Modify or Dissolve the TRO, and permit them to be heard at the June 22, 2026 hearing on the scope of any injunctive relief.

DATED this 16th day of June, 2026.                    Respectfully submitted,

SPENCERWILLSON, PLLC

/s/ Sarah Elizabeth Spencer
Sarah Elizabeth Spencer
Attorney for Proposed Limited Intervenors

7

**CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of June, 2026, I caused a true and correct copy of the foregoing **MOTION FOR LIMITED INTERVENTION AND REQUEST FOR EXPEDITED HEARING** to be served on all counsel of record via the Court's electronic filing system:

Wm. Kelly Nash (4888)
Justin T. Rich (18519)
Mina S. Ghobrial (20214)
Dentons Durham Jones Pinegar, P.C.
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
kelly.nash@dentons.com
justin.rich@dentons.com
mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

/s/ *Sarah Elizabeth Spencer*
Sarah Elizabeth Spencer

8

Bilingual Notice to Responding Party for Motions (for compliance with URCP 7)

**Notice to responding party**
You have a limited amount of time to respond to this motion. In most cases, you must file a written response with the court and provide a copy to the other party:
- within 14 days of this motion being filed, if the motion will be decided by a judge, or
- at least 14 days before the hearing, if the motion will be decided by a commissioner.

In some situations a statute or court order may specify a different deadline.

If you do not respond to this motion or attend the hearing, the person who filed the motion may get what they requested.

See the court's Motions page for more information about the motions process, deadlines and forms:
utcourts.gov/motions



Scan QR code to visit page

**Finding help**
The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.

Scan QR code to visit page

**Aviso para la parte que responde**
Su tiempo para responder a esta moción es limitado. En la mayoría de casos deberá presentar una respuesta escrita con el tribunal y darle una copia de la misma a la otra parte:
- dentro de 14 días del día que se presenta la moción, si la misma será resuelta por un juez, o
- por lo menos 14 días antes de la audiencia, si la misma será resuelta por un comisionado.

En algunos casos debido a un estatuto o a una orden de un juez la fecha límite podrá ser distinta.

Si usted no responde a esta moción ni se presenta a la audiencia, la persona que presentó la moción podría recibir lo que pidió.

Vea la página del tribunal sobre Mociones para encontrar más información sobre el proceso de las mociones, las fechas límites y los formularios:
utcourts.gov/motions-span



Para accesar esta página escanee el código QR

**Cómo encontrar ayuda legal**
La página de la internet del tribunal Cómo encontrar ayuda legal (utcourts.gov/help-span) tiene información sobre algunas maneras de encontrar ayuda legal, incluyendo el Centro de Ayuda de los Tribunales de Utah, abogados que ofrecen descuentos u ofrecen ayuda legal limitada, y talleres legales gratuitos.



Para accesar esta página escanee el código QR

Sarah Elizabeth Spencer, #11141
SPENCERWILLSON, PLLC
66 E. Exchange Pl., Suite 208
Salt Lake City, Utah 84111
Telephone and Facsimile: (801) 346-8120
Sarah@SpencerWillsonPLLC.com
*Attorney for Proposed Limited Intervenors Chrystal Law,*
*Benjamin Gorman, and BAMF Salem 1, LLC*

IN THE FOURTH JUDICIAL DISTRICT COURT
IN AND FOR UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>        Defendants. | **PROPOSED INTERVENORS' UTAH R. CIV. P. 65A(b)(4) MOTION TO MODIFY OR DISSOLVE TEMPORARY RESTRAINING ORDER AND REQUEST FOR EXPEDITED HEARING**<br><br>Case No. 260402353<br><br>Tier 3<br><br>Judge Tony F. Graf, Jr. |

Conditional upon the Court's grant of their concurrently filed Motion for Limited Intervention, non-parties Chrystal Law, Benjamin Gorman, and BAMF Salem 1, LLC (the "Law-Gorman Parties") respectfully move, under Utah R. Civ. P. 65A(b)(4), to modify or dissolve the Temporary Restraining Order entered ex parte on June 2, 2026 (the "TRO"), and to oppose entry of any preliminary injunction of the same scope, to the extent the order (1) defines its operative reach by reference to the Law-Gorman Parties and their dispute, and (2) purports to restrain or to be enforceable against them through "co-conspirator," "acting in concert," or Doe-defendant

1

language. This motion takes no position on relief directed at the Defendants named in this case who are alleged to have engaged in true threats, doxxing, trespass, or impersonation.

This Motion targets the order's reach over strangers to this case and over protected expression concerning the Law-Gorman Parties' dispute. This is a special, limited appearance; the Law-Gorman Parties submit to the Court's jurisdiction for no other purpose and reserve all rights, including under the Utah Public Expression Protection Act, *Utah Code* §§ 78B-25-101 to -115.

## TABLE OF CONTENTS

INTRODUCTION AND RELIEF REQUESTED ....................................................................... 2

ARGUMENT ........................................................................................................................... 3

I.    An injunction cannot bind or adjudicate the rights of known non-parties who have never been served, joined, or heard. ............................................................................................... 3

II.    Paragraph 5(k) is an unconstitutional prior restraint, and it restrains the speech of persons not before the Court. ...................................................................................................... 5

    A.    The order is a prior restraint entered without any adjudication of falsity....................... 5

    B.    The order is overbroad: it reaches true statements, opinion, and public records............ 6

    C.    Paragraph 5(j) is an impermissible prospective restraint................................................ 6

    D.    The restraint silences identified non-parties about their own dispute............................. 6

III.    The TRO does not comply with Rule 65A on its own terms.......................................... 6

    A.    The order restrains acts by reference to the complaint, contrary to Rule 65A(e). ........... 6

    B.    The order requires no security, on a rationale that assumes the merits. ......................... 7

    C.    The order is mandatory, ex parte, and changes rather than preserves the status quo. .... 7

    D.    The TRO has, by its terms, outlived Rule 65A(b)(2)'s 14-day limit.............................. 8

    E.    Paragraph 4 rests on the "serious issues" standard that Rule 65A no longer contains... 8

IV.    Any preliminary injunction must be confined to the named, served Defendants and to specific, unprotected conduct.................................................................................................. 9

CONCLUSION AND RELIEF REQUESTED ............................................................................ 9

## INTRODUCTION AND RELIEF REQUESTED

Chrystal Law is named in the TRO—not as a defendant, because Plaintiffs have sued her nowhere in this action, but in the definition of what the order erases. Paragraph 5(k) mandates the removal of the co-Defendants' publications that "in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal." TRO ¶ 5(k). Ms. Law, Mr. Gorman, and their

company BAMF Salem 1, LLC are the former Salem, Oregon franchisees whose dispute with BAM Franchising, Inc. is the subject of a pending action they filed in the Utah Business and Chancery Court, *BAMF Salem 1, LLC v. BAM Franchising, Inc.*, No. 260200029.

Through an ex parte order entered in a case to which they are strangers, Plaintiffs have obtained a command that the internet be scrubbed of the Law-Gorman Parties' grievance. And through Paragraph 5's extension to "co-conspirators" and "anyone acting in concert with" Defendants "directly or indirectly," together with fifteen unidentified Doe defendants, Plaintiffs have reserved the ability to contend that the Law-Gorman Parties were bound all along—without service, joinder, notice, bond, or any adjudication that a single statement is false. The Constitution, the day-in-court rule, and Rule 65A each independently forbid this.

## ARGUMENT

**I.       An injunction cannot bind or adjudicate the rights of known non-parties who have never been served, joined, or heard.**

A court's injunction reaches only the parties before it and those who, with notice, aid a party's violation. Rule 65A(e) provides that an injunction "shall be binding only upon the parties to the action, their officers, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them who receive notice . . . of the order."

That concert language is an anti-evasion principle, not a substitute for joinder. It exists so that "defendants may not nullify a decree by carrying out prohibited acts through aiders and abettors"; it does not authorize an order "so broad as to make punishable the conduct of persons who act independently and whose rights have not been adjudged according to law." *Regal Knitwear Co. v. NLRB*, 324 U.S. 9, 13–14 (1945). As Judge Learned Hand explained, a court "cannot lawfully enjoin the world at large," and the concert clause "adds nothing to the decree": "Without [it] any one is liable who knowingly does what the court has properly enjoined; with [it] nobody is liable who does not." *Alemite Mfg. Corp. v. Staff*, 42 F.2d 832, 832–33 (2d Cir. 1930).

Most directly, a court may not enter an injunction against a person who was never made a party. In *Zenith Radio Corp. v. Hazeltine Research, Inc.*, the Supreme Court held it "was error to

3

enter the injunction against" a non-party "without having made [the concert] determination in a proceeding to which [it] was a party," because "a nonparty with notice cannot be held in contempt until shown to be in concert or participation." 395 U.S. 100, 112 (1969).

That rule rests on first principles of due process: "one is not bound by a judgment in personam resulting from litigation in which he is not designated as a party or to which he has not been made a party by service of process." *Id.* at 110 (citing *Hansberry v. Lee*, 311 U.S. 32, 40–41 (1940)); *accord Taylor v. Sturgell*, 553 U.S. 880, 892–93 (2008) (recognizing "the 'deep-rooted historic tradition that everyone should have his own day in court'") (quoting Richards v. Jefferson County, 517 U.S. 793, 798 (1996)).

What the concert clause cannot do is serve as a substitute for joinder against identified, known persons whose conduct is independent. Sharing a grievance with an enjoined party is not aiding a violation. Coordinating lawful advocacy about a matter of public concern is not aiding a violation. Litigating one's own claims in one's own forum is not aiding a violation. The Law-Gorman Parties are not anonymous Does; they are known, named individuals and a known company, identified in the order itself and litigating an identified case against Plaintiff BAM in another Utah court. If Plaintiffs believe the Law-Gorman Parties have done something enjoinable, the Constitution prescribes the route: name them, serve them, and prove it—a route Plaintiffs have conspicuously declined. Due process forbids accomplishing through an order's concert clause what Plaintiffs decline to attempt through a complaint.

That declination is unsurprising. Any claim against the Law-Gorman Parties arising from their expression on a matter of public concern would be met by a special motion under the Utah Public Expression Protection Act, which stays proceedings and shifts fees and costs to the moving party who prevails. *See Utah Code* §§ 78B-25-103, -104, -110. The concert and Doe language should not be permitted to reach by injunction what Plaintiffs have elected not to pursue by claim.

4

**II.     Paragraph 5(k) is an unconstitutional prior restraint, and it restrains the speech of persons not before the Court.**

Paragraph 5(k) is a mandatory, content-based order compelling the removal of the co-Defendants' publications relating "in any way" to an identified dispute, entered ex parte, before any adjudication that any statement is false or unlawful.

### A.  The order is a prior restraint entered without any adjudication of falsity.

Prior restraints on expression bear "a heavy presumption against [their] constitutional validity," and their proponent "carries a heavy burden of showing justification for the imposition of such a restraint." *Org. for a Better Austin v. Keefe*, 402 U.S. 415, 419 (1971); *accord New York Times Co. v. United States*, 403 U.S. 713, 714 (1971) (per curiam). "[I]t is the chief purpose of the guaranty to prevent previous restraints upon publication." *Near v. Minnesota ex rel. Olson*, 283 U.S. 697, 713 (1931). Such restraints are "the most serious and the least tolerable infringement on First Amendment rights," because, unlike a later sanction, a prior restraint has "an immediate and irreversible sanction" and "freezes" speech. *Nebraska Press Ass'n v. Stuart*, 427 U.S. 539, 559 (1976). Utah law is in accord: the Utah Supreme Court has applied the same "heavy presumption" and "heavy burden" to an ex parte order restraining publication, *KUTV, Inc. v. Conder*, 668 P.2d 513 (Utah 1983), and the Utah Constitution independently provides that "[n]o law shall be passed to abridge or restrain the freedom of speech or of the press," Utah Const. art. I, § 15.

Equity, moreover, historically will not enjoin an alleged defamation before a final adjudication of falsity; "the maxim that equity will not enjoin a libel has enjoyed nearly two centuries of widespread acceptance at common law." *Kramer v. Thompson*, 947 F.2d 666, 677 (3d Cir. 1991). An injunction against repeating challenged statements is permissible, if at all, only after a trial has determined the statements to be defamatory, and then only as narrowly limited to those statements. *See Balboa Island Village Inn, Inc. v. Lemen*, 40 Cal. 4th 1141, 156 P.3d 339 (2007).

Paragraph 5(k) is the opposite: a sweeping takedown entered ex parte, with no trial, no finding of falsity, and no limitation to specified statements.

### B. *The order is overbroad: it reaches true statements, opinion, and public records.*

An order affecting First Amendment rights must be "precise" and narrowly "tailored to achieve the pin-pointed objective of the needs of the case," and may not "swee[p]" "more broadly than necessary." *Tory v. Cochran*, 544 U.S. 734, 738 (2005). Paragraph 5(k) sweeps too broadly. By commanding removal of everything "that in any way relate[s] to" an entire dispute, it reaches true statements, opinion, reports of public court filings, and news commentary alike—protected expression that no court has found, or could find on this record, to be unlawful. "In a case of this kind the courts do not concern themselves with the truth or validity of the publication." *Keefe*, 402 U.S. at 418. A restraint defined by what "in any way relate[s]" to a subject is overbroad on its face.

### C. *Paragraph 5(j) is an impermissible prospective restraint.*

Paragraph 5(j) compounds the defect, restraining future publication of any "false, misleading, harassing, interfering, defamatory or unlawful" content "respecting Plaintiffs"— categories the order leaves to Plaintiffs' own enforcement by contempt. A standing, content-based prohibition on future speech, untethered to any adjudication, is a quintessential prior restraint. *See Near*, 283 U.S. at 713.

### D. *The restraint silences identified non-parties about their own dispute.*

Both provisions, through Paragraph 5's concert clause, reach the expression of the Law-Gorman Parties—identified strangers to this litigation—about their own dispute. By its terms, the order compels the removal of, and to forbid, protected speech concerning the Law-Gorman Parties' own Business and Chancery Court case, on pain of contempt. A restraint silencing identified non-parties about their own dispute is not a marginal tailoring failure; it is the order's evident object.

## III.    **The TRO does not comply with Rule 65A on its own terms.**

### A. *The order restrains acts by reference to the complaint, contrary to Rule 65A(e).*

Rule 65A(e) requires that every injunction "be specific in terms and . . . describe in reasonable detail, *and not by reference to the complaint or other document*, the act or acts sought to be restrained." Utah R. Civ. P. 65A(e) (emphasis added).

6

Paragraph 5(k) does precisely what the rule forbids: it defines the "Publications" to be removed "as such term is defined in the Verified Complaint" and limits the takedown to matters "described in this Verified Complaint." TRO ¶ 5(k). An order whose operative scope can be understood only by cross-referencing the pleadings fails Rule 65A(e)'s particularity command.

### B.   The order requires no security, on a rationale that assumes the merits.

Security is the rule. Rule 65A(d)(1) commands that "[t]he court shall condition issuance of the order or injunction on the giving of security . . . unless it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction, or unless there exists some other substantial reason for dispensing with the requirement of security." Utah R. Civ. P. 65A(d)(1). Neither exception fits this case. The Court excused any bond on the ground that the restrained parties "will suffer no legitimate harm from being restrained." TRO ¶ 6.

But an injunction is "wrongful"—and security answers for it—whenever "it is finally determined that the applicant was not entitled to the injunction," regardless of good faith. *Mountain States Tel. & Tel. Co. v. Atkin, Wright & Miles, Chartered*, 681 P.2d 1258, 1262 (Utah 1984). A mandatory takedown directed at monetized online publications is precisely the context in which a wrongfully restrained party suffers quantifiable loss. The "no legitimate harm" rationale assumes the merits to excuse the very safeguard that exists for the case in which the applicant turns out to be wrong. Plaintiffs identified no "other substantial reason" for dispensing with security.

### C.   The order is mandatory, ex parte, and changes rather than preserves the status quo.

A temporary restraining order preserves the status quo. *See Sys. Concepts, Inc. v. Dixon*, 669 P.2d 421, 425 (Utah 1983) (preliminary injunction is "'an anticipatory remedy purposed to prevent the perpetration of a threatened wrong or to compel the cessation of a continuing one.'") (quoting *Anderson v. Granite Sch. Dist.,* 17 Utah 2d 405, 407, 413 P.2d 597, 599 (1966)); see also *Tri-State Generation & Transmission Ass'n v. Shoshone River Power, Inc.,* 805 F.2d 351, 355 (10th Cir.1986) (preliminary injunction serves to "preserve the status quo pending the outcome of the case.")). Paragraph 5(k) does the opposite: it compels affirmative action—the takedown of existing publications—thereby altering the status quo through a mandatory injunction entered

7

without notice. An ex parte order may issue only on "specific facts" showing that "immediate and irreparable injury . . . will result . . . before the adverse party . . . can be heard," Utah R. Civ. P. 65A(b)(1), and must "state the reasons justifying the court's decision to proceed without notice," Utah R. Civ. P. 65A(e). Compelling the destruction of speech is relief that cannot be undone after the June 22 hearing. That is not the status-quo preservation an ex parte TRO can provide.

### D. The TRO has, by its terms, outlived Rule 65A(b)(2)'s 14-day limit.

An ex parte restraining order may not run indefinitely. Rule 65A(b)(2) commands that "[t]he order shall expire by its terms within such time after entry, not to exceed 14 days," unless, "within the time so fixed," it is extended "for good cause shown" for "a like period," or the restrained party consents—and "[t]he reasons for the extension shall be entered of record." Utah R. Civ. P. 65A(b)(2). That limit is mandatory and self-executing: a temporary restraining order that does not expire by its terms within fourteen days does not comply with the Rule. This TRO does not comply. Entered June 2, 2026, it has no expiration date at all. Instead, it "remains in effect until such time as the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction," relief to follow the June 22 hearing and to continue indefinitely after that. TRO ¶¶ 7–8.

Fourteen days from entry elapsed on June 16, 2026. The order contains no good-cause finding extending it for a like period, states no reasons for any extension of record, and reflects no consent by the restrained parties. The TRO has therefore expired by operation of Rule 65A(b)(2); to the extent it purports to remain in force, it must be dissolved. This defect is independent of the constitutional questions and it cannot be cured retroactively at the June 22 hearing: an ex parte order that exceeds the Rule's temporal limit must be dissolved, and any continuing relief must be entered, after notice, in a new order that satisfies Rule 65A(f).

### E. Paragraph 4 rests on the "serious issues" standard that Rule 65A no longer contains.

The TRO's findings also invoke a basis the Rule has discarded. Paragraph 4 recites, in support of the order, that "[t]his case also presents serious issues of law and fact supporting the entry of this Temporary Restraining Order." TRO ¶ 4. But current Rule 65A(f) permits a restraining order or preliminary injunction to issue "only upon a showing" of four factors—a

8

substantial likelihood of success on the merits, irreparable harm, that the threatened injury outweighs the harm to the restrained party, and that the order is not adverse to the public interest— and it contains no "serious issues" alternative. Utah R. Civ. P. 65A(f).

But the "serious issues on the merits which should be the subject of further litigation" formulation was removed from the grounds for issuance effective February 14, 2023, and now appears only in Rule 65A(g)'s reconsideration provision, which is limited to an order "restraining or enjoining the enforcement of a law"—not this one. Utah R. Civ. P. 65A(g). To the extent the TRO rests on the discarded "serious issues" basis, Rule 65A no longer supplies it; any preliminary injunction of the same scope must independently satisfy each of the four factors of Rule 65A(f).

## IV.    Any preliminary injunction must be confined to the named, served Defendants and to specific, unprotected conduct.

The Law-Gorman Parties do not ask the Court to leave unaddressed claims of threats, doxxing, trespass, or impersonation. They ask the Court to do what Rule 65A and the Constitution require: (1) confine any injunction to the named, served Defendants and to those genuinely in active concert with them; (2) describe any restrained acts with Rule 65A(e) particularity, not by reference to the complaint; (3) strike Paragraph 5(k)'s definition-by-reference to "Bryan and Chrystal" and its blanket takedown mandate; (4) make express that the order neither binds nor restrains Chrystal Law, Benjamin Gorman, or BAMF Salem 1, LLC, and adjudicates nothing as to them; and (5) require security for any continuing injunctive relief.

### CONCLUSION AND RELIEF REQUESTED

The Law-Gorman Parties respectfully request that the Court: (1) modify or dissolve the TRO by striking Paragraph 5(k), or at minimum its reference to "the private legal dispute underlying this matter between Bryan and Chrystal" and its takedown mandate; (2) clarify that the TRO's and any preliminary injunction's references to "co-conspirators," "acting in concert," and Doe defendants do not reach the Law-Gorman Parties; (3) clarify that Paragraph 5(j) neither binds nor restrains the Law-Gorman Parties and does not prohibit truthful statements, opinion, reports of public records, or other protected expression concerning their own dispute; (4) decline to enter

9

any preliminary injunction of the same scope; (5) require security for any continuing injunctive relief; and (6) grant such further relief as is just.

DATED this 16th day of June, 2026.       Respectfully submitted,

SPENCERWILLSON, PLLC

*/s/ Sarah Elizabeth Spencer*
Sarah Elizabeth Spencer
*Attorney for Proposed Limited Intervenors*

10

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of June, 2026, I caused a true and correct copy of the foregoing **MOTION TO MODIFY OR DISSOLVE TEMPORARY RESTRAINING ORDER AND OPPOSITION TO ENTRY OF A PRELIMINARY INJUNCTION OF THE SAME SCOPE AND REQUEST FOR EXPEDITED HEARING** to be served on all counsel of record via the Court's electronic filing system:

Wm. Kelly Nash (4888)
Justin T. Rich (18519)
Mina S. Ghobrial (20214)
Dentons Durham Jones Pinegar, P.C.
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
kelly.nash@dentons.com
justin.rich@dentons.com
mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*


*/s/ Sarah Elizabeth Spencer*
Sarah Elizabeth Spencer

11

Bilingual Notice to Responding Party for Motions (for compliance with URCP 7)

**Notice to responding party**

You have a limited amount of time to respond to this motion. In most cases, you must file a written response with the court and provide a copy to the other party:

- within 14 days of this motion being filed, if the motion will be decided by a judge, or
- at least 14 days before the hearing, if the motion will be decided by a commissioner.

In some situations a statute or court order may specify a different deadline.

If you do not respond to this motion or attend the hearing, the person who filed the motion may get what they requested.

See the court's Motions page for more information about the motions process, deadlines and forms:
utcourts.gov/motions


Scan QR code to visit page

**Aviso para la parte que responde**

Su tiempo para responder a esta moción es limitado. En la mayoría de casos deberá presentar una respuesta escrita con el tribunal y darle una copia de la misma a la otra parte:

- dentro de 14 días del día que se presenta la moción, si la misma será resuelta por un juez, o
- por lo menos 14 días antes de la audiencia, si la misma será resuelta por un comisionado.

En algunos casos debido a un estatuto o a una orden de un juez la fecha límite podrá ser distinta.

Si usted no responde a esta moción ni se presenta a la audiencia, la persona que presentó la moción podría recibir lo que pidió.

Vea la página del tribunal sobre Mociones para encontrar más información sobre el proceso de las mociones, las fechas límites y los formularios:
utcourts.gov/motions-span


Para accesar esta página escanee el código QR

**Finding help**

The court's Finding Legal Help web page (utcourts.gov/help) provides information about the ways you can get legal help, including the Self-Help Center, reduced-fee attorneys, limited legal help and free legal clinics.


