Mark O. Morris (4636)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
Telephone:  (801)  257-1900
Facsimile:  (801) 257-1800
Email: mmorris@swlaw.com

*Attorneys for Defendant Bryan Mansell*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **NOTICE OF CONSENT** <br><br> Case No. 2:26-cv-00593 <br><br> Judge |

Without waiving any rights or defenses, and pursuant to Section 1441(a)   U.S.C., Defendant Bryan Mansell hereby consents to the removal of the action *BAM Franchising, Inc., et al. v Benjamin Paul Schneider, et al.,* Civil No. 260402353 from the Fourth Judicial District Court, Utah County, State of Utah to the United States District Court for the Central District of Utah.

4897-6664-3384

DATED this 26th day of June, 2026.

SNELL & WILMER L.L.P.


*/s/ Mark O. Morris*

Mark O. Morris

*Attorneys for Defendant Bryan Mansell*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2026, I caused the foregoing **NOTICE OF CONSEN** to be filed electronically with this court which effectuated notice via the court's electronic notification service to all e-filers of record in this matter.

*/s/ Wendy H. Kalawaia*