Mark O. Morris (4636)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
Telephone:  (801)  257-1900
Facsimile:  (801) 257-1800
Email: mmorris@swlaw.com

John C. Clarke (*pro hac pending*)
Edward T. Deckerk (*pro hac pending*)
Miller Nash LLP
1140 SW Washington St., Ste 700
Portland, OR  97205
Telephone:  (503) 224-5858
Email: john.clarke@millernash.com
        edward.decker@millernash.com

*Attorneys for Plaintiff Bryan Mansell*

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **MOTION FOR PRO HAC VICE ADMISSION** <br><br> Case No. 2:26-cv-00593 <br><br> Chief Magistrate Judge Cecilia M. Romero |

I move for the pro hac vice admission of  John C. Clarke as counsel for Defendant Bryan

Mansell, and I consent to serve as local counsel. I am an active member of this court's bar.

4896-6774-2137

2

The application and proposed order are attached as exhibits, and the admission fee will be paid to the court at the time of filing. I certify that I have verified with the Applicant that the information contained in the application is true and accurate.

DATED this 30th day of June, 2026.

SNELL & WILMER L.L.P.

*/s/ Mark O. Morris*
Mark O. Morris

*Attorneys for Defendant Bryan Mansell*

2

3

I hereby certify that on June 30, 2026 2026, I caused the foregoing **MOTION FOR PRO HAC VICE ADMISSION** with the Clerk of Court for the U.S. District Court, District of Utah by using the Court's CM/ECF system which effected electronic service upon all e-filers of record in this matter.

/s/ Wendy H. Kalawaia

3