**EXHIBIT A**

**APPLICATION & CERTIFICATE OF GOOD STANDING**



## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Mark O. Morris |
| Firm: | Snell & Wilmer |
| Address: | 15 West South Temple, Suite 1200 |
| | Salt Lake City, UT 84101-1547 |
| | |
| Telephone: | (801) 257-1904 |
| Email: | mmorris@swlaw.com |

| | |
|---|---|
| Pro Hac Vice Applicant: | John C. Clarke |
| Firm: | Miller Nash LLP |
| Address: | 1140 SW Washington Street, Suite 700 |
| | Portland, OR 97205 |
| | |
| Telephone: | (503) 224-5858 |
| Email: | John.Clarke@MillerNash.com |

An applicant who intend to become a member of the Utah State Bar, please identify the type of admission you seek:

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### STATE AND FEDERAL BAR MEMBERSHIPS

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| State of Oregon | 153245 | 10/1/2015 |
| State of Washington | 61612 | 11/3/2023 |
| State of Arizona | 038926 | 2/1/2024 |
| U.S. District Court - Oregon | 153245 | 10/6/2015 |
| U.S. District Court - Western Dist of Washington | 61612 | 6/17/2024 |
| | | |

Have you ever been the subject of disciplinary action by any bar or court to which you have been admitted?    ☐ Yes    ☒ No

If yes, please explain:

1

## LIST PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH
## IN THE PREVIOUS 5 YEARS

| Case Name | Case Number | Date of Admission |
|---|---|---|
| N/A | | |
| | | |
| | | |
| | | |
| | | |
| | | |

If you have been admitted pro hac vice in 3 unrelated cases in this district in the previous 5 years, please explain your reason(s) for not seeking admission to the Utah State Bar:

| | | |
|---|---|---|
| I certify that I am a member in good standing of all bars and courts to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that I am not a member of the Utah State Bar. | ☒ Yes | ☐ No |
| I certify that I have listed all cases in which I have been admitted pro hac vice this district in the previous 5 years. | ☒ Yes | ☐ No |
| I certify that I do not maintain a law office in Utah. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

Under DUCivR 83-1.1(d)(2) you must register to efile to receive electronic notification of case activity. Please visit the court's Attorney Admissions webpage for instructions.

_____
Signature

6/29/2026
_____
Date

2



# Certificate of Good Standing

I, Sarra Yamin, do hereby certify that I am Regulatory Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

**JOHN C. CLARKE, BAR NO. 153245**

was admitted to practice law in the State of Oregon by Examination and became an Active licensee of the Oregon State Bar on October 1, 2015.

There are no grievances or disciplinary proceedings presently pending against this licensee.

No disciplinary action has been taken against this licensee in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Clarke is an Active licensee of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 29th day of June 2026.

Sarra Yamin
Regulatory Counsel

_____
Kerri Deegan, Authorized Representative

*This certificate expires 60 days from the date of issuance*

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935

(503) 620-0222    *toll-free in Oregon* (800) 452-8260                    www.osbar.org