**TEXT OF PROPOSED ORDER**

Mark O. Morris (4636)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
Telephone:  (801)  257-1900
Facsimile:  (801) 257-1800
Email: mmorris@swlaw.com

John C. Clarke (*pro hac pending*)
Edward T. Decker (*pro hac pending*)
Miller Nash LLP
1140 SW Washington St., Ste 700
Portland, OR  97205
Telephone:  (503) 224-5858
Email: john.clarke@millernash.com
        edward.decker@millernash.com

*Attorneys for Plaintiff Bryan Mansell*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **ORDER ON MOTION FOR PRO HAC VICE ADMISSION** <br><br> Case No. 2:26-cv-00593 <br><br> Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of John C. Clarke.

Based on the motion and for good cause appearing,

4906-4632-5689

**IT IS HEREBY ORDERED** that the motion is Granted.

DATED this ___ day of _____, 2026.

BY THE COURT:

_____
Magistrate Judge Cecilia M. Romero
Chief Magistrate Judge

2