**EXHIBIT B**

**My Final Message**
https://youtu.be/sISjfdueTYg
Posted by Reckless Ben
June 9, 2026

Episode three is finally finished after crazy all-nighters and basically destroying my health. But I can't post it or I will go to jail. And not only that, I will also immediately lose my lawsuit of $300,000 and the GoFundMe we made for Brian will go straight to this mystery company that I am no longer allowed to talk about. They sent court papers to my email which I guess a judge approved for them that this was a valid form of service. And so now that I'm officially served, I cannot even mention this company or I will be in jail and everything. Uh normally I would be like screw the big guy telling me what to do. I'm going to do what's morally right. But in this situation, if I do that, then all my friends get screwed with this lawsuit and we lose all the GoFundMe money we raised like immediately. So, uh I am no longer allowed to even mention this mystery company. Um my personal opinion is that this is unfair because this order was put on me because this company was telling the court that I was making bomb threats. I was planning on murdering the the manager and employees, which obviously I didn't do, and you can see that in the footage. The only problem is I was not given a chance to share my side. The court just heard their perspective, not mine. So, because I wasn't able to share my side, I am now no longer allowed to talk about them. And looks like this might be it. So

2