**EXHIBIT C**

**"Ammon mcneff shut down Bryan's go fund me"**
https://youtu.be/o4bdTuqzGQo
June 9, 2026
Posted by Sheldon Norcross

Yo, what up everyone? This is going to be a super quick video. Uh, update. I've got a video on Ben's gag order coming tomorrow and stuff. Um, I'm not under it yet. You know, I'll be served eventually, so this will probably be my last Bricks and Miniigs video tomorrow. I'm just waiting on the thumbnail. Um, Brian's GoFundMe has been taken down, uh, which is pretty devastating. Uh, I don't understand how or why. Um, I've tried reaching out. You know, no one's gotten back to me. I feel like it's super unfair. Um, for everyone involved, you know, it just is unbelievable the lengths these people will go to to make sure, you know, they just look like the bad guys. I mean, how could you possibly think getting that taken down would ever be a good idea in a million years? Um, the whole internet rallied behind this and it was cool seeing everyone come together and it was cool that like my sacrifices led to something. Um, yeah. So, um, I'm working on my own video right now. I'll make a video tomorrow. Um, there's been like updates in the case as well. Um, but yeah, Brian's GoFundMe is gone. Uh, Bricks and Minifigs is one. You know, soon I'll be silenced as well. Um, I'm pretty scared. You know, the only reason I'm not served is because they're completely incompetent. Um, clearly by the way they run their franchise, that's, you know, pretty apparent. Um because I've never heard of a company taking down a GoFundMe to pay back someone that they stole from in my entire life. Uh I don't think anyone here who's watching this video has. Um yeah, that's the reality of the situation we're in. You know, these corporations can just silence us and win. You know, this is being human. You know, this is every corporation I've worked for. This is how it works. You know, this is my why I want to do content. I hate corporations with a burning fiery passion. They just do not care about individual human beings thoughts or feelings at all to such a degree. It literally disgusts me as a guy who like cares a lot about people and and things, you know, and is really passionate to watch the whole internet come together on something and then this evil mustache twisting guy just uses fancy money and his fancy lawyers. And I just don't know how this is going to solve anything. I don't know how Brian getting money from a GoFundMe, you know, would have hurt them at all. It didn't. You know, we came together to help this guy and you guys ruined it just like everything else, I guess, and this whole thing. So, I don't know. That's, you know, I'm pretty pretty bummed about it. Um, yeah. So, uh, shout out to you guys on Patreon. You're going to see the super sick video I'm working on. It's hilarious how bad everything has gone. And if it weren't for you guys, I'd be homeless right now in a state I don't even live in. So, thanks a lot. Uh, I think tomorrow will probably be my last time I can ever post. I've got a thumbnail. I paid to be made for that one. Um, it's the video about Ben being silenced and my thoughts on it. So, I'm not really going to touch on it much cuz, you know, I spent a lot on that thumbnail to get it done in time. So, yeah. Uh, I'll talk about my thoughts and and everything on Ben being silenced. Um, but after that, I'll probably be silenced, too. So, this will probably be might even have wasted my food money um on a thumbnail cuz they're probably going to, you know, get me served, but I don't really think they can. But, they got Ben through email. So, I don't I don't want to ruin anything, but it's just a load of freaking malarkey. Um, so yeah, peace out everyone. Hopefully, this isn't my last post cuz, you know, probably my channel's coming down next. the GoFundMe got taken down. So, thanks for all the support, man.