**EXHIBIT D**

**"Take Down Notification: Reckless Ben's Patreon Account"**
https://youtu.be/36jxNeV5L1Q
Posted by JackConteExtras and Patreon
May 29, 2026

Dear creator community, my name is Jack Ki and I'm the CEO and co-founder of Patreon. On May 29th, Patreon received an official takedown request filed by Bricks and Minifigs for media and accounts related to Reckless Ben and an ongoing dispute regarding a local Lego consignment issue. This is the verified complaint with exhibits. This is the request for immediate content removal pursuant to temporary restraining order. And this is the motion for the temporary restraining order and preliminary injunction. So after an extensive review and investigation by Patreon's trust and safety team, we have in fact unfortunately determined that Bricks and Minigs can stuff it. We're keeping Ben's page up. And if Bricks and Minigs doesn't like that, they can sue us. Patreon out.