**Exhibit F**



Choose a Store

# BRICKS & MINIFIGS DETERMINED TO FIND AMICABLE RESOLUTION WITH MANSELL FAMILY

by marketingteam | Jun 29, 2026 | Uncategorized



Bricks & Minifigs®, an authorized LEGO® reseller specializing in buying, trading and selling LEGO products, today reaffirmed its commitment to assist in resolving the private dispute surrounding a customer's LEGO collection at a former franchise store in Salem, Oregon, strengthen its operations, and support its franchisees and employees. Subject to its ongoing investigation, Bricks & Minifigs believes and alleges the following facts, among others, may be relevant to claims made in recent weeks.

## The Mansell Family Collection

Ed Mansell built the collection at the center of the issue. When the family decided to sell it son, Bryan Mansell, who was apparently new to the LEGO resale world, visited the now-cl

Salem Bricks & Minifigs store around September 2023 and asked its former owner, Chrystal Law-Gorman, for help.

Bricks & Minifigs' investigation found documentation estimating the realistic highest retail value at approximately $95,000 to $100,000. That estimate seems to align with Bryan Mansell's public statements on an April 2025 *Collecting Weekly* podcast and with the roughly $80,000 in products or cash he allegedly sought when he is believed to have visited the store around Nov. 21, 2024.

A so-called promotional higher value of $200,000 is believed to have circulated publicly in 2023, but was apparently not a confirmed or appraised value. Bricks & Minifigs believes this was an amount Bryan Mansell and Law-Gorman used to create excitement for a Law-Gorman November 2023 sales event, which Ed Mansell attended.

Bricks & Minifigs' investigation also found point-of-sale data showing about $61,000, and potentially more, may have been sold from the collection prior to Nov. 14, 2024. The company believes Bryan Mansell may have only received approximately $15,000 in payments over roughly a year. The records suggest a discrepancy may exist between what was sold and paid to him, which the company is still investigating.

When the new owners Brandon Best and Josh Johnson took over the Salem location, they discovered in the store only a small number of Star Wars products, with an estimated at-cost value between $2,000 and $5,000. The company's investigation suggests most of the remaining collection may have been sold or removed (and stored offsite) before Best and Johnson took over the location.

This information appears to be consistent with Bryan Mansell's acknowledgment in joint social media posts with the Salem store and on the same April 2025 *Collecting Weekly* podcast that his sets were moved to an offsite, secure location.

Though unable to verify ownership and without an obligation to do so, the company has offered the remaining Star Wars sets to the family as a courtesy. The company has made this offer on multiple occasions since December 2024, including in recent weeks.

The company has also repeated its good-faith offer to make the Mansell family whole monetarily for anything fairly demonstrated to be unaccounted for, including amounts that may be owed to him without his knowledge. The company is committed to give him every Star Wars LEGO item remaining from the Salem store, whether identified as his or not.

Notably, in an apparent statement to Keizer, Oregon police, Bryan Mansell is believed to have confirmed he received part of the collection back from Law-Gorman in January 2025. This included hundreds of items being returned, including high-value items like Star Wars "Cloud City" sets.

"We understand why this story has stirred so much emotion, and we don't take that lightly," said Bricks & Minifigs CEO Ammon McNeff. "We also want to reinforce this is an isolated, unfortunate incident related to a single franchisee who did not obtain an approval for any consignment arrangement. It does not undermine the integrity of our more than 300 other independent and unrelated franchisees. Our goal has never changed: help make this family whole, enhance operational processes, and build a company our franchisees and customers can be proud of for years to come."

## Unauthorized Consignment Arrangement

The apparent underlying consignment arrangement for LEGO products is not part of the company's business model, or authorized by the franchise agreements or operations manual. So-called consignment services are expressly limited and only allowed for service- or experienced-based partnerships, such as venue/space usage fees, revenue share or commission on service fees, referral or facilitation fees for bookings made through a store, or bundling as add-ons to Bricks & Minifigs-hosted parties and events. Consignment services do not include and have never been extended to acquiring LEGO products, as Bricks & Minifigs operates strictly on a "buy, sell, and trade" model. Bricks & Minifigs corporate does not authorize franchisees to enter third-party consignment arrangements for LEGO products. To that end, Bricks & Minifigs did not authorize or sign any consignment arrangement respecting the Salem store's alleged arrangement with Bryan Mansell.

Bricks & Minifigs believes, as of November 2024, Law-Gorman had stopped making payments on the purchase of the location, had not paid royalties for multiple months and owed tens of thousands of dollars in other unpaid expenses. At the time of her announced departure, she owed substantial monies to Bricks & Minifigs, which triggered the company's repossession pursuant to its security interest in any onsite inventory.

