CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2026, a true and correct copy of the following documents:

5. Refiled Federal Motion to Intervene for Limited Purpose and for a Declaratory Order,
6. accompanying Declaration of Gregory C. Belmont,
7. Movant's Index of Exhibits, and
8. Proposed Order

was served via email directly to the court's pro se filing address (utdecf_clerk@utd.uscourts.gov) and to Parties' and Proposed State Intervenor's counsel of as follows:

5. On Plaintiffs by email through counsel to kelly.nash@dentons.com, justin.rich@dentons.com, and mina.ghobrial@dentons.com;
6. On Defendants Benjamin Paul Schneider, Reckless Ben, LLC, and Victor Nguyen by email through counsel to rsyoung@spencerfane.com, mbowen@spencerfane.com, hwinn@spencerfane.com;
7. On Defendant Bryan Mansell by email through counsel to mmorris@swlaw.com, pshakespear@swlaw.com, bemills@swlaw.com; and
8. On Proposed State court Intervenors Chrystal Law, Benjamin Gorman, and BAMF Salem 1, LLC, by email through counsel to sarah@spencerwillsonpllc.com.


/s/ Gregory C. Belmont
Gregory C. Belmont
June 29, 2026

3