**CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, a true and correct copy of the following documents:

1. Notice Of Changed Circumstances And Narrowed Request For Limited Intervention and
2. Supplemental Declaration

was served as a single PDF via email to Parties' and Proposed State Intervenors' counsel as follows:

1. On Plaintiffs by email through counsel to kelly.nash@dentons.com, justin.rich@dentons.com, and mina.ghobrial@dentons.com;
2. On Defendants Benjamin Paul Schneider, Reckless Ben, LLC, and Victor Nguyen by email through counsel to rsyoung@spencerfane.com, mbowen@spencerfane.com, hwinn@spencerfane.com;
3. On Defendant Bryan Mansell by email through counsel to mmorris@swlaw.com, pshakespear@swlaw.com, bemills@swlaw.com; and
4. On Proposed State court Intervenors Chrystal Law, Benjamin Gorman, and BAMF Salem 1, LLC, by email through counsel to sarah@spencerwillsonpllc.com.


/s/ Gregory C. Belmont
Gregory C. Belmont
July 1, 2026