Mark O. Morris (4636)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
Telephone:  (801)  257-1900
Facsimile:  (801) 257-1800
Email: mmorris@swlaw.com

John C. Clarke (*pro hac pending*)
Edward T. Decker (*pro hac pending*)
Miller Nash LLP
1140 SW Washington St., Ste 700
Portland, OR  97205
Telephone:  (503) 224-5858
Email: john.clarke@millernash.com
        edward.decker@millernash.com

*Attorneys for Plaintiff Bryan Mansell*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Case No. 2:26-cv-00593<br><br>Magistrate Judge Cecilia M. Romero |

Pursuant to DUCivR 7-1, Defendant Bryan Mansell ("Mansell"), by and through counsel, moves this Court to extend the deadline to respond to the Complaint in this matter to Monday, August 3, 2026.  Plaintiffs' counsel agrees to this extension and does not oppose it.  It is submitted

4933-2064-1722

prior to the expiration of the current deadline, does not interfere with any Court order or other case deadlines, and there is no prejudice caused by this extension.  A proposed Order accompanies this motion.

DATED this 2nd day of July, 2026.

SNELL & WILMER L.L.P.


/s/ Mark O. Morris
Mark O. Morris

-and-

John C. Clarke (*pro hac pending*)
Edward T. Decker (*pro hac pending*)
Miller Nash LLP
1140 SW Washington St., Ste 700
Portland, OR  97205
Telephone:  (503) 224-5858
Email: john.clarke@millernash.com
        edward.decker@millernash.com

*Attorneys for Defendant Bryan Mansell*

2

I hereby certify that on July 2, 2026, 2026, the foregoing **UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** was  filed electronically with this court and served on the following using the Court's CM/ECF electronic filing system:

William Kelly Nash
Justin Rich
Dentons Durham Jones & Pinegar PC
1557 W Innovation Way, Suite 400
Lehi, UT  84043
kelly.nash@dentons.com
justin.rich@dentons.com
*Attorneys for Plaintiffs*

Hailey Winn
Melinda K. Bowen
R. Scott Young, Jr
Spencer Fane LLP
10 Exchange Place, 11th Floor
Salt Lake City, UT  84111
hwinn@spencerfane.com
mbowen@spencerfane.com
rsyoung@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider, Victor Nguyen Reckless Ben, LLC*

Gregory C. Belmont (Pro Bono)
CreBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY  10028
T:  (631) 506-8464
belmont@cerebel.law

*/s/ Wendy H. Kalawaia*

3