**TEXT OF PROPOSED ORDER**

Mark O. Morris (4636)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah  84101
Telephone:  (801)  257-1900
Facsimile:  (801) 257-1800
Email: mmorris@swlaw.com

John C. Clarke (*pro hac pending*)
Edward T. Decker (*pro hac pending*)
Miller Nash LLP
1140 SW Washington St., Ste 700
Portland, OR  97205
Telephone:  (503) 224-5858
Email: john.clarke@millernash.com
        edward.decker@millernash.com

*Attorneys for Plaintiff Bryan Mansell*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH – CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **ORDER GRANTING UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Case No. 2:26-cv-00593<br><br>Magistrate Judge Cecilia M. Romero |

Having considered the Defendant Bryan Mansell's Unopposed Motion to Extend Deadline to Respond to Complaint, the Court, with good cause appearing, hereby ORDERS that the deadline to respond to the Complaint be extended to and through August 3, 2026.

4933-2064-1722

SO ORDERED this ____ day of _____, 2026.

BY THE COURT:

/s/ _____
Magistrate Judge Cecilia M. Romero