# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **ORDER GRANTING [7, 8] MOTIONS FOR PRO HAC VICE ADMISSION**<br><br>Case No. 2:26-cv-00593-CMR<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court is Local Counsel's Motions for Pro Hac Vice Admission of Edward T. Decker (ECF 7) and John C. Clarke (ECF 8).  Based on the Motions and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motions are GRANTED.

DATED this 6 July 2026.


_Cecilia M. Romero_
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah