## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **ORDER GRANTING [13, 14] MOTIONS TO EXTEND DEADLINE TO RESPOND TO COMPLAINT**<br><br>Case No. 2:26-cv-00593-CMR<br><br>Chief Magistrate Judge Cecilia M. Romero |

Before the court are the following Motions for Extension (Motions) filed by Defendants: (1) Defendant Bryan Mansell's Unopposed Motion to Extend Deadline to Respond to Complaint (ECF 13); and (2) Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen's Unopposed Motion to Extend Deadline to Respond to Complaint (ECF 14). Having considered the Motions, and for good cause appearing, the court hereby GRANTS the Motions (ECF 13, 14) and ORDERS that the deadline to respond to the Complaint (ECF 1) be extended to and through August 3, 2026.

DATED this 6 July 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah