UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

|  |  |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:26-cv-00593-DBB-CMR<br><br>District Judge David Barlow |

Defendants removed this action to federal court on June 26, 2026.[1] The notice of removal asserts that this court has jurisdiction based on diversity of citizenship.[2] In part, the notice states that "Defendant Reckless Ben LLC is a California limited liability company,"[3] "[F]or entities other than corporations," the court's "diversity jurisdiction in a suit by or against [an] entity depends on the citizenship of. . . each of its members."[4]  Moreover, "where an LLC has, as one of its members, another LLC, the citizenship of unincorporated associations must be traced

---

[1] Notice of Removal, ECF No. 1, filed June 26, 2026.
[2] *Id*. at 2
[3] *Id.* at 3.
[4] *Penteco Corp. Ltd. Partnership-1985A v. Union Gas Sys., Inc.*, 929 F.2d 1519, 1523 (10th Cir. 1991).

1

through however many layers of partners or members there may be to determine the citizenship of the LLC."[5]

The notice of removal does not state the citizenship of each of the members of Defendant Reckless Ben LLC. Until Defendants show the citizenship of Reckless Ben LLC's members, the court cannot ascertain whether it has jurisdiction over this matter. Accordingly, **on or before July 21, 2026**, Defendants shall show the citizenship of each of the members of Defendant Reckless Ben LLC to show diversity. Otherwise, this case will be remanded for lack of jurisdiction.

Signed July 7, 2026.

BY THE COURT

_____
David Barlow
United States District Judge

---

[5] *Lincoln Benefit Life Co. v. AEI Life, LLC*, 800 F.3d 99, 105 n.16 (3d Cir. 2015) (quotations and citation omitted); *see also D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra*, 661 F.3d 124, 126 (1st Cir. 2011); *V&M Star, LP v. Centimark Corp.*, 596 F.3d 354, 356 (6th Cir. 2010); *Hart v. Terminex Int'l*, 336 F.3d 541, 543 (7th Cir. 2003).