GREGORY C. BELMONT
℅ CereBel Legal Intelligence
157 East 86th Street, 4th Floor
New York, NY 10028
Telephone (631) 506-8464
belmont@cerebel.law

LODGED
2026 JUL 7 PM 2:35
CLERK
U.S. DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH - CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS INC,<br><br>    Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, VICTOR NGUYEN.<br><br>    Defendants. | **NOTICE OF CHANGED CIRCUMSTANCES AND REQUEST FOR DISPOSITION WITHOUT PREJUDICE OF MOTION TO INTERVENE**<br><br>Case No. 2:26-cv-00593<br><br>District Judge David Barlow |

In light of the Court's prompt entry of the jointly proposed preliminary injunction, which omits the TRO's primary speech-restrictive provisions, and the Court's published TRO Motions practice,[1] Proposed Intervenor no longer seeks present intervention and respectfully asks that the Court consider his Motion to Intervene and supporting declarations only to the extent useful in addressing the First Amendment concerns arising from the former TRO and related conduct described in those filings, or otherwise deny the Motion to Intervene without prejudice as moot,

---

[1] Judge David Barlow, Practices & Procedures, TRO Motions, U.S. District Court for the District of Utah, https://www.utd.uscourts.gov/judge-david-b-barlow (stating that, absent extraordinary circumstances, TRO motions will not be considered without allowing an opportunity for the opposing party or counsel to respond and noting requirements of Federal Rules of Civil Procedure 65(b)).

subject to renewal if any party later seeks relief that would restrain, remove, suppress, prohibit, or otherwise restrict lawful speech or receipt of speech.

Proposed Intervenor further notes that Paragraph 2 of the newly entered Preliminary Injunction (ECF No. 21) would be clearer if its speech-protective language were not limited to Defendants, particularly because some unrepresented lay nonparties chilled by the TRO may remain uncertain about the scope of the order.

DATED this 7th day of July, 2026

Respectfully submitted,


/s/ Gregory C. Belmont
Gregory C. Belmont
Proposed Intervenor, Pro Se