R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **DEFENDANT RECKLESS BEN, LLC'S RULE 7.1(a)(2) DISCLOSURE STATEMENT** <br><br><br> Case No. 2:26cv593 <br><br> Judge David Barlow |

Defendant Reckless Ben, LLC hereby submits this Disclosure Statement pursuant to Federal Rule of Civil Procedure 7.1(a)(2).

At the time this action was filed, the sole member of Reckless Ben, LLC was Benjamin Schneider, an individual.  There are no other members of Reckless Ben, LLC.

At the time this action was filed and at the time of this Disclosure Statement, Benjamin Schneider resided in the State of California with the intent to remain there and was therefore domiciled in the State of California.

Defendant Reckless Ben, LLC will promptly file a supplemental statement should any of the above information change.

DATED this 17th day of July, 2026.

**SPENCER FANE LLP**

*/s/ Scott Young*
R. Scott Young
Melinda K. Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben, LLC, and Victor Nguyen*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of July, 2026, I electronically filed the foregoing

**DEFENDANT RECKLESS BEN, LLC'S RULE 7.1(a)(2) DISCLOSURE STATEMENT**

with the Clerk of the Court using the CM/ECF System:

> Wm. Kelly Nash
> Justin T. Rich
> Mina S. Ghobrial
> Dentons Durham Jones Pinegar, PC
> 1557 W Innovation Way, Ste. 400
> Lehi, UT 84043
> Kelly.nash@dentons.com
> Justin.rich@dentons.com
> Mina.ghobrial@dentons.com
> *Attorneys for Plaintiffs*
>
> John C. Clarke
> Edward Decker
> Miller Nash LLP
> 1140 SW Washington St., Ste. 700
> Portland, OR
> John.clarke@millernash.com
> Edward.Decker@MillerNash.com
> *Attorneys for Defendant Bryan Mansell*

/s/ Annette Gamero

3