R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br><br> Case No. 2:26cv593 <br><br> Magistrate Judge Cecilia M. Romero |

Having considered the Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen's Unopposed Motion to Extend Deadline to Respond to Complaint, the Court, with good cause appearing, hereby ORDERS that the deadline to respond to the Complaint be extended to and through September 2, 2026.

SO ORDERED this _____ day of _____, 2026.

BY THE COURT:

*/s/* _____
Magistrate Judge Cecilia M. Romero

**CERTIFICATE OF SERVICE**

I hereby certify that on the 3rd day of August, 2026, I electronically filed the foregoing

**ORDER GRANTING SECOND UNOPPOSED MOTION TO EXTEND DEADLINE TO**

**RESPOND TO COMPLAINT** with the Clerk of the Court using the CM/ECF System:

Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
Dentons Durham Jones Pinegar, PC
1557 W Innovation Way, Ste. 400
Lehi, UT 84043
Kelly.nash@dentons.com
Justin.rich@dentons.com
Mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

John C. Clarke
Edward Decker
Miller Nash LLP
1140 SW Washington St., Ste. 700
Portland, OR
John.clarke@millernash.com
Edward.Decker@MillerNash.com
*Attorneys for Defendant Bryan Mansell*

/s/    *Annette Gamero*

3