## IN THE UNITED STATES DISTRICT COURT
### DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **ORDER GRANTING UNOPPOSED [28, 29] MOTIONS TO EXTEND DEADLINE TO RESPOND TO COMPLAINT** <br><br><br> Case No. 2:26-cv-00593-DBB-CMR <br><br> Judge David Barlow <br><br> Chief Magistrate Judge Cecilia M. Romero |

Having considered Defendant Bryan Mansell's and Defendants Victor Nguyen, Reckless Ben, Benjamin Paul Schneider's Unopposed Motions to Extend Deadline to Respond to Complaint (Motions) (ECF 28, 29), and for good cause appearing, the court hereby GRANTS the Motions and ORDERS that the deadline to respond to the Complaint be extended to and through September 2, 2026.

DATED this 3 August 2026.

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah