R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **STIPULATED AND JOINT MOTION TO TOLL DEADLINE TO FILE SPECIAL MOTION FOR EXPEDITED RELIEF** <br><br><br> Case No. 2:26cv593 <br><br><br> Judge David Barlow |

Pursuant to Rule 6(b), Local Rule DUCivR 7-1(a), and Utah Code § 78B-25-101 *et seq.*, the Parties, by and through their undersigned counsel, stipulate and respectfully jointly move the Court for an additional thirty (30) day extension to file a special motion for expedited relief under Utah Code § 78B-25-103. The Parties are engaged in settlement negotiations and agree that good

cause exists pursuant to Utah Code § 78B-25-103 to extend this deadline. Accordingly, the Parties respectfully request that the deadline to file a special motion for expedited relief be extended from August 7, 2026, to September 7, 2026.   Additionally, by joining this motion, Defendant Mansell does not waive any defenses, including but not limited to jurisdictional defenses, which he expressly reserves.

A proposed order is filed concurrently.

DATED this 5th day of August, 2026.

**SPENCER FANE LLP**

*/s/ Scott Young*
R. Scott Young
Melinda K. Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

**DENTONS DURHAM JONES PINEGAR, PC**

*/s/ Justin T. Rich (Signed with permission)*
Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
*Attorneys for Plaintiffs*

**MILLER NASH LLP**

*/s/ Edward Decker (Signed with permission)*
John C. Clarke
Edward Decker

**SNELL & WILMER**
Mark O. Morris

*Attorneys for Defendant Bryan Mansell*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of August, 2026, I electronically filed the foregoing

**STIPULATED AND JOINT MOTION TO TOLL DEADLINE TO FILE SPECIAL MOTION FOR EXPEDITED RELIEF** with the Clerk of the Court using the CM/ECF System:

Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
Dentons Durham Jones Pinegar, PC
1557 W Innovation Way, Ste. 400
Lehi, UT 84043
Kelly.nash@dentons.com
Justin.rich@dentons.com
Mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

John C. Clarke
Edward Decker
Miller Nash LLP
1140 SW Washington St., Ste. 700
Portland, OR
John.clarke@millernash.com
Edward.Decker@MillerNash.com
*Attorneys for Defendant Bryan Mansell*

/s/ Annette Gamero