**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN, <br><br> Defendants. | **ORDER TO TOLL DEADLINE TO FILE SPECIAL MOTION FOR EXPEDITED RELIEF** <br><br><br> Case No. 2:26-cv-00593-DBB-CMR <br><br><br> Judge David Barlow <br><br> Chief Magistrate Judge Cecilia M. Romero |

Having considered the Parties' Stipulated and Joint Motion to Toll Deadline to File Special Motion for Expedited Relief (Motion) (ECF 31), and for good cause appearing, the court hereby GRANTS the Motion and extends the deadline to file a special motion for expedited relief from to September 7, 2026.  Additionally, by joining this motion, Defendant Mansell does not waive any defenses, including but not limited to jurisdictional defenses, which he expressly reserves.

DATED this 6 August 2026.

_Cecilia M. Romero_
Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah