R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider,*
*Reckless Ben LLC, and Victor Nguyen*

---

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **STIPULATED AND JOINT MOTION TO TOLL DEADLINE TO FILE SPECIAL MOTION FOR EXPEDITED RELIEF**<br><br>Case No. 2:26cv593<br><br>Judge David Barlow |

Pursuant to Rule 6(b), Local Rule DUCivR 7-1(a), and Utah Code § 78B-25-101 *et seq.*, the Parties, by and through their undersigned counsel, stipulate and respectfully jointly move the Court to extend the deadline to file a special motion for expedited relief under Utah Code § 78B-25-103 until Friday, September 18, 2026. The Parties are engaged in settlement negotiations and

agree that good cause exists pursuant to Utah Code § 78B-25-103 to extend this deadline. Specifically, Plaintiffs recently resolved their claim against Defendant Mansell, and they are meeting with the mediator today (September 1, 2026) to consider and respond to an offer from the remaining defendants. The Parties jointly request additional time to see if the matter can be fully and finally resolved before moving forward with litigation. Accordingly, the Parties respectfully request that the deadline to file a special motion for expedited relief be extended to September 18, 2026.

A proposed order is filed concurrently.

DATED this 1st day of September, 2026.

**SPENCER FANE LLP**

*/s/ Scott Young*
R. Scott Young
Melinda K. Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

**DENTONS DURHAM JONES PINEGAR, PC**

*/s/ Justin T. Rich (Signed with permission)*
Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
*Attorneys for Plaintiffs*

**MILLER NASH LLP**

*/s/ Edward Decker (Signed with permission)*
John C. Clarke
Edward Decker
**SNELL & WILMER**
Mark O. Morris
*Attorneys for Defendant Bryan Mansell*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 1st day of September, 2026, I electronically filed the foregoing **STIPULATED AND JOINT MOTION TO TOLL DEADLINE TO FILE SPECIAL MOTION FOR EXPEDITED RELIEF** with the Clerk of the Court using the CM/ECF System:

Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
Dentons Durham Jones Pinegar, PC
1557 W Innovation Way, Ste. 400
Lehi, UT 84043
Kelly.nash@dentons.com
Justin.rich@dentons.com
Mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

John C. Clarke
Edward Decker
Miller Nash LLP
1140 SW Washington St., Ste. 700
Portland, OR
John.clarke@millernash.com
Edward.Decker@MillerNash.com
*Attorneys for Defendant Bryan Mansell*

/s/ Annette Gamero