**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **ORDER TO TOLL DEADLINE TO FILE SPECIAL MOTION FOR EXPEDITED RELIEF**<br><br>Case No. 2:26cv593<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Based on the Parties' Stipulated and Joint Motion to Toll Deadline to File Special Motion for Expedited Relief, and for good cause shown, the Court finds there is good cause to extend the deadline to file a Special Motion for Expedited Relief. Therefore, the Court hereby GRANTS the motion and extends the deadline to file a special motion for expedited relief to September 18, 2026.

SO ORDERED this ____ day of September, 2026.

BY THE COURT:

______________________________
Honorable Cecilia M. Romero