**UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE SPECIAL MOTION FOR EXPEDITED RELIEF**<br><br>Case No. 2:26-cv-00593-DBB-CMR<br><br>Judge David Barlow<br><br>Chief Magistrate Judge Cecilia M. Romero |

Having considered the Parties' Stipulated and Joint Motion to Extend Deadline to File Special Motion for Expedited Relief (Motion) (ECF 35), and for good cause appearing, the court hereby GRANTS the Motion and ORDERS that the deadline to file a special motion for expedited relief is extended to September 18, 2026.

DATED this 2 September 2026.

Cecilia M. Romero

Chief Magistrate Judge Cecilia M. Romero
United States District Court for the District of Utah