R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:26cv593<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Defendants Benjamin Paul Schneider, Reckless Ben, LLC, and Victor Nguyen (collectively "Reckless Ben"), by and through counsel of record, have conventionally filed a flash drive containing the following exhibits to their Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint:

- Exhibit 2 YouTube Video – I Found The $200000 Missing Lego
- Exhibit 4 YouTube Video – I tracked down the thief who stole $200000 of LEGO
- Exhibit 5 YouTube Video – I got arrested because of legos
- Exhibit 6 YouTube Video – I Got Arrested Investigating a LEGO Store
- Exhibit 7 YouTube Video – Bricks and Minifigs responded to my video
- Exhibit 8 YouTube Video – My response to the Police
- Exhibit 9 YouTube Video – All the footage is released!
- Exhibit 10 YouTube Video – My final message
- Exhibit 15 YouTube Video – Bricks Minifigs CEO answers your questions!
- Exhibit 16 YouTube Video – Bricks and Minifigs CEO (Ammon McNeff) Interviewed by Clutch Power
- Exhibit 17 YouTube Video – A franchisee went rogue
- Exhibit 18 YouTube Video – The $200000 LEGO Scandal
- Exhibit 20 YouTube Video – Ammons Credibility Just Got Worse in New Reckless Ben Body Cam!

The Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint was filed on September 18, 2026, and is Dkt. 37

DATED this 18th day of September, 2026.

**SPENCER FANE LLP**

*/s/ Melinda K. Bowen*
R. Scott Young
Melinda K. Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2026, I electronically filed the foregoing **NOTICE OF CONVENTIONAL FILING** with the Clerk of the Court using the CM/ECF System:

Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
Dentons Durham Jones Pinegar, PC
1557 W Innovation Way, Ste. 400
Lehi, UT 84043
Kelly.nash@dentons.com
Justin.rich@dentons.com
Mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

John C. Clarke
Edward Decker
Miller Nash LLP
1140 SW Washington St., Ste. 700
Portland, OR
John.clarke@millernash.com
Edward.Decker@MillerNash.com
*Attorneys for Defendant Bryan Mansell*

*/s/ Stephanie Chavez*
Legal Assistant