R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **ERRATA TO DEFENDANTS BENJAMIN PAUL SCHNEIDER, VICTOR NGUYEN, AND RECKLESS BEN LLC'S SPECIAL MOTION FOR EXPEDITED RELIEF AND FOR PARTIAL DISMISSAL OF PLAINTIFFS' VERIFIED COMPLAINT**<br><br>Case No. 2:26cv593<br><br>Judge David Barlow |

Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen (collectively, "Reckless Ben"), by and through counsel of record, hereby submit this Errata to their Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint, filed on September 18, 2026 (Dkt. 37).

The following exhibits referenced in the Special Motion were intended to be electronically filed as PDF attachments to the Special Motion but were inadvertently omitted from the filing:

- Exhibit 1 – Resolution reached Star Wars Collection Settlement Reached _ Bricks & Minifigs
- Exhibit 3 – Press Release BAM Franchising Resolves Star Wars Collection Dispute
- Exhibit 11 – Patreon Website
- Exhibit 12 – Temporary Restraining Order, May 28, 2026
- Exhibit 13 – Order Granting Motion Regarding Alternative Service, June 8, 2026
- Exhibit 14 – Salem Store Timeline and LEGO Collection Events _ Bricks & Minifigs
- Exhibit 19 – About Us LEGO Buying, Selling & Trading _ Bricks & Minifigs

Defendants therefore submit Exhibits 1, 3, 11, 12, 13, 14, and 19 as attachments to this Errata.

The Special Motion itself has not been amended or otherwise modified. This Errata is submitted solely to supplement the record with the foregoing exhibits that were inadvertently omitted from the September 18, 2026 electronic filing.

DATED this 18th day of September, 2026.

**SPENCER FANE LLP**

*/s/ Melinda K. Bowen*
R. Scott Young
Melinda K. Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 18th day of September, 2026, I electronically filed the foregoing **ERRATA TO DEFENDANTS BENJAMIN PAUL SCHNEIDER, VICTOR NGUYEN, AND RECKLESS BEN LLC'S SPECIAL MOTION FOR EXPEDITED RELIEF AND FOR PARTIAL DISMISSAL OF PLAINTIFFS' VERIFIED COMPLAINT** with the Clerk of the Court using the CM/ECF System:

Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
Dentons Durham Jones Pinegar, PC
1557 W Innovation Way, Ste. 400
Lehi, UT 84043
Kelly.nash@dentons.com
Justin.rich@dentons.com
Mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

John C. Clarke
Edward Decker
Miller Nash LLP
1140 SW Washington St., Ste. 700
Portland, OR
John.clarke@millernash.com
Edward.Decker@MillerNash.com
*Attorneys for Defendant Bryan Mansell*

*/s/ Stephanie Chavez*
Legal Assistant