# Exhibit 1

Find Your Store



ABOUT US CONTACT CORPORATE BLOG


# Resolution Reached: Bricks & Minifigs® and Mansell Family Settle Consignment of Rare Collection Through Voluntary Mediation

**Joint Statement from BAM Franchising and the Mansell Family**
August 19, 2026

BAM Franchising, Inc., Ammon and Matt McNeff, Baker Salem, Josh Johnson, Brandon Best and the Mansell family are pleased to announce that they have reached a comprehensive and amicable resolution of a private civil dispute relating

to the Mansell family's LEGO® Star Wars collection. The collection was originally consigned to a former operator of the Bricks & Minifigs® Salem/Keizer Oregon store.

This settlement agreement is a compromise of disputed claims. It is not an admission of liability, wrongdoing or unlawful conduct by BAM, the Mansells or any other released party.

The Mansells confirm that they have been compensated by BAM for the losses associated with their consignment arrangement and thus are releasing all their legal claims against BAM, its leadership, Baker Salem, Josh Johnson, Brandon Best or any current Bricks & Minifigs franchisee. BAM, the McNeffs, Baker Salem, Josh Johnson and Brandon Best likewise will dismiss their lawsuit against Bryan Mansell.

Through the exchange of records and information during the legal and mediation processes, the parties developed a more complete understanding of what occurred. The underlying dispute arose from a consignment contract between the Mansell family and the Salem/Keizer Oregon store. BAM, Baker Salem, Josh Johnson and Brandon Best were not parties to it. The Mansells' loss arose in part from the sale, accounting, storage and disposition of inventory by the former operator of the store.

As part of the settlement, Bryan Mansell has assigned to BAM his claims under the original consignment contract. BAM may elect to pursue these claims against those responsible. The Mansells have agreed to provide relevant records in support of BAM's claims. The parties believe this places responsibility for remedying any remaining fault with the appropriate parties.

BAM recognizes that the Mansell family experienced a genuine loss, prolonged uncertainty and considerable frustration after the original contract was not properly administered by the former operator of the store and during the transition from the former operator to the replacement franchisees. BAM regrets that it did not more quickly access information necessary to understand and resolve the matter. BAM has issued an unqualified apology to the Mansell family for the losses and pain suffered from the events surrounding this dispute.

The parties recognize that many Bricks & Minifigs franchises and employees had no involvement with events surrounding this dispute and hope that this resolution brings closure to everyone affected and all may return to their normal business activities and personal lives.

Bricks & Minifigs® and Mansell FAQ Prev

Press Release: BAM Franchising and Mansell Family Reach Resolution Over Star Wars® Collection Dispute Next

SHARE

Find Your Store

BUY
EVENTS
ABOUT US
SELL & TRADE
FAQ
CONTACT CORPORATE
BUILD
BLOG
CORPORATE NEWSROOM
PASSPORT

## Join Our Official BAM Newsletter

SUBSCRIBE TODAY

FRANCHISE OPPORTUNITIES

Copyright © 2026 Bricks & Minifigs all rights reserved.
**Privacy Policy**
LEGO® is a registered trademark of the LEGO Group, which does not sponsor, authorize, or endorse these programs or this website.

Some LEGO® sets contain small parts that are NOT suitable for, and may pose a hazard to, children under 3 years of age. LEGO® DUPLO® sets have larger pieces which are specially designed for children under 3.