# Exhibit 3

Find Your Store

ABOUT US CONTACT CORPORATE BLOG

Find Your Store

STORE LOCATOR BUY SELL & TRADE BUILD EVENTS

ABOUT US CONTACT CORPORATE BLOG FRANCHISE OPPORTUNITIES

BRICKS & MINIFIGS®

# Press Release: BAM Franchising and Mansell Family Reach Resolution Over Star Wars® Collection Dispute

*Mediation allowed parties to exchange additional records, resolve their dispute and align on pursuing appropriate remaining claims respecting unauthorized consignment deal by former owner of closed store*

SALT LAKE CITY-(BUSINESS WIRE)-Bricks & Minifigs® (BAM), an authorized LEGO® reseller specializing in buying, trading and selling LEGO® products, today announced that **it has reached a comprehensive and amicable resolution with the Mansell family** regarding the dispute surrounding a LEGO Star Wars collection originally

consigned to a former franchise owner of the Bricks & Minifigs Salem/Keizer, Oregon store.

> *As part of the resolution, the Mansell family has been made whole by BAM for the losses associated with their consignment arrangement with the former franchise store owner*

**The agreement resolves the disputes between BAM, its leadership and the Mansell family** and follows an extensive legal and mediation process in which the parties exchanged records and information that provided a more complete understanding of the circumstances surrounding the original consignment arrangement.

As part of the resolution, **the Mansell family has been made whole by BAM for the losses associated with their consignment arrangement with the former franchise store owner**, including an assignment to BAM of Mansell's claims arising from the original consignment contract, and the Mansells have agreed to provide relevant records should BAM elect to pursue those claims against those responsible.

"We are very glad that through mediation we were finally able to sit down with the Mansells, exchange relevant records and information, and develop a more complete picture of what occurred," said Ammon McNeff, CEO of BAM Franchising, Inc. "Most importantly, the Mansells have now been compensated for their loss, and rather than continuing to be on opposite sides of this issue, we can move forward based on a fuller body of information."

BAM had previously offered to assist the Mansell family in addressing the circumstances surrounding the collection on multiple occasions and in pursuing appropriate claims arising from the consignment arrangement. BAM is pleased that the mediation process and the broader exchange of information have now created an opportunity for the parties to move forward with their lives.

BAM also reiterated the impact the lengthy dispute had on the Mansell family and even apologized to the Mansell family for the uncertainty, losses and pain suffered during the prolonged investigation.

"Whatever disagreements existed during this process, the Mansells experienced a genuine loss and a great deal of uncertainty and frustration," Ammon McNeff said. "We regret that we were not more quickly able to access the information necessary to fully understand and resolve the situation, as our goal from the beginning was to help make this family whole regardless of who was at fault. We are pleased to have resolved this matter with the Mansells so we can remain focused on supporting our customers, our employees, and the more than 300 independent franchisees who make up our community."

The parties have created a joint statement which can be read in its entirety here: https://bricksandminifigs.com/blog/blog/2026/08/19/resolution-reached-bricks-minifigs-and-mansell-family-settle-consignment-of-rare-collection-through-voluntary-mediation/

The parties confirm that the underlying dispute arose in part from a consignment contract between the Mansell family and the former Salem/Keizer, Oregon store. As reiterated in the joint statement, BAM, Baker Salem, Josh Johnson and Brandon Best were not parties to that contract. The joint statement further provides that the Mansells' loss arose from the sales, accounting, storage and disposition of inventory by the former operator of the store.

The settlement with the Mansell family is a compromise of disputed claims and does not constitute an admission of liability, wrongdoing or unlawful conduct by BAM, the Mansells or any other released party.

The parties recognize that other than relating to the former Salem/Keizer franchise, all other Bricks & Minifigs franchisees and employees had no involvement with events surrounding this dispute and hope that this resolution brings closure to everyone affected and all may return to their normal business activities and personal lives.

An FAQ regarding this matter can be found here: https://bricksandminifigs.com/blog/blog/2026/08/19/bricks-minifigs-and-mansell-faq/

# Separate Mediation Efforts Remain Ongoing

The resolution with the Mansell family does not resolve separate pending matters involving Ben Schneider and related parties.

Mediation efforts between Schneider and related parties and BAM remain ongoing. BAM remains hopeful that those discussions will result in an amicable resolution and, while that process continues, will not comment further on the substance of that pending dispute.

## ABOUT Bricks & Minifigs:

Bricks and Minifigs is an authorized LEGO® retailer specializing in buying, trading, and selling LEGO products. The company brings beloved LEGO sets from the past to today's generations and allows fans to give new life to old pieces while inspiring new creations. Bricks & Minifigs buys all types of LEGO items, including individual minifigs, bulk bricks, components, and accessories. More than just a store for fans, the company builds a strong community of LEGO enthusiasts and aims to spread joy and creativity to the world through all things LEGO.

To learn more, please visit: https://bricksandminifigs.com/

‹ Resolution Reached: Bricks & Minifigs® and Mansell Family Settle Consignment of Rare Collection Through Voluntary Mediation Prev

Build a Better Classroom: Creative LEGO® Lessons, Activities, and Decor Next ›

SHARE

BUY
EVENTS
ABOUT US
SELL & TRADE
FAQ
CONTACT CORPORATE
BUILD
BLOG
CORPORATE NEWSROOM
PASSPORT

Join Our Official BAM Newsletter

SUBSCRIBE TODAY

FRANCHISE OPPORTUNITIES

Copyright © 2026 Bricks & Minifigs all rights reserved.
**Privacy Policy**
LEGO® is a registered trademark of the LEGO Group, which does not sponsor, authorize, or endorse these programs or this website.

Some LEGO® sets contain small parts that are NOT suitable for, and may pose a hazard to, children under 3 years of age. LEGO® DUPLO® sets have larger pieces which are specially designed for children under 3.

High Contrast Mode: