# Exhibit 11

Log in



# Reckless Ben

creating YouTube videos that solve the most important problems

139 posts

Join for free

See membership options

Home About

## Recent posts by Reckless Ben

Skip navigation

Newest first Filters Search posts

Log in




# Full Conversation Therapist Meeting (ft craigslist dad)

3 days ago

Join to unlock

271 147 Share Gift Locked

Skip navigation

# tream! We're live ask us questions!

August 10

Join to unlock

Log in




# Bryan Mansell full Interview

August 5

Join to unlock

570 201 Share Gift Locked

Skip navigation



Log in




# Behind the scenes (planning everything!)

July 31

Join to unlock

540 129 Share Gift Locked




Skip navigation

# Meeting with the Chief of Police

July 21

Log in

Join to unlock

1,848 558 Share Gift Locked

# Chief of Police Patreon

July 21

Join to unlock

887 136 Share Gift Locked




# Part 3 extra stuff

Log in

Join to unlock

2,531 753 Share Gift Locked




# They Tried to Throw Me in Jail Before This Documentary Came Out (Episode 3)

July 7

Join to unlock

4,911 1,782 Share Gift Locked




# Crazy Legal Updates!

July 2

Join to unlock

2,737 702 Share Gift Locked



Log in

# I GOT MY FREEDOM OF SPEECH BACK!

June 24

Join to unlock

4,808 1,463 Share Gift Locked




# Definitely in America

June 16

Join to unlock

Log in




# Part 3 update

June 2

Join to unlock

5,920 3,703 Share Gift Locked

# Episode 3:

May 30

At the end of episode 2, I said episode 3 was live on Patreon. That was filmed before this all got super crazy haha but episode 3 is still being edited (will be up on Patreon super soon I promise.) I feel like I have to post episode 2 to youtube because of all

Log in

View post

4,647 1,708 Share

# New Mission for episode 5:

May 27

Join to unlock

2,118 569 Share Gift Locked

# Update:

May 26

Join to unlock

1,433 572 Share Gift Locked

Log in




# My entire Interrogation footage

May 25

Join to unlock

1,301 337 Share Gift Locked

Log in




# Quick lego part 3 update

May 24

Join to unlock

2,788 627 Share Gift Locked



Log in

# Lego Video Part 2

May 21

In this video things really escalate. Like a ton. I don't want to spoil anything but it gets crazy!...

Join to unlock

3,898 1,874 Share Gift Locked




# Going into the graffiti towers (day 1) extended video

Dec 1, 2025

Log in

Join to unlock

284 38 Share Gift Locked




# Explaining what's been up and answering questions!

Nov 30, 2025

Join to unlock

353 131 Share Gift Locked

Log in

$ USD • English (United States) • Sitemap • Report creator

PATREON © 2026 Patreon

Create on Patreon

Get app