# Exhibit 13

**The Order of the Court is stated below:**
**Dated:** June 08, 2026 11:33:10 AM **/s/** TONY F GRAF JR District Court Judge

Wm. Kelly Nash (4888)
kelly.nash@dentons.com
Justin T. Rich (18519)
justin.rich@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

**IN THE FOURTH JUDICIAL DISTRICT COURT IN AND FOR**

**UTAH COUNTY, STATE OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka “RECKLESS BEN”; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>Defendants. | **ORDER GRANTING *EX PARTE* MOTION REGARDING ALTERNATIVE SERVICE**<br><br>**(Tier 3)**<br><br>Case No.: 260402353<br><br>Judge: Tony F. Graf, Jr. |

Pursuant to Utah R. Civ. P. 4, this matter came on regularly for hearing before the Court on *Plaintiffs' Ex Parte Motion for Alternative Service* ("**Motion**"), The Court, having reviewed the Motion, and finding good cause, orders as follows:

1. The Motion is hereby granted.

2. The Court finds and further orders as follows:

3. Plaintiffs' service efforts regarding co-Defendants to date respecting the Initial Pleadings and TRO via posting, email, registered mail, etc. (as further detailed herein) have been and are sufficient and constitute valid service, and

b) Plaintiffs' future service, to the extent necessary, of pleadings and orders herein may be made i) on the Schneider Defendants and Mansell by posting, US Mail, FedEx and/or by email to their last known email or mailing addresses and/or registered agent's address, and ii) on Victor Nguyen by posting, US Mail, FedEx and/or by email to his last known email or mailing addresses.

3. It is reasonable and appropriate to accept as valid, and to hereafter permit the described alternative forms of service (with email service preferred).

4. Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Schneider at bschneider139@gmail.com.

5. Unless Schneider provides another email address, in writing, Plaintiffs may serve co-Defendant Reckless Ben at recklessben12323@gmail.com.

6. Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Mansell at mansellsmail@gmail.com or musicmansell@hotmail.com.

7. Unless he provides another email address, in writing, Plaintiffs may serve co-Defendant Victor via FedEx at 1618 West 35th Place, Room 301, Los Angeles, CA 90018.

****Executed and entered by the Court as indicated by the seal at the top of the first page****

**--------------------------------------END OF ORDER -------------------------------------**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing was electronically filed on June 5, 2026 and served via email to the following:

Benjamin Schneider
Bschneider139@gmail.com

Reckless Ben LLC
c/o Benjamin Schneider
recklessben12323@gmail.com
bschneider139@gmail.com

Brian Mansell
mansellsmail@gmail.com
musicmansell@hotmail.com
ericmansell@msn.com
melissa.a.leblanc@gmail.com

I also certify that a true and correct copy of the foregoing was also filed via USPS to the following party:

Victor Nguyen
1618 West 35th Place, Room 301
Lost Angeles, CA 90018

/s/ Brittany Deere