# Exhibit 19

Find Your Store

ABOUT US CONTACT CORPORATE BLOG

Find Your Store

STORE LOCATOR BUY SELL & TRADE BUILD EVENTS

ABOUT US CONTACT CORPORATE BLOG FRANCHISE OPPORTUNITIES



# About Us

## The Bricks & Minifigs® Story

How did we get so lucky to surround ourselves with LEGO® products for a living? Sometimes, even we can't believe it! Discover our journey and see how a shared passion for building created an expanding community of fans across North America.

## Where it All Began

**2003** From Stay-at-Home Dad to Business Founder

It all started back in 2003. David Ortiz, a stay-at-home dad to twin boys, was looking for a way to build a business that brought joy to families while keeping his own family front and center. Surrounded daily by LEGO bricks, minifigures, and sets, he recognized a widespread need in the builder community.

What happens when a critical brick goes missing? What if you missed out on a set that was retired years ago? David was convinced that a dedicated store to buy, sell, and trade new and used LEGO items would be a huge success. But what did a LEGO enthusiast know about creating a reselling empire?

## 09 From Online Rivals to Business Partners

Enter John Masek, a retail veteran who spent much of his career managing stores for major brands. Their fateful first interaction happened when both bid on the exact same large online auction for a private LEGO collection! They were destined to be mortal enemies!

Instead of competing, David and John struck up a conversation, agreed to split the collection, and quickly realized their skill sets complemented each other perfectly. David's deep product knowledge paired with John's retail background was the exact blueprint needed to turn David's dream into a reality.

## 10 The First Bricks & Minifigs Store Opens in Battle Ground, WA

In 2009, the very first Bricks & Minifigs store opened its doors in Battle Ground, Washington. Just as David had envisioned, there was a passionate, built-in community eager to buy, sell, trade, and connect over all things LEGO. The response was overwhelming, leading David and John to establish BAM Franchising in preparation for brand growth.

## 11 Franchising Helped Bring Bricks & Minifigs to More Communities

The first franchise location opened in 2011, empowering independent business owners and LEGO enthusiasts to bring Bricks & Minifigs to their own hometowns. Over the years, the company evolved - from updating brand styles and logos to welcoming new store owners and leadership. Yet through every change, our core commitment to LEGO products and the joy they bring families has remained consistent.

## 18 HQ Relocates to Utah

BAM Franchising Inc. relocated its corporate headquarters to Utah to better support its rapidly expanding network of local stores.

## 24 Reaching 100 Locations

Business owners and LEGO fans both know a good thing when they see it. Bricks & Minifigs reached a major milestone with 100 stores expanding across the United States and Canada, proving that the store and its surrounding community had struck a nerve with a fan base devoted to creativity.

## 25 200+ Locations and Growing

Bricks & Minifigs opens its 200th location in 2025! Today, as an authorized LEGO retailer specializing in buying, trading, and selling LEGO products, we are proud to continue growing and bringing the magic of building to new communities every day.




LC 7893


Find Your Store

BUY
SELL & TRADE
BUILD
PASSPORT

EVENTS
FAQ
BLOG

ABOUT US
CONTACT CORPORATE
CORPORATE NEWSROOM

# Join Our Official BAM Newsletter

SUBSCRIBE TODAY

FRANCHISE OPPORTUNITIES

Copyright © 2026 Bricks & Minifigs all rights reserved.

**Privacy Policy**

LEGO® is a registered trademark of the LEGO Group, which does not sponsor, authorize, or endorse these programs or this website.

Some LEGO® sets contain small parts that are NOT suitable for, and may pose a hazard to, children under 3 years of age. LEGO® DUPLO® sets have larger pieces which are specially designed for children under 3.

High Contrast Mode: