R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:26cv593<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Defendants Benjamin Paul Schneider, Reckless Ben, LLC, and Victor Nguyen (collectively "Reckless Ben"), by and through counsel of record, have conventionally filed a flash drive containing the following exhibits to their Motion to Supplement their Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint with New Evidence:

- Exhibit 1 - YouTube Video - Reckless Ben-Josh Johnson Interview
- Exhibit 2 - YouTube Video - Reckless Ben-Josh Johnson Patreon Interview

The Motion to Supplement their Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint with New Evidence was filed on October 1, 2026, and is Dkt. 43.

DATED this 1st day of October, 2026.

**SPENCER FANE LLP**

*/s/ Melinda K. Bowen*
R. Scott Young
Melinda K. Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of October, 2026, I electronically filed the foregoing **NOTICE OF CONVENTIONAL FILING** with the Clerk of the Court using the CM/ECF System:

Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
Dentons Durham Jones Pinegar, PC
1557 W Innovation Way, Ste. 400
Lehi, UT 84043
Kelly.nash@dentons.com
Justin.rich@dentons.com
Mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

John C. Clarke
Edward Decker
Miller Nash LLP
1140 SW Washington St., Ste. 700
Portland, OR
John.clarke@millernash.com
Edward.Decker@MillerNash.com
*Attorneys for Defendant Bryan Mansell*

*/s/ Stephanie Chavez*
Legal Assistant