UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>v.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>Defendants. | **ORDER GRANTING JOINT MOTION AND STIPULATION REGARDING (1) DEFENDANTS' MOTION TO SUPPLEMNT THEIR UPEPA MOTION AND (2) CORRESPONDING BRIEFING SCHEDULE**<br><br>Case No. 2:26-cv-00593-DBB-CMR<br><br>District Judge David Barlow |

Based on the Joint Motion and Stipulation Regarding Defendants Benjamin Paul Schneider, Victor Nguyen, and Reckless Ben LLC's Motion to Supplement their UPEPA Motion with New Evidence and Corresponding Briefing Schedule, and for good cause shown, the court hereby GRANTS the motion and ORDERS as follows:

1. Defendants' Motion to Supplement is GRANTED;
2. Within twenty-one (21) days of entry of this Order, Defendants may file a supplemental memorandum of up to 10 pages in support of their Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint ("UPEPA Motion"); and

3. The filing of Defendants' supplemental memorandum will restart the 28-day time period for Plaintiffs to respond to the UPEPA Motion.

Signed October 13, 2026.

BY THE COURT

David Barlow
United States District Judge