# Exhibit 1

## YouTube Video –Josh Johnson Interview

## (Slip Sheet)

## Filed Conventionally