# Exhibit 2

Patreon Video – Reckless Ben-Josh Johnson Interview

(Slip Sheet)

Filed Conventionally