# Exhibit 3

YouTube Video – Reckless Ben-Josh Johnson Interview

(Slip Sheet)

Filed Conventionally