# Exhibit 4

## YouTube Video – Texts between Mr. Johnson and Matty Appleseed

## (Slip Sheet)

## Filed Conventionally