# Exhibit 5

YouTube Video – Josh Johnson subsequent YouTube Interview

(Slip Sheet)

Filed Conventionally