R. SCOTT YOUNG (10695)
MELINDA K. BOWEN (13150)
HAILEY WINN (20420)
**SPENCER FANE LLP**
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
rsyoung@spencerfane.com
mbowen@spencerfane.com
hwinn@spencerfane.com
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

---

**IN THE UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., AMMON MCNEFF, MATTHEW MCNEFF, JOSH JOHNSON, BRANDON BEST, BAKER BRICKS, LLC, dba SALEM-BAKER BRICKS, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, RECKLESS BEN LLC, BRYAN MANSELL, and VICTOR NGUYEN,<br><br>Defendants. | **NOTICE OF CONVENTIONAL FILING**<br><br>Case No. 2:26cv593<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Defendants Benjamin Paul Schneider, Reckless Ben, LLC, and Victor Nguyen (collectively "Reckless Ben"), by and through counsel of record, have conventionally filed a flash drive containing the following exhibits to their Supplemental Memorandum Supporting

Defendants Benjamin Paul Schneider, Victor Nguyen, and Reckless Ben, LLC's Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint:

- Exhibit 1 – YouTube Video –Josh Johnson Interview
- Exhibit 2 – Patreon Video – Reckless Ben-Josh Johnson Interview
- Exhibit 3 – YouTube Video – Reckless Ben-Josh Johnson Interview
- Exhibit 4 – YouTube Video – Texts between Mr. Johnson and Matty Appleseed
- Exhibit 5 – YouTube Video – Josh Johnson subsequent YouTube Interview

The Supplemental Memorandum Supporting Defendants Benjamin Paul Schneider, Victor Nguyen, and Reckless Ben, LLC's Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint was filed on November 3, 2026, and is Dkt. 50.

DATED this 3rd day of November, 2026.

**SPENCER FANE LLP**

*/s/ R. Scott Young*
R. Scott Young
Melinda K. Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of November, 2026, I electronically filed the foregoing **NOTICE OF CONVENTIONAL FILING** with the Clerk of the Court using the CM/ECF System:

Wm. Kelly Nash
Justin T. Rich
Mina S. Ghobrial
Dentons Durham Jones Pinegar, PC
1557 W Innovation Way, Ste. 400
Lehi, UT 84043
Kelly.nash@dentons.com
Justin.rich@dentons.com
Mina.ghobrial@dentons.com
*Attorneys for Plaintiffs*

John C. Clarke
Edward Decker
Miller Nash LLP
1140 SW Washington St., Ste. 700
Portland, OR
John.clarke@millernash.com
Edward.Decker@MillerNash.com
*Attorneys for Defendant Bryan Mansell*

/s/ Annette Gamero

SLC 10025157.2