Wm. Kelly Nash (4888)
kelly.nash@dentons.com
Justin T. Rich (18519)
justin.rich@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka “RECKLESS BEN”; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>Defendants. | **STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS’ SPECIAL MOTION FOR EXPEDITED RELIEF AND FOR PARTIAL DISMISSAL OF PLAINTIFFS’ VERIFIED COMPLAINT**<br><br>Case No. 2:26cv593<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

Plaintiffs BAM Franchising, Inc., Ammon McNeff, Matthew McNeff, Josh Johnson, Brandon Best, and Baker Bricks, LLC, dba Salem-Baker Bricks, Inc. (collectively, “Plaintiffs”), and Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen (collectively, “Reckless Ben”), by and through their respective counsel, hereby stipulate and jointly move this

Court to extend Plaintiffs' deadline to respond to Reckless Ben's Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint (ECF No. 37) (the "UPEPA Motion") from Wednesday, December 2, 2026, to Tuesday, December 15, 2026. *See* DUCivR 7-1(a)(5).

Good cause exists for this extension. Plaintiffs' current response deadline falls immediately after the Thanksgiving holiday weekend, and counsel for Plaintiffs have pre-existing family and holiday commitments. This motion is submitted prior to the expiration of the current deadline, does not interfere with any Court order or other case deadlines, and causes no prejudice to any party. Because this motion seeks to extend time before the current deadline expires, no recitation of facts or supporting authority is required. DUCivR 7-1(a)(2)(A).

A proposed Order is filed concurrently and will be emailed in editable format to chambers, with copies to all counsel, pursuant to DUCivR 7-1(e).

DATED November 25, 2026.

**DENTONS DURHAM JONES PINEGAR P.C.**

*/s/ Wm. Kelly Nash*
Wm. Kelly Nash
Justin Rich
*Attorneys for Plaintiffs*

**SPENCER FANE LLP**

*/s/ R. Scott Young*
R. Scott Young
Melinda K. Bowen
Hailey Winn
*Attorneys for Defendants Benjamin Paul Schneider, Reckless Ben LLC, and Victor Nguyen*

**CERTIFICATE OF SERVICE**

This is to confirm that a true and correct copy of the foregoing was electronically filed on November 25, 2026 to counsel of record for the parties represented.

*/s/ Kaitlin Blaker*