Wm. Kelly Nash (4888)
kelly.nash@dentons.com
Justin T. Rich (18519)
justin.rich@dentons.com
**DENTONS DURHAM JONES PINEGAR, P.C.**
1557 W. Innovation Way, Ste. 400
Lehi, Utah 84043
Telephone (801) 375-6600

*Attorneys for Plaintiffs*

---

**UNITED STATES DISTRICT COURT**

**DISTRICT OF UTAH**

| | |
|---|---|
| BAM FRANCHISING, INC., a Delaware corporation; AMMON MCNEFF, an individual; MATTHEW MCNEFF, an individual; JOSH JOHNSON, an individual; BRANDON BEST, an individual; BAKER BRICKS, LLC, a Utah limited liability company, and dba SALEM-BAKER BRICKS INC., an Oregon corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN PAUL SCHNEIDER, an individual, dba and aka "RECKLESS BEN"; RECKLESS BEN LLC, a California limited liability company; BRYAN MANSELL, an individual; VICTOR NGUYEN, an individual; and DOES 1-15,<br><br>Defendants. | **[PROPOSED] ORDER GRANTING STIPULATED MOTION TO EXTEND DEADLINE TO RESPOND TO DEFENDANTS' SPECIAL MOTION FOR EXPEDITED RELIEF AND FOR PARTIAL DISMISSAL OF PLAINTIFFS' VERIFIED COMPLAINT**<br><br>Case No. 2:26cv593<br><br>Judge David Barlow<br><br>Magistrate Judge Cecilia M. Romero |

The Court, having considered the parties' Stipulated Motion to Extend Deadline to Respond to Defendants' Special Motion for Expedited Relief and for Partial Dismissal of

Plaintiffs' Verified Complaint (the "Stipulated Motion"), and good cause appearing, HEREBY ORDERS that the Stipulated Motion is GRANTED.

Plaintiffs shall respond to Defendants' Special Motion for Expedited Relief and for Partial Dismissal of Plaintiffs' Verified Complaint (ECF No. 37) on or before December 15, 2026.

Dated:

____________________________________