Scan QR code to visit page

**Cómo encontrar ayuda legal**

La página de la internet del tribunal Cómo encontrar ayuda legal (utcourts.gov/help-span) tiene información sobre algunas maneras de encontrar ayuda legal, incluyendo el Centro de Ayuda de los Tribunales de Utah, abogados que ofrecen descuentos u ofrecen ayuda legal limitada, y talleres legales gratuitos.

Para accesar esta página escanee el código QR

The Order of the Court is stated below:
Dated:  June 02, 2026            /s/   TONY F GRAF JR
              10:16:45 AM                    District Court Judge

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**Dentons Durham Jones Pinegar, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

| IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR <br><br> UTAH COUNTY, STATE OF UTAH | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, <br><br>      Plaintiffs, <br><br>   vs. <br><br> BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15, <br><br>      Defendants. | **TEMPORARY RESTRAINING ORDER AND NOTICE OF PRELIMINARY INJUNCTION HEARING** <br><br> **(Tier 3)** <br><br> Case No.: 260402353 <br><br> Judge: Tony F. Graf, Jr. |

This matter came for hearing before the Court on Plaintiffs' *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction ("**Motion**"). Having considered all evidence, together with the verified pleadings and the requests set forth in the Motion, and finding good cause, the Court hereby grants the Motion and enters this Temporary Restraining Order and makes the following findings:

1.      Plaintiffs are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion, including, *inter alia*, loss of business, loss of good will, loss of existing and future relationships with customers and franchisees, and injury to Plaintiffs and persons involved, unless this Temporary Restraining Order is issued, which injuries cannot be adequately compensated with money. Beginning in early 2025 and continuing to date, co-Defendants engaged in a campaign of extortion, harassment, defamation, nuisance, interference, trespassing, stalking and intimidation targeting Plaintiffs and their businesses and affiliates. Co-Defendants organized and created an "enterprise" for the common purpose of conducting a pattern of unlawful activity, including the publication of false, defamatory and disparaging images, content and statements, including the Publications (as such term is defined in Plaintiffs' Verified Complaint) and other misconduct as alleged in the Verified Complaint.

2.      Plaintiffs' threatened injury and damages outweigh any injury or damages to co-Defendants.

3.      The granting of the Motion is not contrary to the public interest between private parties, and the public interest is served when extortion, harassment, defamation, nuisance,

interference, trespassing, stalking, intimidation, and the other unlawful conduct set forth in the Verified Complaint is prevented.

4. Plaintiffs are substantially likely to prevail on the merits of their claims against co-Defendants, including claims for Utah RICO violations, defamation per se, civil stalking, trespass, civil conspiracy, tortious interference with economic relations, intentional infliction of emotional distress, injurious falsehood, trade disparagement, false light and nuisance. This case also presents serious issues of law and fact supporting the entry of this Temporary Restraining Order.

5. Plaintiffs are entitled to entry of this Temporary Restraining Order and co-Defendants (including DOES 1-15), their affiliates, co-conspirators, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

    a. Making, transmitting, soliciting, encouraging or facilitating death, bomb or other threats of physical harm, property destruction or otherwise against Plaintiffs, their franchisees, employees, officers, owners, customers, vendors or family members;

    b. Publishing or encouraging others to publish home addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

    c. Entering, remaining at, filming, blocking access to or approaching within a

defined distance (not less than 1,000 yards) Plaintiffs' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes after notice, except through counsel, lawful service of process or court-approved activity;

d. Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity or any other third party to obtain signatures, access, statements, employee information, customer information or business disruption;

e. Touching, altering, covering, defacing or placing signage or any other form of communication (i.e., electronic, social media, etc.) affecting Plaintiffs' property, including signs falsely stating or implying that Plaintiffs stole from elderly persons, stole life savings, lost in court or closed to avoid paying a judgment;

f. Blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs in any way, including entering or leaving any of Plaintiffs' locations;

g. Soliciting Plaintiffs' employees, franchisees or contractors to act as "undercover agents", leak confidential information, record inside stores without authorization, obtain phone numbers or private information, create or participate in staged confrontations or otherwise engage in any deceptive activity relating to Plaintiffs and their business and personal interests;

h.  Using fabricated, deceptive or misrepresented "contracts", "raffles", "lotteries", "court papers", "awards", or other programs, instruments, recordings or documents to deceive, manufacture evidence or create staged confrontations, deter personnel from calling police or manufacture claims of criminal or other misconduct;

i.  Destroying, deleting, altering or failing to preserve videos, raw footage, outtakes, communications, texts, emails, Discord/Patreon posts, YouTube comments, analytics, phone records, call logs, police communications and documents relating to Bricks & Minifigs, the LEGO collection dispute, threats and the creation/promotion of the videos;

j.  Creating, posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs; and

k.  Maintaining the current Publications (as such term is defined in the Verified Complaint) and any other video, audio or other form of publication posted on any online streaming platform by Co-Defendants, directly or indirectly, and requiring that the Publications and any such other communications published by co-Defendants be immediately removed and/or taken down from any online streaming platform or otherwise published that in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint.

6.      Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time, because no security is required for the issuance of an injunction if "it appears that none of the parties will incur or suffer costs, attorney fees or damage as the result of any wrongful order or injunction" and because co-Defendants will suffer no legitimate harm from being restrained by the granting of the Motion entry of this Temporary Restraining Order.

7.      An evidentiary hearing on Plaintiffs' Motion for preliminary injunction will be held at 2:00 pm on June 22, 2026, in person at the Fourth District Courthouse located at 137 N Freedom Blvd, Suite 100, Provo, UT, 84601.

8.      This Order remains in effect until such time as the Court enters its ruling on Plaintiffs' Motion for Preliminary Injunction.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

---

**IN THE FOURTH JUDICIAL DISTRICT COURT**

**UTAH COUNTY, STATE OF UTAH**

---

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1–15,<br><br>     Defendants. | **MOTION TO INTERVENE FOR LIMITED PURPOSE AND TO PARTIALLY VACATE TEMPORARY RESTRAINING ORDER**<br><br>**REQUEST FOR EXPEDITED HEARING**<br><br>Case No.: 260402353<br><br>Judge Tony F. Graf, Jr. |

Proposed non-party Intervenor Gregory C. Belmont respectfully moves under Utah Rule of Civil Procedure 24, Utah Rule of Civil Procedure 65A, the First Amendment to the United States Constitution, Article I, Section 15 of the Utah Constitution, and the Court's inherent authority to intervene for the limited purpose of challenging the extraordinary speech-restrictive and takedown provisions of the Temporary Restraining Order originally entered May 28, 2026 [Doc. 23] and subsequently entered June 9, 2026 [Doc. 55] which infringe, without any

deference to or acknowledgement, on the free speech rights of a) multiple named and unnamed speakers and b) a multitude of subscribers, viewers, consumers, recipients, and other non-parties similarly situated to Movant.

Movant seeks vacatur, dissolution, or modification of those provisions on expedited review because the TRO and requested preliminary injunction directly burden or chill his independent rights of speech, publication, distribution, reporting, and receipt of protected expression, and because the existing parties cannot adequately represent those independent constitutional interests. Movant takes no position in this motion on the ultimate truth or falsity of all statements made by any party, and does not seek discovery, delay, or participation in all merits issues. He seeks only to have this memorandum considered, and to be heard if the Court permits, before or at the impending injunction proceedings.

Movant appears as a paid subscriber to the named publications at issue, a LEGO consumer with a direct interest in the underlying marketplace controversy, a commentator on legal issues of public interest, and a member of the public whose ability to receive, evaluate, discuss, and comment upon competing accounts is impaired by the TRO's publication restrictions. Limited intervention will not prejudice or delay adjudication of the parties' underlying claims. It will instead allow the Court to consider the independent First Amendment interests of recipients, subscribers, consumers, commentators, and other non-parties practically affected by a speech-restrictive order entered in a dispute that has become the subject of substantial public attention.

This motion presents a narrow but fundamental First Amendment question: whether a court may, before any final adjudication of falsity, liability, or entitlement to permanent relief, order the removal of publications concerning a matter of substantial public controversy and thereby deprive willing listeners of speech they wish to receive. The constitutional defect is not

2

abstract. The TRO suppresses entire lengthy online videos published not only at four specific URLs, but seemingly entire categories of existing online publications and communications, without identifying their URLs, timestamps, statements, speakers, concrete criteria, or adjudicated falsehoods. It also restrains future speech of named and unnamed parties using broad and indeterminate terms such as "misleading," "harassing," and "interfering."

The Supreme Court has long recognized that the First Amendment protects not only speakers, but also the public's right to receive information from willing speakers. In *Virginia State Bd. of Pharmacy v. Virginia Citizens Consumer Council, Inc.*, 425 U.S. 748 (1976), consumers were permitted to challenge restraints on the dissemination of commercial information because, where speech is willing to be communicated, "the protection afforded is to the communication, to its source and to its recipients both." The Supreme Court has likewise recognized that the right to receive information is a necessary corollary of the right to speak. *Stanley v. Georgia*, 394 U.S. 557, 564 (1969). Consistent with those principles, the Tenth Circuit has recognized that non-parties whose access to information is impaired by judicial speech restrictions may seek relief from such orders. *Journal Publ'g Co. v. Mechem*, 801 F.2d 1233, 1235–37 (10th Cir. 1986).

Against these recipient and speaker rights stands one of the most disfavored exercises of judicial power known to constitutional law: a prior restraint. Prior restraints carry a "heavy presumption" against constitutional validity, *Bantam Books, Inc. v. Sullivan*, 372 U.S. 58, 70 (1963), and are regarded as "the most serious and the least tolerable infringement on First Amendment rights." *Nebraska Press Ass'n v. Stuart*, 427 U.S. 539, 559 (1976). That presumption is especially important where speech is restrained ex parte, before adversary testing, and where the order removes existing source materials from public view rather than merely regulating unlawful conduct.

3

The need for adversary testing is underscored by corporate plaintiff's own post-TRO public statements which acknowledge a real consignment dispute, gross negligence, store-transition problems, inventory controversy, disputed sales records, and other unresolved factual questions. Those matters are precisely the kind of contested public issues for which the First Amendment favors counterspeech, correction, disclosure, and statement-specific adjudication— not wholesale removal of publications before the truth or falsity of particular statements has been adjudicated.

Expedited consideration is warranted because the injury is occurring now. The TRO restrains speech during an active public controversy that has attracted immense national attention[1], generated substantial public support for enjoined Defendants[2], and become the subject of extensive consumer discussion, legal commentary, and scrutiny of the Court's speech-restrictive order itself[3]. The Supreme Court has recognized that even brief loss of First Amendment freedoms constitutes irreparable injury. *Elrod v. Burns*, 427 U.S. 347, 373–74 (1976). It has also treated prior restraints as requiring urgent judicial scrutiny, including by resolving the Pentagon Papers restraint within days, vacating the stays, and directing judgment to issue "forthwith," while reiterating that prior restraints carry a heavy presumption against constitutional validity. *New York Times Co. v. United States*, 403 U.S. 713, 714 (1971). The same

---

[1] As of June 10th, three of the enjoined video Publications have received more than 12,000,000 views on YouTube alone and at least as many views as derivative clips in third party videos.
[2] Prior to and since a ~12-18 hour disappearance June 9th to 10th of a webpage on Gofundme.com, the controversy stimulated a fundraiser exceeding $440,000 in potential donations from the public for the stated benefit of paying for some or all of the Defendants' ability to exercise their due process right to mount a defense in the instant and related legal actions.
[3] Plaintiff Ex Parte Motion Regarding Alternative Service [Doc. 30] acknowledges that "the existence and content of the Initial Pleadings and the TRO have been widely published" and that the information therein has been incorporated in viral content of "podcasts, broadcasts, chat rooms, interviews, news articles, television news reports and/or through a flood of social media posts and activities".

urgency applies where speech is restrained ex parte before adversary testing. *Carroll v. President & Comm'rs of Princess Anne*, 393 U.S. 175, 180–85 (1968), set aside a ten-day ex parte restraint on expressive activity because First Amendment orders ordinarily require notice and an adversary opportunity to be heard. And in this circuit, overbroad judicial restraints on access to willing speakers have been corrected by extraordinary relief. *Journal Publ'g Co. v. Mechem,* 801 F.2d 1233, 1235–37 (10th Cir. 1986).

The Court therefore need not await the ordinary preliminary injunction hearing— scheduled 32 days after issuance and 20 days after formal service on Schneider— to consider Movant's limited request. Permitting an ex parte prior restraint to remain in effect longer than necessary risks not only suppression of protected speech, but also avoidable public injury to confidence in the judicial process. Prompt review would serve Movant's First Amendment interests and the judiciary's institutional interest in ensuring that emergency equitable relief is not perceived as a mechanism for suppressing public criticism of powerful litigants in a matter of public concern— and is itself part of the constitutional protection against allowing an ex parte restraint to suppress time-sensitive public discourse longer than necessary.

### RELEVANT FACTS

**Interests of the Movant.** Movant Gregory Belmont is a resident of New York State, is a Premium YouTube subscriber to Benjamin Schneider's ("Schneider") YouTube channel, a paid subscriber to Schneider's Patreon channel, has published commentary and news related to legal issues of public interest on YouTube[4] and other online platforms in connection with legal publishing and artificial intelligence software enterprises, is an occasional LEGO consumer with a direct interest in the underlying marketplace controversy, and a member of the public whose

---

[4] "No Thank-You Note, but Several Lawsuits for a Pepper-Spraying Inspector", Sept 29, 2012, New York Times, https://nyti.ms/442vfAQ, crediting the initial popularization of a mass social movement to an analytic video of police misconduct produced and published by Movant.

ability to receive information has been impacted by the TRO.  Movant has watched videos

concerning the Reckless Ben / Bricks & Minifigs dispute, the LEGO collection controversy, and

related events and subscribed to Schneider's channels because Movant wishes to receive

Schneider's reporting, investigation, criticism, interviews, recordings, commentary, and updates

concerning the dispute. Movant has an ongoing interest in viewing existing videos, receiving

future videos, discussing those videos, and evaluating the competing claims made by Plaintiffs,

Defendants, and third parties.

**The TRO Requires Removal of Existing Publications, Enjoins Future Publication, and Enjoins Content Creation by Certain Parties.**  TRO paragraph 5(j) and paragraph 5(k)

read together with Verified Complaint paragraph 66(e), impose a series of overlapping and

difficult-to-parse speech restrictions. Those restrictions reach, variously, existing publications,

future publications, online streaming platforms, other unspecified publication channels, parties,

persons acting in concert with parties, and at least one non-party. Each category implicates

distinct First Amendment interests and requires its own constitutional justification. Each of the

following speech restrictions so created implicate restraints ranging from suppression of

specifically identified existing speech, to removal of broad categories of speech from common

publication platforms, to prospective restraints on undefined future speech, to a prohibition on

speech creation itself.

   a. **Removal of Four Existing Online Publications.** TRO paragraph 5(k) restrains
      Defendants and persons acting in concert with them from maintaining the four specific
      video "Publications" as defined in the Verified Complaint, which is not attached to the
      TRO and is not expressly incorporated into it.

   b. **Unbounded Removal of Unidentified Publications on Streaming Platforms, Whether
      Related to This Matter or Not.** TRO paragraph 5(k) also appears to restrain Defendants
      and persons acting in concert with them from maintaining "any other video, audio or
      other form of publication posted on any online streaming platform by Co-Defendants,
      directly or indirectly." Read literally, that language is not limited to publications
      concerning Plaintiffs, this dispute, the alleged LEGO consignment controversy, or any

6

adjudicated defamatory statement.

c. **Removal of Amorphously Defined Communications.** TRO paragraph 5(k) further requires removal of "any such other communications" published by Co-Defendants or anyone acting in concert with them, whether "on any online streaming platform or otherwise published," if those communications "in any way relate to the private legal dispute underlying this matter between Bryan and Chrystal and the assertions of wrongdoing as described in this Verified Complaint." That formulation depends on a Verified Complaint not attached to the TRO, reaches communications beyond streaming platforms, and does not identify the particular statements or publications to be removed.

d. **Removal of Content by Parties and a Non-Party Concerning Plaintiffs or BAM Franchisees.** TRO paragraph 5(k), read in conjunction with Verified Complaint paragraph 66(e), appears to require removal of publications by Schneider, Mansell, and non-party Chrystal Law that "relate to, reference, or concern McNeffs, Josh, Brandon, Baker Salem, BAM or any BAM franchisees, whether or not specifically identified" in the TRO.

e. **Prospective Restraint on Future Publications by Parties and a Non-Party Concerning Plaintiffs or BAM Franchisees.** TRO paragraph 5(k), read in conjunction with Verified Complaint paragraph 66(e), also appears to prohibit Co-Defendants and anyone acting in concert with them from future publication of content by Schneider, Mansell, and non-party Chrystal Law that "relate[s] to, reference[s], or concern[s] McNeffs, Josh, Brandon, Baker Salem, BAM or any BAM franchisees, whether or not specifically identified" in the TRO.

f. **Prospective Restraint on Publishing Images or Content.** TRO paragraph 5(j) restrains Co-Defendants and anyone acting in concert with them from "posting, publishing and disseminating (or any republication thereof) any false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs." This provision is not limited to specific adjudicated statements and instead places Defendants at risk of contempt for future speech later alleged to be false, misleading, harassing, interfering, defamatory, or unlawful.

g. **Restraint on Creating Images or Content.** TRO paragraph 5(j) goes still further by restraining Co-Defendants and anyone acting in concert with them from "creating" any "false, misleading, harassing, interfering, defamatory or unlawful images or content, respecting Plaintiffs." A prohibition on creation, as distinct from publication or republication, reaches pre-publication expression, investigation, drafting, editing, and other speech-producing activity before any dissemination occurs.

**The TRO Affects Movant's Receipt of Speech.** If enforced according to its plain language– and as seen by Schneider June 8th Statement– the TRO deprives Movant and other YouTube and Patreon subscribers of access to videos and other publications that a willing

7

speaker would like to make available online. Movant is not a plaintiff, defendant, employee, agent, co-conspirator, or representative of any party. Movant has not been accused of or in fact threatened anyone, trespassed anywhere, impersonated anyone, doxxed anyone, or interfered with any business. Movant merely seeks to receive, evaluate, and discuss speech concerning a matter that has become the subject of public debate.

**Schneider Withheld Willing Publication**.  Since at least the publication of the widely popular second episode on May 30, 2026, Schneider had been promoting to his YouTube and Patreon subscribers the impending publication of a third episode of his video series reporting on the LEGO collection controversy which he claimed would reveal significant new information, but on the morning of June 9th he suddenly declared in a video published to YouTube titled "My final message"[5] and which has been viewed nearly 4,000,000 times as of the following day that "Episode 3 is finally finished.. but I can't post it," ascribing the inability to receipt of service of the TRO pursuant to this Court's order permitting Plaintiffs to serve electronically [Doc. 51].

**Interruption of GoFundMe Fundraising Page**.  An internet page[6] promoting and operationalizing a fundraiser organized by Schneider titled "Help Bryan Recover His Stolen LEGO Collection" which indicates $465,847 has been raised from approximately 17.1 thousand individual donors as of the afternoon of June 10th  "to help Bryan and his father recover their collection or the value of it and cover legal costs" (referring to Defendant Bryan Mansell, hereafter "Mansell") disappeared at some time on June 9th for approximately 12-18 hours (replaced by a "Fundraiser not found" message), purportedly due to review presumed by many commenters to be responsive to pressure applied by Plaintiff to GoFundMe website publisher.

---

[5] https://youtu.be/sISjfdueTYg
[6] https://www.gofundme.com/f/help-bryan-recover-his-lego-collection, archived on June 8th at https://web.archive.org/web/20260608012210/https://www.gofundme.com/f/help-bryan-recover-his-lego-collection

**Non-party Creator Expresses Fear of Being Silenced**.  Sheldon Norcross, a YouTube and Patreon creator who was detained but not charged by American Fork Police Department while engaged in activities shown in the enjoined video Publications, posted a video monolog on June 10th[7] expressing fear his channels will be "silenced" for expressing opinions about this court proceeding:

> "I've got a video on Ben's gag order coming tomorrow..  I'm not under it yet… I'll be served eventually, so this will probably be my last Bricks and Minifigs video tomorrow… I'm just waiting on the thumbnail.  Brian's GoFundMe has been taken down, which is pretty devastating…  I don't understand how or why… I feel like it's super unfair… the whole internet rallied behind this and it was cool seeing everyone come together and it was cool that like my sacrifices led to something… Soon I'll be silenced as well… I'm pretty scared… If it weren't for [my Patreon supporters], I'd be homeless right now.. I think tomorrow will probably be my last time I can ever post. I've got a thumbnail I paid to be made for that one..  It's the video about Ben being silenced and my thoughts on it… I spent a lot on that thumbnail to get it done in time…  I'll talk about my thoughts and everything on Ben being silenced... After that, I'll probably be silenced, too… Might even have wasted my food money on a thumbnail cuz they're probably going to, you know, get me served…  Probably my channel's coming down next if the GoFundMe got taken down."

Norcross also makes the following comments that could conceivably be taken to refer to certain Plaintiffs as "incompetent", mentions "I've never heard of a company taking down a GoFundMe to pay back someone that they stole from", and alludes to one of the Plaintiff's as "evil mustache twisting guy just uses fancy money and his fancy lawyers.  And I just don't know how this is going to solve anything."

He also expresses his distrust of uncaring corporations and shares his creative motivation, "You know, these corporations can just silence us and win. This is why I want to do content."

**Patreon Received and Refused Plaintiffs' Takedown Request**.  On June 2, Patreon CEO and co-founder Jack Conte ("Conte") published a widely viewed YouTube video[8] in which he indicated Patron received from Plaintiffs on May 29th– three days prior to the first

---

[7]  Sheldon Norcross, "June 9, 2026", https://youtu.be/o4bdTuqzGQo
[8] "Take Down Notification: Reckless Ben's Patreon Account", https://youtu.be/36jxNeV5L1Q

9

amendment of TRO to include preliminary injunction hearing date and twelve days before entry

of the mostly recently amended TRO– a "Request for Immediate Content Removal Pursuant to

TRO… for media and accounts related to Defendant Schneider and an ongoing dispute regarding

a local lego consignment issue".  (Conte's video mentions possession of the Motion for TRO, but

does not make clear whether Patreon was in receipt of any version of TRO bearing the Court's

seal or other evidence of the received documents' effectiveness.)

**CEO of Plaintiff BAM Franchising, Inc. ("BAM" or "Corporate Plaintiff")**

**Provided Live Online Video Interviews**.  BAM CEO Ammon McNeff participated in at least

two live interviews ("McNeff Interviews") pertaining to the instant litigation published on

YouTube on May 29th and June 4th[9] which have received over 9,000 and 205,000 views

respectively as of midnight of June 10th, parts of which have been clipped and commented upon

in numerous other online videos and social media posts.

**Plaintiff BAM Franchising Acknowledges Gross Negligence, Operational Gaps,**

**Other Unacceptable Conduct, Settlement Offer to a Defendant, and Separation of Two**

**Co-Plaintiffs from Certain Business Relationships.**  On June 4th, Plaintiff BAM published a

press release blog titled "Bricks & Minifigs Parts Ways with Salem, Oregon Franchise Owners

Brandon Best and Joshua Johnson"[10] ("June 4th Press Release") acknowledging evidence of

"gross negligence" in the operation of the Salem, Oregon store (the store at the heart of the

instant controversy); "operational gaps" during transition and document recovery; an

unauthorized private consignment arrangement involving Defendant Mansell's LEGO collection;

delayed/inadequate documentation and due diligence; incoming franchisees ill-preparedness to

---

[9] https://www.youtube.com/live/9dmR3Flk49k and https://youtu.be/_01kgM7xSVc

[10] https://bricksandminifigs.com/blog/blog/2026/06/04/bricks-and-minifigs-salem-joshua-johnson-brandon-best-resignation

assume forensic-accounting responsibilities; that an ex-franchisee retained company-marked data through a personal email account; that the situation should have been made explicit much sooner and was "not acceptable"; that POS data showed more than $52,000 sold from the disputed collection, more than prior owners reported; that BAM would offer remaining physical inventory and compensate Mansell for unaccounted items; and that BAM had permanently closed the Salem store and parted ways with Co-Plaintiffs Brandon Best and Joshua Johnson.  Together, these admissions lend credence to allegations contained in the Schneider video documentaries subject to the TRO takedown and appear to contradict some of the allegations of falsity against Schneider alleged in the Verified Complaint.