## Operational Reforms to Strengthen the Company and Franchisees

Bricks & Minifigs believes accountability means more than words, so it continues to strengthen its operation through:

- **Rigorous record keeping and inventory management —** The company mandates real-time, digital tracking from the moment a collection enters a store, creating a permanent record to protect customers and franchisees.
- **Absolute transparency in the buy, sell, and trade process —** Every transaction, especially large-scale trades, requires standardized, corporate-approved disclosure forms. Off-the-books side deals and local consignment arrangements remain strictly prohibited.
- **Mandatory professional behavior and de-escalation training —** Comprehensive training for corporate staff, franchise owners, and their teams covers professional boundaries, dispute handling, and proper corporate protocols.

These operational enhancements benefit all involved and will help to avoid potential future misunderstandings.

For the complete timeline of events regarding the Mansell dispute, please visit the Bricks & Minifigs blog.

# ABOUT BRICKS & MINIFIGS:

Bricks & Minifigs is an authorized LEGO retailer specializing in buying, trading and selling LEGO products. The company brings beloved LEGO sets from the past to today's generations and allows fans to give new life to old pieces while inspiring new creations. Bricks & Minifigs buys all types of LEGO items, including individual minifigs, bulk bricks, components, and accessories. More than just a store for fans, the company builds a strong community of LEGO enthusiasts and aims to spread joy and creativity to the world through all things LEGO. To learn more, please visit: https://bricksandminifigs.com/

# Frequently Asked Questions (Based on Information Currently Believed to be Accurate Per Bricks & Minifigs' Ongoing Investigation)

### Does the Bricks & Minifigs business model include the type of third-party consignment in the Mansell Family dispute?

No. Since the company was founded in 2009, the model has always been to "buy, sell and trade" LEGO products. A third-party consignment has never been part of that model, the franchise agreement or the operations manual. No franchisee has ever been authorized to enter into a third-party consignment product sales arrangement on behalf of the company. Consignment services are only allowed for service- or experienced-based partnerships, such as venue/space usage fees, revenue share or commission on service fees, referral or facilitation

fees for bookings made through a store, or bundling as add-ons to Bricks & Minifigs-hosted parties and events.

## Was Bricks & Minifigs corporate a party to the consignment agreement at the Salem store?

No. Corporate did not sign, approve or authorize the arrangement. We believe former owner Chrystal Law-Gorman entered into it as a personal, local arrangement and never introduced corporate or the incoming franchisee to the family. Such side deals are expressly prohibited under the company's franchise agreements.

## What is the realistic value of the Mansell collection?

Documentation discovered to date estimates the realistic high-end value at approximately $95,000 to $100,000. This amount appears to be consistent with what Bryan Mansell stated publicly on an April 2025 *Collecting Weekly* podcast and with the roughly $80,000 in products or cash he sought when he visited the store in November 2024.

## Where did the $200,000 figure come from?

Bricks & Minifigs believes the $200,000 figure was never a confirmed or appraised value. It was a promotional amount used to generate excitement for a public display event held in November 2023, which Ed Mansell attended.

## What is the company's resolution offer to Bryan Mansell today?

Bricks & Minifigs representatives have expressed its interest that he be made whole monetarily for anything fairly demonstrated to be unaccounted for. The company is also willing to give him every Star Wars LEGO item remaining from the Salem store, whether identified as his or not.

## What is the company doing to help prevent similar situations from occurring?

Bricks & Minifigs continues to strengthen its operations, including: real-time, digital inventory tracking from the moment a collection enters a store; standardized, corporate-approved disclosure forms for every transaction; and mandatory professional behavior and de-escalation training.

## Why did the Salem store close?

It closed temporarily because staff, including local teenagers, faced safety hazards, targeted in-person stalking and explicit threats, believed to have been driven by inaccurate reporting and/or social media communications and videos. It was not closed due to losing any lawsuits

related to this matter, despite claims otherwise. It has since been permanently closed with a formal separation and resignation by Brandon Best and Joshua Johnson.

## What kinds of harassment have Bricks & Minifigs stores and employees experienced?

Many of the company's network of more than 300 locations have faced a campaign of negativity and social media commentary and various forms of harassment; unauthorized filming, including teenage employees being confronted and recorded at their first jobs; private families contacted at their homes; physical altercations; burglaries at stores; negative reviews, inappropriate comments and messages; and communities disrupted by threats.

## What is the company's position on this conduct?

Bricks & Minifigs supports every person's right to free speech and fair questions, but unlawful conduct, such as harassment, stalking, threats, etc., is neither advocacy, nor consumer protection. The company's stores are private, small businesses with the right to conduct business safely and to protect their premises and employees.

Recent Posts

Bricks & Minifigs Determined to Find Amicable Resolution with Mansell Family

What We Presently Believe Actually Happened: A Summary Timeline of Bricks & Minifigs Salem Store

Bricks & Minifigs Parts Ways with Salem, Oregon Franchise Owners Brandon Best and Joshua Johnson

Response to Customer Inquiries Regarding Bricks & Minifigs Salem, Oregon: Clarity and Resolution of an Isolated and Former Franchisee's Private Civil Dispute

A Note to Our Community about the Bricks & Minifigs® Salem, OR Store

Categories

Blog

DIY & Tips

Events

Franchise