**Publication of Unredacted American Fork Police Department Videos.**  On or about June 3, 2026 a publicly accessible video archive[11] sourced to a clerical error by the American Fork Police Department ("AFPD") appeared online containing dozens of unredacted body and dash cam videos of police personnel involved in many of the events described in the Verified Complaint and documented by the enjoined Publications– including arrests and interrogation of Schneider– providing the public with unedited perspective of these events and spawning significant public commentary by attorneys, law enforcement experts, civil rights auditors, and others of police and prosecutorial conduct, some of which is highly critical and speculates on the depiction of serious civil rights violations and contradictions with explanations sympathetic to Plaintiffs and government provided by AFPD Chief in a video released May 29th[12].  Schneider also published a video challenging the Chief's statement of events and providing his own reactions to events depicted in the archive, including events depicting Plaintiff Joshua Johnson[13]

---

[11] https://archive.org/details/american-fork-bodycam-unredacted
[12] AFPD Chief Cameron Paul statement, May 29, 2026, https://youtu.be/IcVmSQpIPRY
[13] "My response to the Police", June 1, 2026, https://youtu.be/2YEzhDn0jY8 and "All the footage is released!", June 4, 2026, https://youtu.be/Ih2XwNN0aVY (incorrectly attributing video archive to a "hacker")

making criminal complaints against Schneider which led to his arrest on misdemeanor charges he is still facing.

**Indicators Defendant Schneider May Not be Adequately or Timely Represented by Counsel.** In several videos Schneider indicated he is not inclined to participate in legal proceedings, has indicated he has limited economic means with which to retain paid counsel, and has taken actions in his videos which reflect a limited understanding of legal process. Further, it has been reported[14] that at the last hearing in a Utah criminal matter related to the LEGO consignment controversy, Schneider was granted permission to represent himself which indicates it is possible he may have similar intentions in the instant litigation.

In similar time period Schneider has participated in video interviews with experienced attorneys[15] who have indicated a desire to introduce Schneider to competent counsel.

### ARGUMENT

**I.    THE COURT SHOULD PERMIT LIMITED INTERVENTION UNDER RULE 24.**

**A. Movant has an independent First Amendment interest in receiving the speech restricted by the TRO.** Utah Rule of Civil Procedure 24(a)(2) requires intervention when a timely movant claims an interest relating to the transaction that is the subject of the action and is so situated that disposition may impair or impede the movant's ability to protect that interest, unless existing parties adequately represent it.

Movant's interest is not derivative of Schneider's or other Defendant's litigation position. Movant asserts a distinct audience-side First Amendment interest. The Supreme Court has long

---

[14] https://www.ksl.com/article/51505848/viral-videos-allege-pricey-lego-theft-heres-how-utah-police-entered-the-conversation accessed June 2, 2026 and attributed to Emily Ashcraft "a reporter for KSL [who] covers issues in state courts, health and religion" and https://wsvn.com/news/us-world/viral-videos-allege-pricey-lego-theft-heres-how-utah-police-entered-the-conversation/ published June 5, 2026 and attributed to AssociatedPress.
[15] "The Civil Rights Lawyer" John H. Bryan, Esq., June 2, 2026. https://youtu.be/Hs3bElrHKUE

recognized that the First Amendment protects the right to receive information and ideas from willing speakers. See, e.g., *Virginia State Bd. of Pharmacy v. Virginia Citizens Consumer Council, Inc.*, 425 U.S. 748, 756–57 (1976); *Stanley v. Georgia*, 394 U.S. 557, 564 (1969); *Lamont v. Postmaster Gen.*, 381 U.S. 301 (1965).

The TRO does not merely regulate conduct by defendants. It removes content from the public. The practical effect is to block Movant from receiving speech Movant wishes to and/or has paid to receive. That is a concrete and legally protected interest sufficient to support limited intervention.

**B. Requested Intervention Is Distinct From The Media Intervention Denied In Utah v. Robinson.**  The proposed intervention is distinct from the intervention request this Court previously denied in *Utah v. Robinson*, No. 251403576 (Utah Dist. Ct. 2025), Docket No. 267. This motion does not seek access to court records or pertain to a criminal matter. It seeks limited participation to address a civil injunction restraining non-court publications, including subscriber-only content Proposed Intervenor paid to receive. That relief and this means of request is properly sought through the prescriptions specified by Rule 24 for purposes of Rule 65A modification, clarification, or dissolution.

**C. Disposition of the TRO and preliminary injunction proceedings may impair Movant's interest.**  If the TRO remains in effect or is converted into a preliminary injunction, the speech may remain unavailable during critical periods when public discussion is most active. Online speech has temporal value. News, commentary, investigation, and public debate are time-sensitive. Delayed access is often equivalent to denied access. This is especially true of YouTube videos concerning a fast-moving public controversy. Even if Movant could theoretically obtain access later, suppression during the period of public debate impairs the First Amendment interest in contemporaneous receipt of information.

**D. Existing parties do not adequately represent Movant's audience-side interest.**

Existing parties do not adequately represent Proposed Intervenor's distinct interests or, for that matter, the public audience's independent interest in receiving the disputed publications. Plaintiffs plainly do not represent Movant's interest because they seek removal of the speech. Although Schneider's interest as speaker may partially overlap with Proposed Intervenor's interest as a paying subscriber and intended recipient, that overlap is not enough. Schneider has not yet appeared by counsel in this civil case, has proceeded pro se in related criminal matters, and has acknowledged financial constraints and the potentially extraordinary cost of defending the civil action. Those facts create a substantial risk that Schneider will be unable, unwilling, or practically constrained from fully litigating the distinct recipient-rights, subscriber-access, public-interest, overbreadth, and narrow-tailoring objections that Proposed Intervenor seeks to raise. Schneider or other Defendants may settle, narrow their objections, remove content in their control to avoid unlawful coercion, or prioritize defenses unrelated to Movant's independent right to receive information.  Limited intervention is therefore warranted to ensure that the Court hears from an affected recipient before adjudicating restraints that impair access to paid-for speech.

**E. Alternatively, permissive intervention is warranted.**  Rule 24(b) permits intervention when the movant has a claim or defense that shares common questions of law or fact with the main action. Movant's challenge shares common questions with the TRO and preliminary-injunction proceedings: whether the challenged publications are protected speech, whether plaintiffs have shown entitlement to speech-suppressive injunctive relief, whether the order is sufficiently narrow, and whether the order complies with constitutional requirements.

**F. Movant's proposed intervention is highly limited.**  Movant does not seek to intervene generally in the underlying commercial dispute. Movant seeks only limited

14

intervention to protect Movant's independent First Amendment interest as a subscriber, viewer, and intended recipient of speech published on Benjamin Schneider's YouTube channel and related online platforms. Movant takes no position in this motion on the ultimate truth or falsity of all statements made by any party. Movant's position is narrower: the current TRO operates as a sweeping prior restraint and takedown order directed at existing and future online speech before any final adjudication of falsity, defamation, liability, or entitlement to permanent injunctive relief.

## II.   THE TRO'S TAKEDOWN PROVISION IS A PRIOR RESTRAINT BEARING A HEAVY PRESUMPTION OF UNCONSTITUTIONALITY.

**A. Paragraph 5(k) suppresses existing speech before final adjudication.** TRO Paragraph 5(k) requires removal of online videos, audio, and publications concerning the dispute. Paragraph 5(k) functions as a prior restraint insofar as it prohibits continued availability, reposting, and future publication, and is at minimum a mandatory content-based speech-suppression order entered before final adjudication.

Prior restraints are among the most disfavored forms of speech restriction. See *Near v. Minnesota*, 283 U.S. 697 (1931); *Bantam Books, Inc. v. Sullivan*, 372 U.S. 58, 70 (1963); *Nebraska Press Ass'n v. Stuart*, 427 U.S. 539 (1976); *Organization for a Better Austin v. Keefe*, 402 U.S. 415 (1971). In *Keefe*, the Supreme Court reversed an injunction prohibiting distribution of leaflets criticizing a real estate broker, rejecting the argument that the speech was coercive, reputationally harmful, or invasive of privacy. 402 U.S. at 419–20. The Court held that the party seeking a prior restraint bears a heavy burden. Id.

This case presents similar concerns. Plaintiffs allege reputational harm, harassment, interference, and injury to business goodwill. Those interests may support claims for damages or narrowly tailored conduct restrictions. They do not justify a broad ex parte takedown order

15

removing videos and publications from public platforms before adjudication of falsity or liability.

**B. The TRO suppresses speech about a matter of public concern.** The dispute is not confined to a private contract file. It involves a national franchise system, alleged treatment of a franchisee or store operator, alleged handling of a valuable LEGO collection, alleged repossession or transition of a retail store, law-enforcement interactions, litigation filings, and online criticism of business practices. Those matters have generated public commentary and concern. Speech concerning business practices, consumer disputes, franchise operations, litigation, alleged misconduct, and law-enforcement encounters can constitute speech on matters of public concern. Such speech is entitled to strong constitutional protection.

**C. Alleged defamation ordinarily does not justify a pretrial speech injunction.** Plaintiffs allege defamation, trade disparagement, false light, injurious falsehood, and related torts. But until specific statements are finally adjudicated false and unprotected, the Court should not suppress entire publications. Defamation law provides remedies after publication. It also imposes constitutional limits, including falsity, fault, and, where applicable, actual malice. See New York Times Co. v. Sullivan, 376 U.S. 254 (1964); Gertz v. Robert Welch, Inc., 418 U.S. 323 (1974). An injunction that removes speech before adjudication risks suppressing true statements, opinion, commentary, rhetorical hyperbole, protected criticism, and documentary material. If any injunctive relief is permissible in a defamation case, it must be limited to specific statements finally adjudicated defamatory after adversary proceedings. The TRO here does not meet that standard.

16

### III.   THE EX PARTE NATURE OF THE TRO MAKES THE SPEECH RESTRICTION ESPECIALLY DEFECTIVE.

The Supreme Court has been particularly skeptical of ex parte orders restraining speech. In Carroll v. President & Commissioners of Princess Anne, 393 U.S. 175 (1968), the Court set aside an ex parte restraining order against public rallies, holding that where First Amendment rights are involved, there is generally no place for an ex parte order absent a showing that notice and adversary process were impossible.  Here, the TRO restricting online publications and videos has been entered ex parte. The order does not reflect an adversary adjudication of the truth or falsity of the challenged speech. Nor does it show that less restrictive remedies were inadequate.  The ex parte process is especially problematic because the order reaches third-party audience interests. The Court heard from plaintiffs, but not from defendants and not from affected platforms, subscribers, viewers, journalists, commentators, or other recipients of the speech, none of whom have been named as parties to this action.

### IV.   THE TRO IS OVERBROAD AND NOT NARROWLY TAILORED.

**A. The TRO reaches entire categories of publications rather than specific unlawful statements.**  Paragraph 5(k) covers "the Publications" and "any other video, audio or other form of publication" posted on "any online streaming platform" that relates to the dispute. That language potentially reaches entire videos and channels of commentary, including lawful speech. It may cover: true statements, opinions, interviews, documentary footage, court-record reporting, commentary about litigation, criticism of businesses, responses to plaintiffs' public statements, discussion of law-enforcement encounters, satire or parody, third-party reposting or discussion, and/or efforts to raise money for legal defense in order to exercise fifth amendment due process rights.  A lawful injunction must be specific and narrowly tailored. This one is not.

17

**B. The terms "misleading," "harassing," and "interfering" are constitutionally vague as applied to speech.** Paragraph 5(j) prohibits "false, misleading, harassing, interfering, defamatory or unlawful images or content." Several of those terms are not self-defining when applied to public commentary. "Misleading" can describe protected argument, selective framing, opinion, or incomplete reporting. "Harassing" can be used to characterize persistent criticism. "Interfering" can describe public advocacy that affects a business's reputation or customer relations. Without narrow definitions and specific findings, these terms chill protected speech.

**C. The order is not limited to true threats, incitement, doxxing, trespass, impersonation, or other unprotected conduct.** Movant does not challenge provisions prohibiting true threats, trespass, impersonation, evidence destruction, or physical interference to the extent those provisions are lawfully entered and specifically applied. The problem is the speech takedown provision. The Court can protect plaintiffs from threats, trespass, stalking, impersonation, and evidence spoliation without suppressing public videos and commentary concerning the dispute.

## V. THE PUBLIC INTEREST FAVORS VACATUR OR MODIFICATION OF THE TRO'S SPEECH-SUPPRESSIVE PROVISIONS

The TRO states that the public interest is served by preventing extortion, harassment, defamation, nuisance, interference, trespass, stalking, intimidation, and other unlawful conduct. Movant does not dispute that courts may restrain true threats, unlawful doxxing, trespass, impersonation, destruction of evidence, physical interference, or other unlawful conduct when restrictions are lawful, specific, evidence-supported, and narrowly tailored.

But Paragraphs 5(j) and 5(k) go beyond conduct-based relief. Paragraph 5(k) requires removal of existing "video, audio or other form of publication" posted on online streaming platforms concerning the dispute. Paragraph 5(j) restrains future publication of broad categories of content,

18

including speech characterized as "false," "misleading," "harassing," "interfering," "defamatory," or "unlawful." The public-interest analysis materially changes when an order removes speech from public view before specific statements have been adjudicated false, unlawful, or unprotected.

**A. Consumers, Subscribers, And The Public Have A Legitimate Interest In Receiving Information About This Controversy.**  Movant is a subscriber to Benjamin Schneider's YouTube channel, a LEGO consumer, and a member of the consumer community affected by this controversy. The challenged speech concerns a national retail franchise system that buys, sells, trades, and displays LEGO products to the public. It therefore concerns marketplace information of practical importance to consumers, collectors, consignors, franchisees, prospective franchisees, parents, and LEGO enthusiasts who participate in the resale market.

Those audiences have a legitimate interest in information concerning how Bricks & Minifigs stores handle valuable collections; whether stores accept consigned property; whether franchise agreements permit or restrict such consignments; how inventory is tracked; what occurs when a franchisee defaults; whether a franchisor or successor operator may take possession of inventory; how customer or consignor property is protected during store transitions; whether corporate policies are adequate to prevent loss, confusion, or misappropriation; and how the franchisor responds when a consumer or consignor alleges that valuable property has not been returned or paid for.

These issues bear directly on whether consumers should buy from Bricks & Minifigs locations, sell valuable sets to those locations, consign or leave property with a franchisee, rely on store-level representations, distinguish franchisee conduct from franchisor responsibility, trust corporate policies after a store transition, or participate in the Bricks & Minifigs resale

19

ecosystem. Speech about alleged failures in a resale or consignment transaction is economically useful information. If Plaintiffs contend that particular statements are false, the public interest favors statement-specific adjudication through adversary process, not pretrial suppression of a broad category of marketplace criticism.

**B. The TRO Distorts Public Debate By Suppressing One Side Of A Public Controversy.** This dispute has already become a public controversy. BAM has issued public statements, timelines, and explanations. Defendants and commentators have published videos and commentary. News outlets, legal commentators, LEGO consumers, franchise observers, and viewers have discussed the dispute. That is the ordinary process by which public debate tests disputed claims.

The TRO distorts that process by leaving Plaintiffs' narrative publicly available while compelling removal of Defendants' videos and publications. That is not a neutral preservation of the status quo. It alters the speech environment by suppressing one side of an ongoing public controversy. The public interest does not favor an information regime in which a national franchisor may publish press releases and timelines while opposing commentary, criticism, investigation, and video evidence are removed before trial.

Plaintiffs' own public statements confirm why debate should remain open. BAM has acknowledged a factually complex dispute involving a consignment agreement, public promotion through a Bricks & Minifigs-branded store, inconsistent sales records, alleged underreporting, a claimed security interest, a store transition, discovery of potentially related sets, and continuing efforts to review records. That is not an accusation disconnected from any real event. It is a live controversy over a valuable consumer collection, a franchise store, and a franchisor's response. Public understanding is improved by access to competing evidence, criticism, and response—not by removal of one side's source material.

20

Nor do later commentary or inflammatory rhetoric justify wholesale takedown. Schneider's videos have become source material for broader consumer and legal analysis concerning the TRO, defamation, prior restraint, process service, contempt risk, franchise-default remedies, and the distinction between civil property disputes and criminal theft allegations. Viewers, consumers, journalists, lawyers, and commentators need access to the original publications to evaluate Schneider's claims, Plaintiffs' responses, and later commentary about both. The better remedy is counterspeech, correction, contextualization, and adversary testing—not removal of the underlying publications.

**C. The Public Interest Disfavors Ex Parte Prior Restraints In Civil Business And Reputational Disputes.** The challenged speech concerns a civil business and property dispute. Plaintiffs allege reputational and economic injury, but reputational injury is the ordinary subject of defamation litigation. It does not ordinarily justify pretrial removal of speech, particularly through an ex parte order entered before the affected speakers or interested recipients have been heard.

If businesses could obtain ex parte takedown orders whenever public criticism allegedly injured goodwill, customers, franchise relationships, or reputation, consumer speech would be chilled. Such a rule would threaten reviewers, customers, journalists, creators, whistleblowers, former franchisees, franchise observers, and consumers who criticize public-facing business practices. Courts should not become emergency takedown mechanisms for business reputational disputes absent the most exacting showing.

That interest is especially strong here because the challenged publications concern a national franchise system, alleged mishandling or loss of valuable consumer property, a disputed store transition, and the franchisor's public response to the controversy. The public interest is served by access to information, adversary testing, correction, response, disclosure,

21

counterspeech, and statement-specific adjudication. It is not served by an ex parte takedown order requiring removal of videos and publications before the truth or falsity of specific statements has been determined.

Accordingly, the public interest favors vacatur or, at minimum, modification of the TRO's speech-suppressive provisions while preserving any lawful, specific, evidence-supported restrictions directed at true threats, trespass, unlawful doxxing, unlawful impersonation, obstruction, destruction of evidence, or other unlawful conduct.

## VI.   PLAINTIFFS HAVE NOT SHOWN A CLEAR LIKELIHOOD OF SUCCESS SUFFICIENT TO JUSTIFY A PRIOR RESTRAINT AND MANDATORY TAKEDOWN ORDER.

Plaintiffs obtained an ex parte TRO based in part on a preliminary finding that they were substantially likely to prevail on claims including Utah RICO, defamation per se, civil stalking, trespass, civil conspiracy, tortious interference, intentional infliction of emotional distress, injurious falsehood, trade disparagement, false light, and nuisance. Movant does not ask the Court to adjudicate the merits of those claims on this motion. The narrower point is that Plaintiffs' showing does not justify the TRO's extraordinary speech-suppressive provisions.

Plaintiffs' TRO Motion characterizes the challenged publications as false accusations that BAM, Baker Salem, their corporate owners, store personnel, and police committed theft, criminal conduct, corruption, and a cover-up. Plaintiffs also asserted that the underlying issue was merely a private consignment dispute between Chrystal Law/Gorman and Bryan Mansell, that Plaintiffs were not parties to and had no knowledge or involvement in that arrangement, and that Bryan and Chrystal fabricated or contrived the "stolen" inventory claim to blame Plaintiffs for a private problem. Those assertions may ultimately be litigated. But they do not support pretrial removal of entire publications where Plaintiffs' own later public account acknowledges a real and unresolved property, franchise, inventory, and payment dispute.

22

**A. BAM's Own Account Confirms That the Controversy Was Real, Not Fabricated.**

BAM's post-TRO public statements acknowledge the central factual premise of the challenged publications: a valuable Mansell LEGO collection was placed with the Bricks & Minifigs Salem/Keizer store under a consignment arrangement with Chrystal Law/Gorman. BAM further acknowledges that the collection was publicly promoted through the Bricks & Minifigs-branded store, that the $200,000 figure was used in that public promotion, that a Bricks & Minifigs store email address was used for press contact, and that members of the Mansell family participated in a public display event at the store. Those facts materially undercut any clear showing that the publications addressed a fictitious controversy or a wholly invented claim of missing property.

BAM may contend that the consignment arrangement was unauthorized, undisclosed, or outside the franchise model. But that contention does not resolve the First Amendment question presented here. A public-facing Bricks & Minifigs-branded store promoted, displayed, sold, or handled the collection, and the later dispute concerned what happened to that collection, its proceeds, and remaining inventory during and after a store transition. Whether BAM corporate, Baker Salem, Best, Johnson, or others bear legal responsibility for those events is a disputed merits question. It is not a basis for an ex parte order removing entire publications before statement-specific adjudication.

**B. BAM's Admissions Create Substantial Disputes Concerning Falsity, Gist, Fault, and Substantial Truth.**  Plaintiffs' TRO Motion treats the publications as categorically false because no court or law-enforcement agency had found that Plaintiffs stole property or participated in a cover-up. But defamation and related speech claims require more than disagreement with inflammatory characterizations. They require statement-specific analysis of falsity, fault, context, opinion, substantial truth, and protected commentary.

BAM's own account confirms enough of the factual framework underlying the

23

publications to make those issues unsuitable for ex parte takedown. BAM acknowledges that Mansell and Law/Gorman entered into a consignment arrangement; that Bryan received some payment over time; that records and sales data were incomplete or disputed; that BAM's review identified materially different sales figures; that POS data showed substantial sales from the collection; that BAM believed Law/Gorman significantly underreported sales to Mansell; that the Salem store transition occurred while the dispute remained unresolved; that Mansell appeared at the store with a contract and inventory list; that police were called; that some Star Wars sets were later found at the store; and that BAM offered to return remaining Star Wars LEGO items and explore compensation for unaccounted-for items.

Those acknowledgments do not establish that Schneider's every statement was true. They do establish that the challenged publications concerned a real factual dispute involving consigned property, sales proceeds, disputed records, store control, franchise authority, and competing responsibility. That is enough to defeat any clear entitlement to wholesale pretrial suppression of the publications as if they were wholly fabricated, knowingly false, or categorically unprotected.

**C. The Proper Remedy Is Statement-Specific Adjudication, Not Wholesale Removal of Videos.** Plaintiffs may ultimately prove that particular statements are false, defamatory, or otherwise actionable. If so, the proper course is to identify those statements, establish falsity and the applicable fault standard through adversary process, and seek narrowly tailored relief. Plaintiffs' own later public account confirms why that statement-specific process is essential here.

The challenged videos also contain protected factual reporting, interviews, documentary material, commentary, opinion, criticism, and discussion of a genuine consumer, franchise, and property dispute. Plaintiffs' claims for defamation, trade disparagement, false light, tortious interference, nuisance, civil conspiracy, or related theories cannot justify suppressing entire

24

videos and broad categories of future speech merely because Plaintiffs dispute some accusations or object to the speakers' rhetoric. To the extent Plaintiffs allege true threats, trespass, impersonation, doxxing, obstruction, or evidence destruction, the Court may address those categories through specific conduct-based relief. But Plaintiffs' own admissions show that the speech provisions of the TRO sweep far beyond any such conduct and should be vacated or substantially narrowed.

## VII.   THE TRO FAILS TO COMPLY WITH RULE 65A'S TEMPORARY AND EXPEDITED NATURE AND SPECIFICITY REQUIREMENT.

**A. Timing Deficit.**  Utah Rule of Civil Procedure 65A requires a TRO to be temporary and promptly followed by a preliminary-injunction hearing. A TRO must expire within the time fixed by the Court, not to exceed 14 days, unless extended for good cause or by consent of the party against whom it is directed. If a TRO is granted, the motion for preliminary injunction must be scheduled for hearing at the earliest possible time.  The TRO here states that it remains in effect until the Court enters its ruling on plaintiffs' motion for preliminary injunction. That formulation risks converting an emergency ex parte TRO into an indefinite speech injunction. The order also sets the preliminary-injunction hearing date after acknowledged service upon Schneider, the publisher of the specified publication URLs. At minimum, the Court should clarify that the TRO expires no later than Rule 65A permits unless properly extended on the record, after notice and an opportunity to be heard.

**B. Specificity Deficit.**  The TRO independently fails Rule 65A(e)'s specificity requirement. Rule 65A(e) requires every restraining order and injunction to set forth the reasons for issuance, to be specific in terms, and to describe in reasonable detail—and not by reference to the complaint or other document—the acts restrained. Here, paragraph 5(k) depends on "Publications" as defined in the Verified Complaint and on assertions "as described in this

25

Verified Complaint." That structure leaves restrained parties, nonparties, platforms, subscribers, and viewers to infer the scope of prohibited speech from another pleading rather than from the order itself. Whatever relief may be available after notice and adversary testing, Rule 65A does not permit a speech-restrictive TRO to define prohibited publications by incorporation, implication, or cross-reference.

## VIII.   PLAINTIFFS HAVE ADEQUATE LESS RESTRICTIVE REMEDIES.

Plaintiffs have numerous available remedies that do not require suppressing public speech before adjudication. They may seek: damages for defamation or trade disparagement, damages for tortious interference, damages for trespass or nuisance, narrowly tailored no-contact or no-trespass relief, preservation orders, discovery sanctions if evidence is destroyed, relief against true threats or doxxing, correction or retraction remedies where available, and/or expedited proceedings on specifically identified allegedly defamatory statements.  The existence of less restrictive alternatives weighs strongly against maintaining the takedown provisions.

## IX.   THE COURT SHOULD AT LEAST MODIFY THE TRO TO PROTECT LAWFUL SPEECH AND NON-PARTY VIEWERS.

If the Court declines to vacate the speech provisions outright, it should modify them as follows:

A. Modify paragraph 5(k) to the extent it requires existing publications to be removed, taken down, disabled, or no longer maintained.

B. Modify paragraphs 5(j) and 5(k) to the extent they prohibit the creation, posting, publication, republication, dissemination, or maintenance of future publications not specifically identified in the TRO.

C. Limit any publication restriction to specific statements that the Court identifies after adversary hearing and are found to be false, defamatory, made with the required fault, and not otherwise protected.

D. Clarify that the TRO does not restrict publication of: court filings, fair reports of judicial proceedings, true statements, opinions, commentary, criticism of Plaintiffs, interviews, documentary footage, discussion of law-enforcement encounters or actions, requests for

public information, or criticism of franchise practices.

E.  Clarify that non-party subscribers, viewers, journalists, commentators, and platforms are not bound by any continuing speech restrictions unless they are found by the Court to be acting in concert with a Party to violate a valid court order after actual notice.

F.  Preserve provisions addressing true threats, trespass, unlawful doxxing, unlawful impersonation, and evidence preservation if the Court finds those provisions otherwise lawful and properly supported.

## **RELIEF REQUESTED**

Proposed Intervenor respectfully requests expedited consideration of his Motion for Limited Intervention and accompanying Motion to Modify, Clarify, or Dissolve the TRO. Because the challenged order presently restrains access to speech Proposed Intervenor paid to receive, ordinary motion timing would itself compound the injury. Proposed Intervenor therefore asks the Court to set an expedited briefing schedule and hear intervention at or before the preliminary-injunction hearing, and, if intervention is granted, to immediately consider the requested Rule 65A relief.

Movant respectfully asks the Court to enter an order:

1.  Granting Movant leave to intervene for the limited purpose of challenging the TRO's speech-restrictive provisions;

2.  Vacating or dissolving paragraph 5(k) of the TRO to the extent it requires removal, takedown, non-maintenance, or suppression of YouTube videos, online videos, audio recordings, posts, commentary, or other publications concerning the dispute;

3.  Vacating or dissolving paragraph 5(j) to the extent it prohibits future "false," "misleading," "harassing," "interfering," "defamatory," or "unlawful" images or content without identifying specific adjudicated false statements or unprotected categories of speech;

4.  Alternatively, modifying paragraphs 5(j) and 5(k) to prohibit only speech or conduct that is categorically unprotected and specifically identified, such as true threats, incitement, unlawful doxxing, or speech already finally adjudicated to be defamatory after adversary process;

5.  Confirming that the TRO does not require YouTube, Patreon, GoFundMe, or other platforms to remove or restrict access to content at the request of Plaintiffs absent further court order directed to those platforms after notice and opportunity to be heard;

6.  Confirming that the TRO does not prohibit Movant or other non-party subscribers from viewing, discussing, linking to, quoting, clipping, criticizing, commenting on, or otherwise receiving publicly available information about the dispute;

27

7. If the Court denies intervention, Proposed Intervenor requests leave to file the accompanying memorandum as a nonparty amicus curiae brief and asks the Court to clarify that the TRO does not bind independent nonparties, platforms, journalists, commentators, viewers, or publishers absent proof of active concert within Rule 65A;

8. Setting an expedited hearing on this motion.

## CONCLUSION

Movant respectfully requests that the Court grant limited intervention and vacate, dissolve, or modify the June 9, 2029 Temporary Restraining Order [Doc. 55] and all earlier such orders to eliminate the unconstitutional takedown and speech-restrictive provisions.

DATED this 10th day of June, 2026.

Respectfully submitted,

GREGORY C. BELMONT


By: /s/ Gregory C. Belmont
Gregory C. Belmont
Non-Party Movant, Pro Se

28

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

---

## IN THE FOURTH JUDICIAL DISTRICT COURT

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, <br><br>     Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1–15, <br><br>     Defendants. | **CERTIFICATE OF SERVICE** <br><br> **OF** <br><br> **MOTION TO INTERVENE FOR LIMITED PURPOSE AND TO PARTIALLY VACATE TEMPORARY RESTRAINING ORDER** <br><br> Case No.: 260402353 <br><br> Judge Tony F. Graf, Jr. |

I certify that I served a copy of the above entitled motion and this Certificate of Service which were filed with the court on June 11, 2026 on the same date to the parties as follows:

1. On Plaintiffs by email to counsel at kelly.nash@dentons.com, justin.rich@dentons.com, and mina.ghobrial@dentons.com.
2. On Benjamin Paul Schneider and Reckless Ben, LLC by email to bschneider139@gmail.com and recklessben12323@gmail.com.
3. On Bryan Mansell by email to mansellsmail@gmail.com.
4. On Victor Nguyen by postal mail to 1618 West 35th Place, Room 301, Los Angeles, CA 90018.

 /s/ Gregory C. Belmont
Gregory C. Belmont

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

---

**IN THE FOURTH JUDICIAL DISTRICT COURT**

**UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1–15,<br><br>　　　　Defendants. | **[PROPOSED] ORDER GRANTING MOTION TO EXPEDITE CONSIDERATION OF PROPOSED INTERVENOR'S MOTION TO INTERVENE FOR LIMITED PURPOSE AND TO PARTIALLY VACATE TEMPORARY RESTRAINING ORDER**<br><br>Case No.: 260402353<br><br>Judge Tony F. Graf, Jr. |

The Court, having reviewed Proposed Intervenor Gregory C. Belmont's Ex Parte Motion to Prescribe Shorter Notice and Expedite Submission of Motion to Intervene and to Vacate, Dissolve, or Modify Temporary Restraining Order, the Request to Submit for Decision, and the record in this matter, and good cause appearing, ORDERS as follows:

1. The Ex Parte Motion to Prescribe Shorter Notice and Expedite Submission is GRANTED.

2. This Order addresses only scheduling, notice, and submission procedure. The Court does not by this Order grant intervention, vacate the Temporary Restraining Order, dissolve the

1

Temporary Restraining Order, modify the Temporary Restraining Order, or decide the merits of Proposed Intervenor's underlying motion.

3. Pursuant to Utah Rule of Civil Procedure 65A(b)(4), the Court prescribes shortened notice and expedited briefing on Proposed Intervenor's Motion to Intervene for Limited Purpose and to Vacate, Dissolve, or Modify Temporary Restraining Order.

4. Plaintiffs shall file any opposition to Proposed Intervenor's Motion to Intervene for Limited Purpose and to Vacate, Dissolve, or Modify Temporary Restraining Order no later than _____, 2026, at _____.  If the Court does not insert a specific date and time, Plaintiffs shall file any opposition no later than 24 hours after entry of this Order.

5. Any other party who has appeared and wishes to respond shall file any response no later than _____, 2026, at _____.  If the Court does not insert a specific date and time, any opposition shall be filed no later than 24 hours after entry of this Order.

6. Proposed Intervenor may file any reply no later than _____, 2026, at _____. If the Court does not insert a specific date and time, any opposition shall be filed no later than 18 hours after service of Plaintiff's opposition.

7. Upon the filing of Proposed Intervenor's reply, or upon expiration of the time to file a reply if no reply is filed, the Motion to Intervene for Limited Purpose and to Modify Temporary Restraining Order shall be deemed submitted for decision unless the Court sets oral argument or a hearing.

8. The Court may decide the underlying motion on the papers or may set the motion for expedited hearing at or before the preliminary-injunction hearing.

9. Proposed Intervenor shall promptly serve this Order, the Motion to Prescribe Shorter Notice and Expedite Submission, the Request to Submit for Decision, and the underlying Motion to Intervene for Limited Purpose and to Partially Modify Temporary Restraining Order on Plaintiffs' counsel of record and on all parties or counsel of record who have appeared.

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

2

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

---

## IN THE FOURTH JUDICIAL DISTRICT COURT

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1–15,<br><br>    Defendants. | **[PROPOSED] ORDER GRANTING PROPOSED INTERVENOR'S MOTION TO INTERVENE FOR LIMITED PURPOSES AND TO PARTIALLY VACATE TEMPORARY RESTRAINING ORDER**<br><br>Case No.: 260402353<br><br>Judge Tony F. Graf, Jr. |

The Court, having reviewed Proposed Intervenor Gregory C. Belmont's Motion to Intervene for Limited Purpose and to Partially Vacate Temporary Restraining Order, the responses and replies, if any, and the record in this matter, and good cause appearing, ORDERS as follows:

1. The Motion to Intervene for Limited Purpose and to Partially Vacate, Dissolve, or Modify Temporary Restraining Order is GRANTED.

2. Proposed Intervenor Gregory C. Belmont is granted leave to intervene for the limited purpose of challenging, seeking clarification of, and seeking modification, dissolution, or vacatur of the speech-restrictive provisions of the Temporary Restraining Order. This limited

1

intervention does not confer general party status, does not authorize discovery, and does not permit participation in the merits of Plaintiffs' claims except as necessary to address the TRO and any related preliminary-injunction relief.

3. Pursuant to Utah Rules of Civil Procedure 24 and 65A, the Temporary Restraining Order is modified as follows:

a. Paragraph 5(k) is vacated and dissolved to the extent it requires removal, takedown, suppression, or non-maintenance of publications, videos, audio, commentary, or other expressive content concerning Plaintiffs, Defendants, this dispute, the matters alleged in the Verified Complaint, or this litigation.

b. Paragraph 5(j) is vacated and dissolved to the extent it restrains, prohibits, or chills future publication, commentary, criticism, discussion, quotation, linking, clipping, reporting, or other expressive activity concerning Plaintiffs, Defendants, this dispute, the matters alleged in the Verified Complaint, or this litigation.

c. Nothing in the Temporary Restraining Order requires or authorizes Plaintiffs to compel, request, or demand that YouTube, Patreon, GoFundMe, or any other nonparty platform remove, restrict, demonetize, suppress, or limit access to expressive content absent further court order directed to the affected platform after notice and an opportunity to be heard.

d. Nothing in the Temporary Restraining Order prohibits Proposed Intervenor, subscribers, viewers, commentators, journalists, creators, platforms, or other independent nonparties from viewing, receiving, discussing, linking to, quoting, clipping, criticizing, commenting on, reporting about, or otherwise engaging with lawfully obtained, publicly available information concerning Plaintiffs, Defendants, this dispute, the matters alleged in the Verified Complaint, or this litigation, provided they are not acting in active concert or participation with a restrained party to violate a valid court order.

4. Except as modified by this Order, the Temporary Restraining Order remains in effect.

5. Proposed Intervenor shall promptly serve this Order on Plaintiffs' counsel of record and on all parties or counsel of record who have appeared, and shall also provide notice to non-appearing Defendants by the same means previously used for service of the underlying motion.

**Executed and entered by the Court as indicated by the seal at the top of the first page**

2

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

## IN THE FOURTH JUDICIAL DISTRICT COURT

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1–15,<br><br>     Defendants. | **REQUEST TO SUBMIT FOR DECISION MOTION TO EXPEDITE CONSIDERATION OF PROPOSED INTERVENOR'S MOTION TO INTERVENE FOR LIMITED PURPOSE AND TO PARTIALLY VACATE TEMPORARY RESTRAINING ORDER**<br><br>Case No.: 260402353<br><br>Judge Tony F. Graf, Jr. |

1. On May 27, 2026, Plaintiffs filed their Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction [Doc. 15], invoking Utah Rules of Civil Procedure 7(j), 7(l), and 65A(b)(1)(A).

2. On June 9, 2026, Plaintiffs filed the Temporary Restraining Order and Notice of Preliminary Injunction Hearing [Doc. 55], previously issued by the Court, setting the preliminary-injunction hearing for June 30, 2026.

3. On June 11, 2026, Proposed Intervenor filed his not yet docketed Motion to Intervene for Limited Purpose and to Vacate, Dissolve, or Modify Temporary Restraining Order, together with a Certificate of Service.

4. The present parte procedural motion seeks only an order prescribing shortened notice and

1

expedited submission procedures for the already-filed motion. It does not seek immediate merits relief on intervention or modification of the TRO.

5. Plaintiffs are the parties who obtained the TRO without notice and are therefore the notice parties identified by Rule 65A(b)(4).  Proposed Intervenor now serves this Request to Submit, the accompanying motion to expedite consideration, the proposed order on the motion to expedite, and the proposed order on the underlying Motion to Intervene and Modify TRO on Plaintiffs' counsel of record and on all parties, although only Plaintiffs have appeared.

6. The ex parte procedural motion is ready for immediate submission because it is filed under Utah Rules of Civil Procedure 7(l), 7(m), and 65A(b)(4), is accompanied by this Request to Submit for Decision, and is accompanied by a proposed order.

7. No hearing is requested on the procedural motion. Proposed Intervenor requests immediate decision on the papers.

DATED this 15 day of June, 2026.

Respectfully submitted,

/s/ Gregory C. Belmont
Gregory C. Belmont
Proposed Intervenor, Pro Se

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

---

### IN THE FOURTH JUDICIAL DISTRICT COURT

### UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>     Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1–15,<br><br>     Defendants. | **CERTIFICATE OF SERVICE**<br><br>Case No.: 260402353<br><br>Judge Tony F. Graf, Jr. |

I certify that on this 15 day of June, 2026, I served I served the foregoing documents and accompanying papers together with this Certificate of Service on the persons listed below by the indicated methods:

1. Motion To Expedite Consideration Of Proposed Intervenor's Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order ("Motion to Expedite Consideration");
2. Request To Submit For Decision Motion To Expedite Consideration Of Proposed Intervenor's Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order ("Request to Submit for Decision");
3. Proposed Order Granting Motion To Expedite Consideration Of Proposed Intervenor's Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order ("Proposed Order Granting Motion to Expedite Consideration"); and

1

4.  Proposed Order Granting Intervenor's Motion to Intervene For Limited Purposes And To Partially Vacate Temporary Restraining Order ("Proposed Order Granting Limited Intervention and to Partially Vacate TRO")

on Plaintiffs by email to counsel at kelly.nash@dentons.com, justin.rich@dentons.com, and mina.ghobrial@dentons.com;

on Benjamin Paul Schneider and Reckless Ben, LLC by email to bschneider139@gmail.com and recklessben12323@gmail.com;

on Bryan Mansell by email to mansellsmail@gmail.com; and

on Victor Nguyen by postal mail to 1618 West 35th Place, Room 301, Los Angeles, CA 90018.

For convenience, the documents were transmitted in a single combined PDF containing: (1) Motion to Expedite Consideration; (2) Request to Submit for Decision; (3) Proposed Order Granting Motion to Expedite Consideration; and (4) Proposed Order Granting Limited Intervention and to Partially Vacate TRO.  Each document is filed or submitted separately with the Court.


/s/ Gregory C. Belmont
Gregory C. Belmont
June 15, 2026

2

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

## IN THE FOURTH JUDICIAL DISTRICT COURT

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>        Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1–15,<br><br>        Defendants. | **REPLY TO PROVISIONAL MEMORANDUM IN OPPOSITION TO MOTION TO EXPEDITE CONSIDERATION OF PROPOSED INTERVENOR'S MOTION TO INTERVENE FOR LIMITED PURPOSE AND TO PARTIALLY VACATE TEMPORARY RESTRAINING ORDER**<br><br>Case No.: 260402353<br><br>Judge Tony F. Graf, Jr. |

Proposed Intervenor Gregory C. Belmont respectfully submits this reply in support of his

Motion to Expedite Consideration of his Motion to Intervene for Limited Purpose and to

Partially Vacate Temporary Restraining Order.

Plaintiffs' opposition confirms, rather than defeats, the need for prompt procedural

direction. Plaintiffs have now appeared, objected, and previewed their position. The only issue

presently before the Court is not whether Proposed Intervenor will ultimately prevail on

intervention or Rule 65A relief, but whether the Court should set a shortened schedule that

1

permits those issues to be decided before the existing TRO continues to suppress speech and access to speech through the June 30 preliminary-injunction hearing.

Since Proposed Intervenor filed his Motion to Intervene and Partially Vacate TRO and Motion to Expedite, other proposed intervenors—Chrystal Law, Benjamin Gorman, and BAMF Salem 1, LLC (the "Law-Gorman Proposed Intervenors")—have filed related motions seeking limited intervention and Rule 65A(b)(4) modification or dissolution of the same TRO [Docs. 61 & 63]. Proposed Intervenor does not presume to appear as a party, does not purport to speak for the Law-Gorman Proposed Intervenors, and does not ask the Court to decide their motions through this reply. He respectfully notes, however, that those filings raise overlapping Rule 24, Rule 65A, due-process, and First Amendment objections to the same speech-restrictive TRO provisions. Their pendency reinforces the need for prompt procedural direction and coordinated consideration before the TRO is converted into, or effectively operates as, a continuing speech restraint.

Plaintiffs' principal objections rest on three errors. First, Plaintiffs treat the Motion to Expedite as if it asks the Court to decide the underlying intervention and TRO-modification motion without any opportunity to respond. It does not. It asks the Court to shorten the schedule because the challenged order restrains First Amendment activity now. Second, Plaintiffs treat Proposed Intervenor's nonparty status as a reason no expedited Rule 65A-related review can occur. That reverses the structure of the motion: Proposed Intervenor seeks expedited Rule 24 consideration precisely so that his Rule 65A objections to the speech-restrictive TRO provisions can be heard. Third, Plaintiffs minimize the restrained speech as merely "a post or two." But the Supreme Court has held that "[t]he loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod v. Burns*, 427 U.S. 347, 373–74 (1976).

**I. THE REQUESTED RELIEF IS A CASE-MANAGEMENT REQUEST FOR EXPEDITED CONSIDERATION, NOT AN ATTEMPT TO DENY PLAINTIFFS A MEANINGFUL RESPONSE.**

Plaintiffs repeatedly characterize the requested schedule as unfair because it would require an opposition within 24 hours. That framing omits the context. Proposed Intervenor served the underlying Motion to Intervene and Partially Vacate TRO on Plaintiffs on June 11, 2026. The proposed 24-hour period began only after Plaintiffs had already received more than the 48 hours' notice contemplated by Rule 65A(b)(4) for motions to dissolve or modify a temporary restraining order issued without notice.

In any event, Proposed Intervenor does not ask the Court to adopt any particular schedule at the expense of fairness. The requested relief is that the Court prescribe a schedule short enough to permit meaningful review before the June 30 preliminary-injunction hearing. If the Court concludes that Plaintiffs should receive more than 24 hours for their full opposition, Proposed Intervenor respectfully requests that the Court set the shortest fair schedule consistent with the First Amendment interests at issue, rather than defaulting to ordinary briefing that would allow the challenged restraint to operate beyond the temporary period contemplated by Rule 65A before meaningful review of its speech-restrictive provisions. Utah R. Civ. P. 65A(b)(2), (b)(4).

Plaintiffs obtained the challenged TRO on an ex parte basis one day after filing their Complaint and TRO motion. That procedural history does not deprive Plaintiffs of a fair opportunity to respond here, but it does undercut the suggestion that expedited review of the TRO's speech-restrictive provisions is inherently unreasonable.

Plaintiffs have also now filed a provisional opposition addressing the asserted procedural defects in the Motion to Expedite. The Court therefore need not deny expedition on the premise that Plaintiffs have had no opportunity to be heard. The Court can set a fair, expedited schedule

3

on the underlying motion now.

## II. PLAINTIFFS' CLAIMED LACK OF NOTICE DOES NOT SUPPORT DENYING EXPEDITED CONSIDERATION.

Plaintiffs' claimed lack of notice is difficult to reconcile with the service record, strains candor, and should not defeat a narrowly tailored expedited schedule. Plaintiffs' June 15 email to chambers stated that Belmont's courtesy-copy email was "the first we have heard that anything of the sort was being filed with Court." After that statement, Proposed Intervenor promptly provided chambers and Plaintiffs' counsel with the underlying service emails, identified the June 11 and June 15 service history, and explained the follow-up telephone calls made to counsel's firm to ensure actual notice. Ex. A. Proposed Intervenor also separately provided Plaintiffs' counsel with phone-log documentation before Plaintiffs filed their opposition. Ex. B. Plaintiffs nevertheless continued to rely on lack-of-notice and unfair-surprise themes in opposing expedition, while characterizing Proposed Intervenor's filing as merely "purported" and casting aspersions on his motives. Pls.' Provisional Mem. Opp'n Mot. to Expedite 2, 4 (not yet docketed).

The service history matters because Plaintiffs' opposition repeatedly frames the requested schedule as if Plaintiffs received no meaningful notice before the proposed opposition period. In fact, Plaintiffs had been served with the underlying motion several days earlier, the proposed 24-hour period would have run only after the 48-hour notice period referenced in Rule 65A(b)(4) had already elapsed, and Proposed Intervenor made repeated efforts to ensure actual notice despite docketing delays affecting his pro se email filings.

That context matters because pro se filers do not have access to the direct-to-docket attorney e-filing system available to represented parties. Instead, to file digitally they must submit papers through an email filing channel that treats documents as filed when received but

4

anticipates a 48 hour administrative delay before the papers appear on the public docket; here, Proposed Intervenor's papers filed by email have inexplicably not appeared on the public docket more than five and three business days after email filing.

### III. Plaintiffs Overstate the Burden of Responding to the Underlying Motion.

Plaintiffs repeatedly characterize the underlying motion as "overlength" and a "28-page overlength filing." Opp'n 2, 4.  Plaintiffs' "overlength" objection is mistaken.  Although Plaintiffs emphasize page count, Rule 7(q) permits a Rule 65A motion to comply with the 9,000-word limit even if it does not fit within the corresponding page limit. Utah R. Civ. P. 7(q)(1). Proposed Intervenor's Motion to Intervene and Partially Vacate TRO seeks Rule 65A relief from the TRO's speech-restrictive provisions and contains approximately 7,780 words, excluding non-counted matter under Rule 7(q)(2). It is therefore within the applicable word limit, and no motion for leave to file an overlength brief was required.

To avoid any possible uncertainty created by Plaintiffs' overlength objection, Proposed Intervenor includes Rule 7(q) certifications for both this Reply and the underlying Motion to Intervene and Partially Vacate TRO after the signature block below.

### IV. Plaintiffs' Collateral Aspersions Do Not Justify Denying Reasonable Procedural Indulgence to an Orderly Pro Se Litigant

The mistaken overlength accusation is not material to the expedited-schedule question, but it is consistent with Plaintiffs' broader effort to prejudice the Court against a pro se proposed intervenor through collateral characterizations rather than address the narrow scheduling issue. Plaintiffs' opposition repeatedly describes Proposed Intervenor's filings as "purported," "overlength," "absurd," and a "public relations stunt," while also reserving a threat to seek attorney fees against a nonparty listener seeking limited First Amendment review. Those aspersions do not establish prejudice, do not defeat the service record, and do not justify denying

5

a narrowly tailored expedited schedule.

Utah courts hold self-represented parties to the same general standard as members of the bar, but also recognize that a pro se litigant "should be accorded every consideration that may reasonably be indulged." *State v. Winfield*, 2006 UT 4, ¶ 19, 128 P.3d 1171; *Lundahl v. Quinn*, 2003 UT 11, ¶ 3, 67 P.3d 1000. That leniency is especially appropriate for litigants who are "largely strangers to the legal system," whom courts are "loath to sanction … for a procedural misstep here or there," as distinct from serial litigants whose routine and abusive use of the courts makes special leniency inappropriate. *Lundahl*, 2003 UT 11, ¶¶ 4–5. Proposed Intervenor seeks only reasonable procedural accommodation, if any is required, for inter alia public docketing delays beyond his control, good-faith effort to clarify compliance through Rule 7(q) certifications rather than seek exemption from the rules, and recognition of Rule 10(f)'s acceptance-and-correction framework for papers presented for filing, so that any perceived procedural irregularity may be addressed without preventing consideration of his substantial First Amendment and Rule 65A claims on their merits.

## V. RULE 7, RULE 24, AND RULE 65A SUPPORT EXPEDITED PROCEDURAL TREATMENT WHEN A NONPARTY SEEKS LIMITED INTERVENTION TO CHALLENGE A SPEECH-RESTRICTIVE TRO.

Plaintiffs' Rule 7 objection is that Rule 7(l) does not expressly list a "motion to expedite" or "motion to shorten briefing" among the motions that may be acted on without awaiting a response. Pls.' Opp'n 5–7. Plaintiffs separately argue that Rule 65A(b)(4) is unavailable because Proposed Intervenor is not yet a party or "adverse party." Id. at 6–7. Those objections conflate the procedural request now before the Court with the substantive relief requested in the underlying motion.

The Motion to Expedite does not ask Rule 7 to supply the substantive basis for intervention or TRO modification, and it does not ask the Court to treat Proposed Intervenor as a

6

party before intervention is granted. It invokes Rule 7(l) and Rule 7(j) as procedural mechanisms for presenting a time-sensitive case-management request, submitting it promptly, and providing a proposed scheduling order. The substantive bases for the requested relief remain Rule 24, Rule 65A, and the First Amendment interests implicated by the TRO.

Nor does Rule 24's silence on briefing schedules mean that a motion to intervene can never be expedited. Plaintiffs themselves acknowledge that a motion to intervene proceeds under ordinary timelines "unless the Court exercises its discretion to modify them." Pls.' Opp'n 6. That is exactly what Proposed Intervenor requests. The issue is whether the Court should exercise that discretion where the proposed intervention is narrow, no discovery or general merits participation is sought, and the challenged TRO provisions restrict access to speech now.

Rule 65A(b)(4) further supports expedition. Plaintiffs argue that only an "adverse party" may invoke that subdivision and that Proposed Intervenor is not yet a party. But Proposed Intervenor's motion is structured to address that point: he first seeks limited intervention under Rule 24 and then seeks Rule 65A relief from the speech-restrictive provisions of the TRO. A proposed intervenor must be able to request timely consideration of intervention itself; otherwise, time-sensitive intervention rights could be lost before the Court ever reaches them.

Plaintiffs' reading would mean that a nonparty whose independent First Amendment recipient interests are impaired by an ex parte speech restraint could never obtain timely review unless an existing defendant independently raised the same recipient-right issues. Rule 24 exists to avoid that result where a nonparty has a legally protected interest that may be impaired and is not adequately represented.

The related Law-Gorman filings [Docs. 61 & 63] confirm that Proposed Intervenor's procedural request is not an idiosyncratic attempt to bypass ordinary practice. Those represented proposed intervenors likewise proceed under Rule 24 for limited intervention and under Rule

7

65A(b)(4) to modify or dissolve the same ex parte TRO. They identify overlapping Rule 65A defects, including the order's definition of restrained speech by reference to the Verified Complaint, its asserted reach toward nonparties through "acting in concert" and similar language, its mandatory takedown character, its temporal problem under Rule 65A(b)(2), and its breadth as a prior restraint. Proposed Intervenor conditionally joins only the overlapping relief to the extent consistent with his own pending motion: expedited consideration, modification or dissolution of the speech-restrictive portions of Paragraphs 5(j) and 5(k), and clarification that independent nonparties are not bound absent actual active concert within Rule 65A.

**VI. PLAINTIFFS' ATTACKS ON PROPOSED INTERVENOR'S LISTENER INTEREST GO TO THE UNDERLYING MOTION AND DO NOT JUSTIFY DENYING EXPEDITED CONSIDERATION.**

Plaintiffs characterize Proposed Intervenor as merely a "single consumer" or "passive subscriber" and argue that recognizing his interest would allow every viewer to intervene. That argument goes to the merits of the underlying Rule 24 motion, not whether the Court should decide the motion promptly. It also mischaracterizes the asserted interest.

Proposed Intervenor is not seeking general participation in this litigation, discovery, control over any party's defense, or intervention in all issues. He seeks limited intervention to address a TRO that restricts speech he paid to receive as a YouTube and Patreon subscriber and that affects his First Amendment interest as a recipient of speech from willing speakers. The Supreme Court has recognized that First Amendment protection extends not only to speakers but also to recipients. *Virginia State Bd. of Pharmacy v. Virginia Citizens Consumer Council, Inc.*, 425 U.S. 748, 756–57 (1976); *Stanley v. Georgia*, 394 U.S. 557, 564 (1969); *Lamont v. Postmaster Gen.*, 381 U.S. 301 (1965).

The possibility that other viewers or subscribers may also be affected is not a reason to deny all expedited review. Courts retain ordinary case-management authority to prevent

8

duplicative or burdensome intervention. Proposed Intervenor's limited request does not open the door to unlimited merits participation by the public. It asks only that one affected recipient be heard on the legality, scope, and continuation of speech-restrictive TRO provisions before those restrictions remain in force through the preliminary-injunction hearing. That listener/subscriber interest is distinct from, but complementary to, the Law-Gorman Proposed Intervenors' asserted interest as identified nonparties whose own dispute is incorporated into the TRO's takedown language.

## VII. FIRST AMENDMENT RESTRAINTS CREATE URGENCY EVEN WHEN THE RESTRAINT IS TEMPORARY.

Plaintiffs assert that there is no emergency because the matter involves a YouTuber who may "miss a post or two." That understates the injury and the legal issue. The TRO does not merely affect posting convenience. It restrains publication and access to publication concerning matters of public controversy, business conduct, consumer trust, and the conduct of Plaintiffs and Defendants. It also affects the ability of recipients, including Proposed Intervenor, to receive speech from willing speakers.

The Supreme Court's First Amendment cases reject the idea that temporary speech restraints are harmless merely because they are short. "The loss of First Amendment freedoms, for even minimal periods of time, unquestionably constitutes irreparable injury." *Elrod*, 427 U.S. at 373–74. See also *Organization for a Better Austin v. Keefe,* 402 U.S. 415, 419–20 (1971). That principle is directly relevant to whether ordinary briefing is adequate here. If the Court waits for the ordinary Rule 7 schedule, the challenged restraint will remain in effect until, or effectively through, the already-scheduled preliminary-injunction hearing. That result would deprive Proposed Intervenor's Rule 24 and Rule 65A request of practical effect.

## VIII. PLAINTIFFS' "PUBLIC RELATIONS" ACCUSATIONS ARE IRRELEVANT TO THE PROCEDURAL QUESTION BEFORE THE COURT.

Plaintiffs' admittedly "presumed" speculation that Proposed Intervenor filed this motion to publicize a legal technology project, Opp'n 3 n.1, is unsupported and irrelevant to the request for expedited consideration. The filings were made by Gregory C. Belmont individually and pro se. No other party or entity is a filer, proposed intervenor, party, or asserted beneficiary of the requested relief. The appearance of CereBel Legal Intelligence is limited to a related email domain and mailing-address line.[1]

Plaintiffs identify no statute, rule, contract, order, or other basis entitling them to attorney fees from a nonparty proposed intervenor who seeks limited Rule 24 intervention and Rule 65A review of speech-restrictive TRO provisions. Their gratuitous reservation of a right to seek fees is therefore not a merits response to the Motion to Expedite; whatever Plaintiffs' subjective purpose, its practical effect is to warn a nonparty listener-subscriber that seeking limited First Amendment review may carry financial consequences. In the context of a motion challenging speech-restrictive relief, such rhetoric risks discouraging participation by affected nonparties and speech recipients who seek only an opportunity to be heard on the legality and scope of the restraint.

That concern is heightened by Plaintiffs' attempt to recast a narrow procedural motion as frivolous, "absurd," and a "public relations stunt," while at the same time devoting substantial briefing to opposing it on procedural and substantive grounds.  Explicitly reserving fees adds no

---

[1] For required paper-filing address purposes, Proposed Intervenor uses an office mailing address where his personal mail is received by a USPS-registered commercial mail receiving agent with whom he is registered through a project name; the project/entity c/o address line assists with reliable routing and delivery. Any connection between Proposed Intervenor's intervention and his software-development activities, about which he has written publicly, is limited to longstanding access-to-justice, civil-rights, First Amendment, and legal-journalism interests that predate this dispute and include prior amicus participation. The intervention is brought individually and pro se, and the requested relief would benefit Proposed Intervenor's asserted recipient interest, not any for-profit business entity.

substantive answer to the Motion to Expedite. The reservation is therefore more consistent with an effort to deter participation than with confidence that the motion can be readily disposed of on its merits.

Proposed Intervenor notes that video journalism underlying much of Plaintiffs' Verified Complaint documents allegations that Plaintiffs or their agents have responded to criticism, inquiry, or participation by invoking the prospect of arrest, litigation expense, or other legal consequences against critics and participants, including Defendants Schneider and Mansell and the Law-Gorman Proposed Intervenors.[2,3,4,5]  Proposed Intervenor cites those allegations not for the truth of the underlying allegations, but as contextual support for why a reasonable observer could view Plaintiffs' fee reservation, disparaging speculation concerning Proposed Intervenor's motives, and unsupported attacks on his good faith as part of a broader pattern of attempting to increase the costs of participation in matters touching on Plaintiffs' public conduct. That context is relevant to the limited issue now before the Court because Plaintiffs' motive-based accusations should not be credited as a reason to deny an orderly, expedited schedule for consideration of substantial First Amendment and Rule 65A objections.

---

[2] As to Defendant Benjamin Paul Schneider, video journalism cited in Complaint *alleges* one or more Plaintiffs incited a Utah police department to arrest, home raid, and criminally charge in response to attempting service of court process.  *See* https://youtu.be/Hs3bElrHKUE

[3] As to Defendant Bryan Mansell, video journalism cited in Complaint *alleges* a Plaintiff warned that if the dispute went to court, "we're going to drag this thing out so long," and Mansell would spend more than the disputed collection was worth. *See* https://youtu.be/wscQpkcwgNU at 4:25.

[4] As to proposed intervenors Law-Gorman, video journalism described in Complaint depicts the director of operations for Plaintiff BAM Franchising, Inc. *alleged* voice warning that "the legal route" would be "a very expensive battle" and "expensive for you" and "If you fight this, then you're putting yourself into a whole lot of shit. It sounds like a threat and I can acknowledge that, because in a way it is." *See* https://youtu.be/zedmOopRTm0 at 2:04.

[5] As reported to unnamed YouTubers, "Mansell then reached out to YouTubers, some of whom detailed how Bricks & Minifigs appeared to have effectively stolen all these lego sets. But then (according to one of the YouTubers) Bricks & Minifigs threatened to sue them (sense a pattern?) and they took down the videos." See https://www.techdirt.com/2026/06/02/everyone-in-this-lego-dispute-should-have-spoken-to-a-lawyer-earlier-than-they-did/

11

## IX. REQUESTED RELIEF

For these reasons, Proposed Intervenor respectfully requests that the Court grant the Motion to Expedite and set an expedited schedule for resolution of the Motion to Intervene for Limited Purpose and to Partially Vacate Temporary Restraining Order.

Specifically, Proposed Intervenor requests that the Court:

1. Order Plaintiffs to file any full opposition to the underlying Motion to Intervene and Partially Vacate TRO by _____, with Proposed Intervenor's reply due by _____, and then submit the motion for decision on the papers;

2. Should the Court determine that hearing from the parties would assist resolution, set the matter for the earliest available hearing before the June 30 preliminary-injunction hearing, with any supplemental briefing schedule the Court deems appropriate; or in the alternative

3. Hear and decide Proposed Intervenor's Motion to Intervene for Limited Purpose and Partially Vacate TRO at the June 30 preliminary-injunction hearing or in conjunction with that hearing.

If the Court sets any hearing on the Motion to Intervene and Partially Vacate TRO, Proposed Intervenor respectfully requests leave to appear remotely by video under Utah Rule of Civil Procedure 87, in light of his out-of-state residence, pro se status, limited requested participation, lack of financial stake in the requested relief, and the procedural and legal nature of the issues to be heard.

At minimum, Proposed Intervenor requests that the Court set a schedule that permits the Rule 24 and Rule 65A issues concerning the TRO's speech-restrictive provisions to be decided before, at, or in conjunction with the June 30 preliminary-injunction hearing.

Proposed Intervenor also preserves his alternative request that, if the Court concludes formal intervention is unnecessary, the Court may treat the underlying motion as a nonparty submission identifying facial First Amendment defects and Rule 65A concerns, vacate or clarify the TRO's speech-restrictive provisions sua sponte, or enter such further procedure as the Court deems proper.

DATED this 19th day of June, 2026.

Respectfully submitted,


/s/ Gregory C. Belmont
Gregory C. Belmont
Proposed Intervenor, Pro Se

12

**CERTIFICATION UNDER UTAH R. CIV. P. 7(q)**

I certify that this Reply complies with the applicable word limit under Utah Rule of Civil Procedure 7(q). Excluding the caption, signature block, certification, certificate of service, exhibits, attachments, and other material excluded by Rule 7(q)(2), this Reply contains approximately 3,380 words and is therefore within the 3,590-word limit applicable to a reply memorandum supporting motions other than those governed by Rules 12(b), 12(c), 56, or 65A.

I further certify, protectively and in response to Plaintiffs' overlength objection, that the underlying Motion to Intervene for Limited Purpose and to Partially Vacate Temporary Restraining Order complies with Utah Rule of Civil Procedure 7(q). The underlying motion seeks limited intervention under Rule 24 for the purpose of obtaining Rule 65A relief from the TRO's speech-restrictive provisions. To the extent the underlying motion exceeds the corresponding page limit, Proposed Intervenor relies on Rule 7(q)'s word limit for motions seeking relief authorized by Rule 65A. Excluding the caption, signature block, certification, certificate of service, exhibits, attachments, and other material excluded by Rule 7(q)(2), the underlying motion contains approximately 8,100 words and is within the 9,000-word limit applicable to motions seeking relief authorized by Rule 65A.

DATED this 19th day of June, 2026.


/s/ Gregory C. Belmont
Gregory C. Belmont
Proposed Intervenor, Pro Se

13

**<u>CERTIFICATION OF SERVICE</u>**

I certify that on June 19, 2026, I served the foregoing Reply with Exhibits, Proposed Order, and Certificate of Service as follows:

1.  On Plaintiffs by email to counsel at kelly.nash@dentons.com, justin.rich@dentons.com, and mina.ghobrial@dentons.com.
2.  On Benjamin Paul Schneider and Reckless Ben, LLC by email to bschneider139@gmail.com and recklessben12323@gmail.com.
3.  On Bryan Mansell by email to mansellsmail@gmail.com.
4.  On Victor Nguyen by postal mail to 1618 West 35th Place, Room 301, Los Angeles, CA 90018.
5.  On proposed intervenors Chrystal Law, Benjamin Gorman, and BAMF Salem 1, LLC, through counsel Sarah Elizabeth Spencer, by email to counsel sarah@spencerwillsonpllc.com.


/s/ Gregory C. Belmont
Gregory C. Belmont
June 19, 2026

**EXHIBIT A: Email Thread to Judge Graf Team**

 **Outlook**

---

### Re: BAM Franchising, Inc. v. Schneider, Case No. 260402353

---

**From** Gregory C. Belmont (CereBel) <ai@cerebel.law>

**Date** Tue 6/16/2026 12:39 AM

**To** Rich, Justin <justin.rich@dentons.com>; 4thGrafTeam@utcourts.gov <4thGrafTeam@utcourts.gov>

**Cc** Nash, Wm. Kelly <kelly.nash@dentons.com>; Ghobrial, Mina S. <mina.ghobrial@dentons.com>; bschneider139@gmail.com <bschneider139@gmail.com>; recklessben12323@gmail.com <recklessben12323@gmail.com>; mansellsmail@gmail.com <mansellsmail@gmail.com>

---

🔗 3 attachments (513 KB)
DentonEmail061126-1.pdf; DentonEmail061526-1.pdf; DentonsEmail061526-2.pdf;

Judge Graf's Chambers, Counsel, and Parties:

I write to clarify the service history so the record is not misunderstood.

Proposed Intervenor served Plaintiffs' counsel with the Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order and Certificate Of Service by email on June 11, 2026, at approximately 7:53 a.m. New York time. Proposed Intervenor then promptly submitted those papers to the Court's pro se filing email address ("Provo Filing"), from which an automatic response was received. Those papers have not yet appeared on the docket, which is why copies were provided to chambers today, with all parties copied.

Proposed Intervenor also served today's Motion To Expedite Consideration, Request To Submit, and proposed orders on Plaintiffs' counsel and all parties by email at approximately 6:44 a.m. New York time, and promptly submitted the same by email to Provo Filing.

Those service emails were also followed by telephone calls to the Dentons law firm receptionist who agreed to notify the named attorneys and request acknowledgment of receipt on behalf of Proposed Intervenor. Copies of both service emails to Mr. Rich and his colleagues are attached (note stated times are EST) and are consistent with the two submitted Certificates of Service.

To the extent Plaintiffs object to expedited consideration or to the procedural basis for the motion, Proposed Intervenor will address those issues by filing rather than by argumentative email to chambers. Proposed Intervenor notes only that the Motion to Expedite Consideration invokes Rule 65A(b)(4), which provides for a motion to dissolve or modify a temporary restraining order issued without notice on 48 hours' notice to the party who obtained it. Plaintiffs' reference to a proposed 24-hour opposition period should be understood in context: that period would at this point begin after the 48 hours provided by Rule 65A(b)(4) has already elapsed, because the underlying Motion to Intervene and Partially Modify TRO was served on Plaintiffs on June 11, 2026.

(I also note to address any possible confusion that all service and submissions were made by me, Gregory C. Belmont, individually. D/b/a CereBel Legal Intelligence is not a filer or proposed intervenor in this matter; it appears only in my email domain and mailing address line.)

Respectfully,

Gregory C. Belmont
Proposed Intervenor, Pro Se
belmont@cerebel.law

(631) 506-8464

---

**From:** Rich, Justin <justin.rich@dentons.com>
**Sent:** Monday, June 15, 2026 10:44 PM
**To:** Gregory C. Belmont (CereBel) <ai@cerebel.law>; 4thGrafTeam@utcourts.gov <4thGrafTeam@utcourts.gov>
**Cc:** Nash, Wm. Kelly <kelly.nash@dentons.com>; Ghobrial, Mina S. <mina.ghobrial@dentons.com>; bschneider139@gmail.com <bschneider139@gmail.com>; recklessben12323@gmail.com <recklessben12323@gmail.com>; mansellsmail@gmail.com <mansellsmail@gmail.com>
**Subject:** RE: BAM Franchising, Inc. v. Schneider, Case No. 260402353

Judge Graf's Team,

We received the below email this afternoon, which is the first we have heard that anything of the sort was being filed with Court. CereBel Legal Intelligence and/or Mr. Belmont's various "filings" have still not appeared on the docket in this case. Though we note the Motion for Expedited Consideration is not specifically listed in Utah's Rules of Civil Procedure as one that can be decided without waiting for a response, we hereby object such and intend to provide a supporting memorandum by end of day Thursday, 6/18/26.

We also note that the proposed briefing schedule included in the Motion for Expedited Consideration, which would require an opposition to the Motion to Intervene to be completed and filed within just 24 hours is impractical, unreasonable, and unsupported by the Utah Rules of Civil Procedure. Though this will be detailed further in Plaintiffs' intended objection to the Motion for Expedited Consideration and supporting memorandum, in light of Mr. Belmont's proposed order and request to submit, we believe it is appropriate to advise the Court of our objection and intended opposition to the Motion for Expedited Consideration immediately to avoid any premature adjudication of these motions. The apparently pro se motion is not ripe for consideration.

We appreciate your attention to this important matter.


Justin Rich
Associate Attorney


🏢 +1 801 375 6600


Dentons Durham Jones Pinegar P.C. | Lehi

---

**From:** Gregory C. Belmont (CereBel) <ai@cerebel.law>
**Sent:** Monday, June 15, 2026 3:06 PM
**To:** 4thGrafTeam@utcourts.gov
**Cc:** Nash, Wm. Kelly <kelly.nash@dentons.com>; Ghobrial, Mina S. <mina.ghobrial@dentons.com>; Rich, Justin <justin.rich@dentons.com>; bschneider139@gmail.com; recklessben12323@gmail.com; mansellsmail@gmail.com
**Subject:** BAM Franchising, Inc. v. Schneider, Case No. 260402353

**[WARNING: EXTERNAL SENDER]**

Page 3/4

Dear Judge Graf's Chambers:

I am Proposed Intervenor Gregory C. Belmont, appearing pro se, in BAM Franchising, Inc. v. Schneider, Case No. 260402353.

I write to provide courtesy copies of documents filed by email today and June 11th. The papers were emailed to the Court's email address for [provofiling@utcourts.gov](mailto:provofiling@utcourts.gov) (pro se filers are excluded from use of more direct e-filing platforms). Because the June 11th papers, filed almost 3 complete business days ago have not yet been docketed, the docketing of today's filings will likely also be delayed, and because an attached motion requests expedited consideration pursuant to Rule 7(l) of a pending Rules 65A(b)(4) motion concerning a Temporary Restraining Order, I am also providing courtesy copies to chambers so the Court is aware of the request.

Attached are:

1. Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order, emailed for filing on June 11, 2026;
2. Certificate Of Service for the Motion To Intervene, emailed for filing on June 11, 2026;
3. Motion To Expedite Consideration Of Proposed Intervenor's Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order;
4. Request To Submit For Decision Motion To Expedite Consideration Of Proposed Intervenor's Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order;
5. [Proposed] Order Granting Motion To Expedite Consideration Of Proposed Intervenor's Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order  (as PDF and RTF); and
6. [Proposed] Order Granting Proposed Intervenor's Motion To Intervene For Limited Purpose And To Partially Vacate Temporary Restraining Order (as PDF and RTF).
7. Certificates of Service for documents 3-7.

The proposed orders are provided in editable RTF format for the Court's convenience, with PDF courtesy copies if useful. This email is copied to Plaintiffs' counsel and, though only Plaintiff has appeared as of the time of this email, to all parties on whom Proposed Intervenor has served the filing by email.  No ex parte communication is intended.

Respectfully,

Gregory C. Belmont
Proposed Intervenor, Pro Se
(631) 506-8464
[belmont@cerebel.law](mailto:belmont@cerebel.law)

**EXHIBIT B: Email to Plaintiff's Counsel Referencing Telephone Notification**

 **Outlook**

---

## BAM v Schneider Service

---

**From** Gregory C. Belmont (CereBel) <ai@cerebel.law>

**Date** Tue 6/16/2026 1:29 AM

**To** justin.rich@dentons.com <justin.rich@dentons.com>

**Cc** kelly.nash@dentons.com <kelly.nash@dentons.com>; mina.ghobrial@dentons.com <mina.ghobrial@dentons.com>; Gregory C. Belmont (CereBel) <belmont@cerebel.law>

---

📎 1 attachment (201 KB)
BelmontDentonsCallLog061626.pdf;

Mr. Rich,

Attached are logs from my personal mobile phone documenting the telephone calls I placed to your firm after serving my filings by email.  On the June 11 call, after speaking with the receptionist and being directed to extensions, I heard a message at extension 4781 indicating that voicemails were not accepted, and then left a voicemail at extension 4774.  On the June 15 call, your firm's receptionist placed me on hold while attempting to reach Mr. Ghobrial, then returned to the line and informed me that she would share my contact information and request for acknowledgment of receipt with each of you.

I provide this information only to clarify the service history and my efforts to ensure actual notice of the filings.

In any event, I am open to stipulating to a motion schedule and/or discussing other procedural accommodations.

Best regards,
-GCB

Gregory C. Belmont
(631) 506-8464

**DRAFT**

**Screen Shot of Call Log on Belmont iPhone 17 (captured June 16)**





Wm. Kelly Nash (4888)
 kelly.nash@dentons.com
Justin T. Rich (18519)
 justin.rich@dentons.com
Mina S. Ghobrial (20214)
 mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>    Plaintiffs,<br><br> vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>    Defendants. | **PROVISIONAL MEMORANDUM IN OPPOSITION TO MOTION TO EXPEDITE CONSIDERATION OF PROPOSED INTERVENOR'S MOTION TO INTERVENE FOR LIMITED PURPOSE AND TO PARTIALLY VACATE TEMPORARY RESTRAINING ORDER**<br><br>**(Tier 3)**<br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

UC_9024267.1

Plaintiffs BAM Franchising, Inc. ("**BAM**"), Ammon McNeff ("**Ammon**"), Matthew McNeff ("**Matthew**"), Josh Johnson ("**Josh**"), Brandon Best ("**Brandon**") and Baker Bricks, LLC ("**Baker**") dba Salem-Baker Bricks, Inc. ("**Salem Baker**") (collectively, "**Plaintiffs**"), through counsel, hereby oppose proposed intervenor Gregory C. Belmont's ("**Proposed Intervenor**") Motion to Expedite Consideration of Proposed Intervenor's Motion to Intervene for Limited Purpose to Partially Vacate Temporary Restraining Order ("**Motion to Expedite**").

### Preferred Disposition and Grounds

The Motion to Expedite asks this Court to compress briefing on Proposed Intervenor's overlength, 28-page Motion to Intervene ("**Motion**"), which unreasonably requires Plaintiffs to oppose the Motion within "24 hours" (though it is unclear when Proposed Intervenor believes the time begins to run) and permitting Proposed Intervenor to then reply within 18 hours, at which point the Motion would be submitted for an immediate decision on the papers.

Nevertheless, as shown, *infra*, this request lacks merit and is not asserted in good faith as the rules relied upon do not support an expedited schedule. Moreover, the proposed schedule is unreasonable, impractical and actually inconsistent with the rules of procedure. Significantly, the underlying Motion—brought by a self-described YouTube and Patreon subscriber who disclaims any affiliation with any party—does <u>not</u> present the kind of emergency that warrants depriving Plaintiffs of a meaningful opportunity to respond. Thus, Plaintiffs respectfully request that the Court deny the Motion to Expedite and maintain the ordinary briefing schedule under Rule 7, or set such other reasonable schedule as the Court deems appropriate.

While Plaintiffs will address the substance of Proposed Intervenor's Motion more fully in an opposition thereto, the Court should not overlook the fundamental absurdity of the relief Proposed Intervenor summarily seeks on a purported emergency basis. Proposed Intervenor asks

2

UC_9024267.1

to intervene based upon his allegation that he is a single consumer of Defendant Reckless Ben's

("**Reckless Ben**") content on YouTube and/or Patreon, a portion of which is "arguably"

restricted by the Court's 5/28/26 *Temporary Restraining Order* ("**TRO**"). Utah law allows a

party to intervene in an action only when the intervenor has a direct interest in the property or

transaction which is the subject of the action and, even then, only if intervention is necessary to

protect an intervenor's otherwise-unprotected rights. *See Gardiner v. Taufer*, 2014 UT 56, ¶ 17,

342 P.3d 269. While failing to make the required showing, the Motion forwards a theory that

would permit any one of Reckless Ben's more than one million YouTube subscribers to

individually intervene in this action merely because they do not like that the TRO was granted.

The logical consequence of Proposed Intervenor's position is that **millions** of passive content

consumers could each claim an independent right to intervene in this litigation, demand

expedited consideration, engage as an otherwise unknowledgeable and wholly uninvolved party

and force the real parties in interest to brief and defend against their motions on expedited time

lines and otherwise. That consequence is unworkable, contrary to orderly case management, and

underscores precisely why the Motion to Expedite should be denied and why any response to the

Motion should proceed on a fair and orderly schedule that respects the rights of the real parties in

interest, or should be summarily denied. [1]

Plaintiffs further object to Proposed Intervenor's attempt to use the Motion to Expedite as

---

[1] Though purporting to be *pro se*, Proposed Intervenor includes in the caption of his motion, just beneath his name where an attorney would typically list the name of his or her firm, the following: "c/o CereBel Legal Intelligence." Proposed Intervenor also includes his email address: belmont@cerebel.law. Based upon its website, CereBel Legal Intelligence provides "Legal AI software and intelligence for law firms, insurance companies, compliance departments, and pro se litigants." (*See* https://www.cerebel.law/) Considering the only "interests" in this case claimed by Proposed Intervenor relate to his desire, as a YouTube and Patreon subscriber, to continue consuming Reckless Ben's content, Plaintiffs can only presume that Proposed Intervenor is merely attempting to place his legal AI company in the public eye by inserting himself (and the software) into this lawsuit. Such highly questionable tactics should not be tolerated, and Plaintiffs reserve the right to seek their attorneys' fees in opposing the Motion to Expedite and the underlying Motion.

a vehicle to litigate the merits of the underlying Motion or to establish alleged standing before Plaintiffs have even had a fair opportunity to respond. While this opposition is only directed at the request to expedite, Plaintiffs reserve the right to respond fully to Proposed Intervenor's unsupported standing arguments, Rule 24 arguments, constitutional arguments, and requested modification of the TRO in their intended opposition to the Motion.  Nothing herein should be construed as a waiver of those arguments or as a concession that Proposed Intervenor has any right to intervene.

## Background

1. On 5/27/26, Plaintiffs filed their *Verified Complaint* against co-Defendants ("**Verified Complaint**") (Dkt. 1).

2. On 5/27/26, Plaintiffs filed their *Ex Parte Motion for Temporary Restraining Order and Preliminary Injunction* ("**Motion for TRO**") (Dkt. 15).

3. On 5/28/26, this Court entered the TRO (Dkt. 23) against Defendants based on Plaintiffs' Verified Complaint and extensive supporting evidence of irreparable harm to the legitimate business and personal interests of Plaintiffs. On June 9, 2026, the Court entered a supplemental TRO (Dkt. 55). A preliminary injunction hearing is currently set for June 30, 2026.

4. On 6/15/26, Proposed Intervenor purported to file his Motion, comprised of a 28-page overlength filing raising numerous issues, including strained theories regarding his proposed intervention of right under Rule 24(a) and permissive intervention under Rule 24(b).

5. Therein and notwithstanding that he has not been admitted as a party to the case, Proposed Intervenor also moves to partially dissolve the Court's TRO in advance of the 6/30/26 Preliminary Injunction hearing.

6. Likewise, Proposed Intervenor purports to have filed the instant Motion to

4

Expedite, invoking Rules 7(j), 7(l), 24 and 65A(b)(4) and requesting that the Court order

Plaintiffs to file an opposition within 24 hours and immediately submit the Motion for decision

without a hearing.

<b>Argument</b>

**I.     THE RULES CITED DO NOT AUTHORIZE THE REQUESTED EXPEDITED BRIEFING OR IMMEDIATE SUBMISSION.**

Proposed Intervenor invokes Rules 7(j), 7(l), 24 and 65A(b)(4) to support his demand for

expedited consideration. None of these rules supports the relief he requests.

First, Rule 7(j) does not authorize expedite briefing. Rule 7(j) governs the preparation

and submission of proposed orders after the Court has ruled on a motion. It prohibits the

submission of a proposed order before a decision except in limited circumstances. This rule does

not create any right to expedited briefing, does not authorize shortened response times, and does

not permit submission without opposition. If anything, Rule 7(j) reinforces that a motion

ordinarily must proceed through the briefing process before decision in an orderly and fair

manner.

Second, Rule 7(l) allows the Court to act without waiting for a response for only an

narrow list of enumerated motions. These are routine, ministerial matters that do not adjudicate

contested rights. A motion to intervene in pending litigation and to partially vacate a temporary

restraining order is not a routine or ministerial motion; it is a substantive matter that is hotly

contested. Rule 7(l) provides no basis for the relief Belmont seeks.

Third, Rule 24 provides standards for intervention (which, notably, the Motion fails to

establish), however, it does not permit a right to expedited or emergency briefing. Rule 24

addresses intervention of right and permissive intervention, but says nothing about expedited

5

UC_9024267.1

consideration or shortened briefing schedules. Moreover, a motion to intervene is subject to the same briefing timelines as any other motion, unless the Court exercises its discretion to modify them. Regarding the real parties at issue, Rule 24(b) also instructs the Court to "consider whether the intervention will unduly delay or prejudice the adjudication of the original parties' rights." Compressing Plaintiffs' response time to 24 hours on a complex intervention motion would itself prejudice the adjudication of the original parties' rights.

Finally, Proposed Intervenor's primary argument rests on Rule 65A(b)(4), which is wholly inapplicable. Rule 65A(b)(4) provides that "[o]n 48 hours' notice to the party who obtained [a TRO] without notice . . . *the adverse party* may appear and move its dissolution or modification" and that the court shall "proceed to hear and determine such motion *as expeditiously as the ends of justice require*." Of course, Rule 65A(b)(4) plainly applies to "the adverse party" (i.e., the party restrained by the TRO). Proposed Intervenor is not a party. He is a self-described non-party YouTube subscriber, who expressly disclaims being a "plaintiff, defendant, employee, agent, co-conspirator, or representative of any party." (*See* Motion, p. 8) He cannot invoke a rule available to an "adverse party" when he is not adverse to anyone in this action and must first seek leave to intervene under Rule 24 before he may even become a party at all. Afortiori, a single passive subscriber to a YouTube channel is not bound by the TRO.  He also has no standing to invoke the expedited dissolution procedures in Rule 65A(b)(4). Even if Rule 65A(b)(4) were applied as urged, the phrase "as expeditiously as the ends of justice require" invokes justice (including fair notice, opportunity to be heard and due process) and certainly does not mandate the aggressive 24-hour opposition period and an 18-hour reply period sought. Likewise, it certainly does not override the ordinary briefing schedule mandated in Rule 7(d) and (e), which provide 14 days for opposition and 7 days for reply. The "ends of justice"

require that parties have a meaningful opportunity to respond, particularly where the movant has filed a 28-page overlength brief raising numerous complex issues.  [note add no leave to file an overlength brief was submitted]

## II.   THE REQUESTED BRIEFING SCHEDULE IS UNREASONABLE AND IMPRACTICAL.

Proposed Intervenor asks this Court to require Plaintiffs to oppose the underlying 28-page Motion within 24 hours and to allow Belmont to reply within 18 hours. That schedule is extraordinary and unjustified.

The Motion not only raises issues regarding interventions of right and permissive interventions, but also affirmatively seeks to have the Court's TRO dissolved, raising even broader substantive rights, which request is based on numerous meritless arguments, each of which Plaintiffs must research and address. No party should be required to respond to a motion of such breadth and complexity overnight. The ordinary Rule 7 schedule exists precisely to ensure that Courts receive well-considered, complete and reasonable briefing. Deliberation and careful analysis are compromised when briefing is rushed and risks being incomplete or inaccurate. Compressing the briefing schedule to 24 hours would deprive Plaintiffs of a meaningful opportunity to analyze and respond to each of the arguments raised, and would likely result in incomplete briefing that neither serves the Court, nor the interests of justice.

Finally, there is no actual emergency that justifies the requested relief regarding the Motion to Expedite or the Motion. That this Youtuber may miss a post or two relating to documented harmful and unlawful actions of the co-Defendants herein does not present an emergency. This is a public relations stunt to garner attention and take advantage of an already exploited private civil matter. A preliminary injunction hearing is already set for June 30, 2026. Though the Motion lacks

7

UC_9024267.1

any merit whatsoever, if the Court wishes to consider the intervention motion in advance of that hearing, it can set a fair and reasonable briefing schedule that allows all parties a meaningful opportunity to be heard.

### Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court deny the Motion to Expedite. Plaintiffs do not waive, and expressly reserve, all objections to the underlying Motion, including arguments that Proposed Intervenor lacks standing, fails to satisfy the requirements of Rule 24, and is not entitled to the substantive relief requested.

Dated June 18, 2026.

**DENTONS DURHAM JONES PINEGAR, P.C.**

/s/ *Wm. Kelly Nash*
Wm. Kelly Nash
Justin T. Rich
*Attorneys for Plaintiffs*

### <u>CERTIFICATE OF SERVICE</u>

This is to confirm that a true and correct copy of the foregoing was electronically filed on June 18, 2026 and served via email to the following:

8

UC_9024267.1

Benjamin Schneider
Bschneider139@gmail.com

Reckless Ben LLC
c/o Benjamin Schneider
recklessben12323@gmail.com
bschneider139@gmail.com

Brian Mansell
mansellsmail@gmail.com
musicmansell@hotmail.com
ericmansell@msn.com
melissa.a.leblanc@gmail.com

A true and correct copy of the foregoing was also filed via USPS to the following party:

Victor Nguyen
1618 West 35th Place, Room 301
Lost Angeles, CA 90018

/s/ Brittany Deere

9

UC_9024267.1

Mark O. Morris (4636)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101
Telephone:  801.257.1900
pshakespear@swlaw.com
bemills@swlaw.com

*Attorneys for Defendant Bryan Mansell*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR
## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL OF MARK O. MORRIS** <br><br> Case No. 260402353 <br><br> Judge Tony F. Graff, Jr. <br><br> **(Tier 3)** |

PLEASE TAKE NOTICE that Mark O. Morris and Snell & Wilmer L.L.P. hereby enters

his appearance as counsel for and on behalf of Defendant Bryan Mansell ("**Mansell**") in the

above-captioned matter.  All further notices and copies of pleadings, papers and other material

relevant to this action should be directed and served upon:

4920-3837-5863

Mark O. Morris
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Gateway Tower West
Salt Lake City, Utah  84101
Telephone:  801.257.1900
Facsimile:  801.257.1800
Email:     mmorris@swlaw.com

DATED this 24th day of June, 2026.

SNELL & WILMER L.L.P.

*/s/ Mark O. Morris*
Mark O. Morris

*Attorneys for Defendant Bryan Mansell*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of June, 2026, a true and correct copy of the foregoing NOTICE OF **APPEARANCE OF COUNSEL OF MARK O. MORRIS** was filed with the Clerk of the Court via the Greenfiling electronic filing system, which automatically serves copies to all counsel of record

*/s/ Wendy H. Kalawaia*

3

4920-3837-5863

SCOTT YOUNG (10695)
MELINDA BOWEN (13150)
HAILEY WINN (20420)
SPENCER FANE LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

---

### IN THE FOURTH DISTRICT COURT IN AND FOR

### UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **NOTICE OF APPEARANCE OF COUNSEL** <br><br> Case No. 260402353 <br><br> Judge Tony F. Graf, Jr. <br><br> **(Tier 3)** |

PLEASE TAKE NOTICE that Scott Young, Melinda Bowen, Hailey Winn and the law firm of Spencer Fane LLP hereby enter their appearance as counsel on behalf of Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen in the above-captioned matter and request that they be copied electronically on all filings and notices in this matter.

DATED this 24th day of June, 2026.

SPENCER FANE LLP

/s/ Scott Young

Scott Young
Melinda Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of June, 2026, I electronically filed the foregoing

**NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the

Greenfiling System:

> Wm. Kelly Nash
> Justin T. Rich
> Mina S. Ghobrial
> Dentons Durham Jones Pinegar, PC
> 1557 W Innovation Way, Ste. 400
> Lehi, UT 84043
> Kelly.nash@dentons.com
> Justin.rich@dentons.com
> Mina.ghobrial@dentons.com
> *Attorneys for Plaintiffs*
>
> John C. Clarke
> Miller Nash LLP
> 1140 SW Washington St., Ste. 700
> Portland, OR
> John.clarke@millernash.com
> *Attorneys for Defendant Bryan Mansell*

/s/ Annette Gamero

3

SCOTT YOUNG (10695)
MELINDA BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

### IN THE FOURTH DISTRICT COURT IN AND FOR

### UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **JOINT MOTION FOR MODIFICATION OF TEMPORARY RESTRAINING ORDER AND ENTRY OF PRELIMINARY INJUNCTION** <br><br> Case No. 260402353 <br><br> Judge Tony F. Graf, Jr. <br><br> **(Tier 3)** |

Plaintiffs BAM Franchising, Inc., Ammon McNeff, Matthew McNeff, Josh Johnson,

Brandon Best, and Baker Bricks, LLC, dba Salem-Baker Bricks, Inc. ("Plaintiffs") and Defendants

Benjamin Paul Schneider, Reckless Ben, LLC, Bryan Mansell, and Victor Nguyen ("Defendants")

jointly stipulate, agree and move the Court to modify its Temporary Restraining Order entered on

June 9, 2026 (Dkt. #55), to convert such into a Preliminary Injunction and to vacate the hearing scheduled for June 30, 2026 in order to permit the parties to engage in settlement discussions and/or mediation following an exchange of relevant documents and other information.

Plaintiffs allege they are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion for Temporary Restraining Order. Defendants dispute these allegations, intend to assert counterclaims against Plaintiffs, and contest Plaintiffs' entitlement to any relief, including, but not limited to, a permanent injunction. Plaintiffs likewise dispute Defendants' counterclaims.

Despite these differences, the Parties have agreed to mediate this case, and in light of this, they jointly move the Court to modify the Temporary Restraining Order and, based therein, adopt such as a Preliminary Injunction in the form attached as **Exhibit A**, which is summarized as follows:

1. Defendants agree that they, their affiliates, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

   a. Making, transmitting, soliciting, encouraging, and/or facilitating death threats, bomb threats or other threats of physical violence and/or knowingly and intentionally engaging in property destruction, stalking, trespass, interference, extortion, personal injury or property damage against Plaintiffs, their independent franchisees, employees, officers, owners, customers, attorneys, vendors or family members;

   b. Publishing or encouraging others to publish personal addresses, personal phone numbers, personal email addresses, family information or other doxxing

2

information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

c. Entering, remaining at, filming, blocking access to, or approaching within a defined distance (not less than 100 yards) Plaintiffs' or their franchisees' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes hereafter, except through counsel, lawful service of process or court-approved activity;

d. Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity, employee or any other third party to obtain signatures, access, statements, employee information, audio/video recordings, customer information and/or to effectuate an interference or business disruption;

e. Touching, altering, covering, defacing or placing signage or any other form of communication affecting Plaintiffs' or their franchisees' physical property;

f. Physically blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs or their franchisees in any way, including entering or leaving any such locations; and

g. Soliciting Plaintiffs' employees, franchisees or contractors to leak confidential information, record inside stores without authorization, obtain phone numbers or private information, or create or participate in staged confrontations.

2. Subject to the foregoing, nothing in this order shall prohibit Defendants from discussing Plaintiffs, commenting on this litigation, publishing court filings, engaging in investigative

3

SLC 8050038.2

journalism, expressing opinions, criticism, satire, and/or commentary, through any lawful means or methods they choose, including, but not limited to, YouTube, Tik Tok, Instagram, and podcasts, and/or other internet, television, radio, and social media platforms.

3. Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time.

4. The preliminary injunction will remain in effect until further order of the Court.

5. Nothing in the Preliminary Injunction shall be construed as a waiver of any Party's right to pursue past, present and future claims and damages against any other Party.

DATED this 24th day of June, 2026.

**SPENCER FANE LLP**

*/s/ Scott Young*

Scott Young
Melinda Bowen
Hailey Winn
*Attorneys for Defendants Reckless Ben, LLC, Benjamin Paul Schneider and Victor Nguyen*

DATED this 24th day of June, 2026.

**DENTONS DURHAM JONES PINEGAR P.C.**

*/s/ Wm. Kelly Nash (Signed with permission)*

Wm. Kelly Nash
Justin Rich
*Attorneys for Plaintiffs*

DATED this 24th day of June, 2026.

**SNELL & WILMER**

*/s/ Mark O. Morris (Signed with permission)*

Mark O. Morris
*Attorneys for Defendant Bryan Mansell*

4

SLC 8050038.2

DATED this 24th day of June, 2026.

MILLER NASH LLP

_/s/ Edward Decker (Signed with permission)_
Edward Decker
John C. Clarke
Christopher Weathers
*Attorneys for Defendant Bryan Mansell*
*(Pro Hac Vice Forthcoming)*

5

SLC 8050038.2

# Exhibit A

SCOTT YOUNG (10695)
MELINDA BOWEN (13150)
HAILEY WINN (20420)
SPENCER FANE LLP
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

---

## IN THE FOURTH DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND ENTERING PRELIMINARY INJUNCTION** <br><br> Case No. 260402353 <br><br> Judge Tony F. Graf, Jr. <br><br> **(Tier 3)** |

Based on the Parties' Joint Motion for Modification of Temporary Restraining Order and Entry of Preliminary Injunction ("Motion"), and for good cause shown, the Court hereby grants the Parties' Motion and modifies the previously entered Temporary Restraining Order (Dkt. #55) and enters a Preliminary Injunction in this matter as follows:

Plaintiffs allege they are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion for Temporary Restraining Order. Defendants dispute these allegations, intend to assert counterclaims against Plaintiffs, and contest Plaintiffs' entitlement to any relief, including, but not limited to, a permanent injunction. Plaintiffs likewise dispute Defendants' counterclaims.

Despite these differences, the Parties have agreed to mediate this case, and in light of this, they jointly move the Court to modify the Temporary Restraining Order and, based therein, the Court enters the following Preliminary Injunction:

1. Defendants agree that they, their affiliates, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

    a. Making, transmitting, soliciting, encouraging, and/or facilitating death threats, bomb threats or other threats of physical violence and/or knowingly and intentionally engaging in property destruction, stalking, trespass, interference, extortion, personal injury or property damage against Plaintiffs, their independent franchisees, employees, officers, owners, customers, attorneys, vendors or family members;

    b. Publishing or encouraging others to publish personal addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

    c. Entering, remaining at, filming, blocking access to, or approaching within a defined distance (not less than 100 yards) Plaintiffs' or their franchisees' stores, offices,

2

warehouses, franchise locations, parking areas, employee homes or franchisee homes hereafter, except through counsel, lawful service of process or court-approved activity;

d. Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity, employee or any other third party to obtain signatures, access, statements, employee information, audio/video recordings, customer information and/or to effectuate an interference or business disruption;

e. Touching, altering, covering, defacing or placing signage or any other form of communication affecting Plaintiffs' or their franchisees' physical property;

f. Physically blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs or their franchisees in any way, including entering or leaving any such locations; and

g. Soliciting Plaintiffs' employees, franchisees or contractors to leak confidential information, record inside stores without authorization, obtain phone numbers or private information, or create or participate in staged confrontations.

2. Subject to the foregoing, nothing in this order shall prohibit Defendants from discussing Plaintiffs, commenting on this litigation, publishing court filings, engaging in investigative journalism, expressing opinions, criticism, satire, and/or commentary, through any lawful means or methods they choose, including, but not limited to, YouTube, Tik Tok, Instagram, and podcasts, and/or other internet, television, radio, and social media platforms.

3

SLC 8047764.2

4

3. Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time.

4. The preliminary injunction will remain in effect until further order of the Court.

5. Nothing in the Preliminary Injunction shall be construed as a waiver of any Party's right to pursue past, present and future claims and damages against any other Party.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

4

SLC 8047764.2

SCOTT YOUNG (10695)
MELINDA BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

## IN THE FOURTH DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., | **ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND ENTERING PRELIMINARY INJUNCTION** |
| Plaintiffs, | Case No. 260402353 |
| vs. | Judge Tony F. Graf, Jr. |
| BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, | **(Tier 3)** |
| Defendants. | |

Based on the Parties' Joint Motion for Modification of Temporary Restraining Order and Entry of Preliminary Injunction ("Motion"), and for good cause shown, the Court hereby grants the Parties' Motion and modifies the previously entered Temporary Restraining Order (Dkt. #55) and enters a Preliminary Injunction in this matter as follows:

Plaintiffs allege they are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion for Temporary Restraining Order. Defendants dispute these allegations, intend to assert counterclaims against Plaintiffs, and contest Plaintiffs' entitlement to any relief, including, but not limited to, a permanent injunction. Plaintiffs likewise dispute Defendants' counterclaims.

Despite these differences, the Parties have agreed to mediate this case, and in light of this, they jointly move the Court to modify the Temporary Restraining Order and, based therein, the Court enters the following Preliminary Injunction:

1. Defendants agree that they, their affiliates, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

    a. Making, transmitting, soliciting, encouraging, and/or facilitating death threats, bomb threats or other threats of physical violence and/or knowingly and intentionally engaging in property destruction, stalking, trespass, interference, extortion, personal injury or property damage against Plaintiffs, their independent franchisees, employees, officers, owners, customers, attorneys, vendors or family members;

    b. Publishing or encouraging others to publish personal addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or employees;

    c. Entering, remaining at, filming, blocking access to, or approaching within a defined distance (not less than 100 yards) Plaintiffs' or their franchisees' stores,

offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes hereafter, except through counsel, lawful service of process or court-approved activity;

d.  Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity, employee or any other third party to obtain signatures, access, statements, employee information, audio/video recordings, customer information and/or to effectuate an interference or business disruption;

e.  Touching, altering, covering, defacing or placing signage or any other form of communication affecting Plaintiffs' or their franchisees' physical property;

f.  Physically blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs or their franchisees in any way, including entering or leaving any such locations; and

g.  Soliciting Plaintiffs' employees, franchisees or contractors to leak confidential information, record inside stores without authorization, obtain phone numbers or private information, or create or participate in staged confrontations.

2.  Subject to the foregoing, nothing in this order shall prohibit Defendants from discussing Plaintiffs, commenting on this litigation, publishing court filings, engaging in investigative journalism, expressing opinions, criticism, satire, and/or commentary, through any lawful means or methods they choose, including, but not limited to, YouTube, Tik Tok, Instagram, and podcasts, and/or other internet, television, radio, and social media platforms.

3.  Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time.

4.  The preliminary injunction will remain in effect until further order of the Court.

5.  Nothing in the Preliminary Injunction shall be construed as a waiver of any Party's right to pursue past, present and future claims and damages against any other Party.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

SCOTT YOUNG (10695)
MELINDA BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11ᵗʰ Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

### IN THE FOURTH DISTRICT COURT IN AND FOR

### UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., | **ORDER MODIFYING TEMPORARY RESTRAINING ORDER AND ENTERING PRELIMINARY INJUNCTION** |
| Plaintiffs, | Case No. 260402353 |
| vs. | Judge Tony F. Graf, Jr. |
| BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, | **(Tier 3)** |
| Defendants. | |

Based on the Parties' Joint Motion for Modification of Temporary Restraining Order and

Entry of Preliminary Injunction ("Motion"), and for good cause shown, the Court hereby grants

the Parties' Motion and modifies the previously entered Temporary Restraining Order (Dkt. #55) and enters a Preliminary Injunction in this matter as follows:

Plaintiffs allege they are suffering and will continue to suffer immediate and irreparable injury before this action can be fully heard, as set forth in the Verified Complaint and Motion for Temporary Restraining Order. Defendants dispute these allegations, intend to assert counterclaims against Plaintiffs, and contest Plaintiffs' entitlement to any relief, including, but not limited to, a permanent injunction. Plaintiffs likewise dispute Defendants' counterclaims.

Despite these differences, the Parties have agreed to mediate this case, and in light of this, they jointly move the Court to modify the Temporary Restraining Order and, based therein, the Court enters the following Preliminary Injunction:

1. Defendants agree that they, their affiliates, employees, contractors, agents and representatives, and anyone acting in concert with them, directly or indirectly, in person, remotely or online, are immediately restrained from:

   a. Making, transmitting, soliciting, encouraging, and/or facilitating death threats, bomb threats or other threats of physical violence and/or knowingly and intentionally engaging in property destruction, stalking, trespass, interference, extortion, personal injury or property damage against Plaintiffs, their independent franchisees, employees, officers, owners, customers, attorneys, vendors or family members;

   b. Publishing or encouraging others to publish personal addresses, personal phone numbers, personal email addresses, family information or other doxxing information of any kind regarding Plaintiffs' personnel, franchisees, owners or

employees;

c. Entering, remaining at, filming, blocking access to, or approaching within a defined distance (not less than 100 yards) Plaintiffs' or their franchisees' stores, offices, warehouses, franchise locations, parking areas, employee homes or franchisee homes hereafter, except through counsel, lawful service of process or court-approved activity;

d. Impersonating Plaintiffs, any franchisee, law enforcement, a court officer, a delivery service, a customer, a government entity, employee or any other third party to obtain signatures, access, statements, employee information, audio/video recordings, customer information and/or to effectuate an interference or business disruption;

e. Touching, altering, covering, defacing or placing signage or any other form of communication affecting Plaintiffs' or their franchisees' physical property;

f. Physically blocking, deterring or interfering with customers, employees, vendors or delivery personnel doing business with Plaintiffs or their franchisees in any way, including entering or leaving any such locations; and

g. Soliciting Plaintiffs' employees, franchisees or contractors to leak confidential information, record inside stores without authorization, obtain phone numbers or private information, or create or participate in staged confrontations.

2. Subject to the foregoing, nothing in this order shall prohibit Defendants from discussing Plaintiffs, commenting on this litigation, publishing court filings, engaging in

investigative journalism, expressing opinions, criticism, satire, and/or commentary, through any lawful means or methods they choose, including, but not limited to, YouTube, Tik Tok, Instagram, and podcasts, and/or other internet, television, radio, and social media platforms.

3. Pursuant to Utah R. Civ. P. 65A(d), Plaintiffs shall not be required to pay as security a bond at this time.

4. The preliminary injunction will remain in effect until further order of the Court.

5. Nothing in the Preliminary Injunction shall be construed as a waiver of any Party's right to pursue past, present and future claims and damages against any other Party.

**END OF ORDER**

**\*\*Executed and entered by the Court as indicated by the seal at the top of the first page\*\***

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
Mina S. Ghobrial (20214)
  mina.ghobrial@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

## IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>        Defendants. | **JOINT RESPONSE/CLARIFICATION RE COURT'S CONCERN REGARDING ENTRY OF STIPULATED PRELIMINARY INJUNCTION**<br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

Plaintiffs BAM Franchising, Inc. ("**BAM**"), Ammon McNeff ("**Ammon**"), Matthew

McNeff ("**Matthew**"), Josh Johnson ("**Josh**"), Brandon Best ("**Brandon**"), Baker-Bricks, LLC

UC_9037709.1

4925-7560-4920.1

("**Baker Bricks**") dba Salem-Baker Bricks, Inc. ("**Salem-Baker**") (collectively, "**Plaintiffs**"),

through counsel, respectfully submit this *Joint Response/Clarification Re Court's Concern*

*Regarding Entry Of Stipulated Preliminary Injunction* ("**Joint Response**") in response to the

Court's 6/24/26 noted concerns regarding the scope of the Parties' proposed and stipulated

*Preliminary Injunction*.

The following joint responses and/or clarifications are believed to be dispositive:

1) The language of the stipulated *Preliminary Injunction* was carefully

designed by the Parties to modify and narrow the scope of the Court's initial Temporary

Restraining Order and has been submitted by stipulation, agreement and joint Motion of

the parties;

3) The identity of Plaintiffs, their franchisees and business locations are

matters of public record, as they are franchised Bricks and Minifigs retail businesses each

with branded storefronts, business addresses and readily identifiable online, physical and

email addresses and phone numbers;

4) The private home addresses of every franchisee owner and/or employee

may not be known, but such may be discoverable via public records, and

5) As to whether videos have been taken down, Plaintiffs are unaware of any

Publications or other videos having been taken down.  Nevertheless, the Parties have

agreed and acknowledged the proposed stipulated *Preliminary Injunction* is not intended

to restrain lawful speech in any way, as it is their intention to allow a full and free

discussion of the subject of this litigation, which they believe makes this issue moot.

2

4925-7560-4920.1

Accordingly, Plaintiffs respectfully request that the proposed stipulated *Preliminary Injunction* be entered as clarified in this Joint Response of the Parties to this litigation.

DATED this 25th day of June, 2026.

**SPENCER FANE LLP**

 */s/ Scott Young (signed with permission)*
Scott Young
Melinda Bowen
Hailey Winn
*Attorneys for Defendants Reckless Ben, LLC,*
*Benjamin Paul Schneider and Victor Nguyen*

DATED this 25th day of June, 2026.

**DENTONS DURHAM JONES PINEGAR P.C.**

 */s/ Wm. Kelly Nash*
Wm. Kelly Nash
Justin Rich
*Attorneys for Plaintiffs*

DATED this 25th day of June, 2026.

**SNELL & WILMER**

 */s/ Mark O. Morris (signed with permission)*
Mark O. Morris
*Attorneys for Defendant Bryan Mansell*

DATED this 25th day of June, 2026.

**MILLER NASH LLP**

 */s/ Edward Decker (signed with permission)*
Edward Decker
John C. Clarke
Christopher Weathers
*Attorneys for Defendant Bryan Mansell*
*(Pro Hac Vice Forthcoming)*

3

GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

## IN THE FOURTH JUDICIAL DISTRICT COURT

## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1–15,<br><br>　　　　Defendants. | **NOTICE OF CHANGED CIRCUMSTANCES AND NARROWED REQUEST FOR LIMITED INTERVENTION**<br><br><br>Case No.: 260402353<br><br>Judge Tony F. Graf, Jr. |

Proposed Intervenor Gregory C. Belmont respectfully gives notice of changed

circumstances and narrows the relief requested in his Motion to Intervene for Limited Purpose

and to Partially Vacate Temporary Restraining Order ("Motion to Intervene"). [Doc. 66].

The parties have stipulated, agreed, and moved to replace the TRO with a preliminary

injunction that omits the TRO's primary speech-restrictive provisions and, in Paragraph 2,

expressly preserves Defendants' ability to discuss Plaintiffs, comment on this litigation, publish

court filings, engage in investigative journalism, and express opinions, criticism, satire, or

1

commentary through lawful means. See Order Modifying Temporary Restraining Order ¶ 2 [Doc. 80]; Joint Motion [Doc. 79].  As drafted, however, this **speech-protective paragraph** refers only to "Defendants" and does not similarly clarify that independent nonparties remain free to engage in lawful protected speech, commentary, access, fundraising support, and platform activity.

Accordingly, upon entry of the proposed Order Modifying Temporary Restraining Order and Entering Preliminary Injunction, Proposed Intervenor no longer presses immediate partial vacatur of the TRO as contested relief, and narrows the relief requested on his Motion to Intervene to:

(a) clarification of Paragraph 2 of the proposed preliminary injunction to confirm that its speech-protective language extends to independent nonparties by inserting the phrase "or any nonparty" after "Defendants":

> "Subject to the foregoing, nothing in this Order shall prohibit Defendants <u>or any nonparty</u> from [engaging in the protected speech activities listed in Paragraph 2]."

(b) as to Proposed Intervenor's prospective participation in any future speech-restrictive request, one of the following:

(1) limited intervention solely for the purpose of receiving notice of, reviewing, and being heard on any future request for speech-restrictive relief in this action;

(2) a notice-and-objection procedure allowing Proposed Intervenor to receive notice of and object to any future request for speech-restrictive relief without granting intervenor status at this time[1];

---

[1] See Order Denying Media's Request to Intervene, *State v. Robinson*, Doc. 266 (4th Dist. Ct. Dec. 29, 2025) (requiring notice to media representatives of future Rule 4-202.04 closure or classification motions and permitting objections and requests for a closure hearing). Proposed Intervenor does not contend Rule 4-202.04 governs non-court publications restrained by a civil injunction; Robinson is cited only by analogy as an example of a limited notice-and-objection procedure employed by this Court to protect asserted First Amendment interests.

(3) reserve ruling on the intervention request and permit Proposed Intervenor to request a ruling if future speech-restrictive relief is sought or imposed; or alternatively

(4) denial without prejudice to renewal if future speech-restrictive relief is sought or imposed.

The Paragraph 2 clarification and narrowed intervention request remain pertinent because Plaintiffs previously sought an ex parte TRO containing facially speech-restrictive provisions without materially addressing for the Court's benefit the First Amendment implications of those requested restraints, creating a practical risk that similar relief could again be sought by motion, stipulation, proposed order, or injunction before final resolution; and because the TRO's chilling effect extended beyond Defendants, as Motion to Intervene identified through examples of third-party takedown demands invoking the TRO (Doc. 66, at 9 ¶ 4), a nonparty who expressed fear of speaking (Id. at 9 ¶ 1), and a third-party fundraising page temporarily taken down (Id. at 8 ¶ 3), with citations to publicly available materials where applicable.[2] Clarifying protection for independent nonparties would reduce the risk that the injunction is used, or perceived, as authority to chill lawful commentary, access, fundraising support, or platform activity by persons not properly bound by the order.

Proposed Intervenor does not seek discovery, damages, general-purpose party status, or participation in the merits of the parties' business claims or counterclaims, except to the limited extent necessary to receive notice of and be heard on any future request for or imposition of speech-restrictive relief.

---

[2] Although Proposed Intervenor does not submit a separate declaration, he represents that he was contacted by a person who expressed fear of contributing to such a fundraiser due to the chilling effect of the TRO.

3

Proposed Intervenor respectfully requests that the Court consider the Motion to Intervene as narrowed by this Notice.

DATED this 25th day of June, 2026.

Respectfully submitted,


/s/ Gregory C. Belmont
Gregory C. Belmont
Proposed Intervenor, Pro Se

<u>CERTIFICATE OF SERVICE</u>

I certify that at approximately 8:30 AM MST June 25, 2026, I served the foregoing Notice Of Changed Circumstances and Narrowed Request For Limited Intervention, and this d) Certificate of Service as follows:

1. On Plaintiffs by email through counsel to kelly.nash@dentons.com, justin.rich@dentons.com, and mina.ghobrial@dentons.com.
2. On Defendants Benjamin Paul Schneider and Reckless Ben, LLC by email through counsel to rsyoung@spencerfane.com, mbowen@spencerfane.com, hwinn@spencerfane.com..
3. On Defendant Bryan Mansell by email through counsel to mmorris@swlaw.com, pshakespear@swlaw.com, bemills@swlaw.com..
4. On Defendant Victor Nguyen by postal mail to 1618 West 35th Place, Room 301, Los Angeles, CA 90018.
5. On proposed intervenors Chrystal Law, Benjamin Gorman, and BAMF Salem 1, LLC, by email through counsel to sarah@spencerwillsonpllc.com.

<u>/s/ Gregory C. Belmont</u>
Gregory C. Belmont
June 25, 2026

Wm. Kelly Nash (4888)
  kelly.nash@dentons.com
Justin T. Rich (18519)
  justin.rich@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

### IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR

### UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, <br><br>     Plaintiffs, <br><br>   vs. <br><br> BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15, <br><br>     Defendants. | **PLAINTIFFS' OPPOSITION TO PROPOSED INTERVENOR GREGORY C. BELMONT'S MOTION TO INTERVENE AND NOTICE OF CHANGED CIRCUMSTANCES** <br><br> **(Tier 3)** <br><br><br> Case No.: 260402353 <br><br> Judge: Tony F. Graf, Jr. |

Plaintiffs BAM Franchising, Inc., Ammon McNeff, Matthew McNeff, Josh Johnson,

Brandon Best, and Baker Bricks, LLC, dba Salem-Baker Bricks, Inc. (collectively, "**Plaintiffs**")

respectfully submit *Plaintiffs' Opposition to Proposed Intervenor Gregory C. Belmont's*

("**Belmont**") *Motion to Intervene for Limited Purpose and to Partially Vacate Temporary*

1

*Restraining Order* [Dkt 66] ("**Motion**") and regarding his 6/25/26 *Notice of Changed Circumstances and Narrowed Request for Limited Intervention* ("**Notice**").

### Introduction

**Motion Modification**.  As a threshold matter, Belmont's 6/25/26 Notice modifies his Motion, constituting a new form of motion, and importantly, conceding the narrowed scope of the Preliminary Injunction. As such, briefing is not due respecting such and the arguments herein are premature but submitted out of an abundance of caution.

**Motion and Notice Moot**.  More importantly, Belmont's Motion and Notice are moot. The provisions of the 5/28/26 *Temporary Restraining Order*, as amended (Dkt 55), which Belmont identifies as the basis for his alleged interest (i.e., paragraphs 5(j) and 5(k) of the TRO) have been removed by stipulation of the parties.  On 6/24/26, all parties jointly stipulated, agreed and moved the Court to replace the TRO with a stipulated form *Preliminary Injunction* that omits any speech-restrictive language (including video takedown provisions), including all of paragraph 5.  In paragraph 2 of the stipulated Preliminary Injunction, the parties also expressly preserved all parties' ability to

> discuss[] Plaintiffs, comment[] on this litigation, publish[] court filings, engag[e] in investigative journalism, and express[] opinions, criticism, satire, and commentary through any lawful means or methods they choose, including YouTube, Patreon

and other platforms.  Belmont openly acknowledges this change and, as a result, he no longer presses partial vacatur of the TRO.  Accordingly, he has acknowledged that the claimed basis for intervention no longer exists and/or is moot.  In other words, his asserted interest in receiving Defendant Schneider's content is no longer allegedly infringed.

Even if Belmont's interest were at risk (and it is not) the existing parties, including the co-Defendants, adequately represent such interest.  Indeed, Schneider's alleged interest in

publishing is primary to any of his interested listeners.  Belmont's asserted interest respecting Schneider's "reporting, investigation, criticism, interviews, recordings, commentary, and updates," and in continuing to view, receive and discuss Schneider's videos, is the very interest the co-Defendants maintain.  As the co-Defendants, or some of them, have expressed an interest in publishing "lawful" content to the public, by posting on YouTube and Patreon and by speaking about this dispute, and as Plaintiffs share such interest relating to their respective speech, the parties stipulated and jointly moved the Court to enter the *Preliminary Injunction*, which permits such.  *Arguendo*, the interest Belmont appears to assert and that which the parties have preserved are aligned, not adverse.

Moreover, every named co-Defendant now appears through counsel and is prepared to defend this action, eliminating the speculation underlying Belmont's further speculative argument that Schneider might be unable or unwilling to defend and to adequately represent the recipient interest Belmont asserts.

Finally, Belmont lacks standing as Belmont's Motion and Notice rely heavily on speculation and unsubstantiated and unrealized fears about what "might" happen.  Both filings ask the Court to grant extraordinary relief—a nonparty intervention—based not on any specific, present, concrete impairment of Belmont's rights, but, according to the Notice, on his pure speculation and admitted anxieties that similar relief "could again be sought" at some unspecified future time.  Speculation about possible future events is not a basis for intervention in any event.  As an alternative to his main requests, Belmont asks that the Court deny the Motion "without prejudice to renewal if future speech-restrictive relief is sought or imposed." *See* Notice, p. 3.  Plaintiffs oppose Belmont's central main requests for relief as he does not have standing to request this from the Court.

## Procedural History

1.       On 5/27/26, Plaintiffs filed their Verified Complaint and an *ex parte* Motion for Temporary Restraining Order.

2.       On 5/28/26, the Court granted the Motion and entered the Temporary Restraining Order [Dkt 23], which was subsequently entered/amended on 6/9/26 [Dkt 55].

3.       On 6/11/26, Belmont purportedly filed his Motion to Intervene for Limited Purpose and to Partially Vacate Temporary Restraining Order [Dkt 66].

4.       On 6/24/26, the parties filed a Joint Motion for Modification of Temporary Restraining Order and Entry of Preliminary Injunction ("**Joint Motion**") [Dkt 79], agreeing and stipulating to convert the TRO into a Preliminary Injunction and omitting any alleged TRO's speech-restrictive provisions.

5.       On 6/24/26, the Court sought clarification regarding the status of videos to have been taken down and regarding the addresses and identities of franchisees and their employees, opting to not enter the Order Modifying Temporary Restraining Order and Entering Preliminary Injunction, pending clarification [Dkt 80].

6.       On 6/25/26, the parties filed a Joint Response / Clarification Re Court's Concern Regarding Entry of Stipulated Preliminary Injunction ("**Joint Response**") [Dkt 84], in which they provided clarifying information and renewed their request that the stipulated Preliminary Injunction be entered.

UC_9038119.1

7. On 6/25/26, Belmont filed his Notice of Changed Circumstances and Narrowed Request for Limited Intervention ("**Notice**") [Dkt 86].

## Argument

To intervene as of right, a movant "must show (1) that its motion to intervene was timely, (2) that it has 'an interest relating to the property or transaction which is the subject of the action,' (3) 'that the disposition of the action may as a practical matter impair or impede [its] ability to protect that interest,' and (4) that its interest is not 'adequately represented by existing parties.'" *Supernova Media, Inc. v. Pia Anderson Dorius Reynard & Moss, LLC*, 2013 UT 7, ¶ 22, 297 P.3d 599. Belmont cannot satisfy these requirements because he has acknowledged that the alleged interest is no longer at issue (*see* Notice), he has no interest whatsoever in the property or transactions at issue, and, in any event, he is adequately represented by the existing Defendants, as discussed herein.

## I.    BELMONT'S ASSERTED INTEREST IS NO LONGER AT ISSUE.

Belmont's sole asserted interest is grounded in the provisions of the TRO that have been eliminated by virtue of the parties' stipulation and Joint Motion (as clarified in their Joint Response). He initially claimed an interest in a so called "right to receive information" and, specifically, in Schneider's "reporting, investigation, criticism, interviews, recordings, commentary, and updates concerning the dispute," and "an ongoing interest in viewing existing videos, receiving future videos, discussing those videos, and evaluating the competing claims made by Plaintiffs." *See* Motion, pp. 3, 6.

Belmont initially claimed his asserted interest was being adversely affected by the TRO paragraphs 5(j) and 5(k). *See* Motion, p. 6. Based on the Joint Motion, and admissions therein, those provisions are no longer part of the operative order. The parties have stipulated to a

Preliminary Injunction that omits them entirely, and Paragraph 2 of the Preliminary Injunction, agreed upon affirmatively, preserves interested persons' right to publish, comment and engage in lawful speech, including investigative journalism and commentary through YouTube, Patreon, and other lawful means. Belmont concedes that, upon entry of the modified Preliminary Injunction, he "no longer presses immediate partial vacatur of the TRO as contested relief." Notice, p. 2. Because the provisions that gave rise to his asserted interest are gone, his alleged interest is no longer impaired or at risk.

## II.    BELMONT'S CONCERNS REGARDING THE FUTURE ARE NOT ADEQUATE TO CREATE STANDING

Belmont fails to establish standing to intervene. Three elements are required to establish standing: "(1) injury in fact . . . (2) a causal relationship between the injury and the challenged conduct . . . and (3) a likelihood that the injury will be redressed by a favorable decision." *Bd. of Cnty. Commisioners of Sweetwater Cnty. v. Geringer*, 297 F.3d 1108, 1112 (10th Cir. 2002). Injury in fact means "the invasion of a legally protected interest that is (a) concrete and particularized, and (b) actual or imminent, not conjectural or hypothetical." *See id*. "'Allegations of possible future injury are not sufficient' to establish standing." *Tennille v. W. Union Co.,* 809 F.3d 555, 560 (10th Cir. 2015) (quoting *Clapper v. Amnesty Int'l USA*, 568 U.S. 398 (2013)).

Belmont's purported and continuing or future concerns are unfounded and fail to show injury in fact and a causal relationship. They are speculative and unfounded anxieties about what may or may not happen in the future. Namely, that similar relief "could again be sought by motion, stipulation, proposed order, or injunction." *See* Notice, p. 3. The possibility that a litigant's rights may at some point in the future become an issue is <u>not</u> a basis to allow that person to intervene at present. *Tennille,* 809 F.3d at 560. In fact, such an admission concedes

that no interest is being affected at all.  He acknowledges that he "no longer presses immediate partial vacatur of the TRO as contested relief", *see* Notice, p. 2, which was the original challenged conduct he alleged was causing the injury to his rights, *see* Motion, pp. 11–12.  Of course, granting the relief requested[1] does nothing to redress any as yet unspecified injury he may have. Therefore, he cannot satisfy basic standing requirements.  Should Belmont demonstrate standing and the actual infringement of any actual right in the future, he remains free to make those arguments at that time.  At present, however, he has no concrete interest at risk and his Motion should be denied.

### III.   *ARGUENDO*, BELMONT DOES NOT HAVE A QUALIFYING INTEREST.

Beyond the moot nature of the Motion, Belmont does not possess "an interest relating to the property or transaction which is the subject of the action" within the meaning of Rule 24 and *Supernova*.  The subject of this action arises from a private civil dispute between co-Defendant Bryan Mansell and alleged misconduct relating to co-Defendants' efforts to extort a payment of approximately $200,000 relating thereto through unlawful activities as alleged in the Verified Complaint.  Belmont was not involved in, is not a witness to and is not a party to either the underlying private dispute or any of the unlawful activities alleged.  By his description, he is a New York resident, a paid YouTube and Patreon subscriber, an "occasional LEGO consumer," and "a member of the public", who wishes to receive and discuss Schneider's content.  His interest, if any, is general, non-distinct and wholly unrelated to the underlying facts or circumstances.  At best, he is one of millions of social media traffickers watching a largely

---

[1] The requested relief is staying in the case to "receiv[e] notice of, reviewing, and being heard on any future request for speech restrictive relief in this action"; implementing "a notice-and-objection procedure"; and "reserve ruling on the intervention request" or, alternatively, deny the request without prejudice so he can enter later in the case. *See* Notice, pp. 2–3.

speculative social media feeding frenzy from a distance.  A generalized, audience-side interest in receiving information about or participating in a private civil dispute is one Belmont shares with every member of the viewing public.  It is neither concrete nor particularized.  Such a diffuse and derivative interest in another person's speech is not the direct, substantial, and legally protectable interest in the subject litigation that intervention requires.  Were it otherwise, any one of or all million subscribers or interested observers could intervene in any case touching on a private matter that has been exploited in a public discussion.

### IV.   *ARGUENDO*, THE EXISTING DEFENDANTS ADEQUATELY REPRESENT THE ASSERTED INTEREST.

Arguendo, even if Belmont could establish a remote qualifying interest, he cannot show such is at risk, as any such interest is adequately represented by the existing co-Defendants (and/or Plaintiffs).  Therefore, the Motion should be denied.

#### A.   The interests are the same, not different.

Belmont contends his interest is distinct from Schneider's because his is an "audience-side" right to receive, while Schneider's is a "speaker-side" right to publish.  But on the dispositive question, whether Schneider's content reaches the public, the interests are identical.  Schneider has a direct interest in putting out content on this matter to the public, wishes to post on YouTube and Patreon, and otherwise wishes (as do all of the parties) to speak about this dispute.  The parties' stated objective in the Preliminary Injunction is to preserve the ability to publish that very content Belmont wishes to receive.  When a would-be intervenor's objective is identical to that of an existing party, the existing party adequately represents the interest.  This requirement exists so that people claiming an interest cannot intervene purely in an attempt to bolster the arguments of those who are already parties.

Furthermore, "[t]he right to receive information is entirely derivative of – and cannot enlarge – the willing speaker's rights." *Animal Legal Def. Fund v. Kelly*, 434 F. Supp. 3d 974, 995 (D. Kan. 2020); *see also Virginia State Bd. of Pharmacy v. Virginia Citizens Consumer Council, Inc.,* 425 U.S. 748, 756 (1976) ("Freedom of speech presupposes a willing speaker. But where a speaker exists, as is the case here, the protection afforded is to the communication, to its source and to its recipients both."). Therefore, Belmont's interest is derivative of, covered by, and inextricably tied to Schneider and the other Defendants' interests in speech. Because Belmont's speech is contingent on Schneider and the other Defendants' interest in being a willing speaker, Belmont's interest is adequately represented by the Defendants, especially where they have counsel and plan to defend the case.

**B.    Belmont's anxieties about Schneider's representation have not come to pass.**

The premise of Belmont's adequacy argument was his mere speculation that Schneider "has not yet appeared by counsel," "has proceeded pro se in related criminal matters," and might be "unable, unwilling, or practically constrained" from defending. Those anxieties have not materialized. Co-Defendants Schneider, Reckless Ben LLC and Victor Nguyen have engaged counsel, Spencer Fane LLP, and Defendant Bryan Mansell has engaged counsel, Decker Nash. The co-Defendants are actively defending this action. The factual premise underlying Belmont's adequacy argument is unsupported and never actually existed.

Belmont's apparent fear that co-Defendants may potentially settle is confusing at best. First, no such facts are asserted or exist. Second, and more importantly, he has not direct interest in the underlying civil disputes and no right to impose his views on any of the parties, including respecting any mediated or other settlement anticipated in the matter. The parties are free to contract as they may choose in resolving the dispute, short of trial. To the extent Defendants

9
UC_9038119.1

engage in an agreement that Belmont believes has limited his access to information from Defendants, Belmont would not be entitled to such content as that represents an unwilling speaker on whom his right to receive information is conditioned.  *See Virginia State Bd. of Pharmacy,* 425 U.S. at 756 ("Freedom of speech presupposes a willing speaker.").

### C.    Belmont's adequacy theory is internally inconsistent.

Furthermore, it is ironic and incongruous for a *pro se* litigant to argue that he should be permitted to intervene precisely because Schneider purportedly lacked an attorney.  Regardless, all co-Defendants have been and remain represented, and any alleged future harm to the recipient interest Belmont asserts will be adequately addressed by the real parties in interest, including each of the Plaintiffs and co-Defendants, whose interests in disseminating the content aligns with Belmont's interest in receiving such.

### V.    BELMONT'S REQUEST TO REMAIN IN THE CASE TO MONITOR IT SHOULD BE DENIED.

Belmont originally represented that his requested intervention was limited in nature and sought only to protect his interest against alleged TRO's speech-restrictive provisions.  Yet, despite the removal of those provisions pursuant to the stipulated Joint Motion, Belmont now seeks to expand his interest and, through his Notice, to remain indefinitely involved in one form or another.  *See* Notice, pp. 2–3.  He seeks limited intervention to receive notice of and be heard on any future speech-restrictive or related request, a notice-and-objection procedure, a reservation of ruling, or denial without prejudice to renewal.  *See id*.  In substance, he asks to stay on the docket to police the case indefinitely.  Such is untenable as it will not only increase the cost of litigation significantly but also invade the privacy interests of those involved.  The case will necessarily involve the review of confidential business information regarding which Belmont has no entitlement, or interest, and proceedings may be filed under seal as the case

proceeds.  Nevertheless, he appears to wish to act as the judge or jury herein to monitor all information and to voice his opinions at whatever time and in whatever manner he chooses, though he has no actual interest in the proceeding whatsoever.

This Motion and Notice should be summarily denied.  Belmont can obtain access to court filings and monitor the proceeding through ordinary means available to any member of the public; he does not need party or intervenor status to do so.  Allowing a nonparty to remain on the docket simply to receive notifications, monitor a case and become involved at his whim, would set a precedent permitting the millions of nonparties who have a curiosity or nominal tangential interest in a high-profile matter to enter the case as an intervening party.  That is not a proper use of intervention and would create bad precedent.

## VI.    BELMONT'S REQUEST TO DISSOLVE THE TRO IS MOOT.

To the extent it remains necessary to address, Belmont's request to vacate or dissolve aspects of the TRO is moot.  The alleged speech-restrictive provisions he challenged, paragraphs 5(j) and 5(k), have already been presumptively removed by stipulation of all counsel and the parties.  Such has been superseded by the stipulated Preliminary Injunction pending before the Court.  As Belmont admittedly no longer presses partial vacatur as contested relief, there is nothing left for the Court to dissolve.

## Conclusion

For the foregoing reasons, Plaintiffs respectfully request that the Court deny Belmont's Motion and the relief requested in his Notice in its entirety.

DATED this 25th day of June, 2026.

DENTONS DURHAM JONES PINEGAR P.C.

/s/ Wm. Kelly Nash

11

UC_9038119.1

Wm. Kelly Nash
Justin Rich
*Attorneys for Plaintiffs*

UC_9038119.1

## CERTIFICATE OF SERVICE

This is to confirm that a true and correct copy of the foregoing was electronically filed on

June 25, 2026 to counsel of record for the parties represented.


/s/ Brittany Deere_____

## IN THE FOURTH JUDICIAL DISTRICT COURT
## UTAH COUNTY, STATE OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15, <br><br> Defendants. | **STANDING DECORUM ORDER** <br><br> **Case No. 260402353** <br><br> **JUDGE TONY F. GRAF, JR.** |

Pursuant to the inherent authority of the Court under Utah Code section 78A-2-201 and consistent with Utah Code of Judicial Administration (UCJA) rules 3-414 and 4-401.01 et. seq., the Court enters the following **STANDING DECORUM ORDER** to ensure the safety, security, and orderly conduct of judicial proceedings and to establish standards of conduct for those attending the proceedings in this matter.

The purposes of this Order are to:

- Protect the parties' right to fair and impartial proceedings;
- Protect against unfair prejudice to the parties;
- Ensure preservation of the court record;
- Ensure orderly and efficient management of court proceedings;
- Permit public access to court proceedings; and
- Allow for electronic media coverage of court proceedings.

To achieve these purposes, the Court hereby **ORDERS** as follows:

1.      This Order (and its attachments, which are incorporated herein by reference) shall govern the conduct of all media representatives and members of the public attending the hearing.

2.      As used herein, the terms "Spectator" and "Spectators" refer to all media representatives and members of the public attending the proceedings, but excludes court personnel, court reporters, counsel of record, and counsel of record's support staff.

## PROHIBITED AND/OR RESTRICTED ITEMS

3.      **Bags:** No bags of any kind (including backpacks, briefcases, purses, or similar items) are permitted inside the courtroom, unless expressly authorized by court security staff.

4.      **Face Coverings:** No face coverings, masks, or other items that obscure the identity of an individual are permitted, except when medically necessary or expressly authorized by the Court.

5.      **Dangerous Items:** No weapons, explosives, or other dangerous items are permitted in the courtroom.

## COURTROOM SEATING

6.      Courtroom 4B (or 8B) has limited seating. The number of Spectators shall not exceed the courtroom capacity.

7.      The parties, counsel of record, and counsel's support staff may sit in front of the bar (*i.e.*, at or directly behind counsel tables).

8.      All other Spectators must sit behind the bar separating the well from the gallery.

9.      The first row on the viewers' left side of the gallery is reserved for the plaintiffs' family and friends.

10.      The first row on the viewers' right side of the gallery is reserved for the defendants' family and friends.

11.    The remaining rows of the gallery are open to all Spectators, to the extent courtroom capacity allows.

## CONDUCT OF SPECTATORS

12.    All Spectators shall follow the instructions of court security staff.

13.    All Spectators shall be quiet, civil, and orderly.  Spectators shall not engage in any distracting, disruptive, provocative, disrespectful, uncivil, or threatening behavior of any kind.

14.    Spectators shall not make any audible comments of any kind; shall not shake or nod their heads; and shall not otherwise make any gestures during the hearing.

15.    Spectators shall not wear or display pins, buttons, signs, clothing, or photographs expressing support for or against any person related to this case.

16.    Spectators shall not be permitted to pass the bar or enter the well of the courtroom without express authorization from court security staff or the judge.

17.    Spectators shall enter and exit the courtroom without causing disruption or distraction. If a Spectator seeks to enter the courtroom during the hearing, that person will need to remain outside of the courtroom until the Court takes a recess or until the hearing concludes, whichever occurs earlier. If a Spectator exits the courtroom during the hearing, that person will need to remain outside the courtroom until the Court takes a recess or until the hearing is concluded, whichever occurs earlier.

18.    At the end of each proceeding, all Spectators shall remain in the courtroom until court security staff give permission to leave.  The court security staff may, in their discretion, direct Spectators sitting in certain parts of the gallery to leave before Spectators in other parts of the gallery. Spectators shall follow the directions of court security staff and court personnel.

## USE OF PORTABLE ELECTRONIC DEVICES

19.    "Portable electronic device" means any device that can record or transmit data, images or sounds, or access the internet, including a pager, laptop/notebook/personal computer, handheld PC, PDA, audio or video recorder, wireless device, cellular telephone, or electronic calendar.

20.    Consistent with UCJA rule 4-401.02, portable electronic devices may be restricted in certain hearings such as the preliminary hearing and at trial or as otherwise directed by the

Court. Court security staff may require that devices be turned off, surrendered, or stored during these proceedings.

    a.  Based on the high level of interest in this matter, the Court is concerned that the use of portable electronic devices may disrupt and/or compromise the integrity of the Temporary Restraining Order hearing. *See* UCJA 4-401.02(3)(B)(iii). Consequently, no portable electronic devices will be permitted in the courtroom during the duration of that specific proceeding. *See id.* (permitting further restriction of portable electronic devices). This prohibition does not apply to legal counsel and support staff for the parties in this matter or the equipment permitted under any controlling electronic media coverage order.

21.    No audio or video recording, broadcasting, transmitting, or photography is permitted, unless specifically authorized by the Court under UCJA rules 4-401.01 or 4-401.02.

22.    When operating a portable electronic device, Spectators must hold the device below the rail in front of the Spectator, so it is clear the device is not being used to record or photograph the proceedings.

23.    Use of a portable electronic device in violation of this Order may result in the device being secured by the court security staff and the Spectator being removed from the courtroom, in addition to other penalties outlined below.

**ADDITIONAL ORDERS RELATED TO NEWS REPORTERS AND EMC**

24.    Media vehicles shall be parked along the upper west deck of the parking structure.

25.    Media representatives shall identify themselves and produce appropriate identification (photo ID).

26.    As used herein, the terms "Electronic Media Coverage" ("EMC") and "News Reporter" have the same meaning as in UCJA rule 4-401.01.

27.    Recording or transmitting images or sound of court proceedings without the express permission of the Court is prohibited.

28.    EMC of court proceedings is permitted if a News Reporter submits a timely written request as required under UCJA rule 4-401.01 and secures a signed Order for Electronic Media Coverage of Court Proceedings.

29.    EMC of court proceedings shall be permitted subject to the terms of this Order, any Order for Electronic Media Coverage of Court Proceedings issued by the court, and any subsequent order related to or restricting EMC.

30.    News Reporters shall comply strictly with this Order, any Order for Electronic Media Coverage of Court Proceedings secured by the News Reporter, and all provisions of UCJA rule 4-401.01. Failure to do so may subject the News Reporter to contempt sanctions as allowed by law, removal from court proceedings, and termination of EMC.

31.    Unless otherwise approved by the judge or the judge's designee, EMC is limited to one audio recorder and operator, one video camera and operator, and one still camera and operator.

32.    The location of cameras, microphones, and other EMC equipment shall be subject to approval by court personnel, with the judge having the final say.

    a.    Still photographer(s) must set their cameras to operate silently and may not use flash.

33.    After the Court has appointed the pool photographers, it is the responsibility of the media to decide how they will pool their coverage and how they will share audio, video, and photography files produced by the pool coverage.

34.    Pool equipment operators shall use equipment that is capable of sharing audio, video, and photographic files to pool recipients in a generally accepted format.

35.    The pooling arrangement shall be reached before the court proceedings commence and without imposing on the judge or court personnel.

36.    Neither the judge nor court personnel shall be called upon to resolve disputes concerning pooling arrangements.

37.    No media interviews will be permitted inside the courtroom.

38.    The Court expects News Reporters to respect the wishes of all individuals involved in court proceedings if they wish not to be interviewed or to end an interview.

39.    Audio and video recording, as well as live streaming, of any court proceeding shall not commence until the hearing has officially begun or resumed and must cease when the court is in recess or the proceeding has officially ended.

a. The Court will signal the official beginning or resuming of a proceeding using a gavel or through an explicit statement that recording may begin or that Court is in session.

b. The Court will signal that it is in recess or ended using a gavel or through an explicit statement that recording must end or Court is in recess.

40. Media representatives shall use their best efforts to avoid visually recording or photographing court employees—except for the judge—without prior approval. This includes court security staff, clerks, and judicial assistants.

41. During court proceedings, News Reporters shall not move around the courtroom and shall not move their equipment in a way that is disruptive or distracting.

42. No video recording or still photography is permitted in the courthouse lobby.

43. Video recording and still photography is permitted outside of the courthouse (*e.g.*, exterior walkways and parking lot) but shall not include video recording or still photography of employees entering or exiting the employee building or parking entrances.

44. No visual recording is permitted of a person's lips, so as to be decipherable by a lip reader, during conferences involving counsel at counsel tables or bench conferences with the judge.

45. Attorneys and witnesses may be filmed individually when standing at the lectern or seated in the witness box respectively.

46. News Reporters shall address all complaints and concerns to Tania Mashburn, Director of Communication, Administrative Office of the Courts.

## OTHER LIMITATIONS ON ELECTRONIC MEDIA COVERAGE

47. Notwithstanding the foregoing, unless expressly authorized by the Court, there shall be no audio or visual recordings, transmissions or artistic reproductions (including those altered or created by AI) of:

a. A juror or prospective juror whether within the courtroom, courthouse, or elsewhere until the person is dismissed.

b. The face of a person known to be a minor.

c. An exhibit or a document that is not part of the official public record.

d. Proceedings conducted in chambers.

48. No one shall communicate with any juror or prospective juror except court personnel acting in the course of their duties or attorneys as may be permitted by the Court until the person is dismissed.

### COPIES OF THIS ORDER TO BE POSTED AND READ

49. Copies of this Order shall be posted outside the courtroom. A copy may also be requested by email addressed to 4thgrafteam@utcourts.gov.

50. All Spectators shall read and comply with the terms of this Order.

51. As needed to ensure compliance, notice of this Order may also be given verbally by court security staff and/or court personnel.

### ENFORCEMENT AND/OR PENALTIES FOR VIOLATIONS

52. Anyone who violates the terms of this Order may be removed from the court proceedings in which the violation occurred and/or may lose access to future proceedings.

53. Any violations by the News Reporters' video pool operator may result in immediate suspension of video transmission of the proceeding in which the violation occurs and/or disqualification of that operator and/or his outlet from serving as the pool operator for future proceedings.

54. Anyone who violates the terms of this Order shall be subject to contempt proceedings or referral to law enforcement. Contempt proceedings may result in sanctions which may include:

   a. An order of temporary or permanent exclusion from the courtroom and security areas;

   b. An order of temporary or permanent exclusion of the media organization represented by the offender from the courtroom and security areas;

   c. Contempt of Court sanctions, punishable by confinement in the Utah County Jail for up to 30 days and a fine not to exceed $1,000 for each offense; and

   d. Such other sanctions as deemed necessary by the judge to ensure due process and the interests of justice.

*[Remainder of Page Intentionally Left Blank]*

## EXCEPTIONS

Court personnel, court reporters, court security staff, law enforcement officers, attorneys, attorneys' staff and individuals with prior written authorization from the Court are exempt from applicable restrictions as necessitated by their official duties.

DATED this 26th day of June, 2026.

BY THE COURT:

_____
JUDGE TONY F. GRAF, JR.

**CERTIFICATE OF NOTIFICATION**

I certify that a copy of the attached document was sent to the following people for case 260402353 by the method and on the date specified.

MANUAL EMAIL: R SCOTT YOUNG RSYOUNG@SPENCERFANE.COM

MANUAL EMAIL: MELINDA BOWEN MBOWEN@SPENCERFANE.COM

MANUAL EMAIL: HAILEY WINN HWINN@SPENCERFANE.COM

MANUAL EMAIL: SARAH SPENCER SARAH@SPENCERWILLSONPLLC.COM

MANUAL EMAIL: WM KELLY NASH KELLY.NASH@DENTONS.COM

MANUAL EMAIL: JUSTIN RICH JUSTIN.RICH@DENTONS.COM

MANUAL EMAIL: MINA GHOBRIAL MINA.GHOBRIAL@DENTONS.COM

06/26/2026          /s/ SHIRLEY MOLINA

Date: _____          _____

Signature